DocuSign Envelope ID: 22213EEF-7374-4E88-B097-FA5DC204AD77

**Aviator Nation – Disputed Apparel**

| No. | Image | SKU | Bates Number / Location |
|-----|-------|-----|--------------------------|
| 1. |  | WSPPCWR-WHT | Depicted in complaint |
| 2. |  | HDPCWR-WHT | Depicted in complaint |
| 3. |  | WSPPCWR-CAMO | AVN_006885<br><br>Depicted in complaint |

Exhibit 1
Page 1 of 51

DocuSign Envelope ID: 22213EEF-7374-4E88-B097-FA5DC204AD77

**Aviator Nation – Disputed Apparel**

| No. | Image | SKU | Bates Number / Location |
|-----|-------|-----|-------------------------|
| 4. |  | HDPCWR-CAMO | AVN_006885<br><br>Depicted in complaint |
| 5. |  | HDSPT-HNVYNYEL | Depicted in complaint |
| 6. |  | HDSPT-CHARR | AVN_011331 |

Exhibit 1
Page 2 of 51

DocuSign Envelope ID: 22213EEF-7374-4E88-B097-FA5DC204AD77

**Aviator Nation – Disputed Apparel**

| No. | Image | SKU | Bates Number / Location |
|---|---|---|---|
| 7. |  | Unknown | AVN_011329 |
| 8. |  | HDSPT-GLD | AVN_011353 |

Exhibit 1
Page 3 of 51

DocuSign Envelope ID: 22213EEF-7374-4E88-B097-FA5DC204AD77

**Aviator Nation – Disputed Apparel**

| No. | Image | SKU | Bates Number / Location |
|-----|-------|-----|--------------------------|
| 9. |  | HDSPT-HTHRB | AVN_011335 |
| 10. |  | HDSPT-KGR | AVN_011355 |

4

Exhibit 1
Page 4 of 51

DocuSign Envelope ID: 22213EEF-7374-4E88-B097-FA5DC204AD77

**Aviator Nation – Disputed Apparel**

| No. | Image | SKU | Bates Number / Location |
|---|---|---|---|
| 11. |  | HDSPT-RYLB | AVN_011350 |
| 12. |  | WBRVRS4-BLKBLU | Depicted in complaint |
| 13. |  | MBSRS4-VBLU | Depicted in complaint |

Exhibit 1
Page 5 of 51

DocuSign Envelope ID: 22213EEF-7374-4E88-B097-FA5DC204AD77

**Aviator Nation – Disputed Apparel**

| No. | Image | SKU | Bates Number / Location |
|---|---|---|---|
| 14. |  | MSPPRS5-CHARB | Depicted in complaint |
| 15. |  | Unknown | AVN_002113<br><br>Depicted in complaint |

6

Exhibit 1<br>Page 6 of 51

DocuSign Envelope ID: 22213EEF-7374-4E88-B097-FA5DC204AD77

**Aviator Nation – Disputed Apparel**

| No. | Image | SKU | Bates Number / Location |
|---|---|---|---|
| 16. |  | HDCLS-HTHRP | Depicted in complaint |
| 17. |  | MSPPRS5-CHARG | AVN_011251 |

7

Exhibit 1
Page 7 of 51

DocuSign Envelope ID: 22213EEF-7374-4E88-B097-FA5DC204AD77

**Aviator Nation – Disputed Apparel**

| No. | Image | SKU | Bates Number / Location |
|-----|-------|-----|-------------------------|
| 18. |  | KSPRS5-CHARB | AVN_005349 |

8

Exhibit 1
Page 8 of 51

DocuSign Envelope ID: 22213EEF-7374-4E88-B097-FA5DC204AD77

**Aviator Nation – Disputed Apparel**

| No. | Image | SKU | Bates Number / Location |
|---|---|---|---|
| 19. |  | WSPRS5-CHARB | AVN_000205 |

9

Exhibit 1
Page 9 of 51

DocuSign Envelope ID: 22213EEF-7374-4E88-B097-FA5DC204AD77

**Aviator Nation – Disputed Apparel**

| No. | Image | SKU | Bates Number / Location |
|---|---|---|---|
| 20. |  | WSPRS5-CHARG | AVN_009559 |

