

**adidas 4 / adidas 4 M**
A 100 % strech nylon warm-up suit, full-cut and tailored for smart appearance. Ideal for tennis. Jacket with front zippers, turtle neck collar and cuffs. Snug fit around the waist. Pants with elasticized waist-band, leg zippers.

Available in uni-colors:
**adidas 4**
604000 – royal with blue-white-red stripes
604010 – marine with white stripes
604020 – red with white stripes
604040 – royal with white stripes
604060 – green with white stripes
604070 – purple with white stripes
604080 – sky with white stripes
604100 – mustard with white stripes
604110 – white with royal stripes

and combi-colors:
**adidas 4 M**
684010 – white jacket – marine stripes
– marine pant – white stripes
684020 – white jacket – red stripes
– red pant – white stripes
684040 – white jacket – royal stripes
– royal pant – white stripes
684060 – white jacket – green stripes
– green pant – white stripes
**Sizes:** 5'1" 5'4" 5'6" 5'9" 5'11" 6'1" 6'4"

**adidas 7**
A top value nylon/cotton warm-up suit with a low price tag. Jacket with fleecy inside, mandarin collar, front zippers, cuffs. Pants with elasticized waist-band, leg zippers.
Colours:
607010 – marine
607020 – red
607040 – royal
607060 – green
Children's sizes:
3'4" 3'10" 4'2" 4'6" 4'11"
Men's sizes:
5'1" 5'4" 5'6" 5'9" 5'11" 6'1" 6'4"



Exhibit 2
Page 2 of 272



## KIDS, JUNIORS & CHILDREN

### BASKETBALL/ORIGINALS

**Pro Model–J, C**
**Upper:** Full grain leather upper.
Latex sock liner and rubber toe cap.
**Midsole/Outsole:** Cushioned
EVA midsole. Rubber outsole with
herringbone profile. Sole bonded and
stitched to upper.

**Juniors**
034857  White/Black        1–6
034858  Black/White        1–6
034856  Black/Black        1–6
**Children**
034836  White/Black        10½–13½
034837  Black/White        10½–13½

**Campus–J, C**
**Upper:** Full suede upper.
Rubber toe cap.
**Midsole/Outsole:** Cushioned
EVA midsole. Rubber outsole with
herringbone profile. Sole bonded
and stitched to upper.

**Juniors**
037955  Ultra Blue/White   1–6
034906  Black/White        1–6
034928  Navy/White         1–6
**Children**
037957  Ultra Blue/White   10½–13½
034118  Black/White        10½–13½

**Superstar–J, C**
**Upper:** Full grain leather upper.
Latex sock liner and rubber toe cap.
**Midsole/Outsole:** Cushioned
EVA midsole. Rubber outsole with
herringbone profile. Sole bonded
and stitched to upper.

**Juniors**
034875  Black/White        1–6
034911  White/Black        1–6
034953  Black/Black        1–6
**Children**
034871  Black/White        10½–13½
034839  White/Black        10½–13½

Exhibit 2
Page 3 of 272



**Predator Liga–J**

**Firm Ground**

**Upper:** Full grain leather upper combined with a new Pulsion rubber compound. The patented jets, fins, and ridges offer better grip on the ball and improve player's accuracy, control, and ball spin—which determines the swerve of the ball in mid-air.

**Outsole:** Rubber molded stud sole with stitched forefoot provides excellent traction on hard ground.

015333 Black/White-Red       1–6

**Samba–J, C**

**Indoor**

**Upper:** Soft, supple leather upper with reinforced midfoot area. HF tongue, vamp stitching.

**Outsole:** Molded rubber sole fully stitched to upper. Provides excellent traction on several indoor and street surfaces.

**Juniors**
036516   Black/White       1–6
**Children**
039481   Black/White       8½–13½

Exhibit 2
Page 4 of 272



## SOCCER

### Kaiser Liga-J
**Firm Ground**

**Upper:** Soft, supple full grain leather upper with reinforced heel and arch area, stitched toe area.
**Outsole:** "Copa Mundial" sole. Two-color, two-density, direct injected polyurethane sole with molded studs.

015351  Black/White          1–6

### Predator Liga-J
**Firm Ground**

**Upper:** Full grain leather upper combined with a new Pulsion rubber compound. The patented jets, fins, and ridges offer better grip on the ball and improve player's accuracy, control, and ball spin—which determines the swerve of the ball in mid-air.
**Outsole:** Rubber molded stud sole with stitched forefoot provides excellent traction on hard ground.

015333  Black/White-Red      1–6

### Samba-J, C
**Indoor**

**Upper:** Soft, supple leather upper with reinforced midfoot area. HF tongue, vamp stitching.
**Outsole:** Molded rubber sole fully stitched to upper. Provides excellent traction on several indoor and street surfaces.

**Juniors**
036516  Black/White          1–6
**Children**
039481  Black/White          8½–13½

Exhibit 2
Page 5 of 272



**KIDS/INFANTS**

## BASKETBALL

### Backdoor Mid-I
**Upper:** Full grain leather upper for softness and comfort. Features adi-fit sizing system.
**Midsole/Outsole:** Soft, flexible full rubber cupsole.

| | | |
|---|---|---|
| 039153 | Black/White | 2, 3, 4–10 |
| 039154 | White/Black | 2, 3, 4–10 |

### Phat Boy Lo-I
**Upper:** Trubuck upper with mesh tongue and stripes for breathability. Padded ankle collar and Nylex lining for comfort and durability. Features adi-fit sizing system.
**Midsole/Outsole:** Soft, flexible full rubber cupsole.

| | | |
|---|---|---|
| 039149 | Black/White | 2, 3, 4–10 |
| 039150 | White/Black | 2, 3, 4–10 |

## BASKETBALL/ORIGINALS

### Pro Model-I
**Upper:** Full grain leather upper for softness and comfort. Latex sock liner and rubber toe cap. Features adi-fit sizing system.
**Midsole/Outsole:** Soft, full rubber cupsole with flexible herringbone profile.

| | | |
|---|---|---|
| 039733 | Black/White | 2, 3, 4–10 |
| 039732 | White/Black | 2, 3, 4–10 |

Exhibit 2
Page 6 of 272



**KIDS/INFANTS**

## BASKETBALL

### Backdoor Mid-I
**Upper:** Full grain leather upper for softness and comfort. Features adi-fit sizing system.
**Midsole/Outsole:** Soft, flexible full rubber cupsole.

| | | |
|---|---|---|
| 039153 | Black/White | 2, 3, 4–10 |
| 039154 | White/Black | 2, 3, 4–10 |

### Phat Boy Lo-I
**Upper:** Trubuck upper with mesh tongue and stripes for breathability. Padded ankle collar and Nylex lining for comfort and durability. Features adi-fit sizing system.
**Midsole/Outsole:** Soft, flexible full rubber cupsole.

| | | |
|---|---|---|
| 039149 | Black/White | 2, 3, 4–10 |
| 039150 | White/Black | 2, 3, 4–10 |

## BASKETBALL/ORIGINALS

### Pro Model-I
**Upper:** Full grain leather upper for softness and comfort. Latex sock liner and rubber toe cap. Features adi-fit sizing system.
**Midsole/Outsole:** Soft, full rubber cupsole with flexible herringbone profile.

| | | |
|---|---|---|
| 039733 | Black/White | 2, 3, 4–10 |
| 039732 | White/Black | 2, 3, 4–10 |

80

Exhibit 2
Page 7 of 272



**Campus-I**
**Upper:** Full suede upper for
softness and comfort. Rubber toe
cap. Features adi-fit sizing system.
**Midsole/Outsole:** Soft, full rubber
cupsole with flexible herringbone
profile.
039115  Black/White                   2, 3, 4–10
039140  Ultra Blue/White              2, 3, 4–10

**Superstar-I**
**Upper:** Full grain leather upper
for softness and comfort. Latex sock
liner and rubber toe cap. Features
adi-fit sizing system.
**Midsole/Outsole:** Soft, full rubber
cupsole with flexible herringbone
profile.
039760  Black/White                   2, 3, 4–10
039750  White/Black                   2, 3, 4–10

Exhibit 2
Page 8 of 272



### BASKETBALL/ORIGINALS

**Campus-I**
**Upper:** Full suede upper for softness and comfort. Rubber toe cap. Features adi-fit sizing system.
**Midsole/Outsole:** Soft, full rubber cupsole with flexible herringbone profile.

| | | |
|---|---|---|
| 039115 | Black/White | 2, 3, 4–10 |
| 039140 | Ultra Blue/White | 2, 3, 4–10 |

**Superstar-I**
**Upper:** Full grain leather upper for softness and comfort. Latex sock liner and rubber toe cap. Features adi-fit sizing system.
**Midsole/Outsole:** Soft, full rubber cupsole with flexible herringbone profile.

| | | |
|---|---|---|
| 039760 | Black/White | 2, 3, 4–10 |
| 039750 | White/Black | 2, 3, 4–10 |

Exhibit 2
Page 9 of 272



## SOCCER

### Samba-I

**Upper:** Soft, supple leather upper with reinforced midfoot area. HF tongue, vamp stitching. Features adi-fit sizing system.
**Midsole/Outsole:** Molded rubber sole fully stitched to upper. Provides excellent traction on several indoor and street surfaces.

039269  Black/White                    2, 3, 4, 5–8

### Samba Nubuck-I

**Upper:** Synthetic Nubuck upper. Brushed nylon quarter lining. Features adi-fit sizing system.
**Outsole:** Full rubber shell sole with functional indoor sole profile. Provides excellent grip and traction on several indoor and street surfaces.

039119  Black/White                    2, 3, 4, 5–8

## CRIB

### adi-Crawl

**Upper:** Breathable, supple leather upper with gore closure system to ensure snug fit while providing optimal comfort and protection for newborn's feet. Features adi-fit sizing system.

039144  White/White                    0, 1, 2, 3
039143  Black/White                    0, 1, 2, 3

83

Exhibit 2
Page 10 of 272



Exhibit 2
Page 11 of 272



**RESPONSE WIDE** F4125F $74.99
**Upper:** Nylon mesh and synthetic leather.
**Midsole|Outsole:** Compression-molded EVA midsole. Carbon and blown rubber outsole.
**Profile:** Versatile, everyday training shoe.
**Available In:**
**Sizes:** 6.5-13,14,15,16,17,18,19,20

adiPRENE
adiPRENE⊕
TORSION

670290                                    At Once
New Navy | Running White | Aluminum | Silver

**ALAMAK** F3575F $64.99
**Upper:** Nylon mesh and synthetic leather.
**Midsole|Outsole:** Compression-molded EVA. Carbon outsole with road lugs.
**Profile:** Neutral training shoe for runners looking for exceptional value.
**Available In:** Kids'
**Sizes:**

adiPRENE
adiPRENE⊕
TORSION

673285                    7 | 1 | 01
Running White | Sun Orange | Dark Indigo

673797                    7 | 1 | 01
Dust | Gold | Dark Indigo

672650                    7 | 1 | 01
Chrome | Lemon | Chrome | Kahn

**FALCON** F3300F $59.99
**Upper:** Nylon mesh and synthetic leather.
**Midsole|Outsole:** Injected EVA. Carbon outsole.
**Profile:** Entry level, lightweight training shoe for runners seeking a good value.
**Available In:** Kids'
**Sizes:** 6.5-13,14,15

673040                    7 | 1 | 01
Running White | True Blue | Dark Marine

673795                    7 | 1 | 01
Running White | Phantom | Granite | Blast

Exhibit 2
Page 12 of 272



**TYRANNY**  F722SF **$130.00**

**Upper:** Synthetic mesh with ClimaLite® and leather. Reflective highlights.

**Midsole | Outsole:** Compression-molded EVA midsole. Carbon rubber outsole.

**Profile:** For runners seeking maximum protection against over pronation and impact forces.

**Available In:**

**Sizes:** 6.5-13, 14, 15

671521    7 | 1 | 01
Running White | Phantom | Helix | Core

**CALIBRATE**  F4950F **$89.99**

**Upper:** Synthetic mesh and synthetic leather.

**Midsole | Outsole:** Rearfoot to midfoot PU. Carbon rubber outsole.

**Profile:** Total PU for the runner looking for total support.

**Available In:**

**Sizes:** 6.5-13, 14, 15

672876    7 | 1 | 01
Running White | Metallic Silver

**PIEDMONT**  F4950F **$89.99**

**Upper:** Mesh with synthetic overlays. External heel counter.

**Midsole | Outsole:** Compression-molded EVA midsole with full-length second density. Full carbon rubber outsole.

**Profile:** Flexible, cushioned shoe for maximum medial support.

**Available In:**

**Sizes:** 6.5-13, 14, 15

669418    At Once
Running White | Black | Laguna | Daffodil

Exhibit 2
Page 13 of 272



M || {RUNNING}

PAGE:
24

**BRAHMA**          F4950F $89.99
**Upper:** Water-resistant mesh. Mud guard.
**Midsole | Outsole:** Midfoot moderator, a
trail-specific technology, adapts to objects
and debris preventing outward roll.
Z-TRAXION® carbon outsole.
**Profile:** An all-terrain trail shoe with
full-length medial posting combined new
technology of Z-TRAXION® and Midfoot
Moderator to adapt to most any trail surface.
**Available In:**
**Sizes:** 6.5-13,14,15

adiPRENE®
adiPRENE ⊕
TRA✕ION™

669666                    At Once
Navy | Daffodil | Lead | Zinc

669667                    At Once
Aluminum | Raven | Pistons Yellow

**RESPONSE TRAIL**          F4400F $79.99
**Upper:** Water-resistant mesh.
Thin rubber overlays.
**Midsole | Outsole:** Compression-molded EVA
midsole. Carbon rubber outsole with TRAXION™
lugs and Road Zone.
**Profile:** Versatile trail shoe for all
types of terrain.
**Available In:** Kids'
**Sizes:** 6.5-13,14,15

673118                    7 | 1 | 01
Aluminum | Bark | Lead

673782                    7 | 1 | 01
Dust | Granite | Phantom | Red Earth

673119                    7 | 1 | 01
Legion Blue | Curb | Chrome

**TIAGA**          F3575F $64.99
**Upper:** Durable and breathable mesh.
**Midsole | Outsole:** EVA. TRAXION™.
**Profile:** Supportive entry-level trail shoe.
**Available In:** Kids'
**Sizes:** 6.5-13,14,15

adiPRENE ⊕
TRA✕ION™

673803                    7 | 1 | 01
Aluminum | Maritim Blue | Lead | Punjab

672206                    7 | 1 | 01
Twine | Black | Olive

672205                    7 | 1 | 01
Kahn | Silver | Curb | Red Earth

Exhibit 2
Page 14 of 272



**CLASSICS**

**OZWEEGO CLASSIC**   F3575F $64.99
**Upper:** Mesh and synthetic.
**Midsole | Outsole:** Compression-molded LightStrike™ EVA midsole. Carbon rubber outsole.
**Profile:** Lightweight neutral trainer.
**Available In:**
**Sizes:** 6.5-13,14,15

670317                               At Once
Black | Running White | Silver

**NEW YORK LEATHER**   F3575F $64.99
**Upper:** Full-grain leather.
**Midsole | Outsole:** Compression-molded EVA.
**Profile:** A cushioned shoe with a classic look.
**Available In:**
**Sizes:** 6.5-13,14,15

672537                           7 | 1 | 01
Running White | New Navy | Metallic Silver

**NEW YORK NYLON**   F3025F $54.99
**Upper:** Synthetic leather and nylon mesh.
**Midsole | Outsole:** Compression-molded EVA.
**Profile:** A cushioned shoe with a classic look.
**Available In:**
**Sizes:** 6.5-13,14,15

672239                           7 | 1 | 01
Steel Grey | Kahn | Metallic Silver

M   {RUNNING}

Exhibit 2
Page 15 of 272



**AUGUR LOW** F4675F $85.00

**Upper:** Full-grain leather.

**Midsole | Outsole:** Compression-molded EVA midsole. Carbon rubber outsole.

**Profile:** For single to multi-day hiking and approach.

**Available In:** Women's

**Sizes:** 6-14

adiPRENE
TORSION

672028 7|1|01
Sesame | Tonga | Red Earth

672030 7|1|01
Espresso | Dark Marine | Twine

**PLEVA III** F4125F $75.00

**Upper:** Full-grain leather.

**Midsole | Outsole:** Compression-molded EVA midsole. Carbon rubber outsole.

**Profile:** For single to multi-day hikes.

**Available In:** Women's, Kids'

**Sizes:** 6-13

adiPRENE
TORSION

673128 7|1|01
Natural Leather | Basil | Iron

673130 7|1|01
Lead | Sesame | Twine



PAGE: 42

**CLASSIC TRAINER** F3575F $64.99
**Upper:** All leather. Lenticular stripes and heel underlay.
**Midsole|Outsole:** Compression-molded EVA. adiPRENE® in heel. TORSION® for midfoot support.
**Profile:** A versatile and supportive entry-level cross training product with classic looks.
**Available In:** Women's
**Sizes:** 6.5-14

*adiPRENE®*
TORSION®

673353    7|1|01
Running White | Dark Indigo | Silver

673347    7|1|01
Running White | Marine | Collegiate Red

673348    7|1|01
Running White | Medium Lead | Blue Steel

673492    7|1|01
Running White | Black | Silver Team | Satellite

Exhibit 2
Page 17 of 272



**CORE**

**PROFI LIGA** F687SF **$125.00**

**Upper:** Soft, supple kangaroo leather.
Pre-molded heel counter. Extended leather
tongue with embroidered Trefoil logo.
Hand-stiched in Germany.

**Midsole | Outsole:** Two-color, two-density,
direct-injected PU outsole.

**Profile:** Firm outdoor surfaces.

**Available In:**

**Sizes:** 6.5-13.5

071140                                At Once

Black | Running White

**COPA MUNDIAL** F550OF **$99.99**

**Upper:** Kangaroo leather.

**Midsole | Outsole:** Direct injected PU outsole.

**Profile:** Great for all players, from kids
to professionals.

**Available In:**

**Sizes:** 4-15

015508                                At Once

Black | Running White

**LIBERO FG** F302SF **$54.99**

**Upper:** League leather. Leather fold-over
tongue.

**Midsole | Outsole:** Traditional TPU outsole.

**Profile:** For top-level and recreational play
on firm outdoor surfaces.

**Available In:**

**Sizes:** 6.5-13.5

TRA✗ION™                 669453                At Once

Black | Running White

M | | {SOCCER}

PAGE: 63

Exhibit 2
Page 18 of 272



M | {SOCCER}

PAGE: 70

**ORIGINALS**

**SAMBA CLASSIC**   F3025F  $54.99
**Upper:** Full-grain leather. Brushed nylon quarter lining. Half-molded tongue.
**Midsole|Outsole:** Full rubber shell sole with indoor sole tread.
**Profile:** Classic adidas soccer.
**Available In:** Juniors'
**Sizes:** 6.5-14

034563                                    At Once
Black | Running White

**GAZELLE**   F2775F  $49.99
**Upper:** Sueded pigskin leather. Reinforced toe, padded tongue and ankle collar. Pre-molded heel counter.
**Midsole|Outsole:** EVA wedge insert in rubber cupsole. Micro-cellular rubber sole tread.
**Profile:**
**Available In:**
**Sizes:** 3.5-13

034581                        At Once          032622                        At Once
New Navy | Running White                       Black | Running White

**SAMBA NUBUCK**   F2775F  $49.99
**Upper:** Synthetic nubuck. Brushed nylon quarter lining.
**Midsole|Outsole:** Full rubber shell sole with indoor sole tread.
**Profile:**
**Available In:**
**Sizes:** 6.5-12,13

019271                                    At Once
Black | Running White

Exhibit 2
Page 19 of 272



**TIAGA W**  F3575F **$64.99**
**Upper:** Durable and breathable mesh.
**Midsole|Outsole:** EVA. TRAXION™.
**Profile:** Supportive, entry-level trail shoe.
**Available In:**
**Sizes:** 5-11,12

adiPRENE
adiPRENE ⊕
TRAXION

673804                    7|1|01
Blue Steel|Puce|Chrome|Vold

672209                    7|1|01
Spray|Pearl Green|Reef|Uniform Blue

672211                    7|1|01
Kahn|Granite|Dust|Pumpkin

**CLASSIC**
**OZWEEGO CLASSIC W**  F3575F **$64.99**
**Upper:** Mesh and synthetic.
**Midsole|Outsole:** Compression-molded
LightStrike™ EVA midsole. Carbon
rubber outsole.
**Profile:** Lightweight neutral trainer.
**Available In:**
**Sizes:** 5-11,12

670314                    At Once
Navy|Igloo|Running White

072174                    7|1|01
Running White|Tornado

**NEW YORK LEATHER W**  F3575F **$64.99**
**Upper:** Full-grain leather.
**Midsole|Outsole:** Compression-molded EVA.
**Profile:** A cushioned heel in a classic look shoe.
**Available In:**
**Sizes:** 5-11,12

672257                    7|1|01
Running White|Sky Blue|Aluminum

Exhibit 2
Page 20 of 272



{BASKETBALL}

PAGE: 144

670347    At Once
Black | Black

670348    At Once
Running White | Running White | Silver

668428    At Once
Running White | New Navy | Running White

**SUPERSTAR 2G J**   F2900F $49.99

**Upper:** Full-grain leather with 3-Stripes detailing.

**Midsole | Outsole:** Compression-molded EVA midsole. Non-marking rubber outsole.

**Profile:** For players who take the game seriously.

**Available In:**

**Sizes:** 3.5-6

672411    7 | 1 | 01
Toro | Running White | Running White

672410    7 | 1 | 01
Running White | Sky Blue | Running White

673658    7 | 1 | 01
Running White | Sun Orange | Running White

668470    At Once
Black | Black

668469    At Once
Running White | Running White | Silver

668468    At Once
Running White | New Navy | Running White

**SUPERSTAR 2G C**   F2250F $44.99

**Upper:** Full-grain leather with 3-Stripes detailing.

**Midsole | Outsole:** Compression-molded EVA midsole. Non-marking rubber outsole.

**Profile:** For players who take the game seriously.

**Available In:**

**Sizes:** 10.5-3

672413    7 | 1 | 01
Toro | Running White | Running White

672412    7 | 1 | 01
Running White | Sky Blue | Running White

673659    7 | 1 | 01
Running White | Sun Orange | Running White

Exhibit 2
Page 21 of 272



**FIRM GROUND**

**KARNIVOR II J**    F4125F **$74.99**

**Upper:** Extremely thin CCL leather. Redesigned PREDATOR®, new asymmetrical lacing and ergonomically correct tongue.

**Midsole|Outsole:** Clear Pebax outsole with TRAXION™.

**Profile:** Traditional molded shoe comfort for use on firm ground.

**Available In:**

**Sizes:** 1-6

TRA╳ION™

671238    **At Once**

Black | Running White | Red

---

**ANSERA TRAXION™ FG J** F3025F **$54.99**

**Upper:** Super League leather. Central lacing system, fold-over leather tongue.

**Midsole|Outsole:** TPU TRAXION™ outsole.

**Profile:** For competitive and recreational players on firm outdoor surfaces.

**Available In:**

**Sizes:** 1-6

TRA╳ION™

671168    **At Once**

Black | Running White | True Blue

---

**KAISER 5 LIGA J**    F2475F **$44.99**

**Upper:** Full-grain leather. Traditional 3-Stripes.

**Midsole|Outsole:** Two-color, two-density, PU outsole.

**Profile:** For recreational players on firm outdoor surfaces.

**Available In:**

**Sizes:** 1-6

039438    **At Once**

Black | Running White

Exhibit 2
Page 22 of 272



**666833**　　　At Once
New Navy | Running White | Toro

**662575**　　　At Once
Running White | Running White | Aluminum

**LILadi CRIB**　　F1000F $19.99
**Upper:** Leather. Seamless construction.
Hook-and-loop closure.
**Midsole | Outsole:** Non-skid bottom.
**Profile:** A comfortable crib shoe for
the little one.
**Available In:**
**Sizes:** 0-3

**662576**　　　At Once
Running White | Pink Powder

**662574**　　　At Once
Running White | New Navy | Bayberry

**673329**　　　7 | 1 | 01
Running White | Sun Orange | Pumpkin

**LILadi CRIB II EC CF**　　F1000F $19.99
**Upper:** Leather. Seamless construction.
**Midsole | Outsole:** Non-skid bottom.
**Profile:** A comfy crib shoe for the little one.
**Available In:**
**Sizes:** 0-3

**670188**　　　At Once
Running White | Laguna | Sapphire

**673017**　　　7 | 1 | 01
New Navy | Light Blue | Lemon Peel

K | {INFANTS}

PAGE:
177

Exhibit 2
Page 23 of 272



Exhibit 2
Page 24 of 272



{BASKETBALL}

PAGE: 6

669178
Aluminum | New Navy
5 | 1 | 01

**TRANSITION**
**MAGICIAN**    F4675U  $84.99

**Upper:** Full-grain leather and mesh.

**Midsole | Outsole:** Compression-molded EVA midsole. Non-marking rubber outsole.

**Profile:** A shoe that pushes the limits in backcourt performance.

**Available In:**
**Sizes:** 6.5-13,14,15,16

adiPRENE
TORSION

669174
Running White | Black
4 | 1 | 01

669175
Black | Black | Aluminum
4 | 1 | 01

669176
Running White | New Navy
5 | 1 | 01

**TEAM**
**PROMODEL 2G**    F4125U  $74.99

**Upper:** Full-grain leather. Shell toe.

**Midsole | Outsole:** Injection-molded EVA midsole. Non-marking herringbone rubber outsole.

**Profile:** For players of all abilities.

**Available In:**
**Sizes:** 6.5-15,16,17,18,19,20

TORSION

669180
New Navy | Running White | New Navy
5 | 1 | 01

669181
Black | Running White | Black
4 | 1 | 01

669183
Running White | New Navy
4 | 1 | 01

Exhibit 2
Page 25 of 272



669166                                    6|1|01
Running White | Running White | Silver

**SUPERSTAR 2G**          F38S0U  $69.99
**Upper:** Full-grain leather.
**Midsole|Outsole:** Molded EVA midsole.
Lateral TORSION® support. Non-marking
herringbone traction rubber outsole.
**Profile:** For the guard on-court, for
everyone off-court.
**Available In:** Kids'
**Sizes:** 6.5-13,14,15,16,17,18,19,20

*adiPRENE*
*TORSION*

669163                    6|1|01        669164              6|1|01        669165                    6|1|01
Running White | Black | Running White    Blue | Running White | Blue        Black | Black

**RELENTLESS LO**          F3025U  $54.99
**Upper:** Full-grain leather.
**Midsole|Outsole:** Injection-molded EVA
midsole. Non-marking herringbone traction
rubber outsole.
**Profile:** A classic adidas style.
**Available In:** Men's
**Sizes:** 6.5-13,14,15

669126                    4|1|01        669127              4|1|01        669128                    4|1|01
Black | Running White                    Running White | New Navy          Running White | Running White | Aluminum

M || {BASKETBALL}

PAGE:
7

Exhibit 2
Page 26 of 272



**PROTECTION CUSHION**
**EQUIPMENT RIDE** F6600U $120.00

**Upper:** Air mesh. Reflective overlays.

**Midsole | Outsole:** Compression-molded EVA with extended TORSION® SYSTEM. UltraStrike™ heel.

**Profile:** For the runner looking for full heel-to-toe protection.

**Available In:**

**Sizes:** 6.5-13,14,15

adiPRENE
adiPRENE ⊕
TORSION
ULTRASTRIKE
CLIMALITE
EQUIPMENT
ENGINEERED FOREFOOT RIDE

669237 At Once
Running White | Space | Spark

**RESPONSE** F4125U $74.99

**Upper:** Nylon mesh and synthetic leather.

**Midsole | Outsole:** Compression-molded EVA midsole. Carbon and blown rubber outsole.

**Profile:** Versatile, everyday training shoe.

**Available In:** Kids'

**Sizes:** 6.5-13,14,15,16,17,18,19,20

adiPRENE
adiPRENE ⊕
TORSION

669420 At Once
New Navy | Running White | Aluminum

670884 4|1|01
Running White | Pistons Yellow | Black | Lead

670883 4|1|01
Running White | New Navy | Toro

**RESPONSE WIDE** F4125U $74.99

**Upper:** Nylon mesh and synthetic leather.

**Midsole | Outsole:** Compression-molded EVA midsole. Carbon and blown rubber outsole.

**Profile:** Versatile, everyday training shoe.

**Available In:**

**Sizes:** 6.5-13,14,15,16,17,18,19,20

adiPRENE
adiPRENE ⊕
TORSION

670290 At Once
New Navy | Running White | Aluminum | Silver



M || {RUNNING}

PAGE: 16

**RESPONSE TRAIL**   F4400U   $79.99

**Upper:** Water-resistant mesh. Thin rubber overlays.

**Midsole|Outsole:** Compression-molded EVA midsole. Carbon rubber outsole with TRAXION™ lugs and Road Zone.

**Profile:** Versatile trail shoe for all types of terrain.

**Available In:** Kids'

**Sizes:** 6.5-13,14,15

adiPRENE®
adiPRENE ⊕
TORSION®
TRAXION™

666570                                    At Once
New Navy | Aluminum | Iron

670746                                    4 | 1 | 01
Black | Royal | Silver

669673                                    At Once
Graphite | Black | Zinc | Terra Cotta

**RESPONSE TRAIL WIDE**   F4400U   $79.99

**Upper:** Water-resistant mesh. Thin rubber overlays.

**Midsole|Outsole:** Compression-molded EVA midsole. Carbon rubber outsole with TRAXION™ lugs and Road Zone.

**Profile:** Versatile trail shoe for all types of terrain.

**Available In:**

**Sizes:** 6.5-13,14,15

adiPRENE®
adiPRENE ⊕
TORSION®
TRAXION™

666662                                    At Once
New Navy | Aluminum | Iron

**SCAVENGER**   F3575U   $64.99

**Upper:** Durable and breathable mesh.

**Midsole|Outsole:** EVA midsole. TRAXION™ outsole.

**Profile:** Supportive entry-level trail shoe.

**Available In:** Kids'

**Sizes:** 6.5-13,14,15

adiPRENE ⊕
TRAXION™

671060                                    At Once
Aluminum | Black | Medium Lead

670856                                    4 | 1 | 01
Chalk | Grenadine | Maroc

Exhibit 2
Page 28 of 272



**CLASSIC RUNNING**
**NEO RESPONSE CLASSIC** F3850U $69.99
**Upper:** Synthetic leather and mesh. Reflective trim. Loop lacing system.
**Midsole | Outsole:** Compression-molded EVA midsole. 3D TORSION® in midfoot and adiPRENE® in heel. Carbon and blown rubber outsole.
**Profile:**
**Available In:**
**Sizes:** 6.5-13,14,15

072177                    At Once
Running White | Black | Silver

076554                    4 | 1 | 01
Running White | New Navy | Twilight Green

**OZWEEGO CLASSIC** F3575U $64.99
**Upper:** Mesh and synthetic.
**Midsole | Outsole:** Compression-molded LightStrike™ EVA midsole. Carbon rubber outsole.
**Profile:** Lightweight neutral trainer.
**Available In:**
**Sizes:** 6.5-13,14,15

670317                    At Once
Black | Running White | Silver

071181                    4 | 1 | 01
Running White | True Blue | Slime

**FALCON LEATHER CLASSIC** F3575U $64.99
**Upper:** Full-grain leather.
**Midsole | Outsole:** Compression-molded EVA midsole. Full carbon rubber outsole.
**Profile:** Cushioned running shoe.
**Available In:**
**Sizes:** 6.5-13,14,15

030087                    At Once
Black | Running White | Silver

M    {RUNNING}

PAGE: 17

Exhibit 2
Page 29 of 272



**RESPONSE PINGORA III** F4400U **$80.00**

**Upper:** Synthetic and mesh. adidas speed lacing system.

**Midsole|Outsole:** Compression-molded EVA with adiPRENE® and adiPRENE®⊕ inserts. Compression-molded high-traction rubber with TRAXION™ at medial forefoot and propulsion zones.

**Profile:** Fast-paced outdoor pursuits.

**Available In:**

**Sizes:** 4-14,15,16,17

669064    1|1|01
Black|Grenadine|Aluminum

669065    1|1|01
Parchment|Graphite|Python

669066    1|1|01
Python|Maroc|Pistons Yellow

668977    1|1|01
Carob|Legion Blue|Parchment

668976    1|1|01
Legion Blue|Gold|Bone

**SAHALE X MID** F4125U **$75.00**

**Upper:** Split-suede and mesh.

**Midsole|Outsole:** Compression-molded EVA with adiPRENE® inserts. Compression-molded high-traction rubber with edging zones at medial forefoot.

