GENDER ⌄      ACTIVITY ⌄      COLOR ⌄      PRICE ⌄      SPORT ⌄      MODEL ⌄      COLLABORATION ⌄      BEST FOR ⌄      TECHNOLOGY ⌄      MATERIAL ⌄      BRAND ⌄

SORT BY ⌄

FEEDBACK

## ULTRABOOST 20 HAS LANDED. LITERALLY.

Ultraboost 20 is a symbol of adidas' partnership with the International Space Station (ISS) National Laboratory—two organizations brought together by shared a passion for innovation. In the spirit of innovation, Ultraboost 20 is about to embark on a groundbreaking mission to the ISS's orbiting laboratory, 408 kilometers above the surface of Earth. That's right: Ultraboost 20 is going to space. Together, adidas and the ISS National Laboratory will push the limits of possibility to empower the athletes of Earth. The sky isn't the limit—it's just the beginning.

### ULTRABOOST 20: INNOVATION IN ACTION

Ultraboost 20 isn't just a symbol of innovation. It's innovation in action. The Boost midsole offers 20% more energy return compared to the original Ultraboost with every step. Feel the precision, thanks to Tailored Fiber Placement stitching, a textile process that calculates yarn density to the millimeter. The motion weave midfoot gives Ultraboost 20 both flexibility and control for a comfortable ride. And finally, the iconic heel frame offers support at launch and landing, making Ultraboost 20 too responsive for this world.

### BOOST IN THE ADIDAS ARCHIVES

Decades of research and development has fueled the quest to create the perfect midsole material. Boost is comprised of thousands of pellets bonded together using steam. This midsole technology has set a new standard in the industry and is now featured on more than 20 silhouettes from baseball cleats to lifestyle sneakers to the unprecedented Ultraboost—the first running shoe to deliver energy return with every step.

### THE FUTURE OF BOOST

It's been just over six years since the world was introduced to Boost and today, the future of Boost is more exciting than ever. In the ISS National Laboratory, NASA astronauts will perform an experiment of Boost's molding process without the distraction of Earth's gravity. These experiments will help unlock the future of Boost to empower the athletes of Earth. Imagine what can be achieved in the next five years, with the support of organizations who prove daily that impossible is nothing.

**You may also like:** Men's Running Shoes • Adizero Running • Running Tights • Women's Running Shoes • Solarboost • Women's Shoes Sale

## STAY IN THE KNOW WITH ADIDAS!

SIGN UP →

| TRENDING | CUSTOMER SUPPORT | COMPANY INFO | PARTNER SITES | GIFT CARDS |
|---|---|---|---|---|
| Casual Shoes | Get Help | About Us | adidas Outdoor | Check Balance |
| Slip On Shoes | Track Order | Careers | miTeam | |
| Camo Clothing | Returns & Refunds | Press | | |
| Burgundy Shoes | Sizing | Affiliates | **PRIVACY & TERMS** | |
| Leather Sneakers | Promotions | Military Discount | | |
| | How to Clean | Student Discount | Privacy & Security | |
| | Bra Fit Guide | Mobile Apps | Terms and Conditions | |
| | Store Locator | Creators Club | Policy on Human Trafficking | |
| | Site Map | adidas Stories | | |

🇺🇸 USA            Data settings  |  Do not sell my personal information  |  Privacy PolicyTerms and Conditions  |  © 2020 adidas America Inc.

Document title: Buy adidas Ultraboost | adidas US
Capture URL: https://www.adidas.com/us/ultraboost?start=96
Capture timestamp (UTC): Thu, 30 Jan 2020 16:19:32 GMT



END OF YEAR SALE: UP TO 40% OFF SELECT STYLES FREE STANDARD SHIPPING & RETURNS | JOIN NOW

also visit Reebok help exchanges & returns order tracker join creators club creators club log in

adidas MEN WOMEN KIDS SALE HOLIDAY 3 STRIPE LIFE Search

BACK Home / Men / Shoes

3 colors available
Cloud White / Royal Blue / Vivid Red

GALLERY DESCRIPTION DETAILS COMPLETE THE LOOK HOW TO STYLE REVIEWS

Men's • Essentials ★★★★★ 209

# GRAND COURT SE SHOES

~~$65~~ $52 (-20%)

Select size

6.5

Only 1 left in stock

Size guide Size out of stock?

FEEDBACK

ADD TO BAG

PAY OVER TIME IN INTEREST-FREE INSTALLMENTS WITH AFFIRM, KLARNA OR AFTERPAY

JOIN CREATORS CLUB TO GET UNLIMITED FREE STANDARD SHIPPING, RETURNS, & EXCHANGES

Document title: adidas Grand Court SE Shoes - White | H02029 | adidas US
Capture URL: https://www.adidas.com/us/grand-court-se-shoes/H02029.html
Capture timestamp (UTC): Wed, 15 Dec 2021 23:53:49 GMT



**3 colors available**
Cloud White / Royal Blue / Vivid Red

GALLERY · DESCRIPTION · DETAILS · COMPLETE THE LOOK · HOW TO STYLE · REVIEWS

Men's • Essentials                                    ★★★★★ 209

## GRAND COURT SE SHOES

~~$65~~ **$52** (-20%)

**Select size**

6.5

Only 1 left in stock

Size guide                              Size out of stock?

**ADD TO BAG →**    ♡

FEEDBACK

✓ PAY OVER TIME IN INTEREST-FREE INSTALLMENTS WITH AFFIRM, KLARNA OR AFTERPAY

↻ JOIN CREATORS CLUB TO GET UNLIMITED FREE STANDARD SHIPPING, RETURNS, & EXCHANGES

### GRAND COURT SE SHOES

### *CLASSIC COURT SHOES READY FOR TODAY'S STREETS.*

Vintage vibes. New soul. These shoes have a clean and contemporary design with the bones of '70s-era tennis trainers. This version has soft suede overlays and adidas-print laces.



## SPECIFICATIONS

- Regular fit
- Lace closure
- Leather upper with suede toe and heel overlays
- Cushioned feel
- Tennis-inspired shoes

- Cloudfoam Comfort sockliner and textile lining
- Rubber cupsole
- Imported
- Product color: Cloud White / Royal Blue / Vivid Red
- Product code: H02029

## COMPLETE THE LOOK



$25
Primeblue Designed 2 Move Sport 3-Stripes Tee



$30
adidas Designed 2 Move 3-Stripes Primeblue Shorts



$55
League 3-Stripes Backpack



$20
Athletic Cushioned Low Socks 6 Pairs

## YOU MAY ALSO LIKE




$50
Adicolor Essentials Fleece Sweatshirt



$60
Tiro Winterized Track Pants
Sportswear



$60
adidas Sportswear Future Icons Sweatshirt



$60
Tiro Winterized Track Pants
Sportswear

Document title: adidas Grand Court SE Shoes - White | H02029 | adidas US
Capture URL: https://www.adidas.com/us/grand-court-se-shoes/H02029.html
Capture timestamp (UTC): Wed, 15 Dec 2021 23:53:49 GMT

Exhibit 2
Page 209 of 272





GALLERY DESCRIPTION DETAILS COMPLETE THE LOOK **HOW TO STYLE** REVIEWS

$50 Adicolor Essentials Fleece Sweatshirt
Originals

$60 Tiro Winterized Track Pants
Sportswear

$60 adidas Sportswear Future Icons Sweatshirt
Sportswear

$60 Tiro Winterized Track Pants
Sportswear

Men's • Essentials ★★★★★ 209

# GRAND COURT SE SHOES

~~$65~~ $52 (-20%)

**Select size**

6.5

Only 1 left in stock

Size guide

Size out of stock?

ADD TO BAG

FEEDBACK

PAY OVER TIME IN INTEREST-FREE INSTALLMENTS WITH AFFIRM, KLARNA OR AFTERPAY

JOIN CREATORS CLUB TO GET UNLIMITED FREE STANDARD SHIPPING, RETURNS, & EXCHANGES

## SHARE HOW YOU WEAR IT

Share a photo of your adidas favorite and appear in our showcase. Make sure to tag your image with @adidas.

GOBEYONDHERO

GOBEYONDHERO

## RATINGS & REVIEWS

**209 Reviews** Write a review

★★★★★ **4.7**

★ 4.2 **Comfort**

★ 4.5 **Quality**

**Size**

Too small — Perfect — Too large

**Width**

Too narrow — Perfect — Too wide

**Filter reviews by**

Rating | Comfort | Satisfaction | Appearance | Fit | Quality

SORT BY

**Sweet retro vibe**
★★★★★

Loved these. Worked well with the 70s/80s vibe I like to put out there.

Read more

Helpful? 24 1

**excellent quality and design**
★★★★★

these shoes are light and fit perfectly. very stylish shoes for all day!

Helpful? 9 0 Read more

**Look great well made strong but comfortable a bit tight may give.**
★★★★★

Adidas quality inner sole bouncy. Outer sole is well stitched.

Helpful? 6 0 Read more

Read more reviews

## OTHERS ALSO BOUGHT

GALLERY    DESCRIPTION    DETAILS    COMPLETE THE LOOK    **HOW TO STYLE**    REVIEWS

Read more reviews

## OTHERS ALSO BOUGHT



$35
Adilette Comfort Slides
Essentials

$35 $28
Adilette Comfort Slides
Essentials

$20 $16
Trefoil No-Show Socks 6 Pairs
Originals

$15 $9
Amplifier Tee
Essentials

■ — — —

## RECENTLY VIEWED ITEMS



$60
Tiro Winterized Track Pants
Sportswear
recycled materials

$60
Tiro Winterized Track Pants
Sportswear
best seller

$45
Tiro Track Pants
Performance

$150
Kerwin Frost Tra
Originals

■ — — — —

## JOIN OUR CREATORS CLUB & GET 15% OFF

SIGN UP FOR FREE →

**PRODUCTS**
Shoes
Clothing
Accessories
Gift Cards

New Arrivals
Best Sellers
Release Dates
Sale

**SPORTS**
Soccer
Running
Basketball
Football
Outdoor
Golf
Baseball
Tennis
Skateboarding
Training

**COLLECTIONS**
adicolor
Ultraboost
NMD
Forum
Superstar
Running Shoes
adilette
Stan Smith
adizero
Tiro
EQT

**SUPPORT**
Help
Returns & Exchanges
Shipping
Order Tracker
Store Locator
Size Charts
Gift Card Balance
How To Clean
Bra Fit Guide
Running Shoe Finder
Promotions

**COMPANY INFO**
About Us
Students
adidas Stories
adidas Apps
Sustainability
Creators Club
Affiliates
Press
Careers
California Transparency in
Supply Chains Act

🇺🇸 USA

Data settings    Do not sell my personal information    Privacy Policy    Terms and Conditions

2021 adidas America Inc.

FEEDBACK

Document title: adidas Grand Court SE Shoes - White | H02029 | adidas US
Capture URL: https://www.adidas.com/us/grand-court-se-shoes/H02029.html
Capture timestamp (UTC): Wed, 15 Dec 2021 23:53:49 GMT

Page 4 of 4

Exhibit 2
Page 211 of 272



Americana vs. Superstar 'USA'

Adidas  Sneakers  Americana

Facts   Want

Document title: Americana vs. Superstar &#39;USA&#39; | GOAT
Capture URL: https://www.goat.com/sneakers/americana-vs-superstar-usa-fv2806?utm_source=google_int&amp;utm_medium=google_shopping_int&amp;utm_campaig…
Capture timestamp (UTC): Tue, 11 Jan 2022 21:05:13 GMT
Page 1 of 1

Exhibit 2
Page 212 of 272



END OF SEASON SALE FREE STANDARD SHIPPING & RETURNS | JOIN NOW

help exchanges & returns order tracker join adiclub

MEN WOMEN KIDS END OF SEASON SALE 3 STRIPE LIFE Search

Back Home / Cycling / Shoes

3 colors available

Cloud White / Blue Rush / Turbo

Cycling ★★★★★ 81

# THE VELOSAMBA VEGAN CYCLING SHOES

**$120**

Great catch! This exclusive product is only available at adidas and can't be found anywhere else.

