

END OF YEAR SALE: UP TO 40% OFF SELECT STYLES    FREE STANDARD SHIPPING & RETURNS | JOIN NOW

also visit Reebok   help   exchanges & returns   order tracker   join creators club   creators club   log in

adidas   MEN   WOMEN   KIDS   SALE   HOLIDAY   3 STRIPE LIFE   Search

BACK   Home / Men / Clothing

This model is 6' 2" and wears a size M. Their chest measures 35" and the waist 28".

GALLERY   DESCRIPTION   DETAILS   COMPLETE THE LOOK   REVIEWS

• CONFIRMED • CONFIRMED • CONFIRMED • CONFIRMED •

Men's • Originals

# KERWIN FROST TRACK TOP

**$180**

This product is excluded from all promotional discounts and offers.

FEEDBACK

**SHOP NOW IN THE ADIDAS CONFIRMED APP**

This release is available via the adidas CONFIRMED app. Download the app now for free to shop.

DOWNLOAD THE APP →

PAY OVER TIME IN INTEREST-FREE INSTALLMENTS WITH AFFIRM, KLARNA OR AFTERPAY

JOIN CREATORS CLUB TO GET UNLIMITED FREE STANDARD SHIPPING, RETURNS, & EXCHANGES

Document title: adidas Kerwin Frost Track Top - Black | adidas US
Capture URL: https://www.adidas.com/us/kerwin-frost-track-top/HB0066.html
Capture timestamp (UTC): Wed, 15 Dec 2021 23:45:43 GMT

GALLERY    **DESCRIPTION**    DETAILS    COMPLETE THE LOOK    REVIEWS




CONFIRMED • CONFIRMED • CONFIRMED • CONFIRMED •

Men's – Originals

## KERWIN FROST TRACK TOP

$180

This product is excluded from all promotional discounts and offers.

**SHOP NOW IN THE ADIDAS CONFIRMED APP**

This release is available via the adidas CONFIRMED app. Download the app now for free to shop.

**DOWNLOAD THE APP →**

FEEDBACK

✓ PAY OVER TIME IN INTEREST-FREE INSTALLMENTS WITH AFFIRM, KLARNA OR AFTERPAY

↻ JOIN CREATORS CLUB TO GET UNLIMITED FREE STANDARD SHIPPING, RETURNS, & EXCHANGES

## KERWIN FROST TRACK TOP

*THE ADIDAS CHILE TRACK TOP, REIMAGINED BY KERWIN FROST.*

What happens when you Kerwinize a classic? You're looking at it. Made in collaboration with Harlem's funniest multi-hyphenate Kerwin Frost, this adidas Chile track top infuse a favorite leisure style with larger-than-life attitude. A Kerwin Frost logo on the chest looks like it's been squeezed out of a tube of toothpaste. Why? You'll have to take it up with Mr. Frost.

## SPECIFICATIONS

- Regular fit
- Full zip with stand-up collar
- Shell: 100% polyester tricot
- Lining: 100% recycled polyester plain weave
- Front zip pockets
- Ribbed cuffs and hem
- Imported
- Product color: Black
- Product code: HB0066

## COMPLETE THE LOOK


$35
Adicolor Classics 3-Stripes Tee


$65
Adicolor Classics Primeblue SST Track Pants


$95
Superstar Shoes


$70
Adicolor Archive Top-Loader Backpack

## YOU MAY ALSO LIKE


$180
Kerwin Frost Track Top
Originals


$50
Adicolor Essentials Fleece Sweatshirt
Originals


$220
Wales Bonner Knit Pants
Originals


$90
Adicolor Classics SST Quilted Track Pants
Originals

○ ● ● ●

Document title: adidas Kerwin Frost Track Top - Black | adidas US
Capture URL: https://www.adidas.com/us/kerwin-frost-track-top/HB0066.html
Capture timestamp (UTC): Wed, 15 Dec 2021 23:45:43 GMT

Page 2 of 4

Exhibit 1
Page 348 of 451



GALLERY DESCRIPTION DETAILS COMPLETE THE LOOK REVIEWS

Originals Originals

PAY OVER TIME IN INTEREST-FREE INSTALLMENTS WITH AFFIRM, KLARNA OR AFTERPAY

JOIN CREATORS CLUB TO GET UNLIMITED FREE STANDARD SHIPPING, RETURNS, & EXCHANGES

## BE THE FIRST TO REVIEW THIS PRODUCT

WRITE THE FIRST REVIEW

FEEDBACK

## OTHERS ALSO BOUGHT

~~$100~~ $60
adidas SPRT Shark Windbreaker
Originals

$55
Adicolor Essentials Fleece Hoodie
Originals

$70
adidas SPRT Shadow 3-Stripes Sweat Pants
Originals

~~$120~~ $84
The COLD.RDY Long Sleeve Cycling Jersey
Performance

## RECENTLY VIEWED ITEMS

$220
Wales Bonner Knit Pants
Originals

$62
adidas x Classic LEGO® Hoodie
Performance
new

$62
adidas x Classic LEGO® Hoodie
Performance
new

$58
adidas x Classic
Performance
new

## JOIN OUR CREATORS CLUB & GET 15% OFF

SIGN UP FOR FREE

**PRODUCTS**
Shoes
Clothing
Accessories
Gift Cards
New Arrivals
Best Sellers
Release Dates
Sale

**SPORTS**
Soccer
Running
Basketball
Football
Outdoor
Golf
Baseball
Tennis

**COLLECTIONS**
adicolor
Ultraboost
NMD
Forum
Superstar
Running Shoes
adilette
Stan Smith

**SUPPORT**
Help
Returns & Exchanges
Shipping
Order Tracker
Store Locator
Size Charts
Gift Card Balance
How To Clean

**COMPANY INFO**
About Us
Students
adidas Stories
adidas Apps
Sustainability
Creators Club
Affiliates
Press



**OTHERS ALSO BOUGHT**

$100 $60
adidas SPRT Shark Windbreaker
Originals

$55
Adicolor Essentials Fleece Hoodie
Originals

$70
adidas SPRT Shadow 3-Stripes Sweat Pants
Originals

$120 $84
The COLD.RDY Long Sleeve Cycling Jersey
Performance

**RECENTLY VIEWED ITEMS**

$220
Wales Bonner Knit Pants
Originals

$62
adidas x Classic LEGO® Hoodie
Performance
new

$62
adidas x Classic LEGO® Hoodie
Performance
new

$58
adidas x Classic
Performance
new

**JOIN OUR CREATORS CLUB & GET 15% OFF**

SIGN UP FOR FREE →

**PRODUCTS**
Shoes
Clothing
Accessories
Gift Cards

New Arrivals
Best Sellers
Release Dates
Sale

**SPORTS**
Soccer
Running
Basketball
Football
Outdoor
Golf
Baseball
Tennis
Skateboarding
Training

**COLLECTIONS**
adicolor
Ultraboost
NMD
Forum
Superstar
Running Shoes
adilette
Stan Smith
adizero
Tiro
EQT

**SUPPORT**
Help
Returns & Exchanges
Shipping
Order Tracker
Store Locator
Size Charts
Gift Card Balance
How To Clean
Bra Fit Guide
Running Shoe Finder
Promotions

**COMPANY INFO**
About Us
Students
adidas Stories
adidas Apps
Sustainability
Creators Club
Affiliates
Press
Careers
California Transparency in Supply Chains Act

USA

Data settings    Do not sell my personal information    Privacy Policy    Terms and Conditions

2021 adidas America Inc.

Document title: adidas Kerwin Frost Track Top - Black | adidas US
Capture URL: https://www.adidas.com/us/kerwin-frost-track-top/HB0066.html
Capture timestamp (UTC): Wed, 15 Dec 2021 23:45:43 GMT

Page 4 of 4

Exhibit 1
Page 350 of 451



END OF YEAR SALE: UP TO 40% OFF SELECT STYLES
FREE STANDARD SHIPPING & RETURNS | JOIN NOW

SOLD OUT

3 colors available
Medium Grey Heather

GALLERY DESCRIPTION CARE DETAILS STORY

Men's • Basketball ★★★★☆ 6

# DONOVAN MITCHELL PULLOVER HOODIE

~~$75~~ $45 [-40%]

FEEDBACK

**DON'T MISS OUT**

Unfortunately, this item is sold out. Don't miss our next great release - sign up below:

Email *

☐ Yes, I am over 13 years old *

☑ Sign me up to adidas Creators Club, featuring exclusive offers, latest product info, news about upcoming events and more. Please see our Terms & Conditions and Privacy Policy and Creators Club Terms & Conditions for more details. I agree to receive personalised email marketing messages from adidas America, Inc. and runtastic GmbH ("runtastic"). *

SIGN UP →

By clicking Sign Up, you have read and agreed to the adidas Privacy Notice

PAY OVER TIME IN INTEREST-FREE INSTALLMENTS WITH AFFIRM, KLARNA OR AFTERPAY

JOIN CREATORS CLUB TO GET UNLIMITED FREE STANDARD SHIPPING, RETURNS, & EXCHANGES

Document title: adidas Donovan Mitchell Pullover Hoodie - Grey | adidas US
Capture URL: https://www.adidas.com/us/donovan-mitchell-pullover-hoodie/HB6761.html
Capture timestamp (UTC): Wed, 15 Dec 2021 23:55:20 GMT

**3 colors available**
Medium Grey Heather




GALLERY    DESCRIPTION    CARE    DETAILS    STORY

Men's • Basketball                                    ★★★★☆ 6

## DONOVAN MITCHELL PULLOVER HOODIE

~~$75~~ **$45** [-40%]

### DON'T MISS OUT

Unfortunately, this item is sold out. Don't miss our next great release - sign up below:

Email *

☐ Yes, I am over 13 years old *

☑ Sign me up to adidas Creators Club, featuring exclusive offers, latest product info, news about upcoming events and more. Please see our Terms & Conditions and Privacy Policy and Creators Club Terms & Conditions for more details. I agree to receive personalised email marketing messages from adidas America, Inc. and runtastic GmbH ("runtastic"). *

SIGN UP →

By clicking Sign Up, you have read and agreed to the adidas Privacy Notice

FEEDBACK

✓ PAY OVER TIME IN INTEREST-FREE INSTALLMENTS WITH AFFIRM, KLARNA OR AFTERPAY

⊖ JOIN CREATORS CLUB TO GET UNLIMITED FREE STANDARD SHIPPING, RETURNS, & EXCHANGES

## YOU MAY ALSO LIKE



$50
Adicolor Essentials Fleece Sweatshirt
Originals

$60
Tiro Winterized Track Pants
Sportswear

$60
adidas Sportswear Future Icons Sweatshirt
Sportswear

$60
Tiro Winterized Track Pants
Sportswear

●  ○  ○  ○

## OTHERS ALSO BOUGHT



~~$65~~ $52
Adicolor Classics 3-Stripes Hoodie
Originals

$55
Adicolor Essentials Fleece Hoodie
Originals

$65
Adicolor Classics Oversized Sweatshirt
Originals

~~$60~~ $36
Slim Jogger Pants
Originals

●  ○  ○

## DONOVAN MITCHELL PULLOVER HOODIE

### *A HOOPS-INSPIRED HOODIE FOR FANS OF DONOVAN MITCHELL.*

This hoodie from adidas Basketball is made of a soft cotton blend that will keep you cozy on and off the hardwood. The drawcord-adjustable hood offers coverage, and the ribbed cuffs and hem ensure a stay-put fit. A Donovan Mitchell logo and 3-Stripes down both sleeves root the look in sport.

This product is made with recycled content as part of our ambition to end plastic waste.



## CARE

**WASHING INSTRUCTIONS**

⊠ Do not bleach

⊠ Do not dry clean

⬚ Touch up with cool iron

⊞ Machine wash cold

**EXTRA CARE INFORMATION**

• Wash with like colors

• Use mild detergent only

Document title: adidas Donovan Mitchell Pullover Hoodie - Grey | adidas US
Capture URL: https://www.adidas.com/us/donovan-mitchell-pullover-hoodie/HB6761.html
Capture timestamp (UTC): Wed, 15 Dec 2021 23:55:20 GMT

Exhibit 1
Page 352 of 451

GALLERY    DESCRIPTION    CARE    **DETAILS**    STORY





## WASHING INSTRUCTIONS

- Do not bleach
- Touch up with cool iron
- Do not dry clean
- Machine wash cold

## EXTRA CARE INFORMATION

- Wash with like colors
- Use mild detergent only
- Wash inside out
- Do not iron badge

## SPECIFICATIONS

- Loose fit
- Drawcord-adjustable hood
- 52% cotton, 48% recycled polyester French terry
- Kangaroo pockets
- Ribbed cuffs and hem
- Donovan Mitchell logo
- Imported
- Product color: Medium Grey Heather
- Product code: HB6761

### HOME COURT ANYWHERE

Basketball goes beyond the hardwood. From lightweight t-shirts, tank tops and shorts to jackets and hoodies for early morning practice, it's a vibe that helps define who you are. Get ready to rep your game for the season ahead with the latest basketball clothing.

## RECENTLY VIEWED ITEMS


$75
Arsenal 3-Stripes Full-Zip Hoodie
Performance
recycled materials


~~$65~~ $52
Grand Court SE Shoes
Essentials


$60
Tiro Winterized Track Pants
Sportswear
recycled materials


$60
Tiro Winterized Track Pants
Sportswear
best seller


$45
Tiro Track Pants
Performance

$150
Kerwin Frost Tra
Pants
Originals

---

### JOIN OUR CREATORS CLUB & GET 15% OFF

SIGN UP FOR FREE →

---

**PRODUCTS**
Shoes
Clothing
Accessories

**SPORTS**
Soccer
Running
Basketball

**COLLECTIONS**
adicolor
Ultraboost
NMD

**SUPPORT**
Help
Returns & Exchanges
Shipping

**COMPANY INFO**
About Us
Students
adidas Stories

Document title: adidas Donovan Mitchell Pullover Hoodie - Grey | adidas US
Capture URL: https://www.adidas.com/us/donovan-mitchell-pullover-hoodie/HB6761.html
Capture timestamp (UTC): Wed, 15 Dec 2021 23:55:20 GMT



RECENTLY VIEWED ITEMS



JOIN OUR CREATORS CLUB &
GET 15% OFF

SIGN UP FOR FREE →

| PRODUCTS | SPORTS | COLLECTIONS | SUPPORT | COMPANY INFO |
|---|---|---|---|---|
| Shoes | Soccer | adicolor | Help | About Us |
| Clothing | Running | Ultraboost | Returns & Exchanges | Students |
| Accessories | Basketball | NMD | Shipping | adidas Stories |
| Gift Cards | Football | Forum | Order Tracker | adidas Apps |
|  | Outdoor | Superstar | Store Locator | Sustainability |
| New Arrivals | Golf | Running Shoes | Size Charts | Creators Club |
| Best Sellers | Baseball | adilette | Gift Card Balance | Affiliates |
| Release Dates | Tennis | Stan Smith | How To Clean | Press |
| Sale | Skateboarding | adizero | Bra Fit Guide | Careers |
|  | Training | Tiro | Running Shoe Finder | California Transparency in |
|  |  | EQT | Promotions | Supply Chains Act |

🇺🇸 USA

Data settings | Do not sell my personal information | Privacy Policy | Terms and Conditions

2021 adidas America Inc.

Document title: adidas Donovan Mitchell Pullover Hoodie - Grey | adidas US
Capture URL: https://www.adidas.com/us/donovan-mitchell-pullover-hoodie/HB6761.html
Capture timestamp (UTC): Wed, 15 Dec 2021 23:55:20 GMT

Exhibit 1
Page 354 of 451



Document title: adidas Online Shop | adidas US
Capture URL: https://www.adidas.com/us/search?q=horizontal%20stripe
Capture timestamp (UTC): Fri, 07 Jan 2022 19:44:55 GMT

Page 1 of 1

Exhibit 1
Page 355 of 451



END OF SEASON SALE FREE STANDARD SHIPPING & RETURNS | JOIN NOW

help exchanges & returns order tracker join adiclub

MEN WOMEN KIDS END OF SEASON SALE 3 STRIPE LIFE

Search

Back Home / Men / Clothing

BEST SELLER

Model's size

4 colors available

Black

Men's • Originals ★★★★★ 427

# ADICOLOR CLASSICS FIREBIRD TRACK JACKET

~~$80~~ $64

Get matching items
View products

Available sizes Find your size

| XS | S | M | L | XL |
|---|---|---|---|---|
| 2XL | | | | |

Size guide

ADD TO BAG

PAY OVER TIME IN INTEREST-FREE INSTALLMENTS WITH AFFIRM, KLARNA OR AFTERPAY

JOIN ADICLUB TO GET UNLIMITED FREE STANDARD SHIPPING, RETURNS, & EXCHANGES

Document title: adidas Adicolor Classics Firebird Track Jacket - Black | Men's & Originals | adidas US
Capture URL: https://www.adidas.com/us/adicolor-classics-firebird-track-jacket/GN3521.html
Capture timestamp (UTC): Mon, 13 Jun 2022 15:35:46 GMT





Men's • Originals        ★★★★★ 427

*ADICOLOR CLASSICS
FIREBIRD TRACK JACKET*

$80 $64

Get matching items
View products

Available sizes        ⚲ Find your size

| XS | S | M | L | XL |
| 2XL |

⚶ Size guide

ADD TO BAG →      ♡

PAY OVER TIME IN INTEREST-FREE
✓ INSTALLMENTS WITH AFFIRM, KLARNA OR
AFTERPAY

JOIN ADICLUB TO GET UNLIMITED FREE
⬡ STANDARD SHIPPING, RETURNS, &
EXCHANGES

Document title: adidas Adicolor Classics Firebird Track Jacket - Black | Men&#39;s &amp; Originals | adidas US
Capture URL: https://www.adidas.com/us/adicolor-classics-firebird-track-jacket/GN3521.html
Capture timestamp (UTC): Mon, 13 Jun 2022 15:35:46 GMT

Page 2 of 5

Exhibit 1
Page 357 of 451



GALLERY DESCRIPTION CARE DETAILS COMPLETE THE LOOK HOW TO STYLE REVIEWS

Men's • Originals ★★★★★ 427

*ADICOLOR CLASSICS FIREBIRD TRACK JACKET*

~~$80~~ $64

Get matching items
View products

Available sizes Find your size

| XS | S | M | L | XL |
|---|---|---|---|---|
| 2XL | | | | |

Size guide

ADD TO BAG

PAY OVER TIME IN INTEREST-FREE INSTALLMENTS WITH AFFIRM, KLARNA OR AFTERPAY

JOIN ADICLUB TO GET UNLIMITED FREE STANDARD SHIPPING, RETURNS, & EXCHANGES

4 colors available

Black

## ADICOLOR CLASSICS FIREBIRD TRACK JACKET

*A VINTAGE TRACK JACKET REINVENTED FOR TODAY.*

An evolution of an icon. This adidas Firebird track jacket keeps the look true to its roots, but spins it with recycled materials. Stand-up collar. Contrast 3-Stripes. Shiny tricot. The gang's all here on this classic.

This product is made with Primeblue, a high-performance recycled material made in part with Parley Ocean Plastic.

## WASHING INSTRUCTIONS

- Do not bleach
- Do not dry clean
- Machine wash warm
- Tumble dry low heat
- Touch up with cool iron

## SPECIFICATIONS

- Regular fit
- Full zip with stand-up collar
- 100% recycled polyester tricot
- Heavyweight fabric
- Front zip pockets
- Ribbed cuffs and hem
- Primeblue
- Imported
- Product color: Black
- Product code: GN3521

## COMPLETE THE LOOK

$40
Disney Lilo & Stitch Tee

$70
Adicolor Classics Firebird Primeblue Track Pants

$95
Superstar Shoes

$30
Victory Tee

## YOU MAY ALSO LIKE

$80
Adicolor Classics Firebird Track Jacket

$75
Adicolor Classics Primeblue SST Track Jacket

$420
Terrex MYSHELTER GORE-TEX Rain Jacket

$100
Man
Jers

Document title: adidas Adicolor Classics Firebird Track Jacket - Black | Men's & Originals | adidas US
Capture URL: https://www.adidas.com/us/adicolor-classics-firebird-track-jacket/GN3521.html
Capture timestamp (UTC): Mon, 13 Jun 2022 15:35:46 GMT



Document title: adidas SPRT Fleece Pants - Grey | men lifestyle | adidas US
Capture URL: https://www.adidas.com/us/adidas-sprt-fleece-pants/HE4694.html
Capture timestamp (UTC): Mon, 13 Jun 2022 15:45:43 GMT

Page 1 of 5

Exhibit 1
Page 359 of 451



Men's • Originals                    ★★★★☆  6

## ADIDAS SPRT FLEECE PANTS

~~$70~~ **$56**

Get matching items
View products

**Available sizes**          📏 Find your size

| XS | S | M | L | XL |
| 2XL |

📏 Size guide

**ADD TO BAG**          ➔          ♡

✓ PAY OVER TIME IN INTEREST-FREE INSTALLMENTS WITH AFFIRM, KLARNA OR AFTERPAY

✓ JOIN ADICLUB TO GET UNLIMITED FREE STANDARD SHIPPING, RETURNS, & EXCHANGES

Document title: adidas SPRT Fleece Pants - Grey | men lifestyle | adidas US
Capture URL: https://www.adidas.com/us/adidas-sprt-fleece-pants/HE4694.html
Capture timestamp (UTC): Mon, 13 Jun 2022 15:45:43 GMT

Exhibit 1
Page 360 of 451



GALLERY    HIGHLIGHTS    DESCRIPTION    CARE    DETAILS    COMPLETE THE LOOK    REVIEWS

SHOW LESS ∧

Men's • Originals ★★★★☆ 6

## ADIDAS SPRT FLEECE PANTS

$70 $56



Get matching items
View products

**Available sizes** 📏 Find your size

| XS | S | M | L | XL |
|---|---|---|---|---|
| 2XL | | | | |

📏 Size guide

**ADD TO BAG** →  ♡

PAY OVER TIME IN INTEREST-FREE
✓ INSTALLMENTS WITH AFFIRM, KLARNA OR
AFTERPAY

JOIN ADICLUB TO GET UNLIMITED FREE
✓ STANDARD SHIPPING, RETURNS, &
EXCHANGES

## HIGHLIGHTS




**WE PARTNER WITH THE BETTER COTTON INITIATIVE**

By buying products marked with the Better Cotton Initiative logo, you're supporting more sustainable cotton farming.



**ADIDAS SPRT**

A collection rooted in the spirit of sports fandom.



**SIDE POCKETS**

Keep your essentials close, tucked away in the pockets.

