Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Corrected

Reg. No. 2,278,591

Registered Sep. 21, 1999

OG Date July 11, 2000

## TRADEMARK
## PRINCIPAL REGISTER



ADIDAS-SALOMON AG (FED REP GERMANY JOINT STOCK COMPANY)
P.O. BOX 1120
HERZOGENAURACH D-91072, FED REP GERMANY, BY CHANGE OF NAME ADIDAS AG (FED REP GERMANY CORPORATION) HERZOGENAURACH D-91072, FED REP GERMANY

OWNER OF U.S. REG. NOS. 870,136, 1,815,956 AND 1,833,868.

THE MARK CONSISTS THREE PARALLEL BANDS EXTENDING ALONG THE LENGTH OF EACH LEG OF THE SHORTS, THE BANDS BEING OF CONTRASTING COLOR TO THAT OF THE REMAINDER OF THE SHORTS. THE DOTTED LINES ARE NOT A PART OF THE MARK AND ONLY USED TO INDICATE POSITION.

SEC. 2(F).

FOR: SPORTS AND LEISURE WEAR, NAMELY, SHORTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0-0-1967; IN COMMERCE 0-0-1967.

SER. NO. 74-653,303, FILED 3-28-1995.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on July 11, 2000.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Exhibit 5
Page 1 of 1