Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**    Reg. No. 1,815,956
Registered Jan. 11, 1994

## TRADEMARK
### PRINCIPAL REGISTER



ADIDAS AG (FED REP GERMANY JOINT STOCK COMPANY)
D–8522 HERZOGENAURACH, FED REP GERMANY

  FOR: ATHLETIC FOOTWEAR, IN CLASS 25 (U.S. CL. 39).

FIRST USE 0-0-1952; IN COMMERCE 0-0-1952.

SEC. 2(F).

SER. NO. 74–255,912, FILED 3–16–1992.

MIDGE BUTLER, EXAMINING ATTORNEY

Exhibit 9
Page 1 of 9

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**   Reg. No. 1,833,868
Registered May 3, 1994

## TRADEMARK
PRINCIPAL REGISTER



ADIDAS AG (FED REP GERMANY JOINT STOCK COMPANY)
D-8522 HERZOGENAURACH, FED REP GERMANY

FOR: ATHLETIC FOOTWEAR, IN CLASS 25 (U.S. CL. 39).

FIRST USE 0-0-1949; IN COMMERCE 0-0-1978.
SEC. 2(F).

SER. NO. 74-263,512, FILED 4-7-1992.

MIDGE BUTLER, EXAMINING ATTORNEY

Exhibit 9
Page 2 of 9

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,278,589
Registered Sep. 21, 1999

## TRADEMARK
### PRINCIPAL REGISTER



ADIDAS AG (FED REP GERMANY CORPORATION)
P.O. BOX 1120
HERZOGENAURACH
D-91072, FED REP GERMANY

FOR: ATHLETIC AND LEISURE FOOTWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).
FIRST USE 0-0-1952; IN COMMERCE 0-0-1952.

OWNER OF U.S. REG. NOS. 870,136, 1,815,956, AND 1,833,868.

SEC. 2(F).

SER. NO. 74-644,822, FILED 3-7-1995.

CHARLES WEIGELL, EXAMINING ATTORNEY

Exhibit 9
Page 3 of 9



2022665

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

January 11, 2018

THE ATTACHED U.S. TRADEMARK REGISTRATION *2,909,861* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM   *December 14, 2004*
*1st* RENEWAL FOR A TERM OF *10* YEARS FROM   *December 14, 2014*
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:
   *ADIDAS AG*
    *A JOINT STOCK COMPANY OF GERMANY*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

W. MONTGOMERY
Certifying Officer



Exhibit 9
Page 4 of 9

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,909,861
Registered Dec. 14, 2004

## TRADEMARK
## PRINCIPAL REGISTER



ADIDAS-SALOMON AG (FED REP GERMANY JOINT STOCK COMPANY)
ADI-DASSLER STRASSE 1-2
D-91074 HERZOGENAURACH, FED REP GERMANY

FOR: FOOTWEAR, NAMELY, SLIDES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0-0-1972; IN COMMERCE 0-0-1972.

OWNER OF U.S. REG. NOS. 870,136, 2,284,308 AND OTHERS.

THE MARK CONSISTS OF THREE STRIPES POSITIONED ON THE TOP PART OF A SLIDE. THE DOTTED OUTLINE OF THE SLIDE IS NOT CLAIMED AS PART OF THE MARK AND IS INTENDED ONLY TO SHOW THE POSITION OF THE MARK.

SEC. 2(F).

SER. NO. 76-535,511, FILED 7-28-2003.

NANCY CLARKE, EXAMINING ATTORNEY

Exhibit 9
Page 5 of 9



# THE UNITED STATES OF AMERICA

**TO ALL TO WHOM THESE PRESENTS SHALL COME:**
UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

January 11, 2018

THE ATTACHED U.S. TRADEMARK REGISTRATION *2,999,646* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM  *September 27, 2005*
*1st* RENEWAL FOR A TERM OF *10* YEARS FROM  *September 27, 2015*
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:
  *ADIDAS AG*
  *A JOINT STOCK COMPANY OF GERMANY*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office



W. MONTGOMERY
Certifying Officer



Exhibit 9
Page 6 of 9

Int. Cl.: **25**

Prior U.S. Cls.: **22 and 39**

**United States Patent and Trademark Office**

Reg. No. **2,999,646**
Registered Sep. 27, 2005

## TRADEMARK
### PRINCIPAL REGISTER



ADIDAS-SALOMON AG (FED REP GERMANY JOINT STOCK COMPANY)
ADI-DASSLER STRASSE 1-2
D-91074 HERZOGENAURACH, FED REP GERMANY

FOR: FOOTWEAR, NAMELY, SLIDES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0-0-1972; IN COMMERCE 0-0-1972.

OWNER OF U.S. REG. NOS. 870,136, 2,284,308 AND OTHERS.

SEC. 2(F).

SER. NO. 76-535,367, FILED 7-28-2003.

KIM SAITO, EXAMINING ATTORNEY

Exhibit 9
Page 7 of 9

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 3,029,129

United States Patent and Trademark Office    Registered Dec. 13, 2005

## TRADEMARK
### PRINCIPAL REGISTER



ADIDAS-SALOMON AG (FED REP GERMANY AKTIENGESELLSCHAFT (AG))
ADI-DASSLER STRASSE 1-2
D-91074 HERZOGENAURACH, FED REP GERMANY

  FOR: FOOTWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

  FIRST USE 1-1-1952; IN COMMERCE 1-1-1952.

  THE MARK CONSISTS OF THREE PARALLEL STRIPES APPLIED TO FOOTWEAR, THE STRIPES ARE POSITIONED ON THE FOOTWEAR UPPER IN THE AREA BETWEEN THE LACES AND THE SOLE. THE DOTTED OUTLINE OF THE FOOTWEAR IS NOT CLAIMED AS PART OF THE MARK AND IS INTENDED ONLY TO SHOW THE POSITION OF THE MARK.

  SEC. 2(F).

  SER. NO. 78-539,629, FILED 12-29-2004.

ALINA MORRIS, EXAMINING ATTORNEY

Exhibit 9
Page 8 of 9

Int. Cl.: **25**

Prior U.S. Cls.: **22 and 39**

**United States Patent and Trademark Office**

Reg. No. **3,029,135**
Registered Dec. 13, 2005

## TRADEMARK
### PRINCIPAL REGISTER



ADIDAS-SALOMON AG (FED REP GERMANY AKTIENGESELLSCHAFT (AG))
ADI-DASSLER STRASSE 1-2
D-91074 HERZOGENAURACH, FED REP GERMANY

  FOR: FOOTWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

  FIRST USE 1-1-1952; IN COMMERCE 1-1-1952.

  THE MARK CONSISTS OF THREE PARALLEL STRIPES WITH SERRATED EDGES APPLIED TO FOOTWEAR, THE STRIPES ARE POSITIONED ON THE FOOTWEAR UPPER IN THE AREA BETWEEN THE LACES AND THE SOLE. THE DOTTED OUTLINE OF THE FOOTWEAR IS NOT CLAIMED AS PART OF THE MARK AND IS INTENDED ONLY TO SHOW THE POSITION OF THE MARK.

  SEC. 2(F).

  SER. NO. 78-539,734, FILED 12-29-2004.

ALINA MORRIS, EXAMINING ATTORNEY

Exhibit 9
Page 9 of 9