Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

United States Patent and Trademark Office

Amended

Reg. No. 1,674,229
Registered Feb. 4, 1992
OG Date Nov. 16, 1999

## TRADEMARK
## PRINCIPAL REGISTER

### THE BRAND WITH THE 3 STRIPES

ADIDAS-SALOMON AG (FED REP GERMANY JOINT STOCK COMPANY)
P.O. BOX 1120
D-91072, HERZOGENAURACH FED REP GERMANY, BY CHANGE OF NAME, BY CHANGE OF NAME ADIDAS AG (FED REP GERMANY CORPORATION) D-8522 HERZOGENAURACH, FED REP GERMANY

OWNER OF U.S. REG. NOS. 641,906, 1,428,947 AND OTHERS.

FOR: [SPORT BAGS FOR GENERAL USE AND CROSS-COUNTRY BACKPACKS], IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 1-0-1968; IN COMMERCE 1-0-1968.

FOR: [SPORT AND LEISURE WEAR; NAMELY, SHORTS, PANTS, SHIRTS, T-SHIRTS, JERSEYS, TIGHTS, SOCKS, GLOVES, JACKETS, SWIMWEAR, SWEATERS, CAPS AND HATS, PULLOVERS, WARM-UP SUITS, RAIN SUITS, SKI SUITS, JUMPSUITS,] BOOTS, SLIPPERS, SANDALS; SHOES, BOOTS AND AFTER SKI BOOTS FOR HIKING AND TREKKING, ATHLETIC SHOES AND GENERAL-PURPOSE SPORTS SHOES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-0-1968; IN COMMERCE 1-0-1968.

SER. NO. 74-023,435, FILED 1-29-1990.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Nov. 16, 1999.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Exhibit 10
Page 1 of 4

Int. Cls.: 18, 25 and 28

Prior U.S. Cls.: 3, 22 and 39

**United States Patent and Trademark Office**  Reg. No. 1,674,229
Registered Feb. 4, 1992

## TRADEMARK
### PRINCIPAL REGISTER

### THE BRAND WITH THE THREE STRIPES

ADIDAS AG (FED REP GERMANY CORPORATION)
D-8522 HERZOGENAURACH, FED REP GERMANY

FOR: SPORT BAGS FOR GENERAL USE AND CROSS-COUNTRY BACK-PACKS, IN CLASS 18 (U.S. CL. 3).
FIRST USE 1-0-1968; IN COMMERCE 1-0-1968.
FOR: SPORT AND LEISURE WEAR; NAMELY, SHORTS, PANTS, SHIRTS, T-SHIRTS, JERSEYS, TIGHTS, SOCKS, GLOVES, JACKETS, SWIMWEAR, SWEATERS, CAPS AND HATS, PULL-OVERS, WARM-UP SUITS, RAIN SUITS, SKI SUITS, JUMPSUITS, BOOTS, SLIPPERS, SANDALS; SHOES, BOOTS AND AFTER SKI BOOTS FOR HIKING AND TREKKING, ATHLETIC SHOES AND GENERAL-PURPOSE SPORTS SHOES, IN CLASS 25 (U.S. CL. 39).

FIRST USE 1-0-1968; IN COMMERCE 1-0-1968.
FOR: SPORTS BALLS, RACKETS FOR TENNIS, SQUASH OR SHUTTLECOCK; ICE AND ROLLERSKATES, SKIS AND SKI EQUIPMENT; NAMELY, CROSS-COUNTRY SKIBINDINGS AND PARTS THEREOF, CROSS-COUNTRY SKIING OVERSHOES, RACKET COVERS, HAND-PADDLES AND KICKBOARDS, IN CLASS 28 (U.S. CL. 22).
FIRST USE 1-0-1968; IN COMMERCE 1-0-1968.

OWNER OF U.S. REG. NOS. 641,906, 1,428,947 AND OTHERS.

SEC. 2(F).

SER. NO. 74-023,435, FILED 1-29-1990.

JANICE O'LEAR, EXAMINING ATTORNEY

Exhibit 10
Page 2 of 4

Digitally Signed By: United States Patent and Trademark Office
Location: United States Patent and Trademark Office
Date: 2022.10.30 02:23:05 -04'00'

# United States of America
### United States Patent and Trademark Office

# THREE STRIPE LIFE

**Reg. No. 6,897,937**  
**Registered Nov. 15, 2022**  
**Int. Cl.: 18, 25**  
**Trademark**  
**Principal Register**

adidas AG (GERMANY aktiengesellschaft)  
Adi-Dassler-Strasse 1  
Herzogenaurach, FED REP GERMANY 91074

CLASS 18: All-purpose sports bags; all-purpose carrying bags; backpacks

FIRST USE 6-00-2019; IN COMMERCE 6-00-2019

CLASS 25: Footwear; apparel, namely, shirts, tops; headwear

FIRST USE 6-00-2016; IN COMMERCE 6-00-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 90-394,091, FILED 12-18-2020



*Katherine Kelly Vidal*  
Director of the United States  
Patent and Trademark Office



Exhibit 10  
Page 3 of 4

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

Page: 2 of 2 / RN # 6897937

Exhibit 10
Page 4 of 4