
MENU




USA

# FASHION

## What Stella McCartney Taught Us About Sustainability

In honor of the fashion designer's birthday, *L'OFFICIEL* looks back at McCartney's impact in sustainable fashion.

09.13.2021 by Michaela Zee





Document title: What Stella McCartney Taught Us About Sustainability – Stella McCartney Shoes Bags
Capture URL: https://www.lofficielusa.com/fashion/stella-mccartney-sustainability-shoes-bags
Capture timestamp (UTC): Tue, 16 Aug 2022 22:13:04 GMT
Page 1 of 8

Exhibit 14
Page 1 of 8





As one of the fashion industry's leading designers in sustainable practices, Stella McCartney repeatedly proves to the world why she and her namesake label are a force to be reckoned with.

Ever since her brand's launch in 2001, the British fashion designer has introduced various sustainable methods of production for her collections. From recycled materials to the ban of leathers, furs, and feathers, McCartney has always been committed to creating clothes that will not harm the environment.

In celebration of McCartney's 50th birthday, here are several highlights of her sustainable journey throughout the years.

### Adidas by Stella McCartney



Document title: What Stella McCartney Taught Us About Sustainability – Stella McCartney Shoes Bags
Capture URL: https://www.lofficielusa.com/fashion/stella-mccartney-sustainability-shoes-bags
Capture timestamp (UTC): Tue, 16 Aug 2022 22:13:04 GMT
Page 2 of 8

Exhibit 14
Page 2 of 8

☰ MENU     L'OFFICIEL     USA



Stella McCartney has been in partnership with Adidas since 2005, designing an array of athleticwear for running, yoga, swimming, cycling and more. In 2019, Adidas by Stella McCartney released the first-ever garments composed of Koba Fur Free Fur and Evrnu's NuCycle yarn.

## Stella McCartney x Parley

In celebration of World Oceans Day in 2017, Stella McCartney collaborated with environmental organization Parley for the Oceans in creating products made out of ocean plastic debris. These products included the Adidas Ultraboost X sneakers and the "Ocean Legend" Falabella Go backpack.





## Agents of Change

Stella McCartney's Agents of Change campaign in 2019 focused on the fight against global warming and the importance of preserving nature. Featuring upcycled bags, dresses, and other sustainable pieces, the campaign also included members of activist group Extinction Rebellion.

## Stella McCartney A to Z Manifesto

The Stella McCartney A to Z Manifesto exhibits the core values and foundation of the fashion label, featuring the artwork of both well-renowned and up-and-coming creatives such as Jeff Koons, Rashid Johnson, and McCartney's late mother, Linda McCartney.



Document title: What Stella McCartney Taught Us About Sustainability – Stella McCartney Shoes Bags
Capture URL: https://www.lofficielusa.com/fashion/stella-mccartney-sustainability-shoes-bags
Capture timestamp (UTC): Tue, 16 Aug 2022 22:13:04 GMT
Page 3 of 8

Exhibit 14
Page 3 of 8

MENU  L'OFFICIEL  USA

The Stella McCartney A to Z Manifesto exhibits the core values and foundation of the fashion label, featuring the artwork of both well-renowned and up-and-coming creatives such as Jeff Koons, Rashid Johnson, and McCartney's late mother, Linda McCartney.





## Stella x Greenpeace

The Stella x Greenpeace collection was released in summer 2021 in support of Greenpeace's campaign to end deforestation in the Amazon. Made from organic cotton, the Stella x Greenpeace pieces consist of slogans like "Save the Planet" and "Save the Amazon."

## #StellaAutumn21: Our Time Has Come!



Document title: What Stella McCartney Taught Us About Sustainability – Stella McCartney Shoes Bags
Capture URL: https://www.lofficielusa.com/fashion/stella-mccartney-sustainability-shoes-bags
Capture timestamp (UTC): Tue, 16 Aug 2022 22:13:04 GMT
Page 4 of 8

Exhibit 14
Page 4 of 8




For its Fall 2021 campaign, Stella McCartney released a mockumentary entitled "Our Time Has Come." With its emphasis on animals being our equals and building a fur-free society, the campaign asks viewers to sign the Humane Society International's petition. Additionally, the garments of Stella McCartney's latest collection are largely made from sustainable materials, including recycled polyester and elastane, repurposed old stock fabrics, and Econyl regenerated nylon.

Tags

STELLAMCCARTNEY   SUSTAINABILITY   FASHION   FASHIONDESIGNER   BIRTHDAY
ADIDAS   BAGS   SHOES

Related Articles



FASHION

Stella McCartney on Designing for the Modern Woman

11.21.2017 by Evon Chng



FASHION

The A to Z of Stella McCartney Brings Together Art, Fashion, and Community

01.12.2021 by Lorena Eleutério



FASHION

Stella McCartney to Receive Special Fashion Award for Innovation

11.29.2017 by William Defebaugh

Recommended posts for you



Document title: What Stella McCartney Taught Us About Sustainability – Stella McCartney Shoes Bags
Capture URL: https://www.lofficielusa.com/fashion/stella-mccartney-sustainability-shoes-bags
Capture timestamp (UTC): Tue, 16 Aug 2022 22:13:04 GMT
Page 5 of 8

Exhibit 14
Page 5 of 8






Document title: What Stella McCartney Taught Us About Sustainability – Stella McCartney Shoes Bags
Capture URL: https://www.lofficielusa.com/fashion/stella-mccartney-sustainability-shoes-bags
Capture timestamp (UTC): Tue, 16 Aug 2022 22:13:04 GMT
Page 6 of 8

Exhibit 14
Page 6 of 8






Document title: What Stella McCartney Taught Us About Sustainability – Stella McCartney Shoes Bags
Capture URL: https://www.lofficielusa.com/fashion/stella-mccartney-sustainability-shoes-bags
Capture timestamp (UTC): Tue, 16 Aug 2022 22:13:04 GMT
Page 7 of 8

Exhibit 14
Page 7 of 8



Document title: What Stella McCartney Taught Us About Sustainability – Stella McCartney Shoes Bags
Capture URL: https://www.lofficielusa.com/fashion/stella-mccartney-sustainability-shoes-bags
Capture timestamp (UTC): Tue, 16 Aug 2022 22:13:04 GMT