

# Robb Report

STYLE / MEN'S FASHION                                   JANUARY 13, 2022

## Prada Teamed Up With Adidas on New Collection of Recycled Clothing—and It's Available Now

The latest edition of the ongoing collaboration offers luxe sportswear alongside the coveted sneakers and bags.

By TODD PLUMMER



Prada

Document title: Prada and Adidas Just Released Their First Collection of Clothing – Robb Report  
Capture URL: https://robbreport.com/style/fashion/prada-and-adidas-re-nylon-collaboration-1234657675/  
Capture timestamp (UTC): Mon, 20 Jun 2022 23:06:53 GMT

Page 1 of 13

Exhibit 15  
Page 1 of 13



Prada

Last week, Prada and Adidas announced the latest chapter in their highly coveted collaboration, which, for the first time, ups the ante with ready-to-wear in addition to the sneakers and bags that previously made a splash. The luxe takes on sportswear staples feature the Italian brand's eco-friendly Re-Nylon, making good on a sustainability promise it made when the fabric launched in 2019.

It's hard to think of Prada without considering the brand's long, storied connection to nylon. When Miuccia Prada began working for her family's leather goods business in 1978, she came up with the heretical idea of nylon not as an industrial fabric or cheap after-thought, but as a material for the modern age. The Prada backpack became an icon of '90s minimalism and put the brand back on the fashion map.

ADVERTISEMENT



Since then, Mrs. Prada has made the material a signature, utilizing it in everything from parkas to bucket hats imbued with the brand's breed of techy chic. But as the 21st century's emphasis on sustainable fashion has gathered steam, the world's appreciation for non-biodegradable spun plastics like nylon has waned. In recent years, it has become clear that Prada's most iconic fabric was due for a reinvention.




Document title: Prada and Adidas Just Released Their First Collection of Clothing – Robb Report
Capture URL: https://robbreport.com/style/fashion/prada-and-adidas-re-nylon-collaboration-1234657675/
Capture timestamp (UTC): Mon, 20 Jun 2022 23:06:53 GMT

Page 2 of 13

Exhibit 15
Page 2 of 13

# Robb Report



Adidas for Prada Re-Nylon sweater ($1,610), track pants ($1,240), track jacket ($1,750) and duffle bag ($1,990).
Prada

Enter: Re-Nylon, which is created from recycled ocean plastics and textile fiber waste. First launched in 2019 with the promise that by the end of 2021 it would replace Prada's entire production of conventional nylon, the company claims Re-Nylon can be purified and recycled indefinitely. This new Adidas collection bookends one chapter and heralds the start of another.

The footwear gives Adidas' Originals Forum the Prada touch, with the addition of removable Prada mini-pouch attachments featuring the house's signature enamel metal triangle logo—a style introduced in the fall-winter 2021 collection by Miuccia and Raf Simons. The high- and low-top variations are finished with Adidas' classic three stripes, but rendered in buttery Prada leather.



Document title: Prada and Adidas Just Released Their First Collection of Clothing – Robb Report
Capture URL: https://robbreport.com/style/fashion/prada-and-adidas-re-nylon-collaboration-1234657675/
Capture timestamp (UTC): Mon, 20 Jun 2022 23:06:53 GMT
Page 3 of 13

Exhibit 15
Page 3 of 13

# Robb Report



The latest Adidas sneaker to get the Prada treatment is the Forum, pictured in the high-top variation ($1,120).
Prada

The clothing sees quintessential Adidas tracksuit separates sleekly tailored with subtle Prada twists: the track pants' side stripes run along the inseam, a typical coach's jacket is extended to a knee-length coat. Accessories include a sporty riff on Prada's best-selling bucket hat and backpack as well as duffle, tote and belt bags. The entire range is crafted from Re-Nylon and, true to Prada's minimalist DNA, available in either black or white.

ADVERTISEMENT



Robb Report — LUXURY DELIVERED Directly To Your Inbox — SIGN UP

A timely mashup of high and low, luxury and sportswear, the new drip—which drops on January 13 at Prada boutiques and Prada and Adidas's websites—is sure to be snapped up

Document title: Prada and Adidas Just Released Their First Collection of Clothing – Robb Report
Capture URL: https://robbreport.com/style/fashion/prada-and-adidas-re-nylon-collaboration-1234657675/
Capture timestamp (UTC): Mon, 20 Jun 2022 23:06:53 GMT
Page 4 of 13

Exhibit 15
Page 4 of 13



A timely mashup of high and low, luxury and sportswear, the new drip—which drops on January 13 at Prada boutiques and Prada and Adidas's websites—is sure to be snapped up by Prada lovers, Adidas stans and sneaker collectors alike.

## RELATED STORIES

- Belgian Shoes Teams Up With Artist Boyarde Messenger for Its First-Ever Collaboration
- H.Moser & Cie and Streetwear Brand Undefeated Team Up for a Limited-Edition Chronograph
- The CEO Who Turned Audemars Piguet Into a Billion-Dollar Brand Is Stepping Down

READ MORE ON:   ADIDAS   PRADA

Like this article? Get the Robb Report newsletter for similar stories delivered straight to your inbox.

