

Upcoming Sneaker Releases   Jordan   Yeezy   Nike   New Balance   adidas   Crocs   Collections   Deals



November 2, 2022

# The Full Balenciaga x adidas Collection Drops On November 3rd

Nicholas Vlahos



Balenciaga x adidas Footwear Collection

What started as fantasy colorways designed by customizers or what some referred to as "fugazi," collaborations between the upper echelon of high fashion and sportswear have become a reality. Brands like Louis Vuitton worked with Nike and Supreme while Gucci has teamed up with rivals of both brands, adidas and Palace, in which both luxury labels merged the aesthetic of each respective brand with their high-end price points and quality. The fashion world's most popular brand at the moment, Balenciaga, has decided to join Gucci in working with the German sportswear giant adidas.

Showcased at a fashion show held inside the New York Stock Exchange way back in May, Balenciaga initially offered parts of the collection through a pre-order on their website that included jackets, hoodies, socks, shoes, and more at a price point you'd expect from the luxury fashion house. Now, we're set to get even more pieces that according to Balenciaga "recontextualizes elements of sportswear that have been a part of Balenciaga's creative language."

For footwear, we've already gotten looks at the "Destroyed" Stan Smith which, as its title states, is a worn-down pair of all-leather Stan Smiths that you'd find deep in your closet after

Document title: The Full Balenciaga x adidas Collection Drops On November 3rd
Capture URL: https://www.soleretriever.com/news/articles/balenciaga-adidas-collection-release-date-november-2022
Capture timestamp (UTC): Wed, 24 Apr 2024 20:37:14 GMT
Page 1 of 13

Exhibit 17
Page 1 of 13

included jackets, hoodies, socks, shoes, and more at a price point you'd expect from the luxury fashion house. Now, we're set to get even more pieces that according to Balenciaga "recontextualizes elements of sportswear that have been a part of Balenciaga's creative language."

For footwear, we've already gotten looks at the "Destroyed" Stan Smith which, as its title states, is a worn-down pair of all-leather Stan Smiths that you'd find deep in your closet after years of wear. More elevated looks like the iconic dad shoe-inspired Triple S or sock-like Speed Trainer come with added adidas branding details, seen via the Three Stripes added to the Triple S and the Speed Trainer mimicking a standard pair of adidas socks.

For clothing, Balenciaga keeps things relatively simple both in terms of silhouette and design as an array of shirts, jackets, pants, and hoodies come in a variety of colors. Most pieces feature Three Stripes branding both in the literal sense and through a co-branded Trefoil & Balenciaga logo. Accessories to go along with the clothing include various handbags, hats with cut-out details, and even a set of golden earrings that take on the co-branded logo.

The entire Balenciaga x adidas Collection is set to drop on November 3rd, 2022 through Balenciaga online and in-store as well as a drop through the adidas Confirmed App. Sizing and pricing range on all the items with the Track Jacket coming in at nearly $2,400, so expect to bust open your wallet big time for these pieces. Check below for a preview featuring some of the items that will be available and keep it locked to our Twitter and the Sole Retriever mobile app to stay updated on the latest news, raffles, releases, and more in the sneaker and streetwear world.

Images via Balenciaga

## Balenciaga x adidas Triple S "Blue"

- **Color:** Blue/White
- **Style Code:** TBD
- **Release Date:** 11/03/2022
- **Price:** $1000

ADVERTISEMENT



Document title: The Full Balenciaga x adidas Collection Drops On November 3rd
Capture URL: https://www.soleretriever.com/news/articles/balenciaga-adidas-collection-release-date-november-2022
Capture timestamp (UTC): Wed, 24 Apr 2024 20:37:14 GMT
Page 2 of 13

Exhibit 17
Page 2 of 13



ADVERTISEMENT



Report Ad

## Balenciaga x adidas Triple S "White Black"

- **Color:** White/Black
- **Style Code:** TBD
- **Release Date:** 11/03/2022
- **Price:** $1000





Document title: The Full Balenciaga x adidas Collection Drops On November 3rd
Capture URL: https://www.soleretriever.com/news/articles/balenciaga-adidas-collection-release-date-november-2022
Capture timestamp (UTC): Wed, 24 Apr 2024 20:37:14 GMT

Page 3 of 13

Exhibit 17
Page 3 of 13





## Balenciaga x adidas Triple S "White Red"

- **Color:** White/Red
- **Style Code:** TBD
- **Release Date:** 11/03/2022
- **Price:** $1000



Document title: The Full Balenciaga x adidas Collection Drops On November 3rd
Capture URL: https://www.soleretriever.com/news/articles/balenciaga-adidas-collection-release-date-november-2022
Capture timestamp (UTC): Wed, 24 Apr 2024 20:37:14 GMT
Page 4 of 13

Exhibit 17
Page 4 of 13



## Balenciaga x adidas Triple S "White Blue"



- **Color:** White/Blue
- **Style Code:** TBD
- **Release Date:** 11/03/2022
- **Price:** $1000



## Balenciaga x adidas Triple S "Black White"

- **Color:** Black/White
- **Style Code:** TBD
- **Release Date:** 11/03/2022
- **Price:** $1000

ADVERTISEMENT



Coupon codes found! Apply Codes — Capital One Shopping applies codes in seconds.









