

NEWS     BRANDS ⌄     JORDAN RELEASE DATES     SNEAKER RELEASE DATES     YEEZY RELEASE DATES

Home › Adidas › adidas x Fear of God Athletics Delivery 1 Releases December 2023

# ADIDAS X FEAR OF GOD ATHLETICS DELIVERY 1 RELEASES DECEMBER 2023

*ADIDAS*

PUBLISHED ON **NOV 29, 2023**     BY **MARIO BRIGUGLIO**





Sponsored
Surgeon Reveals: Breakthrough in Peripheral Neuropathy Relief (Watch Now)
neuropathy.pro



Sponsored
Do You Know What Crohn's Disease Is? You Might Be Surprised
Chrons Disease Symptoms | Search Ads

Recommended by Outbrain |▷

The much-anticipated first adidas x Fear of God Collection is finally hitting the shelves. After nearly three years since the collaboration's announcement in late 2020, Jerry Lorenzo and the Three Stripes are officially introducing Fear of God Athletics. This marks the third pillar of Fear of God, standing alongside FOG mainline and ESSENTIALS, completing the brand's architecture established by Lorenzo in 2013.

- Advertisement -



Sponsored
Surgeon Reveals: Breakthrough in Peripheral Relief (Watch Now)
neuropathy.pro

Recommended by Outbrain |▷

Document title: adidas x Fear of God Athletics Delivery 1 Collection 2023-2024
Capture URL: https://sneakerbardetroit.com/adidas-fear-of-god-athletics-delivery-1/
Capture timestamp (UTC): Wed, 24 Apr 2024 20:50:04 GMT

Page 1 of 40

Exhibit 19
Page 1 of 40



NEWS     BRANDS ⌄     JORDAN RELEASE DATES     SNEAKER RELEASE DATES     YEEZY RELEASE DATES



Sponsored
**Surgeon Reveals: Breakthrough in Peripheral Neuropathy Relief (Watch Now)**
neuropathy.pro



Sponsored
**Do You Know What Crohn's Disease Is? You Might Be Surprised**
Chrons Disease Symptoms | Search Ads

Recommended by Outbrain |ᐸ

According to Lorenzo, Fear of God is a reflection of the unity and diversity found in the highest being's nature and design. It's fitting that the Brand with the Three Stripes partners with Lorenzo to finalize this trinity.

Fear of God Athletics' inaugural lineup translates Lorenzo's signature design cues into sportswear silhouettes. The designs prioritize relaxed proportions and premium materials, adhering to a color palette dominated by black and beige hues. Notable pieces include the suede fleece poncho, the French tricot fabric goalie jersey, and the heavy polar fleece hoodie.

### adidas Fear of God Athletics Delivery 1 Release Date

The **adidas x Fear of God Athletics Delivery 1 Collection** is set to release on Sunday, December 3, 2023, available on fearofgod.com and the CONFIRMED app. Prices range from $200 for the performance jersey tee to $700 for the car coat.



In summary, the long-awaited collaboration between adidas and Fear of God brings forth a carefully curated collection that seamlessly merges style and sport. With its official launch just around the corner, enthusiasts can anticipate a blend of Jerry Lorenzo's distinctive aesthetics and the

Document title: adidas x Fear of God Athletics Delivery 1 Collection 2023-2024
Capture URL: https://sneakerbardetroit.com/adidas-fear-of-god-athletics-delivery-1/
Capture timestamp (UTC): Wed, 24 Apr 2024 20:50:04 GMT

Page 2 of 40

Exhibit 19
Page 2 of 40



style and sport. With its official launch just around the corner, enthusiasts can anticipate a blend of Jerry Lorenzo's distinctive aesthetics and the iconic Three Stripes, creating a trinity that embodies both unity and diversity. Don't miss the chance to grab these exclusive pieces on December 3rd and elevate your wardrobe with Fear of God Athletics.



Sponsored
**Surgeon Reveals: Breakthrough in Peripheral Neuropathy Relief (Watch Now)**
neuropathy.pro

Sponsored
**Do You Know What Crohn's Disease Is? You Might Be Surprised**
Chrons Disease Symptoms | Search Ads

Recommended by Outbrain


Stay up to date with all upcoming sneaker releases from our Sneaker Release Dates page. Be sure to follow us on Twitter and Instagram.

