

NEWS    BRANDS    JORDAN RELEASE DATES    SNEAKER RELEASE DATES    YEEZY RELEASE DATES

Home › Adidas › Wales Bonner's adidas Samba "Studded" Pack Limited To 750 Pairs Each

# WALES BONNER'S ADIDAS SAMBA "STUDDED" PACK LIMITED TO 750 PAIRS EACH

ADIDAS

PUBLISHED ON FEB 9, 2024    BY **MARIO BRIGUGLIO**



Introducing the exclusive adidas Samba collaboration with Wales Bonner, a limited-edition release. Inspired by Wales Bonner's signature stud motif, these shoes feature metallic studs illuminating the iconic Three Stripes. With a soft leather upper, decorative stitching, and opulent satin lining, they exude luxury. The design is completed with gold-foil debossing on the tongue.

- Advertisement -

Altus | New Leather…
by cozey.com

Learn more

Skip Ad ▶|



NEWS   BRANDS   JORDAN RELEASE DATES   SNEAKER RELEASE DATES   YEEZY RELEASE DATES

Each colorway is a rarity, with only 750 pairs produced, marked by a unique number on the shoebox and under the tongue flaps (1/750). Notably, these pairs lack individual serialization.

The **Wales Bonner adidas Samba "Studded" Pack** dropped on February 9, 2024, priced at $280 USD on the Confirmed App, swiftly selling out. While no additional release date is confirmed, given the "Quickstrike" nature of today's release, a future drop may be imminent.

In summary, the adidas Samba collaboration with Wales Bonner, featuring limited-edition stud embellishments, showcases exquisite craftsmanship. The exclusive release, priced at $280 USD, sold out rapidly on February 9, 2024, via the Confirmed App. Stay tuned for potential future releases in the "Quickstrike" fashion.

Stay up to date with all upcoming sneaker releases from our Sneaker Release Dates page. Be sure to follow us on Twitter and Instagram.



**Wales Bonner x adidas Samba "Studded" Pack**
Color: Core Black/Core Black-Core Black



NEWS    BRANDS    JORDAN RELEASE DATES    SNEAKER RELEASE DATES    YEEZY RELEASE DATES

**Wales Bonner x adidas Samba "Studded" Pack**
Color: Core Black/Core Black-Core Black
Style Code: IG4303
Release Date: February 9, 2024
Price: $280



**Wales Bonner x adidas Samba "Studded" Pack**
Color: Cream White/Cream White-Core Black
Style Code: IG4304
Release Date: February 9, 2024
Price: $280





Document title: Wales Bonner x adidas Samba Studded Pack 2024
Capture URL: https://sneakerbardetroit.com/wales-bonner-adidas-samba-studded-pack-2024/
Capture timestamp (UTC): Wed, 24 Apr 2024 20:54:05 GMT
Page 3 of 12

Exhibit 20
Page 3 of 12







Document title: Wales Bonner x adidas Samba Studded Pack 2024
Capture URL: https://sneakerbardetroit.com/wales-bonner-adidas-samba-studded-pack-2024/
Capture timestamp (UTC): Wed, 24 Apr 2024 20:54:05 GMT
Page 4 of 12

Exhibit 20
Page 4 of 12









Document title: Wales Bonner x adidas Samba Studded Pack 2024
Capture URL: https://sneakerbardetroit.com/wales-bonner-adidas-samba-studded-pack-2024/
Capture timestamp (UTC): Wed, 24 Apr 2024 20:54:05 GMT
Page 5 of 12

Exhibit 20
Page 5 of 12



NEWS   BRANDS   JORDAN RELEASE DATES   SNEAKER RELEASE DATES   YEEZY RELEASE DATES





Document title: Wales Bonner x adidas Samba Studded Pack 2024
Capture URL: https://sneakerbardetroit.com/wales-bonner-adidas-samba-studded-pack-2024/
Capture timestamp (UTC): Wed, 24 Apr 2024 20:54:05 GMT
Page 6 of 12

Exhibit 20
Page 6 of 12



Document title: Wales Bonner x adidas Samba Studded Pack 2024
Capture URL: https://sneakerbardetroit.com/wales-bonner-adidas-samba-studded-pack-2024/
Capture timestamp (UTC): Wed, 24 Apr 2024 20:54:05 GMT
Page 7 of 12

Exhibit 20
Page 7 of 12


NEWS   BRANDS   JORDAN RELEASE DATES   SNEAKER RELEASE DATES   YEEZY RELEASE DATES













Document title: Wales Bonner x adidas Samba Studded Pack 2024
Capture URL: https://sneakerbardetroit.com/wales-bonner-adidas-samba-studded-pack-2024/
Capture timestamp (UTC): Wed, 24 Apr 2024 20:54:05 GMT
Page 9 of 12

Exhibit 20
Page 9 of 12







NEWS    BRANDS    JORDAN RELEASE DATES    SNEAKER RELEASE DATES    YEEZY RELEASE DATES



**TAGS**   ADIDAS SAMBA   WALES BONNER

**Mario Briguglio**
Founder and Editor in Chief. My passion for sneakers started at age 6 and now I've turned my passion into a profession.
*Favorite Kicks - Air Jordan 3 "Black Cement"*

Share    Facebook    Twitter    Pinterest    ReddIt

**RELATED NEWS**


Adidas
adidas AE 1 "MX Fuchsia" Releases August 2024


Adidas
adidas AE 1 Low "MX Grey" Releases Summer 2024


Adidas
adidas Harden Vol. 8 "After Hours" Releases in 2024


Adidas
adidas AE 1 "Georgia Bulldogs" Releases in 2024

LOAD MORE ›



Share Facebook Twitter Pinterest ReddIt

## RELATED NEWS

Adidas

**adidas AE 1 "MX Fuchsia" Releases August 2024**

Adidas

**adidas AE 1 Low "MX Grey" Releases Summer 2024**

Adidas

**adidas Harden Vol. 8 "After Hours" Releases in 2024**

Adidas

**adidas AE 1 "Georgia Bulldogs" Releases in 2024**

LOAD MORE ›

Advertisment

**About Us**

SBD provides millions of monthly visitors with sneaker updates on Jordan, Nike, Adidas, plus much more. Sneaker Bar Detroit has quickly become one of the top sneaker sources on the web.

Advertise With Us || Email: info[at]sneakerbardetroit.com

Privacy Manager

