| SHOWCASE

DEALS    FITNESS    HEALTH    NUTRITION    SI TICKETS    SI SHOP    SLEEP    TECH



# The Best Tracksuits of 2024: Top Picks for Style, Speed and Comfort

These tracksuits will keep you cozy from your warmup to movie night. With both classic and updated designs, there is truly a tracksuit out there for everyone.

GABRIELLE HONDORP • UPDATED: JAN 4, 2024

  



iStock

*The products featured in this article have been independently reviewed. When you buy something through the retail links on this page, we may earn commission at no cost to you, the reader. Sports Illustrated editorial staff are not involved in the creation of this content. Learn more here.*

Tracksuits became popular for wear outside of the gym in the 1960s, and ever since then, we haven't looked back. Versatile, comfortable and one of the easiest outfits to put together, it's hard to find fault with the matching sets. While they have evolved over the years, they are still incredibly popular today—and make a great investment piece for those looking for something to wear in and outside the gym.



Document title: The Best Tracksuits of 2024 - Sports Illustrated
Capture URL: https://www.si.com/showcase/fitness/best-tracksuits
Capture timestamp (UTC): Wed, 24 Apr 2024 22:30:11 GMT

Page 1 of 17

Exhibit 21
Page 1 of 136



DEALS   FITNESS   HEALTH   NUTRITION   SI TICKETS   SI SHOP   SLEEP   TECH

While there will always be classic models like the zip-front from adidas, many other popular brands have also jumped on the bandwagon and taken their own stab at the classic garment pairing. With so many options to choose from, we know how difficult it can be to end up with exactly what you want, especially when shopping online. To help you out, we gathered up some of our favorite models from popular brands to help you choose the best tracksuit for you. Check out our in-depth reviews below as well as tips on how to pick the ideal tracksuit for you.

ADVERTISEMENT



## Our Picks for the Best Tracksuits:

- Best adidas Tracksuit: **adidas Basic 3-Stripes Fleece Track Suit**
- Best Men's Tracksuit: **Nike Sportswear Tech Fleece Windrunner** + **Nike Sportswear Tech Fleece Slim Fit Joggers**
- Best Women's Tracksuit: **Lululemon Softsreme High-Rise Pant** + **Lululemon Softstream Perfectly Oversized Cropped Crew**
- Best Velour Tracksuit: **adidas Basketball Velour Hoodie** + **adidas Basketball Velour Pants**
- Best Tracksuit for Lounging: **Alo Yoga Renown Heavy Weight Crewneck Pullover** + **Alo Yoga Renown Heavy Weight Sweatpant**
- Best Tracksuit for Soccer: **Under Armour Men's UA Challenger Tracksuit**
- Best Tracksuit for Travel: **Athleta Retroterry ¼ Zip Sweatshirt** + **Athleta Retroterry Wide Leg Cargo Pant**
- Best Affordable Tracksuit: **Machlab Activewear Full Zip Tracksuit**

### Best adidas Tracksuit: adidas Basic 3-Stripes Fleece Track Suit



Document title: The Best Tracksuits of 2024 - Sports Illustrated
Capture URL: https://www.si.com/showcase/fitness/best-tracksuits
Capture timestamp (UTC): Wed, 24 Apr 2024 22:30:11 GMT

Page 2 of 17

Exhibit 21
Page 2 of 136

**Best adidas Tracksuit: adidas Basic 3-Stripes Fleece Track Suit**



*adidas*

**Key Features:**

- **Price:** $100

- **Sizes:** XS–XXL

- **Material:** Cotton, recycled polyester fleece

- **Colors Available:** 5

- **Purchase options:** Comes as a set

- **Best for:** Casual, comfy wear

If you want a classic, cozy tracksuit, this adidas one is a great place to start. It's made from a cotton blend so it is super soft to the touch, but holds its shape better than full cotton. This suit has a sleeker look than most with jogger bottoms and a zip-up top. It has a closer fit than most sweat suits, so you won't have the baggy, sloppy, pajama-like feel.

This sweat suit is also great for chilly days when you are trying to keep heat in as it tapers at the sleeves and bottom of the pant legs, plus has a high neck. The thick elastic waistband is comfortable against the skin, and it has a drawcord that allows you to tighten it to your desired snugness. There are also pockets in both the pants and the jacket, so it offers ample storage options.

The suit comes in five different color options, all with the classic three stripes running up the side. And while the style may be reminiscent of the original adidas designs, the colors and fit help it feel elevated, and make it a staple in any 2024 wardrobe.

ADVERTISEMENT

Document title: The Best Tracksuits of 2024 - Sports Illustrated
Capture URL: https://www.si.com/showcase/fitness/best-tracksuits
Capture timestamp (UTC): Wed, 24 Apr 2024 22:30:11 GMT

Page 3 of 17

Exhibit 21
Page 3 of 136



DEALS   FITNESS   HEALTH   NUTRITION   SI TICKETS   SI SHOP   SLEEP   TECH

up the side. And while the style may be reminiscent of the original adidas designs, the colors and fit help it feel elevated, and make it a staple in any 2024 wardrobe.

ADVERTISEMENT



*Looking for some more great adidas products? Check out our reviews on the* *Superstar* *for a casual shoe, the* *Ultra 4D* *for a running shoe, and the* *Dropset 2* *for a cross-trainer.*

**What we like:**

- Super comfortable
- Size inclusive
- Great colors
- Flattering fit

**What to consider:**

- Some colors have limited sizes

### Best Men's Tracksuit: Nike Sportswear Tech Fleece Windrunner + Nike Sportswear Tech Fleece Slim Fit Joggers



Document title: The Best Tracksuits of 2024 - Sports Illustrated
Capture URL: https://www.si.com/showcase/fitness/best-tracksuits
Capture timestamp (UTC): Wed, 24 Apr 2024 22:30:11 GMT

Page 4 of 17

Exhibit 21
Page 4 of 136

 SHOWCASE    DEALS  FITNESS  HEALTH  NUTRITION  SI TICKETS  SI SHOP  SLEEP  TECH



*Nike*

**Key Features:**

- **Price:** $145 for hoodie, $125 for pants
- **Sizes:** XS–4XL
- **Material:** Cotton, polyester
- **Colors Available:** 11
- **Purchase options:** Sold separately
- **Best for:** Warmups, cooldowns and leisure wear

If you like a sportier, baggier look, this Nike set may be the one for you. While it is sold separately, these pieces are designed to be worn both as a set or separately. They come in 11 different color options from fun and vibrant to classic neutrals.

These have a relaxed fit without looking too oversized, and elements like a double-ended zipper and drawstring waistband make it adjustable and comfortable for changing temps and various body types.

ADVERTISEMENT

This set has a total of four pockets—three of which are zippered which is great for keeping your items safe and secure. The single open pocket is on the pants which is great for accessing your most used items like a phone or wallet. It also has a large hood which helps to keep you warm and cozy when temperatures drop.

**What we like:**

- Great quality fabric
- Lots of color options
- Many pockets
- Large size range

**What to consider:**

- Expensive

**Best Women's Tracksuit: Lululemon Softstreme High-Rise Pant** +
**Lululemon Softstream Perfectly Oversized Cropped Crew**

 

Document title: The Best Tracksuits of 2024 - Sports Illustrated
Capture URL: https://www.si.com/showcase/fitness/best-tracksuits
Capture timestamp (UTC): Wed, 24 Apr 2024 22:30:11 GMT

Page 5 of 17

Exhibit 21
Page 5 of 136



DEALS  FITNESS  HEALTH  NUTRITION  SI TICKETS  SI SHOP  SLEEP  TECH

**Best Women's Tracksuit: Lululemon Softstreme High-Rise Pant** +
**Lululemon Softstream Perfectly Oversized Cropped Crew**



*lululemon*

**Key Features:**

- **Price:** $118 for pullover, $128 for pants

- **Sizes:** 0–20

- **Material:** Polyester, lenzing modal, elastane

- **Colors Available:** 8

- **Purchase options:** Sold separately

- **Best for:** Warmups and light workouts

It's easy for sweat suits to feel lazy and messy but newer designs have challenged this idea and brought them to a new, elevated level. This one from Lululemon has a simple, elegant design. The top is a basic pullover shape, but it has dropped shoulders and a slight crop which makes it sit a bit more elegantly and makes it flattering on any body shape.

The pants have a super relaxed fit that gives them an almost trouser-like appearance. Unlike most sweatpants, they are multi-paneled which makes them look a bit more like a dress pant. But unlike trousers, they have a comfortable elastic waistband, with a shock cord for easily adjustable fit.

ADVERTISEMENT

Since these are mainly polyester, they work great for both casual wear and working out. They also have a bit of stretch so they will move well with the body. The looser fit also gives ample space for movement and makes it a great choice for low impact

Document title: The Best Tracksuits of 2024 - Sports Illustrated
Capture URL: https://www.si.com/showcase/fitness/best-tracksuits
Capture timestamp (UTC): Wed, 24 Apr 2024 22:30:11 GMT

Page 6 of 17

Exhibit 21
Page 6 of 136



SI | SHOWCASE          DEALS  FITNESS  HEALTH  NUTRITION  SI TICKETS  SI SHOP  SLEEP  TECH

Since these are mainly polyester, they work great for both casual wear and working out. They also have a bit of stretch so they will move well with the body. The looser fit also gives ample space for movement and makes it a great choice for low impact workouts like yoga.

