

LEISURE    WELLNESS    CULTURE    CITIES    THE GOODS    DEALS          FOLLOW US    SUBSCRIBE



Adidas Superstar                                                                Adidas

## Adidas Superstar

The Adidas Superstar is sneaker royalty, full stop. Tracing its origins back to the '70s, the three-stripe silo proved synonymous with cool thanks to endorsements first by court stars like Kareem Abdul-Jabar and later by hip-hop titans Run DMC. Its textured toe-box may no longer be a novel concept, but it remains an iconic Adidas style to this day.

**BUY FROM ADIDAS: $95**    **BUY FROM ZAPPOS: ~~$95~~ $70**



Adidas Stan Smith                                                               Adidas

---



TECH
This Apple Watch SE Is Down to Just $189
~~$249~~ **$189**

OUTDOOR
Solo Stove's Tabletop Firepit Is 28% Off
~~$110~~ **$79**

STYLE
Now's Your Time To Get a G-Shock Watch
~~$600~~ **$420**

STYLE
This Blundstone Chelsea Boot Is on Sale
~~$225~~ **$168**

ALL THE DEALS



PERRY ELLIS
ALWAYS READY
SHOP NOW

---

Document title: Adidas Sneakers Styles: Your Shoe Guide From Samba to Superstar - InsideHook
Capture URL: https://www.insidehook.com/style/adidas-sneakers-guide
Capture timestamp (UTC): Thu, 25 Apr 2024 12:45:28 GMT

Adidas Stan Smith                                                    Adidas

## Adidas Stan Smith

If you don't automatically recognize the clean colorways, sleek profile and mustachioed tongue-graphic of the Adidas Stan Smith, we're not so sure we can help you. Arguably Adidas' most notable lifestyle sneaker, and certainly among the best-selling, the Stan Smith has withstood the test of time, with over half a century of blessing feet everywhere since its namesake dominated the court.

**BUY FROM ZAPPOS: $100**    **BUY FROM AMAZON: $100**



Adidas Samba                                                        Adidas

## Adidas Samba

What more is there to be said about the Adidas Samba? A seminal three-stripes style, the football trainer turned cultural icon mainstay cool people's feet for decades, and will probably continue to do so for decades more. It's recently gained a new level of hype among sneaker fans, thanks to frequent collaborations with the British fashion label, **Wales Bonner**.

**BUY FROM ADIDAS: $100 $90**    **BUY FROM AMAZON: $85 $58**



## Recommended

Suggested for you



SPORTS

**The Red Sox Are a $4.5 Billion Franchise With a $10 Million Lineup**



NEW YORK

**Where to Catch New York City's Best Jazz Shows**



SPORTS

**There's Still a Sliver of Hope for the Busts of the 2021 QB Class**



FITNESS

**What We Learned From the Fittest Teams in Major League Soccer**



Document title: Adidas Sneakers Styles: Your Shoe Guide From Samba to Superstar - InsideHook
Capture URL: https://www.insidehook.com/style/adidas-sneakers-guide
Capture timestamp (UTC): Thu, 25 Apr 2024 12:45:28 GMT

Page 4 of 13

Exhibit 21
Page 76 of 136

[H]   LEISURE   WELLNESS   CULTURE   CITIES   THE GOODS   DEALS          FOLLOW US   SUBSCRIBE   🔍



Adidas Gazelle                                                    Adidas

## Adidas Gazelle

Another sneaker to draw inspiration from soccer, the 1966 release has remained a linchpin in the Adidas catalog as a casual alternative to the Stan Smith and Superstar, passing through numerous iterations of design and a plethora of different constructions — kangaroo leather, synthetics and the current suede finish have all composed the Gazelles upper — over its 60-odd lifespan. A football-adjacency has elevated it to cult status specifically in the U.K. — you might remember a little band called Oasis donning the Gazelle from time to time.

[BUY FROM ADIDAS: $100]   [BUY FROM GUCCI: $850]



Adidas Campus                                                    Adidas

What We Learned From the Fittest Teams in Major League Soccer


GEAR
Patagonia's Major Microplastic Problem


ELECTRIC
Did Ford's Mustang Mach-E Gamble Pay Off?


PERRY ELLIS
ALWAYS READY
SHOP NOW

Document title: Adidas Sneakers Styles: Your Shoe Guide From Samba to Superstar - InsideHook
Capture URL: https://www.insidehook.com/style/adidas-sneakers-guide
Capture timestamp (UTC): Thu, 25 Apr 2024 12:45:28 GMT

Page 5 of 13

Exhibit 21
Page 77 of 136

HH    LEISURE    WELLNESS    CULTURE    CITIES    THE GOODS    DEALS    FOLLOW US    SUBSCRIBE    🔍

Adidas Campus                                                                              Adidas

## Adidas Campus

A fraternal look-alike to the Gazelle, the Adidas Campus, like most of its brethren, began as a performance shoe, dubbed "Tournament," an alternative to the court-dominating Superstar. Renamed "Campus" in the 1980s, the style slowly gained notoriety for the pared-back stitched sole and buttery-suede suede upper, as well as for its penchant for popping up on the feet of The Beastie Boys. Although less popular than the Superstar and Stan Smith, the style maintains its claim as one of the coolest models around, featuring a host of coveted collabs and endorsements.

BUY FROM ADIDAS: $110



Adidas UltraBoost 5.0                                                                       Adidas

## Adidas UltraBoost 5.0

One of Adidas' most instantly-recognizable silhouettes, few shoes have had the cultural impact of Adidas' bubbly-soled UltraBoost sneakers in as little time. Released in 2015, the style rocketed from a niche running shoe to must-have lifestyle grail overnight thanks to some excellent collaborations, unparalleled comfort, and an endorsement by a one Kanye West. While they're transitioned from hype-forward grail to something of a commonplace kick, there's zero denying that the UB's grip on hypebeast culture will go down in history.

BUY FROM AMAZON: $190 $93





PERRY ELLIS
ALWAYS READY
SHOP NOW

Document title: Adidas Sneakers Styles: Your Shoe Guide From Samba to Superstar - InsideHook
Capture URL: https://www.insidehook.com/style/adidas-sneakers-guide
Capture timestamp (UTC): Thu, 25 Apr 2024 12:45:28 GMT

HH    LEISURE    WELLNESS    CULTURE    CITIES    THE GOODS    DEALS          FOLLOW US    SUBSCRIBE    🔍





Adidas NMD_R1                                                                Adidas

## Adidas NMD

Utilizing the same Boost midsole technology as the UltraBoost, the NMD's lightweight Primeknit gives it an appeal similar to that of the Nike Roshe Run — easy on and easier still to wear. The NMD silo has been bolstered by an abundance of iterations over the years, from the weatherproof GORETEX styles to the bootie-esque City Sock, making it practically impossible not to find a style right for you.