10

Exhibit 1
Page 10 of 51

DocuSign Envelope ID: 22213EEF-7374-4E88-B097-FA5DC204AD77

**Aviator Nation – Disputed Apparel**

| No. | Image | SKU | Bates Number / Location |
|---|---|---|---|
| 21. |  | Unknown | AVN_002119 |
| 22. |  | MBSRS4-GLD | AVN_006424 |

11

Exhibit 1
Page 11 of 51

DocuSign Envelope ID: 22213EEF-7374-4E88-B097-FA5DC204AD77

**Aviator Nation – Disputed Apparel**

| No. | Image | SKU | Bates Number / Location |
|---|---|---|---|
| 23. |  | MBSRS4-KGR | AVN_006431 |
| 24. |  | MBSRS4-NVY | AVN_006433 |
| 25. |  | MBSRS4-VGLD | AVN_006437 |

12

Exhibit 1
Page 12 of 51

DocuSign Envelope ID: 22213EEF-7374-4E88-B097-FA5DC204AD77

**Aviator Nation – Disputed Apparel**

| No. | Image | SKU | Bates Number / Location |
|-----|-------|-----|-------------------------|
| 26. |  | HDRS5-CHARB | AVN_001973 |

13

Exhibit 1
Page 13 of 51

DocuSign Envelope ID: 22213EEF-7374-4E88-B097-FA5DC204AD77

**Aviator Nation – Disputed Apparel**

| No. | Image | SKU | Bates Number / Location |
|-----|-------|-----|------------------------|
| 27. |  | HDRS5-CHARG | AVN_001983 |
| 28. |  | HDRS5-VCHARG | AVN_002087 |

14

Exhibit 1
Page 14 of 51

DocuSign Envelope ID: 22213EEF-7374-4E88-B097-FA5DC204AD77

**Aviator Nation – Disputed Apparel**

| No. | Image | SKU | Bates Number / Location |
|---|---|---|---|
| 29. |  | KHDRS5-CHARB | AVN_005328 |
| 30. |  | WBRVRS4-CHARR | Depicted in complaint |

15

Exhibit 1
Page 15 of 51

DocuSign Envelope ID: 22213EEF-7374-4E88-B097-FA5DC204AD77

**Aviator Nation – Disputed Apparel**

| No. | Image | SKU | Bates Number / Location |
|-----|-------|-----|-------------------------|
| 31. |  | MSPPVS-NVY | Depicted in complaint |
| 32. |  | SWCLS-WHTR | Depicted in complaint |
| 33. |  | Unknown | AVN_009455 |

16

Exhibit 1
Page 16 of 51

DocuSign Envelope ID: 22213EEF-7374-4E88-B097-FA5DC204AD77

**Aviator Nation – Disputed Apparel**

| No. | Image | SKU | Bates Number / Location |
|-----|-------|-----|-------------------------|
| 34. |  | Unknown | AVN_000229 |
| 35. |  | Unknown | AVN_000199 |
| 36. |  | Unknown | Depicted in complaint |
| 37. |  | WJGRS5 | AVN_000199 |

17

Exhibit 1
Page 17 of 51

DocuSign Envelope ID: 22213EEF-7374-4E88-B097-FA5DC204AD77

**Aviator Nation – Disputed Apparel**

| No. | Image | SKU | Bates Number / Location |
|-----|-------|-----|-------------------------|
| 38. |  | Unknown | AVN_009430 |
| 39. |  | Unknown | AVN_009433 |
| 40. |  | Unknown | AVN_009440 |

18

Exhibit 1
Page 18 of 51

DocuSign Envelope ID: 22213EEF-7374-4E88-B097-FA5DC204AD77

**Aviator Nation – Disputed Apparel**

| No. | Image | SKU | Bates Number / Location |
|---|---|---|---|
| 41. |  | Unknown | AVN_009445 |
| 42. |  | Unknown | AVN_009451 |
| 43. |  | Unknown | AVN_009460 |

Exhibit 1
Page 19 of 51

DocuSign Envelope ID: 22213EEF-7374-4E88-B097-FA5DC204AD77

**Aviator Nation – Disputed Apparel**

| No. | Image | SKU | Bates Number / Location |
|---|---|---|---|
| 44. |  | Unknown | AVN_009464 |
| 45. |  | Unknown | AVN_009467 |
| 46. |  | Unknown | AVN_009471 |