**Profile:** Fast-packing and approach.

**Available In:**

**Sizes:** 4-14

668984    1|1|01
Curb|Chrome|Graphite

M ||| {ADVENTURE}

Exhibit 2
Page 30 of 272



FOOTWEAR WORKBOOK    Q1    2002

adidas

Exhibit 2
Page 31 of 272



**MEN'S**

**BASKETBALL**
team

**Promodel 2G** $74.99  F41255
**Upper:** Full-grain leather. Shell toe.
**Midsole / Outsole:** Injection-molded EVA midsole.
Non-marking herringbone rubber outsole.
**Sizes:** 6.5-15, '16, 17, 18, 19, 20

| | |
|---|---|
| 672442 | White / Collegiate Navy |
| 669182 | White / White |
| 669183 | White / Raven / White |

672442    At Once    669182    At Once    669183    At Once

MEN'S

7

Exhibit 2
Page 32 of 272



Exhibit 2
Page 33 of 272

MEN'S



**Cairo II**
Upper: Open mesh and synthetic leather.
Midsole / Outsole: Compression-molded EVA
midsole. Carbon rubber outsole. Midfoot to heel.
Sizes: 6.5-13, 14, 15
674850 White | Nemesis | Mercat Blue | Volt

adiPRENE
adiPRENE ⊕
TORSION

674850    01 | 01 | 02    $ 99.99  F55005

**Calibrate M**
Upper: Open mesh and synthetic leather.
Midsole / Outsole: Midfoot to heel polyeurathane
midsole. Carbon rubber outsole. Midfoot to heel.
Sizes: 6.5-13, 14, 15
674852 Running White | Metallic Silver | Dark Navy | Cobalt

adiPRENE
adiPRENE ⊕
TORSION
CLIMATE

674852    01 | 01 | 02    $ 89.99  F49505

**Calibrate Wide**
Upper: Open mesh and synthetic leather.
Midsole / Outsole: Midfoot to heel polyeurathane
midsole. Carbon rubber outsole.
Sizes: 6.5-13, 14, 15
672876 Running White | Metallic Silver | Dark Navy | Cobalt

adiPRENE
adiPRENE ⊕
TORSION
CLIMATE

672876    01 | 01 | 02    $ 89.99  F49505

Exhibit 2
Page 34 of 272



adiPRENE
adiPRENE ⊕
TORSION
TRAXION

$ 94.99
F52255
Pingora WP
Upper: Waterproof synthetic and waterproof mesh.
Midsole / Outsole: Compression-molded EVA
Midsole. High-traction rubber outsole.
Sizes: 6-15, 16
675640 Aluminum 2 | Core | Fusion
675636 Flint | Beta | Spy

adiPRENE
adiPRENE ⊕
TORSION
TRAXION

$ 89.99
F49505
Riak
Upper: Full-grain nubuck and synthetic mesh.
Midsole / Outsole: Compression-molded EVA
midsole. High-traction rubber outsole.
Sizes: 6-14
675619 Myrtle | Chrome | Maroc

adiPRENE
adiPRENE ⊕
TORSION
TRAXION

$ 84.99
F46788
Pingora II LC
Upper: Synthetic mesh upper with lace cover.
Midsole / Outsole: Compression-molded EVA
midsole. High-traction rubber outsole.
Sizes: 6-14
677711 Flint | Gamma | Chrome    Not shown

Not shown

MEN'S

ADVENTURE
edge

39

Exhibit 2
Page 35 of 272



**Copa Mundial** $ 99.99
F5505S
**Upper:** Kangaroo leather.
**Midsole / Outsole:** Direct-injected traditional PU outsole.
**Sizes:** 4-15

015508    At Once    015508 Black / White

**Libero FG** $ 54.99
F3025S
**Upper:** League leather with fold-over tongue.
**Midsole / Outsole:** Traditional TPU outsole.
**Sizes:** 6.5-13.5

669453    At Once    669453 Black / White

SOCCER
turf contemporary

**Predator Precision 2 TF** $ 150.00
F6268S
**Upper:** Kangaroo leather with PREDATOR(R) rubber Islandit. Asymmetrical loop facing. Contoured fold-over tongue with hook-and-loop closure system.
**Midsole / Outsole:** Two-color two-density rubber TRAXION™ outsole.
**Sizes:** 6.5-13.5

671412    At Once    671412 Black / White-Red

adiPRENE
TORSION
TRAXION
PREDATOR

MEN'S

SOCCER    73
turf contemporary

Exhibit 2
Page 36 of 272



**SOCCER** 72
firm ground contemporary

MEN'S

**Terranova HG** $ 34.99
F1925S
**Upper:** Synthetic with fold-over tongue.
**Midsole / Outsole:** Traditional molded rubber outsole.
**Sizes:** 6.5-13.5
676780 Black / Silver
676778 Black / White-Forest
676779 Black / White-True Blue

**X-1 HG** $ 34.99
F1925S
**Upper:** Synthetic with fold-over tongue. Special treatment on side panels.
**Midsole / Outsole:** Traditional molded rubber outsole.
**Sizes:** 6.5-13.5
676803 Black / White-Met. New Navy
676802 Black / Metallic Champagne

**SOCCER**
firm ground core

**Profi Liga** $ 125.00
F68768
**Upper:** Kangaroo leather.
**Midsole / Outsole:** Direct-injected traditional PU outsole.
**Sizes:** 6.5-13.5
071140 Black / White

676780    01 | 01 | 02    676778    01 | 01 | 02    676779    01 | 01 | 02

676803    01 | 01 | 02    676802    01 | 01 | 02

071140    At Once

Exhibit 2
Page 37 of 272



SOCCER
indoor core    78

SOCCER
indoor core

MEN'S

**Copa Indoor**    $ 94.99
F52505
**Upper:** Kangaroo leather with reinforced suede toe.
**Midsole / Outsole:** Gum rubber outsole.
**Sizes:** 4-13.5
019474    At Once
019474 Black / White

**Samba K**    $ 74.99
F41255
**Upper:** Kangaroo leather with reinforced suede toe.
**Midsole / Outsole:** Rubber outsole with indoor profile.
**Sizes:** 6.5-13.5
019161    At Once
019161 Black / White

**Libero IN**    $ 54.99
F30255
**Upper:** League leather with fold-over tongue.
**Midsole / Outsole:** EVA midsole with gum rubber outsole.
**Sizes:** 6.5-13.5
669455    At Once
669455 Black / White

Exhibit 2
Page 38 of 272



676853 01 | 01 | 02

676852 01 | 01 | 02

**X-1 HG J** $ 29.99
F1650S

**Upper:** Synthetic. Fold-over tongue. Special treatment on side panels.
**Midsole / Outsole:** Two-color molded rubber outsole.
**Sizes:** 10.5-13.5, 1-6

676853 Black | White-Met. New Navy
676852 Black | Metallic Champagne

676859 02 | 01 | 02

676858 02 | 01 | 02

**Fanatic HG J** $ 24.99
F1375S

**Upper:** Soft synthetic. Brushed nylon collar lining with extra padding. Fold-over tongue.
**Midsole / Outsole:** Two-color molded rubber outsole.
**Sizes:** 10.5-13.5, 1-6

676859 Black | White-Satellite
676858 Black | White-Poppy

676866 01 | 01 | 02

**Astranova HG J** $ 19.99
F1150S

**Upper:** Soft synthetic. Brushed nylon collar lining with extra padding. Fold-over tongue.
**Midsole / Outsole:** Molded rubber outsole.
**Sizes:** 10.5-13.5, 1-6

676866 Black | Silver



FOOTWEAR WORKBOOK    Q1    2004

Exhibit 2
Page 40 of 272



# MEN'S

## ADVENTURE
trail

**$ 100.00**
F5560S

**CC ATS**
**Upper:** Synthetic leather and air mesh.
**Midsole / Outsole:** Compression-molded
LightStrike™ III EVA midsole.
High traction rubber outsole.
**Sizes:** 4-14

679486 Aluminum 2 | Master Blue | Black | Banana
679487 Iron | Carrot | Black | Aluminum

679486    02 | 01 | 04    679487    04 | 01 | 04

**$ 79.99**
F4400S

**CC Cardrona**
**Upper:** Nubuck leather and mesh.
**Midsole / Outsole:** Compression-molded
LightStrike™ III EVA midsole.
High traction rubber outsole.
**Sizes:** 4-14,15,16,17

679385 Chrome | Curb | Victory Red | Black | Graphite
679387 Thunder Grey | Light Titanium | Deep Orange | Black
679386 Iron | Graphite | Light Balik | Black

679385    03 | 01 | 04    679387    02 | 01 | 04    679386    04 | 01 | 04

MEN'S

Exhibit 2
Page 41 of 272



LM 3.5                                         $ 64.99
                                               F32505
**Upper:** Synthetic leather.
**Midsole / Outsole:** Compression-molded, coated
EVA midsole. Decoupled, abrasion resistant outsole.
**Sizes:** 4-14

| 036108 | Mercury Gray \| Victory Red |
| 036109 | Black \| Black |

Samba Skate                                    $ 64.99
                                               F32505
**Upper:** Leather and scratch suede.
**Midsole / Outsole:** Compression-molded
EVA midsole. High traction rubber outsole.
**Sizes:** 4-13.5

| 036167 | Black \| Scarlet |
| 036168 | Running White \| Black \| Gum |
| 036165 | Black \| Running White \| Gum |
| 036169 | Coffee \| Alabaster |

SKATE    15

Exhibit 2
Page 42 of 272



036085        03 | 01 | 04

036086        03 | 01 | 04        036173        05 | 01 | 04        036174        05 | 01 | 04

**Spok II**                                                    $ 44.99
**Upper:** Suede and suede/canvas.                              F22988
**Midsole / Outsole:** Drop in EVA midsole.
Vulcanized rubber outsole.
**Sizes:** 4-14

| 036085 | Thunder Grey | Running White | Gum |
| 036086 | Coffee | Twine | Gum |
| 036173 | Sesame | Military | Gum (Suede/canvas) |
| 036174 | Black | Aluminum | Gum (Suede/canvas) |

**MEN'S**

**SKATE**        **19**

Exhibit 2
Page 43 of 272



016433    C/O      016434    C/O

021012    C/O      678660    C/O      678661    C/O

**Superstar 2G Perf**    $ 69.99   F38505
Upper: Leather.
Midsole / Outsole: Injection-molded,
sculpted EVA midsole, high traction/herringbone.
Sizes: 6.5-15,16-20

| 016433 | White | Black |
| 016434 | White | Silver |
| 021012 | White | Dark Indigo / Silver |
| 678660 | White | University Red |
| 678661 | White | Coffee |

TORSION

669162    C/O      669163    C/O      674357    C/O

**Superstar 2G**    $ 69.99   F38505
Upper: Leather.
Midsole / Outsole: Injection-molded,
sculpted EVA midsole, high traction/herringbone.
Sizes: 6.5-15,16-20

| 669162 | White | New Navy |
| 669163 | White | Black |
| 674357 | White | Silver / Techno |

TORSION

MEN'S

**BASKETBALL**    **27**

Exhibit 2
Page 44 of 272



BASKETBALL    28

MEN'S

**Superstar 2G Steel**   $ 69.99
F38505
**Upper:** Leather.
**Midsole / Outsole:** Injection-molded, sculpted EVA midsole, high traction/herringbone.
**Sizes:** 6.5–15,16–20
147677 White | Silver
147678 White | Black | Silver
147679 White | Royal | Silver

147677        C/O        147678        C/O        147679        C/O

**Superstar 2G (4E)**   $ 69.99
F38595
**Upper:** Leather.
**Midsole / Outsole:** Injection-molded, sculpted EVA midsole, high traction/herringbone.
**Sizes:** 6.5–15,16
019039 White | Black
019038 White | New Navy

019039        C/O        019038        C/O

**Superstar 2G Steel (4E)**   $ 69.99
F38505
**Upper:** Leather.
**Midsole / Outsole:** Injection-molded, sculpted EVA midsole, high traction/herringbone.
**Sizes:** 6.5–15,16
019257 White | Black

019257        C/O

Exhibit 2
Page 45 of 272



**RUNNING**
performance classics

010111                    At Once

**Response Trail 96 Classic**    $ 69.99
Upper: Synthetic leather and mesh.    F3850S
Midsole / Outsole: Compression-molded EVA
and carbon rubber outsole.
Sizes: 6.5-13,14,15

010111 | Light Onix | New Navy | Black
010112 | Medium Lead | Ivy | Black
010110 | Grene | Uniform Blue | Black | Silver
679081 | Aluminum 2 | Black | Victory Red

010112        At Once        010110        At Once        679081        01 | 01 | 04        adiPRENE

**Response 99**    $ 69.99
Upper: Synthetic leather and mesh.    F3850S
Midsole / Outsole: Compression-molded EVA
and carbon rubber outsole.
Sizes: 6.5-13,14,15

679141 | Dark Navy | White | Ivy
679143 | White | Black | Metallic Silver
679144 | White | Mercury Grey | Red

679141        01 | 01 | 04        679143        01 | 01 | 04        679144        01 | 01 | 04        adiPRENE
TORSION

MEN'S

**RUNNING**    47
performance classics

Exhibit 2
Page 46 of 272



**Manado II FG** $ 39.99
F2200S
**Upper:** Soft, durable free-kick leather.
Fold-over tongue with elastic tongue trainer.
**Midsole / Outsole:** Traditional TPU outsole.
**Sizes:** 6.5-13.5

385510    At Once

385510 Black | White | Poppy

SOCCER
firm ground-classic

**Copa Mundial** $ 99.99
F5500S
**Upper:** Kangaroo leather.
**Midsole / Outsole:** Direct-injected PU outsole
with molded studs.
**Sizes:** 4-14

015508    At Once

015508 Black | White

**Libero III FG** $ 54.99
F3025S
**Upper:** Free-kick leather with fold-over tongue.
**Midsole / Outsole:** TPU outsole.
**Sizes:** 6.5-13.5

039772    01 | 01 | 04

039772 Black | White | True Blue

SOCCER
firm ground-classic    71

MEN'S

Exhibit 2
Page 47 of 272



WOMEN'S
ADVENTURE trail

**CC Cardrona W** — $79.99 F44005
**Upper:** Nubuck leather and mesh.
**Midsole / Outsole:** Compression-molded
LightStrike™ III EVA midsole. High traction
rubber outsole.
**Sizes:** 5–12

| 679390 | Chrome | Cloud | Clear Sky | Black | Lead |
| 679389 | Collegiate Red | Alabaster | Graphite | Black |
| 679391 | Sesame | Lime Green | Loam | Black | Graphite |

**Kumasi W** — $64.99 F36766
**Upper:** Nubuck leather, split suede, and mesh.
**Midsole / Outsole:** Compression-molded
LightStrike™ III EVA midsole. High traction
rubber outsole.
**Sizes:** 4–11

| 679205 | Aluminum 2 | Black | Thunder Grey | Carrot |
| 679203 | Light Titanium | Aluminum | Aspen | Black |

97

Exhibit 2
Page 48 of 272



015733 At Once

037385 01 | 01 | 04

adiPRENE

TORSION

**Nova Runner W** $ 64.99 F3575S

**Upper:** Synthetic leather and mesh.
**Midsole / Outsole:** Compression-molded EVA and carbon rubber outsole.
**Sizes:** 5-11,12

| | |
|---|---|
| 015733 | Light Uniform I Blue Silver I Pale Yellow |
| 037385 | White I Dark Navy I Pale Grey I Ruby |

037971 01 | 01 | 04

020978 At Once

adiPRENE

TORSION

**Nova Runner D W** $ 64.99 F3575S

**Upper:** Synthetic leather and mesh.
**Midsole / Outsole:** Compression-molded EVA and carbon rubber outsole.
**Sizes:** 5-11,12

| | |
|---|---|
| 037971 | White I Dark Navy I Pale Grey I Ruby |
| 020978 | Light Uniform I Blue Silver I Pale Yellow |

037972 01 | 01 | 04

020980 At Once

adiPRENE

TORSION

**Nova Runner 2E W** $ 64.99 F3575S

**Upper:** Synthetic leather and mesh.
**Midsole / Outsole:** Compression-molded EVA and carbon rubber outsole.
**Sizes:** 5-11,12

| | |
|---|---|
| 037972 | White I Dark Navy I Pale Grey I Ruby |
| 020980 | Light Uniform I Blue Silver I Pale Yellow |

WOMEN'S



041281                01 | 01 | 04        041280                01 | 01 | 04

$ 49.99
F2500F

**Superstar 2G Perf J**
**Upper:** Full-grain perforated leather upper.
Patent stripes. Shell toe.
**Midsole / Outsole:** Compression-molded EVA,
non-marking outsole.
**Sizes:** 3.5-7

| 041281 | White | Coffee |
| 041280 | White | Cobalt |
| 016440 | White | Black |
| 016443 | White | University Red |
| 020224 | White | Light Purple |

016440        At Once        016443        At Once        020224        At Once

041278                01 | 01 | 04        041279                01 | 01 | 04

$ 44.99
F2250F

**Superstar 2G Perf C**
**Upper:** Full-grain perforated leather upper.
Patent stripes. Shell toe.
**Midsole / Outsole:** Compression-molded EVA,
non-marking outsole.
**Sizes:** 10.5-3

| 041278 | White | Coffee |
| 041279 | White | Cobalt |
| 016446 | White | Black |
| 016449 | White | University Red |
| 020226 | White | Light Purple |

016446        At Once        016449        At Once        020226        At Once

BASKETBALL        157

Exhibit 2
Page 50 of 272



Exhibit 2
Page 51 of 272



**19**

**MEN'S**

**BASKETBALL** fundamentals

**Superstar 2G**    $69.99
F3550F

Putting points on the board and tough defense never go out of style, and that's what every generation of this classic players' shoe has always been designed to do. **Upper:** Synthetic material mix for interesting looks. **Lining:** Textile **Inlay:** EVA insole for comfort. **Midsole:** TORSION® SYSTEM for midfoot integrity. Compression-molded EVA for lightweight cushioning. **Outsole:** Herringbone pattern outsole for optimum traction. Non-marking rubber outsole.
**Sizes:** 6.5-13 | 14 | 15 | 16-20

| 669162 | Running White | New Navy | |
|---|---|---|
| 019038 | Running White | New Navy (4E) | WIDE |
| 669163 | Running White | Black | |
| 019039 | Running White | Black (4E) | WIDE |
| 674357 | Running White | Silver Techno | |

674357    at once    669163, 019039    at once    669162, 019038    at once    TORSION® SYSTEM

**Superstar 2G Perf**    $69.99
F35550F

Contemporary Millennium Superstar using today's technology, reinterpreting yesterday's retro style and soft feel. **Upper:** Full-grain leather for comfort and soft feel. **Lining:** Textile. **Inlay:** EVA insole for comfort. **Midsole:** Compression-molded EVA for lightweight cushioning. TORSION® SYSTEM for midfoot integrity. **Outsole:** Non-marking rubber outsole.
**Sizes:** 6.5-13 | 14 | 15 | 16-20

| 016433 | Running White | Black |
|---|---|---|

016433    at once    TORSION® SYSTEM

Exhibit 2
Page 52 of 272



**Wildtrail Mid CP**                                          $74.99
                                                             F4125F
A great all-purpose mid-cut trail and approach shoe.
With excellent traction and support, this shoe is both
lightweight and versatile. Ideal for day hikes, light
bouldering and scrambling. Due to the construction and
materials this shoe will keep the foot dry when the weather
turns bad. **Upper:** ClimaProof® for breathable protection
in wet conditions. PU-coated leather for durability and easy
care. Suede upper for stylish look and soft feel. **Lining:**
Textile. **Inlay:** Ortholite antimicrobial moisture-wicking
sockliner. **Midsole:** Compression-molded EVA for lightweight
cushioning. **Outsole:** High-traction rubber. Ultimate in grip.
**Sizes:** 6-14

809543  | Medium Lead | Light Grey | Lead | Dark Shale
352265  | Sesame | Black | Iron

**Rhyolite Mid M**                                           $64.99
                                                             F3575F
Light but surprisingly stable. Waterproof leather and mesh
upper and heel wrap for improved stability. Minimalist outsole
is perfect for light, fast hiking. **Upper:** Nylon mesh upper for
light weight and breathability. Scratch suede leather for
durability. Suede upper for stylish look and soft feel. **Lining:**
Textile. **Inlay:** EVA insole for comfort. **Midsole:** Injected EVA
for long-term lightweight cushioning. **Outsole:** High-traction
rubber. Ultimate in grip. Mountain grip – the perfect
combination of stability and grip.
**Sizes:** 6-14

809099  | Fango | Black | Titan Grey | Collegiate Silver | Orange Country
352398  | Leather | Titan Grey | Putty | Black | Dark Slate

**Rhyolite Low M**                                           $59.99
                                                             F3300F
Light but surprisingly stable. Waterproof leather and mesh
upper and heel wrap for improved stability. Minimalist outsole
is perfect for light, fast hiking. **Upper:** Nylon mesh upper
for light weight and breathability. Scratch suede leather for
durability. **Lining:** Textile. **Inlay:** EVA insole for comfort.
**Midsole:** Injected EVA for long-term lightweight cushioning.
**Outsole:** High-traction rubber. Ultimate in grip. Rubber
cupsole with EVA inserts for cushioning and light weight.
**Sizes:** 6-14

809102  | Silver | Medium Lead | Fierce Red | Metallic Silver
352266  | Titan Grey | Putty | Light Clay | Fierce Red

26

MEN'S OUTDOOR classic

Exhibit 2
Page 53 of 272



**a³™ Transfer** $84.99
F4675F

Everyday training shoe for runners looking for a fast ride. It features a light, supportive upper with 360-degree reflectivity and a³™ in the heel to cushion, guide and drive your foot. **Upper:** Reflective materials for safety in low light conditions. **Lining:** Textile. **Inlay:** Molded EVA insole for anatomical comfort. **Midsole:** a³ TPU plate insert for dynamic cushioning. **Outsole:** Blown rubber outsole for lightweight grip and cushion. **Sizes:** 6.5-13 | 14 | 15

| 451742 | Met. Silver | Collegiate Red | Dark Silver Met. | Met. Silver |
| 451743 | White | Black | Energy | White |
| 132672 | White | Dark Navy | Metallic Silver |

**Supernova® Cushion** $84.99
F4675F

A perennial favorite, updated with increased adiPRENE®® in the forefoot and adiPRENE™ in the heel. Its new seam-free design gives the upper the highest level of fit and comfort. **Upper:** GeoFit™ construction for anatomical fit and comfort. Seam-free fit technology. **Inlay:** Molded ortholite antimicrobial moisture-wicking sockliner. **Midsole:** adiPRENE provides protection from harmful impact forces. adiPRENE®® maintains forefoot propulsion and efficiency. TORSION™ SYSTEM for midfoot integrity. **Outsole:** adiWEAR™ outsole for best durability in high-wear areas. Blown rubber outsole for lightweight grip and cushion. QuickStrike™ for best lightweight durability and flexibility. **Sizes:** 6.5-13 | 14 | 15

| 807462 | Metallic Silver | Medium Lead | White | Yellow Cab |
| 451550 | White | Black | Energy |

**a³™ Prowl** $74.99
F4125F

a³™ in the heel, adiPRENE®® in the forefoot and full-length flex grooves in the midsole provide runners with a smooth, cushioned transition in this versatile running shoe. **Upper:** Mesh nylon combines light weight and durability. **Inlay:** Molded EVA insole for anatomical comfort. **Midsole:** a³ cushion unit for a supple ride. **Outsole:** Blown-rubber outsole for lightweight grip and cushion. **Sizes:** 6.5-13 | 14 | 15

| 463508 | White | Collegiate Royal | Metallic Silver |
| 463569 | Black | Metallic Silver | Black |

Exhibit 2
Page 54 of 272



73

MEN'S

SOCCER classic

**World CUP**                                                    $125.00
                                                                  F7000F
Highest-quality classic football shoe with screw-in studs.
The choice of professional players for more than 20 years.
**Upper:** K-leather for durability, lightness, glove-like fit.
**Lining:** Synthetic. **Inlay:** EVA insole for comfort. **Outsole:**
Screw-in studs for grip on very soft natural grounds.
**Sizes:** 6.5-13.5

011040      Black | White

011040                              12 | 15 | 05

**Copa Mundial**                                                  $99.99
                                                                  F5500F
The most popular football shoe of the past 20 years. Perfect fit
and comfort. The choice of football players on all levels. **Upper:**
K-leather for excellent ball feel and fit. **Lining:** Synthetic. **Inlay:**
Foam insole for comfort. **Outsole:** Direct-injected outsole for
optimized fit and comfort. Durable firm ground outsole for firm
natural grounds.
**Sizes:** 4-15

D15508      Black | White

015508                              12 | 15 | 05

**Mundial Team**                                                  $89.99
                                                                  F5100F
Professional multi-stud shoe with the finest materials and the
classic adidas football look. **Upper:** K-leather for excellent ball
feel and fit. **Lining:** Synthetic. **Midsole:** PU for additional
stability and durability. **Outsole:** TF rubber outsole for turf and
hard ground use.
**Sizes:** 4-13.5

019228      Black | White

019228                              12 | 15 | 05

Exhibit 2
Page 55 of 272



534595 C/0

113159 C/0

534596 C/0

TORSION®
adiPRENE®

$64.99

**Hyena Runner W**
F3575F

Excellent cushioning benefits with adiPRENE® heel to protect from impact. Comfortable enough to wear every day. **Upper:** Synthetic leather upper for light weight and durability. Mesh nylon combines light weight and breathability. **Inlay:** EVA insole for comfort. **Midsole:** Injected EVA for long-term lightweight cushioning. adiPRENE insert for comfort and shock absorption. **Outsole:** Carbon rubber for durability. **Lining:** Textile.
**Sizes:** 5-12

| | |
|---|---|
| 534596 | Powder Blue I Calvi I Light Carbon |
| 113159 | White I New Navy I Aura |
| 534595 | Metallic Silver I Neon Blue I Metal Grey |

748640 12 I 1 I 05

748641 12 I 1 I 05

adiPRENE®
TORSION®
KIDS

$59.99

**Stanton W**
F3300F

This well-cushioned, supportive shoe has now been given a new, technical upper with welds for improved fit, comfort and fewer stitch lines. **Upper:** Two-layer upper for flexible snug fit and comfort. Built on a runners specific last to provide a superior fit. Mesh nylon combines light weight and breathability. **Lining:** Non-slip lining for comfort and performance. **Inlay:** EVA insole for comfort. **Midsole:** 3-D TORSION® for best midfoot integrity. adiPRENE® insert for comfort and shock absorption. Injected EVA for long-term lightweight cushioning. **Outsole:** Carbon rubber for durability.
**Sizes:** 5-12

| | |
|---|---|
| 748641 | Medium Lead I Diva I Matte Silver I Running White I Dark Silver |
| 748640 | White I Neon Blue I Metallic Silver I Black |

749985 12 I 1 I 05

749988 12 I 1 I 05

749986 12 I 1 I 05

adiPRENE®
TORSION®
KIDS

$59.99

**Uraha W**
F3300F

Technical running shoe at the entry-level price point level that features adiPRENE® and TORSION® for a supportive, well-cushioned ride. **Upper:** Two-layer upper for flexible snug fit and comfort. Mesh nylon combines light weight and breathability. Synthetic material mix. **Lining:** Non-slip lining for comfort and performance. **Inlay:** EVA insole for comfort. **Midsole:** 3-D TORSION for best midfoot integrity. adiPRENE provides protection from harmful impact forces. Injected EVA for long-term lightweight cushioning. **Outsole:** Carbon rubber for durability.
**Sizes:** 5-12

| | |
|---|---|
| 749986 | Dark Shale I Zenith I Metallic Silver I White |
| 749988 | White I Cyber Metallic I Pale Sienna |
| 749985 | New Navy I Light Purple I Metallic Armour I White |



**157**

**KIDS'**

**BASKETBALL**

**Garnett 3 I** $44.99
F2250F

Designed and engineered exclusively for Kevin Garnett, its revolutionary a³™ power technology provides the ultimate in lightweight cushioning and ultra-durable support. **Upper:** Synthetic leather upper for light weight and durability. Suede upper for stylish look and soft feel. External molded heel counter for maximum support. **Inlay:** PU insole for durable comfort. **Midsole:** Structure midsole for optimal stability and platform. Internal EVA midsole for cushion, fit and comfort. **Outsole:** Herringbone pattern outsole for optimum traction. Non-marking rubber outsole. **Lining:** Textile.
**Sizes:** 2 | 3 | 4 | 5-10

| 352589 | Running White | Lone Blue | Metallic Silver |
| 352597 | Black | Lone Blue | Metallic Silver |

352597   4 | 1 | 06        352589            1 | 20 | 06    non-marking

**a³™ Decade J** $59.99
F3000F

Old-school flavor taken to the next level with exoskeletal overlays in the upper and heel with the lightest, smallest execution of an a³™ Structure ever seen in a basketball shoe. **Upper:** Full-grain leather for comfort and soft feel. Synthetic leather trims improve upper durability. **Lining:** Textile. **Inlay:** PU insole for durable comfort. **Midsole:** adiPRENE®© insert for forefoot propulsion and efficiency. Molded EVA for lightweight cushioning. Structured a³ elements for weight reduction and durability. **Outsole:** Herringbone pattern outsole for optimum traction. Multi-directional pattern outsole for maximum traction.
**Sizes:** 3.5-7

| 772311 | Running White | University Red | Black |
| 772308 | Running White | Metallic Silver |
| 772309 | Black | Running White | Metallic Silver |

772309   12 | 1 | 05   772308   12 | 1 | 05        772311            1 | 1 | 05    adiPRENE®

**Superstar 2G Ultra J** $49.99
F2500F

Putting points on the board and tough defense never go out of style, and that's what every generation of this classic player's shoe has always been designed to do. **Upper:** Leather for foot climate and comfort. **Lining:** Textile. **Midsole:** Compression-molded EVA for cushioning. **Outsole:** Non-marking rubber outsole.
**Sizes:** 3.5-7

| 772731 | White | Dark Indigo |
| 772730 | White | Diva |
| 772104 | White | Silver |

772104   12 | 1 | 05   772730   12 | 1 | 05        772731            12 | 1 | 05    adiFIT
non-marking

Exhibit 2
Page 57 of 272



Exhibit 2
Page 58 of 272

FOOTWEAR | ADISTAR®

## adiSTAR® Salvation 2 M

h7700h | $140.00

Supreme comfort comes standard in the adiSTAR® Salvation. With the active FORMOTION™ midfoot stretch panel for an adaptive fit, the Salvation lives up to its name.

**UPPER:** Perforated EVA tongue for lightweight comfort and breathability. The active FORMOTION™ midfoot stretch panel provides an adaptive fit working in conjunction with your foot's natural movement.
**LINING:** GEOFIT™+ for the ultimate in anatomical adaptation and comfort through FitFOAM™ construction.
**INLAY:** adiLITE™ lasting for superb comfort and light weight.
**MIDSOLE:** adiPRENE® maintains forefoot propulsion and efficiency. Extended TORSION® SYSTEM for midfoot and forefoot integrity. FORMOTION™ for motion control and ground adaptability.
**OUTSOLE:** Blown rubber outsole for lightweight grip and cushion. adiWEAR® outsole for best durability in high wear areas.

SIZES   6 5-13 | 14 | 15
Q1/Q2
G44717     Running White | Phantom | Radiant Gold                    01 | 01 | 11



micoach
adiPRENE®
adiPRENE®⊕
FORMOTION™
adiLITE™
adiWEAR®
FitFOAM™
GEOFIT™
TORSION® SYSTEM
pro-moderator
OrthoLite®

G44717

## adiSTAR® Salvation 2 W

h7700h | $140.00

Supreme comfort comes standard in the adiSTAR® Salvation. With the active FORMOTION™ midfoot stretch panel for an adaptive fit, the Salvation lives up to its name.