**Available sizes**

| | | |
|---|---|---|
| M 3 / W 4 | M 3.5 / W 4.5 | M 4 / W 5 |
| M 4.5 / W 5.5 | M 5 / W 6 | M 5.5 / W 6.5 |
| M 6 / W 7 | M 6.5 / W 7.5 | M 7 / W 8 |
| M 7.5 / W 8.5 | M 8 / W 9 | M 8.5 / W 9.5 |
| M 9 / W 10 | M 9.5 / W 10.5 | M 10 / W 11 |
| M 10.5 / W 11.5 | M 11 / W 12 | M 11.5 / W 12.5 |
| M 12 / W 13 | M 12.5 / W 13.5 | M 13 / W 14 |
| M 14 / W 15 | | |

Size guide

ADD TO BAG

PAY OVER TIME IN INTEREST-FREE INSTALLMENTS WITH AFFIRM, KLARNA OR AFTERPAY

JOIN ADICLUB TO GET UNLIMITED FREE STANDARD SHIPPING, RETURNS, & EXCHANGES

Document title: adidas The Velosamba Vegan Cycling Shoes - White | unisex cycling | adidas US
Capture URL: https://www.adidas.com/us/the-velosamba-vegan-cycling-shoes/GW5323.html
Capture timestamp (UTC): Mon, 13 Jun 2022 16:11:29 GMT



GALLERY    HIGHLIGHTS    DESCRIPTION    DETAILS    STORY    COMPLETE THE LOOK    REVIEWS

Cycling                                               ★★★★★ 81

**THE VELOSAMBA VEGAN CYCLING SHOES**

**$120**

Great catch! This exclusive product is only available at adidas and can't be found anywhere else.

**Available sizes**

| | | |
|---|---|---|
| M 3 / W 4 | M 3.5 / W 4.5 | M 4 / W 5 |
| M 4.5 / W 5.5 | M 5 / W 6 | M 5.5 / W 6.5 |
| M 6 / W 7 | M 6.5 / W 7.5 | M 7 / W 8 |
| M 7.5 / W 8.5 | M 8 / W 9 | M 8.5 / W 9.5 |
| M 9 / W 10 | M 9.5 / W 10.5 | M 10 / W 11 |
| M 10.5 / W 11.5 | M 11 / W 12 | M 11.5 / W 12.5 |
| M 12 / W 13 | M 12.5 / W 13.5 | M 13 / W 14 |
| M 14 / W 15 | | |

⊏⊐ Size guide

**ADD TO BAG**  →        ♡

✓ PAY OVER TIME IN INTEREST-FREE INSTALLMENTS WITH AFFIRM, KLARNA OR AFTERPAY

⊝ JOIN ADICLUB TO GET UNLIMITED FREE STANDARD SHIPPING, RETURNS, & EXCHANGES

**3 colors available**

Cloud White / Blue Rush / Turbo

Document title: adidas The Velosamba Vegan Cycling Shoes - White | unisex cycling | adidas US
Capture URL: https://www.adidas.com/us/the-velosamba-vegan-cycling-shoes/GW5323.html
Capture timestamp (UTC): Mon, 13 Jun 2022 16:11:29 GMT



GALLERY    HIGHLIGHTS    DESCRIPTION    DETAILS    STORY    COMPLETE THE LOOK    REVIEWS

Cycling

★★★★★ 81

## THE VELOSAMBA VEGAN CYCLING SHOES

**$120**

Great catch! This exclusive product is only available at adidas and can't be found anywhere else.

**Available sizes**

| | | |
|---|---|---|
| M 3 / W 4 | M 3.5 / W 4.5 | M 4 / W 5 |
| M 4.5 / W 5.5 | M 5 / W 6 | M 5.5 / W 6.5 |
| M 6 / W 7 | M 6.5 / W 7.5 | M 7 / W 8 |
| M 7.5 / W 8.5 | M 8 / W 9 | M 8.5 / W 9.5 |
| M 9 / W 10 | M 9.5 / W 10.5 | M 10 / W 11 |
| M 10.5 / W 11.5 | M 11 / W 12 | M 11.5 / W 12.5 |
| M 12 / W 13 | M 12.5 / W 13.5 | M 13 / W 14 |
| M 14 / W 15 | | |

↔ Size guide

**ADD TO BAG** →  ♡



✓ PAY OVER TIME IN INTEREST-FREE INSTALLMENTS WITH AFFIRM, KLARNA OR AFTERPAY

⟲ JOIN ADICLUB TO GET UNLIMITED FREE STANDARD SHIPPING, RETURNS, & EXCHANGES

**SHOW LESS** ⌃

**3 colors available**



Cloud White / Blue Rush / Turbo

## HIGHLIGHTS

**ANIMAL-FREE ALTERNATIVES**

From new styles to tried and tested classics. Now available in recycled and vegan materials so you can choose what's important to you.

**EFFICIENT PEDALING**

A full-length nylon-reinforced midsole plate and two-bolt cleat compatibility offers efficient pedaling and easy walking.

## THE VELOSAMBA VEGAN CYCLING SHOES

*CASUAL CYCLING SHOES MADE IN PART WITH RECYCLED AND VEGAN MATERIALS.*

Roll through the daily commute with the iconic style of the adidas Samba on your feet. Designed with city riding, commuting and indoor cycling in mind, the Velosamba is your incognito bike shoe. It's two-bolt cleat compatible with a full-length reinforced midsole for efficient pedaling that still flexes for comfortable walking. Its vegan upper is coated for water-resistance to help keep your feet dry.



## SPECIFICATIONS

- Regular fit
- Lace closure
- Vegan upper
- Textile lining
- Stiff nylon insole board

- Synthetic outsole with two-bolt cleat mount
- Vegan alternative: At least 25% recycled content
- Imported
- Product color: Cloud White / Blue Rush / Turbo
- Product code: GW5323

Move seamlessly between bike and street in the Velosamba – made with recycled and vegan materials. Iconic adidas Samba-style, secure pedaling, and an easy

Document title: adidas The Velosamba Vegan Cycling Shoes - White | unisex cycling | adidas US
Capture URL: https://www.adidas.com/us/the-velosamba-vegan-cycling-shoes/GW5323.html
Capture timestamp (UTC): Mon, 13 Jun 2022 16:11:29 GMT

Page 3 of 6

Exhibit 2
Page 215 of 272

GALLERY    HIGHLIGHTS    DESCRIPTION    DETAILS    STORY    COMPLETE THE LOOK    REVIEWS



Move seamlessly between bike and street in the Velosamba – made with recycled
and vegan materials. Iconic adidas Samba-style, secure pedaling, and an easy
walking feel – all in one shoe.



Cycling                                                     ★★★★★ 81

### THE VELOSAMBA VEGAN CYCLING SHOES

$120

Great catch! This exclusive product is only available
at adidas and can't be found anywhere else.

**Available sizes**

| | | |
|---|---|---|
| M 3 / W 4 | M 3.5 / W 4.5 | M 4 / W 5 |
| M 4.5 / W 5.5 | M 5 / W 6 | M 5.5 / W 6.5 |
| M 6 / W 7 | M 6.5 / W 7.5 | M 7 / W 8 |
| M 7.5 / W 8.5 | M 8 / W 9 | M 8.5 / W 9.5 |
| M 9 / W 10 | M 9.5 / W 10.5 | M 10 / W 11 |
| M 10.5 / W 11.5 | M 11 / W 12 | M 11.5 / W 12.5 |
| M 12 / W 13 | M 12.5 / W 13.5 | M 13 / W 14 |
| M 14 / W 15 | | |

▭ Size guide

**ADD TO BAG**  →    ♡

✓ PAY OVER TIME IN INTEREST-FREE
INSTALLMENTS WITH AFFIRM, KLARNA OR
AFTERPAY

↩ JOIN ADICLUB TO GET UNLIMITED FREE
STANDARD SHIPPING, RETURNS, &
EXCHANGES

## COMPLETE THE LOOK



| $14 | $35 | $40 $48 | $75 |
|---|---|---|---|
| Cushioned No-Show Socks 3 Pairs | Grow Positively Tee (Gender Neutral) | The Trackstand Cycling Pants | Boston Marathon® 2022 Hoodie |

## YOU MAY ALSO LIKE



| $130 | $120 | $420 | $80 |
|---|---|---|---|
| The Velosamba Vegan Cycling Shoes | The Velosamba Vegan Cycling Shoes | Terrex MYSHELTER GORE-TEX Rain Jacket | SST |
| Performance | Performance | TERREX | Origi |

• — — — — —

Document title: adidas The Velosamba Vegan Cycling Shoes - White | unisex cycling | adidas US
Capture URL: https://www.adidas.com/us/the-velosamba-vegan-cycling-shoes/GW5323.html
Capture timestamp (UTC): Mon, 13 Jun 2022 16:11:29 GMT

Page 4 of 6

Exhibit 2
Page 216 of 272



END OF SEASON SALE

FREE STANDARD SHIPPING & RETURNS | JOIN NOW

Men's • Originals ★★★★★ 465

# RETROPY E5 SHOES

~~$120~~ $96

**Available sizes** Find your size

| | | | | |
|---|---|---|---|---|
| 5 | ~~5.5~~ | ~~6~~ | ~~6.5~~ | 7 |
| ~~7.5~~ | 8 | ~~8.5~~ | ~~9~~ | ~~9.5~~ |
| ~~10~~ | 10.5 | ~~11~~ | ~~11.5~~ | ~~12~~ |
| ~~12.5~~ | ~~13~~ | ~~14~~ | | |

Size guide

ADD TO BAG

FIND ALTERNATIVES

PAY OVER TIME IN INTEREST-FREE INSTALLMENTS WITH AFFIRM, KLARNA OR AFTERPAY

JOIN ADICLUB TO GET UNLIMITED FREE STANDARD SHIPPING, RETURNS, & EXCHANGES

**15 colors available**

Aluminium / Legacy Teal / Capital Blue

Document title: adidas Retropy E5 Shoes - Beige | men lifestyle | adidas US
Capture URL: https://www.adidas.com/us/retropy-e5-shoes/GW1635.html
Capture timestamp (UTC): Mon, 13 Jun 2022 16:13:49 GMT

GALLERY    DESCRIPTION    DETAILS    COMPLETE THE LOOK    HOW TO STYLE    REVIEWS



Men's • Originals                                        ★★★★★ 465

*RETROPY E5 SHOES*

$120 $96

**Available sizes**                              Find your size

| 5 | 5.5 | | 6.5 | 7 |
| 7.5 | 8 | | 9 | 9.5 |
| 10 | 10.5 | | 11.5 | 12 |
| 12.5 | 13 | | | |

Size guide

**ADD TO BAG →**          ♡

**FIND ALTERNATIVES →**

PAY OVER TIME IN INTEREST-FREE
✓ INSTALLMENTS WITH AFFIRM, KLARNA OR
AFTERPAY

JOIN ADICLUB TO GET UNLIMITED FREE
STANDARD SHIPPING, RETURNS, &
EXCHANGES

15 colors available

Aluminium / Legacy Teal / Capital Blue

Document title: adidas Retropy E5 Shoes - Beige | men lifestyle | adidas US
Capture URL: https://www.adidas.com/us/retropy-e5-shoes/GW1635.html
Capture timestamp (UTC): Mon, 13 Jun 2022 16:13:49 GMT

Page 2 of 5

Exhibit 2
Page 218 of 272



GALLERY    DESCRIPTION    DETAILS    COMPLETE THE LOOK    HOW TO STYLE    REVIEWS

SHOW LESS ⌃

**15 colors available**



Aluminium / Legacy Teal / Capital Blue

Men's • Originals    ★★★★★ 465

### RETROPY E5 SHOES

$120 $96

**Available sizes**                    Find your size

| 5 | 5.5 | 6 | 6.5 | 7 |
| 7.5 | 8 | 8.5 | 9 | 9.5 |
| 10 | 10.5 | 11 | 11.5 | 12 |
| 12.5 | 13 | 13.5 | 14 | 15 |

Size guide

**ADD TO BAG** →    ♡

**FIND ALTERNATIVES** →

PAY OVER TIME IN INTEREST-FREE
✓ INSTALLMENTS WITH AFFIRM, KLARNA OR
AFTERPAY

JOIN ADICLUB TO GET UNLIMITED FREE
STANDARD SHIPPING, RETURNS, &
EXCHANGES

### RETROPY E5 SHOES

#### COMFORTABLE, ENERGY-RETURNING SHOES WITH A LAID-BACK VIBE.

Turn simple up a notch. These adidas shoes make the most of their running pedigree with incredible comfort. Every step you take is plush, thanks to a full-length BOOST midsole that responds to your every move. Suede overlays on the upper make them a perfect go-to for a laid-back look.