## ADIDAS SPRT FLEECE PANTS

### *SUPER-COZY SWEAT PANTS WITH ELASTIC DETAILS.*

If comfort is what you're after, you've come to the right place (or page). These adidas pants serve up that ultimate goodness in the form of ultra-soft fleece. Elastic cuffs and the drawcord-elastic waist make sure the fit is just how you want it, adjusting to the different modes and moods of the day. A nod to their heritage, 3-Stripes wrap around the lower legs.



## WASHING INSTRUCTIONS

 Do not bleach

 Do not dry clean

Machine wash cold delicate cycle

 Tumble dry low heat

 Touch up with cool iron

## EXTRA CARE INFORMATION

• Wash with like colors

• Use mild detergent only

• Wash and iron inside out

Document title: adidas SPRT Fleece Pants - Grey | men lifestyle | adidas US
Capture URL: https://www.adidas.com/us/adidas-sprt-fleece-pants/HE4694.html
Capture timestamp (UTC): Mon, 13 Jun 2022 15:45:43 GMT

Page 3 of 5

Exhibit 1
Page 361 of 451



GALLERY    HIGHLIGHTS    DESCRIPTION    CARE    DETAILS    COMPLETE THE LOOK    REVIEWS

• Use mild detergent only

Machine wash cold
delicate cycle

## SPECIFICATIONS

- Regular fit
- Drawcord on elastic waist
- 70% cotton, 30% recycled polyester fleece
- Side pockets
- Elastic cuffs

- Supports the Better Cotton Initiative
- Imported
- Product color: Medium Grey Heather
- Product code: HE4694

## COMPLETE THE LOOK



$60
Pharrell Williams Basics Tee
(Gender Neutral)

$100
Forum Low Shoes

$60
Wales Bonner Socks

$70 $53
adidas SPRT Fleece Hoodie

## YOU MAY ALSO LIKE



$45
Adicolor Essentials Trefoil Cargo
Pants
Originals

$50
Tiro Track Pants
Performance

$420
Terrex MYSHELTER GORE-TEX Rain
Jacket
TERREX

$80
SST-
Origi

→

Men's • Originals                ★★★★★ 6



# ADIDAS SPRT FLEECE PANTS

~~$70~~ **$56**

Get matching items
View products

Available sizes                🔍 Find your size

| XS | S | M | L | XL |
| 2XL |

🔍 Size guide

**ADD TO BAG** →    ♡

PAY OVER TIME IN INTEREST-FREE
✓ INSTALLMENTS WITH AFFIRM, KLARNA OR
AFTERPAY

JOIN ADICLUB TO GET UNLIMITED FREE
STANDARD SHIPPING, RETURNS, &
EXCHANGES

Document title: adidas SPRT Fleece Pants - Grey | men lifestyle | adidas US
Capture URL: https://www.adidas.com/us/adidas-sprt-fleece-pants/HE4694.html
Capture timestamp (UTC): Mon, 13 Jun 2022 15:45:43 GMT

Page 4 of 5

Exhibit 1
Page 362 of 451



END OF SEASON SALE
FREE STANDARD SHIPPING & RETURNS | JOIN NOW

BEST SELLER

Model's size

5 colors available

Medium Grey Heather

Men's • Originals ★★★★★ 1403

# ADICOLOR CLASSICS 3-STRIPES PANTS

$65

Get matching items
View products

Available sizes Find your size

| XS | S | M | L | XL |
|---|---|---|---|---|
| 2XL | | | | |

Size guide

ADD TO BAG

PAY OVER TIME IN INTEREST-FREE INSTALLMENTS WITH AFFIRM, KLARNA OR AFTERPAY

JOIN ADICLUB TO GET UNLIMITED FREE STANDARD SHIPPING, RETURNS, & EXCHANGES

Document title: adidas Adicolor Classics 3-Stripes Pants - Grey | GN3530 | adidas US
Capture URL: https://www.adidas.com/us/adicolor-classics-3-stripes-pants/GN3530.html
Capture timestamp (UTC): Mon, 13 Jun 2022 15:46:45 GMT



Men's • Originals                          ★★★★★ 1403

## ADICOLOR CLASSICS 3-STRIPES PANTS

$65

Get matching items
View products

Available sizes              ⚲ Find your size

| XS | S | M | L | XL |

2XL

Size guide

**ADD TO BAG** →                    ♡

PAY OVER TIME IN INTEREST-FREE
✓  INSTALLMENTS WITH AFFIRM, KLARNA OR
   AFTERPAY

   JOIN ADICLUB TO GET UNLIMITED FREE
   STANDARD SHIPPING, RETURNS, &
   EXCHANGES

5 colors available
Medium Grey Heather

Document title: adidas Adicolor Classics 3-Stripes Pants - Grey | GN3530 | adidas US
Capture URL: https://www.adidas.com/us/adicolor-classics-3-stripes-pants/GN3530.html
Capture timestamp (UTC): Mon, 13 Jun 2022 15:46:45 GMT

Page 2 of 5

Exhibit 1
Page 364 of 451



Men's • Originals ★★★★★ 1403

## ADICOLOR CLASSICS 3-STRIPES PANTS

$65

| 5 colors available |

Medium Grey Heather

Get matching items
View products

**Available sizes** 🔍 Find your size

| | S | M | L | XL |
| 2XL |

📏 Size guide

**ADD TO BAG** →  ♡

PAY OVER TIME IN INTEREST-FREE
✓ INSTALLMENTS WITH AFFIRM, KLARNA OR
AFTERPAY

JOIN ADICLUB TO GET UNLIMITED FREE
✓ STANDARD SHIPPING, RETURNS, &
EXCHANGES

## ADICOLOR CLASSICS 3-STRIPES PANTS

### *FLEECE PANTS WITH ICONIC ADIDAS DETAILS.*

Straightforwardly adidas. Keep your look low-key and legit in these pants. Contrast 3-Stripes and a Trefoil logo are as OG as it gets. Feel cozy and warm in fleece. Secure your stuff in zip pockets. And we're done here.

Our cotton products support sustainable cotton farming. This product is also made with recycled content as part of our ambition to end plastic waste.



## WASHING INSTRUCTIONS

- ⊠ Do not bleach
- ⊘ Do not dry clean
- ⊠ Machine wash cold delicate cycle
- ⊠ Do not tumble dry
- ⊠ Touch up with warm iron

## EXTRA CARE INFORMATION

- Use mild detergent only
- Wash dark colors separately
- Wash and iron inside out
- LINE DRY
- Wash with fasteners closed

## SPECIFICATIONS

- Slim fit
- Drawcord on elastic waist
- 70% cotton, 30% recycled polyester fleece
- Heavyweight feel
- Side zip pockets
- Ribbed cuffs
- Imported
- Product color: Medium Grey Heather
- Product code: GN3530

## COMPLETE THE LOOK



$30
LOUNGEWEAR Adicolor
Essentials Trefoil Tee

$100
Superstar Shoes

$20
Trefoil Quarter Socks 6 Pairs

$65
Adicolor Classics 3-Stripes
Pants

## YOU MAY ALSO LIKE



→

Document title: adidas Adicolor Classics 3-Stripes Pants - Grey | GN3530 | adidas US
Capture URL: https://www.adidas.com/us/adicolor-classics-3-stripes-pants/GN3530.html
Capture timestamp (UTC): Mon, 13 Jun 2022 15:46:45 GMT



| GALLERY | DESCRIPTION | CARE | DETAILS | COMPLETE THE LOOK | HOW TO STYLE | REVIEWS |



Men's • Originals ★★★★★ 1403

## ADICOLOR CLASSICS 3-STRIPES PANTS

$65

Get matching items
View products

**Available sizes** 🔍 Find your size

| XS | S | M | L | XL |

| 2XL |

📏 Size guide

**ADD TO BAG** →  ♡

PAY OVER TIME IN INTEREST-FREE
✓ INSTALLMENTS WITH AFFIRM, KLARNA OR
AFTERPAY

JOIN ADICLUB TO GET UNLIMITED FREE
↺ STANDARD SHIPPING, RETURNS, &
EXCHANGES

Document title: adidas Adicolor Classics 3-Stripes Pants - Grey | GN3530 | adidas US
Capture URL: https://www.adidas.com/us/adicolor-classics-3-stripes-pants/GN3530.html
Capture timestamp (UTC): Mon, 13 Jun 2022 15:46:45 GMT



Back Home / Men / Clothing

RECYCLED MATERIALS

Model's size

3 colors available

Medium Grey Heather / Black

Men's • Essentials ★★★★★ 345

# ESSENTIALS FRENCH TERRY 3-STRIPES SHORTS

$40

**Available sizes** Find your size

| S | M | L | XL | 2XL |
|---|---|---|---|---|

Size guide

ADD TO BAG

PAY OVER TIME IN INTEREST-FREE INSTALLMENTS WITH AFFIRM, KLARNA OR AFTERPAY

JOIN ADICLUB TO GET UNLIMITED FREE STANDARD SHIPPING, RETURNS, & EXCHANGES

Document title: adidas Essentials French Terry 3-Stripes Shorts - Grey | men training | adidas US
Capture URL: https://www.adidas.com/us/essentials-french-terry-3-stripes-shorts/GK9599.html
Capture timestamp (UTC): Mon, 13 Jun 2022 15:51:21 GMT



Document title: adidas Essentials French Terry 3-Stripes Shorts - Grey | men training | adidas US
Capture URL: https://www.adidas.com/us/essentials-french-terry-3-stripes-shorts/GK9599.html
Capture timestamp (UTC): Mon, 13 Jun 2022 15:51:21 GMT

Page 2 of 5

Exhibit 1
Page 368 of 451



GALLERY   HIGHLIGHTS   DESCRIPTION   CARE   DETAILS   COMPLETE THE LOOK   REVIEWS

3 colors available

Medium Grey Heather / Black

Men's • Essentials                    ★★★★★ 345

## ESSENTIALS FRENCH TERRY 3-STRIPES SHORTS

$40

Available sizes                    ⟲ Find your size

| S | M | L | XL | 2XL |

⟷ Size guide

**ADD TO BAG** →    ♡

✓ PAY OVER TIME IN INTEREST-FREE INSTALLMENTS WITH AFFIRM, KLARNA OR AFTERPAY

JOIN ADICLUB TO GET UNLIMITED FREE STANDARD SHIPPING, RETURNS, & EXCHANGES

## HIGHLIGHTS

**HELPING TO REDUCE THE USE OF VIRGIN MATERIALS**

Generated from production waste, e.g. cutting scraps, and post-consumer household waste to avoid the larger environmental impact of producing virgin content.

**ADJUSTABLE COMFORT**

The drawcord on the elastic waist lets you customize the fit.

**SIDE POCKETS**

Keep your essentials close, tucked away in the pockets.

**FRENCH TERRY FABRIC**

Soft material that's flexible and versatile.

## ESSENTIALS FRENCH TERRY 3-STRIPES SHORTS

*CLASSIC 3-STRIPES FRENCH TERRY SHORTS MADE IN PART WITH RECYCLED CONTENT.*

If you're going to train hard, you need to rest hard. It's called balance, and it's necessary, and these adidas shorts support it fully. The soft French terry build puts you right into that state of ease. It really doesn't matter where you are. Rest looks different for everyone, so whether you're turned all the way up or slowed down completely, settle into that rhythm with ease.



## WASHING INSTRUCTIONS

⊗ Do not bleach
⊘ Do not dry clean
▨ Machine wash warm
⊗ Do not tumble dry
⊿ Touch up with warm iron

## EXTRA CARE INFORMATION

• Use mild detergent only
• Wash with like colors
• Do not use fabric softener

## SPECIFICATIONS

• Regular fit
• Drawcord on elastic waist
• 53% cotton, 36% recycled polyester, 11% viscose French terry
• Side slip-in pockets
• Imported
• Product color: Medium Grey Heather / Black
• Product code: GK9599

## COMPLETE THE LOOK



$28 $13
Badge of Sport Tee

$75
Racer TR21 Shoes



$18 $15
Roller Crew Socks 3 Pairs



$65 $52
Essentials Fleece 3-Stripes Full-Zip Hoodie

Document title: adidas Essentials French Terry 3-Stripes Shorts - Grey | men training | adidas US
Capture URL: https://www.adidas.com/us/essentials-french-terry-3-stripes-shorts/GK9599.html
Capture timestamp (UTC): Mon, 13 Jun 2022 15:51:21 GMT

Exhibit 1
Page 369 of 451





GALLERY    HIGHLIGHTS    DESCRIPTION    CARE    DETAILS    COMPLETE THE LOOK    REVIEWS

Full-Zip Hoodie

## YOU MAY ALSO LIKE

$40
Essentials French Terry 3-Stripes Shorts
Essentials

$35
Essentials French Terry 3-Stripes Shorts
Essentials

$420
Terrex MYSHELTER GORE-TEX Rain Jacket
TERREX

$80
SST

Men's • Essentials    ★★★★★ 365

## ESSENTIALS FRENCH TERRY 3-STRIPES SHORTS

$40

Available sizes    ⚏ Find your size

| S | M | L | XL | 2X |

⚏ Size guide

**ADD TO BAG**  ⟶    ♡

PAY OVER TIME IN INTEREST-FREE INSTALLMENTS WITH AFFIRM, KLARNA OR AFTERPAY

JOIN ADICLUB TO GET UNLIMITED FREE STANDARD SHIPPING, RETURNS, & EXCHANGES

Document title: adidas Essentials French Terry 3-Stripes Shorts - Grey | men training | adidas US
Capture URL: https://www.adidas.com/us/essentials-french-terry-3-stripes-shorts/GK9599.html
Capture timestamp (UTC): Mon, 13 Jun 2022 15:51:21 GMT



END OF SEASON SALE
FREE STANDARD SHIPPING & RETURNS | JOIN NOW

help exchanges & returns order tracker join adiclub

MEN WOMEN KIDS END OF SEASON SALE 3 STRIPE LIFE

Search

Back Home / Women / Clothing

Model's size

# Y-3 SHORT SLEEVE SHIRT

$250

This product is excluded from all promotional discounts and offers.

Available sizes

2XS XS S M L

Size guide

ADD TO BAG

FIND ALTERNATIVES

PAY OVER TIME IN INTEREST-FREE INSTALLMENTS WITH AFFIRM, KLARNA OR AFTERPAY

JOIN ADICLUB TO GET UNLIMITED FREE STANDARD SHIPPING, RETURNS, & EXCHANGES

Document title: adidas Y-3 Short Sleeve Shirt - Black | women training | adidas US
Capture URL: https://www.adidas.com/us/y-3-short-sleeve-shirt/HG8534.html
Capture timestamp (UTC): Mon, 13 Jun 2022 16:02:01 GMT



Document title: adidas Y-3 Short Sleeve Shirt - Black | women training | adidas US
Capture URL: https://www.adidas.com/us/y-3-short-sleeve-shirt/HG8534.html
Capture timestamp (UTC): Mon, 13 Jun 2022 16:02:01 GMT

Page 2 of 4

Exhibit 1
Page 372 of 451

GALLERY    **DESCRIPTION**    CARE    DETAILS    COMPLETE THE LOOK    REVIEWS

## Y-3 SHORT SLEEVE SHIRT

*A RELAXED BUTTON-DOWN SHIRT BY Y-3.*

"Y-3 is a strong examination of the blend of sport and
style and the tension caused by mixing tradition with all
that is modern." — Yohji Yamamoto

For 20 years, Y-3 has drawn on the past to transform the
future, with a tinge of nostalgia always present. The
seasonal Short Sleeve Shirt reflects on Y-3's early days
when relaxed tailoring was practically unheard of in the
realm of sportswear. It's crafted from formal paper
shirting material with a shape that flows on the body.
Subtle 3-Stripes detail the high collar and left sleeve cuff.

Made in part with recycled content generated from
production waste, e.g. cutting scraps, and post-consumer
household waste to avoid the larger environmental impact
of producing virgin content.



### Y-3 SHORT SLEEVE SHIRT

**$250**

This product is excluded from all promotional
discounts and offers.

Available sizes

| 2XS | XS | S | M | L |

Size guide

**ADD TO BAG** ➜    ♡

**FIND ALTERNATIVES** ➜

PAY OVER TIME IN INTEREST-FREE
✓ INSTALLMENTS WITH AFFIRM, KLARNA OR
AFTERPAY

JOIN ADICLUB TO GET UNLIMITED FREE
✓ STANDARD SHIPPING, RETURNS, &
EXCHANGES

## WASHING INSTRUCTIONS

- Do not bleach
- Dry clean - delicate cycle
- Machine wash cold
- Tumble dry low heat
- Touch up with cool iron

## EXTRA CARE INFORMATION

- Do not iron print

## SPECIFICATIONS

- Relaxed fit
- Center-front button closure
- 60% polyester, 40% recycled polyester taffeta
- Y-3 logo
- Imported
- Product color: Black
- Product code: HG8534

## COMPLETE THE LOOK

$30 $12
Trefoil Superlite No-Show
Socks 6 Pairs

$24
All Me Tote Bag

$20
Trefoil Superlite No-Show
Socks 6 Pairs

$20
Trefoil Superlite Super- No-
Show Socks 6 Pairs

## YOU MAY ALSO LIKE

$330
Y-3 Mesh Tee
Y-3

$220
Y-3 Classic Piqué Tank Dress
Y-3

$420
Terrex MYSHELTER GORE-TEX Rain
Jacket
TERREX

$80
5ST
Origi

Document title: adidas Y-3 Short Sleeve Shirt - Black | women training | adidas US
Capture URL: https://www.adidas.com/us/y-3-short-sleeve-shirt/HG8534.html
Capture timestamp (UTC): Mon, 13 Jun 2022 16:02:01 GMT

Page 3 of 4

Exhibit 1
Page 373 of 451



Document title: adidas Optime Trainicons 3-Stripes 7/8 Tights - Grey | women training | adidas US
Capture URL: https://www.adidas.com/us/optime-trainicons-3-stripes-7-8-tights/HD4446.html
Capture timestamp (UTC): Mon, 13 Jun 2022 16:06:16 GMT

Page 1 of 5

Exhibit 1
Page 374 of 451



Document title: adidas Optime Trainicons 3-Stripes 7/8 Tights - Grey | women training | adidas US
Capture URL: https://www.adidas.com/us/optime-trainicons-3-stripes-7-8-tights/HD4446.html
Capture timestamp (UTC): Mon, 13 Jun 2022 16:06:16 GMT

Page 2 of 5

Exhibit 1
Page 375 of 451



GALLERY    **HIGHLIGHTS**    DESCRIPTION    CARE    DETAILS    COMPLETE THE LOOK    HOW TO STYLE    REVIEWS

4 colors available

   

Dark Grey Heather

## HIGHLIGHTS



Women's • Training                    ★★★★★ 10

### OPTIME TRAINICONS 3-STRIPES 7/8 TIGHTS

~~$60~~ **$48**

Standard   Plus size

Available sizes                    ⊕ Find your size

| XS | S | M | L | XL |

| 2XL |

⊡ Size guide

**ADD TO BAG** →    ♡

PAY OVER TIME IN INTEREST-FREE
✓ INSTALLMENTS WITH AFFIRM, KLARNA OR
AFTERPAY

JOIN ADICLUB TO GET UNLIMITED FREE
✓ STANDARD SHIPPING, RETURNS, &
EXCHANGES

**MADE IN PART WITH RECYCLED MATERIALS**

Made with a series of recycled materials, and at least 60% recycled content, this product represents just one of our solutions to help End Plastic Waste.

**KEEP DRY. FEEL COMFORTABLE.**

Designed to manage your body's sweat, adidas AEROREADY keeps you feeling comfortable, longer.

**HANDS-FREE**

Designed with an inner key pocket for when it's just you, your goals and the essentials. No distractions.

**NEW MATERIAL, NEW FEEL**

adimove fabric is a slick, smoothing support with four-way-stretch. Added LYCRA® SPORT technology for optimized shape retention.

### OPTIME TRAINICONS 3-STRIPES 7/8 TIGHTS

*HIGH-WAISTED WORKOUT TIGHTS MADE IN PART WITH RECYCLED MATERIALS.*

Say hello to your new go-to training tights. These adidas high-rise leggings feel supportive from cardio to leg day to studio classes. The magic lies in Adimove — a slick, smoothing fabric that keeps its shape. AEROREADY keeps you dry, so you don't have to press pause after your workout.

Made with a series of recycled materials, and at least 60% recycled content, this product represents just one of our solutions to help end plastic waste.



### WASHING INSTRUCTIONS

⊠ Do not bleach

⊠ Do not dry clean

⊠ Machine wash cold
delicate cycle

### EXTRA CARE INFORMATION

⊠ Do not tumble dry

⊠ Do not iron

• Do not use fabric
softener

• Use mild detergent only

• Wash with like colors

### SPECIFICATIONS

• Tight fit with high rise

• Elastic waist

• 76% recycled polyester, 24% elastane interlock

• Adimove fabric with LYCRA® SPORT

• Moisture-absorbing AEROREADY

• Mesh pocket inside waist

• Mesh gusset

• Seven-eighth length

• High rise

• Imported

• Product color: Dark Grey Heather

• Product code: HD4446

### COMPLETE THE LOOK

   

Document title: adidas Optime Trainicons 3-Stripes 7/8 Tights - Grey | women training | adidas US
Capture URL: https://www.adidas.com/us/optime-trainicons-3-7-8-tights/HD4446.html
Capture timestamp (UTC): Mon, 13 Jun 2022 16:06:16 GMT

Exhibit 1
Page 376 of 451





GALLERY **HIGHLIGHTS** DESCRIPTION CARE DETAILS COMPLETE THE LOOK HOW TO STYLE REVIEWS

## COMPLETE THE LOOK

~~$35~~ $21
Run Icons 3-Stripes Cooler Running Crop Top

~~$120~~ $72
Parley x Adizero Shoes

$55
Tiro Track Jacket (Plus Size)

~~$45~~ $32
Run Icons Running Long Sleeve Tee

## YOU MAY ALSO LIKE

$50
Designed To Move High-Rise 3-Stripes 7/8 Sport Tights
Performance

$50
Designed To Move High-Rise 3-Stripes 7/8 Sport Tights
Performance

$420
Terrex MYSHELTER GORE-TEX Rain Jacket
TERREX

$80
SST
Origi

Women's • Training ★★★★★ 10

# OPTIME TRAINICONS 3-STRIPES 7/8 TIGHTS

~~$60~~ $48

**Standard** Plus size

**Available sizes** Find your size

| XS | S | M | L | XL |
|---|---|---|---|---|
| 2XL | | | | |

Size guide

**ADD TO BAG** →

PAY OVER TIME IN INTEREST-FREE INSTALLMENTS WITH AFFIRM, KLARNA OR AFTERPAY

JOIN ADICLUB TO GET UNLIMITED FREE STANDARD SHIPPING, RETURNS, & EXCHANGES

Document title: adidas Optime Trainicons 3-Stripes 7/8 Tights - Grey | women training | adidas US
Capture URL: https://www.adidas.com/us/optime-trainicons-3-stripes-7-8-tights/HD4446.html
Capture timestamp (UTC): Mon, 13 Jun 2022 16:06:16 GMT



FREE STANDARD SHIPPING WITH ADICLUB

help orders and returns join adiClub

MEN WOMEN KIDS SALE 3 STRIPE LIFE

Search

Men's • Soccer ★★★★★ 11

# TIRO 24 SWEAT PANTS

**$60**

Promo codes will not apply to this product.