SIGN UP



**SPONSORED CONTENT**

### Surrounded by the Sierra, Edgewood Tahoe Resort Reaches New Heights

*By* ROBB REPORT STUDIO

Natural beauty and extraordinary accommodations.

## MORE MEN'S FASHION

    

Document title: Prada and Adidas Just Released Their First Collection of Clothing – Robb Report
Capture URL: https://robbreport.com/style/fashion/prada-and-adidas-re-nylon-collaboration-1234657675/
Capture timestamp (UTC): Mon, 20 Jun 2022 23:06:53 GMT
Page 5 of 13

Exhibit 15
Page 5 of 13


## Robb Report


**Baudoin & Lange Is Only Making 30 Pairs of Its New Loafer Collab With Alexander Kraft**


**Inside Gucci Town, the Fashion House's New Interactive Neighborhood in the Metaverse**


**How Orlebar Brown Turned Wham!'s Music Video for 'Club Tropicana' Into a Perfect Summer Wardrobe**


**CDLP's Groovy '70s Summer Swim Collection Shows Off Some Seriously Bold Prints**

ADVERTISEMENT



GET THE MAGAZINE!

Subscribe

Document title: Prada and Adidas Just Released Their First Collection of Clothing – Robb Report
Capture URL: https://robbreport.com/style/fashion/prada-and-adidas-re-nylon-collaboration-1234657675/
Capture timestamp (UTC): Mon, 20 Jun 2022 23:06:53 GMT
Page 6 of 13

Exhibit 15
Page 6 of 13



### LATEST GALLERIES IN MEN'S FASHION



**MENSWEAR** The 15 Best New Pieces of Summer Menswear to Buy This Week



Document title: Prada and Adidas Just Released Their First Collection of Clothing – Robb Report
Capture URL: https://robbreport.com/style/fashion/prada-and-adidas-re-nylon-collaboration-1234657675/
Capture timestamp (UTC): Mon, 20 Jun 2022 23:06:53 GMT

Page 7 of 13

Exhibit 15
Page 7 of 13

# Robb Report



MENSWEAR The 15 Best New Pieces of Summer Menswear to Buy This Week

ADVERTISEMENT



## MORE FROM OUR BRANDS

Document title: Prada and Adidas Just Released Their First Collection of Clothing – Robb Report
Capture URL: https://robbreport.com/style/fashion/prada-and-adidas-re-nylon-collaboration-1234657675/
Capture timestamp (UTC): Mon, 20 Jun 2022 23:06:53 GMT
Page 8 of 13

Exhibit 15
Page 8 of 13

# Robb Report

## MORE FROM OUR BRANDS



**WWD**

The 67 Best Gifts for Men to Receive for Any Occasion



Document title: Prada and Adidas Just Released Their First Collection of Clothing – Robb Report  
Capture URL: https://robbreport.com/style/fashion/prada-and-adidas-re-nylon-collaboration-1234657675/  
Capture timestamp (UTC): Mon, 20 Jun 2022 23:06:53 GMT

Page 9 of 13

Exhibit 15  
Page 9 of 13




SPORTICO
Oliver Luck and Vince McMahon Settle XFL Breach of Contract Lawsuit



Document title: Prada and Adidas Just Released Their First Collection of Clothing – Robb Report
Capture URL: https://robbreport.com/style/fashion/prada-and-adidas-re-nylon-collaboration-1234657675/
Capture timestamp (UTC): Mon, 20 Jun 2022 23:06:53 GMT

Page 10 of 13

Exhibit 15
Page 10 of 13



**VARIETY**
Sylvester Stallone, Star of 'Tulsa King,' Steals the Show at Paramount+ U.K. Launch



**ARTNEWS**
Influential Dealer Lia Rumma Gifts Arte Povera Works to Italy



Document title: Prada and Adidas Just Released Their First Collection of Clothing – Robb Report
Capture URL: https://robbreport.com/style/fashion/prada-and-adidas-re-nylon-collaboration-1234657675/
Capture timestamp (UTC): Mon, 20 Jun 2022 23:06:53 GMT

Page 11 of 13

Exhibit 15
Page 11 of 13



# Robb Report



**DIRT**
Did Bernard Arnault Sell an $84 Million Trousdale Estates Mansion... to Himself?



Document title: Prada and Adidas Just Released Their First Collection of Clothing – Robb Report
Capture URL: https://robbreport.com/style/fashion/prada-and-adidas-re-nylon-collaboration-1234657675/
Capture timestamp (UTC): Mon, 20 Jun 2022 23:06:53 GMT

Page 12 of 13

Exhibit 15
Page 12 of 13



DIRT

Did Bernard Arnault Sell an $84 Million Trousdale Estates Mansion... to Himself?



Document title: Prada and Adidas Just Released Their First Collection of Clothing – Robb Report
Capture URL: https://robbreport.com/style/fashion/prada-and-adidas-re-nylon-collaboration-1234657675/
Capture timestamp (UTC): Mon, 20 Jun 2022 23:06:53 GMT

Page 13 of 13

Exhibit 15
Page 13 of 13