## Balenciaga x adidas Triple S "Pink White"







Document title: The Full Balenciaga x adidas Collection Drops On November 3rd
Capture URL: https://www.soleretriever.com/news/articles/balenciaga-adidas-collection-release-date-november-2022
Capture timestamp (UTC): Wed, 24 Apr 2024 20:37:14 GMT

Page 6 of 13

Exhibit 17
Page 6 of 13



## Balenciaga x adidas Speed Trainer "Black White"

- **Color:** Black/White
- **Style Code:** TBD
- **Release Date:** 11/03/2022
- **Price:** $950


## Balenciaga x adidas Speed Trainer "White Blue"

- **Color:** White/Blue
- **Style Code:** TBD
- **Release Date:** 11/03/2022
- **Price:** $950



## Balenciaga x adidas Destroyed Stan Smith "Black"

- **Color:** Black/Black
- **Style Code:** TBD




Document title: The Full Balenciaga x adidas Collection Drops On November 3rd
Capture URL: https://www.soleretriever.com/news/articles/balenciaga-adidas-collection-release-date-november-2022
Capture timestamp (UTC): Wed, 24 Apr 2024 20:37:14 GMT
Page 8 of 13

Exhibit 17
Page 8 of 13

## Balenciaga x adidas Destroyed Stan Smith "Black"

- **Color:** Black/Black
- **Style Code:** TBD
- **Release Date:** 11/03/2022
- **Price:** TBD

ADVERTISEMENT





## Balenciaga x adidas Destroyed Stan Smith "Worn Black"

- **Color:** Black/Black
- **Style Code:** TBD
- **Release Date:** 11/03/2022
- **Price:** TBD



Document title: The Full Balenciaga x adidas Collection Drops On November 3rd
Capture URL: https://www.soleretriever.com/news/articles/balenciaga-adidas-collection-release-date-november-2022
Capture timestamp (UTC): Wed, 24 Apr 2024 20:37:14 GMT
Page 9 of 13

Exhibit 17
Page 9 of 13



**Balenciaga x adidas Destroyed Stan Smith "White"**

- Color: White/Green
- Style Code: TBD
- Release Date: 11/03/2022
- Price: TBD


ADVERTISEMENT



**Balenciaga x adidas Apparel**

Document title: The Full Balenciaga x adidas Collection Drops On November 3rd
Capture URL: https://www.soleretriever.com/news/articles/balenciaga-adidas-collection-release-date-november-2022
Capture timestamp (UTC): Wed, 24 Apr 2024 20:37:14 GMT
Page 10 of 13

Exhibit 17
Page 10 of 13

## Balenciaga x adidas Apparel



Document title: The Full Balenciaga x adidas Collection Drops On November 3rd
Capture URL: https://www.soleretriever.com/news/articles/balenciaga-adidas-collection-release-date-november-2022
Capture timestamp (UTC): Wed, 24 Apr 2024 20:37:14 GMT
Page 11 of 13

Exhibit 17
Page 11 of 13



ADVERTISEMENT



Report Ad

ADIDAS



### Related Posts



April 24, 2024
The Nadeshot x adidas Rivalry Releases May 2024



April 24, 2024
The Sporty & Rich x adidas Handball Spezial Pack Releases in 2024



April 24, 2024
The adidas Harden Vol. 8 Black Yellow Releases in 2024



April 23,
The adi
Release

### 2024 Sneaker Release Dates





Document title: The Full Balenciaga x adidas Collection Drops On November 3rd
Capture URL: https://www.soleretriever.com/news/articles/balenciaga-adidas-collection-release-date-november-2022
Capture timestamp (UTC): Wed, 24 Apr 2024 20:37:14 GMT          Page 12 of 13

Exhibit 17
Page 12 of 13



**Related Posts**



April 24, 2024

The Nadeshot x adidas Rivalry Releases May 2024



April 24, 2024

The Sporty & Rich x adidas Handball Spezial Pack Releases in 2024



April 24, 2024

The adidas Harden Vol. 8 Black Yellow Releases in 2024



April 23, 2024

The adidas Harden Vol. 8 White Toe Releases in 2024

**2024 Sneaker Release Dates**



Air Jordan Release Dates



Nike Release Dates



All Sneaker Release Dates