**Fear of God Athletics Delivery 1**
Release Date: December 3, 2023
Price: $200 – $700





Document title: adidas x Fear of God Athletics Delivery 1 Collection 2023-2024
Capture URL: https://sneakerbardetroit.com/adidas-fear-of-god-athletics-delivery-1/
Capture timestamp (UTC): Wed, 24 Apr 2024 20:50:04 GMT

Exhibit 19



Sponsored

**Surgeon Reveals: Breakthrough in Peripheral Neuropathy Relief (Watch Now)**
neuropathy.pro

Sponsored

**Do You Know What Crohn's Disease Is? You Might Be Surprised**
Chrons Disease Symptoms | Search Ads

Recommended by Outbrain

Document title: adidas x Fear of God Athletics Delivery 1 Collection 2023-2024
Capture URL: https://sneakerbardetroit.com/adidas-fear-of-god-athletics-delivery-1/
Capture timestamp (UTC): Wed, 24 Apr 2024 20:50:04 GMT



NEWS    BRANDS ›    JORDAN RELEASE DATES    SNEAKER RELEASE DATES    YEEZY RELEASE DATES





Sponsored
Surgeon Reveals: Breakthrough in Peripheral Neuropathy Relief (Watch Now)
neuropathy.pro



Sponsored
Do You Know What Crohn's Disease Is? You Might Be Surprised
Chrons Disease Symptoms | Search Ads

Recommended by Outbrain



Document title: adidas x Fear of God Athletics Delivery 1 Collection 2023-2024
Capture URL: https://sneakerbardetroit.com/adidas-fear-of-god-athletics-delivery-1/
Capture timestamp (UTC): Wed, 24 Apr 2024 20:50:04 GMT

Page 5 of 40

Exhibit 19
Page 5 of 40



NEWS    BRANDS ⌄    JORDAN RELEASE DATES    SNEAKER RELEASE DATES    YEEZY RELEASE DATES





Sponsored

Surgeon Reveals: Breakthrough in Peripheral Neuropathy Relief (Watch Now)

neuropathy.pro



Sponsored

Do You Know What Crohn's Disease Is? You Might Be Surprised

Chrons Disease Symptoms | Search Ads

Recommended by Outbrain



PROMO CODES AVAILABLE

SEE CODES

The Coupon-Finding Browser Extension





Document title: adidas x Fear of God Athletics Delivery 1 Collection 2023-2024
Capture URL: https://sneakerbardetroit.com/adidas-fear-of-god-athletics-delivery-1/
Capture timestamp (UTC): Wed, 24 Apr 2024 20:50:04 GMT

Page 6 of 40

Exhibit 19
Page 6 of 40



NEWS    BRANDS ⌄    JORDAN RELEASE DATES    SNEAKER RELEASE DATES    YEEZY RELEASE DATES







Sponsored
**Surgeon Reveals: Breakthrough in Peripheral Neuropathy Relief (Watch Now)**
neuropathy.pro



Sponsored
**Do You Know What Crohn's Disease Is? You Might Be Surprised**
Chrons Disease Symptoms | Search Ads

Recommended by Outbrain ▷

*freestar*

Document title: adidas x Fear of God Athletics Delivery 1 Collection 2023-2024
Capture URL: https://sneakerbardetroit.com/adidas-fear-of-god-athletics-delivery-1/
Capture timestamp (UTC): Wed, 24 Apr 2024 20:50:04 GMT

Page 7 of 40

Exhibit 19
Page 7 of 40



## SBD

NEWS    BRANDS ⌄    JORDAN RELEASE DATES    SNEAKER RELEASE DATES    YEEZY RELEASE DATES



Sponsored
**Surgeon Reveals: Breakthrough in Peripheral Neuropathy Relief (Watch Now)**
neuropathy.pro

Sponsored
**Do You Know What Crohn's Disease Is? You Might Be Surprised**
Chrons Disease Symptoms | Search Ads