**What we like:**

- Elevated look
- High quality fabric
- Very comfortable
- Flattering fit

**What to consider:**

- Very expensive

### Best Velour Tracksuit: adidas Basketball Velour Hoodie + adidas Basketball Velour Pants



*adidas*

**Key Features:**

- **Price:** $100 for pullover, $90 for pants
- **Sizes:** 3XS–5XL
- **Material:** Cotton, recycled polyester
- **Colors Available:** 3
- **Purchase options:** Sold separately

Document title: The Best Tracksuits of 2024 - Sports Illustrated
Capture URL: https://www.si.com/showcase/fitness/best-tracksuits
Capture timestamp (UTC): Wed, 24 Apr 2024 22:30:11 GMT



DEALS    FITNESS    HEALTH    NUTRITION    SI TICKETS    SI SHOP    SLEEP    TECH

- **Material:** Cotton, recycled polyester
- **Colors Available:** 3
- **Purchase options:** Sold separately
- **Best for:** Warmups and cozy rest days

When you hear "velour tracksuit" most of us end up thinking about the low-slung, hot pink, butt-bedazzled Juicy Couture suits of the past. But this model by adidas has brought the vintage fabric into the future. This tracksuit has a super baggy, oversized fit that is streetwear-inspired without looking like you just rolled out of bed.

It comes in three light neutral colors, and is made up of an oversized hoodie, and loose-fit sweats. The fit is unisex, and it comes in a huge size range of 3XS up to 5XL, making it a size-inclusive option as well.

ADVERTISEMENT

Since this is made with a blend of cotton, it is more breathable than most velours so it won't trap sweat or cause you to overheat. Since these pieces are both so minimalist, they also work well when styled together or apart, so they can be a versatile addition to any wardrobe.

**What we like:**

- Update to a classic style
- Neutral colors go with anything
- Gender and size inclusive fit
- Soft and breathable

**What to consider:**

- Everything sticks to velour

### Best Tracksuit for Lounging: Alo Yoga Renown Heavy Weight Crewneck Pullover + Alo Yoga Renown Heavy Weight Sweatpant



Document title: The Best Tracksuits of 2024 - Sports Illustrated
Capture URL: https://www.si.com/showcase/fitness/best-tracksuits
Capture timestamp (UTC): Wed, 24 Apr 2024 22:30:11 GMT

Page 8 of 17

Exhibit 21
Page 8 of 136

SI | SHOWCASE

DEALS   FITNESS   HEALTH   NUTRITION   SI TICKETS   SI SHOP   SLEEP   TECH



*Alo Yoga*

**Key Features:**

- **Price:** $130 for pullover, $130 for pants
- **Sizes:** XXS–2XL
- **Material:** Not listed
- **Colors Available:** 6
- **Purchase options:** Sold separately
- **Best for:** Rest days and running errands

If coziness is what you are after, this set from Alo is the perfect pick for you. It is made from a super heavyweight french terry which is incredibly plush and soft to the touch. It has a relaxed cut with clean lines that make it presentable enough to leave the house in—but comfy enough that you won't want to.

The top is a simple crew cut shape, and the pants have both zippered side pockets and a single open butt pocket. The pants also have a thick elastic waistband which is comfortable and soft against the skin.

ADVERTISEMENT

The set comes in six different colors—though not all colors are available in both pieces—and look great when worn both together as a set or as individual pieces when building an outfit. Since they are so thick and cozy, this works best as a recovery day outfit rather than to wear when working out.

**What we like:**

- Simple, quality design
- Super plush feel
- Great colors
- Zippered side pockets

**What to consider:**

Document title: The Best Tracksuits of 2024 - Sports Illustrated
Capture URL: https://www.si.com/showcase/fitness/best-tracksuits
Capture timestamp (UTC): Wed, 24 Apr 2024 22:30:11 GMT

Page 9 of 17

Exhibit 21
Page 9 of 136

**What to consider:**

- Many colors have limited sizes

### Best Tracksuit for Soccer: Under Armour Men's UA Challenger Tracksuit



*Under Armour*

**Key Features:**

- **Price:** $130 for pullover, $130 for pants

- **Sizes:** S–XXL

- **Material:** Polyester

- **Colors Available:** 5

- **Purchase options:** Sold as a set

- **Best for:** Warmups and soccer drills

If you are going to be playing soccer or any other sport that requires high levels of movement, you probably don't want to be wearing a thick cotton sweat suit. This one is much more athletically inclined. Made with polyester, it is breathable, moisture-wicking, and more durable than cotton so it won't stretch out as easily and is more likely to hold its shape even when fully extended.

This set comes with tapered joggers that have a streamlined fit without being too loose or too tight. They have a drawstring waist which helps to keep them snug on the hips and moisture-wicking material that dries quickly.

Document title: The Best Tracksuits of 2024 - Sports Illustrated
Capture URL: https://www.si.com/showcase/fitness/best-tracksuits
Capture timestamp (UTC): Wed, 24 Apr 2024 22:30:11 GMT

Page 10 of 17

Exhibit 21
Page 10 of 136



loose or too tight. They have a drawstring waist which helps to keep them snug on the hips and moisture-wicking material that dries quickly.

ADVERTISEMENT

It has a total of four open pockets, two on the jacket, two on the pants and zippers at the ankle which allows you to pull them over shoes or cleats if you want to use them as warmups.

**What we like:**

- Affordable
- Moisture-wicking
- Zippered ankles
- Pockets

**What to consider:**

- Not comfortable for lounging or casual wear

### Best Tracksuit for Travel: Athleta Retroterry ¼ Zip Sweatshirt + Athleta Retroterry Wide Leg Cargo Pant



*Athleta*

**Key Features:**

- **Price:** $89 for pullover, $109 for pants
- **Sizes:** XXS–XL

Document title: The Best Tracksuits of 2024 - Sports Illustrated
Capture URL: https://www.si.com/showcase/fitness/best-tracksuits
Capture timestamp (UTC): Wed, 24 Apr 2024 22:30:11 GMT

Page 11 of 17

Exhibit 21
Page 11 of 136



| SI | SHOWCASE |

DEALS   FITNESS   HEALTH   NUTRITION   SI TICKETS   SI SHOP   SLEEP   TECH

- **Price:** $89 for pullover, $109 for pants
- **Sizes:** XXS–XL
- **Material:** Cotton, polyester, spandex
- **Colors Available:** 2
- **Purchase options:** Sold separately
- **Best for:** Errands, lounging and airports

Finding the perfect balance between cute and comfy can be difficult, but when traveling, most of us are hoping for a combo of both. This tracksuit from Athleta is a pretty happy medium of both. It has an elevated but sporty look with a wide legged pant, and cropped quarter zip top. While it only comes in two colors, there is a classic black and a vibrant red-orange if you prefer some color.

It is made from a soft, breathable terry cloth cotton, and has a slightly oversized fit so it is roomy, comfortable, and allows for movement without feeling restrictive. It also has a ton of storage thanks to pockets at the hips, and flapped pockets on both one arm and leg.

ADVERTISEMENT

The pants also have the addition of internal snaps which allow you to adjust the length for a custom fit. The high collar also helps to keep you cozier than a crew cut, and prevents you from having to tote along another item like a scarf.

**What we like:**

- Elevated look
- Customizable fit
- Lots of pockets
- Breathable material

**What to consider:**

- Limited colors

### Best Affordable Tracksuit: Machlab Activewear Full Zip Tracksuit



Document title: The Best Tracksuits of 2024 - Sports Illustrated
Capture URL: https://www.si.com/showcase/fitness/best-tracksuits
Capture timestamp (UTC): Wed, 24 Apr 2024 22:30:11 GMT

Page 12 of 17

Exhibit 21
Page 12 of 136



SHOWCASE

DEALS   FITNESS   HEALTH   NUTRITION   SI TICKETS   SI SHOP   SLEEP   TECH



*Amazon*

**Key Features:**

- **Price:** $38.66

- **Sizes:** S–XL

- **Material:** Polyester

- **Colors Available:** 2

- **Purchase options:** Sold as a set

- **Best for:** Casual wear, workouts and warmups

It's easy for tracksuits to reach well above the $100 range—even per piece. But this set comes in at under $40, and is great for those looking for a classic style in an affordable range. This set comes with a zip-front jacket, and pull-on pants with an elastic waistband. It comes in 15 different color options, and has a high collared sport-jacket inspired look.

Since it is made with 100 percent polyester it is durable, moisture-wicking, and machine washable. The fabric is soft to the touch, and relatively lightweight so it won't make you overheat or trap sweat underneath. The fabric is also shrink- and fade-resistant so it stays looking great even after many wears and washes.

ADVERTISEMENT

**What we like:**

- Affordable price

- Durable

- Breathable

- Classic style

**What to consider:**

Document title: The Best Tracksuits of 2024 - Sports Illustrated
Capture URL: https://www.si.com/showcase/fitness/best-tracksuits
Capture timestamp (UTC): Wed, 24 Apr 2024 22:30:11 GMT

Page 13 of 17

Exhibit 21
Page 13 of 136

- Classic style

**What to consider:**

- Only in men's fit

## What Are Tracksuits Best For?

Tracksuits are often used for everything from warming up to working out to cozy recovery days spent at home. But while they may be used for all of these activities, not every tracksuit will be the right fit.

Tracksuits or sweat suits can vary quite a bit from an athletic design like a zip front, breathable model to a super plush matching sweat set that's best for cuddling up on movie night. Since these vary so much in design, you will want to make sure that whichever type of tracksuit you purchase is best for your intended use.

## Are Tracksuits Practical for Workouts?

Tracksuits are often worn to workout in because they are easy to remove while you workout. They are a great way to warm up without committing to long pants and sleeves for an entire session. Since they tend to fit a bit on the looser side, they are also great layering pieces, and allow you to undress to your comfort level as your workout progresses.