**BUY FROM ZAPPOS: ~~$150~~ $112**





Document title: Adidas Sneakers Styles: Your Shoe Guide From Samba to Superstar - InsideHook
Capture URL: https://www.insidehook.com/style/adidas-sneakers-guide
Capture timestamp (UTC): Thu, 25 Apr 2024 12:45:28 GMT

Page 7 of 13

Exhibit 21
Page 79 of 136



LEISURE    WELLNESS    CULTURE    CITIES    THE GOODS    DEALS          FOLLOW US    SUBSCRIBE

Adidas Busenitz
Adidas

## Adidas Busenitz

A vicennial release, the Busenitz was designed for Adidas' kickflip-focused contingency, originally the pro model for skater Dennis Busenitz. Co-opted from the Copa Mundial football boot, the Busenitz takes many cues from the classic soccer-style fold-down tongue and cupsole, but details like the Geofit collar make it all it's own.

**BUY FROM ADIDAS: $80 $72**



Adidas Nizza
Adidas

## Adidas Nizza

The presumed answer to the Converse All-Star, the Nizza was released in 1975 as an all-around athletic shoe, with a reinforced toe-cap, and a grippy, high-profile gum sole, which has made the Nizza a sneaker of choice for skaters everywhere — along with their reasonable price tag.

**BUY FROM ADIDAS: $80 $72**



PERRY ELLIS
ALWAYS READY
SHOP NOW

Document title: Adidas Sneakers Styles: Your Shoe Guide From Samba to Superstar - InsideHook
Capture URL: https://www.insidehook.com/style/adidas-sneakers-guide
Capture timestamp (UTC): Thu, 25 Apr 2024 12:45:28 GMT

Page 8 of 13

Exhibit 21
Page 80 of 136



Adidas Ozweego                                                  Adidas

## Adidas Ozweego

Originally released in 1996, the Ozweego (and following *OZ* styles) integrated athletics and sportswear with then-innovative adiPRENE cushioning and Torsion sole support, creating a meshed experience between performance and lifestyle. While the original design faded from Adidas' core silos, the unique structure made it a favorite of 'heads and designers everywhere — most notably, Raf Simons — and the style was rebooted in the late 2010s.

**BUY FROM ADIDAS: $120**



Adidas Forum 84 Low                                            Adidas

## Adidas Forum

Document title: Adidas Sneakers Styles: Your Shoe Guide From Samba to Superstar - InsideHook
Capture URL: https://www.insidehook.com/style/adidas-sneakers-guide
Capture timestamp (UTC): Thu, 25 Apr 2024 12:45:28 GMT

Adidas Forum 84 Low                                                                 Adidas

## Adidas Forum

Adidas' latest basketball reboot, the Forum (in particular, the Forum '84 Low) has seen a resurgence in the past months, perfectly scratching the retro-kicks itch at a fraction of the resale price. The suede lining and rubber sole may nod to their original purpose, but the Forum '84 Low is a modern lifestyle shoe, through and through.

**BUY FROM ZAPPOS: $100**



Adidas 4D Futurecraft                                                               Adidas

## Adidas 4D

Adidas' most recent foray into the cutting edge of performance and lifestyle, the 3D-printed lattice midsole of the 4DFWD was crafted over four years, utilizing data from runners to create a functional, ergonomic and lightweight cushioning tech that you have to wear to believe.

**BUY FROM ADIDAS: $220**

### More Like This

   

PERRY ELLIS
ALWAYS READY
SHOP NOW

Document title: Adidas Sneakers Styles: Your Shoe Guide From Samba to Superstar - InsideHook
Capture URL: https://www.insidehook.com/style/adidas-sneakers-guide
Capture timestamp (UTC): Thu, 25 Apr 2024 12:45:28 GMT

Exhibit 21
Page 82 of 136

   

LEISURE    WELLNESS    CULTURE    CITIES    THE GOODS    DEALS          FOLLOW US    SUBSCRIBE

**RUNNING**

**STYLE**

**GEAR**

**STYLE**

How Shoe Engineering Transformed Competitive Running

Zappos' Massive Shoe Sale Continues to Deliver

Ready to Try Trail Running? We've Got Just the Shoe.

Nordstrom's Insane Spring Sale Is Still Going Strong. Here's What to Buy.



PERRY ELLIS
ALWAYS READY
SHOP NOW

We've put in the work researching, reviewing and rounding up all the shirts, jackets, shoes and accessories you'll need this season, whether it's for yourself or for gifting purposes. **Sign up here for weekly style inspo** direct to your inbox.

 Leisure > Style

*Paolo Sandoval is Commerce Editor at InsideHook, having previously contributed to Valet Mag. He writes and reports about style, running, grooming, wellness, menswear trends, cultural media and other pursuits tangential to looking and feeling like a million bucks.*

## The InsideHook Newsletter.

News, advice and insights for the most interesting person in the room.

| Email | Zip Code | SIGN UP |

☐ I accept the Terms and Conditions, and Privacy Policy. I am over 21 years.

## More Style, Right This Way



**STYLE**

15 Activewear Brands Every Guy Should Know



**STYLE**

Review: Cuts Clothing Is for the Multi-Hyphenate Individual



**STYLE**

The Original "Ripley" Is the Ultimate Blueprint for Summer Style



**STYLE**

Abercrombie's "YPB" Sale Is Full of Goal-Crushing Gear

Document title: Adidas Sneakers Styles: Your Shoe Guide From Samba to Superstar - InsideHook
Capture URL: https://www.insidehook.com/style/adidas-sneakers-guide
Capture timestamp (UTC): Thu, 25 Apr 2024 12:45:28 GMT

Page 11 of 13

Exhibit 21
Page 83 of 136

LEISURE    WELLNESS    CULTURE    CITIES    THE GOODS    DEALS          FOLLOW US    SUBSCRIBE









15 Activewear Brands Every Guy Should Know

the Multi-Hyphenate Individual

Ultimate Blueprint for Summer Style

Abercrombie's 'YPB' Sale Is Full of Goal-Crushing Gear

EXPLORE MORE STYLE

## Keep Reading



**WELLNESS**

Three Words Straight Guys Still Can't Say to Each Other



**WHISKEY**

For Whiskey Geeks, "Sourced" Is No Longer a Dirty Word



**TRAVEL**

Which California National Park Is for You?



**DRINKS**

The Best Bars in Dallas's Bishop Arts District



Document title: Adidas Sneakers Styles: Your Shoe Guide From Samba to Superstar - InsideHook
Capture URL: https://www.insidehook.com/style/adidas-sneakers-guide
Capture timestamp (UTC): Thu, 25 Apr 2024 12:45:28 GMT

Page 12 of 13

Exhibit 21
Page 84 of 136



LEISURE    WELLNESS    CULTURE    CITIES    THE GOODS    DEALS         FOLLOW US    SUBSCRIBE



**TRAVEL**

## Which California National Park Is for You?



**DRINKS**

## The Best Bars in Dallas's Bishop Arts District



Allbirds | Sustainable Shoes
Allbirds



# INSIDEHOOK

**Follow Us**

**Newsletters**
Flagship Daily Email
The Goods
The Journey
The Spill
The Charge
The Stitch
NY • CHI • LA • TX • DC • SF

**Sections**
Style
Drinks
Food
Travel
Gear
Watches
Autos

Grooming
Fitness
Longevity
Mental Health
Running
Sex & Dating
Advice

Books
Film
Design
Internet
Music
TV
Sports

**Cities**
New York
Chicago
Los Angeles
Washington DC
Texas
San Francisco

**The Basics**
About IH
Editorial Policy
Contact Us
Advertise
Terms

Privacy
Careers
Do Not Sell My Personal Information
Accessibility
Manage Subscription

Copyright © 2024 InsideHook. All rights reserved.