20

Exhibit 1
Page 20 of 51

DocuSign Envelope ID: 22213EEF-7374-4E88-B097-FA5DC204AD77

**Aviator Nation – Disputed Apparel**

| No. | Image | SKU | Bates Number / Location |
|-----|-------|-----|-------------------------|
| 47. |  | Unknown | AVN_009475 |
| 48. |  | Unknown | AVN_011144 |
| 49. |  | Unknown | AVN_000229 |

Exhibit 1
Page 21 of 51

DocuSign Envelope ID: 22213EEF-7374-4E88-B097-FA5DC204AD77

**Aviator Nation – Disputed Apparel**

| No. | Image | SKU | Bates Number / Location |
|-----|-------|-----|-------------------------|
| 50. |  | Unknown | AVN_005605 |
| 51. |  | Unknown | AVN_005606 |

Exhibit 1
Page 22 of 51

DocuSign Envelope ID: 22213EEF-7374-4E88-B097-FA5DC204AD77

**Aviator Nation – Disputed Apparel**

| No. | Image | SKU | Bates Number / Location |
|---|---|---|---|
| 52. |  | Unknown | AVN_005607 |
| 53. |  | Unknown | AVN_005608 |

Exhibit 1
Page 23 of 51

DocuSign Envelope ID: 22213EEF-7374-4E88-B097-FA5DC204AD77

**Aviator Nation – Disputed Apparel**

| No. | Image | SKU | Bates Number / Location |
|---|---|---|---|
| 54. |  | MBSRS4-KAUAI | AVN_006429<br><br>Depicted in complaint |
| 55. |  | MBSRS4-VBLU | AVN_006435 |
| 56. |  | MBSRS4-VRED | AVN_006439 |

Exhibit 1
Page 24 of 51

DocuSign Envelope ID: 22213EEF-7374-4E88-B097-FA5DC204AD77

**Aviator Nation – Disputed Apparel**

| No. | Image | SKU | Bates Number / Location |
|---|---|---|---|
| 57. |  | HDCLS-BLKR | AVN_004377 |
| 58. |  | HDCLS-CARIBR | AVN_004383 |

25

Exhibit 1
Page 25 of 51

DocuSign Envelope ID: 22213EEF-7374-4E88-B097-FA5DC204AD77

**Aviator Nation – Disputed Apparel**

| No. | Image | SKU | Bates Number / Location |
|---|---|---|---|
| 59. |  | HDCLS-DGRYRBW | AVN_004404 |
| 60. |  | HDCLS-POSR | AVN_004425 |

26

Exhibit 1
Page 26 of 51

DocuSign Envelope ID: 22213EEF-7374-4E88-B097-FA5DC204AD77

**Aviator Nation – Disputed Apparel**

| No. | Image | SKU | Bates Number / Location |
|---|---|---|---|
| 61. |  | HDCLS-VCARIBRBW | AVN_004440 |
| 62. |  | HDCLS-WHTR | AVN_004446 |

Exhibit 1
Page 27 of 51

DocuSign Envelope ID: 22213EEF-7374-4E88-B097-FA5DC204AD77

**Aviator Nation – Disputed Apparel**

| No. | Image | SKU | Bates Number / Location |
|---|---|---|---|
| 63. |  | SWCLS-BLKR | AVN_003863 |

28

Exhibit 1
Page 28 of 51

DocuSign Envelope ID: 22213EEF-7374-4E88-B097-FA5DC204AD77

**Aviator Nation – Disputed Apparel**

| No. | Image | SKU | Bates Number / Location |
|---|---|---|---|
| 64. |  | SWCLS-POSR | AVN_003885 |
| 65. |  | SWCLS-CARIBR | AVN_003867 |

Exhibit 1
Page 29 of 51

DocuSign Envelope ID: 22213EEF-7374-4E88-B097-FA5DC204AD77

**Aviator Nation – Disputed Apparel**

| No. | Image | SKU | Bates Number / Location |
|-----|-------|-----|-------------------------|
| 66. |  | SWCLS-DGRYRBW | AVN_003881 |
| 67. |  | SWCLS-VCARIBRBW | AVN_003910 |