**UPPER:** The active FORMOTION™ midfoot stretch panel provides an adaptive fit working in conjunction with your foot's natural movement. Women's specific upper with more space and no overlays in the bunion area to ensure maximum comfort.
**LINING:** GEOFIT™+ for the ultimate anatomical adaptation and comfort through FitFOAM™ construction.
**INLAY:** adiLITE™ lasting for superb comfort and light weight.
**MIDSOLE:** Extended TORSION® SYSTEM for midfoot and forefoot integrity. Women's specific midsole with higher TORSION® ability and adjusted heel bevel to match women's needs. FORMOTION™ for motion control and ground adaptability. adiPRENE®⊕ maintains forefoot propulsion and efficiency.
**OUTSOLE:** Blown rubber outsole for lightweight grip and cushion. adiWEAR® outsole for best durability in high wear areas.

SIZES   5-12
Q1/Q2
U44131     Running White | Black Red Metallic | Metallic Silver | Fresh Pink     01 | 01 | 11



micoach
adiPRENE®⊕
FORMOTION™
FitFOAM™
GEOFIT™+
adiLITE™
adiWEAR®
adiWEAR®
TORSION® SYSTEM
pro-moderator
OrthoLite®

U44131

6

Exhibit 2
Page 59 of 272



G43290

micoach
adiPRENE®
adiPRENE®⊕
FORMOTION®
adiLITE®
adiWEAR®
FitFOAM®
GEOFIT®
TORSION® SYSTEM
OrthoLite®

### adiSTAR® Ride 3 M

h7425h | $135.00

The gold standard in luxury and performance takes it up a step. Extra adiPRENE® in heel, forefoot flexible seamless mesh upper and active FORMOTION™ for even smoother rides.

**UPPER:** Stitched on microsuede for smooth forefoot fit and support for the natural flex zones of the foot. The active FORMOTION™ midfoot stretch panel provides an adaptive fit working in conjunction with your foot's natural movement.
**LINING:** GEOFIT™+ for the ultimate anatomical adaptation and comfort through FitFOAM™ construction.
**INLAY:** adiLITE™ lasting for superb comfort and light weight.
**MIDSOLE:** adiPRENE®⊕ offers full length forefoot cushioning. FORMOTION™ for motion control and ground adaptability.
**OUTSOLE:** Blown rubber outsole for lightweight grip and cushion. adiWEAR® outsole for best durability in high wear areas.

SIZES   7-13 | 14 | 15
Q1/Q2

| G43290 | Metallic Silver | Lead | Radiant Gold | | 01 | 01 | 11 |

FOOTWEAR | ADISTAR®

---



G43293

micoach
adiPRENE®
adiPRENE®⊕
FORMOTION®
adiLITE®
adiWEAR®
FitFOAM®
GEOFIT®+
TORSION® SYSTEM
OrthoLite®

### adiSTAR® Ride 3 W

h7425h | $135.00

The gold standard in luxury and performance takes it up a step. Extra adiPRENE® in heel, forefoot flexible seamless mesh upper and active FORMOTION™ for even smoother rides.

**UPPER:** Stitched on microsuede for smooth forefoot fit and support for the natural flex zones of the foot. The active FORMOTION™ midfoot stretch panel provides an adaptive fit working in conjunction with your foot's natural movement.
**LINING:** GEOFIT™+ for the ultimate anatomical adaptation and comfort through FitFOAM™ construction.
**INLAY:** adiLITE™ lasting for superb comfort and light weight.
**MIDSOLE:** adiPRENE®⊕ offers full length forefoot cushioning. FORMOTION™ for motion control and ground adaptability.
**OUTSOLE:** Blown rubber outsole for lightweight grip and cushion. adiWEAR® outsole for best durability in high wear areas.

SIZES   5-12
Q1/Q2

| G43293 | Metallic Silver | Black Silver Metallic | Blue Spirit | | 01 | 01 | 11 |

Exhibit 2
Page 60 of 272

FOOTWEAR | ADISTAR®

### adiSTAR® Raven

h6600h | $120.00

Hit the trails with expert traction, adiWEAR® durability and the hard hitting support of FORMOTION™ 360, protecting your stride with adaptive, low to the ground cushioning.

**UPPER:** Lightweight ripstop nylon for durability. Perforated EVA tongue.
**LINING:** GEOFIT™+ for the ultimate anatomical adaptation and comfort through FitFOAM™ construction.
**INLAY:** Anatomically molded EVA for insole comfort.
**MIDSOLE:** FORMOTION™ 360 extending into the forefoot for closer to the ground adaptability and protection. adiPRENE®⊕ offers full length forefoot cushioning.
**OUTSOLE:** TRAXION™ outsole for maximum grip in all directions.

SIZES  6 5-13 | 14
Q1/Q2
G43077    Phantom | Black | Radiant Gold                    01 | 01 | 11




G43077

---

### adiSTAR® Raven W

h6600h | $120.00

Hit the trails with expert traction, adiWEAR® durability and the hard hitting support of FORMOTION™ 360, protecting your stride with adaptive, low to the ground cushioning.

**UPPER:** Lightweight ripstop nylon for durability. Perforated EVA tongue.
**LINING:** GEOFIT™+ for the ultimate anatomical adaptation and comfort through FitFOAM™ construction.
**INLAY:** Anatomically molded EVA for insole comfort.
**MIDSOLE:** FORMOTION™ 360 extending into the forefoot for closer to the ground adaptability and protection. adiPRENE®⊕ offers full length forefoot cushioning.
**OUTSOLE:** TRAXION™ outsole for maximum grip in all directions.

SIZES  5 5-12
Q1/Q2
G43079    Silver | Phantom | Fresh Pink                    01 | 01 | 11



G43079

8

Exhibit 2
Page 61 of 272



U44117

adiPRENE®
adiPRENE®⊕
FORMOTION™
GEOFIT™
TORSION® SYSTEM
pro-moderator

**Supernova™ Riot 3 M**

h6050h | $110.00

A comfortable new Riot with forefoot flex grooves for smoother transitions. Continental rubber outsole for added durability and traction. Rubberized mesh on upper for protection.

**UPPER:** Stitched on microsuede for smooth forefoot fit and support for the natural flex zones of the foot.
**LINING:** GEOFIT™ construction for anatomical fit and comfort.
**INLAY:** Molded respoEVA sockliner for anatomical fit and great step in comfort.
**MIDSOLE:** Pro moderator medial support prevents overpronation. adiPRENE®⊕ offers full length forefoot cushioning. FORMOTION™ for motion control and ground adaptability.
**OUTSOLE:** Continental rubber outsole supplies superior grip in all underfoot conditions.

SIZES   6 5-13 | 14 | 15
Q1/Q2
U44117    Phantom | Metallic Silver | Radiant Gold                    01 | 01 | 11

FOOTWEAR | SUPERNOVA™



U44116

adiPRENE®
adiPRENE®⊕
FORMOTION™
GEOFIT™
TORSION® SYSTEM
pro-moderator

**Supernova™ Riot 3 W**

h6050h | $110.00

A comfortable new Riot with forefoot flex grooves for smoother transitions. Continental rubber outsole for added durability and traction. Rubberized mesh on upper for protection.

**UPPER:** Stitched on microsuede for smooth forefoot fit and support for the natural flex zones of the foot.
**LINING:** GEOFIT™ construction for anatomical fit and comfort.
**INLAY:** Molded respoEVA sockliner for anatomical fit and great step in comfort.
**MIDSOLE:** Pro moderator medial support prevents overpronation. adiPRENE®⊕ offers full length forefoot cushioning. FORMOTION™ for motion control and ground adaptability.
**OUTSOLE:** Continental rubber supplies superior grip in all underfoot conditions.

SIZES   5-14
Q1/Q2
U44116    Phantom | Metallic Silver | Fresh Pink                    01 | 01 | 11

9

Exhibit 2
Page 62 of 272

**FOOTWEAR | SUPERNOVA™**

### Supernova™ Glide 3 M

h6050h | $110.00

Clean, modern and ultracomfortable, this shoe is ready to hit the ground running. Men's specific fit, with a seamless upper, FORMOTION™ cushioning and a more stable heel.

**UPPER:** Stitched on microsuede for smooth forefoot fit and support for the natural flex zones of the foot.
**INLAY:** Molded respoEVA sockliner for anatomical fit and great step in comfort. GEOFIT™ construction for anatomical fit and comfort.
**MIDSOLE:** FORMOTION™ for motion control and ground adaptability. adiPRENE®⊕ offers full length forefoot cushioning.
**OUTSOLE:** adiWEAR® outsole for best durability in high wear areas.

SIZES  7–15 | 16 | 17 | 18 | 19 | 20
Q1/Q2

| | | |
|---|---|---|
| G42901 | Metallic Silver | Black Blue Metallic | Satellite | 01 | 01 | 11 |

Q2

| | | |
|---|---|---|
| G42896 | Deepest Space | Black | Electricity | 04 | 01 | 11 |






G42901



G42896

---

### Supernova™ Glide 3 W

h6050h | $110.00

Clean, modern and ultracomfortable, this shoe is ready to hit the ground running. Women's specific fit, with a seamless upper, FORMOTION™ cushioning and a more stable heel.

**UPPER:** Stitched on microsuede for smooth forefoot fit and support for the natural flex zones of the foot.
**INLAY:** Molded respoEVA sockliner for anatomical fit and great step in comfort. GEOFIT™ construction for anatomical fit and comfort.
**MIDSOLE:** FORMOTION™ for motion control and ground adaptability. adiPRENE®⊕ offers full length forefoot cushioning.
**OUTSOLE:** adiWEAR® outsole for best durability in high wear areas.

SIZES  5–14
Q1/Q2

| | | |
|---|---|---|
| U44122 | Running White | Black Red Metallic | Fresh Pink | 01 | 01 | 11 |



U44122

10

Exhibit 2
Page 63 of 272



G16990, U43203 (wide)



U41734

adiPRENE®

adiPRENE®⊕

FORMOTION

adiLITE

adiWEAR

GEOFIT

TORSION SYSTEM

pro-moderator

FOOTWEAR | SUPERNOVA™

### Supernova™ Sequence 3 M

h5500h | $100.00

Evolution, not revolution, takes this favorite a step forward. A redesigned forefoot with adiPRENE® and new flex zones improve transitions. Microsuede overlays add comfort and support.

**UPPER:** Stitched on microsuede for smooth forefoot fit and support for the natural flex zones of the foot.
**LINING:** Nonslip lining for comfort and performance.
**INLAY:** Dual layer adiLITE™/respoEVA sockliner for great step in and motion comfort (antimicrobial).
**MIDSOLE:** FORMOTION™ for motion control and ground adaptability. adiPRENE® provides protection from harmful impact forces. Full forefoot adiPRENE®⊕ for forefoot propulsion and efficiency. TORSION® SYSTEM for midfoot integrity. Pro moderator medial support device prevents overpronation.
**OUTSOLE:** adiWEAR® outsole for best durability in high wear areas.

SIZES   6 5-15 | 16 | 17 | 18 | 19 | 20
Q1/Q2

| | | |
|---|---|---|
| G16990 | Running White | Black | University Red | 01 | 01 | 11 |
| U43203 | Running White | Black | University Red (wide) | 01 | 01 | 11 |
| U41734 | Metallic Silver | Black Green Metallic | Intense Green | 01 | 01 | 11 |



G44742



G12972 (wide)



G12968, G12971 (narrow)

adiPRENE®

adiPRENE®⊕

FORMOTION

adiLITE

adiWEAR

GEOFIT

TORSION SYSTEM

pro-moderator

### Supernova™ Sequence 3 W

h5500h | $100.00

This is evolution, not revolution. Enjoy the same women's specific heel bevel, TORSION® SYSTEM shaft and centered heelstrike, now with a more flexible midfoot and flex support near the laces.

**UPPER:** Stitched on microsuede for smooth forefoot fit and support for the natural flex zones of the foot.
**LINING:** Nonslip lining for comfort and performance.
**INLAY:** Dual layer adiLITE™/respoEVA sockliner for great step in and motion comfort (antimicrobial).
**MIDSOLE:** FORMOTION™ for motion control and ground adaptability. adiPRENE® provides protection from harmful impact forces. Full forefoot adiPRENE®⊕ for forefoot propulsion and efficiency. TORSION® SYSTEM for midfoot integrity. Pro moderator medial support device prevents overpronation.
**OUTSOLE:** adiWEAR® outsole for best durability in high wear areas.

SIZES   5-12
Q1/Q2

| | | |
|---|---|---|
| G44742 | Metallic Silver | Black Red Metallic | Glory | 01 | 01 | 11 |
| G12972 | Running White | Black Silver Metallic | Radiant Red (wide) | 01 | 01 | 11 |
| G12968 | Running White | Pool | Metallic Silver | 01 | 01 | 11 |
| G12971 | Running White | Pool | Metallic Silver (narrow) | 01 | 01 | 11 |

Exhibit 2
Page 64 of 272

## Supernova™ Adapt M

h5250h | $95.00

An all new Supernova™ for runners seeking a unique performance fit. FORMOTION™, adiPRENE®, adiPRENE®⊕ and a blown rubber forefoot deliver the same excellent ride with a narrower fit.

**UPPER:** Perforated upper materials for superior breathability.
**LINING:** Air mesh lining for comfort and breathability.
**INLAY:** Molded EVA insole for anatomical comfort.
**MIDSOLE:** FORMOTION™ for motion control and ground adaptability. Dual density midsole for pronation control. adiPRENE®⊕ in the forefoot and TORSION® SYSTEM for midfoot arch protection. adiPRENE® insert in heel for comfort and shock absorption.
**OUTSOLE:** Blown rubber outsole for lightweight grip and cushion. adiWEAR® outsole for best durability in high wear areas.

SIZES   6 5-13 | 14 | 15
Q1/Q2
G42836     Running White | Black Green Metallic | Intense Green     01 | 01 | 11

adiPRENE®
adiPRENE®⊕
FORMOTION™
adiWEAR®
TORSION® SYSTEM



G42836

## Supernova™ Adapt W

h5250h | $95.00

An all new Supernova™ for runners seeking a unique performance fit. FORMOTION™, adiPRENE®, adiPRENE®⊕ and a blown rubber forefoot deliver the same excellent ride with a narrower fit.

**UPPER:** Perforated upper materials for superior breathability.
**LINING:** Air mesh lining for comfort and breathability.
**INLAY:** Molded EVA insole for anatomical comfort.
**MIDSOLE:** FORMOTION™ for motion control and ground adaptability. Dual density midsole for pronation control. adiPRENE®⊕ in the forefoot and TORSION® SYSTEM for midfoot arch protection. adiPRENE® insert in heel for comfort and shock absorption.
**OUTSOLE:** Blown rubber outsole for lightweight grip and cushion. adiWEAR® outsole for best durability in high wear areas.

SIZES   5-12
Q1/Q2
G42837     Running White | Black Red Metallic | Fresh Pink     01 | 01 | 11

adiPRENE®
adiPRENE®⊕
FORMOTION™
adiWEAR®
TORSION® SYSTEM



G42837

12

Exhibit 2
Page 65 of 272



G43234

miCoach
adiPRENE'⊕
FORMOTION'
adiWEAR'
TORSION' SYSTEM

### adiZero™ Aegis 2 M

h6600h | $120.00

Fast, stable, sleek. This neutral stability trainer has a bonded upper for lightweight support. 3D FORMOTION ensures smooth, natural touchdowns at high speeds. miCoach compatible.

**UPPER:** Coolaver mesh has a clover shaped yarn to manage heat and sweat, reducing discomfort and increasing performance. Air mesh upper for maximum ventilation.
**LINING:** Nonslip lining for comfort and performance.
**INLAY:** Molded respoEVA sockliner for anatomical fit and great step in comfort.
**MIDSOLE:** Lightweight, high rebound midsole compound for a fast and efficient transition. Extended TORSION® SYSTEM for heel and midfoot stability. Full forefoot adiPRENE®⊕ for forefoot propulsion.
**OUTSOLE:** Forefoot lugs for traction on road surfaces. adiWEAR® outsole for best durability in high wear areas.

SIZES   6 5-13 | 14 | 15
Q1/Q2
G43234   Black | Metallic Silver | Acid Buzz                    02 | 01 | 11

FOOTWEAR | ADIZERO™



U41846

miCoach
adiPRENE'⊕
FORMOTION'
adiWEAR'
TORSION' SYSTEM

### adiZero™ Aegis 2 W

h6600h | $120.00

Fast, stable, sleek. This neutral stability trainer has a bonded upper for lightweight support. 3D FORMOTION ensures smooth, natural touchdowns at high speeds. miCoach compatible.

**UPPER:** Air mesh upper for maximum ventilation.
**LINING:** Nonslip lining for comfort and performance.
**INLAY:** Molded respoEVA sockliner for anatomical fit and great step in comfort.
**MIDSOLE:** Lightweight, high rebound midsole compound for a fast and efficient transition. Extended TORSION® SYSTEM for heel and midfoot stability. Full forefoot adiPRENE®⊕ for forefoot propulsion.
**OUTSOLE:** Forefoot lugs for traction on road surfaces. adiWEAR® outsole for best durability in high wear areas.

SIZES   5-12
Q1/Q2
U41846   Black | Metallic Silver | Fresh Pink                   02 | 01 | 11

13

Exhibit 2
Page 66 of 272

FOOTWEAR | ADIZERO™

### adiZero™ adios

h6050h | $110.00

Train in the fastest shoe in the world. Worn by Haile Gebrselassie when he ran a world record 2:03:58. The adios will have you saying goodbye to your previous PBs.

**UPPER:** Environmentally responsible, solvent free synthetic Tirennina suede.
**LINING:** Nonslip lining for comfort and performance.
**INLAY:** Molded respoEVA sockliner for anatomical fit and great step in comfort.
**MIDSOLE:** adiPRENE® insert in heel for comfort and shock absorption. Extended TORSION® SYSTEM for midfoot and forefoot integrity.
**OUTSOLE:** Dual compound rubber outsole, which integrates sticky and blown rubber for a perfect blend of grip and cushioning. Quickstrike for best lightweight durability and flexibility.

SIZES  4–13 | 14 | 15
Q1/Q2
U44151    Intense Green | Black | Metallic Silver                    01 | 01 | 11

adiPRENE®
adiPRENE®⊕
TORSION® SYSTEM
quickstrike



U44151

---

### adiZero™ adios W

h6050h | $110.00

Train in the fastest shoe in the world. The adios will have you saying goodbye to your previous PBs.

**UPPER:** Environmentally responsible, solvent free synthetic Tirennina suede.
**LINING:** Nonslip lining for comfort and performance.
**INLAY:** Molded respoEVA sockliner for anatomical fit and great step in comfort.
**MIDSOLE:** adiPRENE® insert in heel for comfort and shock absorption. Extended TORSION® SYSTEM for midfoot and forefoot integrity.
**OUTSOLE:** Dual compound rubber outsole, which integrates sticky and blown rubber for a perfect blend of grip and cushioning. Quickstrike for best lightweight durability and flexibility.

SIZES  5–12
Q1/Q2
G44723    Intense Green | Black | Fresh Pink                    01 | 01 | 11

adiPRENE®
adiPRENE®⊕
TORSION® SYSTEM
quickstrike



G44723

14

Exhibit 2
Page 67 of 272



U41848

adiPRENE®
adiPRENE®⊕
FORMOTION®
adiWEAR®
TORSION® SYSTEM
pro-moderator

### adiZero™ Tempo 4 M

h5500h | $100.00

The lightest shoe in its class, it gives you everything you need, nothing you don't. Pure and simple in appearance and function, this is the ultimate lightweight stability running shoe.

**UPPER:** Air mesh upper for maximum ventilation.
**LINING:** Nonslip lining for maximum performance.
**INLAY:** Lightweight molded foam insole for comfort and cushioning.
**MIDSOLE:** TORSION® SYSTEM for midfoot integrity. Full forefoot adiPRENE®⊕ for forefoot propulsion. Pro moderator medial support device prevents overpronation.
**OUTSOLE:** Blown rubber outsole for lightweight grip and cushion. adiWEAR® outsole for best durability in high wear areas.

SIZES   6 5-13 | 14 | 15
Q1/Q2
U41848    Running White | Black Green Metallic | Intense Green                    01 | 01 | 11



G43523

adiPRENE®
adiPRENE®⊕
FORMOTION®
adiWEAR®
TORSION® SYSTEM
pro-moderator

### adiZero™ Tempo 4 W

h5500h | $100.00

The lightest shoe in its class, it gives you everything you need, nothing you don't. Pure and simple in appearance and function, this is the ultimate lightweight stability running shoe.

**UPPER:** Air mesh upper for maximum ventilation.
**LINING:** Nonslip lining for maximum performance.
**INLAY:** Lightweight molded foam insole for comfort and cushioning.
**MIDSOLE:** Full forefoot adiPRENE®⊕ for forefoot propulsion. TORSION® SYSTEM for midfoot integrity. Pro moderator medial support device prevents overpronation.
**OUTSOLE:** Blown rubber outsole for lightweight grip and cushion. adiWEAR® outsole for best durability in high wear areas.

SIZES   5-12
Q1/Q2
G43523    Running White | Black Blue Metallic | Fresh Splash                    01 | 01 | 11

15

Exhibit 2
Page 68 of 272

FOOTWEAR | ADIZERO™

### adiZero™ Boston M

h5500h | $100.00

A serious lightweight neutral trainer that is built for speed. Made to stay responsive and fast through the hard training. Your feet will be flying.

**UPPER:** Air mesh upper for maximum ventilation.
**LINING:** Nonslip lining for maximum performance.
**INLAY:** Lightweight molded foam insole for comfort and cushioning. adiPRENE® 45 lasting for added comfort and cushioning.
**MIDSOLE:** TORSION® SYSTEM for midfoot integrity. Full forefoot adiPRENE®⊕ for forefoot propulsion.
**OUTSOLE:** Blown rubber outsole for lightweight grip and cushion. adiWEAR® outsole for best durability in high wear areas.

SIZES   6 5-13 | 14 | 15
Q1/Q2
G43511    Collegiate Royal | Metallic Silver | Acid Buzz                01 | 01 | 11

adiPRENE'
adiPRENE'⊕
FORMOTION'
adiWEAR'
TORSION' SYSTEM



G43511

### adiZero™ Boston W

h5500h | $100.00

A serious lightweight neutral trainer that is built for speed. Made to stay responsive and fast through the hard training. Your feet will be flying.

**UPPER:** Air mesh upper for maximum ventilation.
**LINING:** Nonslip lining for maximum performance.
**INLAY:** Lightweight molded foam insole for comfort and cushioning. adiPRENE® 45 lasting for added comfort and cushioning.
**MIDSOLE:** Full forefoot adiPRENE®⊕ for forefoot propulsion. TORSION® SYSTEM for midfoot integrity.
**OUTSOLE:** Blown rubber outsole for lightweight grip and cushion. adiWEAR® outsole for best durability in high wear areas.

SIZES   5-12
Q1/Q2
G44746    Fresh Lemon | Black | Fresh Splash                01 | 01 | 11

adiPRENE'
adiPRENE'⊕
FORMOTION'
adiWEAR'
TORSION' SYSTEM



G44746

16

Exhibit 2
Page 69 of 272



G43524

adiPRENE®

adiWEAR®

TORSION® SYSTEM

TRAXION™

**adiZero™ XT**

h4950h | $90.00

This low profile shoe takes speedy looks to a new level. Style, comfort and cool all come together in this great all around shoe.

**UPPER:** EVA tongue construction for maximum comfort.
**LINING:** Nonslip lining for comfort and performance.
**INLAY:** Molded respoEVA sockliner for anatomical fit and great step in comfort.
**MIDSOLE:** TORSION® SYSTEM for midfoot integrity. Full forefoot adiPRENE®⊕ for forefoot propulsion.
**OUTSOLE:** High traction rubber. Ultimate in grip. Sticky rubber. Superior water traction. TRAXION™ outsole for maximum grip in all directions. adiWEAR® outsole for best durability in high wear areas.

SIZES   4-13 | 14 | 15
Q1/Q2
G43524    Black | Metallic Silver | Intense Green                    01 | 01 | 11

FOOTWEAR | ADIZERO™



G43520

adiPRENE®

adiWEAR®

TORSION® SYSTEM

**adiZero™ Rocket**

h4400h | $80.00

This new racing flat is lightning fast and just as deadly. With a sleek, asymmetrical design, the adiZero™ Rocket is focused on winning performance, from 5Ks to marathons.

**UPPER:** Asymmetrical upper design. Air mesh upper for maximum ventilation.
**LINING:** Nonslip lining for maximum performance.
**INLAY:** Molded respoEVA sockliner for anatomical fit and great step in comfort.
**MIDSOLE:** Full forefoot adiPRENE®⊕ for forefoot propulsion and efficiency. TORSION® SYSTEM for midfoot integrity.
**OUTSOLE:** adiWEAR® outsole for best durability in high wear areas. Blown rubber outsole for lightweight grip and cushion. Flex grooves for optimum forefoot flexibility. Forefoot lugs for traction on road surfaces.

SIZES   4-13
Q1/Q2
G43520    Running White | Black | Intense Green                    01 | 01 | 11

Exhibit 2
Page 70 of 272

FOOTWEAR | ADIZERO™

### adiZero™ Mana 5 M

h4400h | $80.00

Train hard, race hard in this performance trainer for distance runners. Added medial support and responsive forefoot enhances toe push off, so your speedwork stays speedy.

**UPPER:** Air mesh upper for maximum ventilation.
**LINING:** Nonslip lining for comfort and performance.
**INLAY:** Molded respoEVA sockliner for anatomical fit and great step in comfort.
**MIDSOLE:** Dual density midsole for pronation control. adiPRENE® insert for comfort and shock absorption. TORSION® SYSTEM for midfoot integrity.
**OUTSOLE:** Blown rubber outsole for lightweight grip and cushion. adiWEAR® outsole for best durability in high wear areas.

SIZES  4–13 I 14 I 15
Q1/Q2
G43515    Acid Buzz | Black | Metallic Silver                    01 | 01 | 11

adiPRENE˙
adiPRENE˙⊕
adiWEAR˙
TORSION˙ SYSTEM



G43515

---

### adiZero™ Mana 5 W

h4400h | $80.00

Train hard, race hard in the performance trainer for distance runners. Added medial support and responsive forefoot enhances toe push off, so your speedwork stays speedy.

**UPPER:** Air mesh upper for maximum ventilation.
**LINING:** Nonslip lining for comfort and performance.
**INLAY:** Molded respoEVA sockliner for anatomical fit and great step in comfort.
**MIDSOLE:** Dual density midsole for pronation control. adiPRENE® insert for comfort and shock absorption. TORSION® SYSTEM for midfoot integrity.
**OUTSOLE:** Blown rubber outsole for lightweight grip and cushion. adiWEAR® outsole for best durability in high wear areas.

SIZES  5–12
Q1/Q2
G43517    Running White | Black Red Metallic | Fresh Pink        01 | 01 | 11

adiPRENE˙
adiPRENE˙⊕
adiWEAR˙
TORSION˙ SYSTEM



G43517

18

Exhibit 2
Page 71 of 272



Exhibit 2
Page 72 of 272

## Superstar 2 – Suede

**history:** The adidas Originals Superstar has proven itself on the basketball court and in the streets since 1970. These newest Superstar shoes feature soft suede in fresh new colors for summer.

| V22966 | tan blend : dark indigo : white | 1/1/12 |
| V22967 | dark indigo : half orange : white | 1/1/12 |

**price:** $75.00
**sizes:** 4-12,13,14





17

Exhibit 2
Page 73 of 272



**men's | footwear | everyday iconics**







## Superstar 2

history: The adidas Originals Superstar 2 has proven itself on the basketball court and in the streets since 1970. This classic leather version comes in colors to match all of your favorite tracksuits.

| | | |
|---|---|---|
| V24477 | black : black : core energy | 2/1/12 |
| V24475 | white : white : prime blue | 3/1/12 |
| G17067 | black : white : black | C.O. |
| G17068 | white : black : white | C.O. |
| G17071 | white : white : white | C.O. |
| G17070 | white : new navy : white | C.O. |
| G17069 | white : fairway : white | C.O. |
| G43681 | white : light scarlet : white | C.O. |
| G14748 | black : black : black | C.O. |
| G17205 | white : satellite : white | C.O. |
| G15564 | white : cardinal : white | C.O. |

price: $70.00
sizes: 4-15,16,17,18,19,20,21



18

Exhibit 2
Page 74 of 272









## Samoa

history: This easygoing sneaker with a signature suede toe box has been a fan favorite for decades.

| | | |
|---|---|---|
| 019351 | black : white | C.O. |
| 675033 | white : black | C.O. |
| 133759 | white : white | C.O. |
| G22597 | white : fairway : fairway | C.O. |
| G22596 | black : black : metallic silver | C.O. |
| G22593 | cardinal : white | C.O. |
| G24861 | new navy : white | C.O. |

price: $60.00
sizes: 4-12,13,14

Exhibit 2
Page 75 of 272



**men's | footwear | everyday iconics**







### Samba®

**history:** When introduced in 1962, the Samba® was the first football training shoe developed for frozen pitches. Since then the Samba® has evolved from its original purpose as a training shoe to a terrace staple and has gone on to become a modern day street classic in its own right.

| | | |
|---|---|---|
| G19472 | white : new navy : gum | C.O. |
| G21947 | white : light scarlet : gum | C.O. |
| G42701 | white : fairway : gum | C.O. |
| G17100 | black : white : black | C.O. |
| G17102 | white : black : white | C.O. |

**price:** $65.00
**sizes:** 4-12,13,14

20

Exhibit 2
Page 76 of 272







### Campus 2 – Leather

**history:** Arguably the most iconic adidas sneaker ever produced, the Campus simply never goes out of style. Outfitted in leather, the adidas Originals Campus 2 – Leather lives up to the legacy, with contrast 3-Stripes, gold logo details and a durable Superstar rubber outsole.

| | | |
|---|---|---|
| G49417 | white : white : white | 1/1/12 |
| G49418 | black : black : black | 1/1/12 |
| G49421 | white : new navy : new navy | 1/1/12 |
| G49419 | white : core energy : core energy | 2/1/12 |
| G49420 | white : grey blend : grey blend | 3/1/12 |

**price:** $65.00
**sizes:** 4-12,13,14





### Campus 2 – Suede

**history:** Arguably the most iconic adidas sneaker ever produced, the Campus simply never goes out of style. Outfitted in soft suede, the adidas Originals Campus 2 – Suede lives up to the legacy, with contrast 3-Stripes, gold logo details and a durable Superstar rubber outsole.

| | | |
|---|---|---|
| 034894 | black : white | C.O. |
| 034895 | navy : white | C.O. |
| V22888 | light grey : white : light grey | C.O. |
| G06027 | mid cinder : white | C.O. |
| G22960 | black : black : black | C.O. |
| G22970 | cardinal : white : cardinal | C.O. |

**price:** $65.00
**sizes:** 4-12,13,14

21

Exhibit 2
Page 77 of 272



**men's | footwear | everyday iconics**





## Rod Laver

**history:** Worn by the legendary tennis superhero, the adidas Originals Rod Laver shoe brings center court to the street. This season updates the original's all-white body with classic seasonal colors in a textural mix of mesh and leather.

| | | |
|---|---|---|
| G47881 | black : black : white | 2/1/12 |
| G47882 | collegiate navy : collegiate navy : prime yellow | 2/1/12 |
| G47880 | medium lead : medium lead : core energy | 2/1/12 |
| 668701 | white : green | C.O. |
| 668702 | white : navy | C.O. |

**price:** $60.00
**sizes:** 4-15,16,17,18



## Gazelle 2

**history:** Originally released in 1968 as an all-around trainer, the Gazelle soon became an international sneaker icon. Today's adidas Originals Gazelle 2 continues the legacy, with a soft suede upper and contrast 3-Stripes at the side.

| | | |
|---|---|---|
| 032622 | black : white | C.O. |
| 034581 | marine : white | C.O. |

**price:** $65.00
**sizes:** 4-12,13,14

22

Exhibit 2
Page 78 of 272











### adistar™ Racer

**history:** Sleek, lightweight and lo-profile, the adidas Originals adistar™ Racer brings a speedy, retro running-shoe look to your everyday style. Features a breezy double-layer mesh build and classic suede overlays.

| | | |
|---|---|---|
| V22767 | pool : white : slate | 1/1/12 |
| V22768 | light maroon : white : cardinal | 1/1/12 |
| V22769 | black : white : black | 1/1/12 |
| V22770 | white : black : white | 1/1/12 |

**price:** $65.00
**sizes:** 4-12,13,14



23

Exhibit 2
Page 79 of 272



**men's | footwear | everyday iconics**









### adilette

**history:** First introduced in 1972 and going strong ever since, the adidas Originals adilette is the sport slide that started it all.

| | | |
|---|---|---|
| V24312 | white : dark indigo : light scarlet | 3/1/12 |
| 280648 | white : black : white | C.O. |
| 280647 | black : white : black | C.O. |
| 288022 | new navy : white : new navy | C.O. |

**price:** $30.00
**sizes:** 4-16 FS

24

Exhibit 2
Page 80 of 272



AD 104_ nline.indd  33

5/26/11  10 36 AM

Exhibit 2
Page 81 of 272



**women's | footwear | everyday iconics**





## Superstar 2 W

**history:** First hitting the courts in 1970, the adidas Originals Superstar was the first basketball shoe to feature an all-leather upper and the now-famous shell toe. This version for the ladies sports feminine colorways to hook to your favorite track top.

| | | |
|---|---|---|
| V22849 | black : bloom : white | 1/1/12 |
| V22846 | white : dark indigo : white | 1/1/12 |
| G47753 | white : power pink : power pink | 2/1/12 |
| 901019 | white : white : white | C.O. |
| G47967 | black : black : black | C.O. |

**price:** $70.00
**sizes:** 5-11





## Samoa W

**history:** This easygoing leather sneaker with a signature suede toe box has been a fan favorite for decades. This edition of the adidas Originals Samoa stays true to the original with bold 3-Stripes in seasonal pop colors.

| | | |
|---|---|---|
| G47676 | white : ultra pop : ultra pop | 2/1/12 |
| G47677 | white : collegiate aqua : collegiate aqua | 3/1/12 |
| G20682 | white : white : silver | C.O. |
| G23426 | white : black : white | C.O. |

**price:** $60.00
**sizes:** 5-11

34

Exhibit 2
Page 82 of 272



**women's | footwear | everyday iconics**





### Honey Stripes Mid W

history: The mid-cut adidas Originals Honey Stripes Mid shoe brings back classic 80s leisure style.

| | | |
|---|---|---|
| V24727 | white : bloom : white | 1/1/12 |
| V24730 | marine : marine : white | 2/1/12 |
| V24726 | black : white : black | C.O. |
| G43682 | white : metallic silver : white | C.O. |

price: $55.00
sizes: 5-11



### Honey Stripes Lo W

history: The lo-cut adidas Originals Honey Stripes Lo shoe brings back classic 80s leisure style.

| | | |
|---|---|---|
| V24724 | dark indigo : dark indigo : white | 2/1/12 |
| G43668 | white : metallic silver : white | C.O. |
| G43669 | black : white : black | C.O. |

price: $52.00
sizes: 5-11



### Honey Hook W

history: The adidas Originals Honey Hook is the latest evolution of the classic 80s sneaker. Featuring vulcanized rubber outsoles just like the original shoe, this casual version has a simple suede upper, cotton twill tongue and outdoor-inspired hook lacing.

| | | |
|---|---|---|
| V24255 | marine : marine : light bone | 1/1/12 |
| V24256 | core energy : core energy : light bone | 1/1/12 |
| V24257 | light bone : light bone : marine | 1/1/12 |

price: $70.00
sizes: 5-11

36

Exhibit 2
Page 83 of 272



Exhibit 2
Page 84 of 272



Exhibit 2
Page 85 of 272

# footwear /// everyday iconics





G59967

## superstar 2

**history:** Originally appearing in 1969 as a lo-top basketball shoe, the adidas Originals Superstar 2 continues the legacy without losing any of its original charm.

| | | |
|---|---|---|
| G59967 | white : black : light scarlet | 1/1/13 |
| G59924 | black : tech grey : vivid yellow | 2/1/13 |
| G59927 | white : black : turquoise | 3/1/13 |
| G14748 | black : black : black | C.O. |
| G17067 | black : white : black | C.O. |
| G17068 | white : black : white | C.O. |
| G17071 | white : white : white | C.O. |
| G17070 | white : new navy : white | C.O. |
| wG43681 | white : light scarlet : white | C.O. |

**price:** $70.00 : s3850s
**sizes:** 4-15,16,17,18,19,20,21





G59924




G59927




G14748

G17067




G17068




G17071




G17070

G43681

**19**

Exhibit 2
Page 86 of 272

**men's**



G49852



G49851

## pro model – leather

history: Styled just like the original late-70s basketball shoe, this adidas Pro Model reissue has a classic all-leather build, the iconic shell-toes, and gold metallic logos on the tongue, heel tab and lateral wordmark.