### SPECIFICATIONS

- Lace closure
- Textile upper with stitched suede overlays
- Textile lining
- BOOST midsole
- Rubber outsole
- Imported
- Product color: Aluminium / Legacy Teal / Capital Blue
- Product code: GW1635

### COMPLETE THE LOOK



$15                    $60                    $75                    $18
Originals Mid Crew Socks    Team Bowling Shirt (Gender    Work Pants    Cozy Mid-Cut Crew Socks 2
                         Neutral)                              Pairs

Document title: adidas Retropy E5 Shoes - Beige | men lifestyle | adidas US
Capture URL: https://www.adidas.com/us/retropy-e5-shoes/GW1635.html
Capture timestamp (UTC): Mon, 13 Jun 2022 16:13:49 GMT

Page 3 of 5

Exhibit 2
Page 219 of 272





$15 $60 $75 $18

GALLERY DESCRIPTION DETAILS COMPLETE THE LOOK HOW TO STYLE REVIEWS

Men's • Originals ★★★★★ 465

## RETROPY E5 SHOES

~~$120~~ $96

Available sizes — Find your size

5 | 8 | 10.5 | 7

Size guide

ADD TO BAG

FIND ALTERNATIVES

PAY OVER TIME IN INTEREST-FREE INSTALLMENTS WITH AFFIRM, KLARNA OR AFTERPAY

JOIN ADICLUB TO GET UNLIMITED FREE STANDARD SHIPPING, RETURNS, & EXCHANGES

## YOU MAY ALSO LIKE

$120
Retropy E5 Shoes
Originals

$120
Retropy E5 Shoes
Originals

$420
Terrex MYSHELTER GORE-TEX Rain Jacket
TERREX

$80
SST
Origi



END OF SEASON SALE | FREE STANDARD SHIPPING & RETURNS | JOIN NOW

help exchanges & returns order tracker join adiclub

MEN WOMEN KIDS END OF SEASON SALE 3 STRIPE LIFE Search

Back Home / Men / Shoes

7 colors available

Bliss / Blue Bird / Gum

Men's • Originals ★★★★★ 916

# BUSENITZ VULC II SHOES

$70

**Available sizes**

| | | | | |
|---|---|---|---|---|
| 4 | 5 | 6 | 6.5 | 7 |
| 7.5 | 8 | 8.5 | 9 | 9.5 |
| 10 | 10.5 | 11 | 11.5 | 12 |
| 12.5 | 13 | 14 | | |

Size guide

ADD TO BAG

FIND ALTERNATIVES

PAY OVER TIME IN INTEREST-FREE INSTALLMENTS WITH AFFIRM, KLARNA OR AFTERPAY

JOIN ADICLUB TO GET UNLIMITED FREE STANDARD SHIPPING, RETURNS, & EXCHANGES

Document title: adidas Busenitz Vulc II Shoes - Beige | men skateboarding | adidas US
Capture URL: https://www.adidas.com/us/busenitz-vulc-ii-shoes/H04886.html
Capture timestamp (UTC): Mon, 13 Jun 2022 16:14:48 GMT



GALLERY    DESCRIPTION    DETAILS    COMPLETE THE LOOK    HOW TO STYLE    REVIEWS

Men's • Originals ★★★★★ 916

## BUSENITZ VULC II SHOES

**$70**

Available sizes

| 4 | 5 | 6 | 6.5 | 7 |
| 3.5 | | 9 | 9.5 |
| 10 | | 11 | 11.5 | 12 |
| 13.5 | 17 | 12.5 |

Size guide

**ADD TO BAG** →    ♡

**FIND ALTERNATIVES** →

✓ PAY OVER TIME IN INTEREST-FREE INSTALLMENTS WITH AFFIRM, KLARNA OR AFTERPAY

JOIN ADICLUB TO GET UNLIMITED FREE STANDARD SHIPPING, RETURNS, & EXCHANGES

**7 colors available**

Bliss / Blue Bird / Gum

Document title: adidas Busenitz Vulc II Shoes - Beige | men skateboarding | adidas US
Capture URL: https://www.adidas.com/us/busenitz-vulc-ii-shoes/H04886.html
Capture timestamp (UTC): Mon, 13 Jun 2022 16:14:48 GMT



GALLERY     DESCRIPTION     DETAILS     COMPLETE THE LOOK     HOW TO STYLE     REVIEWS

SHOW LESS ∧

Men's • Originals                    ★★★★★ 916

## BUSENITZ VULC II SHOES

$70

**Available sizes**

| 4 | 5 | 6 | 6.5 | 7 |
| 7.5 | 8 | 8.5 | 9 | 9.5 |
| 10 | 11 | 12 | 13 | 14 |
| 13.5 | 14 | 14.5 | 15 | |

⊐⊏ Size guide

ADD TO BAG →        ♡

FIND ALTERNATIVES →

PAY OVER TIME IN INTEREST-FREE INSTALLMENTS WITH AFFIRM, KLARNA OR AFTERPAY

JOIN ADICLUB TO GET UNLIMITED FREE STANDARD SHIPPING, RETURNS, & EXCHANGES

**7 colors available**



Bliss / Blue Bird / Gum

## BUSENITZ VULC II SHOES

### A SLIMMED-DOWN VULC WITH DENNIS BUSENITZ'S SIGNATURE FIT AND FEEL.

Attention to detail and a love of adidas' indoor football heritage was the driving force behind the Busenitz Vulc II. The Busenitz Vulc II updates the signature fit Dennis Busenitz has honed with adidas Skateboarding into a functional and durable vulcanized Geoflex sole construction, featuring Adituff toe reinforcement, a Geofit collar and molded Adiprene sockliner. For this special colorway, Dennis not only drew from the Indoor Super's classic colorway but infused its unique aesthetics into the tooling of the molded heel clip, offering added protection and a snug, responsive fit.



## SPECIFICATIONS

- Durable suede upper
- Adiprene sockliner
- Anti-slip Geofit collar
- Geoflex outsole
- Imported
- Product color: Bliss / Blue Bird / Gum
- Product code: H04886

## COMPLETE THE LOOK



$18 $13
Roller Crew Socks

$45 $36
Long Sleeve Graphic Tee

$70 $49
SST Track Pants (Gender Neutral)

$70
Blue Version Graphic Tee

Document title: adidas Busenitz Vulc II Shoes - Beige | men skateboarding | adidas US
Capture URL: https://www.adidas.com/us/busenitz-vulc-ii-shoes/H04886.html
Capture timestamp (UTC): Mon, 13 Jun 2022 16:14:48 GMT

Page 3 of 5

Exhibit 2
Page 223 of 272



**YOU MAY ALSO LIKE**

$70
Busenitz Vulc II Shoes
Originals

$70
Busenitz Vulc II Shoes
Originals

$420
Terrex MYSHELTER GORE-TEX Rain
Jacket
TERREX



Men's • Originals                ★★★★★ 916

*BUSENITZ VULC II SHOES*

$70

**Available sizes**

**Size guide**

ADD TO BAG

FIND ALTERNATIVES

PAY OVER TIME IN INTEREST-FREE
✓ INSTALLMENTS WITH AFFIRM, KLARNA OR
AFTERPAY

JOIN ADICLUB TO GET UNLIMITED FREE
STANDARD SHIPPING, RETURNS, &
EXCHANGES

Document title: adidas Busenitz Vulc II Shoes - Beige | men skateboarding | adidas US
Capture URL: https://www.adidas.com/us/busenitz-vulc-ii-shoes/H04886.html
Capture timestamp (UTC): Mon, 13 Jun 2022 16:14:48 GMT

Page 4 of 5

Exhibit 2
Page 224 of 272



END OF SEASON SALE FREE STANDARD SHIPPING & RETURNS | JOIN NOW

help exchanges & returns order tracker join adiclub

MEN WOMEN KIDS END OF SEASON SALE 3 STRIPE LIFE Search

Back Home / Men / Shoes

Men's • Swim ★★★★★ 1008

# ADILETTE COMFORT ADJUSTABLE SLIDES

~~$45~~ $27

Available sizes Find your size

| | | | | |
|---|---|---|---|---|
| 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 |
| ~~14~~ | ~~15~~ | ~~16~~ | ~~17~~ | ~~18~~ |

Size guide

ADD TO BAG

PAY OVER TIME IN INTEREST-FREE INSTALLMENTS WITH AFFIRM, KLARNA OR AFTERPAY

JOIN ADICLUB TO GET UNLIMITED FREE STANDARD SHIPPING, RETURNS, & EXCHANGES

2 colors available

Cloud White / Royal Blue / Scarlet

Document title: adidas Adilette Comfort Adjustable Slides - White | FY8095 | adidas US
Capture URL: https://www.adidas.com/us/adilette-comfort-adjustable-slides/FY8095.html
Capture timestamp (UTC): Mon, 13 Jun 2022 16:20:21 GMT



GALLERY    HIGHLIGHTS    DESCRIPTION    DETAILS    COMPLETE THE LOOK    REVIEWS

Men's • Swim

★★★★★  1008

## ADILETTE COMFORT ADJUSTABLE SLIDES

~~$45~~ **$27**

**Available sizes**                    ⊞ Find your size

| 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|
| 9 | 10 | 11 | 12 | 13 |

⊟ Size guide

**ADD TO BAG** →    ♡

PAY OVER TIME IN INTEREST-FREE
✓ INSTALLMENTS WITH AFFIRM, KLARNA OR
  AFTERPAY

JOIN ADICLUB TO GET UNLIMITED FREE
⊟ STANDARD SHIPPING, RETURNS, &
  EXCHANGES

2 colors available

Cloud White / Royal Blue / Scarlet

Document title: adidas Adilette Comfort Adjustable Slides - White | FY8095 | adidas US
Capture URL: https://www.adidas.com/us/adilette-comfort-adjustable-slides/FY8095.html
Capture timestamp (UTC): Mon, 13 Jun 2022 16:20:21 GMT

Page 2 of 5

Exhibit 2
Page 226 of 272

GALLERY    HIGHLIGHTS    DESCRIPTION    DETAILS    COMPLETE THE LOOK    REVIEWS



SHOW LESS ∧

2 colors available



Cloud White / Royal Blue / Scarlet

Men's • Swim    ★★★★★ 1008

## *ADILETTE COMFORT ADJUSTABLE SLIDES*

~~$45~~ **$27**

Available sizes    ⟷ Find your size

| 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|
| 9 | 10 | 11 | 12 | 13 |

⟷ Size guide

**ADD TO BAG →**    ♡

PAY OVER TIME IN INTEREST-FREE
INSTALLMENTS WITH AFFIRM, KLARNA OR
AFTERPAY

JOIN ADICLUB TO GET UNLIMITED FREE
STANDARD SHIPPING, RETURNS, &
EXCHANGES

## HIGHLIGHTS

**ADJUSTABLE COMFORT**
Hook-and-loop strap ensures a comfortable, personalized fit.

**RECOVERY MODE**
A contoured footbed lets you reset in total comfort after your workout.

## ADILETTE COMFORT ADJUSTABLE SLIDES

*CUSHIONED SLIDES FOR POST-WORKOUT RECOVERY AND EVERYDAY COMFORT.*

You know that feeling. When you slip off your shoes after a long workout and feel that sweet relief. Keep it going in these lightweight adidas Adilette slides. Soft cushioning rewards hard-working feet.



## SPECIFICATIONS

- Regular fit
- Hook-and-loop closure
- Synthetic upper
- Comfortable slides with adjustable fit
- Contoured footbed
- Imported
- Product color: Cloud White / Royal Blue / Scarlet
- Product code: FY8095

## COMPLETE THE LOOK

      

Document title: adidas Adilette Comfort Adjustable Slides - White | FY8095 | adidas US
Capture URL: https://www.adidas.com/us/adilette-comfort-adjustable-slides/FY8095.html
Capture timestamp (UTC): Mon, 13 Jun 2022 16:20:21 GMT

Page 3 of 5

Exhibit 2
Page 227 of 272





## YOU MAY ALSO LIKE



$40
Adilette Cork Slides
Originals

$45
Adilette Slides
Originals

$420
Terrex MYSHELTER GORE-TEX Rain Jacket
TERREX

Document title: adidas Adilette Comfort Adjustable Slides - White | FY8095 | adidas US
Capture URL: https://www.adidas.com/us/adilette-comfort-adjustable-slides/FY8095.html
Capture timestamp (UTC): Mon, 13 Jun 2022 16:20:21 GMT

Page 4 of 5

Exhibit 2
Page 228 of 272



END OF SEASON SALE FREE STANDARD SHIPPING & RETURNS | JOIN NOW

help exchanges & returns order tracker join adiclub

MEN WOMEN KIDS END OF SEASON SALE 3 STRIPE LIFE Search

Home / Men / Shoes

SOLD OUT

7 colors available

Cloud White / Collegiate Navy / Silver Metallic

MEMBERS ONLY • MEMBERS ONLY • MEMBERS ONLY • MEMBERS ONLY

Men's • Golf ★★★★☆ 101

# TOUR360 22 LIMITED-EDITION GOLF SHOES

$210

## JUST MISSED IT

This release was only available to adiClub members and is now sold out. Not a member yet? Sign up to be ready for the next release.