FEEDBACK

**Colors**

Medium Grey Heather / White

**Get matching items**

+ View products

**Standard** Tall

**Sizes**

| | | | | |
|---|---|---|---|---|
| XS | S | M | L | XL |
| 2XL | ~~3XL~~ | ~~M-Tall~~ | ~~L-Tall~~ | ~~XL-Tall~~ |
| ~~2X-Tall~~ | ~~3X-Tall~~ | ~~L-Tall~~ | ~~XL-Tall~~ | ~~2X-Tall~~ |

Size guide

ADD TO BAG

FIND ALTERNATIVES

4 interest-free payments of $15.00 with **Klarna**.
Learn More

Check if available in store

Pay over time in interest-free installments with Affirm, Klarna or Afterpay

Join adiClub to get unlimited free standard shipping, returns, & exchanges

Document title: adidas Tiro 24 Sweat Pants - Grey | Men's Soccer | adidas US
Capture URL: https://www.adidas.com/us/tiro-24-sweat-pants/IS2153.html
Capture timestamp (UTC): Mon, 22 Apr 2024 17:05:54 GMT



Men's • Soccer ★★★★★ 11

# TIRO 24 SWEAT PANTS

$60

Promo codes will not apply to this product.

**Colors**

Medium Grey Heather / White

**Get matching items**

+     View products

Standard   Tall

**Sizes**

| XS | S | M | L | XL |
|----|----|----|----|----|
| 2XL | 3XL | M-Tall | L-Tall | XL-Tall |
| 2X-Tall | 3X-Tall | L-Tall | XL-Tall | 2X-Tall |

Size guide

**ADD TO BAG →**

FIND ALTERNATIVES →

4 interest-free payments of $15.00 with **Klarna.**
Learn More

Check if available in store

✓ Pay over time in interest-free installments
with Affirm, Klarna or Afterpay

Join adiClub to get unlimited free standard
shipping, returns, & exchanges

FEEDBACK

---

**Reviews (11)**    4.9 ★★★★★ ∧

## 4.9 ★★★★★

**WRITE A REVIEW →**

**Comfort**

Uncomfortable     Comfortable

**Fit**

Too tight   Perfect   Too loose

**Quality**

Poor     Perfect

**Length**

Runs short   Perfect   Runs long

**Filter reviews by**

Comfort   Softness   Warmth   Material   Purchase   Wearing   Style   Quality

Texture   Color

**Filter by star rating**

★ 5   ★ 4   ★ 3   ★ 2   ★ 1

**Sort by**

Newest ∨

---

★★★★★     **Love these.**      April 6, 2024

**MacM**

Super comfortable sweat pants. Awesome with the full fit.

Helpful? 👍 0 👎 0   Report review

---

★★★★★     **A Great Purchase**      March 24, 2024

**Grandpa19**

Size: M   Color: Team Navy Blue 2 / White

Document title: adidas Tiro 24 Sweat Pants - Grey | Men&#39;s Soccer | adidas US
Capture URL: https://www.adidas.com/us/tiro-24-sweat-pants/IS2153.html
Capture timestamp (UTC): Mon, 22 Apr 2024 17:05:54 GMT

Page 2 of 7

Exhibit 1
Page 379 of 451

Helpful? 👍 0 👎 0    Report review

★★★★★   **A Great Purchase**                                    March 24, 2024
**Grandpa19**                   Size: M   Color: Team Navy Blue 2 / White

✓ Verified Purchaser           It looks fantastic and it is sooooo comfortable and it's easy
Incentivized Review            moving around with no restrictions.

                               Helpful? 👍 0 👎 0    Report review

★★★★★   **Loving my COZY sweat pants**                          March 23, 2024
**Mtngirl79**                   Thinking about purchasing my cozy sweat pants in another
                               color!

                               Helpful? 👍 0 👎 0    Report review

★★★★★   **Best purchase**                                       March 19, 2024
**Gabby**                       Color: Black / White

✓ Verified Purchaser           excellent quality, size is perfect, easy to order something
Incentivized Review
                               Helpful? 👍 0 👎 0    Report review

★★★★★   **I love it can't wait to wear it out this spring**     March 10, 2024
**Timika**                      I enjoyed your clothes and sneaker long time customer

                               Helpful? 👍 0 👎 0    Report review

★★★★☆   **Really comfy laid back pants**                        March 5, 2024
**Milo**                        They are very soft on the inside and trap heat well. I wouldn't
                               wear them out in public but a really good comfy pants for
                               relaxing at home

                               Helpful? 👍 0 👎 0    Report review

★★★★★   **Fits great, just a little short. Great look .**       March 2, 2024
**Scott66**                     I love the adidas brand and the great quality of adidas
                               products.

                               Helpful? 👍 0 👎 0    Report review

★★★★★   **Perfect**                                             February 26, 2024
**Roady**                       Color: Team Navy Blue 2 / White

✓ Verified Purchaser           All fine. Looks good, fits good: simply Adidas. Top!!!!!!!!
Incentivized Review
                               Helpful? 👍 0 👎 0    Report review

★★★★★   **My favourite pair**                                   February 25, 2024
**Izzy**                        Can't fault these, great all around! My favourite purchase.

                               Helpful? 👍 0 👎 0    Report review

---

Men's • Soccer                                      ★★★★★ 11

# TIRO 24 SWEAT PANTS

$60

Promo codes will not apply to this product.

**Colors**



Medium Grey Heather / White

FEEDBACK

**Get matching items**

+    View products

**Standard**   Tall

**Sizes**

| XS | S | M | L | XL |
|----|---|---|---|-----|
| 2XL | 3XL | M-Tall | L-Tall | XL-Tall |
| 2X-Tall | 3X-Tall | L-Tall | XL-Tall | 2X-Tall |

Size guide

**ADD TO BAG** →        ♡

**FIND ALTERNATIVES** →

4 interest-free payments of $15.00 with **Klarna**.
Learn More

🖳 Check if available in store

✓   Pay over time in interest-free installments
    with Affirm, Klarna or Afterpay
↩   Join adiClub to get unlimited free standard
    shipping, returns, & exchanges

Document title: adidas Tiro 24 Sweat Pants - Grey | Men&#39;s Soccer | adidas US
Capture URL: https://www.adidas.com/us/tiro-24-sweat-pants/IS2153.html
Capture timestamp (UTC): Mon, 22 Apr 2024 17:05:54 GMT

Page 3 of 7

Exhibit 1
Page 380 of 451

★★★★★

**Izzy**

**My favourite pair**                                                February 25, 2024

Can't fault these, great all around! My favourite purchase.

Helpful? 👍 0  👎 0    Report review

---

★★★★★

**Subze1**

✓ Verified Purchaser
Incentivized Review

**Very happy with my purchase**                                     February 21, 2024

Size: 3XL  Color: Team Navy Blue 2 / White

They fit absolutely perfect, really happy with this item.

Helpful? 👍 1  👎 0    Report review

---

★★★★★

**Nel67**

✓ Verified Purchaser
Incentivized Review

**Great purchase**                                                  February 20, 2024

Color: Black / White

It is warm, comfortable, and fits well. Looks great.

Helpful? 👍 0  👎 0    Report review

Go to filters

## Description                                                      ⌃

# CASUAL PANTS FOR RELAXING OFF THE SOCCER FIELD.

Created for comfort when you head off the soccer pitch. These Tiro 24 sweat pants from adidas are made with soft fleece and include ribbed cuffs for unmatched comfort. Zip pockets let you stash your essentials, so you can focus on enjoying your downtime.

The cotton in this product has been sourced through Better Cotton. Better Cotton is sourced via a chain of custody model called mass balance. This means that Better Cotton is not physically traceable to end products.

Find out more here: https://bettercotton.org/who-we-are/our-logo/



## Details                                                          ⌃

- Regular fit
- Elastic waist with drawcord
- 70% cotton, 30% recycled polyester fleece
- Front zip pockets
- Ribbed cuffs

- Sourced through Better Cotton via a system of mass balance and therefore this product may not contain Better Cotton
- Imported
- Product color: Medium Grey Heather / White
- Product code: IS2153

## Care                                                             ⌃

Men's • Soccer                                                     ★★★★★ 11

# TIRO 24 SWEAT PANTS

**$60**

Promo codes will not apply to this product.

**Colors**

Medium Grey Heather / White

**Get matching items**

+  View products

FEEDBACK

**Standard**  Tall

**Sizes**

| XS | S | M | L | XL |
|----|----|----|----|----|
| 2XL | 3XL | M-Tall | L-Tall | XL-Tall |
| 2X-Tall | 3X-Tall | L-Tall | XL-Tall | 2X-Tall |

📏 Size guide

**ADD TO BAG**  →    ♡

**FIND ALTERNATIVES**  →

4 interest-free payments of $15.00 with **Klarna.**
Learn More

🖥 Check if available in store

✓ Pay over time in interest-free installments with Affirm, Klarna or Afterpay

💬 Join adiClub to get unlimited free standard shipping, returns, & exchanges

Document title: adidas Tiro 24 Sweat Pants - Grey | Men&#39;s Soccer | adidas US
Capture URL: https://www.adidas.com/us/tiro-24-sweat-pants/IS2153.html
Capture timestamp (UTC): Mon, 22 Apr 2024 17:05:54 GMT

Page 4 of 7

Exhibit 1
Page 381 of 451

- Front zip pockets
- Ribbed cuffs

- Imported
- Product color: Medium Grey Heather / White
- Product code: IS2153

### Care

#### WASHING INSTRUCTIONS

- Do not bleach
- Do not dry clean
- Machine wash warm

- Tumble dry low heat
- Touch up with warm iron

#### EXTRA CARE INFORMATION

- Use mild detergent only
- Wash with fasteners closed
- Wash with like colors

## COMPLETE THE LOOK



| | | | |
|---|---|---|---|
| $80 | $65 | $95 | $10 |
| Tiro 24 Pro Training Jersey | Tiro 24 Sweat Hoodie | X Crazyfast.3 Firm Ground Soccer Cleats | Metro OTC Socks |
| Performance | Performance | Performance | Performance |

## YOU MAY ALSO LIKE



| | | | |
|---|---|---|---|
| $50 | $50 | $50 | $50 |
| Tiro 24 Training Pants | Tiro 24 Training Pants | Tiro 24 Training Pants | Tiro 24 Training Pants |
| Performance | Performance | Performance | Performance |



Men's • Soccer                    ★★★★★ 11

# TIRO 24 SWEAT PANTS

**$60**

Promo codes will not apply to this product.

**Colors**

Medium Grey Heather / White

FEEDBACK

**Get matching items**

+    View products

Standard    Tall

**Sizes**

| XS | S | M | L | XL |
|---|---|---|---|---|
| 2XL | 3XL | M Tall | L Tall | XL Tall |
| 2X Tall | 3X Tall | M Tall | XL Tall | 2X Tall |

Size guide

**ADD TO BAG** →     ♡

**FIND ALTERNATIVES** →

4 interest-free payments of $15.00 with Klarna. Learn More

Check if available in store

✓ Pay over time in interest-free installments with Affirm, Klarna or Afterpay

Join adiClub to get unlimited free standard shipping, returns, & exchanges

Document title: adidas Tiro 24 Sweat Pants - Grey | Men&#39;s Soccer | adidas US
Capture URL: https://www.adidas.com/us/tiro-24-sweat-pants/IS2153.html
Capture timestamp (UTC): Mon, 22 Apr 2024 17:05:54 GMT

Page 5 of 7

Exhibit 1
Page 382 of 451



Performance              Performance              Performance              Performance

## OTHERS ALSO BOUGHT



$65

Designed for Training
Workout Pants

Performance

$80

SST Bonded Track Pants

Originals

**-20 %**
$50 $40

Essentials Fleece Tapered
Cuff Big Logo Pants

Sportswear

$50

Essentials Fleece 3-S
Tapered Cuff Pants

Sportswear

## RECENTLY VIEWED ITEMS



$60

Tiro 24 Sweat Pants



Get matching items

+ View products

Standard    Tall

**Sizes**

| XS | S | M | L | XL |
|----|----|----|----|----|
| 2XL | 3XL | 4XL | 5XL | 6XL |
| 7XL | 8XL | 9XL | 10XL | 11XL |

⌨ Size guide

**ADD TO BAG** →    ♡

**FIND ALTERNATIVES** →

4 interest-free payments of $15.00 with **Klarna**.
Learn More

🏬 Check if available in store

✓ Pay over time in interest-free installments
with Affirm, Klarna or Afterpay

Join adiClub to get unlimited free standard
shipping, returns, & exchanges

FEEDBACK

## JOIN OUR ADICLUB & GET 15% OFF    SIGN UP FOR FREE →

| PRODUCTS | SPORTS | COLLECTIONS | SUPPORT | COMPANY INFO | FOLLOW US |
|----------|--------|-------------|---------|--------------|-----------|
| Shoes | Soccer | adicolor | Help | About Us | |
| Clothing | Running | Ultraboost | Returns & Exchanges | Student Discount | |
| Accessories | Basketball | NMD | Shipping | Military & Healthcare Discount | |
| Gift Cards | Football | Forum | Order Tracker | adidas Stories | |
| New Arrivals | Outdoor | Superstar | Store Locator | adidas Apps | |
| Best Sellers | Golf | Running Shoes | Size Charts | Sustainability | |
| Release Dates | Baseball | adilette | Gift Card Balance | adiClub | |
| | Tennis | Stan Smith | How to Clean Shoes | Affiliates | |

Document title: adidas Tiro 24 Sweat Pants - Grey | Men&#39;s Soccer | adidas US
Capture URL: https://www.adidas.com/us/tiro-24-sweat-pants/IS2153.html
Capture timestamp (UTC): Mon, 22 Apr 2024 17:05:54 GMT

Page 6 of 7

Exhibit 1
Page 383 of 451



| XS | S | M | L | XL |
|----|----|----|----|----|
| 2XL | 3XL | 3L Tall | L Tall | XL Tall |
| 2X Tall | 3X Tall | 2XL Tall | XL Tall | 3X Tall |



$65

Designed for Training
Workout Pants

Performance

$80

SST Bonded Track Pants

Originals

-20 %

$50 $40

Essentials Fleece Tapered
Cuff Big Logo Pants

Sportswear

$50

Essentials Fleece 3-S
Tapered Cuff Pants

Sportswear

⊞ Size guide

| ADD TO BAG → | ♡ |

| FIND ALTERNATIVES → |

4 interest-free payments of $15.00 with **Klarna.**
Learn More

▭ Check if available in store

✓ Pay over time in interest-free installments
with Affirm, Klarna or Afterpay

♡ Join adiClub to get unlimited free standard
shipping, returns, & exchanges

FEEDBACK

## RECENTLY VIEWED ITEMS



$60

Tiro 24 Sweat Pants

---

**JOIN OUR ADICLUB & GET 15% OFF**    SIGN UP FOR FREE →

---

**PRODUCTS**

Shoes
Clothing
Accessories
Gift Cards

New Arrivals
Best Sellers
Release Dates
Sale

**SPORTS**

Soccer
Running
Basketball
Football
Outdoor
Golf
Baseball
Tennis
Skateboarding
Training

**COLLECTIONS**

adicolor
Ultraboost
NMD
Forum
Superstar
Running Shoes
adilette
Stan Smith
adizero
Tiro
Cloudfoam Pure

**SUPPORT**

Help
Returns & Exchanges
Shipping
Order Tracker
Store Locator
Size Charts
Gift Card Balance
How to Clean Shoes
Running Shoe Finder
Bra Fit Guide
Sports Bra Finder
Breathing for Running
Promotions

**COMPANY INFO**

About Us
Student Discount
Military & Healthcare Discount
adidas Stories
adidas Apps
Sustainability
adiClub
Affiliates
Press
Careers
California Transparency in Supply Chains Act
Responsible Disclosure
Transparency in Coverage
Country Selector

**FOLLOW US**

Ⓕ
Ⓘ
Ⓨ
Ⓟ
Ⓣ
Ⓨ

Your Privacy Choices ☑✕    Privacy Policy    Terms and Conditions

Document title: adidas Tiro 24 Sweat Pants - Grey | Men&#39;s Soccer | adidas US
Capture URL: https://www.adidas.com/us/tiro-24-sweat-pants/IS2153.html
Capture timestamp (UTC): Mon, 22 Apr 2024 17:05:54 GMT

Page 7 of 7

Exhibit 1
Page 384 of 451



FREE STANDARD SHIPPING WITH ADICLUB

help orders and returns join adiClub

MEN WOMEN KIDS SALE 3 STRIPE LIFE

Search

Back Home / Men / Clothing

Model's size

SHOW LESS

Men's • Sportswear ★★★★★ 64

# 3-STRIPES CLX SWIM SHORTS

~~$55~~ $44

**Colors**

Wonder Blue / White

**Sizes**

Sorry, sizes couldn't load. Try reloading them below.

RELOAD SIZES

Size guide

ADD TO BAG

4 interest-free payments of $11.00 with **Klarna**. Learn More

Pay over time in interest-free installments with Affirm, Klarna or Afterpay

Join adiClub to get unlimited free standard shipping, returns, & exchanges

Document title: adidas 3-Stripes CLX Swim Shorts - Blue | Men's Swim | adidas US
Capture URL: https://www.adidas.com/us/3-stripes-clx-swim-shorts/IR9428.html
Capture timestamp (UTC): Mon, 22 Apr 2024 17:21:55 GMT



SHOW LESS ∧

Men's • Sportswear                                    ★★★★★ 64

# 3-STRIPES CLX SWIM SHORTS

~~$55~~ **$44**

### Reviews (64)                          4.7 ★★★★★ ∧

**4.7** ★★★★★

**Comfort**                                  **Quality**

Uncomfortable              Comfortable    Poor                        Perfect

**Fit**                                       **Length**

Too tight        Perfect        Too loose    Runs short       Perfect       Runs long

**Filter reviews by**

| Comfort | Quality | Fit | Color | Purchase | Satisfaction | Material | Length | Size |

| Appearance |

**Filter by star rating**                         Sort by

★ 5   ★ 4   ★ 3   ★ 2   ★ 1              Newest ⌄

★★★★★                    **Adidas shorts fit the best!!**              April 17, 2024
**Mico**                      Color: Black / White
⌄ Verified Purchaser        The fit is perfect. The length and width of the leg is exactly the
Incentivized Review         fit I have been looking for!!

                            Helpful?  👍 0  👎 0    Report review

★★★★★                    **Great swim shorts! Perfect fit, great colour**   April 12, 2024
**Saxman1**                  Great swim shorts that are stylish enough to wear all summer
                            long. Zip pockets are a great addition

                            Helpful?  👍 0  👎 0    Report review

★★★★★                    **Great and comfortable**                    April 11, 2024
**DolphinSpanker**           Great quality. Very durable in rough seas. Also very very
                            comfortable and quick drying

                            Helpful?  👍 0  👎 0    Report review

★★★★★                    **Swimshorts**                               April 2, 2024
**Kevrob15**                 Size: 3XL   Color: Black / White
⌄ Verified Purchaser        Great swimshorts well worth the money and really
Incentivized Review         comfortable when on

**Colors**

Wonder Blue / White

**Sizes**

Sorry, sizes couldn't load. Try reloading them below.

**RELOAD SIZES** →

⌸ Size guide

**ADD TO BAG** →          ♡

4 interest-free payments of $11.00 with **Klarna.**
Learn More

✓  Pay over time in interest-free installments
   with Affirm, Klarna or Afterpay
⌾  Join adiClub to get unlimited free standard
   shipping, returns, & exchanges

Document title: adidas 3-Stripes CLX Swim Shorts - Blue | Men&#39;s Swim | adidas US
Capture URL: https://www.adidas.com/us/3-stripes-clx-swim-shorts/IR9428.html
Capture timestamp (UTC): Mon, 22 Apr 2024 17:21:55 GMT
Page 2 of 14

Exhibit 1
Page 386 of 451



★★★★★
**Kevrob15**
✓ Verified Purchaser
Incentivized Review

**Swimshorts**    April 2, 2024
Size: 3XL  Color: Black / White
Great swimshorts well worth the money and really comfortable when on
Helpful? 👍 0  👎 0    Report review

★★★★★
**Markg**
✓ Verified Purchaser
Incentivized Review

**Great pair of trunks**    March 11, 2024
Size: 2XL  Color: Shadow Red / White
Great product really comfortable, two pockets, nice soft material
Helpful? 👍 0  👎 0    Report review

★★★★★
**Freeman80**

**Awesome style and great fit.**    March 9, 2024
Just what I needed for my vacation. They are very comfortable.
Helpful? 👍 0  👎 0    Report review

★★★★☆
**Bingo**
✓ Verified Purchaser
Incentivized Review

**Really nice.**    March 5, 2024
Color: Shadow Red / White
Nice colour, a liitle darker than in the picture. A kind of wine red, I guess. Quality as expected, good wearing comfort.
Helpful? 👍 0  👎 0    Report review

★★★★★
**Weezy**

**Size up as tight round the thigh usually a 2XL**    February 29, 2024
Usually a 2xl but find the seim gear a little tight round the thigh so sized up and perfect
Helpful? 👍 0  👎 0    Report review

★★★★★
**Wils24**

**Excellent Swim shorts**    February 25, 2024
Nice colour, comfortable swim shorts, wore them on recent holiday as both shorts for swimming and casual around the hotel
Helpful? 👍 0  👎 0    Report review

★★★★★
**Goonerdad64**
✓ Verified Purchaser
Incentivized Review

**Great Purchase**    February 22, 2024
Size: XL  Color: Shadow Red / White
Product was as advertised and arrived on time and in great condition
Helpful? 👍 0  👎 0    Report review

★★★★★
**Heiko**

**Yes**    February 18, 2024
Color: Wonder Blue / White



Men's • Sportswear    ★★★★★ 64

# 3-STRIPES CLX SWIM SHORTS

~~$55~~ **$44**

### Colors

Wonder Blue / White

### Sizes

Sorry, sizes couldn't load. Try reloading them below.