Recommended by Outbrain |▷

🔌









Document title: adidas x Fear of God Athletics Delivery 1 Collection 2023-2024
Capture URL: https://sneakerbardetroit.com/adidas-fear-of-god-athletics-delivery-1/
Capture timestamp (UTC): Wed, 24 Apr 2024 20:50:04 GMT



NEWS    BRANDS ⌄    JORDAN RELEASE DATES    SNEAKER RELEASE DATES    YEEZY RELEASE DATES





Sponsored

Surgeon Reveals: Breakthrough in Peripheral Neuropathy Relief (Watch Now)
neuropathy.pro

Sponsored

Do You Know What Crohn's Disease Is? You Might Be Surprised
Chrons Disease Symptoms | Search Ads

Recommended by Outbrain |▷

ⓘ







Document title: adidas x Fear of God Athletics Delivery 1 Collection 2023-2024
Capture URL: https://sneakerbardetroit.com/adidas-fear-of-god-athletics-delivery-1/
Capture timestamp (UTC): Wed, 24 Apr 2024 20:50:04 GMT

NEWS    BRANDS ⌄    JORDAN RELEASE DATES    SNEAKER RELEASE DATES    YEEZY RELEASE DATES



**Sponsored**

**Surgeon Reveals: Breakthrough in Peripheral Neuropathy Relief (Watch Now)**
neuropathy.pro

**Sponsored**

**Do You Know What Crohn's Disease Is? You Might Be Surprised**
Chrons Disease Symptoms | Search Ads

Recommended by Outbrain

Document title: adidas x Fear of God Athletics Delivery 1 Collection 2023-2024
Capture URL: https://sneakerbardetroit.com/adidas-fear-of-god-athletics-delivery-1/
Capture timestamp (UTC): Wed, 24 Apr 2024 20:50:04 GMT



**SBD**

NEWS    BRANDS ⌄    JORDAN RELEASE DATES    SNEAKER RELEASE DATES    YEEZY RELEASE DATES





Sponsored

**Surgeon Reveals: Breakthrough in Peripheral Neuropathy Relief (Watch Now)**

neuropathy.pro



Sponsored

**Do You Know What Crohn's Disease Is? You Might Be Surprised**

Chrons Disease Symptoms | Search Ads

Recommended by ⊙utbrain |▷

freestar





Document title: adidas x Fear of God Athletics Delivery 1 Collection 2023-2024
Capture URL: https://sneakerbardetroit.com/adidas-fear-of-god-athletics-delivery-1/
Capture timestamp (UTC): Wed, 24 Apr 2024 20:50:04 GMT

Page 11 of 40

Exhibit 19
Page 11 of 40



NEWS    BRANDS ›    JORDAN RELEASE DATES    SNEAKER RELEASE DATES    YEEZY RELEASE DATES





Sponsored

**Surgeon Reveals: Breakthrough in Peripheral Neuropathy Relief (Watch Now)**
neuropathy.pro



Sponsored

**Do You Know What Crohn's Disease Is? You Might Be Surprised**
Chrons Disease Symptoms | Search Ads

Recommended by Outbrain |▷

_freestar_





Document title: adidas x Fear of God Athletics Delivery 1 Collection 2023-2024
Capture URL: https://sneakerbardetroit.com/adidas-fear-of-god-athletics-delivery-1/
Capture timestamp (UTC): Wed, 24 Apr 2024 20:50:04 GMT



NEWS    BRANDS ›    JORDAN RELEASE DATES    SNEAKER RELEASE DATES    YEEZY RELEASE DATES

Sponsored

**Surgeon Reveals: Breakthrough in Peripheral Neuropathy Relief (Watch Now)**
neuropathy.pro

Sponsored

**Do You Know What Crohn's Disease Is? You Might Be Surprised**
Chrons Disease Symptoms | Search Ads

Recommended by Outbrain

*freestar*





Document title: adidas x Fear of God Athletics Delivery 1 Collection 2023-2024
Capture URL: https://sneakerbardetroit.com/adidas-fear-of-god-athletics-delivery-1/
Capture timestamp (UTC): Wed, 24 Apr 2024 20:50:04 GMT