ADVERTISEMENT

## How to Choose the Best Tracksuit for You

When looking for a tracksuit, there are two things that you will want to most heavily consider—activities and style preferences. The activity is what matters most. If you are going to be using your tracksuit purely for being comfy (lounging around, running errands or traveling) you can choose something that is on the baggier side, and has a thicker fabric. You can also opt for something that may not be as breathable or moisture wicking like a cotton or velour—these are super plush and soft, but not the best option if you are planning to work out in them.

If you are going to be doing an activity in your tracksuit like working out, playing a sport or running, you will want to opt for something that is easily removable, lightweight and moisture-wicking. You also will probably want a fit that is a bit closer to the body as extra fabric can get in the way and also lead to overheating.

When it comes to style, the choices are much more subjective. There is a wide range of tracksuit styles from elevated minimalism to athletic inspirations to streetwear. Some will also have elements like adjustability in the waist and length, and various amounts and styles of pockets which are all worth considering when choosing your ideal style.

ADVERTISEMENT

Document title: The Best Tracksuits of 2024 - Sports Illustrated
Capture URL: https://www.si.com/showcase/fitness/best-tracksuits
Capture timestamp (UTC): Wed, 24 Apr 2024 22:30:11 GMT

Page 14 of 17

Exhibit 21
Page 14 of 136



DEALS    FITNESS    HEALTH    NUTRITION    SI TICKETS    SI SHOP    SLEEP    TECH

amounts and styles of pockets which are all worth considering when choosing your
ideal style.

ADVERTISEMENT

## How We Chose the Best Tracksuit

To choose the best tracksuits, we gathered up a selection from various styles from
popular brands such as adidas, Athleta, Under Armour and Lululemon. We made sure
to choose models that spanned a range of designs from those that would work for
everyone from athletes to stay at home parents to frequent travelers. We also looked
for models that had positive reviews left by people that have bought, worn and loved
these tracksuits. Finally, we used our own expertise from testing athletic gear to look
for design and materials that lend themselves to quality products that will be worth
your investment.

## Best Tracksuits FAQs

### Are tracksuits coming back?

Tracksuits have never really gone out of style; instead they have evolved over time
and different styles have risen in popularity at various times. Now the most common
version to see is a minimalist matching sweat suit, but more athletic style tracksuits
with a zip front and tapered pants are still very popular especially in a sports setting.

### Why do people wear tracksuits to the gym?

Tracksuits are a common choice for warmups and workouts because they are warm,
good for layering and easy to remove if you find yourself getting too hot.

ADVERTISEMENT

### What is the difference between joggers and a tracksuit?

A tracksuit is two pieces of clothing, a top and a bottom, whereas joggers are only
pants. A tracksuit can also have some variation when it comes to style, but joggers
have a relaxed but tapered fit that allows for ample movement without having too
much additional fabric.

### Should a tracksuit be baggy?

This is really dependent on preference. If you want to use your tracksuit for a sport
like running or soccer, you may want to opt for something a bit closer fitting as too
much fabric may get in the way of performance. If you will be using it just for a cozy
day in or running errands, you may prefer a looser, baggier fit and thicker fabric.

### Which brand has the best tracksuits?

While adidas has some of the most iconic tracksuits, there is no one brand that makes
the best tracksuit. All of the ones we gathered up however are from some of the most

Document title: The Best Tracksuits of 2024 - Sports Illustrated
Capture URL: https://www.si.com/showcase/fitness/best-tracksuits
Capture timestamp (UTC): Wed, 24 Apr 2024 22:30:11 GMT

Page 15 of 17

Exhibit 21
Page 15 of 136



DEALS   FITNESS   HEALTH   NUTRITION   SI TICKETS   SI SHOP   SLEEP   TECH

**Which brand has the best tracksuits?**

While adidas has some of the most iconic tracksuits, there is no one brand that makes the best tracksuit. All of the ones we gathered up however are from some of the most popular brands on the market.

ADVERTISEMENT

## Final Thoughts: Should You Get a Tracksuit?

While we aren't here to convince you that you absolutely cannot live without a tracksuit, we will stand by the fact that they make up very versatile pieces that can be used for a number of activities, and can be worn both separately or as a set.

Luckily, there are a range of prices and styles to choose from, so you can find the set that best fits your budget, style and preferences.

*Looking for some shoes to go along with your tracksuit? Check out our top picks for adidas running shoes here.*

ADVERTISEMENT

*Prices are accurate and items in stock as of publish time.*

· FITNESS



**BY GABRIELLE HONDORP**

Gabrielle began her writing career in 2019 with a fellowship for Runner's World Magazine and is now a full-time freelancer specializing in health, wellness and fitness.





NUTRITION

**What Are Probiotics?**

BY CORY KESSLER, CERTIFIED FITNESS NUTRITION COACH
MAR 18, 2024



NUTRITION

**The 11 Best Protein Powders for Weight Loss in 2024**

BY PETE NASTASI, CERTIFIED SPORTS NUTRITION COACH
MAR 31, 2024



HEALTH

**The Best Guided Meditation Apps of 2024**

BY JENESSA CONNOR, NASM-CPT, CERTIFIED NUTRITION COACH
MAR 15, 2024

Document title: The Best Tracksuits of 2024 - Sports Illustrated
Capture URL: https://www.si.com/showcase/fitness/best-tracksuits
Capture timestamp (UTC): Wed, 24 Apr 2024 22:30:11 GMT

Page 16 of 17

Exhibit 21
Page 16 of 136

 SHOWCASE    DEALS  FITNESS  HEALTH  NUTRITION  SI TICKETS  SI SHOP  SLEEP  TECH



### What Are Probiotics?
BY CORY KESSLER, CERTIFIED FITNESS NUTRITION COACH · MAR 18, 2024

SI SHOWCASE



### The 11 Best Protein Powders for Weight Loss in 2024
BY PETE NASTASI, CERTIFIED SPORTS NUTRITION COACH · MAR 15, 2024

SHOWCASE  SPONSORED



### The Best Guided Meditation Apps of 2024
BY JENESSA CONNOR, NASM-CPT, CERTIFIED NUTRITION COACH · MAR 15, 2024

SHOWCASE  SPONSORED



FITNESS

### Nike 20kg Coated Premium Barbell Review
BY NIKKI DAIGLE, CPT · MAR 15, 2024

SHOWCASE  SPONSORED



HEALTH

### Hims Hair Loss Review: Do These Products for Men Really Work?
BY MARK MOORE · MAR 15, 2024

SHOWCASE  SPONSORED



HEALTH

### LetsGetChecked CRP Test Review (2024)
BY CORY KESSLER, CERTIFIED FITNESS NUTRITION COACH · MAR 15, 2024

SHOWCASE  SPONSORED



FITNESS

### The Best Boxing Shoes of 2024
BY ASHLEY ZLATOPOLSKY · MAR 15, 2024

SHOWCASE  SPONSORED



HEALTH

### The Best Apps for Anxiety
BY MORGAN MANDRIOTA · MAR 14, 2024

SHOWCASE  SPONSORED



FITNESS

### Tonal Review: We Put the High-Tech Home Gym to the Test
BY SAVANNA SHOEMAKER, RD · MAR 11, 2024

SHOWCASE  SPONSORED

© 2024 ABG-SI LLC. SPORTS ILLUSTRATED IS A REGISTERED TRADEMARK OF ABG-SI LLC. - All Rights Reserved. The content on this site is for entertainment and educational purposes only. All betting content is intended for an audience ages 21+. All advice, including picks and predictions, is based on individual commentators' opinions and not that of Minute Media or its related brands. All picks and predictions are suggestions only. No one should expect to make money from the picks and predictions discussed on this website. For more information, please read our Legal Disclaimer. Gambling content intended for 21+. If you or someone you know has a gambling problem, crisis counseling and referral services can be accessed by calling 1-800-GAMBLER.

PRIVACY POLICY   TERMS OF USE   CONTACT US   DISCLAIMER

Document title: The Best Tracksuits of 2024 - Sports Illustrated
Capture URL: https://www.si.com/showcase/fitness/best-tracksuits
Capture timestamp (UTC): Wed, 24 Apr 2024 22:30:11 GMT



  AIR JORDAN RELEASE DATES    SNEAKER RELEASE DATES    YEEZY RELEASE DATES    SUBSCRIBE    

# Three Stripes Across 50 States: A Guide To The Best-Selling adidas Shoes In The U.S.

Do you concur?





 **Jovani Hernandez** • November 15, 2023

This post contains references to products from one or more of our advertisers. We may receive compensation when you click on links to those products. The opinions and information provided on this site are original editorial content of Sneaker News.

 10974

adidas was born in a small German town more than 70 years ago, but it's become a global institution. Over the last decade, the Brand with the Three Stripes has gained significant marketshare across the U.S. thanks to a healthy mix of heritage models and futuristic designs. As 2023 winds down, the brand has been reviewing its year and sharing some of its findings with Sneaker News.



According to sales data regarding the best-selling adidas shoes in the U.S., styles from the UltraBOOST family continue to dominate across the country – most notably in Texas. Originals

---

Document title: Popular adidas Shoes In U.S., Ranked | Sneaker News
Capture URL: https://sneakernews.com/2023/11/15/best-selling-adidas-shoes-us/
Capture timestamp (UTC): Thu, 25 Apr 2024 12:34:31 GMT

Page 1 of 37

Exhibit 21
Page 18 of 136

**SNEAKER NEWS**    AIR JORDAN RELEASE DATES    SNEAKER RELEASE DATES    YEEZY RELEASE DATES    SUBSCRIBE

According to sales data regarding the best-selling adidas shoes in the U.S., styles from the UltraBOOST family continue to dominate across the country – most notably in Texas. Originals like the adidas Samba and Superstar have a "East versus West" feud going on as the two decades-old designs are most popular in New York, California, and surrounding states. Missouri also showed love to local hero Patrick Mahomes, going out in droves to add his Impact FLX 1 to their collections. Volleyball enthusiasts in Wyoming and South Dakota worked on their craft with the Novaflight and Crazyflight, respectively.