Document title: Adidas Sneakers Styles: Your Shoe Guide From Samba to Superstar - InsideHook
Capture URL: https://www.insidehook.com/style/adidas-sneakers-guide
Capture timestamp (UTC): Thu, 25 Apr 2024 12:45:28 GMT

Page 13 of 13

Exhibit 21
Page 85 of 136



When you purchase through links on our site, we may earn an affiliate commission. Here's how it works.

Features

# Adidas: The history of the Three Stripes on football shirts

By Mark White published July 15, 2022

Adidas' 'Three Stripes' have become an emblem of the brand – and it's evolved over the years...





(Image credit: Getty)

Think of Adidas and you think of the Three Stripes. The iconic design has become interwoven into the fabric of the German brand's visual identity over decades to the point where this very simple signifier is synonymous with a single manufacturer.

And over the years, the stripes have evolved, developed, grown, shrunk, moved and changed a-plenty. They weren't always on the sleeves, you know.

In 2022, Adidas kits are still some of the finest football kits around – but even in retro shirts, the stripes are as constant as the company's logo itself...

Sponsored Links



Document title: Adidas: The history of the Three Stripes on football shirts | FourFourTwo
Capture URL: https://www.fourfourtwo.com/features/adidas-the-history-of-the-three-stripes-in-football
Capture timestamp (UTC): Thu, 25 Apr 2024 14:22:48 GMT

Page 1 of 18

Exhibit 21
Page 86 of 136



And over the years, the stripes have evolved, developed, grown, shrunk, moved and changed a-plenty. They weren't always on the sleeves, you know.

In 2022, Adidas kits are still some of the finest football kits around – but even in retro shirts, the stripes are as constant as the company's logo itself...

Sponsored Links



**Buick Envista Tailored For Seniors. Take A Closer Look!**

Advertisement

**Unrivalled Comfort & Quality**

**Men's Clothing, Every Day Wear**

Enjoy 30% Off*. Elevate Your Wardrobe With T-Shirts, Hoodies, Sweats And More

Industrie Clothing

Learn More

## 1952: Adidas acquire the Three Stripes branding from Karhu Sport



(Image credit: Getty)

Karhu Sports were a Finnish brand who brought out footwear in the 1940s with the Three Stripes on. In 1952, the Olympic Games were held in Helsinki, Finland, where the stripes were on show.

**LATEST VIDEOS FROM FOURFOURTWO**



**MOST READ**

1 **Sheffield United on course to set ridiculous Premier League record - having already secured one unwanted achievement**

2 **The Liverpool in-tray: The big decisions and transfer priorities of whoever replaces Jurgen Klopp**

3 **Quiz! Can you name these 20 stadiums?**

4 **Erik ten Hag has given Gareth Southgate something extra to think about ahead of Euro 2024**

5 **Manchester United identify ideal midfield partner for Kobbie Mainoo - from relegation-threatened club: report**

Document title: Adidas: The history of the Three Stripes on football shirts | FourFourTwo
Capture URL: https://www.fourfourtwo.com/features/adidas-the-history-of-the-three-stripes-in-football
Capture timestamp (UTC): Thu, 25 Apr 2024 14:22:48 GMT

Page 2 of 18

Exhibit 21
Page 87 of 136



5    **Manchester United identify ideal midfield partner for Kobbie Mainoo - from relegation-threatened club: report**

Advertisement



Custom Hockey Jerseys. - Fast Turnaround Time

🌐 healysportswear.com    Visit Site

Adidas, founded by Adi Dassler, bought the branding from Karhu. They paid just two bottles of whiskey and the equivalent of €1,600.

## 1972: The Three Stripes make their Olympic debut



(Image credit: Getty)

Some two decades later at the Olympics in Munich, West Germany – Dassler's home country – the Three Stripes and 'Trefoil' logo appear for the first time.

The 'Trefoil' is still used by the company today.

## Get FourFourTwo Newsletter

The best features, fun and footballing quizzes, straight to your inbox every week.

| Your Email Address |     SIGN ME UP     |

☐ Contact me with news and offers from other Future brands

☐ Receive email from us on behalf of our trusted partners or sponsors

By submitting your information you agree to the **Terms & Conditions** and **Privacy Policy** and are aged 16 or over.

## 1974: The stripes appear at their first World Cup...



Document title: Adidas: The history of the Three Stripes on football shirts | FourFourTwo
Capture URL: https://www.fourfourtwo.com/features/adidas-the-history-of-the-three-stripes-in-football
Capture timestamp (UTC): Thu, 25 Apr 2024 14:22:48 GMT

Page 3 of 18

Exhibit 21
Page 88 of 136

### 1974: The stripes appear at their first World Cup...



(Image credit: Getty)

For the first time, the Three Stripes are at the World Cup – also held in West Germany.

Despite Adidas manufacturing the hosts' jerseys, though, the stripes do not appear on the white home shirt of eventual champion West Germany.

### 1974: ...one Dutchman rebels against the stripes, in loyalty to Puma



(Image credit: Getty)

Adidas's biggest icons of that World Cup become the Dutch, who dazzle with their brand of Total Football in bright orange Adi jerseys.

But their biggest star, Johan Cruyff, is sponsored by Puma and wears Puma King boots. He decides to rip off one of the stripes on his Adidas Netherlands shirt, in solidarity with his sponsor.

### 1975: The stripes appear at club level





Advertisement



Document title: Adidas: The history of the Three Stripes on football shirts | FourFourTwo
Capture URL: https://www.fourfourtwo.com/features/adidas-the-history-of-the-three-stripes-in-football
Capture timestamp (UTC): Thu, 25 Apr 2024 14:22:48 GMT

Page 4 of 18

Exhibit 21
Page 89 of 136

## 1975: The stripes appear at club level



(Image credit: Getty)

Clubs in Germany begin adopting the Three Stripes on their shirts.

The likes of Crystal Palace, Ipswich Town and Queens Park Rangers will all wear Adidas shirts in the next few years.

## 1978: Adidas make the Brazil national shirts



(Image credit: Getty)

The first and only World Cup to feature Adidas Brazil shirts was 1978.

Not a vintage tournament for the Selecao – though they never lost a World Cup match with the Three Stripes down their sleeves, going out of the second group stage of the competition.