Exhibit 1
Page 30 of 51

DocuSign Envelope ID: 22213EEF-7374-4E88-B097-FA5DC204AD77

**Aviator Nation – Disputed Apparel**

| No. | Image | SKU | Bates Number / Location |
|-----|-------|-----|-------------------------|
| 68. |  | SWCLS-WHTR | AVN_003911 |
| 69. |  | HDCLS-GLDNR | AVN_004409 |

31

Exhibit 1
Page 31 of 51

DocuSign Envelope ID: 22213EEF-7374-4E88-B097-FA5DC204AD77

**Aviator Nation – Disputed Apparel**

| No. | Image | SKU | Bates Number / Location |
|-----|-------|-----|-------------------------|
| 70. |  | KHDCLS-CARIBR | AVN_005592 |
| 71. |  | KHDCLS-CHARG | AVN_005593<br><br>Depicted in complaint |

Exhibit 1
Page 32 of 51

DocuSign Envelope ID: 22213EEF-7374-4E88-B097-FA5DC204AD77

**Aviator Nation – Disputed Apparel**

| No. | Image | SKU | Bates Number / Location |
|---|---|---|---|
| 72. |  | KSPRS5-CHARGRN | AVN_005350<br><br>Depicted in complaint |
| 73. |  | WSPRS5-CHAR | AVN_009552<br><br>Depicted in complaint |

33

Exhibit 1<br>Page 33 of 51

DocuSign Envelope ID: 22213EEF-7374-4E88-B097-FA5DC204AD77

**Aviator Nation – Disputed Apparel**

| No. | Image | SKU | Bates Number / Location |
|---|---|---|---|
| 74. |  | KSPRS5-PUR | AVN_005354 |
| 75. |  | KSPRS5-RYL | AVN_000252 |

34

Exhibit 1
Page 34 of 51

DocuSign Envelope ID: 22213EEF-7374-4E88-B097-FA5DC204AD77

**Aviator Nation – Disputed Apparel**

| No. | Image | SKU | Bates Number / Location |
|-----|-------|-----|-------------------------|
| 76. |  | KSPRS5-SEA | AVN_011614 |
| 77. |  | KSPRS5-VCARIBRBW | AVN_005359 |

35

Exhibit 1
Page 35 of 51

DocuSign Envelope ID: 22213EEF-7374-4E88-B097-FA5DC204AD77

**Aviator Nation – Disputed Apparel**

| No. | Image | SKU | Bates Number / Location |
|---|---|---|---|
| 78. |  | WSPRS5-CHARGRN | AVN_009556 |

36

Exhibit 1
Page 36 of 51

DocuSign Envelope ID: 22213EEF-7374-4E88-B097-FA5DC204AD77

**Aviator Nation – Disputed Apparel**

| No. | Image | SKU | Bates Number / Location |
|---|---|---|---|
| 79. |  | WSPRS5-NVY | AVN_009596 |

37

Exhibit 1
Page 37 of 51

DocuSign Envelope ID: 22213EEF-7374-4E88-B097-FA5DC204AD77

**Aviator Nation – Disputed Apparel**

| No. | Image | SKU | Bates Number / Location |
|-----|-------|-----|-------------------------|
| 80. |  | WSPRS5-VCARIBRBW | AVN_009618 |

38

Exhibit 1
Page 38 of 51

DocuSign Envelope ID: 22213EEF-7374-4E88-B097-FA5DC204AD77

**Aviator Nation – Disputed Apparel**

| No. | Image | SKU | Bates Number / Location |
|---|---|---|---|
| 81. |  | MSPPRS5-CHARGRN | AVN_002116-002117 AVN_440770 |
| 82. |  | SWCLS-CHARGRN | AVN_003875 |

39

Exhibit 1
Page 39 of 51

DocuSign Envelope ID: 22213EEF-7374-4E88-B097-FA5DC204AD77

**Aviator Nation – Disputed Apparel**

| No. | Image | SKU | Bates Number / Location |
|---|---|---|---|
| 83. |  | SWCLS-ROSEPUR | AVN_003893 |
| 84. |  | HDRS5-CHAR | Depicted in complaint |

40

Exhibit 1
Page 40 of 51

DocuSign Envelope ID: 22213EEF-7374-4E88-B097-FA5DC204AD77

**Aviator Nation – Disputed Apparel**

| No. | Image | SKU | Bates Number / Location |
|---|---|---|---|
| 85. |  | HDRS5-CHARGRN | AVN_001981 |
| 86. |  | HDRS5-NVY | AVN_002046 |