G59930    white : new navy : metallic gold  1/1/13
G49852    white : black : metallic gold          C.O.
G49851    white : white : metallic gold          C.O.

price: $78.00 : s4290s
sizes: 4-14



G59930



G65620




G65619

## pro model – nubuck

history: Styled just like the original late-70s basketball shoe, this adidas Pro Model reissue is made from synthetic nubuck and features the iconic shell-toes with snakeskin-embossed leather 3-Stripes.

G65620    black : turquoise : metallic gold   2/1/13
G65619    tech grey : white : metallic gold   3/1/13

price: $78.00 : s4290s
sizes: 4-14

**20**

Exhibit 2
Page 87 of 272

# footwear /// everyday iconics





Q23101



Q23103



Q23102



032622



034581

## gazelle 2

**history:** Originally released in 1968 as an all-around trainer, the Gazelle soon became an international sneaker icon. Today's adidas Originals Gazelle 2 shoes continue the legacy, with soft suede uppers and an ultra-comfy mesh lining.

| | | |
|---|---|---|
| Q23101 | dark petrol : white : met. gold | 1/1/13 |
| Q23103 | stone : white : metallic gold | 1/1/13 |
| Q23102 | wheat : white : metallic gold | 2/1/13 |
| 032622 | black : white | C.O. |
| 034581 | marine : white | C.O. |

**price:** $65.00 : s3575s
**sizes:** 4-14





Q20601



Q20602



G17100



G17102

## samba®

**history:** The adidas Samba® seems to have been born on the street, but this favorite adidas shoe first debuted as a football trainer designed to negotiate frozen pitches. This latest adidas Samba® features eco-friendly materials inside and out.

| | | |
|---|---|---|
| Q20601 | cardinal : bliss : metallic gold | 1/1/13 |
| Q20602 | mustang brn. : bliss : met. gold | 1/1/13 |
| G17100 | black : white : gum5 | C.O. |
| G17102 | white : black : gum5 | C.O. |

**price:** $65.00 : s3575s
**sizes:** 4-14

**men's**

**21**

Exhibit 2
Page 88 of 272



Exhibit 2
Page 89 of 272





G65818



G65817

## vanity vulc mid 2

**history:** The best thing about wearing the women's adidas Originals Vanity Vulc Mid 2 is the sassy zip front that can be worn opened or closed. Features a seasonal all-canvas build, classic leather 3-Stripes and a vulcanized rubber outsole.

| | | |
|---|---|---|
| G65819 | legend ink : vivid pink : white | 1/1/13 |
| G65818 | black : white : blaze pink | 2/1/13 |
| G65817 | true blue : white : red zest | 3/1/13 |

**price:** $65.00 : s3575s

**sizes:** 5-11





G65819




G65649




G59863




Q23588



901019

## superstar 2 w

**history:** Originally appearing in 1969 as a lo-top basketball shoe, the adidas Originals Superstar 2 W continues the legacy without losing any of its original charm.

| | | |
|---|---|---|
| G65650 | white : vivid pink : white | 1/1/13 |
| G65649 | white : black : vivid red | 2/1/13 |
| Q23588 | black : white : blaze pink | 2/1/13 |
| G59863 | white : red zest : true blue | 3/1/13 |
| 901019 | white : white : white | C.O. |

**price:** $70.00 : s3850s

**sizes:** 5-11

G65650

**women's**

**40**

Exhibit 2
Page 90 of 272

# footwear /// everyday iconics





G23426



G20682



G67108

women's

**samoa w**

**history:** This easygoing leather sneaker has been a fan favorite for decades.

G20682    white : white : silver                C.O.
G23426    white : black : white                 C.O.

**price:** $65.00 : s3575s
**sizes:** 5-11

**samoa w – valentine**

**history:** This easygoing leather sneaker has been a fan favorite for decades. Updated for the season in a fun Valentine's Day execution.

G67108    white : white : vivid red            2/1/13

**price:** $65.00 : s3575s
**sizes:** 5-11

**41**

Exhibit 2
Page 91 of 272



Exhibit 2
Page 92 of 272



Q34010

G97561

G96599

micoach
boost
ADIWEAR™
FORMOTION™
GEOFIT™
techfit
TORSION® SYSTEM

## Energy Boost M
$150.00 | h8250h

**BENEFITS**

- revolutionary new midsole developed by adidas Innovative Technology (AIT) team

- midsole designed to stay the same density from 1 mile to 600 miles and on

- seamless upper designed to maximize comfort while reducing potential irritation on top of the foot

- GEOFIT™ collar allows for a more secure yet softer feel around the ankle and Achilles during the running gait cycle

- dual TORSION® SYSTEM allows for a smoother transition during heelstrike to midfoot stance transition

- ZONEMOTION outsole ensures a smooth transition

- upper adapts to your individual foot shape

- midsole will not lose cushioning due to warm or cold weather

**GOOD TO KNOWS**

- concept spent 5 years in development and testing before being brought to market

- techfit™ upper has TPU welded onto the top to hold the foot securely in place during the run cycle

- designed for the runner within the 7-12 minute-per-mile pace

**TECHNICAL SPECIFICATIONS**

- 22/12mm midsole heights
- 10mm drop
- 276g/9.74oz. (men's size 9)
- 55c durometer
- 87/111mm bottom nets (men's size 9)

SIZES : 6.5  13 | 14 | 15
Q3/Q4

| | | |
|---|---|---|
| **Q34010** | Electricity | Running White | Blue Beauty | 08 | 01 | 13 |
| **G97561** | Night Shade | Night Metallic | Hi Res Red | 08 | 01 | 13 |
| **G96599** | Prime Blue | Neo Iron Metallic | Infrared | 06 | 01 | 13 |

Exhibit 2
Page 93 of 272



G97559

Q21115

G97558

micoach
boost
ADIWEAR™
FORMOTION™
GEOFIT™
techfit
TORSION SYSTEM

## Energy Boost W
$150.00 | h8250h

### BENEFITS

- revolutionary new midsole developed by adidas Innovative Technology (AIT) team
- midsole designed to stay the same density from 1 mile to 600 miles and on
- seamless upper designed to maximize comfort while reducing potential irritation on top of the foot
- GEOFIT™ collar allows for a more secure yet softer feel around the ankle and Achilles during the running gait cycle
- dual TORSION® SYSTEM allows for a smoother transition during heelstrike to midfoot stance transition
- ZONEMOTION outsole ensures a smooth transition
- upper adapts to your individual foot shape
- midsole will not lose cushioning due to warm or cold weather

### GOOD TO KNOWS

- concept spent 5 years in development and testing before being brought to market
- techfit™ upper has TPU welded onto the top to hold the foot securely in place during the run cycle
- designed for the runner within the 7-12 minute-per-mile pace

### TECHNICAL SPECIFICATIONS

- 22/12mm midsole heights
- 10mm drop
- 233g/8.2oz. (women's size 7)
- 55c durometer
- 87/111mm bottom nets (men's size 9)

SIZES : 5 12
Q3/Q4

| | | | |
|---|---|---|---|
| G97558 | Electricity \| Metallic Silver \| Black | | 08 \| 01 \| 13 |
| G97559 | Dark Onix \| Tech Silver Metallic \| Blast Emerald | | 08 \| 01 \| 13 |
| Q21115 | Vivid Pink \| Neo Iron Metallic \| Red Zest | | 06 \| 01 \| 13 |

11

Exhibit 2
Page 94 of 272



G95112

micoach
boost
FORMOTION™
GEOFIT™
TORSION° SYSTEM

### Adios Boost M
$140.00 | h7700h

**BENEFITS**

• revolutionary new midsole developed by adidas Innovative Technology (AIT) team

• midsole designed to stay the same density from 1 mile to 600 miles and on

• clover-shaped Coolever mesh designed to reduce moisture around the foot

• GEOFIT™ collar allows for a more secure yet softer feel around the ankle and Achilles during the running gait cycle

• full-length TORSION® SYSTEM designed for maximum propulsion off of the toe when moving at efficient rates

**GOOD TO KNOWS**

• concept spent 5 years in development and testing before being brought to market

• designed for athletes, from elites to mere mortals, looking to set their PRs

• designed for the runner within the 4-9 minute-per-mile pace

**TECHNICAL SPECIFICATIONS**

• 19.5/9mm midsole heights

• 10.5mm drop

• 226g/8oz. (men's size 9)

• 55c durometer

• 80/107mm bottom nets (men's size 9)

SIZES : 7  13 | 14 | 15
Q4
**G95112**   Hero Ink | Metallic Silver | Infrared          10 | 01 | 13

Exhibit 2
Page 95 of 272





Q21501

micoach
boost
FORMOTION
GEOFIT
TORSION SYSTEM

### Adios Boost W
$140.00 | h7700h

**BENEFITS**
- revolutionary new midsole developed by adidas Innovative Technology (AIT) team
- midsole designed to stay the same density from 1 mile to 600 miles and on
- clover-shaped Coolever mesh designed to reduce moisture around the foot
- GEOFIT™ collar allows for a more secure yet softer feel around the ankle and Achilles during the running gait cycle
- full-length TORSION® SYSTEM designed for maximum propulsion off of the toe when moving at efficient rates

**GOOD TO KNOWS**
- concept spent 5 years in development and testing before being brought to market
- designed for athletes, from elites to mere mortals, looking to set their PRs
- designed for the runner within the 4-9 minute-per-mile pace

**TECHNICAL SPECIFICATIONS**
- 19.5/9mm midsole heights
- 10.5mm drop
- 187g/6.6oz. (women's size 7)
- 55c durometer
- 80/107mm bottom nets (men's size 9)

SIZES : 5  12
Q4
**Q21501**   Blast Purple | Tech Silver | Red Zest          10 | 01 | 13

13

Exhibit 2
Page 96 of 272



G97675

micoach
boost
FORMOTION™
GEOFIT™
PRO-MODERATOR™
techfit
TORSION® SYSTEM

### Adistar Boost M
$170.00 | h9350h

**BENEFITS**

• revolutionary new midsole developed by adidas Innovative Technology (AIT) team

• midsole designed to stay the same density from 1 mile to 600 miles and on

• seamless techfit™ upper designed to maximize comfort while reducing potential irritation on top of the foot

• GEOFIT™ collar allows for a more secure yet softer feel around the ankle and Achilles during the running gait cycle

• dual TORSION® SYSTEM allows for a smoother transition during heel strike to midfoot stance transition

• FORMOTION® heel allows for a guided transition into the midfoot area

• foot-activated stability for better midfoot transition into the toe-off

• PRO-MODERATOR™ skin on the medial side allows for additional guidance throughout the gait cycle

**GOOD TO KNOWS**

• concept spent 5 years in development and testing before being brought to market

• techfit™ upper has TPU welded onto the top to hold the foot securely in place through the run cycle

• designed for the runner within the 7-12 minute-per-mile pace

**TECHNICAL SPECIFICATIONS**

• 22/11mm midsole heights

• 11mm drop

• 315g/11.1oz. (men's size 9)

• 55c durometer

• 87/111mm bottom nets (men's size 9)

SIZES : 6.5  15
Q3/Q4
**G97675**    Tech Grey | Black | Hi Res Red                08 | 01 | 13

14

Exhibit 2
Page 97 of 272





G97677

micoach
boost
FORMOTION™
GEOFIT™
PRO-MODERATOR™
techfit
TORSION® SYSTEM

## Adistar Boost W

$170.00 | h9350h

### BENEFITS

- revolutionary new midsole developed by adidas Innovative Technology (AIT) team

- midsole designed to stay the same density from 1 mile to 600 miles and on

- seamless techfit™ upper designed to maximize comfort while reducing potential irritation on top of the foot

- GEOFIT™ collar allows for a more secure yet softer feel around the ankle and Achilles during the running gait cycle

- dual TORSION® SYSTEM allows for a smoother transition during heel strike to midfoot stance transition

- FORMOTION® heel allows for a guided transition into the midfoot area

- foot-activated stability for better midfoot transition into the toe-off

- PRO-MODERATOR™ skin on the medial side allows for additional guidance throughout the gait cycle

### GOOD TO KNOWS

- concept spent 5 years in development and testing before being brought to market

- techfit™ upper has TPU welded onto the top to hold the foot securely in place through the run cycle

- designed for the runner within the 7-12 minute-per-mile pace

### TECHNICAL SPECIFICATIONS

- 22/11mm midsole heights

- 11mm drop

- 269g/9.5oz. (women's size 7)

- 55c durometer

- 87/111mm bottom nets (men's size 9)

SIZES : 5  12
Q3/Q4
G97677   Blast Pink | Tech Silver Metallic | Pride Pink       08 | 01 | 13

15

Exhibit 2
Page 98 of 272



G97321

G97322

G97323

Q33795

micoach

ADIPRENE°

ADIPRENE°+

ADIWEAR°

FITFOAM°

FORMOTION°

GEOFIT°

TORSION° SYSTEM

## Supernova Glide 5 M
$115.00 | h6325h

### BENEFITS

• seamless upper designed to maximize comfort while reducing irritation on top of the foot

• GEOFIT™ collar allows for a more secure yet softer feel around the ankle and Achilles during the running gait cycle

• dual TORSION® SYSTEM allows for a smoother transition from heelstrike to midfoot stance

• ZONEMOTION outsole ensures a smooth transition

• 21% more traction in dry conditions and 23% more traction in wet conditions, delivered via Continental Rubber in the toe and heel regions

### GOOD TO KNOWS

• lower volume toe box region to maximize fit while maintaining faster feel

• active FORMOTION® upper moves with the foot more naturally during the gait cycle

• designed for the runner within the 7-12 minute-per-mile pace

### TECHNICAL SPECIFICATIONS

• 23.5/11.5mm midsole heights

• 12mm drop

• 318g/11.2oz. (men's size 9)

• 55c durometer

• 87/111mm bottom nets (men's size 9)

SIZES : 6.5 13 | 14 | 15
Q3/Q4

| | | |
|---|---|---|
| Q33795 | Light Onix | Metallic Silver | Electricity | 06 | 01 | 13 |
| G97321 | Blue Beauty | Metallic Silver | Electricity | 06 | 01 | 13 |
| G97322 | Electricity | Metallic Silver | Night Metallic | 06 | 01 | 13 |
| G97323 | Black | Neo Iron Metallic | Infrared | 06 | 01 | 13 |

16

Exhibit 2
Page 99 of 272



G97326

Q33796

Q33797

G97324

micoach
ADIPRENE
ADIPRENE+
ADIWEAR
FITFOAM
FORMOTION
GEOFIT
TORSION SYSTEM

## Supernova Glide 5 W

$115.00 | h6325h

### BENEFITS

• seamless upper designed to maximize comfort while reducing irritation on top of the foot

• GEOFIT™ collar allows for a more secure yet softer feel around the ankle and Achilles during the running gait cycle

• dual TORSION® SYSTEM allows for a smoother transition from heelstrike to midfoot stance transition

• ZONEMOTION outsole ensures a smooth transition

• 21% more traction in dry conditions and 23% more traction in wet conditions, delivered via Continental Rubber in the toe and heel regions

### GOOD TO KNOWS

• lower volume toe box region to maximize fit while maintaining faster feel

• active FORMOTION® upper moves with the foot more naturally during the gait cycle

• designed for the runner within the 7-12 minute-per-mile pace

### TECHNICAL SPECIFICATIONS

• 23.5/11.5mm midsole heights

• 12mm drop

• 262g/9.3oz. (women's size 7)

• 55c durometer

• 87/111mm bottom nets (men's size 9)

SIZES : 5  12
Q3/Q4

| | | |
|---|---|---|
| G97324 | Black | Neo Iron Metallic | Blast Purple | 06 | 01 | 13 |
| G97326 | Blast Pink | Tech Silver Metallic | Red Zest | 06 | 01 | 13 |
| Q33796 | Prism Blue | Metallic Silver | Blast Pink | 06 | 01 | 13 |
| Q33797 | Light Onix | Tech Silver Metallic | Prism Mint | 06 | 01 | 13 |

17

Exhibit 2
Page 100 of 272



Q33798

mi coach
ADIPRENE®
ADIPRENE®+
ADIWEAR®
FITFOAM®
FORMOTION®
GEOFIT®
TORSION® SYSTEM

## Supernova Glide ATR M

$115.00 | h6325h

### BENEFITS

- weather-resistant upper allows for protection against the elements on and off the trail

- toe cap designed to protect the foot against the terrain while providing added weather protection

- GEOFIT™ collar allows for a more secure yet softer feel around the ankle and Achilles during the running gait cycle

- dual TORSION® SYSTEM allows for a smoother transition from heelstrike to midfoot stance

- mud-release outsole ensures that mud and dirt are left on the trail and outdoors

- aggressive outsole lugs are biomechanically designed to grip the surface where traction is needed

- 21% more traction in dry conditions and 23% more traction in wet conditions, delivered via Continental Rubber in the toe and heel regions

### GOOD TO KNOWS

- design language incorporates all of the benefits of the Supernova Glide with added trail and weather protection

- active FORMOTION® upper moves with the foot more naturally during the gait cycle

- designed for the runner within the 7-12 minute-per-mile pace

### TECHNICAL SPECIFICATIONS

- 23.5/11.5mm midsole heights

- 12mm drop

- 340g/12oz. (men's size 9)

- 55c durometer

- 87/111mm bottom nets (men's size 9)

SIZES : 6.5  13 | 14 | 15
Q3/Q4

| Q33798 | Black | Metallic Silver | Hi Res Red | 06 | 01 | 13 |

18

Exhibit 2
Page 101 of 272





Q33799

micoach
ADIPRENE
ADIPRENE+
ADIWEAR
FITFOAM
FORMOTION
GEOFIT
TORSION SYSTEM

## Supernova Glide ATR W

$115.00 | h6325h

### BENEFITS

- weather-resistant upper allows for protection against the elements on and off the trail

- toe cap designed to protect the foot against the terrain while providing added weather protection

- GEOFIT™ collar allows for a more secure yet softer feel around the ankle and Achilles during the running gait cycle

- dual TORSION® SYSTEM allows for a smoother transition from heelstrike to midfoot stance

- mud-release outsole ensures that mud and dirt are left on the trail and outdoors

- aggressive outsole lugs are biomechanically designed to grip the surface where traction is needed

- 21% more traction in dry conditions and 23% more traction in wet conditions, delivered via Continental Rubber in the toe and heel regions

### GOOD TO KNOWS

- design language incorporates all of the benefits of the Supernova Glide with added trail and weather protection

- active FORMOTION® upper moves with the foot more naturally during the gait cycle

- designed for the runner within the 7-12 minute-per-mile pace

### TECHNICAL SPECIFICATIONS

- 23.5/11.5mm midsole heights

- 12mm drop

- 287g/10.1oz. (women's size 7)

- 55c durometer

- 87/111mm bottom nets (men's size 9)

SIZES : 5  12
Q3/Q4
**Q33799**   Night Shade | Metallic Silver | Electricity         06 | 01 | 13

19

Exhibit 2
Page 102 of 272



Q21562

micoach
ADIPRENE®
ADIPRENE®+
ADIWEAR®
FORMOTION™
SPRINTWEB
TORSION® SYSTEM

## Adizero Boston 4 M
$110.00 | h6050h

**BENEFITS**

• improved last allows for better fit through the midfoot and forefoot region

• dual TORSION® SYSTEM bars provide stability through the midfoot phase of the gait cycle

• molded heel provides a better fit and hold through the entire running gait

• 21% more traction in dry conditions and 23% more traction in wet conditions, delivered via Continental Rubber

• microsuede midfoot allows for a better fit and hold

**GOOD TO KNOWS**

• forefoot SPRINTWEB guarantees a better, faster fit for the neutral foot type

• complete redesign of the Boston allows for it to be an everyday training shoe

• designed for the runner within the 6-9 minute-per-mile pace

**TECHNICAL SPECIFICATIONS**

• 23/11mm midsole heights

• 12mm drop

• 270g/9.25oz. (men's size 9)

• 55c durometer

• 83/108mm bottom nets (men's size 9)

SIZES : 6.5  13 | 14 | 15
Q3/Q4
**Q21562**  Black | Metallic Silver | Infrared          06 | 01 | 13

20

Exhibit 2
Page 103 of 272





Q21563

micoach
ADIPRENE°
ADIPRENE°+
ADIWEAR°
FORMOTION°
SPRINTWEB
TORSION° SYSTEM

## Adizero Boston 4 W
$110.00 | h6050h

### BENEFITS

• improved last allows for better fit through the midfoot and forefoot region

• dual TORSION® SYSTEM bars provide stability through the midfoot phase of the gait cycle

• molded heel provides a better fit and hold through the entire running gait

• 21% more traction in dry conditions and 23% more traction in wet conditions, delivered via Continental Rubber

• microsuede midfoot allows for a better fit and hold

### GOOD TO KNOWS

• forefoot SPRINTWEB guarantees a better, faster fit for the neutral foot type

• complete redesign of the Boston allows for it to be an everyday training shoe

• designed for the runner within the 6-9 minute-per-mile pace

### TECHNICAL SPECIFICATIONS

• 23/11mm midsole heights

• 12mm drop

• 228g/7.3oz. (women's size 7)

• 55c durometer

• 83/108mm bottom nets (men's size 9)

SIZES : 5  12
Q3/Q4
**Q21563**   Blast Purple | Blast Purple Metallic | Red Zest       06 | 01 | 13

21

Exhibit 2
Page 104 of 272





G95119

ADIPRENE®
ADIPRENE®+
TORSION® SYSTEM

### Adizero Adios M
$115.00 | h6325h

**BENEFITS**

• Coolever mesh on the upper allows for maximum heat exchange between the foot and the outside air because of the larger weave, to keep the foot cool from start to finish

• 3D external heel counter allows for a more comfortable heel fit and security during faster foot transitions

• three-tiered TORSION® SYSTEM allows for greater forefoot propulsion

• quickstrike configuration in the forefoot provides better grip in the forefoot while reducing weight

• 21% more traction in dry conditions and 23% more traction in wet conditions, delivered via Continental Rubber

**GOOD TO KNOWS**

• world's fastest marathon shoe, worn by Patrick Makau when he set the 2:03:38 world record at the Berlin Marathon

• designed for the runner within the 4-7:30 minute-per-mile pace

**TECHNICAL SPECIFICATIONS**

• 22/11mm midsole heights

• 11mm drop

• 210g/7.4oz. (men's size 9)

• 53c durometer

• 78/108mm bottom nets (men's size 9)

SIZES : 6.5  13 | 14 | 15
Q3/Q4
**G95119**   Blast Purple | Black | Infrared                06 | 01 | 13

22

Exhibit 2
Page 105 of 272





G95137

ADIPRENE®

ADIPRENE®+

TORSION® SYSTEM

## Adizero Adios W

$115.00 | h6325h

### BENEFITS

- Coolever mesh on the upper allows for maximum heat exchange between the foot and the outside air because of the larger weave, to keep the foot cool from start to finish

- 3D external heel counter allows for a more comfortable heel fit and security during faster foot transitions

- three-tiered TORSION® SYSTEM allows for greater forefoot propulsion

- quickstrike configuration in the forefoot provides better grip in the forefoot while reducing weight

- 21% more traction in dry conditions and 23% more traction in wet conditions, delivered via Continental Rubber

### GOOD TO KNOWS

- world's fastest marathon shoe, worn by Patrick Makau when he set the 2:03:38 world record at the Berlin Marathon

- designed for the runner within the 4-7:30 minute-per-mile pace

### TECHNICAL SPECIFICATIONS

- 22/11mm midsole heights

- 11mm drop

- 184g/6.5oz. (women's size 7)

- 53c durometer

- 78/108mm bottom nets (men's size 9)

SIZES : 5 12
Q3/Q4

**G95137** Blast Purple | Black | Infrared          06 | 01 | 13

23

Exhibit 2
Page 106 of 272



G97413

G97412

micoach
ADILITE™
ADIPRENE®
ADIPRENE®+
ADIWEAR™
FORMOTION™
GEOFIT™+
TORSION® SYSTEM

## Supernova Solution M

$125.00 | h6875h

### BENEFITS

• ADIPRENE® + frame encapsulates the entire foot

• larger FORMOTION® unit stabilizes the foot during longer transitions with the running surface

• midfoot TORSION® SYSTEM combined with ZONEMOTION outsole in the forefoot produces a much smoother transition during the heel-to-toe gait cycle

• 21% more traction in dry conditions and 23% more traction in wet conditions, delivered via Continental Rubber

### GOOD TO KNOWS

• shoe is intended for both neutral and slight pronators

• provides support using "stability through geometry" engineering

• active FORMOTION® upper results in superior midfoot integrity and support

• designed for runners within the 8-13 minute-per-mile pace

### TECHNICAL SPECIFICATIONS

• 24/12mm midsole heights

• 12mm drop

• 350g/12.3oz. (men's size 9)

• 57c durometer

• 90/110mm bottom nets (men's size 9)

SIZES : 6.5  13 | 14 | 15
Q3/Q4

| | | |
|---|---|---|
| **G97413** | Hi Res Red | Metallic Silver | Night Shade | 06 | 01 | 13 |
| **G97412** | Blue Beauty | Metallic Silver | Electricity | 06 | 01 | 13 |

24

Exhibit 2
Page 107 of 272






G97415



G97414

micoach
ADILITE™
ADIPRENE®
ADIPRENE®+
ADIWEAR™
FORMOTION™
GEOFIT®+
TORSION® SYSTEM

## Supernova Solution W

$125.00 | h6875h

### BENEFITS

• ADIPRENE® + frame encapsulates the entire foot

• larger FORMOTION® unit stabilizes the foot during longer transitions with the running surface

• midfoot TORSION® SYSTEM combined with ZONEMOTION outsole in the forefoot produces a much smoother transition during the heel-to-toe gait cycle

• 21% more traction in dry conditions and 23% more traction in wet conditions, delivered via Continental Rubber

### GOOD TO KNOWS

• shoe is intended for both neutral and slight pronators

• provides support using "stability through geometry" engineering

• active FORMOTION® upper results in superior midfoot integrity and support

• designed for runners within the 8-13 minute-per-mile pace

### TECHNICAL SPECIFICATIONS

• 24/12mm midsole heights

• 12mm drop

• 320g/11.3oz. (women's size 7)

• 57c durometer

• 90/110mm bottom nets (men's size 9)

SIZES : 5  12
Q3/Q4

| | | |
|---|---|---|
| G97414 | Blast Pink | Metallic Silver | Red Zest | 06 | 01 | 13 |
| G97415 | Shade Grey | Tech Silver | Prism Mint | 06 | 01 | 13 |

25

Exhibit 2
Page 108 of 272





G95101

micoach
ADILITE
ADIPRENE+
ADIWEAR
FORMOTION
SPRINTWEB
TORSION SYSTEM

### Adizero Aegis M

$125.00 | h6875h

**BENEFITS**

- split-density midsole allows for light impact on lateral side while providing stability on the medial side during the transition phase of the running motion

- ADIPRENE® + medial midsole provides guidance for the foot during the entire running gait cycle while maintaining superior cushioning through toe-off phase

- Continental Rubber outsole on toe-off region along with ADIWEAR™ outsole provides excellent traction on both wet and dry surfaces

- heat-welded SPRINTWEB upper in toe region maintains completely frictionless surface on the top of the foot for faster running

- last modifications allow for snugger heel fit at the Achilles and wider toe box with reduced volume overall for a true performance fit

**GOOD TO KNOWS**

- ideal shoe for both the neutral runner and the slight pronator due to the superior "stability through geometry" engineering

- shoe is a great complement for the neutral runner seeking more support on longer training runs

- dual TORSION® SYSTEM for midfoot integrity during middle transition phase of the running gait

- designed for the runner within the 6-9 minute-per-mile pace

**TECHNICAL SPECIFICATIONS**

- 23/12mm midsole heights
- 11mm drop
- 255g/9oz. (men's size 9)
- 55c durometer
- 82/107mm bottom nets (men's size 9)

SIZES : 6.5  15
Q3/Q4
**G95101**   Hi Res Red | Night Metallic | Infrared          06 | 01 | 13

26

Exhibit 2
Page 109 of 272





G95125

micoach
ADILITE™
ADIPRENE®+
ADIWEAR™
FORMOTION®
SPRINTWEB
TORSION® SYSTEM

## Adizero Aegis W
$125.00 | h6875h

### BENEFITS

- split-density midsole allows for light impact on lateral side while providing stability on the medial side during the transition phase of the running motion