SIGN UP FOR FREE ⟶

Document title: adidas TOUR360 22 Limited-Edition Golf Shoes - White | men golf | adidas US
Capture URL: https://www.adidas.com/us/tour360-22-limited-edition-golf-shoes/GX4088.html
Capture timestamp (UTC): Mon, 13 Jun 2022 16:21:53 GMT



Document title: adidas TOUR360 22 Limited-Edition Golf Shoes - White | men golf | adidas US
Capture URL: https://www.adidas.com/us/tour360-22-limited-edition-golf-shoes/GX4088.html
Capture timestamp (UTC): Mon, 13 Jun 2022 16:21:53 GMT

Page 2 of 6

Exhibit 2
Page 230 of 272



Document title: adidas TOUR360 22 Limited-Edition Golf Shoes - White | men golf | adidas US
Capture URL: https://www.adidas.com/us/tour360-22-limited-edition-golf-shoes/GX4088.html
Capture timestamp (UTC): Mon, 13 Jun 2022 16:21:53 GMT

Page 3 of 6

Exhibit 2
Page 231 of 272



Document title: adidas TOUR360 22 Limited-Edition Golf Shoes - White | men golf | adidas US
Capture URL: https://www.adidas.com/us/tour360-22-limited-edition-golf-shoes/GX4088.html
Capture timestamp (UTC): Mon, 13 Jun 2022 16:21:53 GMT

Page 4 of 6

Exhibit 2
Page 232 of 272



FREE STANDARD SHIPPING WITH ADICLUB

help orders and returns join adiClub

MEN WOMEN KIDS SALE 3 STRIPE LIFE

Search

Back Home / Men / Shoes

Men's • Soccer ★★★★★ 1000

# ITALY COPA MUNDIAL FIRM GROUND CLEATS

**$200**

Promo codes will not apply to this product.

**Colors**

Blue / Pantone / Pantone

**Sizes**

| | | | | |
|---|---|---|---|---|
| ~~4~~ | ~~4.5~~ | ~~5~~ | 5.5 | 6 |
| ~~6.5~~ | 7 | 7.5 | ~~8~~ | ~~8.5~~ |
| ~~9~~ | 9.5 | ~~10~~ | ~~10.5~~ | ~~11~~ |
| ~~11.5~~ | 12 | ~~12.5~~ | ~~13~~ | ~~13.5~~ |
| ~~14~~ | ~~14.5~~ | ~~15~~ | ~~16~~ | |

Size guide

ADD TO BAG

FIND ALTERNATIVES

4 interest-free payments of $50.00 with **Klarna**.
Learn More

Check if available in store

Pay over time in interest-free installments with Affirm, Klarna or Afterpay

Join adiClub to get unlimited free standard shipping, returns, & exchanges

Document title: adidas Italy Copa Mundial Firm Ground Cleats - Blue | Men's Soccer | adidas US
Capture URL: https://www.adidas.com/us/italy-copa-mundial-firm-ground-cleats/IG6280.html
Capture timestamp (UTC): Tue, 30 Apr 2024 22:28:18 GMT



Men's • Soccer  ★★★★★ 1000

# ITALY COPA MUNDIAL FIRM GROUND CLEATS

**$200**

Promo codes will not apply to this product.

### Colors



Blue / Pantone / Pantone

### Sizes

| 4 | 4.5 | 5 | 5.5 | 6 |
|---|---|---|---|---|
| 6.5 | 7 | 7.5 | 8 | 8.5 |
| 9 | 9.5 | 10 | 10.5 | 11 |
| 11.5 | 12 | 12.5 | 13 | 13.5 |
| 14 | 14.5 | 15 | 16 | |

📏 Size guide

**ADD TO BAG →**    ♡

**FIND ALTERNATIVES →**

4 interest-free payments of $50.00 with **Klarna**.
Learn More

🏬 Check if available in store

✓ Pay over time in interest-free installments with Affirm, Klarna or Afterpay
🚚 Join adiClub to get unlimited free standard shipping, returns, & exchanges

**SHOW LESS ∧**

---

Reviews (1000)            4.6 ★★★★★  ∨

---

Document title: adidas Italy Copa Mundial Firm Ground Cleats - Blue | Men&#39;s Soccer | adidas US
Capture URL: https://www.adidas.com/us/italy-copa-mundial-firm-ground-cleats/IG6280.html
Capture timestamp (UTC): Tue, 30 Apr 2024 22:28:18 GMT

Men's • Soccer ★★★★★ [1000]

# ITALY COPA MUNDIAL FIRM GROUND CLEATS

**$200**

| Reviews (1000) | 4.6 ★★★★★ ⌄ |

| Description | ⌄ |

| Details | ⌄ |

| How to style | ⌄ |

Promo codes will not apply to this product.

## Colors



Blue / Pantone / Pantone

## Sizes

| 4 | 4.5 | 5 | 5.5 | 6 |
| 6.5 | 7 | 7.5 | 8 | 8.5 |
| 9 | 9.5 | 10 | 10.5 | 11 |
| 11.5 | 12 | 13 | 13.5 |
| 14 | 14.5 | 15 | 16 |

Size guide

**ADD TO BAG**    ♡

**FIND ALTERNATIVES** →

4 interest-free payments of $50.00 with Klarna. Learn More

Check if available in store

✓ Pay over time in interest-free installments with Affirm, Klarna or Afterpay

Join adiClub to get unlimited free standard shipping, returns, & exchanges

# COMPLETE THE LOOK



$150
Italy 2024 Home Authentic Jersey
Performance

$70
Tiro 24 Competition Training Jacket
Performance

$45
Tiro 24 3/4 Pants
Performance

-5%
~~$35~~ $32
$21 FOR MEMBERS
Italy Soccer Cap
Performance

# YOU MAY ALSO LIKE



$80
$64 FOR MEMBERS
Copa Pure 2 League FG
Performance

$95
Predator 24 League Firm Ground Cleats
Performance

$85
Predator 24 League Low Firm Ground Cleats
Performance

$100
Predator 24 League Laceless Firm Ground Cleats
Performance

Document title: adidas Italy Copa Mundial Firm Ground Cleats - Blue | Men&#39;s Soccer | adidas US
Capture URL: https://www.adidas.com/us/italy-copa-mundial-firm-ground-cleats/IG6280.html
Capture timestamp (UTC): Tue, 30 Apr 2024 22:28:18 GMT

Page 3 of 5

Exhibit 2
Page 235 of 272

Performance                 Performance              Performance

## OTHERS ALSO BOUGHT


$180
Copa Mundial Soccer Shoes
Performance


$260
$208 FOR MEMBERS
Predator Elite Firm Ground
Performance


$180
Argentina 2024 Messi
Home Authentic Jersey
Performance


$260
Predator Elite General
Pred Firm Ground Cle
Performance

## RECENTLY VIEWED ITEMS


$200
Italy Copa Mundial Firm
Ground Cleats


$65
Essentials 3-Stripes Animal
Print Relaxed Hoodie

Blue / Pantone / Pantone

### Sizes



| 4 | 4.5 | 5 | 5.5 | 6 |
|---|---|---|---|---|
| 6.5 | 7 | 7.5 | 8 | 8.5 |
| 9 | 9.5 | 10 | 10.5 | 11 |
| 11.5 | 12 | 12.5 | 13 | 13.5 |
| 14 | 14.5 | 15 | | 16 |

⊡ Size guide

**ADD TO BAG** →          ♡

**FIND ALTERNATIVES** →

4 interest-free payments of $50.00 with **Klarna.**
Learn More

🏬 Check if available in store

✓ Pay over time in interest-free installments
   with Affirm, Klarna or Afterpay
↺ Join adiClub to get unlimited free standard
   shipping, returns, & exchanges

## JOIN OUR ADICLUB & GET 15% OFF          SIGN UP FOR FREE →

| PRODUCTS | SPORTS | COLLECTIONS | SUPPORT | COMPANY INFO | FOLLOW US |
|---|---|---|---|---|---|
| Shoes | Soccer | adicolor | Help | About Us | f |
| Clothing | Running | Ultraboost | Returns & Exchanges | Student Discount | ⓘ |
| Accessories | Basketball | NMD | Shipping | Military & Healthcare Discount | 🐦 |
| Gift Cards | Football | Forum | Order Tracker | adidas Stories | ⓟ |
| | Outdoor | Superstar | Store Locator | adidas Apps | |
| New Arrivals | Golf | Running Shoes | Size Charts | Sustainability | |
| Best Sellers | Baseball | adilette | Gift Card Balance | adiClub | |
| Release Dates | | | | | |

Document title: adidas Italy Copa Mundial Firm Ground Cleats - Blue | Men&#39;s Soccer | adidas US
Capture URL: https://www.adidas.com/us/italy-copa-mundial-firm-ground-cleats/IG6280.html
Capture timestamp (UTC): Tue, 30 Apr 2024 22:28:18 GMT

Page 4 of 5

Exhibit 2
Page 236 of 272





$180
**Copa Mundial Soccer Shoes**
Performance

$260
$208 FOR MEMBERS
**Predator Elite Firm Ground**
Performance

$180
**Argentina 2024 Messi Home Authentic Jersey**
Performance

$260
**Predator Elite Genera Pred Firm Ground Cle**
Performance

**ADD TO BAG** →

**FIND ALTERNATIVES** →

4 interest-free payments of $50.00 with **Klarna**.
Learn More

🏬 Check if available in store

✓ Pay over time in interest-free installments with Affirm, Klarna or Afterpay

🚚 Join adiClub to get unlimited free standard shipping, returns, & exchanges

## RECENTLY VIEWED ITEMS






$200
**Italy Copa Mundial Firm Ground Cleats**

$65
**Essentials 3-Stripes Animal Print Relaxed Hoodie**



**JOIN OUR ADICLUB & GET 15% OFF**    SIGN UP FOR FREE →

| PRODUCTS | SPORTS | COLLECTIONS | SUPPORT | COMPANY INFO | FOLLOW US |
|---|---|---|---|---|---|
| Shoes | Soccer | adicolor | Help | About Us | |
| Clothing | Running | Ultraboost | Returns & Exchanges | Student Discount | |
| Accessories | Basketball | NMD | Shipping | Military & Healthcare Discount | |
| Gift Cards | Football | Forum | Order Tracker | adidas Stories | |
| | Outdoor | Superstar | Store Locator | adidas Apps | |
| New Arrivals | Golf | Running Shoes | Size Charts | Sustainability | |
| Best Sellers | Baseball | adilette | Gift Card Balance | adiClub | |
| Release Dates | Tennis | Stan Smith | How to Clean Shoes | Affiliates | |
| Sale | Skateboarding | adizero | Running Shoe Finder | Press | |
| | Training | Tiro | Bra Fit Guide | Careers | |
| | | Cloudfoam Pure | Sports Bra Finder | California Transparency in Supply Chains Act | |
| | | Back to School | Breathing for Running | Responsible Disclosure | |
| | | | Promotions | Transparency in Coverage | |
| | | | | Country Selector | |

Your Privacy Choices ✓✗    |    Privacy Policy    |    Terms and Conditions

© 2024 adidas America, Inc.

Document title: adidas Italy Copa Mundial Firm Ground Cleats - Blue | Men&#39;s Soccer | adidas US
Capture URL: https://www.adidas.com/us/italy-copa-mundial-firm-ground-cleats/IG6280.html
Capture timestamp (UTC): Tue, 30 Apr 2024 22:28:18 GMT



Document title: adidas Germany Copa Mundial Firm Ground Cleats - White | Men&#39;s Soccer | adidas US
Capture URL: https://www.adidas.com/us/germany-copa-mundial-firm-ground-cleats/IG6278.html
Capture timestamp (UTC): Tue, 30 Apr 2024 22:28:53 GMT

Page 1 of 5

Exhibit 2
Page 238 of 272



Men's • Soccer      ★★★★★ [1000]

# GERMANY COPA MUNDIAL FIRM GROUND CLEATS

**$200**

Promo codes will not apply to this product.

### Colors



Cloud White / Core Black / Gold Metallic

### Sizes

Sorry, sizes couldn't load. Try reloading them below.

**RELOAD SIZES**   →

🔲 Size guide

**ADD TO BAG**   →    ♡

4 interest-free payments of $50.00 with **Klarna**.
Learn More

✓ Pay over time in interest-free installments with Affirm, Klarna or Afterpay

Join adiClub to get unlimited free standard shipping, returns, & exchanges

---

**SHOW LESS** ⌃

---

Reviews (1000)      4.6 ★★★★✭ ⌄

Document title: adidas Germany Copa Mundial Firm Ground Cleats - White | Men&#39;s Soccer | adidas US
Capture URL: https://www.adidas.com/us/germany-copa-mundial-firm-ground-cleats/IG6278.html
Capture timestamp (UTC): Tue, 30 Apr 2024 22:28:53 GMT

Men's • Soccer                                    ★★★★★  1000

# GERMANY COPA MUNDIAL FIRM GROUND CLEATS

**$200**

Promo codes will not apply to this product.

**Colors**

Cloud White / Core Black / Gold Metallic

**Sizes**

Sorry, sizes couldn't load. Try reloading them below.