**RELOAD SIZES** →

▭ Size guide

**ADD TO BAG** →    ♡

4 interest-free payments of $11.00 with **Klarna.**
Learn More

✓ Pay over time in interest-free installments with Affirm, Klarna or Afterpay
◎ Join adiClub to get unlimited free standard shipping, returns, & exchanges

Document title: adidas 3-Stripes CLX Swim Shorts - Blue | Men&#39;s Swim | adidas US
Capture URL: https://www.adidas.com/us/3-stripes-clx-swim-shorts/IR9428.html
Capture timestamp (UTC): Mon, 22 Apr 2024 17:21:55 GMT
Page 3 of 14

Exhibit 1
Page 387 of 451





★★★★★  Yes                                              February 18, 2024

Heiko                        Color: Wonder Blue / White

✓ Verified Purchaser         Perfect
Incentivized Review          ★★★★★★★★★★★★★★★★★★★★★★
                             ★

                             Helpful?  👍 0  👎 0    Report review

★★★★★  Comfy swimming shorts                            February 18, 2024

ROPMO                        Great quality product. Reasonably priced and fast delivery

                             Helpful?  👍 0  👎 0    Report review

★★★★★  Already got a pair                               February 16, 2024

James48                      Size: L  Color: Wonder Blue / White

✓ Verified Purchaser         Good fit and fast dry and very comfortable Also good choice of
Incentivized Review          colours

                             Helpful?  👍 0  👎 0    Report review

★★★★★  Great shorts                                     February 12, 2024

Doug                         Great swim shorts, good value for money............................

                             Helpful?  👍 0  👎 0    Report review

★★★★★  Great swim shorts                                February 11, 2024

ksimpso1                     Great swim shorts that look good and feel comfortable.

                             Helpful?  👍 0  👎 0    Report review

★★★★★  Good length shorts                               February 7, 2024

Fozz70                       Nice fit and great colour, ideal for the pool or casual wear

                             Helpful?  👍 0  👎 0    Report review

★★★★★  Nice swim shorts                                 February 5, 2024

Rustyrig                     Size: M  Color: Shadow Red / White

✓ Verified Purchaser         Great fit not test out as yet, fit its good, material is good
Incentivized Review

                             Helpful?  👍 0  👎 0    Report review

★★★★★  Nice shorts                                      January 25, 2024

Deano11                      Size: 3XL  Color: Wonder Blue / White

✓ Verified Purchaser         Super smart look and material is very soft. Good range of
Incentivized Review          colors

                             Helpful?  👍 0  👎 0    Report review

Document title: adidas 3-Stripes CLX Swim Shorts - Blue | Men&#39;s Swim | adidas US
Capture URL: https://www.adidas.com/us/3-stripes-clx-swim-shorts/IR9428.html
Capture timestamp (UTC): Mon, 22 Apr 2024 17:21:55 GMT

Page 4 of 14

Exhibit 1
Page 388 of 451



Deano11

✓ Verified Purchaser
Incentivized Review

Size: 3XL   Color: Wonder Blue / White

Super smart look and material is very soft. Good range of colors

Helpful? 👍 0  👎 0    Report review

---

★★★★★

Elsol

✓ Verified Purchaser
Incentivized Review

One of the best purchase                                    January 4, 2024

Color: Black / White

Wonderfull, it fits nearly perfect, nothing more to say!

Helpful? 👍 0  👎 0    Report review

---

★★★★★

Jakari

These swim trunks are so swaggy                      December 20, 2023

I love these new trunks they are very swaggy and their the perfect length.

Helpful? 👍 0  👎 0    Report review

---

★★★★★

Gaz_185

Great pair of shorts. Lovely colour                      December 1, 2023

Top purchase. Quick delivery. Looks good and washes well

Helpful? 👍 0  👎 0    Report review

---

★★★★★

Lorry88

✓ Verified Purchaser
Incentivized Review

Fab longer length swim shorts                           November 6, 2023

Color: Black / White

Longer length, comfy mesh inner, fits well without billowing.

Helpful? 👍 0  👎 0    Report review

---

★★★★★

Sufa

✓ Verified Purchaser
Incentivized Review

Comfortable swim shorts                                  October 25, 2023

Size: 3XL   Color: Black / White

Good size and very comfortable, got a couple of these

Helpful? 👍 0  👎 0    Report review

---

★★★★★

RBG1

✓ Verified Purchaser
Incentivized Review

Happy with purchase                                      October 11, 2023

Color: Better Scarlet / White

Quick delivery . Shorts feel good quality and length .

Helpful? 👍 0  👎 0    Report review

---

★★★☆☆

Vance

Not great material                                       September 13, 2023

Color: Preloved Blue / White

Relatively comfortable and nice colour. The material is this and looks cheap. When coming out of water, it sticks to the skin.

Helpful? 👍 0  👎 0    Report review

---

★★★★★

Vixi

Great item                                               August 27, 2023

Size: L   Color: Black / White



Men's • Sportswear                              ★★★★★ 64

# 3-STRIPES CLX SWIM SHORTS

~~$55~~ **$44**

### Colors

Wonder Blue / White

### Sizes

Sorry, sizes couldn't load. Try reloading them below.

**RELOAD SIZES** →

⌨ Size guide

**ADD TO BAG** →    ♡

4 interest-free payments of $11.00 with **Klarna**. Learn More

✓ Pay over time in interest-free installments with Affirm, Klarna or Afterpay

🏷 Join adiClub to get unlimited free standard shipping, returns, & exchanges

---

Document title: adidas 3-Stripes CLX Swim Shorts - Blue | Men&#39;s Swim | adidas US
Capture URL: https://www.adidas.com/us/3-stripes-clx-swim-shorts/IR9428.html
Capture timestamp (UTC): Mon, 22 Apr 2024 17:21:55 GMT

Page 5 of 14

Exhibit 1
Page 389 of 451



skin.

Helpful? 👍 0 👎 0    Report review

★★★★★    Great item    August 27, 2023

**Vixi**

✓ Verified Purchaser
Incentivized Review

Size: L   Color: Black / White

Great fit and quality item Partner always buys these as they last well in the chlorine at the pool

Helpful? 👍 0 👎 0    Report review

★★☆☆☆    Not good material    August 26, 2023

**Vance**

Color: Preloved Blue / White

The material sticks to the skin when wet. It looks and feels cheap.

Helpful? 👍 0 👎 0    Report review

★★★☆☆    Comfortable shorts but not full knee    August 15, 2023
length on me.

**Graeme**

✓ Verified Purchaser
Incentivized Review

Size: 2XL   Color: Crew Blue / White

Good quality but a little shorter than I hoped. Still to try them out on an upcoming holiday

Helpful? 👍 0 👎 0    Report review

★★★★☆    Good product    August 2, 2023

**JackTrader**

✓ Verified Purchaser
Incentivized Review

Size: L   Color: Crew Blue / White

Simple design on good quality product. Could double as both swimming shorts and regular shorts if needed

Helpful? 👍 0 👎 0    Report review

★★★★★    So fun    July 16, 2023

**terra**

the colors are so fun and they are very comfy trunks

Helpful? 👍 0 👎 0    Report review

★★★★★    Great pick, go a size up    July 14, 2023

**N1kz**

The shorts fit tight, so a size up would have the perfect fit

Helpful? 👍 2 👎 0    Report review

★★★★★    Great quality    July 7, 2023

**Neil**

✓ Verified Purchaser
Incentivized Review

Size: L   Color: Better Scarlet / White

Very good quality, exactly what I expect from this brand.

Helpful? 👍 0 👎 0    Report review

★★★★★    Love them!!    July 1, 2023

**Topcar**

Great quality,good fit and perfect for holidays!!!

Helpful? 👍 0 👎 0    Report review



Men's • Sportswear    ★★★★★ 64

# 3-STRIPES CLX SWIM SHORTS

~~$55~~ **$44**

### Colors

Wonder Blue / White

### Sizes

Sorry, sizes couldn't load. Try reloading them below.

**RELOAD SIZES** →

⌨ Size guide

**ADD TO BAG** →    ♡

4 interest-free payments of $11.00 with **Klarna.**
Learn More

✓ Pay over time in interest-free installments with Affirm, Klarna or Afterpay

💬 Join adiClub to get unlimited free standard shipping, returns, & exchanges

Document title: adidas 3-Stripes CLX Swim Shorts - Blue | Men&#39;s Swim | adidas US
Capture URL: https://www.adidas.com/us/3-stripes-clx-swim-shorts/IR9428.html
Capture timestamp (UTC): Mon, 22 Apr 2024 17:21:55 GMT

Page 6 of 14

Exhibit 1
Page 390 of 451



Incentivized Review

Helpful? 👍 0 👎 0    Report review

★★★★★
Topcar

**Love them!!**    July 1, 2023
Great quality,good fit and perfect for holidays!!!

Helpful? 👍 0 👎 0    Report review

★★★★★
ianh

✓ Verified Purchaser
Incentivized Review

**Perfect fit and great quality shorts**    June 19, 2023
Size: M  Color: Better Scarlet / White
Great swimming shorts, love the quality and colour

Helpful? 👍 0 👎 0    Report review

★★★★★
PhilR

**Great swim shorts**    June 13, 2023
Really like the shorts. Excellent for on and off the beach

Helpful? 👍 0 👎 0    Report review

★★★★★
Lionheart70

✓ Verified Purchaser
Incentivized Review

**Look great and fit well**    June 8, 2023
Size: M  Color: Semi Lucid Blue / White
Great fit and really comfortable, very happy with my purchase

Helpful? 👍 0 👎 0    Report review

★★★★☆
Hoodini

✓ Verified Purchaser
Incentivized Review

**Decent swimming short**    June 7, 2023
Color: Better Scarlet / White
Decent short. Would prefer the material to be more stretchy.

Helpful? 👍 0 👎 0    Report review

★★★★★
Imer

**Perfect and dry**    June 5, 2023
Perfect, comfortable, and quick dry. What else do you expect from a swimsuit ?

Helpful? 👍 1 👎 0    Report review

★★★★☆
Dickie

✓ Verified Purchaser
Incentivized Review

**Great quality**    June 3, 2023
Size: L  Color: Black / White
Great quality. Fits to size. Would highly recommend

Helpful? 👍 0 👎 0    Report review

★★★★★
Rugger

**Great pair of shorts**    May 27, 2023
Fantastic shorts have ordered more shorts in different colours

Helpful? 👍 0 👎 0    Report review

★★★★★
NicNic

**Stylish and easy to wash and dry**    May 26, 2023
Color: Semi Lucid Blue / White



Men's • Sportswear    ★★★★★ 64

# 3-STRIPES CLX SWIM SHORTS

~~$55~~ **$44**

### Colors

Wonder Blue / White

### Sizes

Sorry, sizes couldn't load. Try reloading them below.

**RELOAD SIZES →**

⟷ Size guide

**ADD TO BAG →**    ♡

4 interest-free payments of $11.00 with **Klarna.**
Learn More

✓ Pay over time in interest-free installments with Affirm, Klarna or Afterpay

💬 Join adiClub to get unlimited free standard shipping, returns, & exchanges

Document title: adidas 3-Stripes CLX Swim Shorts - Blue | Men&#39;s Swim | adidas US
Capture URL: https://www.adidas.com/us/3-stripes-clx-swim-shorts/IR9428.html
Capture timestamp (UTC): Mon, 22 Apr 2024 17:21:55 GMT

Page 7 of 14

Exhibit 1
Page 391 of 451

--

Helpful? 👍 0 👎 0    Report review



★★★★★
**NicNic**

**Stylish and easy to wash and dry**                    May 26, 2023

Color: Semi Lucid Blue / White

Stylish comfy fit. Easy to wash and dry. Love the colour.

Helpful? 👍 0 👎 0    Report review

★★★★★
**BigD**

✓ Verified Purchaser
Incentivized Review

**Good quality and comfort**                    May 21, 2023

Size: XL  Color: Semi Lucid Blue / White

As is described. Comfortable, quality as always from adidas.

Helpful? 👍 0 👎 0    Report review

★★★★★
**Rich**

✓ Verified Purchaser
Incentivized Review

**Stylish and comfortable**                    May 21, 2023

Size: M  Color: Team Navy Blue 2 / White

A stylish, well made and comfortable pair of short for the beach and pool

Helpful? 👍 1 👎 0    Report review

★★★★★
**Mr_T**

**New for summer**                    May 16, 2023

Needed new shorts for holiday. These do the job. Comfortable and quick drying.

Helpful? 👍 0 👎 0    Report review

★★★★★
**Tinks**

✓ Verified Purchaser
Incentivized Review

**Brilliant swim shorts**                    May 5, 2023

Size: XL  Color: Semi Lucid Blue / White

Lightweight and comfortable looking forward to wearing them round the pool this summer

Helpful? 👍 0 👎 0    Report review

★★★★★
**Kennyw_11**

**Really comfy shorts, perfect fit too!**                    April 19, 2023

Probably one of the comfiest pair of swimming short's I've ever had!

Helpful? 👍 0 👎 0    Report review

★★★★☆
**Stretch1903**

**Very comfortable swimming shorts**                    April 16, 2023

Bought these shorts for my son, he said that they're the best swimming shorts he's had lately

Helpful? 👍 0 👎 0    Report review

★★★★★
**Biglex**

✓ Verified Purchaser
Incentivized Review

**Super purchase**                    April 13, 2023

Size: XL  Color: Team Navy Blue 2 / White

Great fit excellent quality and usual great delivery

Helpful? 👍 1 👎 0    Report review



Men's • Sportswear                    ★★★★★ 64

# 3-STRIPES CLX SWIM SHORTS

~~$55~~ **$44**

### Colors

Wonder Blue / White

### Sizes

Sorry, sizes couldn't load. Try reloading them below.

**RELOAD SIZES** →

⌨ Size guide

**ADD TO BAG** →    ♡

4 interest-free payments of $11.00 with **Klarna.**
Learn More

✓ Pay over time in interest-free installments with Affirm, Klarna or Afterpay

⟲ Join adiClub to get unlimited free standard shipping, returns, & exchanges

Document title: adidas 3-Stripes CLX Swim Shorts - Blue | Men&#39;s Swim | adidas US
Capture URL: https://www.adidas.com/us/3-stripes-clx-swim-shorts/IR9428.html
Capture timestamp (UTC): Mon, 22 Apr 2024 17:21:55 GMT

Page 8 of 14

Exhibit 1
Page 392 of 451



★★★★★
**Biglex**
✓ Verified Purchaser
Incentivized Review

**Super purchase**
April 13, 2023
Size: XL   Color: Team Navy Blue 2 / White
Great fit excellent quality and usual great delivery
Helpful?   👍 1   👎 0     Report review

★★★★★
**Ravo**

**Good swim shorts**
April 8, 2023
Nice feel to the shorts, lightweight and good fitting
Helpful?   👍 0   👎 0     Report review

★★★★★
**MickC66**
✓ Verified Purchaser
Incentivized Review

**Good Fit**
April 5, 2023
Size: L   Color: Team Navy Blue 2 / White
Good fit (I'm usually between a 34 and 36 waist and got size L).
Helpful?   👍 0   👎 0     Report review

★★★★★
**LadyD**
✓ Verified Purchaser
Incentivized Review

**Great colour**
April 5, 2023
Size: 2XL   Color: Semi Lucid Blue / White
Good shorts, nice style bright colour. Good longer length, comfortable inner net liner
Helpful?   👍 0   👎 0     Report review

★★★★★
**Superbob**
✓ Verified Purchaser
Incentivized Review

**Summer ready**
April 4, 2023
Color: Team Navy Blue 2 / White
Great quality item and a brilliant service and easy to use app
Helpful?   👍 0   👎 0     Report review

★★★★★
**Andy64**
✓ Verified Purchaser
Incentivized Review

**Great**
April 3, 2023
Color: Team Navy Blue 2 / White
Idea just what I was looking for comfort and easy to wear look great
Helpful?   👍 0   👎 0     Report review

★★★★★
**keira**
✓ Verified Purchaser
Incentivized Review

**great purchase**
April 3, 2023
Size: M   Color: Semi Lucid Blue / White
Bought this as a birthday present for my boyfriend - great quality material and a lovely colour, he loved them
Helpful?   👍 0   👎 0     Report review

★☆☆☆☆
**TheSpare**

**Nice shorts but poor in quality.**
April 2, 2023
Color: Team Navy Blue 2 / White
The shorts feel very comfortable and are good looking. However the quality is very poor and the drawcord at the waist broke down after first wash. Didn't even get to use it / try the product in swimming before it broke.



Men's • Sportswear                         ★★★★★ 64
# 3-STRIPES CLX SWIM SHORTS

~~$55~~ **$44**

### Colors

Wonder Blue / White

### Sizes

Sorry, sizes couldn't load. Try reloading them below.

**RELOAD SIZES** →

⌨ Size guide

**ADD TO BAG** →    ♡

4 interest-free payments of $11.00 with **Klarna**.
Learn More

✓ Pay over time in interest-free installments with Affirm, Klarna or Afterpay
💬 Join adiClub to get unlimited free standard shipping, returns, & exchanges

Document title: adidas 3-Stripes CLX Swim Shorts - Blue | Men&#39;s Swim | adidas US
Capture URL: https://www.adidas.com/us/3-stripes-clx-swim-shorts/IR9428.html
Capture timestamp (UTC): Mon, 22 Apr 2024 17:21:55 GMT

Page 9 of 14

Exhibit 1
Page 393 of 451



★☆☆☆

**TheSpare**

**Nice shorts but poor in quality.**                    April 2, 2023

Color: Team Navy Blue 2 / White

The shorts feel very comfortable and are good looking.
However the quality is very poor and the drawcord at the waist
broke down after first wash. Didn't even get to use it / try the
product in swimming before it broke.

Helpful? 👍 0 👎 0    Report review

---

★★★★★

**Angel70**

**Always love adidas clothes great fit and
stylish**                                              April 1, 2023

Mid season sales are awesome always find a bargain

Helpful? 👍 0 👎 0    Report review

---

★★★★☆

**DJSm7**

✓ Verified Purchaser
Incentivized Review

**Will buy another pair in a different colour**         March 29, 2023

Color: Team Navy Blue 2 / White

The length is just right, look great and are quick drying!

Helpful? 👍 0 👎 0    Report review

---

★★★★★

**SwimmingMan**

**Great pair of swim shorts**                           March 29, 2023

Would buy the same again but in a different colour

Helpful? 👍 0 👎 0    Report review

---

★★★★★

**AJL1**

**Perfect swim shorts**                                 March 29, 2023

Good for lounging around water as well as swimming

Helpful? 👍 0 👎 0    Report review

---

★★★★★

**Rosssss**

✓ Verified Purchaser
Incentivized Review

**True fit and durable material**                       March 13, 2023

Size: L   Color: Semi Lucid Blue / White

Excellent fit and quality material. They dry quickly too

Helpful? 👍 0 👎 0    Report review

---

★★★★★

**ChrisB**

**Great shorts**                                        February 19, 2023

Usual addidas comfort and the fit is great, would definitely
recommend

Helpful? 👍 0 👎 0    Report review

---

★★★★★

**Stui**

✓ Verified Purchaser
Incentivized Review

**Well made.**                                          February 14, 2023

Size: M   Color: Semi Lucid Blue / White

Great fit and as I'm a tall person they have a good leg length,
stylish.

Helpful? 👍 0 👎 0    Report review

---

★★★★★

**Very comfortable**                                    February 13, 2023

Size: 2XL   Color: Black / White



Men's • Sportswear                    ★★★★★ 64

# 3-STRIPES CLX SWIM SHORTS

~~$55~~ **$44**

### Colors

Wonder Blue / White

### Sizes

Sorry, sizes couldn't load. Try reloading them
below.

**RELOAD SIZES** →

📏 Size guide

**ADD TO BAG** →    ♡

4 interest-free payments of $11.00 with **Klarna**.
Learn More

✓ Pay over time in interest-free installments
with Affirm, Klarna or Afterpay

💬 Join adiClub to get unlimited free standard
shipping, returns, & exchanges

Document title: adidas 3-Stripes CLX Swim Shorts - Blue | Men&#39;s Swim | adidas US
Capture URL: https://www.adidas.com/us/3-stripes-clx-swim-shorts/IR9428.html
Capture timestamp (UTC): Mon, 22 Apr 2024 17:21:55 GMT

Page 10 of 14

Exhibit 1
Page 394 of 451

Verified Purchaser
Incentivized Review

Great fit and as I'm a tall person they have a good leg length, stylish.

Helpful? 👍 0 👎 0    Report review

★★★★★
**Hippo77**

✓ Verified Purchaser
Incentivized Review

**Very comfortable**    February 13, 2023

Size: 3XL    Color: Black / White

Excellent shorts, nice design and hard wearing. Would recommend to others considering purchase

Helpful? 👍 0 👎 0    Report review

★★★★★
**Garyerrt**

**Great swimming shorts**    January 9, 2023

Have been looking for a longer length swim shorts that are good quality and look good too. Finally found them

Helpful? 👍 0 👎 0    Report review

Go to filters

---

**Description**    ∧



# QUICK-DRYING SWIM SHORTS MADE WITH RECYCLED MATERIALS.

You'll reach for these classic swim shorts again and again. Lightweight and soft, these mid-rise adidas swim shorts have built-in mesh briefs for an airy feel. They're made with quick-drying fabric and have a PFC-free water-repellent finish, so they'll keep you comfortable when you swap swimming for the snack bar.

Made with 100% recycled materials, this product represents just one of our solutions to help end plastic waste.

**Details**    ∧

- Classic length: 19" (size Med)
- Mid-rise elastic waist with drawcord
- 100% recycled polyester plain weave
- Soft feel
- Mesh inner briefs
- Side mesh pockets

- Durable, moisture-wicking, quick-dry fabric
- PFC-free water-repellent finish
- Imported
- Product color: Wonder Blue / White
- Product code: IR9428

**Care**    ∧

# WASHING INSTRUCTIONS    # EXTRA CARE INFORMATION

---

Men's • Sportswear    ★★★★★ 64

# 3-STRIPES CLX SWIM SHORTS

~~$55~~ **$44**

**Colors**



Wonder Blue / White

**Sizes**

Sorry, sizes couldn't load. Try reloading them below.

**RELOAD SIZES**    →

⌨ Size guide

**ADD TO BAG**    →    ♡

4 interest-free payments of $11.00 with **Klarna.**
Learn More

✓ Pay over time in interest-free installments with Affirm, Klarna or Afterpay

Join adiClub to get unlimited free standard shipping, returns, & exchanges



Document title: adidas 3-Stripes CLX Swim Shorts - Blue | Men&#39;s Swim | adidas US
Capture URL: https://www.adidas.com/us/3-stripes-clx-swim-shorts/IR9428.html
Capture timestamp (UTC): Mon, 22 Apr 2024 17:21:55 GMT

Page 11 of 14

Exhibit 1
Page 395 of 451

- Side mesh pockets

## Care ∧

### WASHING INSTRUCTIONS

- Do not bleach
- Do not dry clean
- Machine wash cold delicate cycle
- Do not tumble dry
- Do not iron

### EXTRA CARE INFORMATION

- Rinse straight after use with mild detergent
- Remove promptly after wash
- Do not use fabric softener
- Wash with like colors

### How to style ∧

Share a photo of your adidas favorite and appear in our showcase. Make sure to tag your image with @adidas.