Page 13 of 40

Exhibit 19
Page 13 of 40



Sponsored

**Surgeon Reveals: Breakthrough in Peripheral Neuropathy Relief (Watch Now)**
neuropathy.pro

Sponsored

**Do You Know What Crohn's Disease Is? You Might Be Surprised**
Chrons Disease Symptoms | Search Ads

Recommended by Outbrain ▷

*freestar*



Document title: adidas x Fear of God Athletics Delivery 1 Collection 2023-2024
Capture URL: https://sneakerbardetroit.com/adidas-fear-of-god-athletics-delivery-1/
Capture timestamp (UTC): Wed, 24 Apr 2024 20:50:04 GMT

SBD

NEWS    BRANDS ⌄    JORDAN RELEASE DATES    SNEAKER RELEASE DATES    YEEZY RELEASE DATES

Sponsored
Surgeon Reveals: Breakthrough in Peripheral Neuropathy Relief (Watch Now)
neuropathy.pro

Sponsored
Do You Know What Crohn's Disease Is? You Might Be Surprised
Chrons Disease Symptoms | Search Ads

Recommended by Outbrain ▷

freestar



Document title: adidas x Fear of God Athletics Delivery 1 Collection 2023-2024
Capture URL: https://sneakerbardetroit.com/adidas-fear-of-god-athletics-delivery-1/
Capture timestamp (UTC): Wed, 24 Apr 2024 20:50:04 GMT

 NEWS   BRANDS ›   JORDAN RELEASE DATES   SNEAKER RELEASE DATES   YEEZY RELEASE DATES




Sponsored
**Surgeon Reveals: Breakthrough in Peripheral Neuropathy Relief (Watch Now)**
neuropathy.pro


Sponsored
**Do You Know What Crohn's Disease Is? You Might Be Surprised**
Chrons Disease Symptoms | Search Ads

Recommended by Outbrain





Document title: adidas x Fear of God Athletics Delivery 1 Collection 2023-2024
Capture URL: https://sneakerbardetroit.com/adidas-fear-of-god-athletics-delivery-1/
Capture timestamp (UTC): Wed, 24 Apr 2024 20:50:04 GMT

Page 16 of 40

Exhibit 19
Page 16 of 40



Sponsored
**Surgeon Reveals: Breakthrough in Peripheral Neuropathy Relief (Watch Now)**
neuropathy.pro

Sponsored
**Do You Know What Crohn's Disease Is? You Might Be Surprised**
Chrons Disease Symptoms | Search Ads

Recommended by Outbrain









Document title: adidas x Fear of God Athletics Delivery 1 Collection 2023-2024
Capture URL: https://sneakerbardetroit.com/adidas-fear-of-god-athletics-delivery-1/
Capture timestamp (UTC): Wed, 24 Apr 2024 20:50:04 GMT

Exhibit 19
Page 17 of 40





NEWS    BRANDS    JORDAN RELEASE DATES    SNEAKER RELEASE DATES    YEEZY RELEASE DATES

Sponsored
Surgeon Reveals: Breakthrough in Peripheral Neuropathy Relief (Watch Now)
neuropathy.pro



Sponsored
Do You Know What Crohn's Disease Is? You Might Be Surprised
Chrons Disease Symptoms | Search Ads

Recommended by Outbrain







Document title: adidas x Fear of God Athletics Delivery 1 Collection 2023-2024
Capture URL: https://sneakerbardetroit.com/adidas-fear-of-god-athletics-delivery-1/
Capture timestamp (UTC): Wed, 24 Apr 2024 20:50:04 GMT

NEWS    BRANDS ⌄    JORDAN RELEASE DATES    SNEAKER RELEASE DATES    YEEZY RELEASE DATES



**Search for**

1. 75% OFF ADIDAS SHOES ▶
2. 50% OFF ADIDAS COUPON CODE ▶
3. ADIDAS NEW SHOES RELEASE ▶
4. GET ADIDAS SHOES AT BEST PRICES ▶
5. ADIDAS SNEAKER RELEASE DATES ▶