You can shop all of the Three Stripes' most popular shoes across the 50 states via adidas.com right now, and continue ahead to see the best-selling adidas shoe in yours.

## Alabama – adidas Ultraboost 1.0



The South's everyday-pair. *Buy the Ultraboost 1.0 here*.

## Alaska – adidas Terrex Free Hiker

Document title: Popular adidas Shoes In U.S., Ranked | Sneaker News
Capture URL: https://sneakernews.com/2023/11/15/best-selling-adidas-shoes-us/
Capture timestamp (UTC): Thu, 25 Apr 2024 12:34:31 GMT

## Alaska – adidas Terrex Free Hiker




Ads by Google
Stop seeing this ad
Why this ad? ▷

Put to the test. *Buy the Terrex Free Hiker 2.0* _here_.

## Arizona – adidas Ultraboost 1.0



Document title: Popular adidas Shoes In U.S., Ranked | Sneaker News
Capture URL: https://sneakernews.com/2023/11/15/best-selling-adidas-shoes-us/
Capture timestamp (UTC): Thu, 25 Apr 2024 12:34:31 GMT

Page 3 of 37

Exhibit 21
Page 20 of 136

← Ads by Google

Stop seeing this ad

Why this ad? ▷

Breathability is important in the Arizona heat. *Buy the Ultraboost 1.0* _here_.

## Arkansas – adidas NMD R1



For those walks in the park. *Buy the NMD R1* _here_.

## California – adidas Superstar

Document title: Popular adidas Shoes In U.S., Ranked | Sneaker News
Capture URL: https://sneakernews.com/2023/11/15/best-selling-adidas-shoes-us/
Capture timestamp (UTC): Thu, 25 Apr 2024 12:34:31 GMT

Page 4 of 37

Exhibit 21
Page 21 of 136

SNEAKER NEWS    AIR JORDAN RELEASE DATES    SNEAKER RELEASE DATES    YEEZY RELEASE DATES    SUBSCRIBE

  


Ads by Google
Stop seeing this ad
Why this ad? ▷



Shell-toes are classic from NorCal to SoCal. *Buy the Superstar here.*

## Colorado – adidas NMD R1





Mile high but rooted in style. *Buy the NMD R1 here.*

## Connecticut – adidas Ultraboost 1.0

Document title: Popular adidas Shoes In U.S., Ranked | Sneaker News
Capture URL: https://sneakernews.com/2023/11/15/best-selling-adidas-shoes-us/
Capture timestamp (UTC): Thu, 25 Apr 2024 12:34:31 GMT

Page 5 of 37

Exhibit 21
Page 22 of 136

Mile high but rooted in style. *Buy the NMD R1 here*.

## Connecticut – adidas Ultraboost 1.0




SNEAKER NEWS
AIR JORDAN
RELEASE DATES

#MidtownUniform-approved. *Buy the Ultraboost 1.0 here*.

## Delaware – adidas Samba



Document title: Popular adidas Shoes In U.S., Ranked | Sneaker News
Capture URL: https://sneakernews.com/2023/11/15/best-selling-adidas-shoes-us/
Capture timestamp (UTC): Thu, 25 Apr 2024 12:34:31 GMT

Page 6 of 37

Exhibit 21
Page 23 of 136

**SNEAKER NEWS**    AIR JORDAN RELEASE DATES    SNEAKER RELEASE DATES    YEEZY RELEASE DATES    SUBSCRIBE









The "First State" is on-trend. *Buy the Samba OG* here.

## Florida – adidas NMD R1





Approved by "Florida Man." *Buy the NMD R1* here.

Document title: Popular adidas Shoes In U.S., Ranked | Sneaker News
Capture URL: https://sneakernews.com/2023/11/15/best-selling-adidas-shoes-us/
Capture timestamp (UTC): Thu, 25 Apr 2024 12:34:31 GMT



**SNEAKER NEWS**    AIR JORDAN RELEASE DATES    SNEAKER RELEASE DATES    YEEZY RELEASE DATES    SUBSCRIBE



## Georgia – adidas Ultraboost 1.0



A peachy choice. *Buy the Ultraboost 1.0* <u>here</u>.

## Hawaii – adidas Adilette Comfort



Document title: Popular adidas Shoes In U.S., Ranked | Sneaker News
Capture URL: https://sneakernews.com/2023/11/15/best-selling-adidas-shoes-us/
Capture timestamp (UTC): Thu, 25 Apr 2024 12:34:31 GMT

Page 8 of 37

Exhibit 21
Page 25 of 136

  

AIR JORDAN RELEASE DATES     SNEAKER RELEASE DATES     YEEZY RELEASE DATES     SUBSCRIBE





Can't say we're surprised. *Buy the Adilette Comfort* <u>here</u>.

## Idaho – adidas NMD R1



Ida-go buy a pair here. *Buy the NMD R1* <u>here</u>.

Document title: Popular adidas Shoes In U.S., Ranked | Sneaker News
Capture URL: https://sneakernews.com/2023/11/15/best-selling-adidas-shoes-us/
Capture timestamp (UTC): Thu, 25 Apr 2024 12:34:31 GMT



**SNEAKER NEWS**    AIR JORDAN RELEASE DATES    SNEAKER RELEASE DATES    YEEZY RELEASE DATES    SUBSCRIBE

Ida-go buy a pair here. *Buy the NMD R1* <u>here</u>.

### Illinois – adidas Ultraboost 1.0





Where would the shoe be without Ye? *Buy the Ultraboost 1.0* <u>here</u>

### Indiana – adidas Ultraboost 1.0



Document title: Popular adidas Shoes In U.S., Ranked | Sneaker News
Capture URL: https://sneakernews.com/2023/11/15/best-selling-adidas-shoes-us/
Capture timestamp (UTC): Thu, 25 Apr 2024 12:34:31 GMT

Page 10 of 37

Exhibit 21
Page 27 of 136

  

AIR JORDAN RELEASE DATES    SNEAKER RELEASE DATES    YEEZY RELEASE DATES    SUBSCRIBE





Indy knows. *Buy the Ultraboost 1.0 <u>here</u>*.

## Iowa – adidas Ultraboost 22



A plush update. *Buy the Ultraboost 22 <u>here</u>*.

## Kansas – adidas Ultraboost 1.0

Document title: Popular adidas Shoes In U.S., Ranked | Sneaker News
Capture URL: https://sneakernews.com/2023/11/15/best-selling-adidas-shoes-us/
Capture timestamp (UTC): Thu, 25 Apr 2024 12:34:31 GMT

Page 11 of 37

Exhibit 21
Page 28 of 136

**SNEAKER NEWS**    AIR JORDAN RELEASE DATES    SNEAKER RELEASE DATES    YEEZY RELEASE DATES    SUBSCRIBE



A splash update: Buy the Ultraboost 1.0 here

## Kansas – adidas Ultraboost 1.0



For all that barbecue-hopping. *Buy the Ultraboost 1.0* here.

## Kentucky – adidas Ultraboost 1.0





Document title: Popular adidas Shoes In U.S., Ranked | Sneaker News
Capture URL: https://sneakernews.com/2023/11/15/best-selling-adidas-shoes-us/
Capture timestamp (UTC): Thu, 25 Apr 2024 12:34:31 GMT

Page 12 of 37

Exhibit 21
Page 29 of 136

  

**SNEAKER NEWS**    AIR JORDAN RELEASE DATES    SNEAKER RELEASE DATES    YEEZY RELEASE DATES    SUBSCRIBE

ADVERTISEMENT





Report Ad



Co-signed from Louisville to Hickman. *Buy the Ultraboost 1.0 here*.

## Louisiana – adidas NMD R1



Ready for mardi gras. *Buy the NMD R1 here*.

## Maine – adidas NMD R1

Document title: Popular adidas Shoes In U.S., Ranked | Sneaker News
Capture URL: https://sneakernews.com/2023/11/15/best-selling-adidas-shoes-us/
Capture timestamp (UTC): Thu, 25 Apr 2024 12:34:31 GMT

Page 13 of 37

Exhibit 21
Page 30 of 136



**SNEAKER NEWS**     AIR JORDAN RELEASE DATES     SNEAKER RELEASE DATES     YEEZY RELEASE DATES     SUBSCRIBE

## Maine – adidas NMD R1





Up North but still in-tune. *Buy the NMD R1* here.



## Maryland – adidas Samba



Document title: Popular adidas Shoes In U.S., Ranked | Sneaker News
Capture URL: https://sneakernews.com/2023/11/15/best-selling-adidas-shoes-us/
Capture timestamp (UTC): Thu, 25 Apr 2024 12:34:31 GMT

Page 14 of 37

Exhibit 21
Page 31 of 136



Forever fly. Buy the Samba OG <u>here</u>.

## Massachusetts – adidas Ultraboost 1.0





Wicked comfy. *Buy the Ultraboost 1.0 <u>here</u>.*

## Michigan – adidas NMD R1



Document title: Popular adidas Shoes In U.S., Ranked | Sneaker News
Capture URL: https://sneakernews.com/2023/11/15/best-selling-adidas-shoes-us/
Capture timestamp (UTC): Thu, 25 Apr 2024 12:34:31 GMT

Page 15 of 37

Exhibit 21
Page 32 of 136

  

AIR JORDAN RELEASE DATES    SNEAKER RELEASE DATES    YEEZY RELEASE DATES    SUBSCRIBE





A trip to the Great Lakes requires comfortable footwear. *Buy the NMD R1* here.