## 1982: The Three Stripes are well-established now



Advertisement

Advertisement



Custom Hockey Jerseys $29.99 - Fast Turnaround Time.

healysportswear.com    Visit Site



Document title: Adidas: The history of the Three Stripes on football shirts | FourFourTwo
Capture URL: https://www.fourfourtwo.com/features/adidas-the-history-of-the-three-stripes-in-football
Capture timestamp (UTC): Thu, 25 Apr 2024 14:22:48 GMT

Page 5 of 18

Exhibit 21
Page 90 of 136



(Image credit: Getty)

That's Norman Whiteside of Northern Ireland, who were wearing Adi kits for the 1982 World Cup.

As were Poland, West Germany, Chile, Hungary, El Salvador, France, Spain, Honduras, New Zealand and Soviet Union. All of them had the Three Stripes on their home and change strips.

## 1988: Adidas get bolder with shirt designs



(Image credit: Getty)

Previously, the stripes were the big embellishment of an Adidas shirt. With the stripes becoming so recognisable in the 80s, however, the manufacturer had to come up with more exciting designs alongside the stripes.

In '88, the Netherlands were given their iconic Euro-winning shirt, while West Germany got this design in teal for their away strip. The Soviet Union and East Germany both received similar shirts, while the West Germany home shirt is another classic, with the German flag adorning the front with an iconic design.

More wacky shirt designs would follow, with the small stripes down the sleeves – such as Arsenal's bruised banana top. Adidas were evolving...

## 1991: The stripes begin to grow







Document title: Adidas: The history of the Three Stripes on football shirts | FourFourTwo
Capture URL: https://www.fourfourtwo.com/features/adidas-the-history-of-the-three-stripes-in-football
Capture timestamp (UTC): Thu, 25 Apr 2024 14:22:48 GMT

Page 6 of 18

Exhibit 21
Page 91 of 136

Custom Hockey Jerseys $29.99 - Fast Turnaround Time.

healysportswear.com    Visit Site

Advertisement





(Image credit: Getty)

Now we're in the 1990s, another time of iconic designs for Adidas, who kept stripes on the sleeves and made them the focus of the shirt once more.

How? By making them massive. This home top from Marseille became an instant classic.

### 1992: France get double-shoulder stripes



**20+ Wild Airport Scenes**



(Image credit: Getty)

The patterns began to evolve even more, with France getting this get-up ahead of the 1992 Euros. Sweden also had big stripes over their shoulders for a shirt immediately recognisable at the tournament.

### 1993: Arsenal get an Adidas sash

Advertisement





FourFourTwo    CLOSE ✖

🔊 PLAY SOUND

Document title: Adidas: The history of the Three Stripes on football shirts | FourFourTwo
Capture URL: https://www.fourfourtwo.com/features/adidas-the-history-of-the-three-stripes-in-football
Capture timestamp (UTC): Thu, 25 Apr 2024 14:22:48 GMT

Page 7 of 18

Exhibit 21
Page 92 of 136



(Image credit: Getty)

The closest thing to a sash that Adidas have done with the stripes?

This shirt might not be as beloved as the bruised banana from 1991 but it's an interesting marker in Adidas's history nonetheless.

### 1993: Liverpool have a new kind of stripe, too



(Image credit: Getty)

By now, the stripes are no longer just on the sleeves.

Liverpool had a Marseille-style home jersey with giant shoulder stripes – and also had this home shirt, along with a similarly-patterned away effort.

### 1995: Stripes around the sleeves



(Image credit: Getty)

Something a little more minimal from Adidas, the Three Stripes move to the



Advertisement

Document title: Adidas: The history of the Three Stripes on football shirts | FourFourTwo
Capture URL: https://www.fourfourtwo.com/features/adidas-the-history-of-the-three-stripes-in-football
Capture timestamp (UTC): Thu, 25 Apr 2024 14:22:48 GMT

Page 8 of 18

Exhibit 21
Page 93 of 136



(Image credit: Getty)

Something a little more minimal from Adidas, the Three Stripes move to the cuffs of the sleeves.

Rangers had a number of great Adi shirts in the 90s – but this one is still a highlight.

### 1996: Spain's stripes are vertical...



(Image credit: Getty)

Euro 96 sees Adidas create bespoke designs for a number of nations, with Spain getting this home shirt for the tournament in England.

The German brand hasn't done anything similar since.

### 1996: ...while Romania get a different style



(Image credit: Getty)

Adidas mix up their Euros shirts to give some teams traditional stripes and other teams bigger stripes in this style.

Eventual winners Germany have a plainer home shirt with smaller stripes down the sleeves, while their green away shirt looks more like this Romania top.

### 1996: Newcastle get a new design



Ad

Custom Hockey Jerseys $29.99 - Fast Turnaround Time.

healysportswear.com    Visit Site

Advertisement

Advertisement



Document title: Adidas: The history of the Three Stripes on football shirts | FourFourTwo
Capture URL: https://www.fourfourtwo.com/features/adidas-the-history-of-the-three-stripes-in-football
Capture timestamp (UTC): Thu, 25 Apr 2024 14:22:48 GMT

Adidas mix up their Euros shirts to give some teams traditional stripes and other teams bigger stripes in this style.

Eventual winners Germany have a plainer home shirt with smaller stripes down the sleeves, while their green away shirt looks more like this Romania top.

### 1996: Newcastle get a new design



(Image credit: Getty)

Once again, the smaller, traditional stripes get moved off the shoulders.

Newcastle United have them wrapped around the chest for this top.

### 1998: Australia get a different design



(Image credit: Getty)

Australia fail to qualify for the 1998 World Cup, going out of qualification on away goals to Iran (yep, really).

But they too get a different iteration of the Three Stripes.

### 2001: Adidas continue to experiment



Advertisement






Document title: Adidas: The history of the Three Stripes on football shirts | FourFourTwo
Capture URL: https://www.fourfourtwo.com/features/adidas-the-history-of-the-three-stripes-in-football
Capture timestamp (UTC): Thu, 25 Apr 2024 14:22:48 GMT

Page 10 of 18

Exhibit 21
Page 95 of 136

away goals to Iran (yep, really).

But they too get a different iteration of the Three Stripes.

## 2001: Adidas continue to experiment



(Image credit: Getty)

By and large, the bigger stripes begin disappearing during the 90s, with Adidas leaning more towards the smaller, more traditional shoulder stripes.

Occasionally though, shirts like Fulham's home top pop up with variations. The stripes on this one are vertical and just on the cuffs.

## 2001: Iker Casillas sees another new variation



(Image credit: Getty)

For Real Madrid's goalkeeper top of the early 2000s, the stripes shift off the shoulder and more to the front of the shirt.

Why just the goalkeeper's shirt? We'll never know. Nice, though.

## 2002: The stripes are shortened





### 20+ Wild Airport Scenes

Advertisement



Custom Hockey Jerseys $29.99 - Fast Turnaround Time.

healysportswear.com        Visit Site



healysportswear.com        Visit Site

Document title: Adidas: The history of the Three Stripes on football shirts | FourFourTwo
Capture URL: https://www.fourfourtwo.com/features/adidas-the-history-of-the-three-stripes-in-football
Capture timestamp (UTC): Thu, 25 Apr 2024 14:22:48 GMT

Page 11 of 18

Exhibit 21
Page 96 of 136



(Image credit: Getty)

For the 2002 World Cup, Adidas were re-imagining, making an iconic set of Predators, creating the Fevernova ball and re-working their kit designs for a new millennium.