41

Exhibit 1
Page 41 of 51

DocuSign Envelope ID: 22213EEF-7374-4E88-B097-FA5DC204AD77

**Aviator Nation – Disputed Apparel**

| No. | Image | SKU | Bates Number / Location |
|-----|-------|-----|-------------------------|
| 87. |  | HDRS5-PUR | AVN_011488 |
| 88. |  | HDRS5-TDB | AVN_011601 |

42

Exhibit 1
Page 42 of 51

DocuSign Envelope ID: 22213EEF-7374-4E88-B097-FA5DC204AD77

**Aviator Nation – Disputed Apparel**

| No. | Image | SKU | Bates Number / Location |
|-----|-------|-----|------------------------|
| 89. |  | HDRS5-VCARIBRBW | |

Exhibit 1
Page 43 of 51

DocuSign Envelope ID: 22213EEF-7374-4E88-B097-FA5DC204AD77

**Aviator Nation – Disputed Apparel**

| No. | Image | SKU | Bates Number / Location |
|---|---|---|---|
| 90. |  | HDRS5-VSEAKGRB | AVN_011463 |
| 91. |  | KHDRS5-CHARGRN | AVN_005329 |

44

Exhibit 1
Page 44 of 51

DocuSign Envelope ID: 22213EEF-7374-4E88-B097-FA5DC204AD77

**Aviator Nation – Disputed Apparel**

| No. | Image | SKU | Bates Number / Location |
|-----|-------|-----|-------------------------|
| 92. |  | KHDRS5-RYL | AVN_000251 |
| 93. |  | KHDRS5-VCARIBRBW | AVN_005345 |

45

Exhibit 1
Page 45 of 51

DocuSign Envelope ID: 22213EEF-7374-4E88-B097-FA5DC204AD77

**Aviator Nation – Disputed Apparel**

| No. | Image | SKU | Bates Number / Location |
|---|---|---|---|
| 94. |  | KHDCRS5-SEABER | Depicted in complaint |
| 95. |  | KHDCRS5-SEAGLD | AVN_011465 |

46

Exhibit 1
Page 46 of 51

DocuSign Envelope ID: 22213EEF-7374-4E88-B097-FA5DC204AD77

**Aviator Nation – Disputed Apparel**

| No. | Image | SKU | Bates Number / Location |
|-----|-------|-----|--------------------------|
| 96. |  | KHDCRS5-SEARED | AVN_011469 |
| 97. |  | HDCRS5-GLDRED | AVN_011542 |

47

Exhibit 1
Page 47 of 51

DocuSign Envelope ID: 22213EEF-7374-4E88-B097-FA5DC204AD77

**Aviator Nation – Disputed Apparel**

| No. | Image | SKU | Bates Number / Location |
|---|---|---|---|
| 98. |  | HDCRS5-SEABER | AVN_011519 |
| 99. |  | HDCRS5-SEAGLD | AVN_011524 |

48

Exhibit 1
Page 48 of 51

DocuSign Envelope ID: 22213EEF-7374-4E88-B097-FA5DC204AD77

**Aviator Nation – Disputed Apparel**

| No. | Image | SKU | Bates Number / Location |
|---|---|---|---|
| 100. |  | HDCRS5-SEARED | AVN_011527 |
| 101. |  | KSPRS5-GLD | AVN_011612 |

49

Exhibit 1
Page 49 of 51

DocuSign Envelope ID: 22213EEF-7374-4E88-B097-FA5DC204AD77

**Aviator Nation – Disputed Apparel**

| No. | Image | SKU | Bates Number / Location |
|---|---|---|---|
| 102. |  | SWCLS-HTHRGRNG | AVN_003918 |

Exhibit 1
Page 50 of 51

DocuSign Envelope ID: 22213EEF-7374-4E88-B097-FA5DC204AD77

**Aviator Nation – Disputed Apparel**

| No. | Image | SKU | Bates Number / Location |
|-----|-------|-----|------------------------|
| 103. |  | HDCLS-CHARGRN | AVN_004388 |
| 104. |  | SWCLS-SLTPUR | AVN_003900 |

51

Exhibit 1
Page 51 of 51