- ADIPRENE® + medial midsole provides guidance for the foot during the entire running gait cycle while maintaining superior cushioning through toe-off phase

- Continental Rubber outsole on toe-off region along with ADIWEAR™ outsole provides excellent traction on both wet and dry surfaces

- heat-welded SPRINTWEB upper in toe region maintains completely frictionless surface on the top of the foot for faster running

- last modifications allow for snugger heel fit at the Achilles and wider toe box with reduced volume overall for a true performance fit

### GOOD TO KNOWS

- ideal shoe for both the neutral runner and the slight pronator, due to the superior "stability through geometry" engineering

- shoe is a great complement for the neutral runner seeking more support on longer training runs

- dual TORSION® SYSTEM for midfoot integrity during middle transition phase of the running gait

- designed for the runner within the 6-9 minute-per-mile pace

### TECHNICAL SPECIFICATIONS

- 23/12mm midsole heights

- 11mm drop

- 206g/7.3oz. (women's size 7)

- 55c durometer

- 82/107mm bottom nets (men's size 9)

SIZES : 5  12
Q3/Q4
**G95125**   Shade Grey | Tech Silver | Hi Res Red          06 | 01 | 13

Exhibit 2
Page 110 of 272



Q21472

G97328

G97479

Q21470



**micoach**

**ADIPRENE**

**ADIPRENE+**

**ADIWEAR**

**FORMOTION**

**GEOFIT**

**PRO-MODERATOR**

**SPRINTWEB**

**TORSION SYSTEM**

## Supernova Sequence 6 M

$120.00 | h6600h

### BENEFITS

• new seamless SPRINTWEB upper provides maximum comfort while promoting better heel-to-toe feel

• new gender-specific PRO-MODERATOR™ + stability piece significantly reduced for lighter weight and better transition through the running gait cycle

• midfoot tongue wraps around the foot to provide dynamic support and fit

• gender-specific ZONEMOTION outsole delivers more forefoot flexibility

• 360° reflectivity

• GEOFIT™ collar for softer step-in feel around the ankle and Achilles region

• clover-shaped Coolever mesh for 360° moisture management while running

• Continental Rubber outsole for 21% more traction in dry conditions and 23% more traction in wet conditions

### GOOD TO KNOWS

• dual TORSION® SYSTEM designed to aid smooth transition from midfoot stance to forefoot push-off phase

• engineering allows for stable ride with reduced materials and weight

• full-length ADIPRENE® + cradle designed to cushion and support the foot

• designed for the runner within the 7-12 minute-per-mile pace

### TECHNICAL SPECIFICATIONS

• 22/11mm midsole heights

• 11mm drop

• 326g/11.5oz. (men's size 9)

• 55c durometer

• 86/106mm bottom nets (men's size 9)

SIZES : 6.5 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20
Q3/Q4

| | | |
|---|---|---|
| **Q21470** | Tech Grey | Metallic Silver | Infrared | 06 | 01 | 13 |
| **Q21472** | Hi Res Red | Metallic Silver | Electricity | 06 | 01 | 13 |
| **G97328** | Blue Beauty | Metallic Silver | Electricity | 06 | 01 | 13 |
| **G97479** | Black | Metallic Silver | Electricity | 06 | 01 | 13 |

28

Exhibit 2
Page 111 of 272



Exhibit 2
Page 112 of 272



Exhibit 2
Page 113 of 272



Exhibit 2
Page 114 of 272



B26157

B26156

B26154

| campus 2 | | |
|---|---|---|
| B26154 | black : white : black | 1/1/15 |
| B26157 | olive cargo : white : olive cargo | 2/1/15 |
| B26156 | night flash : white : night flash | 2/1/15 |
| price: $70.00 : s3850s | | |
| sizes: 4-14 | | |

**17**

Exhibit 2
Page 115 of 272

men's



C77387

C77386

C77124

## superstar 2

**history:** The Superstar debuted in 1969 as a pro basketball shoe, but it soon became a streetwear staple. Today's Superstar shoes are faithful reproductions of the iconic style, with a smooth leather upper, synthetic 3-Stripes and the iconic shell toe.

| | | | |
|---|---|---|---|
| C77124 | white : black : white | | 2/1/15 |
| C77387 | coll. navy : scarlet : white | | 2/1/15 |
| C77386 | ch solid grey : black : white | | 2/1/15 |

**price:** $80.00 : s4400s
**sizes:** 4-14,15,16,17,18,19

18

Exhibit 2
Page 116 of 272



Exhibit 2
Page 117 of 272



C77017

C77018

C77857

C77020

## adidas sl loop runner

| | | |
|---|---|---|
| C77020 | bluebird : white : red | 1/1/15 |
| C77017 | white : bluebird : red | 1/1/15 |
| C77018 | dgh solid grey : white : | |
| | night flash | 2/1/15 |
| C77857 | red : white : bluebird | 2/1/15 |

price: $75.00 : s4125s
sizes: 4-14



C77024

C77025

C77023

## adidas sl loop runner tr

history: A comfortable style with trail-running details, the adidas SL Loop Runner TR has a ripstop upper with suede overlays, a speed lacing system, speckled EVA midsole and a rugged trail-style rubber outsole for a comfortable ride off-road or on. Finished with a set of cutout synthetic 3-Stripes that improve breathability.

| | | |
|---|---|---|
| C77023 | granite : coll. gold : off white | 2/1/15 |
| C77024 | night flash : black : off white | 2/1/15 |
| C77025 | olive cargo : gold : off white | 2/1/15 |

price: $75.00 : s4125s
sizes: 4-14

**21**

Exhibit 2
Page 118 of 272



Exhibit 2
Page 119 of 272

# footwear /// originals running



M19389

M19390

M19391

M19392

| zx 700 | | |
|---|---|---|
| M19389 | black : mgh solid grey : granite | 1/1/15 |
| M19390 | cardinal : mgh solid grey : scarlet | 1/1/15 |
| M19391 | carbon : mgh solid grey : dgh solid grey | 1/1/15 |
| M19392 | collegiate navy : mgh solid grey : collegiate royal | 1/1/15 |

price: $75.00 : s4125s
sizes: 4-14

**23**

Exhibit 2
Page 120 of 272

men's



C77039

C77040

C77038

### samoa

**history:** This easygoing sneaker has been a fan favorite for decades. This edition of the Samoa features a synthetic leather upper with a light-grain finish, an EVA wedge and a gum-rubber toe guard and outsole for a smooth ride. Contrast 3-Stripes say "Originals" loud and proud.

| | | |
|---|---|---|
| C77038 | black : white : gold metallic | 1/1/15 |
| C77039 | cardinal : white : gold metallic | 1/1/15 |
| C77040 | coll. navy : white : gold met. | 1/1/15 |

**price:** $65.00 : s3575s
**sizes:** 4-14

### samoa energy

**history:** This easygoing sneaker has been a fan favorite for decades. This Samoa turns up the volume on the classic with a reptile-embossed synthetic-leather upper. Features the authentic EVA wedge, now with a colored rubber outsole and toe kick. Finished with double-layer matte and glossy synthetic-leather 3-Stripes with a matching color pop.

| | | |
|---|---|---|
| C77044 | black : night flash : white | 2/1/15 |
| C77045 | granite : red : white | 2/1/15 |

**price:** $65.00 : s3575s
**sizes:** 4-14

C77045

C77044

24

Exhibit 2
Page 121 of 272

The image shows footwear page with shoe photos.

# footwear /// originals samoa

men's



C77050

C77051

C77049

## samoa vulc

**history:** This easygoing sneaker has been a fan favorite for decades. The new Samoa Vulc brings a new laid-back profile to this icon. Features a nubuck upper and synthetic leather 3-Stripes, plus a vulcanized rubber outsole with fox taping to replace the classic EVA wedge.

| C77049 | solid grey : red : white | 1/1/15 |
| C77050 | black : night flash : white | 2/1/15 |
| C77051 | olive cargo : black : white | 3/1/15 |

**price:** $60.00 : s3300s
**sizes:** 4-14

**25**

Exhibit 2
Page 122 of 272

**men's**







G17102

G17100

**samba**

history: The adidas Originals Samba was originally made to perform on frozen pitches. This version of these classic football shoes is styled in leather with authentic colors from the archive.

G17100    black : white : gum          1/1/15
G17102    white : black : gum          1/1/15

price: $70.00 : s3850s
sizes: 4-14

**26**

Exhibit 2
Page 123 of 272



288022

280647

**adilette**

**history:** First introduced in 1972 and going strong ever since, the adidas Originals Adilette is the sport slide that started it all. It has a quick-dry lining that feels soft on the skin and a PU-covered band.

| 288022 | adiblue : white : adiblue | 1/1/15 |
| 280647 | black : white : black | 1/1/15 |

**price:** $30.00 : s1650s
**sizes:** 4-14 FS

**27**

Exhibit 2
Page 124 of 272



Exhibit 2
Page 125 of 272



C77056

C77060

C77057

C77059

## samoa w

history: This easygoing sneaker has been a fan favorite for decades. The Samoa W features a synthetic leather upper with a light-grain finish, an EVA wedge and a rubber toe guard and outsole for a smooth ride. With contrast 3-Stripes that say "Originals" loud and proud.

| C77056 | black : off white : white | 1/1/15 |
| C77060 | off white : bright red : black | 2/1/15 |
| C77057 | wht. : mgh solid grey : bold blue | 3/1/15 |
| C77059 | clear green : dk. slate : st brick | 3/1/15 |

price: $65.00 : s3575s
sizes: 5-11

**49**

Exhibit 2
Page 126 of 272



Exhibit 2
Page 127 of 272

# footwear /// originals court



M19482

M19481

B26278

B26278

M20813

M19484

M20818

## adria lo w – polka dot

| | | |
|---|---|---|
| M19481 | dark marine : white | 3/1/15 |
| M19482 | dust pearl : off white : white | 3/1/15 |
| B26278 | off white : off white : black | 3/1/15 |

price: $55.00 : s3025s
sizes: 5-11

## adria lo w

history: The easy-to-wear Adria Lo W does justice to classic adidas vulcanized design. With a suede upper and printed 3-Stripes, a synthetic leather heel strap and Trefoil tongue logo, plus a vulcanized rubber outsole, this sneaker gives old-school styling an updated look and feel.

| | | |
|---|---|---|
| M20818 | black : white : cardboard | 1/1/15 |
| M20813 | white : white : black | 1/1/15 |
| M19484 | dk. marine : dk. marine : white | 2/1/15 |

price: $50.00 : s2750s
sizes: 5-11

women's

51

Exhibit 2
Page 128 of 272



Exhibit 2
Page 129 of 272



B26590

B26591

B26592

| stan smith w | | |
|---|---|---|
| B26590 | white : white : black | 1/1/15 |
| B26591 | black : black : white | 1/1/15 |
| B26592 | coll. navy : coll. navy : white | 1/1/15 |

price: $75.00 : s4125s
sizes: 5-11

**53**

Exhibit 2
Page 130 of 272



superstar up w

The iconic 70s Superstar gets a fresh feminine update in the Superstar Up W. The court classic has a 4 cm inner wedge, a leather upper with synthetic leather details and 3-Stripes, plus gold foil Trefoils and a rubber cupsole. Article M19507 is part of the Chinese New Year Pack and features a metallic leather upper with black scatter print, a patent leather heel patch and synthetic patent leather 3-Stripes. Article M19508 goes glam with contrasting snakeskin-embossed leather 3-Stripes.

Exhibit 2
Page 131 of 272

# footwear /// originals basketball





M19512



M19513



M19507



M19508



B32732

## superstar up w

| | | |
|---|---|---|
| M19512 | black : white : gold metallic | 12/1/14 |
| M19513 | white : black : gold metallic | 12/1/14 |
| M19507 | gold metallic : black : white | 1/1/15 |
| M19508 | coll. navy : lt. flash red : white | 2/1/15 |
| B32732 | white : scarlet : gold metallic | 2/1/15 |

price: $90.00 : s4950s
sizes: 5-11

---







B35832



C77153



S85139

## superstar w

history: From basketball all-star to streetwear queen, the Superstar has been going strong since 1969. These Superstar W shoes are faithful reproductions of the iconic style with a smooth leather upper, synthetic 3-Stripes, rubber cupsole and the signature shell toe. As part of the Brazilian Sneaker Boutique Pack, article B35832 updates the court classic with a baseball satin upper in a fun all-over Brazilian-inspired print.

| | | |
|---|---|---|
| B35832 | dust pink print : white : dust pink | 3/15/15 |

price: $85.00 : s4675s
sizes: 5-11

| | | |
|---|---|---|
| C77153 | white : black : white | 12/1/14 |
| S85139 | white : white : white | 12/1/14 |

price: $80.00 : s4400s
sizes: 5-11

**women's**

# 55

Exhibit 2
Page 132 of 272

**women's**



C77026



C77027

## adidas sl loop runner w

history: Inspired by groundbreaking adidas styles worn at the 1972 Munich Olympics, the adidas SL Loop Runner W has a modern colorblocked textile and mesh upper for breathability, with a stretchy textile collar and lining for a snug fit. Features a supersoft EVA midsole and rubber outsole, plus cutout synthetic 3-Stripes and loop lacing construction.

| | | |
|---|---|---|
| C77026 | black : white : coll. purple print | 1/1/15 |
| C77027 | mgh solid grey : mgh : red | 3/1/15 |

price: $75.00 : s4125s
sizes: 5-11



B25834

## zx flux w – print

history: Simple and modern, the ZX Flux W – Print is a descendent of the iconic ZX 8000 running shoe. Part of the Tokyo Tech Sneaker Boutique Pack, it has a snakeskin-embossed leather upper with an all-over city lights photo print and TPU 3-Stripes. The TPU heel counter echoes the iconic ZX Thousands series.

| | | |
|---|---|---|
| B25834 | black print : white : black | 1/1/15 |

price: $90.00 : s4950s
sizes: 5-11

56

Exhibit 2
Page 133 of 272

## zx flux decon w

**history:** Inspired by the retro style of the original, the ZX Flux Decon W takes the next step in the evolution of a classic runner with a fully deconstructed upper. Features a two-layer mesh upper with an all-over print inspired by the coral reefs of the Caribbean. Includes a compression-molded EVA outsole.

| | | |
|---|---|---|
| B34029 | black : surf green : white | 3/1/15 |
| B34030 | ash pink : bold aqua : white | 3/1/15 |
| B34032 | white : black : white | 3/1/15 |

**price:** $90.00 : s4950s
**sizes:** 5-11



B34030

B34032

B34029

women's

57

Exhibit 2
Page 134 of 272



Exhibit 2
Page 135 of 272

# footwear /// originals basketball





C77154

## superstar j/c/inf

**history:** The Superstar debuted in 1969 as a pro basketball shoe, but it soon became a streetwear staple. These Superstar shoes are a faithful reproduction of the iconic style, sized down for kids. With a smooth leather upper, synthetic 3-Stripes and the signature shell toe. The comfort versions have an easy on/off comfort closure.

| | | |
|---|---|---|
| C77154 | white : black : white | 2/1/15 |
| C77417 | coll. navy : scarlet : white | 2/1/15 |
| C77418 | solid grey : black : white | 2/1/15 |
| B23644 | white : bold pink : white | 2/1/15 |

**price:** $70.00 : s3850s (j)
**sizes:** 3.5-7

| | | |
|---|---|---|
| C77394 | white : black : white | 2/1/15 |
| C77398 | coll. navy : scarlet : white | 2/1/15 |
| C77399 | solid grey : black : white | 2/1/15 |
| B23665 | white : bold pink : white (cmf) | 2/1/15 |

**price:** $55.00 : s3025s (c)
**sizes:** 10.5K-3

| | | |
|---|---|---|
| C77913 | white : black : white | 2/1/15 |
| C77910 | coll. navy : scarlet : white | 2/1/15 |
| C77911 | solid grey : black : white | 2/1/15 |
| B23639 | white : bold pink : white (cmf) | 2/1/15 |

**price:** $45.00 : s2475s (inf)
**sizes:** 4K-10K



C77394



C77913




C77398



C77910



C77417



C77399



C77911



C77418



B23665


B23639



B23644

**kids'**

**73**

Exhibit 2
Page 136 of 272

# footwear /// originals basketball





## campus 2 j/c/inf

history: The Campus earned its legendary street cred from B-boys, rappers and break-dancers alike. Sized down for the up and coming, the Campus 2 returns with an all-suede construction featuring signature 3-Stripes and a herringbone rubber outsole. Always easy to wear, with a textile lining for added comfort.

C77174    black : white : black    1/1/15
C77176    night flash : white : night flash    2/1/15

price: $60.00 : s3300s (j)
sizes: 3.5-7

C77166    black : white : black    1/1/15
C77168    night flash : white : night flash    2/1/15

price: $50.00 : s2750s (c)
sizes: 10.5K-3

C77170    black : white : black    1/1/15
C77172    night flash : white : night flash    2/1/15

price: $40.00 : s2200s (inf)
sizes: 4K-10K

C77174



C77166



C77170


C77176


C77168


C77172

kids'

74

Exhibit 2
Page 137 of 272

# footwear /// originals basketball





C77607




C77605




C77606




S85314

S85313

S85315

## c-10 j/c/inf

**history:** The C-10 takes its design cues as much from the runway as its bball roots, and sizes it just right for kids. Pushing style boundaries with its distinctive design, it features a leather upper, cool pops of color, a soft EVA midsole, a rubber outsole and flashy textile strap 3-Stripes.

| | | |
|---|---|---|
| C77607 | night flash : black : granite | 2/1/15 |
| S85314 | surf green : dk. petrol : nt. flash | 2/1/15 |

**price:** $70.00 : s3850s (j)
**sizes:** 3.5-7

| | | |
|---|---|---|
| C77605 | night flash : black : granite | 2/1/15 |
| S85313 | surf green : dk. petrol : nt. flash | 2/1/15 |

**price:** $60.00 : s3300s (c)
**sizes:** 10.5K-3

| | | |
|---|---|---|
| C77606 | night flash : black : granite | 2/1/15 |
| S85315 | surf green : dk. petrol : nt. flash | 2/1/15 |

**price:** $50.00 : s2750s (inf)
**sizes:** 4K-10K

kids'

75

Exhibit 2
Page 138 of 272



C77258





C77265

C77262



C77260



C77263

C77259



C77257



C77264

C77261



**adidas loop runner j/c/inf**

**history:** The Loop Runner keeps kids comfy and up to date. Breathable and durable, this modern running style is made with ripstop and two-layer mesh with suede overlays, and a stretchy textile collar and lining for a snug fit. With supersoft EVA in the midsole and a rubber outsole, it features cutout 3-Stripes and loop lacing construction for kids on the go.

| | | |
|---|---|---|
| C77258 | red : white : black | 1/1/15 |
| C77260 | dgh solid grey : white : nt. flash | 1/1/15 |
| C77257 | white : bluebird : red | 2/1/15 |

**price:** $60.00 : s3300s (j)
**sizes:** 3.5-7

| | | |
|---|---|---|
| C77265 | red : white : black | 1/1/15 |
| C77263 | dgh solid grey : white : nt. flash | 1/1/15 |
| C77264 | white : bluebird : red | 2/1/15 |

**price:** $50.00 : s2750s (c)
**sizes:** 10.5K-3

| | | |
|---|---|---|
| C77262 | red : white : black | 1/1/15 |
| C77259 | dgh solid grey : white : nt. flash | 1/1/15 |
| C77261 | white : bluebird : red | 2/1/15 |

**price:** $40.00 : s2200s (inf)
**sizes:** 3K,4K,5K-10K

**kids'**

**76**

Exhibit 2
Page 139 of 272





M19386



M19399



M19387



M19400



M19388



M19402

## zx flux k/el inf

**history:** Simple and modern, the ZX Flux K/EL Inf is a descendant of the iconic ZX 8000 running shoe sized down especially for little feet. The ZX Flux features a one-piece mesh upper and an OrthoLite sockliner. Finished with an injection EVA midsole and welded 3-Stripes. The infant's shoe has elastic laces for easy on and off.

| | | |
|---|---|---|
| M19386 | rich blue : black : white | 1/1/15 |
| M19387 | bold pink : black : white | 1/1/15 |
| M19388 | flash orange : black : white | 1/1/15 |

**price:** $65.00 : s3575s (k)
**sizes:** 10.5K-7

| | | |
|---|---|---|
| M19399 | rich blue : black : white | 1/1/15 |
| M19400 | bold pink : black : white | 1/1/15 |
| M19402 | flash orange : black : white | 1/1/15 |

**price:** $50.00 : s2750s (el inf)
**sizes:** 3.5K-10K

kids'

77

Exhibit 2
Page 140 of 272



C77210

**history:** This easygoing sneaker has been a fan favorite for decades. The junior-size Samoa features a synthetic leather upper with a light-grain finish, and a contrast rubber toe guard and outsole. An EVA wedge keeps the ride smooth while contrast 3-Stripes say "Originals" loud and proud.

| | | |
|---|---|---|
| C77210 | coll. navy : white : met. gold | 1/1/15 |
| C77209 | cardinal : white : metallic gold | 1/1/15 |
| C77208 | black : white : metallic gold | 1/1/15 |

**price:** $57.00 : s3135s (j)
**sizes:** 3.5-7

| | | |
|---|---|---|
| C77216 | coll. navy : white : met. gold | 1/1/15 |
| C77215 | cardinal : white : metallic gold | 1/1/15 |
| C77214 | black : white : metallic gold | 1/1/15 |

**price:** $48.00 : s2640s (c)
**sizes:** 10.5K-3

| | | |
|---|---|---|
| C77222 | coll. navy : white : met. gold | 1/1/15 |
| C77221 | cardinal : white : metallic gold | 1/1/15 |
| C77220 | black : white : metallic gold | 1/1/15 |

**price:** $36.00 : s1980s (inf)
**sizes:** 2K,3K,4K,5K-10K




C77216



C77222




C77209




C77215



C77221

C77208

C77214

C77220

kids'

78

Exhibit 2
Page 141 of 272

# footwear /// originals samoa



C77190

C77196          C77204

C77191          C77197          C77203

C77192          C77198          C77202

samoa vulc j/c/inf

history: This easygoing sneaker has been a fan favorite for decades. The new Samoa Vulc brings a new laid-back profile to this icon. Features a nubuck upper and synthetic leather 3-Stripes, plus a vulcanized rubber outsole to replace the classic EVA wedge.

| | | |
|---|---|---|
| C77190 | solid grey : red : white | 1/1/15 |
| C77191 | black : night flash : white | 2/1/15 |
| C77192 | olive cargo : black : white | 3/1/15 |

price: $50.00 : s2750s (j)
sizes: 3.5-7

| | | |
|---|---|---|
| C77196 | solid grey : red : white | 1/1/15 |
| C77197 | black : night flash : white | 2/1/15 |
| C77198 | olive cargo : black : white | 3/1/15 |

price: $45.00 : s2475s (c)
sizes: 10.5K-3

| | | |
|---|---|---|
| C77204 | solid grey : red : white | 1/1/15 |
| C77203 | black : night flash : white | 2/1/15 |
| C77202 | olive cargo : black : white | 3/1/15 |

price: $35.00 : s1925s (inf)
sizes: 2K,3K,4K,5K-10K

kids'

# 79

Exhibit 2
Page 142 of 272



Document title: adidas Superstar Shoes With Classic Shell Toe | adidas US
Capture URL: https://www.adidas.com/us/superstar
Capture timestamp (UTC): Thu, 16 Jan 2020 21:02:57 GMT

Page 1 of 5

Exhibit 2
Page 143 of 272

GENDER˅    CATEGORY˅    ACTIVITY˅    COLOR˅    PRICE˅    COLLABORATION˅    MATERIAL˅    SORT BY˅



Originals
SUPERSTAR SHOES
$80
6 colors

Women's Originals
SUPERSTAR SHOES
$80
3 colors

Youth Originals
SUPERSTAR SHOES
$70
4 colors

Children Originals
SUPERSTAR SHOES
$55
4 colors

Infant & Toddler Originals
SUPERSTAR SHOES
$45
4 colors

Originals
SUPERSTAR SHOES
$80
4 colors

Youth Originals
SUPERSTAR SHOES
$70
4 colors

Children Originals
SUPERSTAR SHOES
$55
4 colors



The distinctive shell toe and smooth cowhide leather upper set Superstar apart from traditional canvas basketball shoes. The sneaker made its mark on athletes and artists alike.



Children Originals
SUPERSTAR SHOES
$55
2 colors

Infant & Toddler Originals
SUPERSTAR SHOES
$45
2 colors

Infant & Toddler Originals
SUPERSTAR SHOES
$45

Infant & Toddler Originals
SUPERSTAR SHOES
$45
4 colors

Document title: adidas Superstar Shoes With Classic Shell Toe | adidas US
Capture URL: https://www.adidas.com/us/superstar
Capture timestamp (UTC): Thu, 16 Jan 2020 21:02:57 GMT

Page 2 of 5

Exhibit 2
Page 144 of 272

GENDER ˅   CATEGORY ˅   ACTIVITY ˅   COLOR ˅   PRICE ˅   COLLABORATION ˅   MATERIAL ˅   SORT BY ˅



Originals
SUPERSTAR SHOES
$80

6 colors

Youth Originals
SUPERSTAR SHOES
$70

4 colors

Children Originals
SUPERSTAR SHOES
$55

6 colors

Infant & Toddler Originals
SUPERSTAR SHOES
$50

3 colors



1993

It started on the court and spread to the streets, the stage, the skatepark
—and everywhere in between. By the '90s, Superstar was the go-to
sneaker for Creators in every field.



Men's Originals
SUPERSTAR SHOES
$100

3 colors

Men's Originals
SUPERSTAR SHOES
$80

3 colors

Men's Originals
SUPERSTAR SHOES
$80

3 colors

Women's Originals
SUPERSTAR SHOES
$80

3 colors

Originals
SUPERSTAR SHOES
$80

3 colors

Originals
SUPERSTAR SHOES
$120

Youth Originals
SUPERSTAR SHOES
$70

2 colors

Youth Originals
SUPERSTAR SHOES
$70

2 colors

Document title: adidas Superstar Shoes With Classic Shell Toe | adidas US
Capture URL: https://www.adidas.com/us/superstar
Capture timestamp (UTC): Thu, 16 Jan 2020 21:02:57 GMT

Page 3 of 5

Exhibit 2
Page 145 of 272



GENDER˅    CATEGORY˅    ACTIVITY˅    COLOR˅    PRICE˅    COLLABORATION˅    MATERIAL˅    SORT BY˅

3 colors                              2 colors                              2 colors



Shaped by culture into a bonafide icon, Superstar has earned its place at the top by changing the game for 50 years. It's the uniform of Creators who are ahead of their time.



| Youth Originals | Youth Originals | Youth Originals | Youth Originals |
| SUPERSTAR SHOES | SUPERSTAR SHOES | SUPERSTAR SHOES | SUPERSTAR SHOES |
| $70 | $70 | $70 | $70 |
| 8 colors | 8 colors | 8 colors | 8 colors |

| Kids Originals | Children Originals | Children Originals | Children Originals |
| SUPERSTAR SHOES | SUPERSTAR SHOES | SUPERSTAR 360 SHOES | SUPERSTAR SHOES |
| $55 | $55 | $60 | $55 |
| | | 2 colors | 2 colors |

| Children Originals | Infant & Toddler Originals | Infant & Toddler Originals | Infant & Toddler Originals |
| SUPERSTAR 360 SHOES | SUPERSTAR 360 SHOES | SUPERSTAR SHOES | SUPERSTAR 360 SHOES |

Document title: adidas Superstar Shoes With Classic Shell Toe | adidas US
Capture URL: https://www.adidas.com/us/superstar
Capture timestamp (UTC): Thu, 16 Jan 2020 21:02:57 GMT

GENDER ⌄    CATEGORY ⌄    ACTIVITY ⌄    COLOR ⌄    PRICE ⌄    COLLABORATION ⌄    MATERIAL ⌄    SORT BY ⌄



Page: [1 ⌄] of 2                                                                NEXT

### ADIDAS ORIGINALS SUPERSTAR

With its roots in both hoops and hip-hop, the adidas Superstar can't help but live up to its name. Designed for ball above all else, the icon retains its game-ready details like a protective shell toe and coated leather upper. Known as the Superstar II, the modern adidas Superstar rocks true-to-the-original details like a herringbone cupsole, zigzag 3-Stripes edging and that signature shell-toe while beefing up the padding for a more cushioned ride.

### ADIDAS ARCHIVE: SUPERSTAR

The history of the adidas Superstar starts as much on the court as on the streets of New York. First adopted after the 1969 NBA championships, the name Superstar felt fitting, and it stuck. Years later, the adidas Originals Superstar found its off-court home in the underground hip-hop scene, winning over rap legends Run D.M.C. and sparking creative collaborations. Today, athletes, artists and everyday stars continue to make the shoe their own.

### MORE SUPERSTAR DETAILS

Timeless as ever, the adidas Superstar II maintains its original vibe in coated leather and classic rounded shell-toe. While the silhouette lends itself well to new collaborations, colorways and technologies, the simple Superstar will always be the fan favorite.

**You may also like:** Spezial Shoes  •  White Decrupt Shoes  •  Red NMD R1  •  Yung Sneakers  •  adicolor Collection  •  Originals New Arrivals



**STAY IN THE KNOW WITH ADIDAS!**          [ SIGN UP → ]

**TRENDING**
Casual Shoes
Slip On Shoes
Camo Clothing
Burgundy Shoes
Leather Sneakers

**CUSTOMER SUPPORT**
Get Help
Track Order
Returns & Refunds
Sizing
Promotions
How to Clean
Store Locator
Site Map

**COMPANY INFO**
About Us
Careers
Press
Affiliates
Military Discount
Student Discount
Mobile Apps
Creators Club
adidas Stories

**PARTNER SITES**
adidas Outdoor
miTeam

**PRIVACY & TERMS**
Privacy & Security
Terms and Conditions
Policy on Human Trafficking

**GIFT CARDS**
Check Balance

⌷ USA            Data settings |    Do not sell my personal information |    Privacy PolicyTerms and Conditions |    © 2020 adidas America Inc.

Document title: adidas Superstar Shoes With Classic Shell Toe | adidas US
Capture URL: https://www.adidas.com/us/superstar
Capture timestamp (UTC): Thu, 16 Jan 2020 21:02:57 GMT

Page 5 of 5

Exhibit 2
Page 147 of 272



Document title: adidas Stan Smith Shoes - White | adidas US
Capture URL: https://www.adidas.com/us/stan-smith-shoes/M20324.html
Capture timestamp (UTC): Thu, 30 Jan 2020 14:58:40 GMT

FREE SHIPPING OVER $47 FREE RETURNS
& EXCHANGES

✓ Buy now, pay over time with PayPal CREDIT

## PRODUCT DETAILS

| **Highlights** | Description | Specifications | Product Story |
|---|---|---|---|







FEEDBACK

**TIMELESS DESIGN**

True to its original design, the Stan Smith's classic silhouette has endured sneaker style for over four decades.

**VERSATILE STYLING**

This classic shoe embodies a universal style and minimalist design that doesn't need attention to do its job.

**CLASSIC DETAILS**

Stan Smith logos on the tongue and heel tab are paired with three perforated stripes.

## YOU MAY ALSO LIKE









Originals
STAN SMITH SHOES
$80

Originals
STAN SMITH SHOES
$80

Originals
STAN SMITH SHOES
$90

Essentials
ADILETTE CLOUDFOAM SLIDES
$13 $25

## SHARE HOW YOU WEAR IT

Share a photo of your adidas favorite and appear in our showcase. Make sure to tag your image with @adidas.



Document title: adidas Stan Smith Shoes - White | adidas US
Capture URL: https://www.adidas.com/us/stan-smith-shoes/M20324.html
Capture timestamp (UTC): Thu, 30 Jan 2020 14:58:40 GMT

## SHARE HOW YOU WEAR IT

Share a photo of your adidas favorite and appear in our showcase. Make sure to tag your image with @adidas.