**RELOAD SIZES** →

⫘ Size guide

**ADD TO BAG** →    ♡

4 interest-free payments of $50.00 with **Klarna**.
Learn More

✓ Pay over time in interest-free installments with Affirm, Klarna or Afterpay

🚚 Join adiClub to get unlimited free standard shipping, returns, & exchanges

---

| Reviews (1000) | 4.6 ★★★★★ ⌄ |
| --- | --- |
| Description | ⌄ |
| Details | ⌄ |
| How to style | ⌄ |

## COMPLETE THE LOOK



$40
Tiro 24 Jersey
Performance

$55
Tiro 24 Training Jacket
Performance

$35
Tiro 24 Shorts
Performance

-5%
$35 $32
$21 FOR MEMBERS
Spain Soccer Cap
Performance

## YOU MAY ALSO LIKE



$140
$112 FOR MEMBERS
Copa Pure II Pro Firm Ground Cleats
Performance

$80
$64 FOR MEMBERS
Copa Pure 2 League FG
Performance

$80
Copa Pure II League Firm Ground Cleats
Performance

$180
Copa Icon Firm Ground Cleats
Performance

## OTHERS ALSO BOUGHT



Document title: adidas Germany Copa Mundial Firm Ground Cleats - White | Men&#39;s Soccer | adidas US
Capture URL: https://www.adidas.com/us/germany-copa-mundial-firm-ground-cleats/IG6278.html
Capture timestamp (UTC): Tue, 30 Apr 2024 22:28:53 GMT

Page 3 of 5

Exhibit 2
Page 240 of 272

Cloud White / Core Black / Gold Metallic

**Sizes**

Sorry, sizes couldn't load. Try reloading them below.

**RELOAD SIZES** →

⬚ Size guide

**ADD TO BAG** ♡

4 interest-free payments of $50.00 with **Klarna**. Learn More

✓ Pay over time in interest-free installments with Affirm, Klarna or Afterpay

✓ Join adiClub to get unlimited free standard shipping, returns, & exchanges

## OTHERS ALSO BOUGHT



$180
Copa Mundial Soccer Shoes
Performance

$180
Argentina 2024 Messi Home Authentic Jersey
Performance



$260
$208 FOR MEMBERS
Predator Elite Firm Ground
Performance

$100
Samba OG Shoes
Originals

## RECENTLY VIEWED ITEMS



$200
Italy Copa Mundial Firm Ground Cleats



$65
Essentials 3-Stripes Animal Print Relaxed Hoodie

**JOIN OUR ADICLUB & GET 15% OFF**    **SIGN UP FOR FREE** →

| PRODUCTS | SPORTS | COLLECTIONS | SUPPORT | COMPANY INFO |
|---|---|---|---|---|
| Shoes | Soccer | adicolor | Help | About Us |
| Clothing | Running | Ultraboost | Returns & Exchanges | Student Discount |
| Accessories | Basketball | NMD | Shipping | Military & Healthcare Discount |
| Gift Cards | Football | Forum | Order Tracker | adidas Stories |
| | Outdoor | Superstar | Store Locator | adidas Apps |
| New Arrivals | Golf | Running Shoes | Size Charts | adiClub |
| Best Sellers | Baseball | adilette | Gift Card Balance | Affiliates |
| Release Dates | Tennis | Stan Smith | How to Clean Shoes | |

**FOLLOW US**

Document title: adidas Germany Copa Mundial Firm Ground Cleats - White | Men&#39;s Soccer | adidas US
Capture URL: https://www.adidas.com/us/germany-copa-mundial-firm-ground-cleats/IG6278.html
Capture timestamp (UTC): Tue, 30 Apr 2024 22:28:53 GMT

Page 4 of 5

Exhibit 2
Page 241 of 272






**$180**
Copa Mundial Soccer Shoes

Performance

**$180**
Argentina 2024 Messi
Home Authentic Jersey

Performance

**$260**
$208 FOR MEMBERS
Predator Elite Firm Ground

Performance

**$100**
Samba OG Shoes

Originals

⌨ Size guide

ADD TO BAG →     ♡

4 interest-free payments of $50.00 with **Klarna**.
Learn More

✓ Pay over time in interest-free installments
with Affirm, Klarna or Afterpay

〰 Join adiClub to get unlimited free standard
shipping, returns, & exchanges

## RECENTLY VIEWED ITEMS




**$200**
Italy Copa Mundial Firm
Ground Cleats

**$65**
Essentials 3-Stripes Animal
Print Relaxed Hoodie

**JOIN OUR ADICLUB & GET 15% OFF**     SIGN UP FOR FREE →

| PRODUCTS | SPORTS | COLLECTIONS | SUPPORT | COMPANY INFO | FOLLOW US |
|---|---|---|---|---|---|
| Shoes | Soccer | adicolor | Help | About Us | |
| Clothing | Running | Ultraboost | Returns & Exchanges | Student Discount | |
| Accessories | Basketball | NMD | Shipping | Military & Healthcare Discount | |
| Gift Cards | Football | Forum | Order Tracker | adidas Stories | |
| | Outdoor | Superstar | Store Locator | adidas Apps | |
| New Arrivals | Golf | Running Shoes | Size Charts | Sustainability | |
| Best Sellers | Baseball | adilette | Gift Card Balance | adiClub | |
| Release Dates | Tennis | Stan Smith | How to Clean Shoes | Affiliates | |
| Sale | Skateboarding | adizero | Running Shoe Finder | Press | |
| | Training | Tiro | Bra Fit Guide | Careers | |
| | | Cloudfoam Pure | Sports Bra Finder | California Transparency in Supply Chains Act | |
| | | Back to School | Breathing for Running | Responsible Disclosure | |
| | | | Promotions | Transparency in Coverage | |
| | | | | Country Selector | |

Your Privacy Choices ✔✗     Privacy Policy     Terms and Conditions

© 2024 adidas America, Inc.

Document title: adidas Germany Copa Mundial Firm Ground Cleats - White | Men&#39;s Soccer | adidas US
Capture URL: https://www.adidas.com/us/germany-copa-mundial-firm-ground-cleats/IG6278.html
Capture timestamp (UTC): Tue, 30 Apr 2024 22:28:53 GMT

Page 5 of 5

Exhibit 2
Page 242 of 272



Document title: adidas Spain Copa Mundial Firm Ground Cleats - Blue | Men&#39;s Soccer | adidas US
Capture URL: https://www.adidas.com/us/spain-copa-mundial-firm-ground-cleats/IG6281.html
Capture timestamp (UTC): Tue, 30 Apr 2024 22:29:25 GMT

Page 1 of 5

Exhibit 2
Page 243 of 272



Men's • Soccer                    ★★★★★ 1000

# SPAIN COPA MUNDIAL FIRM GROUND CLEATS

**$200**

Promo codes will not apply to this product.

**Colors**

Night Indigo / Bold Gold / Bold Red

**Sizes**

Sorry, sizes couldn't load. Try reloading them below.

**RELOAD SIZES** →

Size guide

**ADD TO BAG** →    ♡

4 interest-free payments of $50.00 with **Klarna**.
Learn More

✓ Pay over time in interest-free installments with Affirm, Klarna or Afterpay

⟲ Join adiClub to get unlimited free standard shipping, returns, & exchanges

---

Reviews (1000)                    4.6 ★★★★½  ⌄

Document title: adidas Spain Copa Mundial Firm Ground Cleats - Blue | Men&#39;s Soccer | adidas US
Capture URL: https://www.adidas.com/us/spain-copa-mundial-firm-ground-cleats/IG6281.html
Capture timestamp (UTC): Tue, 30 Apr 2024 22:29:25 GMT

Page 2 of 5

Exhibit 2
Page 244 of 272

Reviews (1000)                                    4.6 ★★★★½    ⌄

Description                                                     ⌄

Details                                                        ⌄

How to style                                                   ⌄

## COMPLETE THE LOOK



$150
Germany 2024 Away
Authentic Jersey
Performance

$150
Tiro 24 Winter Jacket
Performance

$35
Tiro 24 Shorts
Performance

$35
Germany Soccer Cap
Performance

## YOU MAY ALSO LIKE



$230
Copa Pure II Elite Firm
Ground Cleats
Performance

$140
Copa Pure II Pro Firm
Ground Cleats
Performance

$140
$112 FOR MEMBERS
Copa Pure II Pro Firm
Ground Cleats
Performance

$80
$64 FOR MEMBERS
Copa Pure 2 League F
Performance

Men's • Soccer                          ★★★★★  1000

# SPAIN COPA MUNDIAL FIRM GROUND CLEATS

**$200**

Promo codes will not apply to this product.

**Colors**



Night Indigo / Bold Gold / Bold Red

**Sizes**

Sorry, sizes couldn't load. Try reloading them
below.

**RELOAD SIZES**                                 →

 Size guide

**ADD TO BAG**                                   ♡

4 interest-free payments of $50.00 with **Klarna**.
Learn More

✓ Pay over time in interest-free installments
  with Affirm, Klarna or Afterpay
🔄 Join adiClub to get unlimited free standard
   shipping, returns, & exchanges

Document title: adidas Spain Copa Mundial Firm Ground Cleats - Blue | Men&#39;s Soccer | adidas US
Capture URL: https://www.adidas.com/us/spain-copa-mundial-firm-ground-cleats/IG6281.html
Capture timestamp (UTC): Tue, 30 Apr 2024 22:29:25 GMT

Page 3 of 5

Exhibit 2
Page 245 of 272

Performance       Performance        Performance

## OTHERS ALSO BOUGHT



$180

Copa Mundial Soccer Shoes

Performance



$260
$208 FOR MEMBERS

Predator Elite Firm Ground

Performance



$180

Copa Icon Firm Ground
Soccer Cleats

Performance



$180

Argentina 2024 Messi
Home Authentic Jerse

Performance

## RECENTLY VIEWED ITEMS



$200

Italy Copa Mundial Firm
Ground Cleats



$65

Essentials 3-Stripes Animal
Print Relaxed Hoodie

Night Indigo / Bold Gold / Bold Red

### Sizes

Sorry, sizes couldn't load. Try reloading them below.

**RELOAD SIZES**  →

Size guide

**ADD TO BAG**  →    ♡

4 interest-free payments of $50.00 with **Klarna**. Learn More

✓  Pay over time in interest-free installments with Affirm, Klarna or Afterpay

🚚  Join adiClub to get unlimited free standard shipping, returns, & exchanges

**JOIN OUR ADICLUB & GET 15% OFF**    **SIGN UP FOR FREE**  →

| PRODUCTS | SPORTS | COLLECTIONS | SUPPORT | COMPANY INFO | FOLLOW US |
|---|---|---|---|---|---|
| Shoes | Soccer | adicolor | Help | About Us | |
| Clothing | Running | Ultraboost | Returns & Exchanges | Student Discount | |
| Accessories | Basketball | NMD | Shipping | Military & Healthcare Discount | |
| Gift Cards | Football | Forum | Order Tracker | adidas Stories | |
| | Outdoor | Superstar | Store Locator | adidas Apps | |
| New Arrivals | Golf | Running Shoes | Size Charts | Sustainability | |
| Best Sellers | Baseball | adilette | Gift Card Balance | adiClub | |
| Release Dates | | | | | |

Document title: adidas Spain Copa Mundial Firm Ground Cleats - Blue | Men&#39;s Soccer | adidas US
Capture URL: https://www.adidas.com/us/spain-copa-mundial-firm-ground-cleats/IG6281.html
Capture timestamp (UTC): Tue, 30 Apr 2024 22:29:25 GMT

Page 4 of 5

Exhibit 2
Page 246 of 272


$180
Copa Mundial Soccer Shoes
Performance


$260
$208 FOR MEMBERS
Predator Elite Firm Ground
Performance


$180
Copa Icon Firm Ground
Soccer Cleats
Performance


$180
Argentina 2024 Messi
Home Authentic Jerse
Performance



ADD TO BAG →

♡

4 interest-free payments of $50.00 with **Klarna**.
Learn More

✓ Pay over time in interest-free installments
with Affirm, Klarna or Afterpay

🚚 Join adiClub to get unlimited free standard
shipping, returns, & exchanges

## RECENTLY VIEWED ITEMS


$200
Italy Copa Mundial Firm
Ground Cleats


$65
Essentials 3-Stripes Animal
Print Relaxed Hoodie



**JOIN OUR ADICLUB & GET 15% OFF**    SIGN UP FOR FREE →

| PRODUCTS | SPORTS | COLLECTIONS | SUPPORT | COMPANY INFO | FOLLOW US |
|---|---|---|---|---|---|
| Shoes | Soccer | adicolor | Help | About Us | |
| Clothing | Running | Ultraboost | Returns & Exchanges | Student Discount | |
| Accessories | Basketball | NMD | Shipping | Military & Healthcare Discount | |
| Gift Cards | Football | Forum | Order Tracker | adidas Stories | |
| | Outdoor | Superstar | Store Locator | adidas Apps | |
| New Arrivals | Golf | Running Shoes | Size Charts | adiClub | |
| Best Sellers | Tennis | Stan Smith | Gift Card Balance | Affiliates | |
| Release Dates | Baseball | adilette | How to Clean Shoes | Press | |
| Sale | Skateboarding | adizero | Running Shoe Finder | Careers | |
| | Training | Tiro | Bra Fit Guide | California Transparency in Supply Chains Act | |
| | | Cloudfoam Pure | Sports Bra Finder | Responsible Disclosure | |
| | | Back to School | Breathing for Running | Transparency in Coverage | |
| | | | Promotions | Country Selector | |

Your Privacy Choices ✔✕    |    Privacy Policy    |    Terms and Conditions

© 2024 adidas America, Inc.