⊙ adam_fiore

## COMPLETE THE LOOK



$55
Designed for Training HIIT Workout HEAT.RDY Print Tee
Performance

-25 %
$75 $53
Yoga Training Hoodie
Performance

$130
Box Hog 4 Shoes
Performance

$22
Athletic Cushioned N... Show Socks 6 Pack
Performance

---

Men's • Sportswear          ★★★★★ 64

# 3-STRIPES CLX SWIM SHORTS

~~$55~~ **$44**

### Colors



Wonder Blue / White

### Sizes

Sorry, sizes couldn't load. Try reloading them below.

**RELOAD SIZES** →

⌨ Size guide

**ADD TO BAG** →    ♡

4 interest-free payments of $11.00 with **Klarna**. Learn More

✓ Pay over time in interest-free installments with Affirm, Klarna or Afterpay
↩ Join adiClub to get unlimited free standard shipping, returns, & exchanges

---

Document title: adidas 3-Stripes CLX Swim Shorts - Blue | Men&#39;s Swim | adidas US
Capture URL: https://www.adidas.com/us/3-stripes-clx-swim-shorts/IR9428.html
Capture timestamp (UTC): Mon, 22 Apr 2024 17:21:55 GMT

Page 12 of 14

Exhibit 1
Page 396 of 451



Designed for Training HIIT Workout HEAT.RDY Print Tee
Performance

Yoga Training Hoodie
Performance

Box Hog 4 Shoes
Performance

Athletic Cushioned No Show Socks 6 Pack
Performance

Men's • Sportswear        ★★★★★ 64

# 3-STRIPES CLX SWIM SHORTS

~~$55~~ **$44**

### Colors



Wonder Blue / White

### Sizes

Sorry, sizes couldn't load. Try reloading them below.

**RELOAD SIZES** →

▭ Size guide

**ADD TO BAG** →  ♡

4 interest-free payments of $11.00 with **Klarna.**
Learn More

✓ Pay over time in interest-free installments with Affirm, Klarna or Afterpay

↻ Join adiClub to get unlimited free standard shipping, returns, & exchanges

## YOU MAY ALSO LIKE

   

$40
Solid CLX Short-Length Swim Shorts
Sportswear

$50
Stripey Classics Swim Shorts Short Length
Sportswear

$55
Adicolor Essentials Solid Swim Shorts
Originals

**-20 %**
~~$40~~ $32
Solid CLX Short-Leng Swim Shorts
Sportswear

## OTHERS ALSO BOUGHT

  

$30
ALL SZN Tee
Sportswear

**-25 %**
~~$25~~ **$18**
Adilette Aqua Slides
Performance

$65
Designed for Training Workout Pants
Performance

$40
Designed for Training Workout Shorts
Performance

## RECENTLY VIEWED ITEMS

 

$65

$60

Document title: adidas 3-Stripes CLX Swim Shorts - Blue | Men&#39;s Swim | adidas US
Capture URL: https://www.adidas.com/us/3-stripes-clx-swim-shorts/IR9428.html
Capture timestamp (UTC): Mon, 22 Apr 2024 17:21:55 GMT

Page 13 of 14

Exhibit 1
Page 397 of 451



$30

ALL SZN Tee

Sportswear



**-25 %**
$25 $18

Adilette Aqua Slides

Performance



$65

Designed for Training
Workout Pants

Performance



$40

Designed for Training
Workout Shorts

Performance

4 interest-free payments of $11.00 with **Klarna.**
Learn More

✓ Pay over time in interest-free installments
with Affirm, Klarna or Afterpay

✉ Join adiClub to get unlimited free standard
shipping, returns, & exchanges

## RECENTLY VIEWED ITEMS





$45

Adicolor 3-Stripes French
Terry Shorts



$60

Tiro 24 Sweat Pants

## JOIN OUR ADICLUB & GET 15% OFF

SIGN UP FOR FREE →

| PRODUCTS | SPORTS | COLLECTIONS | SUPPORT | COMPANY INFO | FOLLOW US |
|---|---|---|---|---|---|
| Shoes | Soccer | adicolor | Help | About Us | |
| Clothing | Running | Ultraboost | Returns & Exchanges | Student Discount | |
| Accessories | Basketball | NMD | Shipping | Military & Healthcare Discount | |
| Gift Cards | Football | Forum | Order Tracker | adidas Stories | |
| | Outdoor | Superstar | Store Locator | adidas Apps | |
| New Arrivals | Golf | Running Shoes | Size Charts | adiClub | |
| Best Sellers | Baseball | adilette | Gift Card Balance | Sustainability | |
| Release Dates | Tennis | Stan Smith | How to Clean Shoes | Affiliates | |
| Sale | Skateboarding | adizero | Running Shoe Finder | Press | |
| | Training | Tiro | Bra Fit Guide | Careers | |
| | | Cloudfoam Pure | Sports Bra Finder | California Transparency in Supply Chains Act | |
| | | | Breathing for Running | Responsible Disclosure | |
| | | | Promotions | Transparency in Coverage | |
| | | | | Country Selector | |

Your Privacy Choices ✓✗   |   Privacy Policy   |   Terms and Conditions

© 2024 adidas America, Inc.

Document title: adidas 3-Stripes CLX Swim Shorts - Blue | Men&#39;s Swim | adidas US
Capture URL: https://www.adidas.com/us/3-stripes-clx-swim-shorts/IR9428.html
Capture timestamp (UTC): Mon, 22 Apr 2024 17:21:55 GMT



Document title: adidas Adicolor 3D Trefoil 3-Stripes Hoodie - Grey | adidas US
Capture URL: https://www.adidas.com/us/adicolor-3d-trefoil-3-stripes-hoodie/GE6246.html
Capture timestamp (UTC): Mon, 03 Aug 2020 13:37:33 GMT

Page 1 of 4

Exhibit 1
Page 399 of 451



2 COLORS
AVAILABLE

MEN'S • ORIGINALS                    ★★★★★ 66

GALLERY   HIGHLIGHTS   DESCRIPTION   CARE   DETAILS   COMPLETE THE LOOK   REVIEWS

## ADICOLOR 3D TREFOIL 3-STRIPES HOODIE

MEDIUM GREY HEATHER

$65

or pay over time in interest-free installments with Affirm or Klarna.
Learn more

SELECT SIZE

| S | M | L | XL | 2XL |

SIZE GUIDE                    SIZE OUT OF STOCK?

**ADD TO BAG** →

FREE SHIPPING OVER $49 • FREE EXTENDED 60 DAY RETURNS & EXCHANGES

FEEDBACK

## HIGHLIGHTS

**REGULAR FIT**

This fit is a classic.

**FOR THE LOVE OF SPORTS**

The 3D Trefoil pays tribute to adidas' sportswear past.

**EXTRA WARMTH**

Cozy fleece keeps you warm.

### ADICOLOR 3D TREFOIL 3-STRIPES HOODIE

*A HOODIE THAT SHOWS OFF A FRESH ADIDAS TREFOIL.*

A symbol of individuality. A mark of progress. Just like you, the adidas Trefoil never stops evolving, reinventing itself for a changing world. Pull on this hoodie and push onward. Keep advancing, be true.



## CARE

**WASHING INSTRUCTIONS**

- Machine wash cold delicate cycle
- Tumble dry low heat
- Do not dry clean
- Do not bleach
- Touch up with warm iron

**EXTRA CARE INFORMATION**

- Use mild detergent only
- Wash dark colors separately
- Wash and iron inside out
- Do not iron motif

## SPECIFICATIONS

- Regular fit
- Drawcord-adjustable hood
- 77% cotton, 23% recycled polyester fleece
- Pullover sweatshirt
- Kangaroo pocket
- Ribbed cuffs and hem
- Imported
- Product color: Medium Grey Heather
- Product code: GE6246

## COMPLETE THE LOOK



3D TREFOIL GRAPHIC TEE
$30



3D TREFOIL GRAPHIC SWEAT...
$70



SL 7200 PRIDE SHOES
$100



TREFOIL POCKET BACKPACK
$45

## YOU MAY ALSO LIKE

Document title: adidas Adicolor 3D Trefoil 3-Stripes Hoodie - Grey | adidas US
Capture URL: https://www.adidas.com/us/adicolor-3d-trefoil-3-stripes-hoodie/GE6246.html
Capture timestamp (UTC): Mon, 03 Aug 2020 13:37:33 GMT

Page 2 of 4

Exhibit 1
Page 400 of 451



GALLERY HIGHLIGHTS DESCRIPTION CARE DETAILS COMPLETE THE LOOK REVIEWS

MEN'S • ORIGINALS ★★★★★ 46

# ADICOLOR 3D TREFOIL 3-STRIPES HOODIE

MEDIUM GREY HEATHER

$65

or pay over time in interest-free installments with Affirm or Klarna.

Learn more

SELECT SIZE

S M L XL 2XL

SIZE GUIDE SIZE OUT OF STOCK?

ADD TO BAG

FREE SHIPPING OVER $49 + FREE EXTENDED 60 DAY RETURNS & EXCHANGES

FEEDBACK

## YOU MAY ALSO LIKE

Originals
3D TREFOIL GRAPHIC SWEAT...
$65

Performance
TIRO 19 TRAINING PANTS
$45

Originals
ADICOLOR 3D TREFOIL 3-STR...
$60

Originals
ADICOLOR 3D TREFOIL 3-STR...
$65

## RATINGS & REVIEWS

4.9 ★★★★★ 46 Reviews

NEWEST | HELPFUL | RELEVANT

### RATING BREAKDOWN

| | |
|---|---|
| 5 STARS | 43 |
| 4 STARS | 2 |
| 3 STARS | 0 |
| 2 STARS | 0 |
| 1 STARS | 1 |

**100%**

of customers recommend this product

FIT: TOO TIGHT / PERFECT / TOO LOOSE

LENGTH: RUNS SHORT / PERFECT / RUNS LONG

COMFORT: UNCOMFORTABLE / COMFORTABLE

QUALITY: POOR / PERFECT

★★★★★ August 1, 2020

**THE SWEATER IS AMAZING I LOVE IT, THE COLOR THE COLOR OF THE STRIPES, IT'S REALLY AMAZING . THIS SWEATER ALSO GOES WITH A LOT OF STYLES.**

I highly recommend people to but this sweater. It is cool

✓ I recommend this product

**A&APANTONIO** - Verified Purchaser

Was this review helpful? Yes (0) No (0)

★★★★★ July 30, 2020

**AWSOME FIT**

Fits well down the ankle and great size well done adidas

✓ I recommend this product

**NADJJSU5** - Verified Purchaser

Was this review helpful? Yes (0) No (0)

LOAD MORE

WRITE A REVIEW

## OTHERS ALSO BOUGHT

Originals
ADVENTURE FULL-ZIP HOODIE
$70

Originals
BIG TREFOIL OUTLINE COLO...
$65

Originals
OUTLINE TREFOIL LOGO HOO...
$65

Originals
ADVENTURE SWEAT PANTS
$70

## RECENTLY VIEWED ITEMS

Document title: adidas Adicolor 3D Trefoil 3-Stripes Hoodie - Grey | adidas US
Capture URL: https://www.adidas.com/us/adicolor-3d-trefoil-3-stripes-hoodie/GE6246.html
Capture timestamp (UTC): Mon, 03 Aug 2020 13:37:33 GMT



GALLERY HIGHLIGHTS DESCRIPTION CARE DETAILS COMPLETE THE LOOK REVIEWS

100%
of customers recommend this product

FIT
TOO TIGHT PERFECT TOO LOOSE

LENGTH
RUNS SHORT PERFECT RUNS LONG

COMFORT
UNCOMFORTABLE COMFORTABLE

QUALITY
POOR PERFECT

★★★★★ July 30, 2020

**AWSOME FIT**

Fits well down the ankle and great size well done adidas

✓ I recommend this product

**NADJJSU5** - Verified Purchaser

Was this review helpful? Yes (0) No (0)

LOAD MORE →

WRITE A REVIEW →

MEN'S • ORIGINALS ★★★★★ 46

# ADICOLOR 3D TREFOIL 3-STRIPES HOODIE

MEDIUM GREY HEATHER

**$65**

or pay over time in interest-free installments with Affirm or Klarna.

Learn more

SELECT SIZE

| S | M | L | XL | 2XL |
|---|---|---|---|---|

SIZE GUIDE SIZE OUT OF STOCK?

ADD TO BAG →

FREE SHIPPING OVER $49 + FREE EXTENDED 60 DAY RETURNS & EXCHANGES

FEEDBACK

## OTHERS ALSO BOUGHT

Originals
ADVENTURE FULL-ZIP HOODIE
$70

Originals
BIG TREFOIL OUTLINE COLO...
$65

Originals
OUTLINE TREFOIL LOGO HOO...
$65

Originals
ADVENTURE SWEAT PANTS
$70

## RECENTLY VIEWED ITEMS

Originals
ADICOLOR 3D TREFOIL 3-ST...
$60

Originals
ADICOLOR 3D TREFOIL 3-ST...
$60

**STAY IN THE KNOW WITH ADIDAS!**

SIGN UP →

**PRODUCTS**
Shoes
Clothing
Accessories
New Arrivals
Best Sellers
Release Dates
Sale

**SPORTS**
Soccer
Running
Basketball
Football
Outdoor
Golf
Baseball
Tennis
Skateboarding
Training

**COLLECTIONS**
NMD
Superstar
Ultraboost
Believe This Tight
adicolor
Predator
Nite Jogger
Stan Smith
EQT
Gazelle

**SUPPORT**
Help
Returns & Exchanges
Shipping
Order Tracker
Store Locator
Size Charts
Gift Card Balance
How to Clean
Bra Fit Guide
Promotions

**COMPANY INFO**
About Us
Students
adidas Stories
adidas Apps
Sustainability
Creators Club
Affiliates
Press
Careers
Gift Cards
California Transparency in Supply Chains Act

USA Data settings | Do not sell my personal information | Privacy PolicyTerms and Conditions | © 2020 adidas America Inc.

Document title: adidas Adicolor 3D Trefoil 3-Stripes Hoodie - Grey | adidas US
Capture URL: https://www.adidas.com/us/adicolor-3d-trefoil-3-stripes-hoodie/GE6246.html
Capture timestamp (UTC): Mon, 03 Aug 2020 13:37:33 GMT



also visit Reebok help exchanges & returns order tracker join creators club creators club log in

MEN WOMEN KIDS SPORTS BRANDS RELEASE DATES

Search

30% OFF ULTRABOOST* | CODE: BOOST30 COVID-19 RELIEF IS A TEAM EFFORT FREE SHIPPING OVER $49 AND FREE 60 DAY RETURNS

BACK Home / Women / Apparel

This model is 5' 10" and wears a size S. Their chest measures 35" and the waist 26".

2 COLORS AVAILABLE

GALLERY HIGHLIGHTS DESCRIPTION CARE DETAILS COMPLETE THE LOOK REVIEWS

WOMEN'S • ORIGINALS ★★★★★ 10

# ADICOLOR 3D TREFOIL TEE

WHITE / MULTICOLOR

$35

SELECT SIZE

| 2XS | XS | S | M | L |
|---|---|---|---|---|

SIZE GUIDE SIZE OUT OF STOCK?

ADD TO BAG

FREE SHIPPING OVER $49 + FREE EXTENDED 60 DAY RETURNS & EXCHANGES

Document title: adidas Adicolor 3D Trefoil Tee - White | adidas US
Capture URL: https://www.adidas.com/us/adicolor-3d-trefoil-tee/GD2256.html
Capture timestamp (UTC): Mon, 03 Aug 2020 15:52:06 GMT

2 COLORS
AVAILABLE



GALLERY    HIGHLIGHTS    DESCRIPTION    CARE    DETAILS    COMPLETE THE LOOK    REVIEWS

WOMEN'S • ORIGINALS                    ★★★★★ 16

## ADICOLOR 3D TREFOIL TEE

WHITE / MULTICOLOR

$35

SELECT SIZE

| 2XS | XS | S | M | L |

SIZE GUIDE                    SIZE OUT OF STOCK?

**ADD TO BAG →**    ♡

FREE SHIPPING OVER $49 + FREE EXTENDED 40
DAY RETURNS AND EXCHANGES

## HIGHLIGHTS

**ADICOLOR COLLECTION**

Inspired by adidas heritage, Adicolor honors its roots through modern design.

**STAND UP, STAND OUT**

Show your love of adidas front and center. The Trefoil bursts with color for a splash of fun.



### ADICOLOR 3D TREFOIL TEE

*A STRETCHY T-SHIRT WITH ASYMMETRICAL, COLORFUL 3-STRIPES.*

Never stop evolving. The adidas Trefoil debuted in 1972 as a symbol of individuality and diversity. Since then, the design has changed, but its message remains the same. A 3D version of the iconic Trefoil stands out on the arm of this tee reminding you that change can be a beautiful thing.

## CARE

**WASHING INSTRUCTIONS**

- Machine wash cold delicate cycle
- Tumble dry low heat
- Do not dry clean
- Do not bleach
- Touch up with warm iron

**EXTRA CARE INFORMATION**

- Use mild detergent only
- Wash dark colors separately
- Wash and iron inside out
- Do not iron motif
- Do not iron print
- Wash with like colors

## SPECIFICATIONS

- Slim fit
- Crewneck
- 92% cotton, 8% elastane single jersey
- Tee with sleeve graphics
- Imported
- Product color: White / Multicolor
- Product code: GD2256

## COMPLETE THE LOOK

ADICOLOR 3D TREFOIL SHOR...
$48

NMD_R1 SHOES
$140

ADICOLOR CLASSIC BACKPA...
$35

3D TREFOIL CUFF CREW SOC...
$16

Document title: adidas Adicolor 3D Trefoil Tee - White | adidas US
Capture URL: https://www.adidas.com/us/adicolor-3d-trefoil-tee/GD2256.html
Capture timestamp (UTC): Mon, 03 Aug 2020 15:52:06 GMT



GALLERY     HIGHLIGHTS     DESCRIPTION     CARE     DETAILS     COMPLETE THE LOOK     REVIEWS



WOMEN'S • ORIGINALS

★★★★★  16

## ADICOLOR 3D TREFOIL TEE

WHITE / MULTICOLOR

$35

SELECT SIZE

| 2XS | XS | S | M | L |

SIZE GUIDE          SIZE OUT OF STOCK?

**ADD TO BAG →**     ♡

↻ FREE SHIPPING OVER $49 – FREE EXTENDED 40 DAY RETURNS & EXCHANGES

## YOU MAY ALSO LIKE

Performance
FULL-LENGTH FABRIC MIX TI...
$35

Essentials
COLOR CLASH TEE
$25

Performance
OWN THE RUN TEE
$35

Originals
ADICOLOR 3D TREFOIL SHOR...
$40

## RATINGS & REVIEWS

**4.9** ★★★★★
10 Reviews

| NEWEST | HELPFUL | RELEVANT |

### RATING BREAKDOWN

5 STARS
4 STARS
3 STARS
2 STARS
1 STARS

**100%**
of customers recommend this product

FIT
TOO TIGHT     PERFECT     TOO LOOSE

LENGTH
RUNS SHORT     PERFECT     RUNS LONG

COMFORT
UNCOMFORTABLE     COMFORTABLE

QUALITY
POOR     PERFECT

★★★★★                                August 1, 2020

**GOOD QUALITY**

Lovely top but a bit small for me. Good quality and looks nice with the matching tights so ordered 2x bigger size but I prefer tops on the bigger side rather than tight fitting

✓ I recommend this product

**DEMSBOY** · Verified Purchaser

Was this review helpful?     Yes (0)     No (0)

★★★★★                                August 1, 2020

**OK**

Cute shirt, just don't have anything to wear with it, wish you guys put the whole outfits out at one time

✓ I recommend this product

**TEDA626** · Verified Purchaser

Was this review helpful?     Yes (0)     No (0)

LOAD MORE →     **WRITE A REVIEW →**

## OTHERS ALSO BOUGHT

Athletics
COLORBLOCK 3 STRIPES SH...
$40

Essentials
ADIDAS ATHLETICS GRAPHIC...
$25

Athletics
HOOSIERS UNDER THE LIGH...
$80

Athletics
COLORBLOCK TIGHTS
$40

Document title: adidas Adicolor 3D Trefoil Tee - White | adidas US
Capture URL: https://www.adidas.com/us/adicolor-3d-trefoil-tee/GD2256.html
Capture timestamp (UTC): Mon, 03 Aug 2020 15:52:06 GMT



Document title: adidas Adicolor 3D Trefoil Tee - White | adidas US
Capture URL: https://www.adidas.com/us/adicolor-3d-trefoil-tee/GD2256.html
Capture timestamp (UTC): Mon, 03 Aug 2020 15:52:06 GMT

Page 4 of 4

Exhibit 1
Page 406 of 451



also visit: Reebok | help | exchanges & returns | order tracker | join creators club | creators club | log in

adidas

MEN | WOMEN | KIDS | SPORTS | BRANDS | RELEASE DATES | Search

30% OFF ULTRABOOST* | CODE: BOOST30 | COVID-19 RELIEF IS A TEAM EFFORT | FREE SHIPPING OVER $49 AND FREE 60 DAY RETURNS

BACK | Home / Women / Apparel

This model is 5' 10" and wears a size S. Their chest measures 35" and the waist 26".

2 COLORS AVAILABLE

GALLERY | HIGHLIGHTS | DESCRIPTION | CARE | DETAILS | COMPLETE THE LOOK | REVIEWS

WOMEN'S • ORIGINALS ★★★★★ 10

# ADICOLOR 3D TREFOIL TEE

WHITE / MULTICOLOR

$35

SELECT SIZE

| 2XS | XS | S | M | L |
|---|---|---|---|---|

SIZE GUIDE | SIZE OUT OF STOCK?

ADD TO BAG

FREE SHIPPING OVER $49 • FREE EXTENDED 60 DAY RETURNS & EXCHANGES

FEEDBACK

Document title: adidas Adicolor 3D Trefoil Tee - White | adidas US
Capture URL: https://www.adidas.com/us/adicolor-3d-trefoil-tee/GD2256.html
Capture timestamp (UTC): Mon, 03 Aug 2020 15:52:17 GMT



also visit Reebok help exchanges & returns order tracker join creators club creators club log in

adidas

MEN WOMEN KIDS SPORTS BRANDS RELEASE DATES Search

30% OFF ULTRABOOST* | CODE: BOOST30 COVID-19 RELIEF IS A TEAM EFFORT FREE SHIPPING OVER $49 AND FREE 60 DAY RETURNS

BACK Home / Women / Apparel

This model is 5' 10" and wears a size S. Their chest measures 35" and the waist 26".