Sponsored

**Surgeon Reveals: Breakthrough in Peripheral Neuropathy Relief (Watch Now)**
neuropathy.pro

Sponsored

**Do You Know What Crohn's Disease Is? You Might Be Surprised**
Chrons Disease Symptoms | Search Ads

Recommended by Outbrain |▷



Document title: adidas x Fear of God Athletics Delivery 1 Collection 2023-2024
Capture URL: https://sneakerbardetroit.com/adidas-fear-of-god-athletics-delivery-1/
Capture timestamp (UTC): Wed, 24 Apr 2024 20:50:04 GMT

Page 19 of 40

Exhibit 19
Page 19 of 40



Sponsored

**Surgeon Reveals: Breakthrough in Peripheral Neuropathy Relief (Watch Now)**
neuropathy.pro

Sponsored

**Do You Know What Crohn's Disease Is? You Might Be Surprised**
Chrons Disease Symptoms | Search Ads

Recommended by Outbrain ▷

freestar



Document title: adidas x Fear of God Athletics Delivery 1 Collection 2023-2024
Capture URL: https://sneakerbardetroit.com/adidas-fear-of-god-athletics-delivery-1/
Capture timestamp (UTC): Wed, 24 Apr 2024 20:50:04 GMT

Page 20 of 40

Exhibit 19
Page 20 of 40

![SBD]

NEWS    BRANDS ›    JORDAN RELEASE DATES    SNEAKER RELEASE DATES    YEEZY RELEASE DATES



**Sponsored**

**Surgeon Reveals: Breakthrough in Peripheral Neuropathy Relief (Watch Now)**

neuropathy.pro

**Sponsored**

**Do You Know What Crohn's Disease Is? You Might Be Surprised**

Chrons Disease Symptoms | Search Ads

Recommended by Outbrain |▷

*ᵖfreeblr*



Document title: adidas x Fear of God Athletics Delivery 1 Collection 2023-2024
Capture URL: https://sneakerbardetroit.com/adidas-fear-of-god-athletics-delivery-1/
Capture timestamp (UTC): Wed, 24 Apr 2024 20:50:04 GMT



NEWS · BRANDS › · JORDAN RELEASE DATES · SNEAKER RELEASE DATES · YEEZY RELEASE DATES



Sponsored
**Surgeon Reveals: Breakthrough in Peripheral Neuropathy Relief (Watch Now)**
neuropathy.pro



Sponsored
**Do You Know What Crohn's Disease Is? You Might Be Surprised**
Chrons Disease Symptoms | Search Ads

Recommended by Outbrain ▷







Document title: adidas x Fear of God Athletics Delivery 1 Collection 2023-2024
Capture URL: https://sneakerbardetroit.com/adidas-fear-of-god-athletics-delivery-1/
Capture timestamp (UTC): Wed, 24 Apr 2024 20:50:04 GMT



Sponsored
Surgeon Reveals: Breakthrough in Peripheral Neuropathy Relief (Watch Now)
neuropathy.pro

Sponsored
Do You Know What Crohn's Disease Is? You Might Be Surprised
Chrons Disease Symptoms | Search Ads

Recommended by Outbrain

Document title: adidas x Fear of God Athletics Delivery 1 Collection 2023-2024
Capture URL: https://sneakerbardetroit.com/adidas-fear-of-god-athletics-delivery-1/
Capture timestamp (UTC): Wed, 24 Apr 2024 20:50:04 GMT

Page 23 of 40

Exhibit 19
Page 23 of 40



NEWS    BRANDS ⌄    JORDAN RELEASE DATES    SNEAKER RELEASE DATES    YEEZY RELEASE DATES





Sponsored
**Surgeon Reveals: Breakthrough in Peripheral Neuropathy Relief (Watch Now)**
neuropathy.pro



Sponsored
**Do You Know What Crohn's Disease Is? You Might Be Surprised**
Chrons Disease Symptoms | Search Ads

Recommended by Outbrain |▷







Document title: adidas x Fear of God Athletics Delivery 1 Collection 2023-2024
Capture URL: https://sneakerbardetroit.com/adidas-fear-of-god-athletics-delivery-1/
Capture timestamp (UTC): Wed, 24 Apr 2024 20:50:04 GMT