## Minnesota – adidas NMD R1





Document title: Popular adidas Shoes In U.S., Ranked | Sneaker News
Capture URL: https://sneakernews.com/2023/11/15/best-selling-adidas-shoes-us/
Capture timestamp (UTC): Thu, 25 Apr 2024 12:34:31 GMT

SNEAKER NEWS    AIR JORDAN RELEASE DATES    SNEAKER RELEASE DATES    YEEZY RELEASE DATES    SUBSCRIBE



Shoes to enjoy the views. *Buy the NMD R1 here*.

## Mississippi – adidas Ultraboost 1.0





Never a miss. *Buy the Ultraboost 1.0 here*.

## Missouri – adidas Mahomes 1 Impact FLX



Document title: Popular adidas Shoes In U.S., Ranked | Sneaker News
Capture URL: https://sneakernews.com/2023/11/15/best-selling-adidas-shoes-us/
Capture timestamp (UTC): Thu, 25 Apr 2024 12:34:31 GMT

Page 17 of 37

Exhibit 21
Page 34 of 136

  

AIR JORDAN RELEASE DATES    SNEAKER RELEASE DATES    YEEZY RELEASE DATES    SUBSCRIBE





Mahomes Country. *Buy the Impact FLX* *here*.

### Montana – adidas NMD R1



Document title: Popular adidas Shoes In U.S., Ranked | Sneaker News
Capture URL: https://sneakernews.com/2023/11/15/best-selling-adidas-shoes-us/
Capture timestamp (UTC): Thu, 25 Apr 2024 12:34:31 GMT

**SNEAKER NEWS**    AIR JORDAN RELEASE DATES    SNEAKER RELEASE DATES    YEEZY RELEASE DATES    SUBSCRIBE

Treasured in the "Treasure State." *Buy the NMD R1* _here_.

## Nebraska – adidas Ultraboost 1.0



The Great Plains deserve great shoes. *Buy the Ultraboost 1.0* _here_.

## Nevada – adidas Superstar



Document title: Popular adidas Shoes In U.S., Ranked | Sneaker News
Capture URL: https://sneakernews.com/2023/11/15/best-selling-adidas-shoes-us/
Capture timestamp (UTC): Thu, 25 Apr 2024 12:34:31 GMT



Jackpot. *Buy the Superstar here*.

## New Hampshire – adidas Samba



An important vote of confidence. *Buy the Samba OG here*.

## New Jersey – adidas Samba

Document title: Popular adidas Shoes In U.S., Ranked | Sneaker News
Capture URL: https://sneakernews.com/2023/11/15/best-selling-adidas-shoes-us/
Capture timestamp (UTC): Thu, 25 Apr 2024 12:34:31 GMT

Page 20 of 37

Exhibit 21
Page 37 of 136

An important vote of confidence. *Buy the Samba OG* here.

## New Jersey – adidas Samba



No self-gas-pumping, but who cares when you're fresh? Buy the Samba OG here.

## New Mexico – adidas NMD R1



Document title: Popular adidas Shoes In U.S., Ranked | Sneaker News
Capture URL: https://sneakernews.com/2023/11/15/best-selling-adidas-shoes-us/
Capture timestamp (UTC): Thu, 25 Apr 2024 12:34:31 GMT

Page 21 of 37

Exhibit 21
Page 38 of 136

Made for nomads or aliens. *Buy the NMD R1* here.

### New York – adidas Samba



How many pairs have been bought in Manhattan alone? *Buy the Samba OG* here.

### North Carolina – adidas Ultraboost 1.0

Document title: Popular adidas Shoes In U.S., Ranked | Sneaker News
Capture URL: https://sneakernews.com/2023/11/15/best-selling-adidas-shoes-us/
Capture timestamp (UTC): Thu, 25 Apr 2024 12:34:31 GMT

Page 22 of 37

Exhibit 21
Page 39 of 136



**SNEAKER NEWS**    AIR JORDAN RELEASE DATES    SNEAKER RELEASE DATES    YEEZY RELEASE DATES    SUBSCRIBE



Giving the Jumpman logo a break. *Buy the Ultraboost 1.0* here.

## North Dakota – adidas NMD R1



Document title: Popular adidas Shoes In U.S., Ranked | Sneaker News
Capture URL: https://sneakernews.com/2023/11/15/best-selling-adidas-shoes-us/
Capture timestamp (UTC): Thu, 25 Apr 2024 12:34:31 GMT

Page 23 of 37

Exhibit 21
Page 40 of 136

**SNEAKER NEWS**     AIR JORDAN RELEASE DATES    SNEAKER RELEASE DATES    YEEZY RELEASE DATES    SUBSCRIBE

All-day comfort for those long walks through the Badlands. *Buy the NMD R1* _here_.

### Ohio – adidas Ultraboost 1.0



The "Buckeye State" knows what it likes. *Buy the Ultraboost 1.0* _here_.

### Oklahoma – adidas Swift Run



Document title: Popular adidas Shoes In U.S., Ranked | Sneaker News
Capture URL: https://sneakernews.com/2023/11/15/best-selling-adidas-shoes-us/
Capture timestamp (UTC): Thu, 25 Apr 2024 12:34:31 GMT

Page 24 of 37

Exhibit 21
Page 41 of 136

  

**SNEAKER NEWS**    AIR JORDAN RELEASE DATES    SNEAKER RELEASE DATES    YEEZY RELEASE DATES    SUBSCRIBE



More than okay. *Buy the Swift Run here*.

### Oregon – adidas Samba



Document title: Popular adidas Shoes In U.S., Ranked | Sneaker News
Capture URL: https://sneakernews.com/2023/11/15/best-selling-adidas-shoes-us/
Capture timestamp (UTC): Thu, 25 Apr 2024 12:34:31 GMT

Page 25 of 37

Exhibit 21
Page 42 of 136



Some competition on the Swoosh's home turf. Buy the Samba OG here.

### Pennsylvania – adidas Ultraboost 1.0



Made tough like Pennsylvanians. *Buy the Ultraboost 1.0 here*.

### Rhode Island – adidas NMD R1



Document title: Popular adidas Shoes In U.S., Ranked | Sneaker News
Capture URL: https://sneakernews.com/2023/11/15/best-selling-adidas-shoes-us/
Capture timestamp (UTC): Thu, 25 Apr 2024 12:34:31 GMT

Page 26 of 37

Exhibit 21
Page 43 of 136



Putting the "R" in R1. *Buy the NMD R1* <u>here</u>.

### South Carolina – adidas NMD R1



The modern classic has a southern home. *Buy the NMD R1 here*.

Document title: Popular adidas Shoes In U.S., Ranked | Sneaker News
Capture URL: https://sneakernews.com/2023/11/15/best-selling-adidas-shoes-us/
Capture timestamp (UTC): Thu, 25 Apr 2024 12:34:31 GMT

Page 27 of 37

Exhibit 21
Page 44 of 136

The modern classic has a southern home. *Buy the NMD R1* _here_.

## South Dakota – adidas Crazyflight



How else would you get on the "Mount Rushmore of volleyball"? *Buy the Crazyflight* _here_.

## Tennessee – adidas Ultraboost 1.0



Document title: Popular adidas Shoes In U.S., Ranked | Sneaker News
Capture URL: https://sneakernews.com/2023/11/15/best-selling-adidas-shoes-us/
Capture timestamp (UTC): Thu, 25 Apr 2024 12:34:31 GMT



SNEAKER NEWS    AIR JORDAN RELEASE DATES   SNEAKER RELEASE DATES   YEEZY RELEASE DATES   SUBSCRIBE



*Insert joke about "Ten I See" here.* *Buy the Ultraboost 1.0* <u>here</u>.

## Texas – adidas Ultraboost 1.0



Everyone has the right to comfortable shoes. *Buy the Ultraboost 1.0* <u>here</u>.

## Utah – adidas Superstar

Document title: Popular adidas Shoes In U.S., Ranked | Sneaker News
Capture URL: https://sneakernews.com/2023/11/15/best-selling-adidas-shoes-us/
Capture timestamp (UTC): Thu, 25 Apr 2024 12:34:31 GMT

## Utah – adidas Superstar



No need to be salty – there are enough pairs to go around. *Buy the Superstar* _here_.

## Vermont – adidas Ultraboost 1.0



Document title: Popular adidas Shoes In U.S., Ranked | Sneaker News
Capture URL: https://sneakernews.com/2023/11/15/best-selling-adidas-shoes-us/
Capture timestamp (UTC): Thu, 25 Apr 2024 12:34:31 GMT

**SNEAKER NEWS**    AIR JORDAN RELEASE DATES    SNEAKER RELEASE DATES    YEEZY RELEASE DATES    SUBSCRIBE



We could see Bernie in a pair. *Buy the Ultraboost 1.0 here.*

### Virginia – adidas Samba



Could it be the Pharrell influence? *Buy the Samba OG here.*

Document title: Popular adidas Shoes In U.S., Ranked | Sneaker News
Capture URL: https://sneakernews.com/2023/11/15/best-selling-adidas-shoes-us/
Capture timestamp (UTC): Thu, 25 Apr 2024 12:34:31 GMT

Page 31 of 37

Exhibit 21
Page 48 of 136



**SNEAKER NEWS**    AIR JORDAN RELEASE DATES    SNEAKER RELEASE DATES    YEEZY RELEASE DATES    SUBSCRIBE

## Washington – adidas Ultraboost 1.0



Rain or shine. *Buy the Ultraboost 1.0 here.*

## West Virginia – adidas Ultraboost 1.0



Document title: Popular adidas Shoes In U.S., Ranked | Sneaker News
Capture URL: https://sneakernews.com/2023/11/15/best-selling-adidas-shoes-us/
Capture timestamp (UTC): Thu, 25 Apr 2024 12:34:31 GMT

  

**SNEAKER NEWS**   AIR JORDAN RELEASE DATES   SNEAKER RELEASE DATES   YEEZY RELEASE DATES   SUBSCRIBE



W.V. knows what's up. *Buy the Ultraboost 1.0 <u>here</u>*.