The Three Stripes have always gone all the way down the arm up until now... but not anymore. The stripes stop halfway down the sleeve – and they're no longer made from fabric but the same kind of plastic that sponsors on kits are made from.

## 2004: The stripes are now... sharper?



(Image credit: Getty)

After reinventing the stripes for the World Cup in Japan and South Korea, Adidas made them pointier for their next shirts.

The likes of France, Spain and Germany all get shirts like this for Euro 2004, which essentially develop the 2002 template for something modern-looking, with the futuristic type still used on the back of the shirts.

Come 2006, however, retro is big – in music, film and fashion. Adidas go back to the traditional stripes down the arms and go for vintage 70s-style fonts on the back of jerseys.

## 2010: New rules come in – changing the stripes forever









Document title: Adidas: The history of the Three Stripes on football shirts | FourFourTwo
Capture URL: https://www.fourfourtwo.com/features/adidas-the-history-of-the-three-stripes-in-football
Capture timestamp (UTC): Thu, 25 Apr 2024 14:22:48 GMT

Page 12 of 18

Exhibit 21
Page 97 of 136

back of jerseys.

### 2010: New rules come in – changing the stripes forever



(Image credit: Getty)

According to new regulations from UEFA, the whole of the sleeve is no longer allowed to have the stripes.

Adidas now make kits with a gap left blank for competition patches on the sleeves.

### 2012: The stripes get shorter...



(Image credit: Getty)

Eventually, Adidas succumb to these new rules. All of their shirts now have shorter stripes on the sleeves – more like the ones from 2002.

### 2016: ...the stripes get even shorter







Document title: Adidas: The history of the Three Stripes on football shirts | FourFourTwo
Capture URL: https://www.fourfourtwo.com/features/adidas-the-history-of-the-three-stripes-in-football
Capture timestamp (UTC): Thu, 25 Apr 2024 14:22:48 GMT

Page 13 of 18

Exhibit 21
Page 98 of 136



(Image credit: Getty)

From 2016 onwards, the stripes are now *just* on the shoulders and not on the sleeves at all.

But Adidas have another template to refresh the icon further...

## 2016: The Three Stripes move completely



(Image credit: Getty)

At Euro 2016, the Three Stripes are placed down the sides of the shirts, in a huge revolution for Adidas.

From now on, the brand will release the odd kit for all their major clubs and nations with stripes down the sides of the shirt rather than on the shoulders.

## 2018: Adidas reference the bigger stripes with their new World Cup shirts





Document title: Adidas: The history of the Three Stripes on football shirts | FourFourTwo
Capture URL: https://www.fourfourtwo.com/features/adidas-the-history-of-the-three-stripes-in-football
Capture timestamp (UTC): Thu, 25 Apr 2024 14:22:48 GMT

Page 14 of 18

Exhibit 21
Page 99 of 136



(Image credit: Getty)

In 2018, Adidas went full retro for the World Cup. They redesigned the original Telstar ball from 1970 and all their shirts harked back to the golden age.

By now though, kit rules state that no branding of a company can be a certain size on a kit. There's no chance that Adidas could get away with stripes as big as in the 90s – instead, they subtly added these little graphic elements, such as the stripes on the sides of this Mexico shirt.

The Germany home and away tops in 2018 are direct remakes of the 1988 shirts. It's unashamedly re-inventing past icons – but it looks amazing.

## 2019: The MLS get the stripes back



(Image credit: Getty)

Given that such fusty kit laws only exist in Europe, Major League Soccer can profit.

MLS has a deal in which every kit is made by Adidas – so the brand decides to bring back the big shoulder stripes to an American audience with these beautiful designs.

## 2019: The stripes get subtler





Document title: Adidas: The history of the Three Stripes on football shirts | FourFourTwo
Capture URL: https://www.fourfourtwo.com/features/adidas-the-history-of-the-three-stripes-in-football
Capture timestamp (UTC): Thu, 25 Apr 2024 14:22:48 GMT



(Image credit: Getty)

In 2019, Adidas brought back that 2002 material for the stripes, almost blending them into the shirt itself.

Manchester United got a home and third shirt like this, while Real Madrid, Bayern Munich and Ajax all get similar designs.

## 2021: The Olympics ban the Three Stripes



(Image credit: Getty)

And... we've come full circle.

In 2021, the Olympic branding guidelines stated that manufacturers could only put one signifying logo on their shirts. Given that the Adidas logo was already on there, Adi removed the stripes from the adored Japan home shirt, along with other nations who were competing in football at the Games.

---

 **Mark White**   ✕  📷  in  ✉

Content Editor

Mark White has been at on FourFourTwo since joining in January 2020, first as a staff writer before becoming content editor in 2023. An encyclopedia of football shirts and boots knowledge – both past and present – Mark has also represented FFT at both FA Cup and League Cup finals (though didn't receive a winners' medal on either occasion) and has written pieces for the mag



Advertisement

Advertisement

Get Your Cheer Uniforms Now

Learn More

Document title: Adidas: The history of the Three Stripes on football shirts | FourFourTwo
Capture URL: https://www.fourfourtwo.com/features/adidas-the-history-of-the-three-stripes-in-football
Capture timestamp (UTC): Thu, 25 Apr 2024 14:22:48 GMT

Page 16 of 18

Exhibit 21
Page 101 of 136

 Content Editor

Mark White has been at on FourFourTwo since joining in January 2020, first as a staff writer before becoming content editor in 2023. An encyclopedia of football shirts and boots knowledge – both past and present – Mark has also represented FFT at both FA Cup and League Cup finals (though didn't receive a winners' medal on either occasion) and has written pieces for the mag ranging on subjects from Bobby Robson's season at Barcelona to Robinho's career. He has written cover features for the mag on Mikel Arteta and Martin Odegaard, and is assisted by his cat, Rosie, who has interned for the brand since lockdown.

## Get Your Cheer Uniforms Now

**Excellent Customer Service**

Pro-Quality Uniforms. Competitive Pricing. Fast Turnaround.