**LOAD MORE IMAGES**

## RATINGS & REVIEWS

**4.7** ★★★★★
**5829** Reviews

**RATING BREAKDOWN**

5 STARS ━━━━━━━━ 4434
4 STARS ━━━━━ 1087
3 STARS ━━ 162
2 STARS ━ 68
1 STARS ━ 78

**97%**
of customers recommend this product

SIZE
TOO SMALL    PERFECT    TOO LARGE

WIDTH
TOO NARROW    PERFECT    TOO WIDE

SORT ON
newest | helpful | relevant

★★★★★                                                    January 29, 2020
**BEST SHOE EVER**
love this shoes in every model and color,recommended

✓ I recommend this product

radurosler

Was this review helpful?    Yes [0]    No [0]

---

★★★☆☆                                                    January 29, 2020
**MIXED FEELINGS**
Been a fan of Stans. This color especially caught my eye but compared to the '71 line of Stans the
leather creases and wrinkles very easily

✓ I recommend this product

xoxoBilliam



Document title: adidas Stan Smith Shoes - White | adidas US
Capture URL: https://www.adidas.com/us/stan-smith-shoes/M20324.html
Capture timestamp (UTC): Thu, 30 Jan 2020 14:58:40 GMT

Page 3 of 5

Exhibit 2
Page 150 of 272

SIZE

TOO SMALL    PERFECT    TOO LARGE

WIDTH

TOO NARROW    PERFECT    TOO WIDE

COMFORT

UNCOMFORTABLE    COMFORTABLE

QUALITY

POOR    PERFECT

★★★☆☆    January 29, 2020

**MIXED FEELINGS**

Been a fan of Stans. This color especially caught my eye but compared to the '71 line of Stans the leather creases and wrinkles very easily

✓ I recommend this product

**xoxoBilliam**

Was this review helpful?    Yes [0]    No [0]

LOAD MORE    [ WRITE A REVIEW → ]

FEEDBACK

## OTHERS ALSO BOUGHT









Originals
TREFOIL HOODIE
$65

Originals
SST TRACK PANTS
$65

Originals
SST TRACK JACKET
$75

Performance
ALPHASKIN TIGHTS
$35

—  —  —  —

**STAY IN THE KNOW WITH ADIDAS!**    [ SIGN UP → ]

**TRENDING**
Casual Shoes
Slip On Shoes
Camo Clothing
Burgundy Shoes
Leather Sneakers

**CUSTOMER SUPPORT**
Get Help
Track Order
Returns & Refunds
Sizing
Promotions
How to Clean
Bra Fit Guide
Store Locator
Site Map

**COMPANY INFO**
About Us
Careers
Press
Affiliates
Military Discount
Student Discount
Mobile Apps
Creators Club
adidas Stories

**PARTNER SITES**
adidas Outdoor
miTeam

**PRIVACY & TERMS**
Privacy & Security
Terms and Conditions
Policy on Human Trafficking

**GIFT CARDS**
Check Balance



Document title: adidas Stan Smith Shoes - White | adidas US
Capture URL: https://www.adidas.com/us/stan-smith-shoes/M20324.html
Capture timestamp (UTC): Thu, 30 Jan 2020 14:58:40 GMT

Page 4 of 5

Exhibit 2
Page 151 of 272



WIDTH

TOO NARROW    PERFECT    TOO WIDE

COMFORT

UNCOMFORTABLE    COMFORTABLE

QUALITY

POOR    PERFECT

✓ I recommend this product

**xoxoBilliam**

Was this review helpful?    Yes [0]    No [0]

LOAD MORE

**WRITE A REVIEW** →

FEEDBACK

## OTHERS ALSO BOUGHT



Originals
TREFOIL HOODIE
$65

Originals
SST TRACK PANTS
$65

Originals
SST TRACK JACKET
$75

Performance
ALPHASKIN TIGHTS
$35




### STAY IN THE KNOW WITH ADIDAS!

**SIGN UP** →

**TRENDING**

Casual Shoes
Slip On Shoes
Camo Clothing
Burgundy Shoes
Leather Sneakers

**CUSTOMER SUPPORT**

Get Help
Track Order
Returns & Refunds
Sizing
Promotions
How to Clean
Bra Fit Guide
Store Locator
Site Map

**COMPANY INFO**

About Us
Careers
Press
Affiliates
Military Discount
Student Discount
Mobile Apps
Creators Club
adidas Stories

**PARTNER SITES**

adidas Outdoor
miTeam

**PRIVACY & TERMS**

Privacy & Security
Terms and Conditions
Policy on Human Trafficking

**GIFT CARDS**

Check Balance

🇺🇸 USA     Data settings |    Do not sell my personal information |    Privacy Policy  Terms and Conditions |    © 2020 adidas America Inc.

Document title: adidas Stan Smith Shoes - White | adidas US
Capture URL: https://www.adidas.com/us/stan-smith-shoes/M20324.html
Capture timestamp (UTC): Thu, 30 Jan 2020 14:58:40 GMT

Page 5 of 5

Exhibit 2
Page 152 of 272



ALSO VISIT Reebok | HELP | ORDER TRACKER AND RETURNS | JOIN CREATORS CLUB | CREATORS CLUB | LOG IN

adidas MEN WOMEN KIDS | SPORTS BRANDS | RELEASE DATES samba

FREE SHIPPING OVER $49 AND FREE RETURNS JOIN THE ADIDAS CREATORS CLUB

BACK Home / Soccer

search for:

**"SAMBA"** (4 Products)

GENDER ACTIVITY COLOR PRICE SURFACE MATERIAL SORT BY

× Soccer Clear All

FEEDBACK

Men's Soccer

SAMBA LEATHER SHOES

$75

Men's Soccer

SAMBA CLASSIC

$70

Men's Soccer

SAMBA CLASSIC SHOES

$70

Kids Soccer

SAMBA CLASSIC SHOES

$55

**STAY IN THE KNOW WITH ADIDAS!** SIGN UP

**TRENDING**

Casual Shoes
Slip On Shoes
Camo Clothing
Burgundy Shoes
Leather Sneakers

**CUSTOMER SUPPORT**

Get Help
Track Order
Returns & Refunds
Sizing
Promotions
How to Clean
Bra Fit Guide
Store Locator
Site Map

**COMPANY INFO**

About Us
Careers
Press
Affiliates
Military Discount
Student Discount
Mobile Apps
Creators Club
adidas Stories

**PARTNER SITES**

adidas Outdoor
miTeam

**PRIVACY & TERMS**

Privacy & Security
Terms and Conditions
Policy on Human Trafficking

**GIFT CARDS**

Check Balance

USA Data settings | Do not sell my personal information | Privacy PolicyTerms and Conditions | © 2020 adidas America Inc.

Document title: Soccer | adidas US
Capture URL: https://www.adidas.com/us/search?q=samba&sport_en_us=soccer
Capture timestamp (UTC): Thu, 30 Jan 2020 14:57:06 GMT



Document title: Gazelle | adidas US
Capture URL: https://www.adidas.com/us/search?q=gazelle&amp;sportsub_en_us=gazelle
Capture timestamp (UTC): Thu, 30 Jan 2020 14:55:53 GMT

GENDER ⌄    ACTIVITY ⌄    COLOR ⌄    PRICE ⌄    SPORT ⌄    COLLABORATION ⌄    MATERIAL ⌄    SORT BY ⌄



FEEDBACK

Originals
GAZELLE SHOES
$80

4 colors

Originals
GAZELLE SHOES
$80

Youth Originals
GAZELLE SHOES
$46 $65

3 colors

Originals
GAZELLE SHOES
$100

4 colors

Originals
GAZELLE SHOES
$40 $80

8 colors

Women's Originals
GAZELLE SHOES
$50 $100

12 colors

Women's Originals
GAZELLE SHOES
$90

5 colors

Women's Originals
GAZELLE SHOES
$43 $85

12 colors

Women's Originals
GAZELLE SHOES
$50 $100

12 colors

Women's Originals
GAZELLE SHOES
$100

12 colors

Kids Originals
GAZELLE SHOES
$38 $55

2 colors

Women's Originals
GAZELLE SHOES
$50 $100

12 colors

NEW

Document title: Gazelle | adidas US
Capture URL: https://www.adidas.com/us/search?q=gazelle&amp;sportsub_en_us=gazelle
Capture timestamp (UTC): Thu, 30 Jan 2020 14:55:53 GMT

Page 2 of 4

Exhibit 2
Page 155 of 272

GENDER ⌄    ACTIVITY ⌄    COLOR ⌄    PRICE ⌄    SPORT ⌄    COLLABORATION ⌄    MATERIAL ⌄    SORT BY ⌄

FEEDBACK

Women's Originals
GAZELLE SHOES
$50 $100
12 colors

Women's Originals
GAZELLE SHOES
$90
5 colors

Men's Originals
GAZELLE SHOES
$45 $90
7 colors

Women's Originals
GAZELLE SHOES
$50 $100
12 colors

Women's Originals
GAZELLE SHOES
$43 $85
12 colors

Women's Originals
GAZELLE SHOES
$100
12 colors

Infant & Toddler Originals
GAZELLE 360 SHOES
$50

Originals
GAZELLE SUPER X ALLTIMERS SHOES
$100

Men's Originals
GAZELLE SHOES
$40 $80
4 colors

Women's Originals
GAZELLE SHOES
$50 $100
12 colors

Women's Originals
GAZELLE SHOES
$45 $90
6 colors

Women's Originals
GAZELLE SHOES
$45 $90
6 colors

Men's Originals

Kids Originals

Women's Originals

Women's Originals

Document title: Gazelle | adidas US
Capture URL: https://www.adidas.com/us/search?q=gazelle&amp;sportsub_en_us=gazelle
Capture timestamp (UTC): Thu, 30 Jan 2020 14:55:53 GMT

Page 3 of 4

Exhibit 2
Page 156 of 272

GENDER ⌄    ACTIVITY ⌄    COLOR ⌄    PRICE ⌄    SPORT ⌄    COLLABORATION ⌄    MATERIAL ⌄    SORT BY ⌄



Men's Originals
GAZELLE SHOES
$40 $80
4 colors

Women's Originals
GAZELLE SHOES
$50 $100
12 colors

Women's Originals
GAZELLE SHOES
$45 $90
6 colors

Women's Originals
GAZELLE SHOES
$45 $90
6 colors

Men's Originals
GAZELLE SHOES
$50 $100
4 colors

Kids Originals
GAZELLE SHOES
$55

Women's Originals
GAZELLE SHOES
$50 $100
12 colors

Women's Originals
GAZELLE SHOES
$50
12 colors

## STAY IN THE KNOW WITH ADIDAS!

SIGN UP →

**TRENDING**
Casual Shoes
Slip On Shoes
Camo Clothing
Burgundy Shoes
Leather Sneakers

**CUSTOMER SUPPORT**
Get Help
Track Order
Returns & Refunds
Sizing
Promotions
How to Clean
Bra Fit Guide
Store Locator
Site Map

**COMPANY INFO**
About Us
Careers
Press
Affiliates
Military Discount
Student Discount
Mobile Apps
Creators Club
adidas Stories

**PARTNER SITES**
adidas Outdoor
miTeam

**PRIVACY & TERMS**
Privacy & Security
Terms and Conditions
Policy on Human Trafficking

**GIFT CARDS**
Check Balance

Document title: Gazelle | adidas US
Capture URL: https://www.adidas.com/us/search?q=gazelle&amp;sportsub_en_us=gazelle
Capture timestamp (UTC): Thu, 30 Jan 2020 14:55:53 GMT

Page 4 of 4

Exhibit 2
Page 157 of 272



search for:

# "ADILETTE" (117 Products)

GENDER CATEGORY ACTIVITY COLOR PRICE SPORT COLLABORATION MATERIAL BRAND SORT BY

Men's Swim

ADILETTE CLOUDFOAM SLIDES

$13 ~~$25~~

6 colors

Women's Essentials

ADILETTE SANDALS

$40

2 colors

Women's Swim

ADILETTE AQUA SLIDES

$13 ~~$25~~

13 colors

Men's Swim

ADILETTE CLOUDFOAM SLIDES

$13 ~~$25~~

5 colors

Men's Swim

ADILETTE COMFORT SLIDES

$18 ~~$35~~

3 colors

Men's Swim

ADILETTE CLOUDFOAM SLIDES

$13 ~~$25~~

5 colors

Women's Swim

ADILETTE COMFORT SLIDES

$18 ~~$35~~

12 colors

Men's Swim

ADILETTE CLOUDFOAM SLIDES

$13 ~~$25~~

5 colors

Document title: adidas Online Shop | adidas US
Capture URL: https://www.adidas.com/us/search?q=adilette
Capture timestamp (UTC): Thu, 30 Jan 2020 16:32:47 GMT



GENDER⌄    CATEGORY⌄    ACTIVITY⌄    COLOR⌄    PRICE⌄    SPORT⌄    COLLABORATION⌄    MATERIAL⌄    BRAND⌄    SORT BY⌄

Women's Essentials
ADILETTE COMFORT SLIDES
$18  $35
6 colors

Men's Essentials
ADILETTE CLOUDFOAM SLIDES
$13  $25

Women's Swim
ADILETTE COMFORT SLIDES
$18  $35
13 colors

Children Essentials
ADILETTE COMFORT SLIDES
$15  $30
3 colors

Women's Essentials
ADILETTE COMFORT SLIDES
$35
12 colors

Women's Originals
ADILETTE SLIDES
$60
7 colors

Men's Swim
ADILETTE COMFORT SLIDES
$18  $35
6 colors

Women's Essentials
ADILETTE COMFORT SLIDES
$18  $35
6 colors

Children Essentials
ADILETTE SHOWER SLIDES
$10  $20
8 colors

Women's Essentials
ADILETTE COMFORT SLIDES
$18  $35
6 colors

Women's Swim
ADILETTE AQUA SLIDES
$25
13 colors

Women's Swim
ADILETTE COMFORT SLIDES
$18  $35
12 colors

NEW

Document title: adidas Online Shop | adidas US
Capture URL: https://www.adidas.com/us/search?q=adilette
Capture timestamp (UTC): Thu, 30 Jan 2020 16:32:47 GMT



GENDER CATEGORY ACTIVITY COLOR PRICE SPORT COLLABORATION MATERIAL BRAND SORT BY

Men's Originals

ADILETTE LITE SLIDES

$30

4 colors

Men's Essentials

ADILETTE COMFORT SLIDES

$18 ~~$35~~

6 colors

Men's Essentials

ADILETTE SHOWER SLIDES

$13 ~~$25~~

7 colors

Women's Essentials

ADILETTE SANDALS

$20 ~~$40~~

2 colors

Infant & Toddler Originals

ADILETTE PLAY SLIDES

$28

2 colors

Men's Essentials

ADILETTE SHOWER SLIDES

$13 ~~$25~~

7 colors

Children Essentials

ADILETTE SHOWER SLIDES

$20

8 colors

Women's Swim

ADILETTE AQUA SLIDES

$25

10 colors

Men's Swim

ADILETTE COMFORT SLIDES

$18 ~~$35~~

6 colors

Men's Swim

ADILETTE COMFORT SLIDES

$35

3 colors

Women's Originals

ADILETTE LITE SLIDES

$30

2 colors

Men's Swim

ADILETTE COMFORT ADJUSTABLE SLIDES

$35

3 colors

Men's Essentials

ADILETTE SHOWER SLIDES

Men's Essentials

ADILETTE SHOWER SLIDES

Men's Essentials

ADILETTE SHOWER SLIDES

Men's Swim

ADILETTE COMFORT SLIDES

Document title: adidas Online Shop | adidas US
Capture URL: https://www.adidas.com/us/search?q=adilette
Capture timestamp (UTC): Thu, 30 Jan 2020 16:32:47 GMT



GENDER CATEGORY ACTIVITY COLOR PRICE SPORT COLLABORATION MATERIAL BRAND SORT BY

Men's Essentials

ADILETTE SHOWER SLIDES

$13 ~~$25~~

7 colors

Men's Essentials

ADILETTE SHOWER SLIDES

$13 ~~$25~~

7 colors

Men's Essentials

ADILETTE SHOWER SLIDES

$13 ~~$25~~

7 colors

Men's Swim

ADILETTE COMFORT SLIDES

$18 ~~$35~~

2 colors

Men's Originals

ADILETTE SLIDES

$45

9 colors

Women's Swim

ADILETTE COMFORT SLIDES

$18 ~~$35~~

12 colors

Women's Originals

ADILETTE SLIDES

$29 ~~$58~~

7 colors

Swim

ADILETTE BOOST SLIDES

$60

2 colors

Men's Originals

ADILETTE LITE SLIDES

$30

4 colors

Women's Swim

ADILETTE COMFORT SLIDES

$18 ~~$35~~

13 colors

Women's Essentials

ADILETTE COMFORT SLIDES

$18 ~~$35~~

12 colors

Men's Swim

ADILETTE COMFORT SLIDES

$18 ~~$35~~

2 colors

Women's Originals

ADILETTE SLIDES

$23 ~~$45~~

Women's Swim

ADILETTE COMFORT SLIDES

$18 ~~$35~~

Women's Swim

ADILETTE AQUA SLIDES

$18 ~~$25~~

Women's Swim

FARM RIO ADILETTE COMFORT SLIDES

$35

GENDER ˅   CATEGORY ˅   ACTIVITY ˅   COLOR ˅   PRICE ˅   SPORT ˅   COLLABORATION ˅   MATERIAL ˅   BRAND ˅   SORT BY ˅



Men's Originals
**ADILETTE LITE SLIDES**
$30

4 colors

Women's Swim
**ADILETTE COMFORT SLIDES**
$18 $35

13 colors

Women's Essentials
**ADILETTE COMFORT SLIDES**
$18 $35

12 colors

Men's Swim
**ADILETTE COMFORT SLIDES**
$18 $35

2 colors

Women's Originals
**ADILETTE SLIDES**
$23 $45

7 colors

Women's Swim
**ADILETTE COMFORT SLIDES**
$18 $35

6 colors

Women's Swim
**ADILETTE AQUA SLIDES**
$18 $35

10 colors

Women's Swim
**FARM RIO ADILETTE COMFORT SLIDES**
$35

3 colors

Page:  [ 1 ˅ ]  of 3                                                                 **NEXT**

## STAY IN THE KNOW WITH ADIDAS!           SIGN UP →

**TRENDING**

Casual Shoes
Slip On Shoes
Camo Clothing
Burgundy Shoes
Leather Sneakers

**CUSTOMER SUPPORT**

Get Help
Track Order
Returns & Refunds
Sizing
Promotions
How to Clean
Bra Fit Guide
Store Locator
Site Map

**COMPANY INFO**

About Us
Careers
Press
Affiliates
Military Discount
Student Discount
Mobile Apps
Creators Club
adidas Stories

**PARTNER SITES**

adidas Outdoor
miTeam

**PRIVACY & TERMS**

Privacy & Security
Terms and Conditions
Policy on Human Trafficking

**GIFT CARDS**

Check Balance

USA        Data settings  |    Do not sell my personal information  |    Privacy Policy   Terms and Conditions  |    © 2020 adidas America Inc.

Document title: adidas Online Shop | adidas US
Capture URL: https://www.adidas.com/us/search?q=adilette
Capture timestamp (UTC): Thu, 30 Jan 2020 16:32:47 GMT





ALSO VISIT Reebok HELP | ORDER TRACKER AND RETURNS | JOIN CREATORS CLUB | CREATORS CLUB LOG IN

adidas MEN WOMEN KIDS SPORTS BRANDS RELEASE DATES adilette

FREE SHIPPING OVER $49 AND FREE RETURNS JOIN THE ADIDAS CREATORS CLUB

BACK Home

search for:

**"ADILETTE"** (117 Products)

GENDER CATEGORY ACTIVITY COLOR PRICE SPORT COLLABORATION MATERIAL BRAND SORT BY

FEEDBACK

Men's Originals

ADILETTE LITE SLIDES

$30

4 colors

Men's Essentials

ADILETTE COMFORT ADJUSTABLE SLIDES

$35

3 colors

Children Essentials

ADILETTE COMFORT SLIDES

$30

3 colors

Women's Swim

ADILETTE COMFORT SLIDES

$18 ~~$35~~

6 colors

Men's Essentials

ADILETTE COMFORT SLIDES

$18 ~~$35~~

3 colors

Youth Originals

ADILETTE LITE SLIDES

$25

4 colors

NEW

Women's Swim

FARM RIO ADILETTE COMFORT SLIDES

$35

3 colors

Women's Essentials

ADILETTE COMFORT SLIDES

$18 ~~$35~~

12 colors

Document title: adidas Online Shop | adidas US

Capture URL: https://www.adidas.com/us/search?q=adilette&start=48

Capture timestamp (UTC): Thu, 30 Jan 2020 16:34:46 GMT



GENDER ⌄   CATEGORY ⌄   ACTIVITY ⌄   COLOR ⌄   PRICE ⌄   SPORT ⌄   COLLABORATION ⌄   MATERIAL ⌄   BRAND ⌄   SORT BY ⌄

Men's Originals
ADILETTE LITE SLIDES
$30
4 colors

Men's Swim
ADILETTE CLOUDFOAM SLIDES
$13 $35
5 colors

Youth Originals
ADILETTE LITE SLIDES
$25
4 colors

Men's Essentials
ADILETTE COMFORT ADJUSTABLE SLIDES
$35
3 colors

Children Swim
ADILETTE SHOWER SLIDES
$10 $20
10 colors

Men's Swim
ADILETTE COMFORT SLIDES
$18 $35
6 colors

Women's Swim
ADILETTE AQUA SLIDES
$13 $35
10 colors

Men's Swim
ADILETTE SHOWER SLIDES
$13 $25
7 colors

Women's Swim
ADILETTE AQUA SLIDES
$25
10 colors

Women's Essentials
ADILETTE COMFORT SLIDES
$18 $35
12 colors

Children Swim
ADILETTE COMFORT SLIDES
$30
4 colors

Women's Essentials
ADILETTE COMFORT SLIDES
$18 $35
12 colors

Document title: adidas Online Shop | adidas US
Capture URL: https://www.adidas.com/us/search?q=adilette&amp;start=48
Capture timestamp (UTC): Thu, 30 Jan 2020 16:34:46 GMT

Page 2 of 5

Exhibit 2
Page 164 of 272

GENDER ⌄   CATEGORY ⌄   ACTIVITY ⌄   COLOR ⌄   PRICE ⌄   SPORT ⌄   COLLABORATION ⌄   MATERIAL ⌄   BRAND ⌄   SORT BY ⌄

Children Swim
ADILETTE COMFORT SLIDES
$15 $30

5 colors

Women's Essentials
ADILETTE AQUA SLIDES
$18 $25

10 colors

Women's Swim
ADILETTE AQUA SLIDES
$13 $25

13 colors

Swim
ADILETTE BOOST SLIDES
$60

FEEDBACK

Men's Swim
ADILETTE COMFORT SLIDES
$18 $35

6 colors

Youth Originals
ADILETTE LITE SLIDES
$25

4 colors

Women's Swim
ADILETTE COMFORT SLIDES
$18 $35

2 colors

Women's Swim
ADILETTE AQUA SLIDES
$25

13 colors

Youth Originals
ADILETTE LITE SLIDES
$25

4 colors

Men's Originals
ADILETTE SLIDES
$23 $45

9 colors

Children Swim
ADILETTE AQUA SLIDES
$20

5 colors

SOLD OUT

Women's Swim
ADILETTE COMFORT SLIDES
$25

6 colors

Women's Swim
ADILETTE AQUA SLIDES

Children Essentials
ADILETTE SHOWER SLIDES

Women's Originals
ADILETTE SLIDES

Children Swim
ADILETTE COMFORT ADJUSTABLE SLIDES

Document title: adidas Online Shop | adidas US
Capture URL: https://www.adidas.com/us/search?q=adilette&amp;start=48
Capture timestamp (UTC): Thu, 30 Jan 2020 16:34:46 GMT

Page 3 of 5

Exhibit 2
Page 165 of 272

GENDER ⌄    CATEGORY ⌄    ACTIVITY ⌄    COLOR ⌄    PRICE ⌄    SPORT ⌄    COLLABORATION ⌄    MATERIAL ⌄    BRAND ⌄    SORT BY ⌄



Women's Swim
ADILETTE AQUA SLIDES
$15 $25

13 colors

Children Essentials
ADILETTE SHOWER SLIDES
$20

8 colors

Women's Originals
ADILETTE SLIDES
$25 $50

7 colors

Children Swim
ADILETTE COMFORT ADJUSTABLE SLIDES
$30

3 colors

Men's Swim
ADILETTE SHOWER SLIDES
$25

7 colors

Men's Originals
ADILETTE 3.0 SANDALS
$60

2 colors

Women's Originals
ADILETTE LITE SLIDES
$30

2 colors

Men's Originals
ADILETTE SLIDES
$23 $45

9 colors

Children Essentials
ADILETTE SHOWER SLIDES
$20

8 colors

Men's Originals
ADILETTE SLIDES
$32 $45

9 colors

Children Swim
ADILETTE COMFORT ADJUSTABLE SLIDES
$30

3 colors

Women's Essentials
ADILETTE COMFORT SLIDES
$18 $35

2 colors

Youth Originals
ADILETTE SLIDES
$20 $40

Children Essentials
ADILETTE SHOWER SLIDES
$20

Women's Essentials
ADILETTE COMFORT SLIDES
$18 $35

Men's Originals
ADILETTE SLIDES
$45

FEEDBACK

Document title: adidas Online Shop | adidas US
Capture URL: https://www.adidas.com/us/search?q=adilette&amp;start=48
Capture timestamp (UTC): Thu, 30 Jan 2020 16:34:46 GMT

GENDER ⌄   CATEGORY ⌄   ACTIVITY ⌄   COLOR ⌄   PRICE ⌄   SPORT ⌄   COLLABORATION ⌄   MATERIAL ⌄   BRAND ⌄   SORT BY ⌄



Children Essentials
ADILETTE SHOWER SLIDES
$20
8 colors

Men's Originals
ADILETTE SLIDES
$32 $45
9 colors

Children Swim
ADILETTE COMFORT ADJUSTABLE SLIDES
$30
3 colors

Women's Essentials
ADILETTE COMFORT SLIDES
$18 $35
2 colors

Youth Originals
ADILETTE SLIDES
$20 $40
2 colors

Children Essentials
ADILETTE SHOWER SLIDES
$20
8 colors

Women's Essentials
ADILETTE COMFORT SLIDES
$18 $35
2 colors

Men's Originals
ADILETTE SLIDES
$45
9 colors

**PREVIOUS**          Page: 2 ⌄ of 3          **NEXT**

## STAY IN THE KNOW WITH ADIDAS!          SIGN UP →

### TRENDING
Casual Shoes
Slip On Shoes
Camo Clothing
Burgundy Shoes
Leather Sneakers

### CUSTOMER SUPPORT
Get Help
Track Order
Returns & Refunds
Sizing
Promotions
How to Clean
Bra Fit Guide
Store Locator
Site Map

### COMPANY INFO
About Us
Careers
Press
Affiliates
Military Discount
Student Discount
Mobile Apps
Creators Club
adidas Stories

### PARTNER SITES
adidas Outdoor
miTeam

### PRIVACY & TERMS
Privacy & Security
Terms and Conditions
Policy on Human Trafficking

### GIFT CARDS
Check Balance

🇺🇸 USA          Data settings  |  Do not sell my personal information  |  Privacy PolicyTerms and Conditions  |  © 2020 adidas America Inc.

Document title: adidas Online Shop | adidas US
Capture URL: https://www.adidas.com/us/search?q=adilette&amp;start=48
Capture timestamp (UTC): Thu, 30 Jan 2020 16:34:46 GMT

Page 5 of 5

Exhibit 2
Page 167 of 272



ALSO VISIT Reebok | HELP | ORDER TRACKER AND RETURNS | JOIN CREATORS CLUB | CREATORS CLUB | LOG IN

adidas MEN WOMEN KIDS | SPORTS BRANDS | RELEASE DATES

adilette

FREE SHIPPING OVER $49 AND FREE RETURNS    JOIN THE ADIDAS CREATORS CLUB

BACK  Home

search for:

# "ADILETTE" (117 Products)

GENDER CATEGORY ACTIVITY COLOR PRICE SPORT COLLABORATION MATERIAL BRAND SORT BY

FEEDBACK

Men's Originals

ADILETTE SLIDES

$45

9 colors

NEW

Infant & Toddler Originals

ADILETTE PLAY SLIDES

$28

2 colors

Men's Originals

ADILETTE 3.0 SANDALS

$60

2 colors

Originals

ERIC EMANUEL ADILETTE SLIDES

$65

Women's Originals

ADILETTE HOODIE

$33 ~~$65~~

Children Essentials

ADILETTE COMFORT SLIDES

$15 ~~$30~~

4 colors

Children Essentials

ADILETTE AQUA SLIDES

$20

3 colors

SOLD OUT

Men's Originals

ADILETTE SLIDES

$27

10 colors

Document title: adidas Online Shop | adidas US
Capture URL: https://www.adidas.com/us/search?q=adilette&start=96
Capture timestamp (UTC): Thu, 30 Jan 2020 16:35:14 GMT

Exhibit 2
Page 168 of 272

GENDER ⌄    CATEGORY ⌄    ACTIVITY ⌄    COLOR ⌄    PRICE ⌄    SPORT ⌄    COLLABORATION ⌄    MATERIAL ⌄    BRAND ⌄    SORT BY ⌄

FEEDBACK

Children Essentials
ADILETTE COMFORT SLIDES
$21 $30
3 colors

Women's Originals
ADILETTE ZIP SLIDES
$23 $45
SOLD OUT

Men's Originals
ADILETTE SLIDES
$45
9 colors

Children Swim
ADILETTE SHOWER SLIDES
$14 $20
10 colors

Women's Originals
ADILETTE SLIDES
$23
7 colors

Children Essentials
ADILETTE AQUA SLIDES
$14 $20
3 colors

Children Essentials
ADILETTE SHOWER SLIDES
$20
8 colors

Children Swim
ADILETTE COMFORT SLIDES
$15 $30
4 colors

Women's Originals
ADILETTE SLIDES
$30
7 colors
SOLD OUT

Originals
ADILETTE SLIDES
$23 $45
9 colors

Men's Swim
ADILETTE COMFORT SLIDES
$18 $35

Women's Originals
ADILETTE SLIDES
$25 $50
7 colors

SOLD OUT

Document title: adidas Online Shop | adidas US
Capture URL: https://www.adidas.com/us/search?q=adilette&amp;start=96
Capture timestamp (UTC): Thu, 30 Jan 2020 16:35:14 GMT

GENDER ⌄   CATEGORY ⌄   ACTIVITY ⌄   COLOR ⌄   PRICE ⌄   SPORT ⌄   COLLABORATION ⌄   MATERIAL ⌄   BRAND ⌄   SORT BY ⌄



Women's Originals
ADILETTE SLIDES
$30

7 colors

Originals
ADILETTE SLIDES
$23 $45

9 colors

Men's Swim
ADILETTE COMFORT SLIDES
$18 $35

Women's Originals
ADILETTE SLIDES
$25 $50

7 colors

SOLD OUT

Men's Essentials
ADILETTE COMFORT SLIDES
$24

6 colors

FEEDBACK

**PREVIOUS**

Page: [ 3 ⌄ ] of 3

## STAY IN THE KNOW WITH ADIDAS!

SIGN UP →

| TRENDING | CUSTOMER SUPPORT | COMPANY INFO | PARTNER SITES | GIFT CARDS |
|---|---|---|---|---|
| Casual Shoes | Get Help | About Us | adidas Outdoor | Check Balance |
| Slip On Shoes | Track Order | Careers | miTeam | |
| Camo Clothing | Returns & Refunds | Press | | |
| Burgundy Shoes | Sizing | Affiliates | **PRIVACY & TERMS** | |
| Leather Sneakers | Promotions | Military Discount | | |
| | How to Clean | Student Discount | Privacy & Security | |
| | Bra Fit Guide | Mobile Apps | Terms and Conditions | |
| | Store Locator | Creators Club | Policy on Human Trafficking | |
| | Site Map | adidas Stories | | |

🇺🇸 USA      Data settings  |  Do not sell my personal information  |  Privacy PolicyTerms and Conditions  |  © 2020 adidas America Inc.

Document title: adidas Online Shop | adidas US
Capture URL: https://www.adidas.com/us/search?q=adilette&amp;start=96
Capture timestamp (UTC): Thu, 30 Jan 2020 16:35:14 GMT



## PRODUCT DETAILS

| DESCRIPTION | SPECIFICATIONS |
|---|---|



### ADILETTE AQUA SLIDES

**QUICK-DRYING SLIDES WITH 3-STRIPES STYLE.**

An iconic style for slick surfaces. These quick-drying slides flash 3-Stripes across the bandage-style upper. Plush cushioning in the footbed provides the ultimate in comfort in and out of the shower.