Document title: adidas Spain Copa Mundial Firm Ground Cleats - Blue | Men&#39;s Soccer | adidas US
Capture URL: https://www.adidas.com/us/spain-copa-mundial-firm-ground-cleats/IG6281.html
Capture timestamp (UTC): Tue, 30 Apr 2024 22:29:25 GMT
Page 5 of 5

Exhibit 2
Page 247 of 272



FREE STANDARD SHIPPING WITH ADICLUB

Men's • Originals ★★★★★ 16

# GAZELLE INDOOR SHOES

**$120**

Promo codes will not apply to this product.

**Colors**

Preloved Ink Mel / Wonder Clay / Sand Strata

**Sizes**

Sorry, sizes couldn't load. Try reloading them below.

RELOAD SIZES

Size guide

ADD TO BAG

4 interest-free payments of $30.00 with **Klarna**.
Learn More

- Pay over time in interest-free installments with Affirm, Klarna or Afterpay
- Join adiClub to get unlimited free standard shipping, returns, & exchanges

Document title: adidas Gazelle Indoor Shoes - Multi | Men's Lifestyle | adidas US
Capture URL: https://www.adidas.com/us/gazelle-indoor-shoes/IG1640.html
Capture timestamp (UTC): Tue, 30 Apr 2024 22:31:26 GMT



Men's • Originals                               ★★★★★  16

# GAZELLE INDOOR SHOES

**$120**

Promo codes will not apply to this product.

**Colors**

Preloved Ink Mel / Wonder Clay / Sand Strata

**Sizes**

Sorry, sizes couldn't load. Try reloading them below.

**RELOAD SIZES**  →

🗖 Size guide

**ADD TO BAG**  →         ♡

4 interest-free payments of $30.00 with **Klarna**.
Learn More

✓  Pay over time in interest-free installments
   with Affirm, Klarna or Afterpay
   Join adiClub to get unlimited free standard
   shipping, returns, & exchanges

---

| Reviews (16) | 4.7 ★★★★★ | ∨ |

| Description | ∨ |

| Details | ∨ |

| How to style | ∨ |

# COMPLETE THE LOOK

Document title: adidas Gazelle Indoor Shoes - Multi | Men&#39;s Lifestyle | adidas US
Capture URL: https://www.adidas.com/us/gazelle-indoor-shoes/IG1640.html
Capture timestamp (UTC): Tue, 30 Apr 2024 22:31:26 GMT

## COMPLETE THE LOOK



$40
Camo Trefoil Tee
Originals

$75
Classic Mono Graphic
Hoodie
Originals

$85
Adicolor Classics Adibreak
Pants
Originals

-50%
$28 $14
Beacon Cap
Originals

## YOU MAY ALSO LIKE



$120
Gazelle Indoor Shoes
Originals

$100
SL 72 RS Shoes
Originals

$150
Gazelle Indoor Shoes
Originals

$100
Gazelle Shoes
Originals

## OTHERS ALSO BOUGHT



$120
Samba OG Shoes
Originals

$100
Samba OG Shoes
Originals

$120
Gazelle Indoor Shoes
Originals

$120
Gazelle Indoor Shoes
Originals

Men's • Originals                    ★★★★★  16

# GAZELLE INDOOR SHOES

$120

Promo codes will not apply to this product.

**Colors**



Preloved Ink Mel / Wonder Clay / Sand Strata

**Sizes**

Sorry, sizes couldn't load. Try reloading them below.

**RELOAD SIZES** →

⌨ Size guide

**ADD TO BAG** →   ♡

4 interest-free payments of $30.00 with **Klarna**.
Learn More

✓ Pay over time in interest-free installments
   with Affirm, Klarna or Afterpay
👜 Join adiClub to get unlimited free standard
   shipping, returns, & exchanges

Document title: adidas Gazelle Indoor Shoes - Multi | Men&#39;s Lifestyle | adidas US
Capture URL: https://www.adidas.com/us/gazelle-indoor-shoes/IG1640.html
Capture timestamp (UTC): Tue, 30 Apr 2024 22:31:26 GMT

Page 3 of 4

Exhibit 2
Page 250 of 272





$120
**Samba OG Shoes**
Originals

$100
**Samba OG Shoes**
Originals

$120
**Gazelle Indoor Shoes**
Originals

$120
**Gazelle Indoor Shoes**
Originals

RELOAD SIZES →

Size guide

ADD TO BAG →

4 interest-free payments of $30.00 with Klarna.
Learn More

✓ Pay over time in interest-free installments
with Affirm, Klarna or Afterpay

Join adiClub to get unlimited free standard
shipping, returns, & exchanges

## RECENTLY VIEWED ITEMS







$200
**Italy Copa Mundial Firm Ground Cleats**

$65
**Essentials 3-Stripes Animal Print Relaxed Hoodie**



**JOIN OUR ADICLUB & GET 15% OFF**    SIGN UP FOR FREE →

| PRODUCTS | SPORTS | COLLECTIONS | SUPPORT | COMPANY INFO | FOLLOW US |
|---|---|---|---|---|---|
| Shoes | Soccer | adicolor | Help | About Us | |
| Clothing | Running | Ultraboost | Returns & Exchanges | Student Discount | |
| Accessories | Basketball | NMD | Shipping | Military & Healthcare Discount | |
| Gift Cards | Football | Forum | Order Tracker | adidas Stories | |
| | Golf | Superstar | Store Locator | adidas Apps | |
| New Arrivals | Outdoor | Running Shoes | Size Charts | adiClub | |
| Best Sellers | Baseball | adilette | Gift Card Balance | Affiliates | |
| Release Dates | Tennis | Stan Smith | How to Clean Shoes | Press | |
| Sale | Skateboarding | adizero | Running Shoe Finder | Careers | |
| | Training | Tiro | Bra Fit Guide | California Transparency in Supply Chains Act | |
| | | Cloudfoam Pure | Sports Bra Finder | Responsible Disclosure | |
| | | Back to School | Breathing for Running | Transparency in Coverage | |
| | | | Promotions | Country Selector | |

Your Privacy Choices ✓✕    Privacy Policy    Terms and Conditions

© 2024 adidas America, Inc.

Document title: adidas Gazelle Indoor Shoes - Multi | Men&#39;s Lifestyle | adidas US
Capture URL: https://www.adidas.com/us/gazelle-indoor-shoes/IG1640.html
Capture timestamp (UTC): Tue, 30 Apr 2024 22:31:26 GMT

Page 4 of 4

Exhibit 2
Page 251 of 272



Document title: adidas Gazelle Indoor Shoes - Orange | Men&#39;s Lifestyle | adidas US
Capture URL: https://www.adidas.com/us/gazelle-indoor-shoes/IG1636.html
Capture timestamp (UTC): Tue, 30 Apr 2024 22:32:43 GMT

Page 1 of 4

Exhibit 2
Page 252 of 272



Men's • Originals                              ★ ★ ★ ★ ★  17

# GAZELLE INDOOR SHOES

**$120**

Promo codes will not apply to this product.

## Colors

Glow Orange / Shadow Violet / Off White

## Sizes

Sorry, sizes couldn't load. Try reloading them below.

**RELOAD SIZES** →

⌨ Size guide

**ADD TO BAG** →         ♡

4 interest-free payments of $30.00 with **Klarna**.
Learn More

✓ Pay over time in interest-free installments with Affirm, Klarna or Afterpay

🚚 Join adiClub to get unlimited free standard shipping, returns, & exchanges

---

| Reviews (17) | | 4.7 ★★★★★ | ⌄ |

| Description | ⌄ |

| Details | ⌄ |

| How to style | ⌄ |

# COMPLETE THE LOOK

Document title: adidas Gazelle Indoor Shoes - Orange | Men&#39;s Lifestyle | adidas US
Capture URL: https://www.adidas.com/us/gazelle-indoor-shoes/IG1636.html
Capture timestamp (UTC): Tue, 30 Apr 2024 22:32:43 GMT

Page 2 of 4

Exhibit 2
Page 253 of 272

## COMPLETE THE LOOK





$40

Camo Trefoil Tee

Originals

$250

Blue Version SST Track Jacket

Originals

$55

Fashion Sprinter Shorts

Originals

-25%
$16 $12
$8 FOR MEMBERS

Camo Ankle Socks 2 P

Originals

Men's • Originals                    ★★★★★ 17

# GAZELLE INDOOR SHOES

$120

Promo codes will not apply to this product.

**Colors**

Glow Orange / Shadow Violet / Off White

**Sizes**

Sorry, sizes couldn't load. Try reloading them below.

**RELOAD SIZES** →

⌨ Size guide

**ADD TO BAG** →    ♡

4 interest-free payments of $30.00 with **Klarna**.
Learn More

✓ Pay over time in interest-free installments with Affirm, Klarna or Afterpay

🚚 Join adiClub to get unlimited free standard shipping, returns, & exchanges

## YOU MAY ALSO LIKE



$120

GAZELLE INDOOR

Originals

$100

Gazelle Shoes

Originals

$120

Gazelle Indoor Shoes

Originals

$100

Gazelle Shoes

Originals

## OTHERS ALSO BOUGHT



$120

Gazelle Indoor Shoes

Originals

$100

Samba OG Shoes

Originals

$120

Samba OG Shoes

Originals

$120

Gazelle Indoor Shoes

Originals

Document title: adidas Gazelle Indoor Shoes - Orange | Men&#39;s Lifestyle | adidas US
Capture URL: https://www.adidas.com/us/gazelle-indoor-shoes/IG1636.html
Capture timestamp (UTC): Tue, 30 Apr 2024 22:32:43 GMT

Page 3 of 4

Exhibit 2
Page 254 of 272




**$120**
Gazelle Indoor Shoes
Originals

**$100**
Samba OG Shoes
Originals

**$120**
Samba OG Shoes
Originals

**$120**
Gazelle Indoor Shoes
Originals

RELOAD SIZES →

🥿 Size guide

ADD TO BAG →      ♡

4 interest-free payments of $30.00 with **Klarna**.
Learn More

✓ Pay over time in interest-free installments with Affirm, Klarna or Afterpay
🏷 Join adiClub to get unlimited free standard shipping, returns, & exchanges

## RECENTLY VIEWED ITEMS





**$200**
Italy Copa Mundial Firm Ground Cleats

**$65**
Essentials 3-Stripes Animal Print Relaxed Hoodie



**JOIN OUR ADICLUB & GET 15% OFF**      SIGN UP FOR FREE →

| PRODUCTS | SPORTS | COLLECTIONS | SUPPORT | COMPANY INFO | FOLLOW US |
|---|---|---|---|---|---|
| Shoes | Soccer | adicolor | Help | About Us | |
| Clothing | Running | Ultraboost | Returns & Exchanges | Student Discount | |
| Accessories | Basketball | NMD | Shipping | Military & Healthcare Discount | |
| Gift Cards | Football | Forum | Order Tracker | adidas Stories | |
| | Outdoor | Superstar | Store Locator | adidas Apps | |
| New Arrivals | Golf | Running Shoes | Size Charts | adiClub | |
| Best Sellers | Baseball | Stan Smith | Gift Card Balance | Affiliates | |
| Release Dates | Tennis | adilette | How to Clean Shoes | Press | |
| Sale | Skateboarding | adizero | Running Shoe Finder | Careers | |
| | Training | Tiro | Bra Fit Guide | California Transparency in Supply Chains Act | |
| | | Cloudfoam Pure | Sports Bra Finder | Responsible Disclosure | |
| | | Back to School | Breathing for Running | Transparency in Coverage | |
| | | | Promotions | Country Selector | |

Your Privacy Choices ✓✗     Privacy Policy     Terms and Conditions

© 2024 adidas America, Inc.

Document title: adidas Gazelle Indoor Shoes - Orange | Men&#39;s Lifestyle | adidas US
Capture URL: https://www.adidas.com/us/gazelle-indoor-shoes/IG1636.html
Capture timestamp (UTC): Tue, 30 Apr 2024 22:32:43 GMT



Document title: adidas NMD_R1 Shoes - Grey | Men&#39;s Lifestyle | adidas US
Capture URL: https://www.adidas.com/us/nmd_r1-shoes/FZ5708.html
Capture timestamp (UTC): Tue, 30 Apr 2024 22:33:53 GMT

Page 1 of 4

Exhibit 2
Page 256 of 272



Men's • Originals

# NMD_R1 SHOES

~~$160~~ **$96**

**$32 for members**

Log in

or

sign up

for free to unlock

**Members Save Up To 40%**

AdiClub Members receive up to 40% off. Members must be signed-in to their account at the time of purchase for member discount to apply.