2 COLORS AVAILABLE

GALLERY HIGHLIGHTS DESCRIPTION CARE DETAILS COMPLETE THE LOOK REVIEWS

WOMEN'S • ORIGINALS ★★★★★ 10

# ADICOLOR 3D TREFOIL TEE

WHITE / MULTICOLOR

$35

SELECT SIZE

2XS XS S M L

SIZE GUIDE SIZE OUT OF STOCK?

ADD TO BAG

FREE SHIPPING OVER $49 • FREE EXTENDED 60 DAY RETURNS & EXCHANGES

FEEDBACK

Document title: adidas Adicolor 3D Trefoil Tee - White | adidas US
Capture URL: https://www.adidas.com/us/adicolor-3d-trefoil-tee/GD2256.html
Capture timestamp (UTC): Mon, 03 Aug 2020 15:52:28 GMT



adidas

also visit Reebok help exchanges & returns order tracker join creators club creators club log in

MEN WOMEN KIDS SPORTS BRANDS RELEASE DATES Search

30% OFF ULTRABOOST* | CODE: BOOST30 COVID-19 RELIEF IS A TEAM EFFORT FREE SHIPPING OVER $49 AND FREE 60 DAY RETURNS

BACK Home / Women / Apparel

This model is 5' 10" and wears a size S. Their chest measures 35" and the waist 26".

2 COLORS AVAILABLE

GALLERY HIGHLIGHTS DESCRIPTION CARE DETAILS COMPLETE THE LOOK REVIEWS

WOMEN'S • ORIGINALS ★★★★★ 10

# ADICOLOR 3D TREFOIL TEE

WHITE / MULTICOLOR

$35

SELECT SIZE

| 2XS | XS | S | M | L |
|---|---|---|---|---|

SIZE GUIDE SIZE OUT OF STOCK?

ADD TO BAG

FREE SHIPPING OVER $49 • FREE EXTENDED 60 DAY RETURNS & EXCHANGES

FEEDBACK

Document title: adidas Adicolor 3D Trefoil Tee - White | adidas US
Capture URL: https://www.adidas.com/us/adicolor-3d-trefoil-tee/GD2256.html
Capture timestamp (UTC): Mon, 03 Aug 2020 15:52:38 GMT



also visit Reebok | help | exchanges & returns | order tracker | join creators club | creators club | log in

adidas

MEN | WOMEN | KIDS | SPORTS | BRANDS | RELEASE DATES

Search

30% OFF ULTRABOOST* | CODE: BOOST30 | COVID-19 RELIEF IS A TEAM EFFORT | FREE SHIPPING OVER $49 AND FREE 60 DAY RETURNS

BACK | Home / Women / Apparel

2 COLORS AVAILABLE

GALLERY | HIGHLIGHTS | DESCRIPTION | CARE | DETAILS | COMPLETE THE LOOK | REVIEWS

WOMEN'S • ORIGINALS ★★★★★ 10

# ADICOLOR 3D TREFOIL TEE

WHITE / MULTICOLOR

$35

SELECT SIZE

| 2XS | XS | S | M | L |
|---|---|---|---|---|

SIZE GUIDE | SIZE OUT OF STOCK?

ADD TO BAG

FREE SHIPPING OVER $49 • FREE EXTENDED 60 DAY RETURNS & EXCHANGES

FEEDBACK

Document title: adidas Adicolor 3D Trefoil Tee - White | adidas US
Capture URL: https://www.adidas.com/us/adicolor-3d-trefoil-tee/GD2256.html
Capture timestamp (UTC): Mon, 03 Aug 2020 15:52:50 GMT



Document title: adidas Adicolor 3D Trefoil Tee - White | adidas US
Capture URL: https://www.adidas.com/us/adicolor-3d-trefoil-tee/GD2256.html
Capture timestamp (UTC): Mon, 03 Aug 2020 15:53:03 GMT

Page 1 of 1

Exhibit 1
Page 411 of 451



WOMEN'S • ORIGINALS                         ★ ★ ★ ★ ★  18

## ADICOLOR 3D TREFOIL TEE

WHITE / MULTICOLOR

$35

SELECT SIZE

2XS    XS    S    M    L

SIZE GUIDE                          SIZE OUT OF STOCK?

ADD TO BAG            →         ♡

FREE SHIPPING OVER $49 • FREE EXTENDED 60
DAY RETURNS & EXCHANGES

GALLERY    HIGHLIGHTS    DESCRIPTION    CARE    DETAILS    COMPLETE THE LOOK    REVIEWS

Document title: adidas Adicolor 3D Trefoil Tee - White | adidas US
Capture URL: https://www.adidas.com/us/adicolor-3d-trefoil-tee/GD2256.html
Capture timestamp (UTC): Mon, 03 Aug 2020 15:53:14 GMT

Page 1 of 1

Exhibit 1
Page 412 of 451



adidas
also visit Reebok help exchanges & returns order tracker join creators club creators club log in
MEN WOMEN KIDS SPORTS BRANDS RELEASE DATES Search
KIDS SALE | USE CODE: ACTIVE COVID-19 RELIEF IS A TEAM EFFORT FREE SHIPPING OVER $49 AND FREE 60 DAY RETURNS

BACK Home / Women / Apparel

This model is 5' 10" and wears a size S. Their chest measures 33" and the waist 24".

2 COLORS AVAILABLE

GALLERY DESCRIPTION CARE DETAILS COMPLETE THE LOOK REVIEWS

WOMEN'S • SOCCER ★★★★★ 32

# TIRO 19 TRAINING PANTS

BLACK / POWER RED / WHITE / BOLD BLUE

$41 ~~$45~~

SELECT SIZE

2XS XS S M L
2XL

SIZE GUIDE SIZE OUT OF STOCK?

ADD TO BAG

FREE SHIPPING OVER $49 • FREE EXTENDED 60 DAY RETURNS & EXCHANGES

FEEDBACK

Document title: adidas Tiro 19 Training Pants - Black | adidas US
Capture URL: https://www.adidas.com/us/tiro-19-training-pants/FK9657.html
Capture timestamp (UTC): Tue, 21 Jul 2020 20:56:50 GMT



2 COLORS AVAILABLE

WOMEN'S • SOCCER                    ★ ★ ★ ★ ★ 32

GALLERY    DESCRIPTION    CARE    DETAILS    COMPLETE THE LOOK    REVIEWS

## TIRO 19 TRAINING PANTS

BLACK / POWER RED / WHITE / BOLD BLUE

$41 $45

SELECT SIZE

| 2XS | XS | S | M | L |
| 2XL | | | | |

SIZE GUIDE                          SIZE OUT OF STOCK?

ADD TO BAG  ➔          ♡

FREE SHIPPING OVER $49 • FREE EXTENDED 60 DAY RETURNS & EXCHANGES

FEEDBACK



### TIRO 19 TRAINING PANTS

*AN ON-PITCH CLASSIC UPDATED WITH MULTICOLOR 3-STRIPES.*

Stay cool no matter how hard you train. These soccer track pants battle the heat with breathable, quick-drying fabric. Cut for movement, they have a slim fit and stretchy ribbed details on the lower legs to promote clean footwork. Ankle zips allow you to pull them on or off over cleats.

## CARE

**WASHING INSTRUCTIONS**

- Machine wash warm
- Tumble dry low heat
- Do not dry clean
- Do not bleach
- Touch up with cool iron

**EXTRA CARE INFORMATION**

- Use mild detergent only
- Wash with like colors
- Wash and iron inside out
- Wash with fasteners closed

## SPECIFICATIONS

- Slim fit is cut close to the body
- 100% polyester doubleknit
- Side seam zip pockets; Drawcord on elastic waist; Mesh inserts on sides
- Ribbed inserts on lower legs; Climacool ventilation; Ankle zips
- Imported
- Product color: Black / Power Red / White / Bold Blue
- Product code: FK9657

## COMPLETE THE LOOK

MUST HAVES VERSATILITY C...
$35 $70

STRUTTER SHOES
$44 $60

POWER 5 BACKPACK
$29 $40

## YOU MAY ALSO LIKE

Performance
TIRO 19 TRAINING PANTS
$41 $45

Performance
TIRO 19 TRAINING PANTS
$41 $45

NEW
Performance
TIRO 19 TRAINING PANTS
$45

Performance
TIRO 19 TRAINING PANTS
$41 $45

Document title: adidas Tiro 19 Training Pants - Black | adidas US
Capture URL: https://www.adidas.com/us/tiro-19-training-pants/FK9657.html
Capture timestamp (UTC): Tue, 21 Jul 2020 20:56:50 GMT

Page 2 of 4

Exhibit 1
Page 414 of 451



GALLERY DESCRIPTION CARE DETAILS COMPLETE THE LOOK **REVIEWS**

Performance
TIRO 19 TRAINING PANTS
$41 ~~$45~~

Performance
TIRO 19 TRAINING PANTS
$41 ~~$45~~

Performance
TIRO 19 TRAINING PANTS
$45

Performance
TIRO 19 TRAINING PANTS
$41 ~~$45~~

WOMEN'S • SOCCER ★★★★★ 32

# TIRO 19 TRAINING PANTS

BLACK / POWER RED / WHITE / BOLD BLUE

$41 ~~$45~~

SELECT SIZE

2XS XS S M L
2XL

SIZE GUIDE SIZE OUT OF STOCK?

ADD TO BAG

FREE SHIPPING OVER $49 + FREE EXTENDED 60 DAY RETURNS & EXCHANGES

FEEDBACK

## RATINGS & REVIEWS

**4.7** ★★★★★ 32 Reviews

NEWEST HELPFUL RELEVANT

RATING BREAKDOWN

| | |
|---|---|
| 5 STARS | 25 |
| 4 STARS | 5 |
| 3 STARS | 1 |
| 2 STARS | 1 |
| 1 STARS | 0 |

**97%**
of customers recommend this product

FIT: TOO TIGHT PERFECT TOO LOOSE
LENGTH: RUNS SHORT PERFECT RUNS LONG
COMFORT: UNCOMFORTABLE COMFORTABLE
QUALITY: POOR PERFECT

★★★★★ July 18, 2020

**MY FAVORITE**

Tiro 19 training pants are always my go to. I do everything in these pants

✓ I recommend this product

BREEZEYTHEREBEL

Was this review helpful? Yes (0) No (0)

★★☆☆☆ July 14, 2020

**FABRIC AND QUALITY ARE DISAPPOINTING**

I am 4'11 and weigh 162 lbs. For whatever reason this fabric is totally different compared to their cotton pants. I typically like my sweats / pants to have a little room so I ordered a medium because I own a different color in these but in a large and their too big. If a medium is too small and a large is too big I don't know what that means or says about these pants. I refuse to return or exchange these pants because of COVID-19 and all the delays in shipping.

CYNRAMOS

Was this review helpful? Yes (0) No (0)

LOAD MORE WRITE A REVIEW

## OTHERS ALSO BOUGHT

Performance
TIRO 19 TRAINING PANTS
$50

Essentials
ESSENTIALS LINEAR TIGHTS
$21 ~~$35~~

Essentials
ADILETTE COMFORT SLIDES
$28 ~~$35~~

Essentials
DESIGNED 2 MOVE 3-STRIPE...
$30 ~~$50~~

## RECENTLY VIEWED ITEMS

Performance
TIRO 19 TRAINING PANTS
$45

Performance
PRIDE BELIEVE THIS 2.0 3-...
$65



GALLERY DESCRIPTION CARE DETAILS COMPLETE THE LOOK **REVIEWS**

of customers recommend this product

FIT
TOO TIGHT PERFECT TOO LOOSE

LENGTH
RUNS SHORT PERFECT RUNS LONG

COMFORT
UNCOMFORTABLE COMFORTABLE

QUALITY
POOR PERFECT

★★☆☆☆ July 14, 2020

**FABRIC AND QUALITY ARE DISAPPOINTING**

I am 4'11 and weigh 162 lbs. For whatever reason this fabric is totally different compared to their cotton pants. I typically like my sweats / pants to have a little room so I ordered a medium because I own a different color in these but in a large and their too big. If a medium is too small and a large is too big I don't know what that means or says about these pants. I refuse to return or exchange these pants because of COVID-19 and all the delays in shipping.

**CYNRAMOS**

Was this review helpful? Yes (0) No (0)

LOAD MORE → WRITE A REVIEW →

WOMEN'S • SOCCER ★★★★★ 32

# TIRO 19 TRAINING PANTS

BLACK / POWER RED / WHITE / BOLD BLUE

$41 ~~$45~~

SELECT SIZE

2XS XS S M L
2XL

SIZE GUIDE SIZE OUT OF STOCK?

ADD TO BAG →

FEEDBACK

FREE SHIPPING OVER $49 + FREE EXTENDED 60 DAY RETURNS & EXCHANGES

## OTHERS ALSO BOUGHT

Performance
TIRO 19 TRAINING PANTS
$50

Essentials
ESSENTIALS LINEAR TIGHTS
$21 ~~$35~~

Essentials
ADILETTE COMFORT SLIDES
$28 ~~$35~~

Essentials
DESIGNED 2 MOVE 3-STRIPE...
$30 ~~$50~~

## RECENTLY VIEWED ITEMS

Performance
TIRO 19 TRAINING PANTS
$45

Performance
PRIDE BELIEVE THIS 2.0 3-...
$65

**STAY IN THE KNOW WITH ADIDAS!** SIGN UP →

**PRODUCTS**
Shoes
Clothing
Accessories
New Arrivals
Best Sellers
Release Dates
Sale

**SPORTS**
Soccer
Running
Basketball
Football
Outdoor
Golf
Baseball
Tennis
Skateboarding
Training

**COLLECTIONS**
NMD
Superstar
Ultraboost
Believe This Tight
adicolor
Predator
Nite Jogger
Stan Smith
EQT
Gazelle

**SUPPORT**
Help
Returns & Exchanges
Shipping
Order Tracker
Store Locator
Size Charts
Gift Card Balance
How to Clean
Bra Fit Guide
Promotions

**COMPANY INFO**
About Us
Students
adidas Stories
adidas Apps
Sustainability
Creators Club
Affiliates
Press
Careers
Gift Cards
California Transparency in Supply Chains Act

USA | Data settings | Do not sell my personal information | Privacy Policy Terms and Conditions | © 2020 adidas America Inc.

Document title: adidas Tiro 19 Training Pants - Black | adidas US
Capture URL: https://www.adidas.com/us/tiro-19-training-pants/FK9657.html
Capture timestamp (UTC): Tue, 21 Jul 2020 20:56:50 GMT



Document title: adidas 3D Trefoil 3-Stripes Sweat Shorts - Grey | adidas US
Capture URL: https://www.adidas.com/us/3d-trefoil-3-stripes-sweat-shorts/GP5908.html
Capture timestamp (UTC): Mon, 03 Aug 2020 15:39:12 GMT

Page 1 of 1

Exhibit 1
Page 417 of 451



JD (//www.jdsports.com)

My Store: Greenbriar Mall JD

Home (http://www.jdsports.com)  ›  Men (http://www.jdsports.com/store/mens?mnid=mens)  ›
Clothing (http://www.jdsports.com/store/jd/all-clothing/clothing/_/N-ssm6hu?mnid=jd_allclothing_clothing)  ›
Pants (http://www.jdsports.com/store/jd/all-clothing/clothing/pants/_/N-shrjzl?mnid=jd_allclothing_clothing_pants)

★ ★ ★ ★ ★ (23)
**MEN'S ADIDAS ORIGINALS ADICOLOR CLASSICS SUPERSTAR TRACK LIFESTYLE PANTS**

$70.00 **$50.00**
Or 4 interest-free installments with                    Info



★ ★ ★ ★ ★ (23)
**MEN'S ADIDAS ORIGINALS ADICOLOR CLASSICS SUPERSTAR TRACK LIFESTYLE PANTS**

$70.00 **$50.00**
Or 4 interest-free installments with                    Info

**COLOR**
White/Better Scarlet/Solar Gold/Green - IS7241 100

**SIZE**                                              Size Chart

| S | M | L | XL | XXL |

● Ship to an address
   In Stock

○ Store Pickup: Select Location 📍

Exhibit 1
Page 418 of 451



**FREE PICKUP TODAY**
Out of Stock

**ADD TO BASKET**

**BUY IT WITH**

**Men's Adidas Originals Adicolor Classics Superstar Lifestyle Track Jacket** (/Store/Browse/ProductDetail.Jsp?ProductId=Prod2788795&StyleId=IS7240&ColorId=100)
6 Colors

~~$80.00~~  $55.00
(/store/browse/productDetail.jsp?productId=prod2788795&styleId=IS7240&colorId=100)

**Color**

**Size**

Select

**ADD TO BASKET**

**STATUS** GET POINTS. GAIN ACCESS. BOOST YOUR STATUS.
Use your   TATU   across our brand family, JD   ports and Finish Line
Join STATUS Now (/status)

Product Details

Reviews

Exhibit 1
Page 419 of 451

## YOU MAY ALSO LIKE

12 items

‹ ›

      

(/store/product/mens-adidas-originals-adicolor-classics-adibreak-snap-track-pants/prod2844931?styleId=IM8215&colorId=330)

2 Colors

**Men's adidas Originals adicolor Classics Adibreak...**

$85.00

(/store/product/mens-adidas-originals-adicolor-firebird-woven-track-pants/prod2867009?styleId=IT2501&colorId=001)

1 Color

**Men's adidas Originals adicolor Firebird Woven...**

$70.00

(/store/product/mens-adidas-adicolor-classics-firebird-track-pants/prod2870058?styleId=IJ7055&colorId=000)

1 Color

**Men's adidas adicolor Classics Firebird Track Pants**

$70.00

(/store/product/mens-

(/store/product/mens-adidas-originals-adicolor-classics-firebird-track-top/prod2870286?styleId=IJ7058&colorId=000)

1 Color

**Men's adidas Originals adicolor Classics Firebird...**

$80.00

(/store/product/mens-adidas-originals-adicolor-adibreak-track-top/prod2871645?styleId=IV5349&colorId=031)

1 Color

**Men's adidas Originals adicolor Classics Adibreak...**

$85.00

(/store/product/mens-adidas-originals-football-classic-mono-print-track-pants/prod2866997?styleId=IS2922&colorId=200)

1 Color

**Men's adidas Originals Football Classic Mono Prin...**

$90.00

(/store/product/mens-adidas-originals-adicolor-lifestyle-t-shirt/prod2868491?styleId=IX9987&colorId=538)

2 Colors

**Men's adidas Originals adicolor Lifestyle T-Shirt**

$35.00

(/store/product/mens-

(/store/product/n adidas-originals-adicolor-adibreak-lifestyle-t-shirt/prod2871643?styleId=IR7996&co)

2 Colors

**Men's adidas Originals adico adiBreak Lifest...**

$40.00

## FREQUENTLY BOUGHT TOGETHER

12 items

‹ ›

       

(/store/product/mens-adidas-originals-varsity-graphic-t-shirt/prod2868492?styleId=IX0951&colorId=300)

2 Colors

**Men's adidas Originals Varsity Graphic T-Shirt**

$40.00

(/store/product/mens-

(/store/product/adidas-basketball-one-sleeveless-sweatshirt/prod2855019?styleId=IN4252&colorId=310)

3 Colors

**adidas Basketball One Sleeveless Sweatshirt**

$60.00

(/store/product/adidas-

(/store/product/adidas-one-basketball-shorts/prod2855016?styleId=IN4249&colorId=310)

2 Colors

**adidas One Basketball Shorts**

$60.00

(/store/product/adidas-one-basketball-shorts/prod2855016?)