Exhibit 19



Sponsored

Surgeon Reveals: Breakthrough in Peripheral Neuropathy Relief (Watch Now)
neuropathy.pro



Sponsored

Do You Know What Crohn's Disease Is? You Might Be Surprised
Chrons Disease Symptoms | Search Ads

Recommended by Outbrain







Search for

1. 75% Off Adidas Shoes ›
2. 50% Off Adidas Coupon Code ›
3. Adidas Sneaker Release Dates ›
4. Adidas New Shoes Release ›
5. Adidas Shoes Clearance Sale ›

Document title: adidas x Fear of God Athletics Delivery 1 Collection 2023-2024
Capture URL: https://sneakerbardetroit.com/adidas-fear-of-god-athletics-delivery-1/
Capture timestamp (UTC): Wed, 24 Apr 2024 20:50:04 GMT

![SBD]

NEWS    BRANDS ⌄    JORDAN RELEASE DATES    SNEAKER RELEASE DATES    YEEZY RELEASE DATES

4. Adidas New Shoes Release ❯

5. Adidas Shoes Clearance Sale ❯

🜋

Sponsored
Surgeon Reveals: Breakthrough in Peripheral Neuropathy Relief (Watch Now)
neuropathy.pro

Sponsored
Do You Know What Crohn's Disease Is? You Might Be Surprised
Chrons Disease Symptoms | Search Ads

Recommended by Outbrain ▷

🜋





Document title: adidas x Fear of God Athletics Delivery 1 Collection 2023-2024
Capture URL: https://sneakerbardetroit.com/adidas-fear-of-god-athletics-delivery-1/
Capture timestamp (UTC): Wed, 24 Apr 2024 20:50:04 GMT



NEWS    BRANDS ⌄    JORDAN RELEASE DATES    SNEAKER RELEASE DATES    YEEZY RELEASE DATES





Sponsored
**Surgeon Reveals: Breakthrough in Peripheral Neuropathy Relief (Watch Now)**
neuropathy.pro



Sponsored
**Do You Know What Crohn's Disease Is? You Might Be Surprised**
Chrons Disease Symptoms | Search Ads

Recommended by Outbrain

*freestar*





Document title: adidas x Fear of God Athletics Delivery 1 Collection 2023-2024
Capture URL: https://sneakerbardetroit.com/adidas-fear-of-god-athletics-delivery-1/
Capture timestamp (UTC): Wed, 24 Apr 2024 20:50:04 GMT

Exhibit 19
Page 27 of 40



NEWS    BRANDS ⌄    JORDAN RELEASE DATES    SNEAKER RELEASE DATES    YEEZY RELEASE DATES




Sponsored
**Surgeon Reveals: Breakthrough in Peripheral Neuropathy Relief (Watch Now)**
neuropathy.pro


Sponsored
**Do You Know What Crohn's Disease Is? You Might Be Surprised**
Chrons Disease Symptoms | Search Ads

Recommended by Ⓞutbrain |▷







Document title: adidas x Fear of God Athletics Delivery 1 Collection 2023-2024
Capture URL: https://sneakerbardetroit.com/adidas-fear-of-god-athletics-delivery-1/
Capture timestamp (UTC): Wed, 24 Apr 2024 20:50:04 GMT



Sponsored
**Surgeon Reveals: Breakthrough in Peripheral Neuropathy Relief (Watch Now)**
neuropathy.pro



Sponsored
**Do You Know What Crohn's Disease Is? You Might Be Surprised**
Chrons Disease Symptoms | Search Ads

Recommended by Outbrain







Document title: adidas x Fear of God Athletics Delivery 1 Collection 2023-2024
Capture URL: https://sneakerbardetroit.com/adidas-fear-of-god-athletics-delivery-1/
Capture timestamp (UTC): Wed, 24 Apr 2024 20:50:04 GMT



Sponsored
**Surgeon Reveals: Breakthrough in Peripheral Neuropathy Relief (Watch Now)**
neuropathy.pro

Sponsored
**Do You Know What Crohn's Disease Is? You Might Be Surprised**
Chrons Disease Symptoms | Search Ads