### Wisconsin – adidas NMD R1



The "Wisconsin Steppers." *Buy the NMD R1 <u>here</u>*.

### Wyoming – adidas Novaflight

Document title: Popular adidas Shoes In U.S., Ranked | Sneaker News
Capture URL: https://sneakernews.com/2023/11/15/best-selling-adidas-shoes-us/
Capture timestamp (UTC): Thu, 25 Apr 2024 12:34:31 GMT

### Wyoming – adidas Novaflight



The Cowboy and Cowgirl State knows volleyball. *Buy the Novaflight* _here_.

### Washington, D.C. – adidas Ultraboost 1.0



Document title: Popular adidas Shoes In U.S., Ranked | Sneaker News
Capture URL: https://sneakernews.com/2023/11/15/best-selling-adidas-shoes-us/
Capture timestamp (UTC): Thu, 25 Apr 2024 12:34:31 GMT

Page 34 of 37

Exhibit 21
Page 51 of 136



Folks in the capitol like comfort. *Buy the Ultraboost 1.0* <u>here</u>.

**TAGS**

ADIDAS    JUST RELEASED    ADIDAS NMD R1    ADIDAS ORIGINALS    ADIDAS SAMBA    ADIDAS SUPERSTAR

ADIDAS TERREX FREE HIKER    ADIDAS ULTRA BOOST    ADIDAS ULTRABOOST 22    PAT MAHOMES    WHERE TO BUY



PREVIOUS ARTICLE
**RESTOCKED: Nike Dunk Low Retro "Waffle"**



NEXT ARTICLE
**PUMA Races Into The Las Vegas Grand Prix With A Formula 1 Collaboration**



**POPULAR SNEAKERS**



1     Travis Scott x Jordan Jumpman Jack

2    Air Jordan 11 Low "Space Jam"

3     Jordan Jumpman Jack

Document title: Popular adidas Shoes In U.S., Ranked | Sneaker News
Capture URL: https://sneakernews.com/2023/11/15/best-selling-adidas-shoes-us/
Capture timestamp (UTC): Thu, 25 Apr 2024 12:34:31 GMT

Page 35 of 37

Exhibit 21
Page 52 of 136

**SNEAKER NEWS**

AIR JORDAN RELEASE DATES    SNEAKER RELEASE DATES    YEEZY RELEASE DATES    SUBSCRIBE

POPULAR STORIES

◄ **1**  First Look At The Nike KD 17 "Metro Boomin" | **2**  Foot Locker Unveils Redesigned Global Store Concept | **3**  The Alchemist Links With Kevin Durant For A Nike KD 17 Collaboration ►

**LATEST NEWS**



### The Nike Air Max 90 Goes For Contrast With Cyber Yellow And Light Orewood Brown

Few can rival the global popularity of the Air Max 90. Be it original colorways, collaborations, or in-line seasonal offerings, the Air Max 90 is...

BY **SNEAKER NEWS** • 10 HOURS     182





### Foot Locker Unveils Redesigned Global Store Concept

Foot Locker stores are going to look a little different in the near future. The retail giant just debuted a refreshed layout at its Willowbrook...

BY **ANDREW RIZZO** • 14 HOURS     4292



### First Look At The Nike KD 17 "Metro Boomin"

The pace of newly surfaced Nike KD 17 colorways is gaining steam. This latest design sits alongside other "Producer Pack" pairs with a nod to...

BY **ANDREW RIZZO** • 14 HOURS     3037

**MORE NEWS**

Document title: Popular adidas Shoes In U.S., Ranked | Sneaker News
Capture URL: https://sneakernews.com/2023/11/15/best-selling-adidas-shoes-us/
Capture timestamp (UTC): Thu, 25 Apr 2024 12:34:31 GMT

**SNEAKER NEWS**    AIR JORDAN RELEASE DATES    SNEAKER RELEASE DATES    YEEZY RELEASE DATES    SUBSCRIBE

  

BY ANDREW RIZZO • 14 HOURS



### First Look At The Nike KD 17 "Metro Boomin"

The pace of newly surfaced Nike KD 17 colorways is gaining steam. This latest design sits alongside other "Producer Pack" pairs with a nod to...

BY ANDREW RIZZO • 14 HOURS    🔥 3037



## MORE NEWS



Get on the SN email list.

ENTER YOUR EMAIL

SUBSCRIBE

## KICKSFINDER BY SNEAKERNEWS

Kicksfinder is an online database of the most popular sneakers from Nike, Jordan, Yeezy, adidas, and other footwear brands. Find a full list retailers as well as release dates, prices, and more.

KICKSFINDER.COM

| QUICK LINKS | FRANCHISE | SOCIAL | SNEAKERS NEWS |
|---|---|---|---|
| JORDAN 4 | SHOPPING GUIDE | INSTAGRAM | CONTACT |
| PANDA DUNKS | EDITOR'S PICKS | TWITTER | ABOUT |
| TRAVIS SCOTT SHOES | UNBOXING | YOUTUBE | CAREERS |
| JA MORANT SHOES | SN SELECT | DISCORD | ADVERTISE |
| ANTHONY EDWARDS SHOES | | | POLICY |
| YEEZY SLIDES | | | |
| JORDAN LOGO | | | |

**SNEAKER NEWS**

© 2024 SNEAKER NEWS LLC. ALL RIGHTS RESERVED.
INDEPENDENTLY PUBLISHED SINCE 2007.

Document title: Popular adidas Shoes In U.S., Ranked | Sneaker News
Capture URL: https://sneakernews.com/2023/11/15/best-selling-adidas-shoes-us/
Capture timestamp (UTC): Thu, 25 Apr 2024 12:34:31 GMT

Page 37 of 37

Exhibit 21
Page 54 of 136



☰

🏠 POP Culture News · 5 sneaker models that define Adidas heritage



## 5 sneaker models that define Adidas heritage

Modified May 29, 2023 19:41 GMT

By Manjari Gupta

[ 👥 Follow Us ]    [ 💬 Comments ]

The history of Adidas and its success lies solely in the iconic sneakers it has created and presented to the sneaker world. Three Stripes constantly focuses on innovation, design, comfort, and technology while making all its sneaker models. Moreover, Adidas has often collaborated with various brands and celebrities to offer exclusive sneaker models to the world.

Although, Adidas has made a smooth transition from a brand primarily focused on athletics to one that is now a significant participant in the fashion and streetwear industries.The unique three-stripe emblem quickly became associated with footwear and streetwear, gaining appeal among notable people and influential figures.

Every silhouette that Three Stripes has designed has been essential to the company's expansion and success. Nevertheless, only a few models truly capture the essence of the Adidas brand—for instance, the Stan Smiths, Samba, and the revolutionary Yeezys. Here is a list of five sneakers that defined the Adidas heritage.

Document title: 5 sneaker models that define Adidas heritage
Capture URL: https://www.sportskeeda.com/amp/pop-culture/5-sneaker-models-define-adidas-heritage
Capture timestamp (UTC): Thu, 25 Apr 2024 12:37:43 GMT

Every silhouette that Three Stripes has designed has been essential to the company's expansion and success. Nevertheless, only a few models truly capture the essence of the Adidas brand—for instance, the Stan Smiths, Samba, and the revolutionary Yeezys. Here is a list of five sneakers that defined the Adidas heritage.

**The Adidas Stan Smiths and four other sneakers that define Adidas Heritage**



START HERE →

Learn more

Symptomizer

1) Adidas Originals NMD





Document title: 5 sneaker models that define Adidas heritage
Capture URL: https://www.sportskeeda.com/amp/pop-culture/5-sneaker-models-define-adidas-heritage
Capture timestamp (UTC): Thu, 25 Apr 2024 12:37:43 GMT



**Toilet Paper Roll Under Seat**

LifeHack Guru

On December 9, 2015, at a special launch event in New York City, the NMD was introduced to the public. Nic Galway, vice president of global strategy for the company, oversaw the creation of the new design, which combined the Three Stripes' iconic Boston Super, Rising Star, and Micropacer with the company's flagship Primeknit and BOOST technologies.

The resulting construction was a seamless fusion of modern and vintage influences that stood out from other popular sneakers of the last decade. In a time when celebrity endorsements, influencer co-signs, and limited-edition partnerships are crucial to a shoe's success, the NMD is a design-driven achievement because it draws inspiration from the past without being a derivative rehash. There hasn't been a new silhouette in the last few years that can compare to the NMD in terms of becoming an instant classic.

---

### 2) Adidas Originals Campus

**Aglet**
@AgletApp

Shop for your @Footpatrol_ldn x adidas Originals Campus 80s 🔥



---

Document title: 5 sneaker models that define Adidas heritage
Capture URL: https://www.sportskeeda.com/amp/pop-culture/5-sneaker-models-define-adidas-heritage
Capture timestamp (UTC): Thu, 25 Apr 2024 12:37:43 GMT



Three Stripes introduced the sneaker in the early 80s, instantly becoming a phenomenon. The Originals Campus sneakers' design is reminiscent of older basketball footwear styles, which served as a source of inspiration for the brand. They usually have a low-top form and an uncluttered, uncomplicated appearance. The top is often constructed from suede or leather and features a distinctive three-stripe pattern on the sides in addition to a reinforced toe cap.

In addition, the Originals Campus sneakers collection features a wide variety of colorways to choose from. Although they provide traditional color combinations like black and white, you may also find more vivid and original hues in their palette. Because of this, individual expression and customization are made possible.