Healy Sportswear

Learn More

| MORE ABOUT LISTS | LATEST |
| --- | --- |



**Players known by their first name ►**

**Clubs with prolific youth academies ►**



**Jamie Carragher tips Liverpool to sell Mohamed Salah and Darwin Nunez - with Reds set for ruthless decisions under new boss ►**

SEE MORE LATEST ►

TOPICS

LISTS   ADIDAS   NETHERLANDS   BRAZIL   NORTHERN IRELAND   GERMANY

MARSEILLE   FRANCE   ARSENAL   LIVERPOOL   RANGERS

MANCHESTER UNITED   NEWCASTLE UNITED   SPAIN   ROMANIA   ARGENTINA

AUSTRALIA   REAL MADRID   LOS ANGELES GALAXY   MEXICO   JAPAN

FULHAM

Taboola Feed



**Buick Envista Tailored For Seniors. Take A Closer Look!**

BrightLifeDaily.com | Sponsored

Learn More



FourFourTwo    CLOSE ✖

PLAY SOUND    This video file cannot be played. (Error Code: 23 9000)

Document title: Adidas: The history of the Three Stripes on football shirts | FourFourTwo
Capture URL: https://www.fourfourtwo.com/features/adidas-the-history-of-the-three-stripes-in-football
Capture timestamp (UTC): Thu, 25 Apr 2024 14:22:48 GMT

a winners' medal on either occasion) and has written pieces for the mag ranging on subjects from Bobby Robson's season at Barcelona to Robinho's career. He has written cover features for the mag on Mikel Arteta and Martin Odegaard, and is assisted by his cat, Rosie, who has interned for the brand since lockdown.

**Excellent Customer Service**

Pro-Quality Uniforms. Competitive Pricing. Fast Turnaround.

Healy Sportswear

Learn More

| MORE ABOUT LISTS | | LATEST |
| --- | --- | --- |



**Players known by their first name ▸**

**Clubs with prolific youth academies ▸**



**Jamie Carragher tips Liverpool to sell Mohamed Salah and Darwin Nunez - with Reds set for ruthless decisions under new boss ▸**

SEE MORE LATEST ▸

---

TOPICS

LISTS   ADIDAS   NETHERLANDS   BRAZIL   NORTHERN IRELAND   GERMANY

MARSEILLE   FRANCE   ARSENAL   LIVERPOOL   RANGERS

MANCHESTER UNITED   NEWCASTLE UNITED   SPAIN   ROMANIA   ARGENTINA

AUSTRALIA   REAL MADRID   LOS ANGELES GALAXY   MEXICO   JAPAN

FULHAM

Taboola Feed



**Buick Envista Tailored For Seniors. Take A Closer Look!**

BrightLifeDaily.com | Sponsored          Learn More





FourFourTwo    CLOSE ✖

This video file cannot be played. (Error Code: 23 9000)

PLAY SOUND

Document title: Adidas: The history of the Three Stripes on football shirts | FourFourTwo
Capture URL: https://www.fourfourtwo.com/features/adidas-the-history-of-the-three-stripes-in-football
Capture timestamp (UTC): Thu, 25 Apr 2024 14:22:48 GMT

Page 18 of 18

Exhibit 21
Page 103 of 136



Advertisement

**Personalized Lego Minifigures**

Corporate Lego gifts,
minifigures & sets for your
company, events & team
from mocsRus.

Open

mocsrus.com

LIFESTYLE

# Bringing the Lego 10282 Adidas Originals Superstar to life





PHOTO: Lego

PUBLISHED ON  JULY 14, 2021 8:23 AM
By  **YNA Z.**

Advertisement

The geek den is a familiar home for Lego sets. Over the years, we have unboxed and built various Lego sets, including notable ones such as the Lego 80024 Monkie Kid: The Legendary Flower Fruit Mountain Set, Lego 1989 Batwing (76161), Lego Technic 42125 Ferrari 488 GTE "AF CORSE #51" and the Lego 10283 Space Shuttle Discovery. When it comes to uniqueness, however, the new Lego 10282 Adidas Originals Superstar is at the top of our list.

Document title: Bringing the Lego 10282 Adidas Originals Superstar to life, Lifestyle News - AsiaOne
Capture URL: https://www.asiaone.com/lifestyle/bringing-lego-10282-adidas-originals-superstar-life
Capture timestamp (UTC): Thu, 25 Apr 2024 12:49:58 GMT



LATEST    NEWS ▾    ENTERTAINMENT    LIFESTYLE    DIGICULT    EarthOne    MORE ▾

The Legendary Flower Fruit Mountain Set, Lego 1989 Batwing (76161), Lego Technic 42125 Ferrari 488 GTE "AF CORSE #51" and the Lego 10283 Space Shuttle Discovery. When it comes to uniqueness, however, the new Lego 10282 Adidas Originals Superstar is at the top of our list.

Although this is not the first time that the Danish toy company has collaborated with Adidas, previously releasing the Lego x Adidas ZX 8000 Sneaker, it seems both companies have taken the partnership to a different, higher level this time around.

The set comprises 731 pieces that recreate the iconic sneaker, from the general look of the original sneakers to detailed elements like the famous shell toe, three serrated stripes, and the Adidas logo found on the tongue and the insides of the shoe.

As is the case with any other Lego build, the set will take up a few hours of your time, but comes with the pleasant experience of discovering details that might have been missed out at first glance, which makes it all the more enjoyable after completion.

**ALSO READ:** <u>Disney has dropped the old Slave 1 name from Boba Fett's Starship</u>

The Lego sneaker measures over 12cm in height, 27cm in length, and 9cm in width. Despite being a model based on a right-sized UK 7 or US 7.5 shoe, it can't actually be worn. Nevertheless, this realistic tribute to the original sneaker will spark enough conversation as a collectible display piece on your shelf than on one's foot.

Whilst the instruction manual guides builders to work on the right side, those who prefer a left shoe can do so as well with the use of the extra bricks included in the set.



**RECOMMENDED**



**Military strategy game criticized for...**
History Strategy Game

**Why Botox Users Are Turning to Costco for...**
brunchesncrunches.com

**Never too young for hair loss – surprising...**
AsiaOne

**If you're over 40 years old, this beautiful...**
RAID: Shadow Legends

● ·

**SUBSCRIBE TO OUR NEWSLETTER**
Your daily good stuff - AsiaOne stories delivered straight to your inbox

Name
Email

SUBSCRIBE

Advertisement

Document title: Bringing the Lego 10282 Adidas Originals Superstar to life, Lifestyle News - AsiaOne
Capture URL: https://www.asiaone.com/lifestyle/bringing-lego-10282-adidas-originals-superstar-life
Capture timestamp (UTC): Thu, 25 Apr 2024 12:49:58 GMT

Exhibit 21
Page 105 of 136



PHOTO: Lego

SUBSCRIBE TO
OUR NEWSLETTER

Your daily good stuff - AsiaOne stories
delivered straight to your inbox

Name

Email

SUBSCRIBE

Advertisement

PHOTO: Lego

Document title: Bringing the Lego 10282 Adidas Originals Superstar to life, Lifestyle News - AsiaOne
Capture URL: https://www.asiaone.com/lifestyle/bringing-lego-10282-adidas-originals-superstar-life
Capture timestamp (UTC): Thu, 25 Apr 2024 12:49:58 GMT

Page 3 of 12

Exhibit 21
Page 106 of 136

asiaone    LATEST    NEWS ▾    ENTERTAINMENT    LIFESTYLE    DIGICULT    EarthOne    MORE ▾    🔍

PHOTO: Lego

The Lego 10282 Adidas Originals Superstar also comes with real shoelaces to tie the whole model together, alongside an authentic shoe box style packaging to showcase the shoe in all its Adidas glory. With the added display stand and plaque to add flair, the build will certainly become the pride of one's office or home.