## YOU MAY ALSO LIKE



Document title: adidas Adilette Aqua Slides - Pink | adidas US
Capture URL: https://www.adidas.com/us/adilette-aqua-slides/G28714.html
Capture timestamp (UTC): Tue, 07 Jan 2020 14:59:10 GMT

Page 1 of 3

Exhibit 2
Page 171 of 272



Essentials
ADILETTE COMFORT SLIDES
$25 $30

Essentials
ADILETTE COMFORT SLIDES
$25 $30

Essentials
ADILETTE COMFORT SLIDES
$25 $30

Essentials
ADILETTE COMFORT SLIDES
$25 $30

## RATINGS & REVIEWS

**4.5** ★★★★★
109 Reviews

### RATING BREAKDOWN

5 STARS — 81
4 STARS — 11
3 STARS — 13
2 STARS — 4
1 STARS — 1

**90%**
of customers recommend this product

SIZE
TOO SMALL — PERFECT — TOO LARGE

WIDTH
TOO NARROW — PERFECT — TOO WIDE

COMFORT
UNCOMFORTABLE — COMFORTABLE

QUALITY
POOR — PERFECT

SORT ON

| RELEVANT | HELPFUL | NEWEST |

★★★★★                                         November 6, 2019
**GREAT. GET A SIZE BIGGER**
Very comfortable. Great value. Great colour. Must get a size bigger.

✓ I recommend this product
**Luckybozz** - Verified Purchaser

Was this review helpful?   Yes (0)   No (1)

★★★★★                                         December 20, 2019
**GREAT VALUE AND I LOVE THE COLOUR**
Comfortable, durable but still look smart. The colour in the advert doesnt do it justice

✓ I recommend this product
**Chessels13** - Verified Purchaser

Was this review helpful?   Yes (1)   No (0)

| LOAD MORE → | WRITE A REVIEW → |

## OTHERS ALSO BOUGHT



Originals
3-STRIPES LEGGINGS
$40

Performance
SUPERLITE NO-SHOW SOCKS 6 PAIRS
$20

Essentials
CLOUDFOAM PURE SHOES
$70

Originals
TREFOIL NO-SHOW SOCKS 6 PAIRS
$20

## RECENTLY VIEWED ITEMS



Essentials
ADILETTE CLOUDFOAM SLIDES
$25

FEEDBACK

Document title: adidas Adilette Aqua Slides - Pink | adidas US
Capture URL: https://www.adidas.com/us/adilette-aqua-slides/G28714.html
Capture timestamp (UTC): Tue, 07 Jan 2020 14:59:10 GMT

Page 2 of 3

Exhibit 2
Page 172 of 272

## 90%
of customers recommend this product

SIZE

TOO SMALL — PERFECT — TOO LARGE

WIDTH

TOO NARROW — PERFECT — TOO WIDE

COMFORT

UNCOMFORTABLE — COMFORTABLE

QUALITY

POOR — PERFECT

FEEDBACK

Was this review helpful? Yes (8) No (1)

★★★★★                                        December 20, 2019

**GREAT VALUE AND I LOVE THE COLOUR**

Comfortable, durable but still look smart. The colour in the advert doesnt do it justice

✓ I recommend this product

**Chessels13** · Verified Purchaser

Was this review helpful? Yes (1) No (0)

| LOAD MORE → | WRITE A REVIEW → |

## OTHERS ALSO BOUGHT



Originals
3-STRIPES LEGGINGS
$40

Performance
SUPERLITE NO-SHOW SOCKS 6 PAIRS
$20

Essentials
CLOUDFOAM PURE SHOES
$70

Originals
TREFOIL NO-SHOW SOCKS 6 PAIRS
$20

## RECENTLY VIEWED ITEMS



Essentials
ADILETTE CLOUDFOAM SLIDES
$25

JOIN CREATORS CLUB & GET 15% DISCOUNT       SIGN UP →



**TRENDING**
Casual Shoes
Slip On Shoes
Camo Clothing
Burgundy Shoes
Leather Sneakers

**CUSTOMER SUPPORT**
Get Help
Track Order
Returns & Refunds
Sizing
Promotions
How to Clean
Store Locator
Site Map

**COMPANY INFO**
About Us
Careers
Press
Affiliates
Military Discount
Student Discount
Mobile Apps
Creators Club
adidas Stories

**PARTNER SITES**
adidas Outdoor
miTeam

**PRIVACY & TERMS**
Privacy & Security
Terms and Conditions
Policy on Human Trafficking

**GIFT CARDS**
Check Balance

Document title: adidas Adilette Aqua Slides - Pink | adidas US
Capture URL: https://www.adidas.com/us/adilette-aqua-slides/G28714.html
Capture timestamp (UTC): Tue, 07 Jan 2020 14:59:10 GMT







ALSO VISIT Reebok | HELP | ORDER TRACKER AND RETURNS | JOIN CREATORS CLUB | CREATORS CLUB | LOG IN

adidas MEN WOMEN KIDS | SPORTS BRANDS | HOLIDAY | Search

FREE SHIPPING OVER $49 AND FREE RETURNS | JOIN THE ADIDAS CREATORS CLUB

BACK Home / Men / Shoes

★★★★☆ Read all 899 reviews

MEN'S ESSENTIALS

# ADILETTE CLOUDFOAM SLIDES

$25

AVAILABLE COLORS

CORE BLACK / CLOUD WHITE / CORE BLACK

Size Guide

SELECT SIZE | 1

ADD TO BAG

FREE SHIPPING OVER $49 + FREE RETURNS & EXCHANGES

Buy now, pay over time with PayPal CREDIT

COMPLETE THE LOOK

$60

$60

## PRODUCT DETAILS

DESCRIPTION | SPECIFICATIONS

### ADILETTE CLOUDFOAM SLIDES

**SHOWER-READY SLIDES WITH A SOFT, CONTOURED FOOTBED.**

Ideal for the pool deck or shower, these men's slides feature a quick-drying Cloudfoam footbed that cradles your feet with soft cushioning. The bandage-style upper shows off contrast 3-Stripes for a classic athletic look. The EVA outsole provides lightweight comfort.

## YOU MAY ALSO LIKE

Document title: adidas Adilette Cloudfoam Slides - Black | adidas US
Capture URL: https://www.adidas.com/us/adilette-cloudfoam-slides/AQ1701.html
Capture timestamp (UTC): Tue, 07 Jan 2020 14:58:19 GMT



Essentials
ADILETTE CLOUDFOAM SLIDES
$18 $25

Essentials
ADILETTE CLOUDFOAM SLIDES
$18 $25

Essentials
ADILETTE COMFORT SLIDES
$25 $35

Essentials
ADILETTE CLOUDFOAM SLIDES
$18 $25

## SHARE HOW YOU WEAR IT

Share a photo of your adidas favorite and appear in our showcase. Make sure to tag your image with @adidas.



LOAD MORE IMAGES

## RATINGS & REVIEWS



### 4.4 ★★★★☆
899 Reviews

**RATING BREAKDOWN**

5 STARS ———————— 589
4 STARS ———————— 199
3 STARS ———————— 58
2 STARS ———————— 22
1 STARS ———————— 31

### 92%
of customers recommend this product

SIZE
TOO SMALL — PERFECT — TOO LARGE

WIDTH
TOO NARROW — PERFECT — TOO WIDE

COMFORT
UNCOMFORTABLE — COMFORTABLE

QUALITY
POOR — PERFECT

SORT ON

| RELEVANT | HELPFUL | NEWEST |
|----------|---------|--------|

★★★★★                                        October 8, 2019
**EXCELLENT**
I did read the reviews before buying which suggested getting the next size up which fit perfect and are very comfortable

✓ I recommend this product

**Jude1965** - Verified Purchaser

Was this review helpful? Yes [5]  No [0]

★★★★★                                        April 7, 2019
After reading reviews i ordered a size up and its the perfect size

✓ I recommend this product

**Sharmi1** - Verified Purchaser

Was this review helpful? Yes [35]  No [7]

| LOAD MORE → | WRITE A REVIEW → |
|-------------|------------------|

## OTHERS ALSO BOUGHT

Document title: adidas Adilette Cloudfoam Slides - Black | adidas US
Capture URL: https://www.adidas.com/us/adilette-cloudfoam-slides/AQ1701.html
Capture timestamp (UTC): Tue, 07 Jan 2020 14:58:19 GMT

Page 2 of 3

Exhibit 2
Page 175 of 272

LOAD MORE IMAGES

# RATINGS & REVIEWS

**4.4** ★★★★☆
899 Reviews

## RATING BREAKDOWN

| | |
|---|---|
| 5 STARS | 589 |
| 4 STARS | 199 |
| 3 STARS | 58 |
| 2 STARS | 22 |
| 1 STARS | 31 |

**92%**
of customers recommend this product

SIZE
TOO SMALL — PERFECT — TOO LARGE

WIDTH
TOO NARROW — PERFECT — TOO WIDE

COMFORT
UNCOMFORTABLE — COMFORTABLE

QUALITY
POOR — PERFECT

SORT ON

RELEVANT | HELPFUL | NEWEST

★★★★★ October 8, 2019

**EXCELLENT**

I did read the reviews before buying which suggested getting the next size up which fit perfect and are very comfortable

✓I recommend this product

**Jude1965** - Verified Purchaser

Was this review helpful? Yes (5) No (0)

★★★★★ April 7, 2019

After reading reviews i ordered a size up and its the perfect size

✓I recommend this product

**Sharmi1** - Verified Purchaser

Was this review helpful? Yes (35) No (7)

LOAD MORE →

WRITE A REVIEW →

# OTHERS ALSO BOUGHT

Originals
ADILETTE SLIDES
$45

Originals
SST TRACK PANTS
$65

Originals
TREFOIL HOODIE
$65

Originals
NMD_R1 SHOES
$130

**JOIN CREATORS CLUB & GET 15% DISCOUNT**

SIGN UP →

Document title: adidas Adilette Cloudfoam Slides - Black | adidas US
Capture URL: https://www.adidas.com/us/adilette-cloudfoam-slides/AQ1701.html
Capture timestamp (UTC): Tue, 07 Jan 2020 14:58:19 GMT







ALSO VISIT Reebok | HELP | ORDER TRACKER AND RETURNS | JOIN CREATORS CLUB | CREATORS CLUB | LOG IN

adidas MEN WOMEN KIDS | SPORTS BRANDS | HOLIDAY

FREE SHIPPING OVER $49 AND FREE RETURNS | JOIN THE ADIDAS CREATORS CLUB

BACK Home / Men / Shoes

★★★★★ Read all 2433 reviews

MEN'S ORIGINALS

# ADILETTE SLIDES

$45

This product is excluded from all promotional discounts and offers.

FEEDBACK

**AVAILABLE COLORS**

ADI BLUE / WHITE / ADI BLUE

Size Guide

SELECT SIZE | 1

ADD TO BAG

FREE SHIPPING OVER $49 + FREE RETURNS & EXCHANGES

Buy now, pay over time with PayPal CREDIT

COMPLETE THE LOOK

$35 $70 $10

## PRODUCT DETAILS

DESCRIPTION | SPECIFICATIONS

### ADILETTE SLIDES

**POOL SLIDES WITH HERITAGE STYLE.**

The Adilette debuted in 1972 as a poolside slide, and it's been a style mainstay of adidas ever since. These men's slides stay true to the authentic sporty look with a contoured footbed and 3-Stripes across the bandage upper.

## YOU MAY ALSO LIKE

Document title: adidas Adilette Slides - Blue | adidas US
Capture URL: https://www.adidas.com/us/adilette-slides/288022.html
Capture timestamp (UTC): Tue, 07 Jan 2020 15:00:39 GMT



Originals
ADILETTE SLIDES
$45

Originals
ADILETTE SLIDES
$45

Essentials
ADILETTE COMFORT SLIDES
$27 $35

Originals
STAN SMITH SHOES
$80

FEEDBACK

## SHARE HOW YOU WEAR IT

Share a photo of your adidas favorite and appear in our showcase. Make sure to tag your image with @adidas.



LOAD MORE IMAGES

## RATINGS & REVIEWS

**4.5** ★★★★★
2433 Reviews

**RATING BREAKDOWN**

5 STARS ━━━━━━ 1668
4 STARS ━━━━ 491
3 STARS ━━ 131
2 STARS ━ 55
1 STARS ━ 88

**93%**
of customers recommend this product

SIZE
TOO SMALL — PERFECT — TOO LARGE

WIDTH
TOO NARROW — PERFECT — TOO WIDE

COMFORT
UNCOMFORTABLE — COMFORTABLE

QUALITY
POOR — PERFECT

SORT ON
| RELEVANT | HELPFUL | NEWEST |

★★★★★ December 18, 2019

**ADILETTE WEARER SINCE 99**
Once you wear an adilette slider I promise you won't wear another slider again.

✓ I recommend this product
lmywestmids - Verified Purchaser

Was this review helpful? Yes (1) No (0)

★★★★★ September 29, 2019

**NOT BAD**
Looks nice but size comes up too small. I'd still recommend because of how nice it looks

✓ I recommend this product
J2455555 - Verified Purchaser

Was this review helpful? Yes (5) No (2)

| LOAD MORE → | | WRITE A REVIEW → |

## OTHERS ALSO BOUGHT





Document title: adidas Adilette Slides - Blue | adidas US
Capture URL: https://www.adidas.com/us/adilette-slides/288022.html
Capture timestamp (UTC): Tue, 07 Jan 2020 15:00:39 GMT

Page 2 of 3

Exhibit 2
Page 178 of 272

# 93%

of customers recommend this product

SIZE

TOO SMALL — PERFECT — TOO LARGE

WIDTH

TOO NARROW — PERFECT — TOO WIDE

COMFORT

UNCOMFORTABLE — COMFORTABLE

QUALITY

POOR — PERFECT

Was this review helpful?   Yes [1]   No [0]

★★★★★                                September 29, 2019

**NOT BAD**

Looks nice but size comes up too small. I'd still recommend because of how nice it looks

✓ I recommend this product

J2455555 · Verified Purchaser

Was this review helpful?   Yes [3]   No [2]

| LOAD MORE → | WRITE A REVIEW → |
|---|---|

## OTHERS ALSO BOUGHT



Essentials
ESSENTIALS 3-STRIPES PULLOVER HOODIE
$55

Originals
SST TRACK PANTS
$65

Originals
TREFOIL HOODIE
$65

Originals
NMD_R1 SHOES
$130

## RECENTLY VIEWED ITEMS



Essentials
ADILETTE AQUA SLIDES
$25

Essentials
ADILETTE CLOUDFOAM SLIDES
$25



JOIN CREATORS CLUB & GET 15% DISCOUNT

SIGN UP →

**TRENDING**
Casual Shoes
Slip On Shoes
Camo Clothing
Burgundy Shoes
Leather Sneakers

**CUSTOMER SUPPORT**
Get Help
Track Order
Returns & Refunds
Sizing
Promotions
How to Clean
Store Locator
Site Map

**COMPANY INFO**
About Us
Careers
Press
Affiliates
Military Discount
Student Discount
Mobile Apps
Creators Club
adidas Stories

**PARTNER SITES**
adidas Outdoor
miTeam

**PRIVACY & TERMS**
Privacy & Security
Terms and Conditions
Policy on Human Trafficking

**GIFT CARDS**
Check Balance

≡ USA          Data settings    Do not sell my personal information    Privacy Policy Terms and Conditions    © 2020 adidas America Inc.

FEEDBACK

Document title: adidas Adilette Slides - Blue | adidas US
Capture URL: https://www.adidas.com/us/adilette-slides/288022.html
Capture timestamp (UTC): Tue, 07 Jan 2020 15:00:39 GMT

Page 3 of 3

Exhibit 2
Page 179 of 272



ALSO VISIT Reebok | HELP | ORDER TRACKER AND RETURNS | JOIN CREATORS CLUB | CREATORS CLUB | LOG IN

adidas MEN WOMEN KIDS | SPORTS BRANDS | RELEASE DATES

nmd

FREE SHIPPING OVER $49 AND FREE RETURNS   JOIN THE ADIDAS CREATORS CLUB

BACK Home

search for:

**"NMD"** (102 Products)

GENDER ACTIVITY COLOR PRICE SPORT COLLECTION COLLABORATION MATERIAL BRAND SORT BY

FEEDBACK

Originals
NMD_R1 SHOES
$130
2 colors

Originals
NMD_R1 SHOES
$130
20 colors

Originals
NMD_R1 SHOES
$130
2 colors

Originals
NMD_R1 SHOES
$130
23 colors

Women's Originals
NMD_R1 SHOES
$130
20 colors

Originals
NMD_R1 SHOES
$130
6 colors

Men's Originals
NMD_R1 V2 SHOES
$130
6 colors

Originals
NMD_R1 SHOES
$130
2 colors

Document title: adidas Online Shop | adidas US
Capture URL: https://www.adidas.com/us/search?q=nmd
Capture timestamp (UTC): Thu, 30 Jan 2020 16:21:33 GMT

GENDER ⌄    ACTIVITY ⌄    COLOR ⌄    PRICE ⌄    SPORT ⌄    COLLECTION ⌄    COLLABORATION ⌄    MATERIAL ⌄    BRAND ⌄    SORT BY ⌄

FEEDBACK

Originals
NMD_R1 SHOES
$130

23 colors

Men's Originals
NMD_R1 SHOES
$130

23 colors

Men's Originals
NMD_R1 V2 SHOES
$130

6 colors

Women's Originals
NMD_R1 SHOES
$130

20 colors

Youth Originals
NMD_R1 SHOES
$110

16 colors

Women's Originals
NMD_R1 SHOES
$130

20 colors

Originals
NMD_R1 SHOES
$130

2 colors

Men's Originals
NMD_R1 V2 SHOES
$130

6 colors

Originals
NMD_R1 SHOES
$130

10 colors

Youth Originals
NMD_R1 SHOES
$110

16 colors

Originals
NMD_R1 SHOES
$130

23 colors

NEW

Youth Originals
NMD_R1 SHOES
$110

16 colors

Document title: adidas Online Shop | adidas US
Capture URL: https://www.adidas.com/us/search?q=nmd
Capture timestamp (UTC): Thu, 30 Jan 2020 16:21:33 GMT

Page 2 of 5

Exhibit 2
Page 181 of 272



GENDER ⌄ ACTIVITY ⌄ COLOR ⌄ PRICE ⌄ SPORT ⌄ COLLECTION ⌄ COLLABORATION ⌄ MATERIAL ⌄ BRAND ⌄ SORT BY ⌄

Originals
NMD_R1 SHOES
$130
10 colors

Originals
NMD_R1 V2 SHOES
$130
6 colors

Youth Originals
NMD_R1 SHOES
$110
16 colors

Women's Originals
NMD_R1 SHOES
$130
20 colors

Youth Originals
NMD_R1 SHOES
$110
16 colors

Originals
NMD_R1 SHOES
$130
10 colors

Originals
NMD_R1 V2 SHOES
$130
6 colors

Women's Originals
NMD_R1 STAR WARS SHOES
$130

FEEDBACK

Originals
NMD_R1 SHOES
$130
23 colors

Youth Originals
NMD_R1 SHOES
$110
16 colors

Women's Originals
NMD_R1 SHOES
$78 ~~$130~~
20 colors

Youth Originals
NMD_R1 SHOES
$110
16 colors

Women's Originals
NMD_R1 SHOES

Youth Originals
NMD_R1 SHOES

Youth Originals
NMD_R1 SHOES

Originals
NMD_R1 SHOES

Document title: adidas Online Shop | adidas US
Capture URL: https://www.adidas.com/us/search?q=nmd
Capture timestamp (UTC): Thu, 30 Jan 2020 16:21:33 GMT



GENDER ⌄    ACTIVITY ⌄    COLOR ⌄    PRICE ⌄    SPORT ⌄    COLLECTION ⌄    COLLABORATION ⌄    MATERIAL ⌄    BRAND ⌄    SORT BY ⌄

Women's Originals
NMD_R1 SHOES
$130
20 colors

Youth Originals
NMD_R1 SHOES
$66 $110
16 colors

Youth Originals
NMD_R1 SHOES
$110

Originals
NMD_R1 SHOES
$78 $130
23 colors

FEEDBACK

Youth Originals
NMD_R1 STAR WARS SHOES
$110

Women's Originals
NMD_R1 SHOES
$130
20 colors

Women's Originals
NMD_R1 V2 SHOES
$130
2 colors

Women's Originals
NMD_R1 SHOES
$130
20 colors

Youth Originals
NMD_R1 SHOES
$110
16 colors

Men's Originals
NMD_R1 SHOES
$140
2 colors

Women's Originals
NMD_R1 V2 SHOES
$130
2 colors

Women's Originals
NMD_R1 SHOES
$91 $130
20 colors

Youth Originals
NMD_R1 STAR WARS SHOES
$110

Men's Originals
NMD_R1 SHOES
$78 $130

Men's Originals
NMD_R1 SHOES
$130

Women's Originals
NMD_R1 STAR WARS SHOES
$130

Document title: adidas Online Shop | adidas US
Capture URL: https://www.adidas.com/us/search?q=nmd
Capture timestamp (UTC): Thu, 30 Jan 2020 16:21:33 GMT

Page 4 of 5

Exhibit 2
Page 183 of 272

Case 3:24-cv-00740-AN    Document 1-2    Filed 05/01/24    Page 184 of 206

GENDER ⌄   ACTIVITY ⌄   COLOR ⌄   PRICE ⌄   SPORT ⌄   COLLECTION ⌄   COLLABORATION ⌄   MATERIAL ⌄   BRAND ⌄   SORT BY ⌄



Youth Originals
NMD_R1 SHOES
$110
16 colors

Men's Originals
NMD_R1 SHOES
$140
2 colors

Women's Originals
NMD_R1 V2 SHOES
$130
2 colors

Women's Originals
NMD_R1 SHOES
$91 $130
20 colors

Youth Originals
NMD_R1 STAR WARS SHOES
$110

Men's Originals
NMD_R1 SHOES
$78 $130
23 colors

Men's Originals
NMD_R1 SHOES
$130
23 colors

Women's Originals
NMD_R1 STAR WARS SHOES
$130

FEEDBACK

Page:  [ 1 ⌄ ]  of 3                                           NEXT

## STAY IN THE KNOW WITH ADIDAS!          SIGN UP →

### TRENDING
Casual Shoes
Slip On Shoes
Camo Clothing
Burgundy Shoes
Leather Sneakers

### CUSTOMER SUPPORT
Get Help
Track Order
Returns & Refunds
Sizing
Promotions
How to Clean
Bra Fit Guide
Store Locator
Site Map

### COMPANY INFO
About Us
Careers
Press
Affiliates
Military Discount
Student Discount
Mobile Apps
Creators Club
adidas Stories

### PARTNER SITES
adidas Outdoor
miTeam

### PRIVACY & TERMS
Privacy & Security
Terms and Conditions
Policy on Human Trafficking

### GIFT CARDS
Check Balance

🇺🇸 USA          Data settings  |  Do not sell my personal information  |  Privacy PolicyTerms and Conditions  |  © 2020 adidas America Inc.

Document title: adidas Online Shop | adidas US
Capture URL: https://www.adidas.com/us/search?q=nmd
Capture timestamp (UTC): Thu, 30 Jan 2020 16:21:33 GMT

Page 5 of 5

Exhibit 2
Page 184 of 272



Document title: adidas Online Shop | adidas US
Capture URL: https://www.adidas.com/us/search?q=nmd&amp;start=48
Capture timestamp (UTC): Thu, 30 Jan 2020 16:22:16 GMT

GENDER ⌄    ACTIVITY ⌄    COLOR ⌄    PRICE ⌄    SPORT ⌄    COLLECTION ⌄    COLLABORATION ⌄    MATERIAL ⌄    BRAND ⌄    SORT BY ⌄



Youth Originals
NMD_R1 V2 SHOES
$110
2 colors

Youth Originals
NMD_R1 SHOES
$66 $110
16 colors

Infant & Toddler Originals
NMD 360 SHOES
$55

Youth Originals
NMD_R1 V2 SHOES
$110
2 colors

Men's Originals
NMD_R1 PRIMEKNIT SHOES
$102 $170
5 colors

Originals
NMD_R1 SHOES
$78
23 colors

Originals
NMD_R1 GTX SHOES
$180

Men's Originals
NMD_R1 SHOES
$130
23 colors

Youth Originals
NMD_R1 SHOES
$110
16 colors

Originals
NMD_R1 STAR WARS SHOES
$130

Youth Originals
NMD R1 X TOY STORY 4: BO PEEP
$66 $110

Men's Originals
NMD_R1 SHOES
$130
23 colors

Document title: adidas Online Shop | adidas US
Capture URL: https://www.adidas.com/us/search?q=nmd&amp;start=48
Capture timestamp (UTC): Thu, 30 Jan 2020 16:22:16 GMT
Page 2 of 5

Exhibit 2
Page 186 of 272



GENDER ⌄ ACTIVITY ⌄ COLOR ⌄ PRICE ⌄ SPORT ⌄ COLLECTION ⌄ COLLABORATION ⌄ MATERIAL ⌄ BRAND ⌄ SORT BY ⌄

Originals

NMD_R1 PRIMEKNIT SHOES

$102 ~~$170~~

4 colors

Women's Originals

NMD_R1 STLT PRIMEKNIT SHOES

$102 ~~$170~~

2 colors

Originals

NMD_R1 PRIMEKNIT SHOES

$102 ~~$170~~

4 colors

Men's Originals

NMD_TS1 PRIMEKNIT GTX SHOES

$220

NEW

Children Baseball

AFTERBURNER 6 GRAIL MD CLEATS

$30

5 colors

Youth Originals

NMD_R1 SHOES

$110

17 colors

Children Baseball

AFTERBURNER 6 GRAIL MD CLEATS

$30

5 colors

Originals

NMD_R1 STAR WARS SHOES

$130

FEEDBACK

NEW

Children Baseball

AFTERBURNER 6 GRAIL MD CLEATS

$30

5 colors

NEW

Children Baseball

AFTERBURNER 6 GRAIL MD CLEATS

$30

5 colors

Children Baseball

ICON V MD CLEATS

$30

5 colors

Women's Originals

NMD_R1 STLT PRIMEKNIT SHOES

$119 ~~$170~~

2 colors

Men's Baseball

AFTERBURNER 6 GRAIL MD CLEATS

Men's Originals

NMD_R1 SHOES

Women's Originals

NMD_R1 SHOES

Men's Originals

NMD_R1 SHOES



GENDER ⌄   ACTIVITY ⌄   COLOR ⌄   PRICE ⌄   SPORT ⌄   COLLECTION ⌄   COLLABORATION ⌄   MATERIAL ⌄   BRAND ⌄   SORT BY ⌄

Men's Baseball
AFTERBURNER 6 GRAIL MD CLEATS
$40
2 colors

Men's Originals
NMD_R1 SHOES
$130
23 colors

Women's Originals
NMD_R1 SHOES
$130
20 colors

Men's Originals
NMD_R1 SHOES
$78 $130
23 colors

Youth Originals
NMD_R1 SHOES
$72 $120

Men's Baseball
AFTERBURNER 6 GRAIL MD CLEATS
$40
2 colors

Children Baseball
ICON 4 MD CLEATS
$15 $30

Men's Originals
NMD_R1 SHOES
$78 $130
23 colors

Children Baseball
AFTERBURNER 6 GRAIL MD CLEATS
$30
5 colors

Men's Originals
NMD_R1 SHOES
$130
23 colors

Men's Originals
NMD_R1 PRIMEKNIT SHOES
$170
4 colors

Men's Originals
NMD_R1 SHOES
$65
23 colors

Men's Originals
PHARRELL WILLIAMS HU NMD HUMAN MADE...
$250

Children Baseball
ADIZERO AFTERBURNER V MD CLEATS
$30

Men's Originals
NMD_CS1 PARLEY PRIMEKNIT SHOES
$110 $220

Women's Originals
NMD_R1 STLT PRIMEKNIT SHOES
$70 $140

Document title: adidas Online Shop | adidas US
Capture URL: https://www.adidas.com/us/search?q=nmd&amp;start=48
Capture timestamp (UTC): Thu, 30 Jan 2020 16:22:16 GMT

Page 4 of 5

Exhibit 2
Page 188 of 272

GENDER ⌄    ACTIVITY ⌄    COLOR ⌄    PRICE ⌄    SPORT ⌄    COLLECTION ⌄    COLLABORATION ⌄    MATERIAL ⌄    BRAND ⌄    SORT BY ⌄



Children Baseball
AFTERBURNER 6 GRAIL MD CLEATS
$30

5 colors

Men's Originals
NMD_R1 SHOES
$130

23 colors

Men's Originals
NMD_R1 PRIMEKNIT SHOES
$170

4 colors

Men's Originals
NMD_R1 SHOES
$65

23 colors

Men's Originals
PHARRELL WILLIAMS HU NMD HUMAN MADE...
$250

Children Baseball
ADIZERO AFTERBURNER V MD CLEATS
$30

Men's Originals
NMD_CS1 PARLEY PRIMEKNIT SHOES
$110 $220

Women's Originals
NMD_R1 STLT PRIMEKNIT SHOES
$70 $140

**PREVIOUS**    Page: [ 2 ⌄ ] of 3    **NEXT**

## STAY IN THE KNOW WITH ADIDAS!    SIGN UP →

### TRENDING
Casual Shoes
Slip On Shoes
Camo Clothing
Burgundy Shoes
Leather Sneakers

### CUSTOMER SUPPORT
Get Help
Track Order
Returns & Refunds
Sizing
Promotions
How to Clean
Bra Fit Guide
Store Locator
Site Map

### COMPANY INFO
About Us
Careers
Press
Affiliates
Military Discount
Student Discount
Mobile Apps
Creators Club
adidas Stories

### PARTNER SITES
adidas Outdoor
miTeam

### PRIVACY & TERMS
Privacy & Security
Terms and Conditions
Policy on Human Trafficking

### GIFT CARDS
Check Balance

Document title: adidas Online Shop | adidas US
Capture URL: https://www.adidas.com/us/search?q=nmd&amp;start=48
Capture timestamp (UTC): Thu, 30 Jan 2020 16:22:16 GMT



ALSO VISIT Reebok | HELP | ORDER TRACKER AND RETURNS | JOIN CREATORS CLUB | CREATORS CLUB | LOG IN

adidas MEN WOMEN KIDS | SPORTS BRANDS | RELEASE DATES nmd

FREE SHIPPING OVER $49 AND FREE RETURNS JOIN THE ADIDAS CREATORS CLUB

BACK Home

search for:

**"NMD"** (102 Products)

GENDER ACTIVITY COLOR PRICE SPORT COLLECTION COLLABORATION MATERIAL BRAND SORT BY

FEEDBACK

Women's Originals
NMD_R1 SHOES
$65

20 colors

Youth Originals
NMD_R1 SHOES
$66 ~~$110~~

16 colors

Women's Originals
NMD_R1 SHOES
$78

20 colors

Women's Originals
NMD_R2 PRIMEKNIT SHOES
$85 ~~$170~~

Men's Originals
NMD_CS2 PRIMEKNIT SHOES
$90 ~~$180~~

2 colors

Men's Originals
RISING STARXR1 SHOES
$75 ~~$150~~

PREVIOUS Page: 3 of 3

STAY IN THE KNOW WITH ADIDAS! SIGN UP

Document title: adidas Online Shop | adidas US
Capture URL: https://www.adidas.com/us/search?q=nmd&start=96
Capture timestamp (UTC): Thu, 30 Jan 2020 16:22:45 GMT



GENDER ⌄   ACTIVITY ⌄   COLOR ⌄   PRICE ⌄   SPORT ⌄   COLLECTION ⌄   COLLABORATION ⌄   MATERIAL ⌄   BRAND ⌄   SORT BY ⌄

FEEDBACK

Women's Originals

NMD_R1 SHOES
$85

20 colors

Youth Originals

NMD_R1 SHOES
$66 $110

16 colors

Women's Originals

NMD_R1 SHOES
$78

20 colors

Women's Originals

NMD_R2 PRIMEKNIT SHOES
$85 $170

Men's Originals

NMD_CS2 PRIMEKNIT SHOES
$90 $180

2 colors

Men's Originals

RISING STARXR1 SHOES
$75 $150

**PREVIOUS**

Page: [ 3 ⌄ ] of 3

**STAY IN THE KNOW WITH ADIDAS!**    SIGN UP →

**TRENDING**
Casual Shoes
Slip On Shoes
Camo Clothing
Burgundy Shoes
Leather Sneakers

**CUSTOMER SUPPORT**
Get Help
Track Order
Returns & Refunds
Sizing
Promotions
How to Clean
Bra Fit Guide
Store Locator
Site Map

**COMPANY INFO**
About Us
Careers
Press
Affiliates
Military Discount
Student Discount
Mobile Apps
Creators Club
adidas Stories

**PARTNER SITES**
adidas Outdoor
miTeam

**PRIVACY & TERMS**
Privacy & Security
Terms and Conditions
Policy on Human Trafficking

**GIFT CARDS**
Check Balance

🇺🇸 USA    Data settings  |  Do not sell my personal information  |  Privacy PolicyTerms and Conditions  |  © 2020 adidas America Inc.