Shop Eligible Products

### Colors



Grey Four / Better Scarlet / Core Black

**Catch it next time**

Unfortunately this item is sold out. Be the first to hear about future releases by signing up to our newsletter.

SIGN UP →

FIND ALTERNATIVES →

## YOU MAY ALSO LIKE



$160
NMD_R1 Shoes
Originals

$120
Gazelle Indoor Shoes
Originals

$130
NMD_R1 Shoes
Originals

$120
Gazelle Indoor Shoes
Originals

Document title: adidas NMD_R1 Shoes - Grey | Men&#39;s Lifestyle | adidas US
Capture URL: https://www.adidas.com/us/nmd_r1-shoes/FZ5708.html
Capture timestamp (UTC): Tue, 30 Apr 2024 22:33:53 GMT

Page 2 of 4

Exhibit 2
Page 257 of 272



$130
NMD_R1 Shoes
Originals

$65
Essentials 3-Stripes
Animal Print Relaxed
Hoodie
Sportswear

$130
NMD_R1 Shoes
Originals

$90
Swift Run 1.0 Shoes
Sportswear

Men's • Originals

# NMD_R1 SHOES

~~$160~~ **$96**

**$32 for members**

Log in

or

sign up

for free to unlock

**Members Save Up To 40%**

AdiClub Members receive up to 40% off. Members must be signed-in to their account at the time of purchase for member discount to apply.

Shop Eligible Products

## OTHERS ALSO BOUGHT



-20%
~~$90~~ $72
$50 FOR MEMBERS
Swift Run 1.0 Shoes
Sportswear

-10%
~~$130~~ $117
$78 FOR MEMBERS
NMD_R1 Shoes
Originals

-20%
~~$70~~ $56
$39 FOR MEMBERS
Lite Racer Adapt 4.0 Slip-On Shoes
Essentials

-10%
~~$140~~ $126
$91 FOR MEMBERS
NMD_G1 Shoes
Originals

**Colors**



Grey Four / Better Scarlet / Core Black

**Catch it next time**

Unfortunately this item is sold out. Be the first to hear about future releases by signing up to our newsletter.



SIGN UP →

FIND ALTERNATIVES →

| Highlights | ⌄ |
|---|---|

| Description | ⌄ |
|---|---|

| Details | ⌄ |
|---|---|

## RECENTLY VIEWED ITEMS



Document title: adidas NMD_R1 Shoes - Grey | Men&#39;s Lifestyle | adidas US
Capture URL: https://www.adidas.com/us/nmd_r1-shoes/FZ5708.html
Capture timestamp (UTC): Tue, 30 Apr 2024 22:33:53 GMT

Page 3 of 4

Exhibit 2
Page 258 of 272



Grey Four / Better Scarlet / Core Black

Description    ⌄

Details    ⌄

**Catch it next time**

Unfortunately this item is sold out. Be the first to hear about future releases by signing up to our newsletter.

SIGN UP    →

FIND ALTERNATIVES    →

## RECENTLY VIEWED ITEMS



$200

Italy Copa Mundial Firm Ground Cleats



$65

Essentials 3-Stripes Animal Print Relaxed Hoodie



JOIN OUR ADICLUB & GET 15% OFF    SIGN UP FOR FREE    →

| PRODUCTS | SPORTS | COLLECTIONS | SUPPORT | COMPANY INFO | FOLLOW US |
|---|---|---|---|---|---|
| Shoes | Soccer | adicolor | Help | About Us | |
| Clothing | Running | Ultraboost | Returns & Exchanges | Student Discount | |
| Accessories | Basketball | Forum | Shipping | Military & Healthcare Discount | |
| Gift Cards | Football | NMD | Order Tracker | adidas Stories | |
| | Outdoor | Superstar | Store Locator | adidas Apps | |
| New Arrivals | Golf | Running Shoes | Size Charts | adiClub | |
| Best Sellers | Baseball | Stan Smith | Gift Card Balance | Affiliates | |
| Release Dates | Tennis | adilette | How to Clean Shoes | Press | |
| Sale | Skateboarding | adizero | Running Shoe Finder | Careers | |
| | Training | Tiro | Bra Fit Guide | California Transparency in Supply Chains Act | |
| | | Cloudfoam Pure | Sports Bra Finder | Responsible Disclosure | |
| | | Back to School | Breathing for Running | Transparency in Coverage | |
| | | | Promotions | Country Selector | |

Your Privacy Choices ✓✗    |    Privacy Policy    |    Terms and Conditions

© 2024 adidas America, Inc.

Document title: adidas NMD_R1 Shoes - Grey | Men&#39;s Lifestyle | adidas US
Capture URL: https://www.adidas.com/us/nmd_r1-shoes/FZ5708.html
Capture timestamp (UTC): Tue, 30 Apr 2024 22:33:53 GMT



Document title: adidas VL Court 3.0 Shoes - White | Men&#39;s Lifestyle | adidas US
Capture URL: https://www.adidas.com/us/vl-court-3.0-shoes/IF4466.html
Capture timestamp (UTC): Tue, 30 Apr 2024 22:35:07 GMT

Page 1 of 4

Exhibit 2
Page 260 of 272



SHOW LESS

Reviews (113) 4.6 ★★★★★

Description

Details

How to style

## COMPLETE THE LOOK

ACCESS • EARLY ACCESS • EARLY ACCESS • EARLY A

Men's • Sportswear ★★★★★ 113

# VL COURT 3.0 SHOES

$75

Colors

Cloud White / Green / Red

## UNLOCK EARLY ACCESS

Now available for adiClub members only. Join the club for free and unlock the best of adidas.

Sizes

Sorry, sizes couldn't load. Try reloading them below.

RELOAD SIZES →

Size guide

SIGN UP FOR FREE →

Already an adiClub member?
LOG IN

## COMPLETE THE LOOK







$30
**$23 FOR MEMBERS**

4.0 Stretch Logo Short-Sleeve Tee

Originals

$75
**$57 FOR MEMBERS**

Shmoofoil Featherweight Hoodie

Originals

$90
**$68 FOR MEMBERS**

Shmoofoil Painter Pants (Gender Neutral)

Originals

$35

Adicolor Classic Roun

Originals

## YOU MAY ALSO LIKE



$75

VL Court 3.0 Shoes

Sportswear

$65
**$46 FOR MEMBERS**

Daily 3.0 Shoes

Sportswear

-5%
$65 $59
**$39 FOR MEMBERS**

Daily 3.0 Shoes

Sportswear

$75

VL Court 3.0 Shoes

Sportswear

## OTHERS ALSO BOUGHT



-10%
$130 $117
**$78 FOR MEMBERS**

Dropset 2 Training Shoes

Performance

$190
**$133 FOR MEMBERS**

Ultraboost 1.0 Shoes

Sportswear

$150

Gazelle Indoor Shoes

Originals

$120

Koln 24 Shoes

Originals

CESS • EARLY ACCESS • EARLY ACCESS • EARLY ACC



Men's • Sportswear ★★★★★ 113

# VL COURT 3.0 SHOES

$75

**Colors**



Cloud White / Green / Red

## *UNLOCK EARLY ACCESS*

Now available for adiClub members only. Join the club for free and unlock the best of adidas.

**Sizes**

Sorry, sizes couldn't load. Try reloading them below.

**RELOAD SIZES** →

Size guide

**SIGN UP FOR FREE** →

Already an adiClub member?

**LOG IN**

Document title: adidas VL Court 3.0 Shoes - White | Men&#39;s Lifestyle | adidas US
Capture URL: https://www.adidas.com/us/vl-court-3.0-shoes/IF4466.html
Capture timestamp (UTC): Tue, 30 Apr 2024 22:35:07 GMT

Page 3 of 4

Exhibit 2
Page 262 of 272



**-10%**
~~$130~~ $117
$78 FOR MEMBERS

Dropset 2 Training Shoes
Performance

$190
$133 FOR MEMBERS

Ultraboost 1.0 Shoes
Sportswear

$150

Gazelle Indoor Shoes
Originals

$120

Koln 24 Shoes
Originals



**RELOAD SIZES** →

Size guide

**SIGN UP FOR FREE** →

Already an adiClub member?
**LOG IN**

## RECENTLY VIEWED ITEMS



$200

Italy Copa Mundial Firm
Ground Cleats



$65

Essentials 3-Stripes Animal
Print Relaxed Hoodie



**JOIN OUR ADICLUB & GET 15% OFF**    **SIGN UP FOR FREE** →

### PRODUCTS
Shoes
Clothing
Accessories
Gift Cards

New Arrivals
Best Sellers
Release Dates
Sale

### SPORTS
Soccer
Running
Basketball
Football
Outdoor
Golf
Baseball
Tennis
Skateboarding
Training

### COLLECTIONS
adicolor
Ultraboost
NMD
Forum
Superstar
Running Shoes
adilette
Stan Smith
adizero
Tiro
Cloudfoam Pure
Back to School

### SUPPORT
Help
Returns & Exchanges
Shipping
Order Tracker
Store Locator
Size Charts
Gift Card Balance
How to Clean Shoes
Running Shoe Finder
Bra Fit Guide
Sports Bra Finder
Breathing for Running
Promotions

### COMPANY INFO
About Us
Student Discount
Military & Healthcare Discount
adidas Stories
adidas Apps
Sustainability
adiClub
Affiliates
Press
Careers
California Transparency in Supply Chains Act
Responsible Disclosure
Transparency in Coverage
Country Selector

### FOLLOW US

Your Privacy Choices ✓✗    Privacy Policy    Terms and Conditions

© 2024 adidas America, Inc.

Document title: adidas VL Court 3.0 Shoes - White | Men&#39;s Lifestyle | adidas US
Capture URL: https://www.adidas.com/us/vl-court-3.0-shoes/IF4466.html
Capture timestamp (UTC): Tue, 30 Apr 2024 22:35:07 GMT

Exhibit 2
Page 263 of 272



FREE STANDARD SHIPPING WITH ADICLUB

help orders and returns join adiClub

MEN WOMEN KIDS SALE 3 STRIPE LIFE

Search

ACCESS • EARLY ACCESS • EARLY ACCESS • EARLY

Back Home / Men / Shoes

SHOW MORE

Men's • Sportswear ★★★★★ 113

# VL COURT 3.0 SHOES

$75

**Colors**

Cloud White / Team Navy Blue 2 / Better Scarlet

## *UNLOCK EARLY ACCESS*

Now available for adiClub members only. Join the club for free and unlock the best of adidas.

**Sizes**

Sorry, sizes couldn't load. Try reloading them below.

RELOAD SIZES

Size guide

SIGN UP FOR FREE

Already an adiClub member?
**LOG IN**

**Reviews (113)** 4.6 ★★★★★

**Description**

**Details**

**How to style**

Document title: adidas VL Court 3.0 Shoes - White | Men's Lifestyle | adidas US
Capture URL: https://www.adidas.com/us/vl-court-3.0-shoes/IF4465.html
Capture timestamp (UTC): Tue, 30 Apr 2024 22:36:04 GMT

How to style ⌄

## COMPLETE THE LOOK



$30
$23 FOR MEMBERS
4.0 Arched Logo Short-Sleeve Tee
Originals

$70
$53 FOR MEMBERS
4.0 Stretch Logo Hoodie
Originals

$75
$57 FOR MEMBERS
Pintuck Pants (Gender Neutral)
Originals

$35
Adicolor Classic Roun
Originals

## YOU MAY ALSO LIKE



$75
VL Court 3.0 Shoes
Sportswear

$75
VL Court 3.0 Shoes
Sportswear

-10%
$100 $90
$60 FOR MEMBERS
UBounce DNA Shoes
Sportswear

$160
$112 FOR MEMBERS
X_PLRBOOST Shoes
Sportswear

## OTHERS ALSO BOUGHT



-10%
$130 $117
$78 FOR MEMBERS
Dropset 2 Training Shoes
Performance

$160
$112 FOR MEMBERS
TERREX Swift R3 GORE-TEX Hiking Shoes
TERREX

$150
Samba MN Shoes
Originals

$140
$112 FOR MEMBERS
TRAE YOUNG 3 BASKETBALL SHOES
Performance



CCESS • EARLY ACCESS • EARLY ACCESS • EARLY ACC

Men's • Sportswear    ★★★★★ 113

# VL COURT 3.0 SHOES

$75

### Colors

Cloud White / Team Navy Blue 2 / Better Scarlet

## *UNLOCK EARLY ACCESS*

Now available for adiClub members only. Join the club for free and unlock the best of adidas.

### Sizes

Sorry, sizes couldn't load. Try reloading them below.