(/store/product/mens-nike-victori-one-slide-sandals/prod2819948?styleId=CN9675&colorId=002)

4 Colors

**Men's Nike Victori One Slide Sandals**

$35.00

(/store/product/mens-nike-victori-one-slide-

(/store/product/mens-adidas-originals-adicolor-classics-superstar-lifestyle-track-jacket/prod2788795?styleId=IZ0029&colorId=610)

6 Colors

**Men's adidas Originals adicolor Classics Superstar...**

$80.00

(/store/product/mens-adidas-originals-asics-gel-1130-casual-shoes/prod2857533?styleId=1201A255&colorId=960)

4 Colors

**Men's ASICS GEL-1130 Casual Shoes**

$100.00

(/store/product/mens-asics-gel-1130-casual-

(/store/product/adidas-basketball-one-sleeveless-sweatshirt/prod2855019?styleId=IN4251&colorId=020)

3 Colors

**adidas Basketball One Sleeveless Sweatshirt**

$60.00

(/store/product/adidas-

(/store/product/n nike-sportswear-embroidered-wov flow-shorts/prod2861?styleId=FJ1653&co)

3 Colors

**Men's Nike Sportswear Embroidered...**

$60.00

Exhibit 1

Page 420 of 451



Get $15 off orders $75+ with in-store pick up
Shop Your Store Details

FINISH LINE

Bag

NEW ARRIVALS

ELEASES

**Gender**

Men
Women

**Category**

Clothing

**Brand**

**Size**

XS S M
XL XXL

**Color**

Black
Blue
Green
White
Red

**On Sale**

Sale

**Price**

Under $50
$50-$100

**Collection**

adidas Originals

# MEN'S ADIDAS ORIGINALS ADICOLOR CLASSICS SUPERSTAR TRACK LIFESTYLE PANTS

~~$70.00~~ $50.00

**Color:** White/Better Scarlet/Solar Gold/Green - IS7241 100

**Size**

S M L XL XXL

**ADD TO BAG**

View Full Product Details

**COMPLETE THE LOOK**
3 outfits

View details

View details

nce

ginals Superstar cket

Originals Firebird ants

ginals Superstar ants



Document title: Adicolor Classics Lifestyle Online at FinishLine.com
Capture URL: https://www.finishline.com/store/_/N-/Ntt-adicolor%20classics%20lifestyle
Capture timestamp (UTC): Tue, 23 Apr 2024 21:57:58 GMT

Page 2 of 3

Exhibit 1
Page 422 of 451



Document title: Adicolor Classics Lifestyle Online at FinishLine.com
Capture URL: https://www.finishline.com/store/_/N-/Ntt-adicolor%20classics%20lifestyle
Capture timestamp (UTC): Tue, 23 Apr 2024 21:57:58 GMT

Page 3 of 3

Exhibit 1
Page 423 of 451



Stay in the loop for releases and more.
Join STATUS for Free or Sign In

FINISH

Bag

NEW ARRIVALS

ELEASES

**Gender**

Men
Women

**Category**

Clothing

**Brand**

**Size**

XS S M
XL XXL

**Color**

Black
Blue
Green
White
Red

**On Sale**

Sale

**Price**

Under $50
$50-$100

**Collection**

adidas Originals

# MEN'S ADIDAS ORIGINALS ADICOLOR CLASSICS SUPERSTAR LIFESTYLE TRACK JACKET

~~$80.00~~ $55.00

**Color:** White/Better Scarlet/Solar Gold/Green - IS7240 100

**Size**

S M L XL XXL

**ADD TO BAG**

View Full Product Details

## YOU MAY ALSO LIKE

12 items

1 Color
**Men's adidas Originals adicolor Classics Adibreak Track Top**
$85.00

4 Colors
**Men's adidas Originals adicolor Classics Superstar Track Pants**
$70.00
★★★★★ (8)

1 Color
**Men's adidas Originals adicolor Firebird Woven Track Top**
$80.00

2 Colors
**Men's adidas Or adicolor Lifesty**
$35.00

nce

**ginals Superstar cket**

**Originals Firebird ants**

4 colors
**Women's adidas Originals adicolor Classics Firebird Lifestyle Track Pants**

4 colors
**Women's adidas Originals adicolor Classics Firebird Lifestyle Track Pants**

4 colors
**Women's adidas Originals adicolor Classics Firebird Lifestyle Track Pants**

5 colors
**Men's adidas Originals adicolor Classics Superstar Track Lifestyle Pants**

Document title: Adicolor Classics Lifestyle Online at FinishLine.com
Capture URL: https://www.finishline.com/store/_/N-/Ntt-adicolor%20classics%20lifestyle
Capture timestamp (UTC): Tue, 23 Apr 2024 21:59:11 GMT



Document title: Adicolor Classics Lifestyle Online at FinishLine.com
Capture URL: https://www.finishline.com/store/_/N-/Ntt-adicolor%20classics%20lifestyle
Capture timestamp (UTC): Tue, 23 Apr 2024 21:59:11 GMT

Page 2 of 3

Exhibit 1
Page 425 of 451



$70.00 $70.00 $70.00 ~~$70.00~~ $50.00
★★★★★ (21)

# MEN'S ADIDAS ORIGINALS ADICOLOR CLASSICS SUPERSTAR LIFESTYLE TRACK JACKET

~~$80.00~~ $55.00

**Color:** White/Better Scarlet/Solar Gold/Green - IS7240 100

**Size**

S M L XL XXL

**ADD TO BAG**

View Full Product Details ▸

## YOU MAY ALSO LIKE

12 items

1 Color
**Men's adidas Originals adicolor Classics Adibreak Track Top**
$85.00

4 Colors
**Men's adidas Originals adicolor Classics Superstar Track Pants**
$70.00
★★★★★ (8)

1 Color
**Men's adidas Originals adicolor Firebird Woven Track Top**
$80.00

2 Colors
**Men's adidas Ori adicolor Lifestyl**
$35.00

up or head more styles

of 1

OR Get app

ORE ▸ s are the best see for yourself

GET BOOS

Use your STATUS JD Sports and Fin

Join STATUS

rd alance

LIST latest Finish Line dates, and special

your email

ECTED t alerts to be the bout latest drops

hone numb

texts, you agree to d recurring marketing ing cart reminders) You also accept the Consent is not a hase. Msg frequency a rates may apply. Text STOP to unsubscribe.

2024 Finish Line, Inc. All Rights Reserved. Privacy Policy Targeted Ads Notice Terms of Use Site Map

Do Not Sell or Share My Personal Information Limit the Use of My Personal Information

Document title: Adicolor Classics Lifestyle Online at FinishLine.com
Capture URL: https://www.finishline.com/store/_/N-/Ntt-adicolor%20classics%20lifestyle
Capture timestamp (UTC): Tue, 23 Apr 2024 21:59:11 GMT



Document title: adidas Pride Believe This 2.0 3-Stripes 7/8 Tights - Black | adidas US
Capture URL: https://www.adidas.com/us/pride-believe-this-2-0-3-stripes-7-8-tights/GM3529.html
Capture timestamp (UTC): Tue, 21 Jul 2020 20:50:32 GMT

Page 1 of 4

Exhibit 1
Page 427 of 451

GALLERY    DESCRIPTION    CARE    DETAILS    COMPLETE THE LOOK    REVIEWS

WOMEN'S • TRAINING                                ★★★★★ 11

## PRIDE BELIEVE THIS 2.0 3-STRIPES 7/8 TIGHTS

*HIGH-RISE TRAINING TIGHTS THAT ARE PART OF THE ADIDAS PRIDE COLLECTION.*

These adidas workout tights are designed in honor of LGBTQ Pride, the progress behind us and the work ahead. They keep you comfortable as you get your body moving, whether that means a pre-dawn boxing class or late-night yoga session with friends.



### PRIDE BELIEVE THIS 2.0 3-STRIPES 7/8 TIGHTS

BLACK

**$45**
or pay over time in interest-free installments with Affirm or Klarna.
Learn more

STANDARD    PLUS SIZE

SELECT SIZE

| 2XS | XS | S | M | L |
| XL |

SIZE GUIDE                        SIZE OUT OF STOCK?

ADD TO BAG    →    ♡

FREE SHIPPING OVER $49 • FREE EXTENDED 60 DAY RETURNS & EXCHANGES

FEEDBACK

## CARE

**WASHING INSTRUCTIONS**

- Machine wash cold delicate cycle
- Do not tumble dry
- Do not dry clean

**EXTRA CARE INFORMATION**

- Do not bleach
- Do not iron
- Do not use fabric softener
- Use mild detergent only
- Wash with like colors

## SPECIFICATIONS

- Fitted fit
- Elastic waist
- 64% nylon, 36% elastane
- High-rise tights
- Moisture-absorbing AEROREADY

- Seven-eighth length
- Imported
- Product color: Black
- Product code: GM3529

## COMPLETE THE LOOK






STYLE TRACK JACKET (PLUS...    UNIV. TANK TOP    CRAZYFLIGHT SHOES    BACKPACK 23L
$70                           $25              $130                $62

## YOU MAY ALSO LIKE






Originals               Essentials                  Performance                 Originals
PRIDE LINEAR CROPPED TEE    PRIDE BADGE OF SPORT TEE...    PRIDE BELIEVE THIS 2.0 3-S...    PRIDE BIKE SHORTS
$25                     $25                         $45                         $35

Document title: adidas Pride Believe This 2.0 3-Stripes 7/8 Tights - Black | adidas US
Capture URL: https://www.adidas.com/us/pride-believe-this-2.0-3-stripes-7-8-tights/GM3529.html
Capture timestamp (UTC): Tue, 21 Jul 2020 20:50:32 GMT

Page 2 of 4

Exhibit 1
Page 428 of 451



GALLERY DESCRIPTION CARE DETAILS COMPLETE THE LOOK REVIEWS

WOMEN'S • TRAINING ★★★★★ 33

# PRIDE BELIEVE THIS 2.0 3-STRIPES 7/8 TIGHTS

BLACK

$65

or pay over time in interest-free installments with Affirm or Klarna.
Learn more

STANDARD PLUS SIZE

SELECT SIZE

2XS XS S M L XL

SIZE GUIDE SIZE OUT OF STOCK?

ADD TO BAG

FREE SHIPPING OVER $49 + FREE EXTENDED 60 DAY RETURNS & EXCHANGES

FEEDBACK

## RATINGS & REVIEWS

4.5 ★★★★★ 33 Reviews

RATING BREAKDOWN

5 STARS 21
4 STARS 9
3 STARS 3
2 STARS 0
1 STARS 0

97%
of customers recommend this product

FIT: TOO TIGHT PERFECT TOO LOOSE
LENGTH: RUNS SHORT PERFECT RUNS LONG
COMFORT: UNCOMFORTABLE COMFORTABLE
QUALITY: POOR PERFECT

NEWEST HELPFUL RELEVANT

★★★★★ July 21, 2020

**GREAT COLOURS**

I LIKE THE COMBINATION OF MY FAVOURITE BLACK SIMPLE LEGGINS WITH THE COLORFUL ACCENT

✓ I recommend this product

KINGAPTLONDON - Verified Purchaser

Was this review helpful? Yes (0) No (0)

★★★★★ July 19, 2020

**GREAT ACTIVE PANTS.**

They are very comfortable and are the perfect fit and length. I'm 5'4" and weigh 153, I purchased a medium.

✓ I recommend this product

PRETTIIEIIES

Was this review helpful? Yes (0) No (0)

LOAD MORE WRITE A REVIEW

## OTHERS ALSO BOUGHT

Performance
ACTIVATED TECH 7/8 TIGHTS
$45

Performance
ULTRABOOST 20 SHOES
$180

Performance
PACER 3-STRIPES KNIT SHO...
$25

Performance
ULTRABOOST 20 SHOES
$180

STAY IN THE KNOW WITH ADIDAS!
SIGN UP

| PRODUCTS | SPORTS | COLLECTIONS | SUPPORT | COMPANY INFO |
|---|---|---|---|---|
| Shoes | Soccer | NMD | Help | About Us |
| Clothing | Running | Superstar | Returns & Exchanges | Students |
| Accessories | Basketball | Ultraboost | Shipping | adidas Stories |
| New Arrivals | Football | Believe This Tight | Order Tracker | adidas Apps |
| Best Sellers | Outdoor | adicolor | Store Locator | Sustainability |
| Release Dates | Golf | Predator | Size Charts | Creators Club |
| | Baseball | Nite Jogger | Gift Card Balance | Affiliates |

Document title: adidas Pride Believe This 2.0 3-Stripes 7/8 Tights - Black | adidas US
Capture URL: https://www.adidas.com/us/pride-believe-this-2.0-3-stripes-7-8-tights/GM3529.html
Capture timestamp (UTC): Tue, 21 Jul 2020 20:50:32 GMT



GALLERY DESCRIPTION CARE DETAILS COMPLETE THE LOOK REVIEWS

WOMEN'S • TRAINING ★★★★★ 33

# PRIDE BELIEVE THIS 2.0 3-STRIPES 7/8 TIGHTS

BLACK

$65

or pay over time in interest-free installments with Affirm or Klarna.
Learn more

STANDARD PLUS SIZE

SELECT SIZE

2XS XS S M L XL

SIZE GUIDE SIZE OUT OF STOCK?

ADD TO BAG

FREE SHIPPING OVER $49 + FREE EXTENDED 60 DAY RETURNS & EXCHANGES

FEEDBACK

4.5 ★★★★☆ 33 Reviews

RATING BREAKDOWN

| | |
|---|---|
| 5 STARS | 21 |
| 4 STARS | 9 |
| 3 STARS | 3 |
| 2 STARS | 0 |
| 1 STARS | 0 |

97%

of customers recommend this product

FIT: TOO TIGHT — PERFECT — TOO LOOSE

LENGTH: RUNS SHORT — PERFECT — RUNS LONG

COMFORT: UNCOMFORTABLE — COMFORTABLE

QUALITY: POOR — PERFECT

NEWEST HELPFUL RELEVANT

★★★★★ July 21, 2020

**GREAT COLOURS**

I LIKE THE COMBINATION OF MY FAVOURITE BLACK SIMPLE LEGGINS WITH THE COLORFUL ACCENT

✓ I recommend this product

KINGAPTLONDON - Verified Purchaser

Was this review helpful? Yes (0) No (0)

★★★★★ July 19, 2020

**GREAT ACTIVE PANTS.**

They are very comfortable and are the perfect fit and length. I'm 5'4" and weigh 153, I purchased a medium.

✓ I recommend this product

PRETTIIEIIES

Was this review helpful? Yes (0) No (0)

LOAD MORE

WRITE A REVIEW

## OTHERS ALSO BOUGHT

Performance
ACTIVATED TECH 7/8 TIGHTS
$45

Performance
ULTRABOOST 20 SHOES
$180

Performance
PACER 3-STRIPES KNIT SHO...
$25

Performance
ULTRABOOST 20 SHOES
$180

**STAY IN THE KNOW WITH ADIDAS!** SIGN UP

| PRODUCTS | SPORTS | COLLECTIONS | SUPPORT | COMPANY INFO |
|---|---|---|---|---|
| Shoes | Soccer | NMD | Help | About Us |
| Clothing | Running | Superstar | Returns & Exchanges | Students |
| Accessories | Basketball | Ultraboost | Shipping | adidas Stories |
| New Arrivals | Football | Believe This Tight | Order Tracker | adidas Apps |
| Best Sellers | Outdoor | adicolor | Store Locator | Sustainability |
| Release Dates | Golf | Predator | Size Charts | Creators Club |
| Sale | Baseball | Nite Jogger | Gift Card Balance | Affiliates |
| | Tennis | Stan Smith | How to Clean | Press |
| | Skateboarding | EQT | Bra Fit Guide | Careers |
| | Training | Gazelle | Promotions | Gift Cards |
| | | | | California Transparency in Supply Chains Act |

USA | Data settings | Do not sell my personal information | Privacy PolicyTerms and Conditions | © 2020 adidas America Inc.

Document title: adidas Pride Believe This 2.0 3-Stripes 7/8 Tights - Black | adidas US
Capture URL: https://www.adidas.com/us/pride-believe-this-2.0-3-stripes-7-8-tights/GM3529.html
Capture timestamp (UTC): Tue, 21 Jul 2020 20:50:32 GMT



NEW

This model is 5' 9" and wears a size S. Their chest measures 30" and the waist 23".

2 COLORS AVAILABLE

GALLERY HIGHLIGHTS DESCRIPTION CARE DETAILS COMPLETE THE LOOK REVIEWS

WOMEN'S • ORIGINALS ★★★★★ 1

# ADICOLOR HALF-ZIP CROP TOP

SCARLET

$70

or pay over time in interest-free installments with Affirm or Klarna.

Learn more

SELECT SIZE

| | | | | |
|---|---|---|---|---|
| 2XS | XS | S | M | L |
| XL | | | | |

SIZE GUIDE

ADD TO BAG

FREE SHIPPING OVER $49 + FREE EXTENDED 60 DAY RETURNS & EXCHANGES

Document title: adidas Adicolor Half-Zip Crop Top - Red | adidas US
Capture URL: https://www.adidas.com/us/adicolor-half-zip-crop-top/GJ7717.html
Capture timestamp (UTC): Mon, 03 Aug 2020 18:11:07 GMT



2 COLORS AVAILABLE

WOMEN'S • ORIGINALS                                    ★★★★★ 1

## ADICOLOR HALF-ZIP CROP TOP

SCARLET

**$70**

or pay over time in interest-free installments with Affirm or Klarna.

Learn more

GALLERY    HIGHLIGHTS    DESCRIPTION    CARE    DETAILS    COMPLETE THE LOOK    REVIEWS

SELECT SIZE

| 2XS | XS | S | M | L |
| XL |

▭ SIZE GUIDE

ADD TO BAG →    ♡

⊶ FREE SHIPPING OVER $49 • FREE EXTENDED 60 DAY RETURNS & EXCHANGES

## HIGHLIGHTS

**COMFORTABLE LAYERING**

The loose shape makes it easy to throw on over your clothes, adding warmth without adding bulk.

**ADICOLOR COLLECTION**

Roots have an undeniable force. The Adicolor collection honors adidas heritage, spinning archival inspiration into modern looks.

### ADICOLOR HALF-ZIP CROP TOP

*AN EYE-CATCHING CROP TOP WITH A LOOSE, CASUAL FIT.*

When the world's biggest sporting event is just around the corner, you add some splash to your crop top to celebrate. A little flash, a big hit of color and a gradient adidas Trefoil. It all adds up to a classic look with a bit of edge.



## CARE

**WASHING INSTRUCTIONS**

- ▭ Machine wash cold
- ▭ Tumble dry low heat
- ⊘ Do not dry clean

- △ Do not bleach
- ⊠ Do not iron

**EXTRA CARE INFORMATION**

- Do not use fabric softener
- Use mild detergent only
- Wash with like colors
- Remove promptly after wash

## SPECIFICATIONS

- Loose fit
- Half zip with drawcord-adjustable hood
- 100% nylon plain weave
- Mesh lining
- Casual hooded pullover
- Kangaroo pocket

- Elastic cuffs
- Drawcord-adjustable hem
- Imported
- Product color: Scarlet
- Product code: GJ7717

## COMPLETE THE LOOK



ADIDAS PANTS
$88

ADICOLOR 3D TREFOIL BRA ...
$30

NMD_R1 SHOES
$140

TREFOIL POCKET BACKPACK
$45

Document title: adidas Adicolor Half-Zip Crop Top - Red | adidas US
Capture URL: https://www.adidas.com/us/adicolor-half-zip-crop-top/GJ7717.html
Capture timestamp (UTC): Mon, 03 Aug 2020 18:11:07 GMT

Exhibit 1
Page 432 of 451



Document title: adidas Adicolor Half-Zip Crop Top - Red | adidas US
Capture URL: https://www.adidas.com/us/adicolor-half-zip-crop-top/GJ7717.html
Capture timestamp (UTC): Mon, 03 Aug 2020 18:11:07 GMT

Page 3 of 4

Exhibit 1
Page 433 of 451



GALLERY HIGHLIGHTS DESCRIPTION CARE DETAILS COMPLETE THE LOOK REVIEWS

100%
of customers recommend this product

WRITE A REVIEW

FIT
TOO TIGHT PERFECT TOO LOOSE

LENGTH
RUNS SHORT PERFECT RUNS LONG

COMFORT
UNCOMFORTABLE COMFORTABLE

QUALITY
POOR PERFECT

WOMEN'S • ORIGINALS ★★★★★ 1

# ADICOLOR HALF-ZIP CROP TOP

SCARLET

$70
or pay over time in interest-free installments with Affirm or Klarna.
Learn more

SELECT SIZE

2XS XS S M L XL

SIZE GUIDE

ADD TO BAG

FREE SHIPPING OVER $49 + FREE EXTENDED 60 DAY RETURNS & EXCHANGES

## OTHERS ALSO BOUGHT

Originals
ADICOLOR 3D TREFOIL TEE
$35

Originals
PRIMEBLUE SST TRACK JAC...
$75

Performance
BACK TO SPORT INSULATED ...
$100

Athletics
ALLOVER PRINT DOUBLEKNI...
$70

## RECENTLY VIEWED ITEMS

Originals
ADICOLOR HALF-ZIP CROP ...
$70

Originals
ADICOLOR TRACK PANTS
$70

Originals
ADICOLOR 3D TREFOIL TEE
$35

Originals
3D TREFOIL 3-STRIPES SW...
$45

STAY IN THE KNOW WITH ADIDAS!

SIGN UP

**PRODUCTS**
Shoes
Clothing
Accessories
New Arrivals
Best Sellers
Release Dates
Sale

**SPORTS**
Soccer
Running
Basketball
Football
Outdoor
Golf
Baseball
Tennis
Skateboarding
Training

**COLLECTIONS**
NMD
Superstar
Ultraboost
Believe This Tight
adicolor
Predator
Nite Jogger
Stan Smith
EQT
Gazelle

**SUPPORT**
Help
Returns & Exchanges
Shipping
Order Tracker
Store Locator
Size Charts
Gift Card Balance
How to Clean
Bra Fit Guide
Promotions

**COMPANY INFO**
About Us
Students
adidas Stories
adidas Apps
Sustainability
Creators Club
Affiliates
Press
Careers
Gift Cards
California Transparency in Supply Chains Act

USA | Data settings | Do not sell my personal information | Privacy Policy Terms and Conditions | © 2020 adidas America Inc.

Document title: adidas Adicolor Half-Zip Crop Top - Red | adidas US
Capture URL: https://www.adidas.com/us/adicolor-half-zip-crop-top/GJ7717.html
Capture timestamp (UTC): Mon, 03 Aug 2020 18:11:07 GMT



also visit Reebok help exchanges & returns order tracker join creators club creators club log in

adidas

MEN WOMEN KIDS SPORTS BRANDS RELEASE DATES Search

30% OFF ULTRABOOST* | CODE: BOOST30 COVID-19 RELIEF IS A TEAM EFFORT FREE SHIPPING OVER $49 AND FREE 60 DAY RETURNS

BACK Home / Women / Apparel

NEW

This model is 5' 9" and wears a size S. Their chest measures 30" and the waist 23".

2 COLORS AVAILABLE

GALLERY HIGHLIGHTS DESCRIPTION CARE DETAILS COMPLETE THE LOOK REVIEWS

WOMEN'S • ORIGINALS ★★★★★ 1

# ADICOLOR HALF-ZIP CROP TOP

SCARLET

$70

or pay over time in interest-free installments with Affirm or Klarna.
Learn more

SELECT SIZE

2XS XS S M L
XL

SIZE GUIDE

ADD TO BAG

FREE SHIPPING OVER $49 + FREE EXTENDED 60 DAY RETURNS & EXCHANGES

FEEDBACK

Document title: adidas Adicolor Half-Zip Crop Top - Red | adidas US
Capture URL: https://www.adidas.com/us/adicolor-half-zip-crop-top/GJ7717.html
Capture timestamp (UTC): Mon, 03 Aug 2020 18:20:02 GMT



Document title: adidas Adicolor Half-Zip Crop Top - Red | adidas US
Capture URL: https://www.adidas.com/us/adicolor-half-zip-crop-top/GJ7717.html
Capture timestamp (UTC): Mon, 03 Aug 2020 19:09:16 GMT

Page 1 of 4

Exhibit 1
Page 436 of 451



adidas
also visit Reebok help exchanges & returns order tracker join creators club creators club log in
MEN WOMEN KIDS SPORTS BRANDS RELEASE DATES
Search
30% OFF ULTRABOOST* | CODE: BOOST30 COVID-19 RELIEF IS A TEAM EFFORT FREE SHIPPING OVER $49 AND FREE 60 DAY RETURNS

BACK Home / Women / Apparel

NEW

2 COLORS AVAILABLE

GALLERY HIGHLIGHTS DESCRIPTION CARE DETAILS COMPLETE THE LOOK REVIEWS

WOMEN'S • ORIGINALS ★★★★★ 1

# ADICOLOR HALF-ZIP CROP TOP

SCARLET

$70

or pay over time in interest-free installments with Affirm or Klarna.
Learn more

SELECT SIZE

2XS XS S M L
XL

SIZE GUIDE

ADD TO BAG

FREE SHIPPING OVER $49 + FREE EXTENDED 60 DAY RETURNS & EXCHANGES

FEEDBACK

Document title: adidas Adicolor Half-Zip Crop Top - Red | adidas US
Capture URL: https://www.adidas.com/us/adicolor-half-zip-crop-top/GJ7717.html
Capture timestamp (UTC): Mon, 03 Aug 2020 19:12:50 GMT



Document title: adidas Adicolor Half-Zip Crop Top - Red | adidas US
Capture URL: https://www.adidas.com/us/adicolor-half-zip-crop-top/GJ7717.html
Capture timestamp (UTC): Mon, 03 Aug 2020 19:13:14 GMT

Page 1 of 4

Exhibit 1
Page 438 of 451



Document title: adidas Adicolor Half-Zip Crop Top - Red | adidas US
Capture URL: https://www.adidas.com/us/adicolor-half-zip-crop-top/GJ7717.html
Capture timestamp (UTC): Mon, 03 Aug 2020 19:13:36 GMT

Page 1 of 4

Exhibit 1
Page 439 of 451



Women's • Originals

## ADICOLOR 3-STRIPES SHORT HOODIE

**$65**

**$52 for members**
Log in
or
sign up
for free to unlock

**Members Save Up To 40%**
AdiClub Members receive up to 40% off. Members must be signed-in to their account at the time of purchase for member discount to apply.
Shop Eligible Products

**Colors**

Better Scarlet

**Sizes**

Sorry, sizes couldn't load. Try reloading them below.