Recommended by Outbrain

Document title: adidas x Fear of God Athletics Delivery 1 Collection 2023-2024
Capture URL: https://sneakerbardetroit.com/adidas-fear-of-god-athletics-delivery-1/
Capture timestamp (UTC): Wed, 24 Apr 2024 20:50:04 GMT



Sponsored

**Surgeon Reveals: Breakthrough in Peripheral Neuropathy Relief (Watch Now)**
neuropathy.pro

Sponsored

**Do You Know What Crohn's Disease Is? You Might Be Surprised**
Chrons Disease Symptoms | Search Ads

Recommended by Outbrain ▷

Document title: adidas x Fear of God Athletics Delivery 1 Collection 2023-2024
Capture URL: https://sneakerbardetroit.com/adidas-fear-of-god-athletics-delivery-1/
Capture timestamp (UTC): Wed, 24 Apr 2024 20:50:04 GMT



Sponsored

**Surgeon Reveals: Breakthrough in Peripheral Neuropathy Relief (Watch Now)**

neuropathy.pro



Sponsored

**Do You Know What Crohn's Disease Is? You Might Be Surprised**

Chrons Disease Symptoms | Search Ads

Recommended by Outbrain





Document title: adidas x Fear of God Athletics Delivery 1 Collection 2023-2024
Capture URL: https://sneakerbardetroit.com/adidas-fear-of-god-athletics-delivery-1/
Capture timestamp (UTC): Wed, 24 Apr 2024 20:50:04 GMT



NEWS     BRANDS ⌄     JORDAN RELEASE DATES     SNEAKER RELEASE DATES     YEEZY RELEASE DATES





Sponsored

**Surgeon Reveals: Breakthrough in Peripheral Neuropathy Relief (Watch Now)**
neuropathy.pro



Sponsored

**Do You Know What Crohn's Disease Is? You Might Be Surprised**
Chrons Disease Symptoms | Search Ads

Recommended by Outbrain





Document title: adidas x Fear of God Athletics Delivery 1 Collection 2023-2024
Capture URL: https://sneakerbardetroit.com/adidas-fear-of-god-athletics-delivery-1/
Capture timestamp (UTC): Wed, 24 Apr 2024 20:50:04 GMT



NEWS    BRANDS ⌄    JORDAN RELEASE DATES    SNEAKER RELEASE DATES    YEEZY RELEASE DATES





Sponsored

**Surgeon Reveals: Breakthrough in Peripheral Neuropathy Relief (Watch Now)**

neuropathy.pro



Sponsored

**Do You Know What Crohn's Disease Is? You Might Be Surprised**

Chrons Disease Symptoms | Search Ads

Recommended by Outbrain ▷

*freestar*



Document title: adidas x Fear of God Athletics Delivery 1 Collection 2023-2024
Capture URL: https://sneakerbardetroit.com/adidas-fear-of-god-athletics-delivery-1/
Capture timestamp (UTC): Wed, 24 Apr 2024 20:50:04 GMT



Sponsored
**Surgeon Reveals: Breakthrough in Peripheral Neuropathy Relief (Watch Now)**
neuropathy.pro



Sponsored
**Do You Know What Crohn's Disease Is? You Might Be Surprised**
Chrons Disease Symptoms | Search Ads

Recommended by Outbrain





Document title: adidas x Fear of God Athletics Delivery 1 Collection 2023-2024
Capture URL: https://sneakerbardetroit.com/adidas-fear-of-god-athletics-delivery-1/
Capture timestamp (UTC): Wed, 24 Apr 2024 20:50:04 GMT



Exhibit 19
Page 35 of 40



NEWS    BRANDS ⌄    JORDAN RELEASE DATES    SNEAKER RELEASE DATES    YEEZY RELEASE DATES





Sponsored

**Surgeon Reveals: Breakthrough in Peripheral Neuropathy Relief (Watch Now)**
neuropathy.pro



Sponsored

**Do You Know What Crohn's Disease Is? You Might Be Surprised**
Chrons Disease Symptoms | Search Ads

Recommended by Outbrain ▷

▽





Document title: adidas x Fear of God Athletics Delivery 1 Collection 2023-2024
Capture URL: https://sneakerbardetroit.com/adidas-fear-of-god-athletics-delivery-1/
Capture timestamp (UTC): Wed, 24 Apr 2024 20:50:04 GMT