### 3) Adidas Originals Yeezy Boost



Document title: 5 sneaker models that define Adidas heritage
Capture URL: https://www.sportskeeda.com/amp/pop-culture/5-sneaker-models-define-adidas-heritage
Capture timestamp (UTC): Thu, 25 Apr 2024 12:37:43 GMT



♡ 95    ⇄ 2

Ad

The [Yeezy Boost brand,](#) which was developed in partnership with the rapper Kanye West, has tremendously influenced the culture around sneakers. The Yeezy Boost models are now highly sought after and essential in the industry because they include distinctive styles, Boost cushioning, and restricted availability.

Additionally, the launches of Yeezy Boost sneakers are frequently limited in quantity, generating a sense of desirability and exclusivity among those passionate about sneakers. As a result of the exclusive production and the high demand, these sneakers have earned a reputation for being highly desirable and valuable.

The Yeezy silhouette has been [released in a wide variety of variations and colors](#) ever since it was first introduced to the world of sneaker culture. Nevertheless, it has remained the brand's most sought-after shoe throughout its entire existence.

---

**4) Adidas Superstar**



Document title: 5 sneaker models that define Adidas heritage
Capture URL: https://www.sportskeeda.com/amp/pop-culture/5-sneaker-models-define-adidas-heritage
Capture timestamp (UTC): Thu, 25 Apr 2024 12:37:43 GMT

Page 5 of 8

Exhibit 21
Page 59 of 136



The Superstar is a legendary shoe with a long and illustrious pedigree. It was first designed as a basketball sneaker and released for the first time in the 1960s. However, it did not become well known until the 1980s, when it became associated with the culture of hip-hop. Because of its instantly identifiable shell toe design and three stripes, it has firmly established its position as a cultural and fashion mainstay.

Additionally, the design of the Superstar lends itself to versatility, making it appropriate for a wide variety of different styling possibilities. This is a significant selling point for the shoe. It is easy to style with a wide variety of garments, such as dresses, shorts, jeans, and even activewear. Because it can be worn with a casual outfit and with one that requires more effort, this shoe is an excellent option for everyday use because of its versatility.

**5) Adidas Stan Smith**

Ad



When we talk about the most popular sneakers by the German footwear brand, we can not rule out the OG, the Stan Smith.

The Stan Smith sneaker significantly impacted sneaker culture and the history of fashion. As one of the first signature shoes in the history of the sneaker industry, it gained early popularity after receiving an endorsement from the famous tennis star Stan Smith. It has developed over the course of its history beyond its roots in athletics to become a pillar of iconic fashion that both athletes and those who revere fashion.

Therefore, Stan Smith became one of the most renowned creations by the German footwear brand and changed the course of the footwear giant's history.

Several other Adidas models, like the Gazelle and the Superstar, made this footwear company a success. However, these five silhouettes are still considered

Document title: 5 sneaker models that define Adidas heritage
Capture URL: https://www.sportskeeda.com/amp/pop-culture/5-sneaker-models-define-adidas-heritage
Capture timestamp (UTC): Thu, 25 Apr 2024 12:37:43 GMT

Page 6 of 8

Exhibit 21
Page 60 of 136

The Stan Smith sneaker significantly impacted sneaker culture and the history of fashion. As one of the first signature shoes in the history of the sneaker industry, it gained early popularity after receiving an endorsement from the famous tennis star Stan Smith. It has developed over the course of its history beyond its roots in athletics to become a pillar of iconic fashion that both athletes and those who revere fashion.

Therefore, Stan Smith became one of the most renowned creations by the German footwear brand and changed the course of the footwear giant's history.

Several other Adidas models, like the Gazelle and the Superstar, made this footwear company a success. However, these five silhouettes are still considered the top game-changers in defining Three Stripes' heritage.



**This Dog Behavior Isn't "Normal"**

45-year Vet explains 7 dog behaviors and what they actually mean.

Quick Links    Fashion

*Rate this story*
★ ★ ★ ★ ★

*Edited by*
*Windy Goodloe*

🛒 Follow Us

Share your thoughts...    GIF

**You May Like**

Sponsored Links by Taboola



Document title: 5 sneaker models that define Adidas heritage
Capture URL: https://www.sportskeeda.com/amp/pop-culture/5-sneaker-models-define-adidas-heritage
Capture timestamp (UTC): Thu, 25 Apr 2024 12:37:43 GMT

You May Like

Sponsored Links by Taboola



**California: Do This Instead Of Buying Expensive Solar Panels (It's Genius)**

Comparisons.org

Learn more



**Top Doctor: If You Eat Banana Every Day, This Is What Happens**

GundryMD

Learn more



**1 Odd Trick To Restore Your Eyes To Perfect 20:20 Vision**

WellnessGuide

Learn more



**Tinnitus Discovery Leaves Doctors Speechless (Watch Now)**

WellnessGuide

Learn more



**Restaurants In Santa Clara With Good Senior Discounts**

TheWalletGuru



**Dementia and Memory Loss Has Been Linked To These Common Foods. Are You Eating Them?**

Vitality Now

Learn more

CCPA Notice

More from Sportskeeda

Document title: 5 sneaker models that define Adidas heritage
Capture URL: https://www.sportskeeda.com/amp/pop-culture/5-sneaker-models-define-adidas-heritage
Capture timestamp (UTC): Thu, 25 Apr 2024 12:37:43 GMT

Page 8 of 8

Exhibit 21
Page 62 of 136

 



AIR JORDAN RELEASE DATES    SNEAKER RELEASE DATES    YEEZY RELEASE DATES    SUBSCRIBE

  

# The adidas PUFFYLETTE Creates An Illusory Homage To Iconic Three Stripes Sneakers





Michael Le  •  December 8, 2022

This post contains references to products from one or more of our advertisers. We may receive compensation when you click on links to those products. The opinions and information provided on this site are original editorial content of Sneaker News.

🔥 7674

Trompe l'oeil has quickly bled its way into fashion, with Our Legacy and Maison Margiela making use of the technique for corduroy trousers and Reebok sneakers, respectively. adidas, too, is crafting optical illusions of their own, sublimating the image of beloved Three Stripes icons — i.e. the Superstar, Stan Smith, Samba, and Forum Low — over top the base of the PUFFYLETTE.



Deceptive at all angles, perfectly capturing the look of each of the above-mentioned sneaker, these four forthcoming colorways of the PUFFYLETTE are effectively an homage to adidas history and design. The style's simple, near seamless construction lends itself well to the image of these very classics — and at a far enough glance, you likely wouldn't be able to

Document title: adidas Puffylette Release Date | SneakerNews.com
Capture URL: https://sneakernews.com/2022/12/08/adidas-puffylette-release-date/
Capture timestamp (UTC): Thu, 25 Apr 2024 13:05:40 GMT

Page 1 of 10

Exhibit 21
Page 63 of 136

**SNEAKER NEWS**    AIR JORDAN RELEASE DATES    SNEAKER RELEASE DATES    YEEZY RELEASE DATES    SUBSCRIBE      

Deceptive at all angles, perfectly capturing the look of each of the above-mentioned sneaker, these four forthcoming colorways of the PUFFYLETTE are effectively an homage to adidas history and design. The style's simple, near seamless construction lends itself well to the image of these very classics — and at a far enough glance, you likely wouldn't be able to discern a pair from the real thing.

For a closer look at all four iterations of the adidas PUFFYLETTE, see below. Though available now over in Asia, a global release won't arrive until later in 2023.

In other adidas news, the adiFOM Q Halo Blue is expected to release later this December.





**WHERE TO BUY**

**ADIDAS PUFFYLETTE**   "SUPERSTAR"

SKU: **HP6697**       RETAIL PRICE: **$60**       RELEASE DATE: **SEP 16, 2023**

| **US** 09/16/2023 Saturday | | | | | |
|---|---|---|---|---|---|
| Retailer | Time | Shipping | Release type | Status | Reminder |

Document title: adidas Puffylette Release Date | SneakerNews.com
Capture URL: https://sneakernews.com/2022/12/08/adidas-puffylette-release-date/
Capture timestamp (UTC): Thu, 25 Apr 2024 13:05:40 GMT

Page 2 of 10

Exhibit 21
Page 64 of 136





**US** 09/16/2023 Saturday

| Retailer | Time | Shipping | Release type | Status | Reminder |
|---|---|---|---|---|---|
| adidas US | 10:00 | North America Only | Standard | Check Site | · |



**WHERE TO BUY**

**ADIDAS PUFFYLETTE** "STAN SMITH"

SKU: **HP6699**     RETAIL PRICE: **$60**     RELEASE DATE: **SEP 16, 2023**

**US** 09/16/2023 Saturday

| Retailer | Time | Shipping | Release type | Status | Reminder |
|---|---|---|---|---|---|
| adidas US | 10:00 | North America Only | Standard | Check Site | · |



Document title: adidas Puffylette Release Date | SneakerNews.com
Capture URL: https://sneakernews.com/2022/12/08/adidas-puffylette-release-date/
Capture timestamp (UTC): Thu, 25 Apr 2024 13:05:40 GMT

Page 3 of 10

Exhibit 21
Page 65 of 136

**SNEAKER NEWS**    AIR JORDAN RELEASE DATES    SNEAKER RELEASE DATES    YEEZY RELEASE DATES    SUBSCRIBE







**WHERE TO BUY**

**ADIDAS PUFFYLETTE** "SAMBA"

SKU: **HP6700**    RETAIL PRICE: **$60**    RELEASE DATE: **SEP 16, 2023**

**US** 09/16/2023 Saturday

| Retailer | Time | Shipping | Release type | Status | Reminder |
|----------|------|----------|--------------|--------|----------|
| **adidas US** | 10:00 | North America Only | Standard | Check Site | · |