Advertisement

It can be paired with a Mini Lego Adidas Originals Superstar (40486) as well, which can be redeemed with every purchase of the Lego 10282 Adidas Originals Superstar.

Similarly, this small sneaker also dons Adidas' signature three stripes, logo on its tongue and shell toe shape, and carries a mini figure in tow that wears an Adidas box as its costume. As this is a complimentary offer, it is limited in stock and will only be available from July 1 to July 31.



PHOTO: Lego

Document title: Bringing the Lego 10282 Adidas Originals Superstar to life, Lifestyle News - AsiaOne
Capture URL: https://www.asiaone.com/lifestyle/bringing-lego-10282-adidas-originals-superstar-life
Capture timestamp (UTC): Thu, 25 Apr 2024 12:49:58 GMT

Exhibit 21
Page 107 of 136



PHOTO: Lego

Perfect for individuals who love street wear collectibles, Lego builders or both, this unique kit brings a new sense of appreciation for stunning design and attention to detail.

If you are interested in spicing up your model, you can do so by adding other coloured bricks and creating designs that will bring out your creativity. In any case, the Lego 10282 Adidas Originals Superstar is a great centre piece and conversation starter.

PHOTO: Lego

The Lego 10282 Adidas Originals Superstar is available for purchase via Lego Certified Stores on Lazada, Shopee and Amazon, as well as the Adidas online store and Lego online store for $149.90.

**ALSO READ:** Bottles to bricks: Lego finds the right fit with recycled plastic

*This article was first published in Geek Culture.*

TOYS    LEGO SETS    SHOES AND SNEAKERS    COLLECTORS/COLLECTIONS

Share this article    (f) (X) (telegram) (whatsapp) (reddit) (+)

Document title: Bringing the Lego 10282 Adidas Originals Superstar to life, Lifestyle News - AsiaOne
Capture URL: https://www.asiaone.com/lifestyle/bringing-lego-10282-adidas-originals-superstar-life
Capture timestamp (UTC): Thu, 25 Apr 2024 12:49:58 GMT

Page 5 of 12

Exhibit 21
Page 108 of 136

PHOTO: Lego

The Lego 10282 Adidas Originals Superstar is available for purchase via Lego Certified Stores on Lazada, Shopee and Amazon, as well as the Adidas online store and Lego online store for $149.90.

**ALSO READ:** Bottles to bricks: Lego finds the right fit with recycled plastic

*This article was first published in Geek Culture.*

TOYS    LEGO SETS    SHOES AND SNEAKERS    COLLECTORS/COLLECTIONS

**Share this article**

**RECOMMENDED**

If you're over 40 years old, this...
RAID: Shadow Legends

After 84 Years Ban, Finally Legal ...
Cheech & Chong's

Forget Nvidia the biggest AI boo...
Wall Street Star

Military strategy game criticize...
History Strategy Game

Costco Shoppers Say "This Work...
brunchesncrunches.com

Pluto - Indica Hybrid - 24.98%...
HelloMood

Advertisement

Little-Known Trick For Gut

Little-Known Gutter Cleaning Trick Used By Seniors

HomeBuddy

Document title: Bringing the Lego 10282 Adidas Originals Superstar to life, Lifestyle News - AsiaOne
Capture URL: https://www.asiaone.com/lifestyle/bringing-lego-10282-adidas-originals-superstar-life
Capture timestamp (UTC): Thu, 25 Apr 2024 12:49:58 GMT

Page 6 of 12

Exhibit 21
Page 109 of 136



PHOTO: Lego

The Lego 10282 Adidas Originals Superstar is available for purchase via Lego Certified Stores on Lazada, Shopee and Amazon, as well as the Adidas online store and Lego online store for $149.90.

**ALSO READ:** Bottles to bricks: Lego finds the right fit with recycled plastic

*This article was first published in Geek Culture.*

TOYS    LEGO SETS    SHOES AND SNEAKERS    COLLECTORS/COLLECTIONS

Document title: Bringing the Lego 10282 Adidas Originals Superstar to life, Lifestyle News - AsiaOne
Capture URL: https://www.asiaone.com/lifestyle/bringing-lego-10282-adidas-originals-superstar-life
Capture timestamp (UTC): Thu, 25 Apr 2024 12:49:58 GMT

Page 7 of 12

Exhibit 21
Page 110 of 136

asia**one**    LATEST •    NEWS ▾    ENTERTAINMENT    LIFESTYLE    DIGICULT    EarthOne    MORE ▾    🔍

Looking for a new job? Haidilao is hiring a private tutor, offers pay of at least $4,500

Home-based business gets called out online for 'rude and degrading' signs towards food delivery riders

From selling chips to becoming a millionaire at 19, Malaysian entrepreneur aims for first billion before age 30

'We've made the difficult decision': Michelin-approved Shi Wei Da Satay Bee Hoon in Bedok to shutter on April 30

● SINGAPORE    SEE MORE ▶


**SINGAPORE**
'False accusations and harassment': Car workshop employee...


**SINGAPORE**
'We're angry but we'll accept it': Family of woman killed in...


**SINGAPORE**
Tampines crash: Driver arrested for dangerous driving after hospital...


**SINGAPORE**
'Disconnect between perception and realities of Covid-19': Survey...

**SINGAPORE**
We fussed around and found out: AsiaOne wins award for coverag...


**SINGAPORE**
'I told them yes almost immediately': Former Singapore diplomat...


**SINGAPORE**
Fair or not? Man pays 30 cents 'takeaway fee' despite using own...


**SINGAPORE**
Malaysians taking factory buses to Singapore to use QR...


**SINGAPORE**
Ang Mo Kio cheapest, Toa Payoh most costly for expats to live in...


**SINGAPORE**
Woman killed in Spain: Suspect's $1,400 limited-edition sneakers...

● ENTERTAINMENT    SEE MORE ▶


**ENTERTAINMENT**
'Maybe they'll say I'm hao lian': Mark Lee on challenging himself...


**ENTERTAINMENT**
Zoe Tay looking forward to play 'weak' matriarch character with...


**ENTERTAINMENT**
'This kind of hurt is hard to compensate for': Jeff Goh still...


**ENTERTAINMENT**
'I have trauma because of the earthquakes': Yvonne Lim on not...


**ENTERTAINMENT**
David Gilmour unveils first album in 9 years, Luck and Strange


**ENTERTAINMENT**
Mandopop star Jay Chou to perform 3 shows at National...


**ENTERTAINMENT**
Record giant Hybe audits NewJeans label as infighting returns t...


**ENTERTAINMENT**
Billie Eilish has 'been in love with girls' her whole life


**ENTERTAINMENT**
Several crew members injured on Eddie Murphy movie set


**ENTERTAINMENT**
Charlotte church says she's 'not a millionaire' anymore

Document title: Bringing the Lego 10282 Adidas Originals Superstar to life, Lifestyle News - AsiaOne
Capture URL: https://www.asiaone.com/lifestyle/bringing-lego-10282-adidas-originals-superstar-life
Capture timestamp (UTC): Thu, 25 Apr 2024 12:49:58 GMT

Page 8 of 12

Exhibit 21
Page 111 of 136



Zoe Tay looking forward to play 'weak' matriarch character with...

first album in 9 years, Luck and Strange

love with girls' her whole life

Charlotte church says she's 'not a millionaire' anymore

## LIFESTYLE

SEE MORE

LIFESTYLE
'I've reached my golden age': 81-year-old owner closes communit...