Document title: adidas Online Shop | adidas US
Capture URL: https://www.adidas.com/us/search?q=nmd&amp;start=96
Capture timestamp (UTC): Thu, 30 Jan 2020 16:22:45 GMT

Page 2 of 2

Exhibit 2
Page 191 of 272





ALSO VISIT Reebok | HELP | ORDER TRACKER AND RETURNS | JOIN CREATORS CLUB | CREATORS CLUB | LOG IN
adidas MEN WOMEN KIDS | SPORTS BRANDS | RELEASE DATES Search
FREE SHIPPING OVER $49 AND FREE RETURNS JOIN THE ADIDAS CREATORS CLUB

BACK Home / Ultraboost

# ULTRABOOST (123 Products)

GENDER ACTIVITY COLOR PRICE SPORT MODEL COLLABORATION BEST FOR TECHNOLOGY MATERIAL BRAND
SORT BY

× Ultraboost Clear All

FEEDBACK

NEW

Running
ULTRABOOST 20 SHOES
$180
12 colors

Running
ULTRABOOST 20 SHOES
$180
12 colors

Men's Running
ULTRABOOST 20 SHOES
$180
17 colors

Running
ULTRABOOST 20 SHOES
$180
17 colors

NEW

Women's Running
ULTRABOOST 20 SHOES
$180
10 colors

Women's Running
ULTRABOOST 20 SHOES
$180
11 colors

Running
ULTRABOOST 20 SHOES
$180
17 colors

NEW

Women's Running
ULTRABOOST 20 SHOES
$180
10 colors

NEW

Document title: Buy adidas Ultraboost | adidas US
Capture URL: https://www.adidas.com/us/ultraboost
Capture timestamp (UTC): Thu, 30 Jan 2020 15:44:41 GMT

GENDER ⌄      ACTIVITY ⌄      COLOR ⌄      PRICE ⌄      SPORT ⌄      MODEL ⌄      COLLABORATION ⌄      BEST FOR ⌄      TECHNOLOGY ⌄      MATERIAL ⌄      BRAND ⌄

SORT BY ⌄



Youth Running
ULTRABOOST 20 SHOES
$160

7 colors

Youth Running
ULTRABOOST 20 SHOES
$160

7 colors

Children Running
ULTRABOOST 20 SHOES
$90

4 colors

Youth Running
ULTRABOOST 20 SHOES
$160

7 colors

Youth Running
ULTRABOOST 20 SHOES
$160

7 colors

Children Running
ULTRABOOST 20 SHOES
$90

3 colors

Youth Running
ULTRABOOST 20 SHOES
$160

8 colors

Infant & Toddler Running
ULTRABOOST 20 SHOES
$75

2 colors

Children Running
ULTRABOOST 20 SHOES
$90

3 colors

Infant & Toddler Running
ULTRABOOST 20 SHOES
$75

2 colors

Youth Running
ULTRABOOST 20 SHOES
$160

8 colors

Men's Running
ULTRABOOST 20 SB SHOES
$180

Document title: Buy adidas Ultraboost | adidas US
Capture URL: https://www.adidas.com/us/ultraboost
Capture timestamp (UTC): Thu, 30 Jan 2020 15:44:41 GMT

Page 2 of 6

Exhibit 2
Page 193 of 272

GENDER ⌄   ACTIVITY ⌄   COLOR ⌄   PRICE ⌄   SPORT ⌄   MODEL ⌄   COLLABORATION ⌄   BEST FOR ⌄   TECHNOLOGY ⌄   MATERIAL ⌄   BRAND ⌄

SORT BY ⌄



Women's Running
ULTRABOOST 20 SB SHOES
$180

Running
ULTRABOOST DNA SHOES
$180

Running
ULTRABOOST 20 SHOES
$180

Running
ULTRABOOST DNA SHOES
$180

Men's Running
ULTRABOOST 20 SHOES
$180

Women's Running
ULTRABOOST 20 SHOES
$180
10 colors

Women's adidas by Stella McCartney
ULTRABOOST 20 S SHOES
$230
4 colors

Women's adidas by Stella McCartney
ULTRABOOST 20 S SHOES
$230
4 colors

Women's Running
ULTRABOOST 20 SHOES
$180
11 colors

Men's Running
ULTRABOOST 20 SHOES
$180
17 colors

Men's Running
ULTRABOOST 20 SHOES
$180
17 colors

Men's Running
ULTRABOOST 20 SHOES
$180
17 colors

Document title: Buy adidas Ultraboost | adidas US
Capture URL: https://www.adidas.com/us/ultraboost
Capture timestamp (UTC): Thu, 30 Jan 2020 15:44:41 GMT

Page 3 of 6

Exhibit 2
Page 194 of 272

GENDER ⌄   ACTIVITY ⌄   COLOR ⌄   PRICE ⌄   SPORT ⌄   MODEL ⌄   COLLABORATION ⌄   BEST FOR ⌄   TECHNOLOGY ⌄   MATERIAL ⌄   BRAND ⌄

SORT BY ⌄



Women's adidas by Stella McCartney
ULTRABOOST 20 S SHOES
$230

4 colors

Men's Running
ULTRABOOST 20 SHOES
$180

17 colors

Men's Running
ULTRABOOST 20 SHOES
$180

17 colors

Women's Running
ULTRABOOST 20 SHOES
$180

10 colors

Women's Running
ULTRABOOST 20 SHOES
$180

11 colors

Men's Running
ULTRABOOST 20 SHOES
$180

17 colors

Running
ULTRABOOST 20 SHOES
$180

17 colors

Men's Running
ULTRABOOST S&L SHOES
$180

7 colors

Women's adidas by Stella McCartney
ULTRABOOST X 3D KNIT SHOES
$230

Women's Running
ULTRABOOST 19 SHOES
$180

18 colors

Men's Running
ULTRABOOST S&L SHOES
$180

7 colors

Women's Running
ULTRABOOST 19 SHOES
$180

21 colors

Women's Running
ULTRABOOST 19 SHOES

Men's Running
ULTRABOOST S&L SHOES

Men's Running
ULTRABOOST 19 SHOES

Men's Running
ULTRABOOST 19 SHOES

Document title: Buy adidas Ultraboost | adidas US
Capture URL: https://www.adidas.com/us/ultraboost
Capture timestamp (UTC): Thu, 30 Jan 2020 15:44:41 GMT



GENDER ∨   ACTIVITY ∨   COLOR ∨   PRICE ∨   SPORT ∨   MODEL ∨   COLLABORATION ∨   BEST FOR ∨   TECHNOLOGY ∨   MATERIAL ∨   BRAND ∨

SORT BY ∨

Women's Running
ULTRABOOST 19 SHOES
$180

20 colors

Men's Running
ULTRABOOST S&L SHOES
$180

7 colors

Men's Running
ULTRABOOST 19 SHOES
$180

34 colors

Men's Running
ULTRABOOST 19 SHOES
$180

34 colors

Page:  [ 1 ∨ ]  of 3                                                                 NEXT

FEEDBACK

## ULTRABOOST 20 HAS LANDED. LITERALLY.

Ultraboost 20 is a symbol of adidas' partnership with the International Space Station (ISS) National Laboratory—two organizations brought together by shared a passion for innovation. In the spirit of innovation, Ultraboost 20 is about to embark on a groundbreaking mission to the ISS's orbiting laboratory, 408 kilometers above the surface of Earth. That's right: Ultraboost 20 is going to space. Together, adidas and the ISS National Laboratory will push the limits of possibility to empower the athletes of Earth. The sky isn't the limit—it's just the beginning.

### ULTRABOOST 20: INNOVATION IN ACTION

Ultraboost 20 isn't just a symbol of innovation. It's innovation in action. The Boost midsole offers 20% more energy return compared to the original Ultraboost with every step. Feel the precision, thanks to Tailored Fiber Placement stitching, a textile process that calculates yarn density to the millimeter. The motion weave midfoot gives Ultraboost 20 both flexibility and control for a comfortable ride. And finally, the iconic heel frame offers support at launch and landing, making Ultraboost 20 too responsive for this world.

### BOOST IN THE ADIDAS ARCHIVES

Decades of research and development has fueled the quest to create the perfect midsole material. Boost is comprised of thousands of pellets bonded together using steam. This midsole technology has set a new standard in the industry and is now featured on more than 20 silhouettes from baseball cleats to lifestyle sneakers to the unprecedented Ultraboost—the first running shoe to deliver energy return with every step.

### THE FUTURE OF BOOST

It's been just over six years since the world was introduced to Boost and today, the future of Boost is more exciting than ever. In the ISS National Laboratory, NASA astronauts will perform an experiment of Boost's molding process without the distraction of Earth's gravity. These experiments will help unlock the future of Boost to empower the athletes of Earth. Imagine what can be achieved in the next five years, with the support of organizations who prove daily that impossible is nothing.

**You may also like:** Men's Running Shoes • Adizero Running • Running Tights • Women's Running Shoes • Solarboost • Women's Shoes Sale

## STAY IN THE KNOW WITH ADIDAS!

[ SIGN UP → ]

### TRENDING
Casual Shoes
Slip On Shoes
Camo Clothing
Burgundy Shoes

### CUSTOMER SUPPORT
Get Help
Track Order
Returns & Refunds
Sizing
Promotions

### COMPANY INFO
About Us
Careers
Press
Affiliates

### PARTNER SITES
adidas Outdoor
miTeam

### PRIVACY & TERMS

### GIFT CARDS
Check Balance

Document title: Buy adidas Ultraboost | adidas US
Capture URL: https://www.adidas.com/us/ultraboost
Capture timestamp (UTC): Thu, 30 Jan 2020 15:44:41 GMT

Page 5 of 6

Exhibit 2
Page 196 of 272

GENDER ⌄    ACTIVITY ⌄    COLOR ⌄    PRICE ⌄    SPORT ⌄    MODEL ⌄    COLLABORATION ⌄    BEST FOR ⌄    TECHNOLOGY ⌄    MATERIAL ⌄    BRAND ⌄

SORT BY ⌄

FEEDBACK

## ULTRABOOST 20 HAS LANDED. LITERALLY.

Ultraboost 20 is a symbol of adidas' partnership with the International Space Station (ISS) National Laboratory—two organizations brought together by shared a passion for innovation. In the spirit of innovation, Ultraboost 20 is about to embark on a groundbreaking mission to the ISS's orbiting laboratory, 408 kilometers above the surface of Earth. That's right: Ultraboost 20 is going to space. Together, adidas and the ISS National Laboratory will push the limits of possibility to empower the athletes of Earth. The sky isn't the limit—it's just the beginning.

### ULTRABOOST 20: INNOVATION IN ACTION

Ultraboost 20 isn't just a symbol of innovation. It's innovation in action. The Boost midsole offers 20% more energy return compared to the original Ultraboost with every step. Feel the precision, thanks to Tailored Fiber Placement stitching, a textile process that calculates yarn density to the millimeter. The motion weave midfoot gives Ultraboost 20 both flexibility and control for a comfortable ride. And finally, the iconic heel frame offers support at launch and landing, making Ultraboost 20 too responsive for this world.

### BOOST IN THE ADIDAS ARCHIVES

Decades of research and development has fueled the quest to create the perfect midsole material. Boost is comprised of thousands of pellets bonded together using steam. This midsole technology has set a new standard in the industry and is now featured on more than 20 silhouettes from baseball cleats to lifestyle sneakers to the unprecedented Ultraboost—the first running shoe to deliver energy return with every step.

### THE FUTURE OF BOOST

It's been just over six years since the world was introduced to Boost and today, the future of Boost is more exciting than ever. In the ISS National Laboratory, NASA astronauts will perform an experiment of Boost's molding process without the distraction of Earth's gravity. These experiments will help unlock the future of Boost to empower the athletes of Earth. Imagine what can be achieved in the next five years, with the support of organizations who prove daily that impossible is nothing.

**You may also like:** Men's Running Shoes • Adizero Running • Running Tights • Women's Running Shoes • Solarboost • Women's Shoes Sale

## STAY IN THE KNOW WITH ADIDAS!

SIGN UP →

| TRENDING | CUSTOMER SUPPORT | COMPANY INFO | PARTNER SITES | GIFT CARDS |
|---|---|---|---|---|
| Casual Shoes | Get Help | About Us | adidas Outdoor | Check Balance |
| Slip On Shoes | Track Order | Careers | miTeam | |
| Camo Clothing | Returns & Refunds | Press | | |
| Burgundy Shoes | Sizing | Affiliates | **PRIVACY & TERMS** | |
| Leather Sneakers | Promotions | Military Discount | | |
| | How to Clean | Student Discount | Privacy & Security | |
| | Bra Fit Guide | Mobile Apps | Terms and Conditions | |
| | Store Locator | Creators Club | Policy on Human Trafficking | |
| | Site Map | adidas Stories | | |

Document title: Buy adidas Ultraboost | adidas US
Capture URL: https://www.adidas.com/us/ultraboost
Capture timestamp (UTC): Thu, 30 Jan 2020 15:44:41 GMT

Page 6 of 6

Exhibit 2
Page 197 of 272



ALSO VISIT Reebok | HELP | ORDER TRACKER AND RETURNS | JOIN CREATORS CLUB | CREATORS CLUB | LOG IN

adidas MEN WOMEN KIDS | SPORTS BRANDS | RELEASE DATES Search

FREE SHIPPING OVER $49 AND FREE RETURNS JOIN THE ADIDAS CREATORS CLUB

BACK Home / Ultraboost

# ULTRABOOST (123 Products)

GENDER ACTIVITY COLOR PRICE SPORT MODEL COLLABORATION BEST FOR TECHNOLOGY MATERIAL BRAND

SORT BY

× Ultraboost Clear All

FEEDBACK

Men's Running
ULTRABOOST ALL TERRAIN SHOES
$180
4 colors

Women's Running
ULTRABOOST 19 SHOES
$180
20 colors

Men's Running
ULTRABOOST SHOES
$180
8 colors

Men's Running
ULTRABOOST 19 SHOES
$180
34 colors

Men's Running
ULTRABOOST 19 SHOES
$180
34 colors

Men's Running
MANCHESTER UNITED ULTRABOOST CLIMA S...
$250

COMING SOON

Women's adidas by Stella McCartney
ULTRABOOST 20 S SHOES
$230
4 colors

Men's Running
ULTRABOOST S&L SHOES
$180
7 colors

Document title: Buy adidas Ultraboost | adidas US
Capture URL: https://www.adidas.com/us/ultraboost?start=48
Capture timestamp (UTC): Thu, 30 Jan 2020 15:45:34 GMT

GENDER ⌄    ACTIVITY ⌄    COLOR ⌄    PRICE ⌄    SPORT ⌄    MODEL ⌄    COLLABORATION ⌄    BEST FOR ⌄    TECHNOLOGY ⌄    MATERIAL ⌄    BRAND ⌄

SORT BY ⌄



Men's Running
ULTRABOOST 19 SHOES
$180

34 colors

Running
ULTRABOOST LEATHER SHOES
$200

2 colors

Men's Running
ULTRABOOST SHOES
$180

8 colors

Running
ULTRABOOST S&L STAR WARS
$180

Men's Running
ULTRABOOST 19 SHOES
$180

34 colors

Men's Running
ULTRABOOST S&L SHOES
$180

7 colors

Men's Running
ULTRABOOST S&L SHOES
$180

7 colors

Women's adidas by Stella McCartney
ULTRABOOST T SHOES
$230

2 colors

Youth Running
ULTRABOOST 19 STAR WARS SHOES
$160

Men's Running
ULTRABOOST SHOES
$180

7 colors

Running
ULTRABOOST 19 STAR WARS SHOES
$180

Men's Running
ULTRABOOST REFLECTIVE SHOES
$180

2 colors

FEEDBACK

Document title: Buy adidas Ultraboost | adidas US
Capture URL: https://www.adidas.com/us/ultraboost?start=48
Capture timestamp (UTC): Thu, 30 Jan 2020 15:45:34 GMT

GENDER ⌄    ACTIVITY ⌄    COLOR ⌄    PRICE ⌄    SPORT ⌄    MODEL ⌄    COLLABORATION ⌄    BEST FOR ⌄    TECHNOLOGY ⌄    MATERIAL ⌄    BRAND ⌄

SORT BY ⌄



Women's Running
ULTRABOOST 19 SHOES
$180

5 colors

Men's Running
ULTRABOOST MULTICOLOR SHOES
$180

2 colors

Women's Running
ULTRABOOST GUARD SHOES
$180

Men's Running
ULTRABOOST SHOES
$180

7 colors

Men's Running
ULTRABOOST BAPE SHOES
$250

2 colors

Men's Running
ULTRABOOST MULTICOLOR SHOES
$180

2 colors

Men's Running
ULTRABOOST ALL-TERRAIN SHOES
$220

Men's Running
ULTRABOOST SHOES
$180

7 colors

Men's Running
ULTRABOOST ALL-TERRAIN SHOES
$180

2 colors

Men's Running
ULTRABOOST 19 SHOES
$126  $180

34 colors

Women's Running
ULTRABOOST 19 SHOES
$126  $180

21 colors

Men's Running
ULTRABOOST 19 SHOES
$126  $180

34 colors

Document title: Buy adidas Ultraboost | adidas US
Capture URL: https://www.adidas.com/us/ultraboost?start=48
Capture timestamp (UTC): Thu, 30 Jan 2020 15:45:34 GMT

Page 3 of 6

Exhibit 2
Page 200 of 272



GENDER ∨   ACTIVITY ∨   COLOR ∨   PRICE ∨   SPORT ∨   MODEL ∨   COLLABORATION ∨   BEST FOR ∨   TECHNOLOGY ∨   MATERIAL ∨   BRAND ∨

SORT BY ∨

Women's Running
ULTRABOOST 19 SHOES
$108 $180
4 colors

Men's Running
ULTRABOOST 19 SHOES
$90 $180
34 colors

Men's Running
ULTRABOOST 19 SHOES
$90 $180
34 colors

Men's Running
ULTRABOOST 19 SHOES
$126 $180
34 colors

Women's Running
ULTRABOOST 19 SHOES
$126 $180
21 colors

Men's Running
ULTRABOOST 19 SHOES
$126 $180
38 colors

Women's Running
ULTRABOOST 19 SHOES
$126 $180
20 colors

Men's Running
ULTRABOOST 19 SHOES
$126 $180
34 colors

Men's Running
ULTRABOOST 19 SHOES
$126 $180
37 colors

Youth Running
ULTRABOOST 19 SHOES
$112 $160
7 colors

Men's Running
ULTRABOOST 19 SHOES
$126 $180
34 colors

Men's Running
ULTRABOOST 19 SHOES
$126 $180
34 colors

Men's Running
ULTRABOOST 19 SHOES

Women's Running
ULTRABOOST 19 SHOES

Men's Running
ULTRABOOST 19 SHOES

Youth Running
ULTRABOOST 19 SHOES

Document title: Buy adidas Ultraboost | adidas US
Capture URL: https://www.adidas.com/us/ultraboost?start=48
Capture timestamp (UTC): Thu, 30 Jan 2020 15:45:34 GMT

Page 4 of 6

Exhibit 2
Page 201 of 272



GENDER ⌄   ACTIVITY ⌄   COLOR ⌄   PRICE ⌄   SPORT ⌄   MODEL ⌄   COLLABORATION ⌄   BEST FOR ⌄   TECHNOLOGY ⌄   MATERIAL ⌄   BRAND ⌄

SORT BY ⌄

| Men's Running | Women's Running | Men's Running | Youth Running |
|---|---|---|---|
| ULTRABOOST 19 SHOES | ULTRABOOST 19 SHOES | ULTRABOOST 19 SHOES | ULTRABOOST 19 SHOES |
| $126 $180 | $126 $180 | $126 $180 | $112 $140 |
| 34 colors | 20 colors | 37 colors | 8 colors |

PREVIOUS                    Page: [2 ⌄] of 3                    NEXT

FEEDBACK

### ULTRABOOST 20 HAS LANDED. LITERALLY.

Ultraboost 20 is a symbol of adidas' partnership with the International Space Station (ISS) National Laboratory—two organizations brought together by shared a passion for innovation. In the spirit of innovation, Ultraboost 20 is about to embark on a groundbreaking mission to the ISS's orbiting laboratory, 408 kilometers above the surface of Earth. That's right: Ultraboost 20 is going to space. Together, adidas and the ISS National Laboratory will push the limits of possibility to empower the athletes of Earth. The sky isn't the limit—it's just the beginning.

### ULTRABOOST 20: INNOVATION IN ACTION

Ultraboost 20 isn't just a symbol of innovation. It's innovation in action. The Boost midsole offers 20% more energy return compared to the original Ultraboost with every step. Feel the precision, thanks to Tailored Fiber Placement stitching, a textile process that calculates yarn density to the millimeter. The motion weave midfoot gives Ultraboost 20 both flexibility and control for a comfortable ride. And finally, the iconic heel frame offers support at launch and landing, making Ultraboost 20 too responsive for this world.

### BOOST IN THE ADIDAS ARCHIVES

Decades of research and development has fueled the quest to create the perfect midsole material. Boost is comprised of thousands of pellets bonded together using steam. This midsole technology has set a new standard in the industry and is now featured on more than 20 silhouettes from baseball cleats to lifestyle sneakers to the unprecedented Ultraboost—the first running shoe to deliver energy return with every step.

### THE FUTURE OF BOOST

It's been just over six years since the world was introduced to Boost and today, the future of Boost is more exciting than ever. In the ISS National Laboratory, NASA astronauts will perform an experiment of Boost's molding process without the distraction of Earth's gravity. These experiments will help unlock the future of Boost to empower the athletes of Earth. Imagine what can be achieved in the next five years, with the support of organizations who prove daily that impossible is nothing.

**You may also like:** Men's Running Shoes • Adizero Running • Running Tights • Women's Running Shoes • Solarboost • Women's Shoes Sale

## STAY IN THE KNOW WITH ADIDAS!

SIGN UP →

**TRENDING**
Casual Shoes
Slip On Shoes
Camo Clothing
Burgundy Shoes

**CUSTOMER SUPPORT**
Get Help
Track Order
Returns & Refunds
Sizing
Promotions

**COMPANY INFO**
About Us
Careers
Press
Affiliates

**PARTNER SITES**
adidas Outdoor
miTeam

**PRIVACY & TERMS**

**GIFT CARDS**
Check Balance

Document title: Buy adidas Ultraboost | adidas US
Capture URL: https://www.adidas.com/us/ultraboost?start=48
Capture timestamp (UTC): Thu, 30 Jan 2020 15:45:34 GMT

Page 5 of 6

Exhibit 2
Page 202 of 272

GENDER ˅    ACTIVITY ˅    COLOR ˅    PRICE ˅    SPORT ˅    MODEL ˅    COLLABORATION ˅    BEST FOR ˅    TECHNOLOGY ˅    MATERIAL ˅    BRAND ˅

SORT BY ˅

FEEDBACK

## ULTRABOOST 20 HAS LANDED. LITERALLY.

Ultraboost 20 is a symbol of adidas' partnership with the International Space Station (ISS) National Laboratory—two organizations brought together by shared a passion for innovation. In the spirit of innovation, Ultraboost 20 is about to embark on a groundbreaking mission to the ISS's orbiting laboratory, 408 kilometers above the surface of Earth. That's right: Ultraboost 20 is going to space. Together, adidas and the ISS National Laboratory will push the limits of possibility to empower the athletes of Earth. The sky isn't the limit—it's just the beginning.

### ULTRABOOST 20: INNOVATION IN ACTION

Ultraboost 20 isn't just a symbol of innovation. It's innovation in action. The Boost midsole offers 20% more energy return compared to the original Ultraboost with every step. Feel the precision, thanks to Tailored Fiber Placement stitching, a textile process that calculates yarn density to the millimeter. The motion weave midfoot gives Ultraboost 20 both flexibility and control for a comfortable ride. And finally, the iconic heel frame offers support at launch and landing, making Ultraboost 20 too responsive for this world.

### BOOST IN THE ADIDAS ARCHIVES

Decades of research and development has fueled the quest to create the perfect midsole material. Boost is comprised of thousands of pellets bonded together using steam. This midsole technology has set a new standard in the industry and is now featured on more than 20 silhouettes from baseball cleats to lifestyle sneakers to the unprecedented Ultraboost—the first running shoe to deliver energy return with every step.

### THE FUTURE OF BOOST

It's been just over six years since the world was introduced to Boost and today, the future of Boost is more exciting than ever. In the ISS National Laboratory, NASA astronauts will perform an experiment of Boost's molding process without the distraction of Earth's gravity. These experiments will help unlock the future of Boost to empower the athletes of Earth. Imagine what can be achieved in the next five years, with the support of organizations who prove daily that impossible is nothing.

**You may also like:** Men's Running Shoes • Adizero Running • Running Tights • Women's Running Shoes • Solarboost • Women's Shoes Sale

---

### STAY IN THE KNOW WITH ADIDAS!

SIGN UP →

---

| TRENDING | CUSTOMER SUPPORT | COMPANY INFO | PARTNER SITES | GIFT CARDS |
|---|---|---|---|---|
| Casual Shoes | Get Help | About Us | adidas Outdoor | Check Balance |
| Slip On Shoes | Track Order | Careers | miTeam | |
| Camo Clothing | Returns & Refunds | Press | | |
| Burgundy Shoes | Sizing | Affiliates | **PRIVACY & TERMS** | |
| Leather Sneakers | Promotions | Military Discount | | |
| | How to Clean | Student Discount | Privacy & Security | |
| | Bra Fit Guide | Mobile Apps | Terms and Conditions | |
| | Store Locator | Creators Club | Policy on Human Trafficking | |
| | Site Map | adidas Stories | | |

---

🇺🇸 USA                    Data settings  |  Do not sell my personal information  |  Privacy PolicyTerms and Conditions  |  © 2020 adidas America Inc.

Document title: Buy adidas Ultraboost | adidas US
Capture URL: https://www.adidas.com/us/ultraboost?start=48
Capture timestamp (UTC): Thu, 30 Jan 2020 15:45:34 GMT



ALSO VISIT Reebok | HELP | ORDER TRACKER AND RETURNS | JOIN CREATORS CLUB | CREATORS CLUB | LOG IN

adidas MEN WOMEN KIDS | SPORTS BRANDS | RELEASE DATES | Search

FREE SHIPPING OVER $49 AND FREE RETURNS    JOIN THE ADIDAS CREATORS CLUB

BACK Home / Ultraboost

# ULTRABOOST (123 Products)

GENDER ACTIVITY COLOR PRICE SPORT MODEL COLLABORATION BEST FOR TECHNOLOGY MATERIAL BRAND

SORT BY

× Ultraboost Clear All

FEEDBACK

Men's Running
ULTRABOOST 19 SHOES
$126 ~~$180~~
34 colors

Men's Running
ULTRABOOST 19 SHOES
$126 ~~$180~~
34 colors

Men's Running
ULTRABOOST 19 SHOES
$126 ~~$180~~
36 colors

Men's Running
ULTRABOOST 19 SHOES
$126 ~~$180~~
37 colors

Youth Running
ULTRABOOST 19 SHOES
$112 ~~$160~~
8 colors

Men's Running
ULTRABOOST 19 SHOES
$126 ~~$180~~
34 colors

Men's Running
ULTRABOOST 19 SHOES
$126 ~~$180~~
34 colors

Men's Running
ULTRABOOST 19 SHOES
$126 ~~$180~~
34 colors

Document title: Buy adidas Ultraboost | adidas US
Capture URL: https://www.adidas.com/us/ultraboost?start=96
Capture timestamp (UTC): Thu, 30 Jan 2020 16:19:32 GMT



GENDER ˅    ACTIVITY ˅    COLOR ˅    PRICE ˅    SPORT ˅    MODEL ˅    COLLABORATION ˅    BEST FOR ˅    TECHNOLOGY ˅    MATERIAL ˅    BRAND ˅

SORT BY ˅

Men's Running
ULTRABOOST 19 SHOES
$126 $180
34 colors

Youth Running
ULTRABOOST ALL TERRAIN SHOES
$80 $160

Youth Running
ULTRABOOST 19 SHOES
$112 $160
7 colors

Men's Running
ULTRABOOST 19 SHOES
$126 $180
36 colors

Men's Running
ULTRA BOOST SHOES
$126 $180
7 colors

Men's Running
ULTRABOOST 19 SHOES
$126 $180
37 colors

Youth Running
ULTRABOOST 19 SHOES
$112 $160
8 colors

Men's Running
ULTRABOOST 19 SHOES
$126 $180
33 colors

Youth Running
ULTRABOOST 19 SHOES
$112 $160
7 colors

Men's Running
ULTRABOOST 19 SHOES
$126 $180
34 colors

Women's adidas by Stella McCartney
ULTRABOOST SHOES
$161 $230

Youth Running
ULTRABOOST 19 SHOES
$112 $160
7 colors

Document title: Buy adidas Ultraboost | adidas US
Capture URL: https://www.adidas.com/us/ultraboost?start=96
Capture timestamp (UTC): Thu, 30 Jan 2020 16:19:32 GMT

Exhibit 2
Page 205 of 272

GENDER ⌄   ACTIVITY ⌄   COLOR ⌄   PRICE ⌄   SPORT ⌄   MODEL ⌄   COLLABORATION ⌄   BEST FOR ⌄   TECHNOLOGY ⌄   MATERIAL ⌄   BRAND ⌄

SORT BY ⌄



Men's Running
**ULTRABOOST 19 PRIDE SHOES**
$126 $180

Women's Running
**ULTRABOOST 19 SHOES**
$126
6 colors

Infant & Toddler Running
**ULTRABOOST 19 SHOES**
$53 $75

Men's Running
**ULTRABOOST BAPE SHOES**
$175
2 colors

Men's Running
**ULTRABOOST S&L SHOES**
$126 $180
7 colors

Women's Running
**ULTRABOOST X ALL TERRAIN SHOES**
$110 $220

IVY PARK
**IVY PARK ULTRABOOST SHOES**
$200

**PREVIOUS**                Page: [ 3 ⌄ ]  of 3

## ULTRABOOST 20 HAS LANDED. LITERALLY.

Ultraboost 20 is a symbol of adidas' partnership with the International Space Station (ISS) National Laboratory—two organizations brought together by shared a passion for innovation. In the spirit of innovation, Ultraboost 20 is about to embark on a groundbreaking mission to the ISS's orbiting laboratory, 408 kilometers above the surface of Earth. That's right: Ultraboost 20 is going to space. Together, adidas and the ISS National Laboratory will push the limits of possibility to empower the athletes of Earth. The sky isn't the limit—it's just the beginning.

### ULTRABOOST 20: INNOVATION IN ACTION

Ultraboost 20 isn't just a symbol of innovation. It's innovation in action. The Boost midsole offers 20% more energy return compared to the original Ultraboost with every step. Feel the precision, thanks to Tailored Fiber Placement stitching, a textile process that calculates yarn density to the millimeter. The motion weave midfoot gives Ultraboost 20 both flexibility and control for a comfortable ride. And finally, the iconic heel frame offers support at launch and landing, making Ultraboost 20 too responsive for this world.

### BOOST IN THE ADIDAS ARCHIVES

Decades of research and development has fueled the quest to create the perfect midsole material. Boost is comprised of thousands of pellets bonded together using steam. This midsole technology has set a new standard in the industry and is now featured on more than 20 silhouettes from baseball cleats to lifestyle sneakers to the unprecedented Ultraboost—the first running shoe to deliver energy return with every step.

### THE FUTURE OF BOOST

It's been just over six years since the world was introduced to Boost and today, the future of Boost is more exciting than ever. In the ISS

Document title: Buy adidas Ultraboost | adidas US
Capture URL: https://www.adidas.com/us/ultraboost?start=96
Capture timestamp (UTC): Thu, 30 Jan 2020 16:19:32 GMT

Page 3 of 4

Exhibit 2
Page 206 of 272