**RELOAD SIZES** →

Size guide

**SIGN UP FOR FREE** →

Already an adiClub member?
**LOG IN**

Document title: adidas VL Court 3.0 Shoes - White | Men&#39;s Lifestyle | adidas US
Capture URL: https://www.adidas.com/us/vl-court-3.0-shoes/IF4465.html
Capture timestamp (UTC): Tue, 30 Apr 2024 22:36:04 GMT



**-10%**
~~$130~~ $117
$78 FOR MEMBERS

Dropset 2 Training Shoes
Performance

$160
$112 FOR MEMBERS

TERREX Swift R3 GORE-TEX
Hiking Shoes
TERREX

$150

Samba MN Shoes
Originals

$140
$112 FOR MEMBERS

TRAE YOUNG 3
BASKETBALL SHOES
Performance

below.

**RELOAD SIZES** →

Size guide

**SIGN UP FOR FREE** →

Already an adiClub member?
**LOG IN**

## RECENTLY VIEWED ITEMS



$200

Italy Copa Mundial Firm
Ground Cleats

$65

Essentials 3-Stripes Animal
Print Relaxed Hoodie



**JOIN OUR ADICLUB & GET 15% OFF**     **SIGN UP FOR FREE** →

| PRODUCTS | SPORTS | COLLECTIONS | SUPPORT | COMPANY INFO | FOLLOW US |
|---|---|---|---|---|---|
| Shoes | Soccer | adicolor | Help | About Us | |
| Clothing | Running | Ultraboost | Returns & Exchanges | Student Discount | |
| Accessories | Basketball | NMD | Shipping | Military & Healthcare Discount | |
| Gift Cards | Football | Forum | Order Tracker | adidas Stories | |
| | Outdoor | Superstar | Store Locator | adidas Apps | |
| New Arrivals | Golf | Running Shoes | Size Charts | adiClub | |
| Best Sellers | Baseball | adilette | Gift Card Balance | Affiliates | |
| Release Dates | Tennis | Stan Smith | How to Clean Shoes | Press | |
| Sale | Skateboarding | adizero | Running Shoe Finder | Careers | |
| | Training | Tiro | Bra Fit Guide | California Transparency in Supply Chains Act | |
| | | Cloudfoam Pure | Sports Bra Finder | Responsible Disclosure | |
| | | Back to School | Breathing for Running | Transparency in Coverage | |
| | | | Promotions | Country Selector | |

Your Privacy Choices ✔✗    Privacy Policy    Terms and Conditions

© 2024 adidas America, Inc.

Document title: adidas VL Court 3.0 Shoes - White | Men&#39;s Lifestyle | adidas US
Capture URL: https://www.adidas.com/us/vl-court-3.0-shoes/IF4465.html
Capture timestamp (UTC): Tue, 30 Apr 2024 22:36:04 GMT

Page 3 of 3

Exhibit 2
Page 266 of 272



MEMBERS SAVE UP TO 40% NOW

CCESS • EARLY ACCESS • EARLY ACCESS • EARLY AC

SHOW MORE

Men's • Sportswear ★★★★★ 113

# VL COURT 3.0 SHOES

**$75**

**Colors**

Light Blue / Cloud White / Core Black

## *UNLOCK EARLY ACCESS*

Now available for adiClub members only. Join the club for free and unlock the best of adidas.

**Sizes**

Sorry, sizes couldn't load. Try reloading them below.

RELOAD SIZES

Size guide

SIGN UP FOR FREE

Already an adiClub member?

**LOG IN**

**Reviews (113)** 4.6 ★★★★★

**Description**

**Details**

**How to style**

Document title: adidas VL Court 3.0 Shoes - Blue | Men's Lifestyle | adidas US
Capture URL: https://www.adidas.com/us/vl-court-3.0-shoes/IF4462.html
Capture timestamp (UTC): Tue, 30 Apr 2024 22:36:51 GMT

How to style ⌄

## COMPLETE THE LOOK



$30
$23 FOR MEMBERS

4.0 Stretch Logo Short-Sleeve Tee
Originals

$65
$49 FOR MEMBERS

4.0 Stretch Deluxe Crewneck Sweater
Originals

$75
$57 FOR MEMBERS

Pintuck Pants (Gender Neutral)
Originals

$18

Roller No Show Socks Pairs
Originals

## YOU MAY ALSO LIKE



$65
$46 FOR MEMBERS

Daily 3.0 Shoes
Sportswear

-5%
$65 $59
$39 FOR MEMBERS

Daily 3.0 Shoes
Sportswear

$75

VL Court 3.0 Shoes
Sportswear

-10%
$70 $63
$42 FOR MEMBERS

Grand Court 2.0 Shoe
Sportswear

## OTHERS ALSO BOUGHT



$150

Samba MN Shoes
Originals

$150

Gazelle Indoor Shoes
Originals

$75
$57 FOR MEMBERS

Busenitz Vulc II Shoes
Originals

-10%
$130 $117
$78 FOR MEMBERS

Dropset 2 Training Sh
Performance





ESS • EARLY ACCESS • EARLY ACCESS • EARLY ACCE

Men's • Sportswear ★★★★★ 113

# VL COURT 3.0 SHOES

$75

Colors

Light Blue / Cloud White / Core Black

## UNLOCK EARLY ACCESS

Now available for adiClub members only. Join the club for free and unlock the best of adidas.

Sizes

Sorry, sizes couldn't load. Try reloading them below.

RELOAD SIZES →

⌁ Size guide

SIGN UP FOR FREE →

Already an adiClub member?
LOG IN

Document title: adidas VL Court 3.0 Shoes - Blue | Men&#39;s Lifestyle | adidas US
Capture URL: https://www.adidas.com/us/vl-court-3.0-shoes/IF4462.html
Capture timestamp (UTC): Tue, 30 Apr 2024 22:36:51 GMT



**$150**
Samba MN Shoes
Originals

**$150**
Gazelle Indoor Shoes
Originals

**$75**
$57 FOR MEMBERS
Busenitz Vulc II Shoes
Originals

**-10%**
$130 $117
$78 FOR MEMBERS
Dropset 2 Training Sh
Performance



below.

**RELOAD SIZES** →

Size guide

**SIGN UP FOR FREE** →

Already an adiClub member?
**LOG IN**

## RECENTLY VIEWED ITEMS



**$200**
Italy Copa Mundial Firm
Ground Cleats



**$65**
Essentials 3-Stripes Animal
Print Relaxed Hoodie



**JOIN OUR ADICLUB & GET 15% OFF**    **SIGN UP FOR FREE** →

| PRODUCTS | SPORTS | COLLECTIONS | SUPPORT | COMPANY INFO | FOLLOW US |
|---|---|---|---|---|---|
| Shoes | Soccer | adicolor | Help | About Us | |
| Clothing | Running | Ultraboost | Returns & Exchanges | Student Discount | |
| Accessories | Basketball | NMD | Shipping | Military & Healthcare Discount | |
| Gift Cards | Football | Forum | Order Tracker | adidas Stories | |
| | Outdoor | Superstar | Store Locator | adidas Apps | |
| New Arrivals | Golf | Running Shoes | Size Charts | adiClub | |
| Best Sellers | Tennis | adilette | Gift Card Balance | Affiliates | |
| Release Dates | Baseball | Stan Smith | How to Clean Shoes | Press | |
| Sale | Skateboarding | adizero | Running Shoe Finder | Careers | |
| | Training | Tiro | Bra Fit Guide | California Transparency in Supply Chains Act | |
| | | Cloudfoam Pure | Sports Bra Finder | Responsible Disclosure | |
| | | Back to School | Breathing for Running | Transparency in Coverage | |
| | | | Promotions | Country Selector | |

Your Privacy Choices ✓✗    Privacy Policy    Terms and Conditions

© 2024 adidas America, Inc.

Document title: adidas VL Court 3.0 Shoes - Blue | Men&#39;s Lifestyle | adidas US
Capture URL: https://www.adidas.com/us/vl-court-3.0-shoes/IF4462.html
Capture timestamp (UTC): Tue, 30 Apr 2024 22:36:51 GMT



FREE STANDARD SHIPPING WITH ADICLUB

help orders and returns join adiClub

MEN WOMEN KIDS SALE 3 STRIPE LIFE

Search

RLY ACCESS • EARLY ACCESS • EARLY ACCESS • EAR

Back Home / Men / Shoes

SHOW MORE

Men's • Originals ★★★★★ 3

# KOLN 24 SHOES

**$120**

Promo codes will not apply to this product.

Almost Yellow / Almost Blue / Clear Pink

## *UNLOCK EARLY ACCESS*

Now available for adiClub members only. Join the club for free and unlock the best of adidas.

**Sizes**

Sorry, sizes couldn't load. Try reloading them below.

RELOAD SIZES

Size guide

SIGN UP FOR FREE

Already an adiClub member?
**LOG IN**

**Reviews (3)** 5.0 ★★★★★

**Description**

**Details**

## COMPLETE THE LOOK

Document title: adidas Koln 24 Shoes - Yellow | Men's Lifestyle | adidas US
Capture URL: https://www.adidas.com/us/koln-24-shoes/IG6279.html
Capture timestamp (UTC): Tue, 30 Apr 2024 22:38:12 GMT

## COMPLETE THE LOOK



**$30**
Trefoil Essentials Tee
Originals

**$85**
Adicolor Adibreak Track Top
Originals

**$85**
Adicolor Classics Adibreak Pants
Originals

**$250**
Blue Version Duffel L
Originals

## YOU MAY ALSO LIKE



**$100**
SL 72 RS Shoes
Originals

**$110**
Country XLG Shoes
Originals

**$120**
Munchen 24 Shoes
Originals

**$100**
Gazelle Shoes
Originals

## OTHERS ALSO BOUGHT



**$100**
Samba OG Shoes
Originals

**$150**
Samba MN Shoes
Originals

**$110**
Centennial 85 Low ADV x Dre Shoes
Originals

**$100**
SL 72 RS Shoes
Originals



CCESS • EARLY ACCESS • EARLY ACCESS • EARLY AC

Men's • Originals                    ★★★★★ 3

# KOLN 24 SHOES

**$120**

Promo codes will not apply to this product.

Almost Yellow / Almost Blue / Clear Pink

## UNLOCK EARLY ACCESS

Now available for adiClub members only. Join the club for free and unlock the best of adidas.

**Sizes**

Sorry, sizes couldn't load. Try reloading them below.

**RELOAD SIZES** →

Size guide

**SIGN UP FOR FREE** →

Already an adiClub member?
**LOG IN**

Document title: adidas Koln 24 Shoes - Yellow | Men&#39;s Lifestyle | adidas US
Capture URL: https://www.adidas.com/us/koln-24-shoes/IG6279.html
Capture timestamp (UTC): Tue, 30 Apr 2024 22:38:12 GMT

Page 2 of 3

Exhibit 2
Page 271 of 272



$100
Samba OG Shoes
Originals

$150
Samba MN Shoes
Originals

$110
Centennial 85 Low ADV x
Dre Shoes
Originals

$100
SL 72 RS Shoes
Originals



SIGN UP FOR FREE →

Already an adiClub member?
LOG IN

## RECENTLY VIEWED ITEMS





$200
Italy Copa Mundial Firm
Ground Cleats



$65
Essentials 3-Stripes Animal
Print Relaxed Hoodie

## JOIN OUR ADICLUB & GET 15% OFF

SIGN UP FOR FREE →

| PRODUCTS | SPORTS | COLLECTIONS | SUPPORT | COMPANY INFO | FOLLOW US |
|---|---|---|---|---|---|
| Shoes | Soccer | adicolor | Help | About Us | |
| Clothing | Running | Ultraboost | Returns & Exchanges | Student Discount | |
| Accessories | Basketball | NMD | Shipping | Military & Healthcare Discount | |
| Gift Cards | Football | Forum | Order Tracker | adidas Stories | |
| | Outdoor | Superstar | Store Locator | adidas Apps | |
| New Arrivals | Golf | Running Shoes | Size Charts | adiClub | |
| Best Sellers | Baseball | adilette | Gift Card Balance | Affiliates | |
| Release Dates | Tennis | Stan Smith | How to Clean Shoes | Press | |
| Sale | Skateboarding | adizero | Running Shoe Finder | Careers | |
| | Training | Tiro | Bra Fit Guide | California Transparency in Supply Chains Act | |
| | | Cloudfoam Pure | Sports Bra Finder | Responsible Disclosure | |
| | | Back to School | Breathing for Running | Transparency in Coverage | |
| | | | Promotions | Country Selector | |

Your Privacy Choices ✓✗   Privacy Policy   Terms and Conditions

© 2024 adidas America, Inc.

Document title: adidas Koln 24 Shoes - Yellow | Men&#39;s Lifestyle | adidas US
Capture URL: https://www.adidas.com/us/koln-24-shoes/IG6279.html
Capture timestamp (UTC): Tue, 30 Apr 2024 22:38:12 GMT

Page 3 of 3

Exhibit 2
Page 272 of 272