**RELOAD SIZES** →

Size guide

**ADD TO BAG** →    ♡

4 interest-free payments of $16.25 with **Klarna**.
Learn More

Pay over time in interest-free installments with Affirm, Klarna or Afterpay
Join adiClub to get unlimited free standard shipping, returns, & exchanges

Exhibit 1
Page 440 of 451



SHOW LESS ∧

Women's • Originals

## ADICOLOR 3-STRIPES SHORT HOODIE

**$52 for members**
Log in
or
sign up
for free to unlock

**Members Save Up To 40%**
AdiClub Members receive up to 40% off. Members must be signed-in to their account at the time of purchase for member discount to apply.
Shop Eligible Products

### Colors



Better Scarlet

### Sizes

Sorry, sizes couldn't load. Try reloading them below.

**RELOAD SIZES** →

Size guide

**ADD TO BAG** →    ♡

4 interest-free payments of $16.25 with **Klarna**.
Learn More

✓ Pay over time in interest-free installments with Affirm, Klarna or Afterpay
☐ Join adiClub to get unlimited free standard shipping, returns, & exchanges

| Description | ∨ |
| Details | ∨ |
| Care | ∨ |

## COMPLETE THE LOOK



$35  ♡
$28 FOR MEMBERS
Adicolor Trefoil Boxy Tee
Originals

$40  ♡
$32 FOR MEMBERS
3-Stripes Leggings
Originals

$100  ♡
Superstar Shoes
Originals

$42  ♡
$30 FOR MEMBERS
Premium Essentials W Bag
Originals

## YOU MAY ALSO LIKE

Document title: adidas Adicolor 3-Stripes Short Hoodie - Red | Women&#39;s Lifestyle | adidas US
Capture URL: https://www.adidas.com/us/adicolor-3-stripes-short-hoodie/IN8387.html
Capture timestamp (UTC): Tue, 30 Apr 2024 22:03:49 GMT

Page 2 of 4

Exhibit 1
Page 441 of 451

Women's • Originals

# ADICOLOR 3-STRIPES SHORT HOODIE

$65

**$52 for members**
Log in
or
sign up
for free to unlock

## YOU MAY ALSO LIKE



$75
$60 FOR MEMBERS

Graphics Floral Hoodie

Originals

$70
$49 FOR MEMBERS

Hoodie

Originals

$90
$72 FOR MEMBERS

Distressed Hoodie

Originals

$70
$49 FOR MEMBERS

Hoodie

Originals

**Members Save Up To 40%**
AdiClub Members receive up to 40% off. Members must be signed-in to their account at the time of purchase for member discount to apply.
Shop Eligible Products

### Colors



Better Scarlet

### Sizes



Sorry, sizes couldn't load. Try reloading them below.

**RELOAD SIZES**



Size guide

## OTHERS ALSO BOUGHT



$70

Adicolor SST Track Pants

Originals

$85
$68 FOR MEMBERS

Adibreak Pants

Originals

$100
$80 FOR MEMBERS

Superstar Shoes

Originals

$100

Gazelle Shoes

Originals

**ADD TO BAG**

4 interest-free payments of $16.25 with **Klarna.**
Learn More

Pay over time in interest-free installments with Affirm, Klarna or Afterpay
Join adiClub to get unlimited free standard shipping, returns, & exchanges

## RECENTLY VIEWED ITEMS



$65

Essentials 3-Stripes Animal Print Relaxed Hoodie

Document title: adidas Adicolor 3-Stripes Short Hoodie - Red | Women&#39;s Lifestyle | adidas US
Capture URL: https://www.adidas.com/us/adicolor-3-stripes-short-hoodie/IN8387.html
Capture timestamp (UTC): Tue, 30 Apr 2024 22:03:49 GMT

Page 3 of 4

Exhibit 1
Page 442 of 451



| | | | |
|---|---|---|---|
| $70 | $85<br>$68 FOR MEMBERS | $100<br>$80 FOR MEMBERS | $100 |
| Adicolor SST Track Pants | Adibreak Pants | Superstar Shoes | Gazelle Shoes |
| Originals | Originals | Originals | Originals |



Sorry, sizes couldn't load. Try reloading them below.

**RELOAD SIZES** →

⊟ Size guide

**ADD TO BAG** →    ♡

4 interest-free payments of $16.25 with **Klarna.**
Learn More

✓ Pay over time in interest-free installments with Affirm, Klarna or Afterpay

⟲ Join adiClub to get unlimited free standard shipping, returns, & exchanges

## RECENTLY VIEWED ITEMS



$65

Essentials 3-Stripes Animal Print Relaxed Hoodie

**JOIN OUR ADICLUB & GET 15% OFF**    **SIGN UP FOR FREE** →



| **PRODUCTS** | **SPORTS** | **COLLECTIONS** | **SUPPORT** | **COMPANY INFO** | **FOLLOW US** |
|---|---|---|---|---|---|
| Shoes | Soccer | adicolor | Help | About Us | |
| Clothing | Running | Ultraboost | Returns & Exchanges | Student Discount | |
| Accessories | Basketball | NMD | Shipping | Military & Healthcare Discount | |
| Gift Cards | Football | Forum | Order Tracker | adidas Stories | |
| | Outdoor | Superstar | Store Locator | adidas Apps | |
| New Arrivals | Golf | Running Shoes | Size Charts | Sustainability | |
| Best Sellers | Baseball | adilette | Gift Card Balance | adiClub | |
| Release Dates | Tennis | Stan Smith | How to Clean Shoes | Affiliates | |
| Sale | Skateboarding | adizero | Running Shoe Finder | Press | |
| | Training | Tiro | Bra Fit Guide | Careers | |
| | | Cloudfoam Pure | Sports Bra Finder | California Transparency in Supply Chains Act | |
| | | Back to School | Breathing for Running | Responsible Disclosure | |
| | | | Promotions | Transparency in Coverage | |
| | | | | Country Selector | |

Your Privacy Choices ✓✗    |    Privacy Policy    |    Terms and Conditions

© 2024 adidas America, Inc.

Document title: adidas Adicolor 3-Stripes Short Hoodie - Red | Women&#39;s Lifestyle | adidas US
Capture URL: https://www.adidas.com/us/adicolor-3-stripes-short-hoodie/IN8387.html
Capture timestamp (UTC): Tue, 30 Apr 2024 22:03:49 GMT

Page 4 of 4

Exhibit 1
Page 443 of 451



Document title: adidas Essentials 3-Stripes Animal Print Relaxed Hoodie - Blue | Women&#39;s Lifestyle | adidas US
Capture URL: https://www.adidas.com/us/essentials-3-stripes-animal-print-relaxed-hoodie/IR9314.html
Capture timestamp (UTC): Tue, 30 Apr 2024 22:02:56 GMT

Page 1 of 4

Exhibit 1
Page 444 of 451



Women's • Sportswear                                    ★★★★★ 7

# ESSENTIALS 3-STRIPES ANIMAL PRINT RELAXED HOODIE

$65

**Colors**

Legend Ink / Crystal White

**Sizes**

| 2XS | XS | S | M | L |
| XL | | | | |

📏 Size guide

ADD TO BAG →    ♡

4 interest-free payments of $16.25 with **Klarna**.
Learn More

🏬 Check if available in store

✓ Pay over time in interest-free installments with Affirm, Klarna or Afterpay

⬡ Join adiClub to get unlimited free standard shipping, returns, & exchanges

---

| Reviews (7) | 5.0 ★★★★★ ⌄ |

| Description | ⌄ |

| Details | ⌄ |

| Care | ⌄ |

FEEDBACK

---

## COMPLETE THE LOOK

$35
Essentials Animal-Print Crop Tank Top
Sportswear

$45
Essentials 3-Stripes Animal Print Leggings
Sportswear

-30%
$160 $112
$64 FOR MEMBERS
NMD_W1 Shoes
Originals

-35%
$32 $20
Reversible Bucket Ha
Originals

---

Document title: adidas Essentials 3-Stripes Animal Print Relaxed Hoodie - Blue | Women&#39;s Lifestyle | adidas US
Capture URL: https://www.adidas.com/us/essentials-3-stripes-animal-print-relaxed-hoodie/IR9314.html
Capture timestamp (UTC): Tue, 30 Apr 2024 22:02:56 GMT

Page 2 of 4

Exhibit 1
Page 445 of 451

Sportswear   Sportswear   Originals   Originals

## YOU MAY ALSO LIKE



-5%
$65 $59
$39 FOR MEMBERS

Essentials 3-Stripes Animal Print Relaxed Hoodie [Plus Size]

Sportswear



$60

ALL SZN Fleece Boyfriend Hoodie

Sportswear



-10%
$50 $45
$30 FOR MEMBERS

Essentials 3-Stripes French Terry Crop Hoodie

Sportswear



$60

$42 FOR MEMBERS

ALL SZN Fleece Quar Zip Sweatshirt

Sportswear

## OTHERS ALSO BOUGHT



$50
$40 FOR MEMBERS

Essentials Animal Print Tricot 3-Stripes Slim Tapered Track Pants

Sportswear



$60

Essentials Animal Print Tricot 3-Stripes Track Jacket

Sportswear



-5%
$45 $41
$27 FOR MEMBERS

Essentials 3-Stripes Animal Print Leggings

Sportswear



$30

Animal Print Graphic

Sportswear

## RECENTLY VIEWED ITEMS



$65

Essentials 3-Stripes Animal Print Relaxed Hoodie

---

Women's • Sportswear     ★★★★★ 7

# ESSENTIALS 3-STRIPES ANIMAL PRINT RELAXED HOODIE

$65

**Colors**



Legend Ink / Crystal White

**Sizes**

| 2XS | XS | S | M | L |
|-----|-----|-----|-----|-----|
| XL | | | | |

Size guide

ADD TO BAG →    ♡

4 interest-free payments of $16.25 with Klarna. Learn More

Check if available in store

✓ Pay over time in interest-free installments with Affirm, Klarna or Afterpay

Join adiClub to get unlimited free standard shipping, returns, & exchanges

FEEDBACK

---

Document title: adidas Essentials 3-Stripes Animal Print Relaxed Hoodie - Blue | Women's Lifestyle | adidas US
Capture URL: https://www.adidas.com/us/essentials-3-stripes-animal-print-relaxed-hoodie/IR9314.html
Capture timestamp (UTC): Tue, 30 Apr 2024 22:02:56 GMT



$50
$40 FOR MEMBERS

Essentials Animal Print
Tricot 3-Stripes Slim
Tapered Track Pants
Sportswear



$60

Essentials Animal Print
Tricot 3-Stripes Track
Jacket
Sportswear



-5%
$45 $41
$27 FOR MEMBERS

Essentials 3-Stripes Animal
Print Leggings
Sportswear

$30

Animal Print Graphic
Sportswear

⊟ Check if available in store

✓ Pay over time in interest-free installments
with Affirm, Klarna or Afterpay

💬 Join adiClub to get unlimited free standard
shipping, returns, & exchanges

FEEDBACK

## RECENTLY VIEWED ITEMS



$65

Essentials 3-Stripes Animal
Print Relaxed Hoodie

**JOIN OUR ADICLUB & GET 15% OFF**      SIGN UP FOR FREE →

| PRODUCTS | SPORTS | COLLECTIONS | SUPPORT | COMPANY INFO | FOLLOW US |
|---|---|---|---|---|---|
| Shoes | Soccer | adicolor | Help | About Us | |
| Clothing | Running | Ultraboost | Returns & Exchanges | Student Discount | |
| Accessories | Basketball | NMD | Shipping | Military & Healthcare Discount | |
| Gift Cards | Football | Forum | Order Tracker | adidas Stories | |
| | Outdoor | Superstar | Store Locator | adidas Apps | |
| New Arrivals | Golf | Running Shoes | Size Charts | Sustainability | |
| Best Sellers | Baseball | adilette | Gift Card Balance | adiClub | |
| Release Dates | Tennis | Stan Smith | How to Clean Shoes | Affiliates | |
| Sale | Skateboarding | adizero | Running Shoe Finder | Press | |
| | Training | Tiro | Bra Fit Guide | Careers | |
| | | Cloudfoam Pure | Sports Bra Finder | California Transparency in Supply Chains Act | |
| | | Back to School | Breathing for Running | Responsible Disclosure | |
| | | | Promotions | Transparency in Coverage | |
| | | | | Country Selector | |

Your Privacy Choices ✓✗ | Privacy Policy | Terms and Conditions

© 2024 adidas America, Inc.

Document title: adidas Essentials 3-Stripes Animal Print Relaxed Hoodie - Blue | Women's Lifestyle | adidas US
Capture URL: https://www.adidas.com/us/essentials-3-stripes-animal-print-relaxed-hoodie/IR9314.html
Capture timestamp (UTC): Tue, 30 Apr 2024 22:02:56 GMT

Page 4 of 4

Exhibit 1
Page 447 of 451



UP TO 40% OFF ENDS TONIGHT — 00:16:47:20

help orders and returns join adiClub

MEN WOMEN KIDS SALE 3 STRIPE LIFE

Search

Back Home / Women / Clothing

SHOW MORE

Women's • Sportswear ★★★★★ 442

# PRIMEGREEN ESSENTIALS WARM-UP SLIM 3-STRIPES TRACK JACKET

**$55**

**$39 for members**

Log in
or
sign up
for free to unlock

**Members Save Up To 40%**

AdiClub Members receive up to 40% off. Members must be signed-in to their account at the time of purchase for member discount to apply.
Shop Eligible Products

**Colors**

Black

**Get matching items**

\+ View products

**Sizes**

XS S M L XL 2XL

Size guide

ADD TO BAG

4 interest-free payments of $13.75 with **Klarna**.
Learn More

Check if available in store

Pay over time in interest-free installments with Affirm, Klarna or Afterpay
Join adiClub to get unlimited free standard shipping, returns, & exchanges

**Reviews (442)** 4.8 ★★★★★

**Description**

**Details**

**Care**

**How to style**

| Care | ⌄ |
|------|---|

| How to style | ⌄ |
|--------------|---|

## COMPLETE THE LOOK



$30
$21 FOR MEMBERS

Essentials 3-Stripes Tee
Sportswear

$50
$35 FOR MEMBERS

Essentials 3-Stripes Fleece Pants
Sportswear

$130
$104 FOR MEMBERS

NMD_R1 Primeblue Shoes
Originals

-5%
$28 $26
$17 FOR MEMBERS

Mini Logo Relaxed Ha
Originals

## YOU MAY ALSO LIKE



$65

adidas x FARM Rio Tiro Track Jacket
Sportswear

$50
$40 FOR MEMBERS

Essentials Animal Print Tricot 3-Stripes Track Jacket (Plus Size)
Sportswear

$55
$39 FOR MEMBERS

Essentials Warm-Up Tricot Slim 3-Stripes Track Jacket (Plus Size)
Sportswear

$60
$48 FOR MEMBERS

Essentials Animal Pri Tricot 3-Stripes Track Jacket
Sportswear

## OTHERS ALSO BOUGHT



Women's • Sportswear ★★★★★ 442

# PRIMEGREEN ESSENTIALS WARM-UP SLIM 3-STRIPES TRACK JACKET

$55

**$39 for members**
Log in
or
sign up
for free to unlock

**Members Save Up To 40%**
AdiClub Members receive up to 40% off. Members must be signed-in to their account at the time of purchase for member discount to apply.
Shop Eligible Products

**Colors**



Black

**Get matching items**

+ | View products

**Sizes**

| XS | S | M | 🚫 | 🚫 |
|----|---|---|----|----|
| 🚫 | | | | |

📏 Size guide

**ADD TO BAG →**    ♡

4 interest-free payments of $13.75 with **Klarna**.
Learn More

🏬 Check if available in store

✓ Pay over time in interest-free installments with Affirm, Klarna or Afterpay

Join adiClub to get unlimited free standard shipping, returns, & exchanges

Document title: adidas Women&#39;s Training Primegreen Essentials Warm-Up Slim 3-Stripes Track Jacket - Black adidas US
Capture URL: https://www.adidas.com/us/primegreen-essentials-warm-up-slim-3-stripes-track-jacket/H48443.html
Capture timestamp (UTC): Wed, 01 May 2024 14:12:51 GMT



$40
$32 FOR MEMBERS

3-Stripes Leggings
Originals

$85
$68 FOR MEMBERS

Adibreak Pants
Originals

$80

Adicolor Classics Loose
Firebird Track Top
Originals

$100

Samba OG Shoes
Originals



Black

**Get matching items**

+    [View products]

**Sizes**

| XS | S | M | L | XL |
|----|---|---|---|----|
| 2XL | | | | |

Size guide

**ADD TO BAG**    →

4 interest-free payments of $13.75 with **Klarna**.
Learn More

Check if available in store

✓ Pay over time in interest-free installments
with Affirm, Klarna or Afterpay

Join adiClub to get unlimited free standard
shipping, returns, & exchanges

## RECENTLY VIEWED ITEMS



$55
$39 FOR MEMBERS

Primegreen Essentials
Warm-Up Slim 3-Stripes
Track Jacket



$80

Adicolor Classics SST Track
Jacket



$200

Italy Copa Mundial Firm
Ground Cleats



$65

Essentials 3-Stripes A
Print Relaxed Hoodie

---

**JOIN OUR ADICLUB & GET 15% OFF**    SIGN UP FOR FREE →

### PRODUCTS
Shoes
Clothing
Accessories
Gift Cards

New Arrivals
Best Sellers
Release Dates
Sale

### SPORTS
Soccer
Running
Basketball
Football
Outdoor
Golf
Baseball
Tennis
Skateboarding
Training

### COLLECTIONS
adicolor
Ultraboost
NMD
Forum
Superstar
Running Shoes
adilette
Stan Smith
adizero
Tiro
Cloudfoam Pure
Back to School

### SUPPORT
Help
Returns & Exchanges
Shipping
Order Tracker
Store Locator
Size Charts
Gift Card Balance
How to Clean Shoes
Running Shoe Finder
Bra Fit Guide
Sports Bra Finder
Breathing for Running
Promotions

### COMPANY INFO
About Us
Student Discount
Military & Healthcare Discount
adidas Stories
adidas Apps
Sustainability
adiClub
Affiliates
Press
Careers
California Transparency in Supply Chains Act
Responsible Disclosure
Transparency in Coverage
Country Selector

### FOLLOW US

Document title: adidas Women&#39;s Training Primegreen Essentials Warm-Up Slim 3-Stripes Track Jacket - Black adidas US
Capture URL: https://www.adidas.com/us/primegreen-essentials-warm-up-slim-3-stripes-track-jacket/H48443.html
Capture timestamp (UTC): Wed, 01 May 2024 14:12:51 GMT    Page 3 of 4

Exhibit 1
Page 450 of 451



$40
$32 FOR MEMBERS

3-Stripes Leggings
Originals

$85
$68 FOR MEMBERS

Adibreak Pants
Originals

$80

Adicolor Classics Loose
Firebird Track Top
Originals

$100

Samba OG Shoes
Originals

## Get matching items



View products

### Sizes

| XS | S | M | L | XL |
|----|---|---|---|----|
| 2XL | | | | |

Size guide

**ADD TO BAG** →    ♡

4 interest-free payments of $13.75 with **Klarna**.
Learn More

Check if available in store

✓ Pay over time in interest-free installments
with Affirm, Klarna or Afterpay

Join adiClub to get unlimited free standard
shipping, returns, & exchanges

## RECENTLY VIEWED ITEMS



$55
$39 FOR MEMBERS

Primegreen Essentials
Warm-Up Slim 3-Stripes
Track Jacket



$80

Adicolor Classics SST Track
Jacket



$200

Italy Copa Mundial Firm
Ground Cleats



$65

Essentials 3-Stripes /
Print Relaxed Hoodie

## JOIN OUR ADICLUB & GET 15% OFF

**SIGN UP FOR FREE** →

| PRODUCTS | SPORTS | COLLECTIONS | SUPPORT | COMPANY INFO | FOLLOW US |
|----------|--------|-------------|---------|--------------|-----------|
| Shoes | Soccer | adicolor | Help | About Us | |
| Clothing | Running | Ultraboost | Returns & Exchanges | Student Discount | |
| Accessories | Basketball | NMD | Shipping | Military & Healthcare Discount | |
| Gift Cards | Football | Forum | Order Tracker | adidas Stories | |
| | Outdoor | Superstar | Store Locator | adidas Apps | |
| New Arrivals | Golf | Running Shoes | Size Charts | Sustainability | |
| Best Sellers | Baseball | adilette | Gift Card Balance | adiClub | |
| Release Dates | Tennis | Stan Smith | How to Clean Shoes | Affiliates | |
| Sale | Skateboarding | adizero | Running Shoe Finder | Press | |
| | Training | Tiro | Bra Fit Guide | Careers | |
| | | Cloudfoam Pure | Sports Bra Finder | California Transparency in Supply Chains Act | |
| | | Back to School | Breathing for Running | Responsible Disclosure | |
| | | | Promotions | Transparency in Coverage | |
| | | | | Country Selector | |

Your Privacy Choices ✓✗ | Privacy Policy | Terms and Conditions

© 2024 adidas America, Inc.

Document title: adidas Women's Training Primegreen Essentials Warm-Up Slim 3-Stripes Track Jacket - Black adidas US
Capture URL: https://www.adidas.com/us/primegreen-essentials-warm-up-slim-3-stripes-track-jacket/H48443.html
Capture timestamp (UTC): Wed, 01 May 2024 14:12:51 GMT

Page 4 of 4

Exhibit 1
Page 451 of 451