NEWS    BRANDS ⌄    JORDAN RELEASE DATES    SNEAKER RELEASE DATES    YEEZY RELEASE DATES





Sponsored
**Surgeon Reveals: Breakthrough in Peripheral Neuropathy Relief (Watch Now)**
neuropathy.pro



Sponsored
**Do You Know What Crohn's Disease Is? You Might Be Surprised**
Chrons Disease Symptoms | Search Ads

Recommended by Outbrain

*freestar*



Document title: adidas x Fear of God Athletics Delivery 1 Collection 2023-2024
Capture URL: https://sneakerbardetroit.com/adidas-fear-of-god-athletics-delivery-1/
Capture timestamp (UTC): Wed, 24 Apr 2024 20:50:04 GMT





**SBD**

NEWS    BRANDS ⌄    JORDAN RELEASE DATES    SNEAKER RELEASE DATES    YEEZY RELEASE DATES    🔍



Sponsored
**Surgeon Reveals: Breakthrough in Peripheral Neuropathy Relief (Watch Now)**
neuropathy.pro



Sponsored
**Do You Know What Crohn's Disease Is? You Might Be Surprised**
Chrons Disease Symptoms | Search Ads

Recommended by Outbrain |▷





Document title: adidas x Fear of God Athletics Delivery 1 Collection 2023-2024
Capture URL: https://sneakerbardetroit.com/adidas-fear-of-god-athletics-delivery-1/
Capture timestamp (UTC): Wed, 24 Apr 2024 20:50:04 GMT



NEWS    BRANDS ⌄    JORDAN RELEASE DATES    SNEAKER RELEASE DATES    YEEZY RELEASE DATES





**Surgeon Reveals: Breakthrough in Peripheral Neuropathy Relief (Watch Now)**

neuropathy.pro



**Do You Know What Crohn's Disease Is? You Might Be Surprised**

Chrons Disease Symptoms | Search Ads

Recommended by Outbrain |ᐅ

TAGS    ADIDAS    FEAR OF GOD    JERRY LORENZO



**Mario Briguglio**

Founder and Editor in Chief. My passion for sneakers started at age 6 and now I've turned my passion into a profession.

*Favorite Kicks - Air Jordan 3 'Black Cement'*

Share    Facebook    Twitter    Pinterest    ReddIt

## RELATED NEWS



Adidas

**adidas AE 1 "MX Fuchsia" Releases August 2024**



Adidas

**adidas AE 1 Low "MX Grey" Releases Summer 2024**



Adidas

**adidas Harden Vol. 8 "After Hours" Releases in 2024**



Adidas

**adidas AE 1 "Georgia Bulldogs" Releases in 2024**

**LOAD MORE ›**

Document title: adidas x Fear of God Athletics Delivery 1 Collection 2023-2024
Capture URL: https://sneakerbardetroit.com/adidas-fear-of-god-athletics-delivery-1/
Capture timestamp (UTC): Wed, 24 Apr 2024 20:50:04 GMT



Share  | Facebook | Twitter | Pinterest | ReddIt

**RELATED NEWS**



Adidas

adidas AE 1 "MX Fuchsia" Releases August 2024



Adidas

adidas AE 1 Low "MX Grey" Releases Summer 2024



Adidas

adidas Harden Vol. 8 "After Hours" Releases in 2024



Adidas

adidas AE 1 "Georgia Bulldogs" Releases in 2024

**LOAD MORE ›**



Advertisment

**About Us**

SBD provides millions of monthly visitors with sneaker updates on Jordan, Nike, Adidas, plus much more. Sneaker Bar Detroit has quickly become one of the top sneaker sources on the web.

Advertise With Us || Email: info[at]sneakerbardetroit.com

Privacy Manager

Document title: adidas x Fear of God Athletics Delivery 1 Collection 2023-2024
Capture URL: https://sneakerbardetroit.com/adidas-fear-of-god-athletics-delivery-1/
Capture timestamp (UTC): Wed, 24 Apr 2024 20:50:04 GMT

Exhibit 19
Page 40 of 40