Document title: adidas Puffylette Release Date | SneakerNews.com
Capture URL: https://sneakernews.com/2022/12/08/adidas-puffylette-release-date/
Capture timestamp (UTC): Thu, 25 Apr 2024 13:05:40 GMT

**SNEAKER NEWS**   AIR JORDAN RELEASE DATES    SNEAKER RELEASE DATES    YEEZY RELEASE DATES    SUBSCRIBE





**WHERE TO BUY**

**ADIDAS PUFFYLETTE** "FORUM"

SKU: **HP6698**    RETAIL PRICE: **$60**    RELEASE DATE: **SEP 16, 2023**

**US** 09/16/2023 Saturday

| Retailer | Time | Shipping | Release type | Status | Reminder |
|---|---|---|---|---|---|
| **adidas US** | 10:00 | North America Only | Standard | Check Site | - |



Document title: adidas Puffylette Release Date | SneakerNews.com
Capture URL: https://sneakernews.com/2022/12/08/adidas-puffylette-release-date/
Capture timestamp (UTC): Thu, 25 Apr 2024 13:05:40 GMT

Page 5 of 10

Exhibit 21
Page 67 of 136









Document title: adidas Puffylette Release Date | SneakerNews.com
Capture URL: https://sneakernews.com/2022/12/08/adidas-puffylette-release-date/
Capture timestamp (UTC): Thu, 25 Apr 2024 13:05:40 GMT

Page 6 of 10

Exhibit 21
Page 68 of 136

**SNEAKER NEWS**    AIR JORDAN RELEASE DATES    SNEAKER RELEASE DATES    YEEZY RELEASE DATES    SUBSCRIBE

 







Document title: adidas Puffylette Release Date | SneakerNews.com
Capture URL: https://sneakernews.com/2022/12/08/adidas-puffylette-release-date/
Capture timestamp (UTC): Thu, 25 Apr 2024 13:05:40 GMT

Page 7 of 10

Exhibit 21
Page 69 of 136

**SNEAKER NEWS**    AIR JORDAN RELEASE DATES    SNEAKER RELEASE DATES    YEEZY RELEASE DATES    SUBSCRIBE



Start today

  

**TAGS**

ADIDAS    UPCOMING SNEAKERS    ADIDAS PUFFYLETTE



PREVIOUS ARTICLE

**Black And University Blue Arrive On The Nike Air Max TW**

NEXT ARTICLE

**adidas Originals Is Ready To Unleash The Rivalry Lo 86**



# Oakley Factory Team

Calibrating natural technology for a synthetic world.

Open

wearebraindead.com

**POPULAR SNEAKERS**



| | | |
|---|---|---|
| 1 | | Travis Scott x Jordan Jumpman Jack |
| 2 | | Air Jordan 11 Low "Space Jam" |
| 3 | | Jordan Jumpman Jack |



**POPULAR STORIES**

Document title: adidas Puffylette Release Date | SneakerNews.com
Capture URL: https://sneakernews.com/2022/12/08/adidas-puffylette-release-date/
Capture timestamp (UTC): Thu, 25 Apr 2024 13:05:40 GMT

Page 8 of 10

Exhibit 21
Page 70 of 136

 SNEAKER NEWS

AIR JORDAN RELEASE DATES    SNEAKER RELEASE DATES    YEEZY RELEASE DATES    SUBSCRIBE

  

**POPULAR STORIES**



‹  **1**   First Look At The Nike KD 17 "Metro Boomin"    **2**   Foot Locker Unveils Redesigned Global Store Concept    **3**   The Alchemist Links With Kevin Durant For A Nike KD 17 Collaboration  ›

**LATEST NEWS**



## The Nike Air Max 90 Goes For Contrast With Cyber Yellow And Light Orewood Brown

Few can rival the global popularity of the Air Max 90. Be it original colorways, collaborations, or in-line seasonal offerings, the Air Max 90 is...

BY **SNEAKER NEWS**  •  **10 HOURS**                      200


VENDASTA
The all-in-one tool to *scale your agency*
Start today



## Foot Locker Unveils Redesigned Global Store Concept

Foot Locker stores are going to look a little different in the near future. The retail giant just debuted a refreshed layout at its Willowbrook...

BY **ANDREW RIZZO**  •  **14 HOURS**                     4367



## First Look At The Nike KD 17 "Metro Boomin"

The pace of newly surfaced Nike KD 17 colorways is gaining steam. This latest design sits alongside other "Producer Pack" pairs with a nod to...

BY **ANDREW RIZZO**  •  **14 HOURS**                     3111

**MORE NEWS**

Document title: adidas Puffylette Release Date | SneakerNews.com
Capture URL: https://sneakernews.com/2022/12/08/adidas-puffylette-release-date/
Capture timestamp (UTC): Thu, 25 Apr 2024 13:05:40 GMT

Page 9 of 10

Exhibit 21
Page 71 of 136

  

SNEAKER NEWS   AIR JORDAN RELEASE DATES   SNEAKER RELEASE DATES   YEEZY RELEASE DATES   SUBSCRIBE



## First Look At The Nike KD 17 "Metro Boomin"

The pace of newly surfaced Nike KD 17 colorways is gaining steam. This latest design sits alongside other "Producer Pack" pairs with a nod to...

BY ANDREW RIZZO   •   14 HOURS          🔥 3111



Start today



# MORE NEWS



Get on the SN email list.

ENTER YOUR EMAIL

SUBSCRIBE

## KICKSFINDER BY SNEAKERNEWS

Kicksfinder is an online database of the most popular sneakers from Nike, Jordan, Yeezy, adidas, and other footwear brands. Find a full list retailers as well as release dates, prices, and more.

KICKSFINDER.COM

Google Play    App Store

**QUICK LINKS**
JORDAN 4
PANDA DUNKS
TRAVIS SCOTT SHOES
JA MORANT SHOES
ANTHONY EDWARDS SHOES
YEEZY SLIDES
JORDAN LOGO

**FRANCHISE**
SHOPPING GUIDE
EDITOR'S PICKS
UNBOXING
SN SELECT

**SOCIAL**
INSTAGRAM
TWITTER
YOUTUBE
DISCORD

**SNEAKERS NEWS**
CONTACT
ABOUT
CAREERS
ADVERTISE
POLICY

© 2024 SNEAKER NEWS LLC. ALL RIGHTS RESERVED.
INDEPENDENTLY PUBLISHED SINCE 2007.

Document title: adidas Puffylette Release Date | SneakerNews.com
Capture URL: https://sneakernews.com/2022/12/08/adidas-puffylette-release-date/
Capture timestamp (UTC): Thu, 25 Apr 2024 13:05:40 GMT

Page 10 of 10

Exhibit 21
Page 72 of 136

INSIDEHOOK    LEISURE    WELLNESS    CULTURE    CITIES    THE GOODS    DEALS        FOLLOW US    SUBSCRIBE  





🛍 LEISURE > STYLE

# From Samba to Superstar: Which Adidas Sneakers Are Right for You?

### The three-stripe staples, explained

BY PAOLO SANDOVAL ✖ | October 19, 2022 12:23 pm



Document title: Adidas Sneakers Styles: Your Shoe Guide From Samba to Superstar - InsideHook
Capture URL: https://www.insidehook.com/style/adidas-sneakers-guide
Capture timestamp (UTC): Thu, 25 Apr 2024 12:45:28 GMT



From Samba to Superstar : all the Adidas styles you need to know.

*Adidas*

*Nota bene: If you buy through the links in this article, we may earn a small share of the profits.*

Depending who you ask, Adidas sneakers make the world go round. Even those allegiant to Nike's swoosh or recently converted to the cult of New Balance can confirm that the three stripes is one of the biggest players in the sneaker game. Adidas sneakers have been a defining part of footwear history for decades.

And while Adidas might not have the sheer **volume of styles** that the mantle of Air Max commands, or the **nifty numerical** styles like New Balance, there's still a ton of options from the German-based athletic company. Shoes like the Gazelle and Forum '84 Low have enjoyed recent time in the limelight. While others — we're looking at you, Stan Smiths — have transcended the plane of trends and fads, assuming a preeminent status with the likes of Converse and Nike as a truly ubiquitous sneaker and oft-copied muse.

Adidas sneakers are everywhere, with new colorways, updates and entire styles released daily to a ravenous gaggle of sneakerheads and the general population alike. This influx of stripey silos is enough to make an OG's head spin, and as such we've compiled a guide to all of the need-to-know Adidas sneakers, from Samba to Superstar. Chances are, you're familiar with a few (or more than a few), but for those who struggle to pin the difference between a Nizza and an NMD, fear not — we got you.



### From 1 to 270: Which Nike Air Max Is Right for You?

A close look at every significant version of the iconic Air Max



### Here's Exactly What the New Balance Numbers Mean

Which model is right for you?

To keep things digestible (and under a couple thousand words), we're sticking to lifestyle sneakers, and while various labels technically fall under the mantle of Adidas — namely, Japanese label Y3 and the infamous YEEZY — brevity and cohesiveness demand strictly Adidas-label styles only. Below, a comprehensive guide to the Adidas sneakers you should know.

SUBSCRIBE    Log In.



PERRY ELLIS
ALWAYS READY
SHOP NOW

— **More Deals You'll Love** —

InsideHook may earn a share of the profits. Note that deals are subject to change at any time.


TECH


OUTDOOR

Document title: Adidas Sneakers Styles: Your Shoe Guide From Samba to Superstar - InsideHook
Capture URL: https://www.insidehook.com/style/adidas-sneakers-guide
Capture timestamp (UTC): Thu, 25 Apr 2024 12:45:28 GMT

Page 2 of 13

Exhibit 21
Page 74 of 136