LIFESTYLE
One of the world's oldest pizzerias, with 150-year history, ope...

LIFESTYLE
Overcrowded Venice introduces first payment charge for tourists

LIFESTYLE
Creative or disgusting? Street hawker in China stir-fries durian with...

LIFESTYLE
I try Fann Wong's $75 Mother's Day-exclusive flourless chocolate...

LIFESTYLE
Singapore gets its own aurora borealis: 'Northern Lights'...

LIFESTYLE
'We're in trouble this month': Owner of turtle museum in Yishu...

LIFESTYLE
What to do this weekend (April 26 to 28)

LIFESTYLE
Young Russians dance to K-pop and watch anime amid Asian...

LIFESTYLE
Oishii! McDonald's to release new Yakiniku burger, will also be...

## DIGICULT

SEE MORE

DIGICULT
Gaming grandpa: This Malaysian man earns $1,700 a month...

DIGICULT
Cisco says hackers subverted its security devices to spy on...

WORLD
'We aren't going anywhere': TikTok CEO expects to defeat US...

DIGICULT
US commerce secretary downplays chip in advanced...

DIGICULT
What happens now that US TikTok bill has been passed?

ASIA
Deepfakes of Bollywood stars spark worries of AI meddlin...

DIGICULT
'Ideas have changed': Parents more welcoming of gaming as a...

DIGICULT
Adobe to bring full AI image generation to Photoshop this year

DIGICULT
Apple announces event on May 7, amid reports of launch of new iPads

DIGICULT
Australian PM calls X's fight against removal of church stabbing...

## MONEY

SEE MORE

MONEY
'Deluded or what?' 5-room HDB flat in Toa Payoh listed for $2m...

MONEY
China's largest auto show showcases all-electric future, loc...

MONEY
Japan's 7-Eleven convenience chain targets aggressive global...

MONEY
Tesla promises 'more affordable' cars after shelving all-new Mod...

MONEY
HDB resale prices up for 6th straight month - are million-dollar flat...

MONEY
Electric car sales to rise but affordability in focus, IEA says

MONEY
AI spending worries cast gloom over Alphabet, Microsoft

MONEY
At $1.41m, maisonette in Toh Yi Drive breaks estate and executiv...

MONEY
Huat ah! 4-room Bedok flat sells for a lucky $888,888, psf also $888

MONEY
Would you sell your home to retire on a cruise ship for $300k ...



MONEY
HDB resale prices up for 6th straight month - are million-dollar flat...

showcases all-electric future, loc...

chain targets aggressive global...

MONEY
Electric car sales to rise but affordability in focus, IEA says

MONEY
AI spending worries cast gloom over Alphabet, Microsoft

MONEY
At $1.41m, maisonette in Toh Yi Drive breaks estate and executiv...

MONEY
Huat ah! 4-room Bedok flat sells for a lucky $888,888, psf also $888

MONEY
Would you sell your home to retire on a cruise ship for $300k ...

## PROPERTY

SEE MORE

MONEY
Daughter of Chinese tycoon snaps up $84 million GCB in Bin Tong Park

MALAYSIA
Malaysia mulls over casino as part of plans to revive Forest City,...

MONEY
'Deluded or what?' 5-room HDB flat in Toa Payoh listed for $2m leaves...

MONEY
Forrest Li's wife buys Gallop Road GCB for $42.5m

SINGAPORE
'It's worth the price': 10 enquiries received for $2m Toa Payoh flat...

LIFESTYLE
Home reno: Built-ins you don't actually need

MONEY
At $1.41m, maisonette in Toh Yi Drive breaks estate and executiv...

MONEY
Huat ah! 4-room Bedok flat sells for a lucky $888,888, psf also $888

MONEY
Would you sell your home to retire on a cruise ship for $300k in...

MONEY
5 lesser-known condos with unique duplex units (from $2.08m)



Daughter of Chinese tycoon snaps up $84 million GCB in Bin Tong Park

MONEY
At $1.41m, maisonette in Toh Yi Drive breaks estate and executiv...

SINGAPORE
'It's worth the price': 10 enquiries received for $2m Toa Payoh flat...

MONEY
Huat ah! 4-room Bedok flat sells for a lucky $888,888, psf also $888

'Deluded or what?' 5-room HDB flat in Toa Payoh listed for $2m leaves...

MONEY
Would you sell your home to retire on a cruise ship for $300k in...

LIFESTYLE
Home reno: Built-ins you don't actually need

MONEY
5 lesser-known condos with unique duplex units (from $2.08m)

## LATEST

SEE MORE

WORLD
Daily roundup: Bright Vachirawit dating Thai singer Nene - and other top stories today

ASIA
Tech companies plug into India's smaller cities for talent

MALAYSIA
Malaysia ex-PM Mahathir facing anti-graft probe in a case involving his sons

WORLD
Criticism part of life at Manchester United, Fernandes says

WORLD
US Supreme Court weighs Trump's bid for immunity from prosecution

WORLD
More than 100 pilot whales stranded in Western Australia, experts say

WORLD
Russian programmers play 'cat and mouse' game to outsmart censors

CHINA
In China, Blinken urges fair treatment of American companies

ASIA
India sieves online deluge to stamp out disinformation in world's biggest election

## IN CASE YOU MISSED IT

MALAYSIA
2 Malaysian cops arrested again after allegedly extorting RM1,000 from another traveller at JB checkpoint

CHINA
3 African runners 'allowed Chinese athlete to finish first': China...

MALAYSIA
KL airport shooting: Police arrest suspect following manhunt

CHINA
Don't buy, can't leave: China tourists held captive in bedding...

WORLD
Man shot in Sydney mall after reports of stabbings, police say

CHINA
'Not happy, don't come to work': Boss in China gives staff 10 extra...

MALAYSIA
Celebrating Hari Raya in style: Some Malaysians paying up to...

MALAYSIA
Malaysian beauty queen loses crown after 'wild' holiday video...

SINGAPORE
Taiwan earthquake: Clothes of Singapore couple given to rescue...



Document title: Bringing the Lego 10282 Adidas Originals Superstar to life, Lifestyle News - AsiaOne
Capture URL: https://www.asiaone.com/lifestyle/bringing-lego-10282-adidas-originals-superstar-life
Capture timestamp (UTC): Thu, 25 Apr 2024 12:49:58 GMT