

PGA TOUR
OFFICIAL LICENSED APPAREL
SHOP NOW

| Zurich Classic of New Orleans TPC Louisiana | **T1** Thompson/ Novak | **-5** | **T1** Stevens/ Barjon | **-5** | **T3** Whaley/ Long | **-4** | **T3** Vegas/ Burgoon | **-4** | **T3** Yu/ Pan | **-4** | FULL LEADERBOARD › ▲ DELTA |
| | 1 -5 | | 1 -5 | | 1 -4 | | 1 -4 | | 1 -4 | |

☰   EQUIPMENT | APPAREL          **GolfDigest**          🔍   LOG IN

APPAREL

# Adidas has finally made a golf shoe version of the popular three-striped Superstar sneaker

Originating in basketball and made popular by Run-DMC, the Adidas Superstar shoe has made its way to golf

By Brittany Romano | August 13, 2020

   



THE ALL-NEW Qi10 MAX
TAYLORMADE SPEED + 10K FORGIVENESS
TaylorMade   UPGRADE TO 10K



MORE FROM GOLF DIGEST



EQUIPMENT
Adidas re-releases golf versions of the iconic Samba, Stan Smith and Superstar in limited-edition capsule

EQUIPMENT
Old meets new with adidas' MC80 golf shoe launch, inspired by 1980s footwear styles

EQUIPMENT
A look at the newest version of the Adidas Tour 360 golf shoe reimagined for 2024

EQUIPMENT
Nike has re-released the iconic 2013 Tiger Woods shoe, here's what's new

Document title: Adidas has finally made a golf shoe version of the popular three-striped Superstar sneaker | Golf Equipment: Clubs, Balls, Bags | Golf Digest
Capture URL: https://www.golfdigest.com/story/adidas-superstar-golf-shoe
Capture timestamp (UTC): Thu, 25 Apr 2024 14:41:32 GMT

Page 1 of 6

Exhibit 21
Page 116 of 136



☰  EQUIPMENT | APPAREL

# GolfDigest

SEARCH     LOG IN



Adidas Superstar Golf Shoe | BUY NOW: $130

**A**didas has released a Superstar golf shoe to celebrate the 50th anniversary of the classic leather sneaker, which was originally built for basketball but later became a streetwear staple. The simple white golf shoe features the iconic three-stripe Adidas tag in black and is adorned with gold-foiled details to honor the cross-generational sneaker. A first of its kind for the golf collection, the Adidas Superstar golf shoe **is available now in limited quantities.**

**Related: Adidas releases electric pink golf shoe as part of Olympic-inspired Tokyo Collection**
*All products featured on Golf Digest are independently selected by our editors. However, when you buy something through our retail links, we may earn an affiliate commission.*



---

**MORE FROM GOLF DIGEST**

EQUIPMENT
Adidas re-releases golf versions of the iconic Samba, Stan Smith and Superstar in limited-edition capsule

EQUIPMENT
Old meets new with adidas' MC80 golf shoe launch, inspired by 1980s footwear styles

EQUIPMENT
A look at the newest version of the Adidas Tour 360 golf shoe reimagined for 2024

EQUIPMENT
Nike has re-released the iconic 2013 Tiger Woods shoe, here's what's new

---

Document title: Adidas has finally made a golf shoe version of the popular three-striped Superstar sneaker | Golf Equipment: Clubs, Balls, Bags | Golf Digest
Capture URL: https://www.golfdigest.com/story/adidas-superstar-golf-shoe
Capture timestamp (UTC): Thu, 25 Apr 2024 14:41:32 GMT

Page 2 of 6

Exhibit 21
Page 117 of 136



Adidas Superstar Golf Shoe | BUY NOW: $130



**The golf version of the Adidas Superstar ($130)** is almost an exact replica of the original sneaker, albeit with on-course technology blended seamlessly into the design. It's made with a waterproof full-grain leather upper, the trademark three-striped design, rubber shell toe and the iconic gold foil "Superstar" lettering. Six cleats are integrated into the sole of the shoe, accompanied by a scattering of secondary lugs for performance-ready traction and stability.



The Adidas Superstar originally launched in the late 1960s and was put on the map when basketball star Kareem Adbul-Jabbar wore the leather kicks during the 1970-1971 season with the Milwaukee Bucks. Most basketball players wore canvas shoes at the time and Adidas saw a need to provide a more durable alternative with a reinforced toe to support rapid change in direction on the court.

MORE FROM GOLF DIGEST



EQUIPMENT
**Adidas re-releases golf versions of the iconic Samba, Stan Smith and Superstar in limited-edition capsule**

EQUIPMENT
**Old meets new with adidas' MC80 golf shoe launch, inspired by 1980s footwear styles**

EQUIPMENT
**A look at the newest version of the Adidas Tour 360 golf shoe reimagined for 2024**

EQUIPMENT
**Nike has re-released the iconic 2013 Tiger Woods shoe, here's what's new**



Document title: Adidas has finally made a golf shoe version of the popular three-striped Superstar sneaker | Golf Equipment: Clubs, Balls, Bags | Golf Digest
Capture URL: https://www.golfdigest.com/story/adidas-superstar-golf-shoe
Capture timestamp (UTC): Thu, 25 Apr 2024 14:41:32 GMT

Exhibit 21
Page 118 of 136




Adidas Superstar Golf Shoe | BUY NOW: $130

Hip Hop group Run-D.M.C cemented the shoe's style prominence off the court with the release of the song "My Adidas" in 1986. The group wore the shoe sans laces and often paired with Adidas tracksuits. Adidas penned a million-dollar deal with the group—an endorsement that was first of its kind between a musical group and a major corporation.

The simple leather shoe has since been a mainstay in the fashion world and has seen a resurgence in the last few years as sneakers remain at the top of the style charts. The golf version is expected to be a hit among nostalgic Adidas fans and fashion-forward golfers alike.



THE ALL-NEW
Qi10 MAX

TAYLORMADE
SPEED +
10K
FORGIVENESS

TaylorMade          UPGRADE TO 10K

MORE FROM GOLF DIGEST

EQUIPMENT
Adidas re-releases golf versions of the iconic Samba, Stan Smith and Superstar in limited-edition capsule

EQUIPMENT
Old meets new with adidas' MC80 golf shoe launch, inspired by 1980s footwear styles

EQUIPMENT
A look at the newest version of the Adidas Tour 360 golf shoe reimagined for 2024

EQUIPMENT
Nike has re-released the iconic 2013 Tiger Woods shoe, here's what's new

Document title: Adidas has finally made a golf shoe version of the popular three-striped Superstar sneaker | Golf Equipment: Clubs, Balls, Bags | Golf Digest
Capture URL: https://www.golfdigest.com/story/adidas-superstar-golf-shoe
Capture timestamp (UTC): Thu, 25 Apr 2024 14:41:32 GMT

Page 4 of 6

Exhibit 21
Page 119 of 136



☰    EQUIPMENT | APPAREL        **GolfDigest**                🔍    LOG IN



Adidas Superstar Golf Shoe | BUY NOW: $130

"The Superstar is a timeless piece of footwear that's recognized and worn by people all over the world," Adidas Golf global footwear direction Masun Denison said. "It's always stood for those that are eager to push boundaries as well as stand out from the crowd, and we wanted to bring that style and mentality to the course."

The Adidas Superstar Golf Shoe retails at $130 and is available at **adidas.com**, **Golf Galaxy** and **Zappos** .

Related: The Best Golf Shoes of 2020

SHARE STORY          

**MORE FROM GOLF DIGEST**

EQUIPMENT
Adidas re-releases golf versions of the iconic Samba, Stan Smith and Superstar in limited-edition capsule

EQUIPMENT
Old meets new with adidas' MC80 golf shoe launch, inspired by 1980s footwear styles

EQUIPMENT
A look at the newest version of the Adidas Tour 360 golf shoe reimagined for 2024

EQUIPMENT
Nike has re-released the iconic 2013 Tiger Woods shoe, here's what's new

**GolfDigest**

# THE HIT LIST

The best of Golf Digest delivered daily.

Email Address *

**SIGN UP**

Will be used in accordance with our **PRIVACY POLICY**

**Recommended for you**                    Recommended by Outbrain |>


**Here's Why You Should Stop Wasting Time...**
BeenVerified
Sponsored


**Urologist: Building Muscle After 60 Comes...**
alphahealthfindings.com



Document title: Adidas has finally made a golf shoe version of the popular three-striped Superstar sneaker | Golf Equipment: Clubs, Balls, Bags | Golf Digest
Capture URL: https://www.golfdigest.com/story/adidas-superstar-golf-shoe
Capture timestamp (UTC): Thu, 25 Apr 2024 14:41:32 GMT

Page 5 of 6

Exhibit 21
Page 120 of 136



SHARE STORY    



## THE HIT LIST

The best of Golf Digest delivered daily.

Email Address *

**SIGN UP**

Will be used in accordance with our **PRIVACY POLICY**

MORE FROM GOLF DIGEST



EQUIPMENT
Adidas re-releases golf versions of the iconic Samba, Stan Smith and Superstar in limited-edition capsule

EQUIPMENT
Old meets new with adidas' MC80 golf shoe launch, inspired by 1980s footwear styles

EQUIPMENT
A look at the newest version of the Adidas Tour 360 golf shoe reimagined for 2024

EQUIPMENT
Nike has re-released the iconic 2013 Tiger Woods shoe, here's what's new

### Recommended for you

Recommended by Outbrain|▷


Here's Why You Should Stop Wasting Time...
BeenVerified
Sponsored


Urologist: Building Muscle After 60 Comes...
alphahealthfindings.com
Sponsored


Costco Shoppers Say "This Works Magic On...
brunchesncrunches.com
Sponsored



Sponsored
New Wedge Hits Flush From Any Lie
Performance Golf

▮ TRENDING NOW



Document title: Adidas has finally made a golf shoe version of the popular three-striped Superstar sneaker | Golf Equipment: Clubs, Balls, Bags | Golf Digest
Capture URL: https://www.golfdigest.com/story/adidas-superstar-golf-shoe
Capture timestamp (UTC): Thu, 25 Apr 2024 14:41:32 GMT

Exhibit 21
Page 121 of 136



SHOP NOW    CONCEPT®

hypebae

FOLLOW

FASHION    FOOTWEAR    BEAUTY    SEX & DATING    ART & DESIGN    MUSIC    MORE    STORE

FASHION

Feb 6, 2018

🔥 4,421 Hypes

TEXT BY

**Tora Northman**

SHARE THIS ARTICLE

 Link

 Tweet

Share

✉ Email

··· More





Ssense



SHOP NOW    TIMBERLAND® CONSTRUCT 10061    CONCEPT®

# ADIDAS ORIGINALS' BURGUNDY TRACK PANTS ARE THE PERFECT RETRO STAPLE

**A timeless classic.**

The track suit trend is without a doubt here to stay, and adidas Originals just dropped the perfect burgundy pair. The pants bring back the retro aesthetic, keeping the silhouette minimal with only the brand's signature three-stripes contrasting on the sides. The timeless trousers works perfectly paired with a matching jacket and a pair of classic sneakers, and can be dressed up or down for any occasion.

Available at SSENSE, the pants retail at $70 USD. Check out more must-have adidas pieces here.

Adidas    Adidas Originals

---

Get to know you

Document title: adidas Originals Classic Burgundy Trackpants | Hypebae
Capture URL: https://hypebae.com/2018/2/adidas-originals-burgundy-track-suit-pants
Capture timestamp (UTC): Thu, 25 Apr 2024 13:17:20 GMT



FASHION
Feb 6, 2018
4,421 Hypes

TEXT BY
Tora Northman

SHARE THIS ARTICLE
Link
Tweet
Share
Email
More

Adidas | Adidas Originals

## Get to know you

WHAT IS YOUR AGE RANGE?
Please select your age group

WHAT GENDER DO YOU IDENTIFY AS?
Please select your gender

WHERE DO YOU LIVE?
Please select your country

WHAT IS YOUR ANNUAL INCOME?
Please select your annual income in U

Submit Votes

Submitted data will be used in accordance with our Privacy Policy. If you do not want us to sell your personal data, do not participate on the poll.

Advertisement

## Shop on HBX

Adidas Originals
SAMBA OG
Shop Now

Adidas Originals
SAMBA OG
Shop Now

Adidas Originals
Superstar Shoes
Shop Now

Adidas Originals
SAMBA OG
Shop Now

**0 Comments** 1 Login ▾

G Start the discussion...

LOG IN WITH
OR SIGN UP WITH DISQUS ?
Name

Share
Best Newest Oldest

Be the first to comment.

Subscribe Privacy Do Not Sell My Data



☰ **hypebae**          FASHION   FOOTWEAR   BEAUTY   SEX & DATING   ART & DESIGN   MUSIC   MORE   STORE          ☾ ⊙ ⚲

Be the first to comment.



🖂 Subscribe    🔒 Privacy    ⓘ Do Not Sell My Data



## What To Read Next



**FOOTWEAR**

### Sporty & Rich Teases New adidas SL72 Silhouette

Arriving in a "Sweden-inspired colorway," in tribute to founder Emily Oberg's Swedish roots.

By Navi Ahluwalia    Mar 11, 2024

🔥 2,801 Hypes



**FASHION**

### These Are the Best Period Pants To Buy Right Now

Leakproof designs made for those who menstruate.

By Navi Ahluwalia    Jan 25, 2024

🔥 1,924,589 Hypes



**FOOTWEAR**

### Pharrell's adidas Humanrace Samba Lands in Perfect Pink

Along with a "Green/Grey" colorway.

By Navi Ahluwalia    Oct 31, 2023



Document title: adidas Originals Classic Burgundy Trackpants | Hypebae
Capture URL: https://hypebae.com/2018/2/adidas-originals-burgundy-track-suit-pants
Capture timestamp (UTC): Thu, 25 Apr 2024 13:17:20 GMT

Page 3 of 4

Exhibit 21
Page 124 of 136

 

☰  **hypebae**          FASHION    FOOTWEAR    BEAUTY    SEX & DATING    ART & DESIGN    MUSIC    MORE    STORE          ☾  👤  🔍





## What To Read Next



**FOOTWEAR**

### Sporty & Rich Teases New adidas SL72 Silhouette

Arriving in a "Sweden-inspired colorway," in tribute to founder Emily Oberg's Swedish roots.

By Navi Ahluwalia · Mar 11, 2024

🔥 2,801 Hypes





**FASHION**

### These Are the Best Period Pants To Buy Right Now

Leakproof designs made for those who menstruate.

By Navi Ahluwalia · Jan 25, 2024

🔥 1,924,589 Hypes

**FOOTWEAR**

### Pharrell's adidas Humanrace Samba Lands in Perfect Pink

Along with a "Green/Grey" colorway.

By Navi Ahluwalia · Oct 31, 2023

🔥 2,501 Hypes

Document title: adidas Originals Classic Burgundy Trackpants | Hypebae
Capture URL: https://hypebae.com/2018/2/adidas-originals-burgundy-track-suit-pants
Capture timestamp (UTC): Thu, 25 Apr 2024 13:17:20 GMT



Re-route my subscription: Click here

BUSINESS FASHION FOCUS SOURCING JOURNAL SHOP SUBSCRIBE

FOCUS › ATHLETIC & OUTDOOR

MAR 14, 2017 3:01PM PT

# The Inside Scoop on How Adidas Became One of the Industry's Most Sought-After Brands

By Sheena Butler-Young

Adidas Group North America president Mark King.

CREDIT: COURTESY OF ADIDAS.

ADVERTISEMENT

## SHOP THE NEWS

WOMEN'S
From 'Star Wars' to 'Frozen,' the Best Disney Face Masks for Adults to Buy Now

HEALTH
11 Best-Selling Foot Peel Masks to Keep Your Feet Super Soft

WOMEN'S
14 Nail Polish Color Trends You're About to See Everywhere This Summer

SNEAKERS
The Best Dior Sneakers and Charms You Can Shop Now

Adidas AG has mastered the listening ear.

In a retail landscape defined by ubiquitous advertising messages and hit-and-miss omnichannel strategies, the spirited revival of the once-fledgling Germany-based brand has hinged on its ability to distinctly hear the voice of a grossly misunderstood consumer.

"**The biggest pivot we've made is to put the consumer first,**" explained president of Adidas Group North America Mark King in an exclusive interview with ***Footwear News***. "**We have been able to build an infrastructure around staying connected to the consumer, listening to the consumer and reacting with speed to the consumer and have built a brand that the consumer is excited about.**"

ADVERTISEMENT

Related

Elon Musk and Kanye West Twin in Orange With Yeezy Sneakers

Adidas Originals Tubular Doom Primeknit in gray.

Watch on FN

## WHAT WE'RE BUYING

Shop: Tabitha Simmons for Brock Collection at NYFW Spring 2019

Dick's Sporting Goods Sale Brings Major Savings on Adidas, Nike & More

30 of the Best Women's Sandals to Kick Off Spring 2019

ADVERTISEMENT

Document title: Adidas' Mark King on How the Brand Won Back American Consumers – Footwear News
Capture URL: https://footwearnews.com/2017/focus/athletic-outdoor/adidas-brand-sales-mark-king-north-america-327284/
Capture timestamp (UTC): Thu, 02 Jul 2020 20:03:12 GMT



**FN** ☰         BUSINESS   FASHION   FOCUS   SOURCING JOURNAL   SHOP          ⚡ SUBSCRIBE

Adidas Originals Tubular Doom Primeknit in gray.

Watch on FN

in 1995 on 8th Street at David Z.

In the current age, that's no small feat.

The e-commerce boom, hefty brick-and-mortar costs, consumer shifts to experiential spending and the uncertainty surrounding the presidential election last year have all been cited as factors sending fashion brands and retailers to the bankruptcy courts at an unprecedented rate.

The Sports Authority, City Sports, Bob's Stores, Sport Chalet, MC Sports and Luke's Locker are just some of the sporting goods firms disproportionately hit by retail's challenges: They all sought Chapter 11 protection over the past two years.

And, for what it's worth, many companies — fledgling or surviving — during the past few years have taken a stab and digital growth and product improvements. But few can boast the across-the-board growth numbers Adidas has produced.

In 2016, the company saw 30 percent sales gains in the highly volatile Americas region and double-digit growth in nearly every geographical region in which it operates. And looking ahead, the firm predicts more robust numbers. After announcing a record-breaking fourth-quarter and fiscal 2016,  last week Adidas significantly upped its profit outlook for the next three years.

Adidas Originals NMD.
CREDIT: COURTESY OF BRAND

"I don't think it's a secret — a lot companies talk about a lot of things because it's what's been proven or works for other successful companies," King said. "[But] the core of what we do is sport, and we're listening to what athletes want. And what do they want? They want collaborations with Pharrell [Williams], and they're excited about Kanye West. We really said we've got two opportunities here: one on the performance side and one on the style, and [we decided to] bring those together."

So when Adidas recruits athletes these days — James Harden, Kristaps Porzingis and Lionel Messi are among those to don the brand's signature three stripes — "we've got great performance products when they play their game and great style products when they're off the court, pitch or field," King said.

ADVERTISEMENT

PURDUE GLOBAL
Online IT Programs Created to Meet Employer Demands
LEARN MORE

FN WHERE DO YOU STAND
Get the Latest Issue
Only $19.99 for one year!
SUBSCRIBE NOW

ADVERTISEMENT
Capture more business with automated email marketing.
Try Email Free
Constant Contact

Beautifully designed email campaigns.
Try Email Free
Constant Contact

YUM YUM EVERYDAY DEALS
CLAIM YOUR YUM

**MUST READ STORIES**

BUSINESS
Facebook Ad Boycott: All the Footwear + Fashion Brands That Have Joined

BUSINESS
Buy Now, Wear Now Is Gaining Traction During the Pandemic

BUSINESS
Running Shoe Sales Grow 5 Weeks Straight — Here Are the Brands Leading the Way

Document title: Adidas' Mark King on How the Brand Won Back American Consumers – Footwear News
Capture URL: https://footwearnews.com/2017/focus/athletic-outdoor/adidas-brand-sales-mark-king-north-america-327284/
Capture timestamp (UTC): Thu, 02 Jul 2020 20:03:12 GMT

Page 2 of 4

Exhibit 21
Page 127 of 136



**James Harden's signature Adidas sneakers: Pioneer, Harden Vol. 1.**
CREDIT COURTESY OF ADIDAS

Coupling its sports-culture formula with a strategic plan to expand globally through its influence in major cities such as Los Angeles, New York, Paris and Tokyo, is setting the firm up to yield serious dividends.

And, with a blockbuster 2016 in the books, King shrugs off concerns about whether the brand can sustain its momentum.

"I felt a lot more pressure two years ago when nobody wanted to buy our stuff. I think you live for this moment to create something unique and special and drive that forward," he said. "We're very pleased with the progress, but we're not satisfied with where we are. We think we have a lot of runway to improve and get better and bigger."

**Want to read more articles like this one? SUBSCRIBE TO FN TODAY**

**LEAVE A COMMENT**

TAGS:   ADIDAS   KANYE WEST   MARK KING   PHARRELL WILLIAMS

Sponsored by Klarna

**The Way We Buy Now: Klarna's Insights Into the Future of Shopping**
The current retail landscape presents new challenges – and opportunities – for companies looking to connect with the latest evolution of consumers.

Learn More

WOMEN'S
**From 'Star Wars' to 'Frozen,' the Best Disney Face Masks for Adults to Buy Now**

## More From FN

30 of the Best Women's Sandals to Kick Off Spring 2019

Best Etsy Face Masks To Refresh Your Collection

9 Stylish Ugg Snow Boots to Buy Now

The Golf Shoes Worth Investing in. Whether You Play or Not

Shop: Tabitha Simmons for Brock Collection at NYFW Spring 2019

9 Shoe Styles for Steph & Ayesha Curry to Shop for Their New Baby

Document title: Adidas' Mark King on How the Brand Won Back American Consumers – Footwear News
Capture URL: https://footwearnews.com/2017/focus/athletic-outdoor/adidas-brand-sales-mark-king-north-america-327284/
Capture timestamp (UTC): Thu, 02 Jul 2020 20:03:12 GMT

Page 3 of 4

Exhibit 21
Page 128 of 136



Document title: Adidas' Mark King on How the Brand Won Back American Consumers – Footwear News
Capture URL: https://footwearnews.com/2017/focus/athletic-outdoor/adidas-brand-sales-mark-king-north-america-327284/
Capture timestamp (UTC): Thu, 02 Jul 2020 20:03:12 GMT

Page 4 of 4

Exhibit 21
Page 129 of 136

    

GLAMOUR

Style    Beauty    Entertainment    Wellness    Culture    Video    Women of the Year

Sign In    |    Newsletter

**Fashion News**

# Alexander Wang Announced a Major Collab With Adidas at Fashion Week

Our athleisure dreams are coming true.

**By Erin Reimel**

September 11, 2016



FilmMagic

Fashion and function have found a harmonious medium in the athleisure that's *everywhere* right now. And one of our favorite athleisure designers just so happens to have just announced a major collaboration with an iconic sportswear brand. Talk about perfection.

After Alexander Wang's spring-summer 2017 runway show on Saturday, guests were given a sneak peek at an 84-piece collection with Adidas that rumors had been flying around about for quite some time (Wang had another athleisure line with H&M just two years ago). Just as the show ended, a short film popped up on the screen introducing the capsule before models headed down the runway.

Wang's line includes T-shirts, sweatshirts, and hoodies with an upside-down graphic appliqué, and a group of tricots and shorts with a monogram print with an inside-out stitching of Adidas' iconic three stripes. There's also three shoe styles.

Check out some of the looks:



NEW YORK, NY - SEPTEMBER 10: Alexander Wang walks the runway at Alexander Wang show during New York Fashion Week at St. Bartholomew's Church on September 10, 2016 in New York City. (Photo by Antonio de Moraes Barros Filho/FilmMagic)    FilmMagic



WATCH



This is Your C-Section in 2 Minutes

More Glamour Videos →



**Most Popular**


**Beauty**
The Coolest Shag Haircuts You'll Want to Copy
By Bella Cacciatore


**Entertainment**
The Reaction to the Dixie Chicks' Name Change Is Telling
By Laura E. Adkins


**Entertainment**
This Clip of Viola Davis

---

Document title: Alexander Wang Announced a Major Collab With Adidas at Fashion Week | Glamour
Capture URL: https://www.glamour.com/story/alexander-wang-announced-a-major-collab-with-adidas-at-fashion-week
Capture timestamp (UTC): Thu, 02 Jul 2020 20:06:29 GMT



GLAMOUR

Style  Beauty  Entertainment  Wellness  Culture  Video  Women of the Year

Sign In | Newsletter



NEW YORK FASHION WEEK   @DAN AND CORINA LECCA



@DAN & CORINA LECCA

WATCH



This is Your C-Section in 2 Minutes

More Glamour Videos →


PURDUE UNIVERSITY
GLOBAL
Online Business Degrees Designed to Fit Your Budget
LEARN MORE

## Most Popular


**Beauty**
The Coolest Shag Haircuts You'll Want to Copy
By Bella Cacciatore


**Entertainment**
The Reaction to the Dixie Chicks' Name Change Is Telling
By Laura E. Adkins


**Entertainment**
This Clip of Viola Davis Talking About How She's Called a 'Black...
By Abby Gardner

SEAT ALEXANDER WANG NEW YORK FASHION WEEK

Document title: Alexander Wang Announced a Major Collab With Adidas at Fashion Week | Glamour
Capture URL: https://www.glamour.com/story/alexander-wang-announced-a-major-collab-with-adidas-at-fashion-week
Capture timestamp (UTC): Thu, 02 Jul 2020 20:06:29 GMT

Page 2 of 5

Exhibit 21
Page 131 of 136



GLAMOUR    Style  Beauty  Entertainment  Wellness  Culture  Video  Women of the Year        Sign In | Newsletter



SS17 ALEXANDER WANG NEW YORK FASHION WEEK    @DAN & CORINA LECCA



SS17 ALEXANDER WANG NEW YORK FASHION WEEK    @DAN & CORINA LECCA



SS17 ALEXANDER WANG NEW YORK FASHION WEEK    @DAN & CORINA LECCA

There were three pop-up shop locations in NYC today selling pieces from the collab, and there will be pop-ups in London and Tokyo on September 17. For the rest of the world, the collection will be available this spring—exact date TBA.



For a look at the best ways to nail the athleisure trend, check out our top Dos and Don'ts.

Topics    athleisure    alexander wang    adidas    collab    Fashion week

## Glamour Shopping

A weekly guide to everything you should add to cart, but haven't yet.

[                              ]    Sign Up

WATCH



This is Your C-Section in 2 Minutes

More Glamour Videos →



PURDUE
GLOBAL

Online Business
Degrees Designed to Fit
Your Budget

LEARN MORE

### Most Popular



Beauty

The Coolest Shag Haircuts You'll Want to Copy

By Bella Cacciatore



Entertainment

The Reaction to the Dixie Chicks' Name Change Is Telling

By Laura E. Adkins

Entertainment

This Clip of Viola Davis Talking About How She's Called a 'Black...

By Abby Gardner

Document title: Alexander Wang Announced a Major Collab With Adidas at Fashion Week | Glamour
Capture URL: https://www.glamour.com/story/alexander-wang-announced-a-major-collab-with-adidas-at-fashion-week
Capture timestamp (UTC): Thu, 02 Jul 2020 20:06:29 GMT

Page 3 of 5

Exhibit 21
Page 132 of 136

≡  GLAMOUR    Style  Beauty  Entertainment  Wellness  Culture  Video  Women of the Year    Sign In  |  Newsletter  🔍

[ Sign Up ]

Sponsored Stories

POWERED BY Outbrain



WIKIBUY
**Before you renew Amazon Prime, read this**



CITYBEAUTY.COM
**How To: Reduce Sagging Jowls (Do This)**



INVESTING.COM
**Lucille Ball's Great-Granddaughter is All Grown Up and Looks Just Like Her!**



ICE POP
**45 Fashion Mistakes That Make You Look Older**



INNERSKINRESEARCH.COM
**Doctor: Doing This Every Morning Can Snap Back Sagging Skin (No Creams Needed)**



NERDWALLET
**Top 6 Cards If You Have Excellent Credit**

## Read More



Style
**The 23 Best Clothing Sales to Shop This Fourth of July**

By Talia Abbas



Shopping
**LGBTQ+ Brands to Shop During Pride Month and Beyond**

By Erin Parker

**ZARA**
Style
**More Than 4,300 Stores Will Permanently Close in 2020**

By Whitney Perry



Style
**These 10 Brands Are Giving Back to the LGBTQ+ Community**

By Talia Abbas

    adidas    SHOP NOW → 

MORE FROM GLAMOUR    SEE MORE STORIES

Document title: Alexander Wang Announced a Major Collab With Adidas at Fashion Week | Glamour
Capture URL: https://www.glamour.com/story/alexander-wang-announced-a-major-collab-with-adidas-at-fashion-week
Capture timestamp (UTC): Thu, 02 Jul 2020 20:06:29 GMT

Page 4 of 5

Exhibit 21
Page 133 of 136



Style   Beauty   Entertainment   Wellness   Culture   Video   Women of the Year

Sign in   |   Newsletter





WIKIBUY
Before you renew Amazon Prime, read this

CITYBEAUTY.COM
How To: Reduce Sagging Jowls (Do This)

INVESTING.COM
Lucille Ball's Great-Granddaughter is All Grown Up and Looks Just Like Her!







ICE POP
45 Fashion Mistakes That Make You Look Older

INNERSKINRESEARCH.COM
Doctor: Doing This Every Morning Can Snap Back Sagging Skin (No Creams Needed)

NERDWALLET
Top 6 Cards If You Have Excellent Credit

## Read More



Style
**The 23 Best Clothing Sales to Shop This Fourth of July**

By Talia Abbas



Shopping
**LGBTQ+ Brands to Shop During Pride Month and Beyond**

By Erin Parker



Style
**More Than 4,300 Stores Will Permanently Close in 2020**

By Whitney Perry



Style
**These 10 Brands Are Giving Back to the LGBTQ+ Community**

By Talia Abbas

   

SHOP NOW →



GLAMOUR

Authentic, Accessible, Relevant

MORE FROM GLAMOUR
About Glamour
Reprints/Permissions
Newsletter Signup
Masthead
Glamour Media Kit

SEE MORE STORIES
Fashion
Beauty
Wellness
News & Culture
Sex & Relationships

Site Map   |   RSS Feeds   |   Accessibility Help   |   Condé Nast Store   |   Contact Glamour   |   Condé Nast Spotlight

© 2020 Condé Nast. All rights reserved. Use of this site constitutes acceptance of our User Agreement (updated 1/1/20) and Privacy Policy and Cookie Statement (updated 1/1/20) and Your California Privacy Rights. Cookies Settings. Glamour may earn a portion of sales from products that are purchased through our site as part of our Affiliate Partnerships with retailers. The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of Condé Nast. Ad Choices

Document title: Alexander Wang Announced a Major Collab With Adidas at Fashion Week | Glamour
Capture URL: https://www.glamour.com/story/alexander-wang-announced-a-major-collab-with-adidas-at-fashion-week
Capture timestamp (UTC): Thu, 02 Jul 2020 20:06:29 GMT

Page 5 of 5

Exhibit 21
Page 134 of 136



Document title: Three Brands That Won At The World Cup
Capture URL: https://www.forbes.com/sites/robschwartz/2014/07/13/three-brands-who-won-at-the-world-cup/#2886f81533de
Capture timestamp (UTC): Thu, 02 Jul 2020 20:15:01 GMT

Page 1 of 14

Exhibit 21
Page 135 of 136



Forbes Billionaires Innovation Leadership Money Business Small Business Lifestyle Lists Advisor Featured Breaking More

PROMOTED

UNICEF USA BRANDVOICE | Paid Program
Protecting Yemen's Children From COVID-19

Civic Nation BRANDVOICE | Paid Program
This Pandemic Does Not Define You

Grads of Life BRANDVOICE | Paid Program
5 Key Takeaways From HBS Seminar On The Future Of Work

McDonald's won in three areas: on the field, online and at the restaurant.

On the field, before every single match, McDonald's Player Escort program was in full swing as players walked on the field hand-in-hand with a kid all suited up in gold and red branded kit. This year there was a nod to Ronald McDonald House charities as the kids wore red and white striped socks. Great awareness.

Online, McDonald's scored with two pieces of content. Their charming "Trick-shot" film was a web-pleaser with over 6 million views. In addition, McDonald's created some tasty web-snacking with their fun and timely French fry re-creations of plays from the different matches.

At the store level, McDonald's rolled out FIFA-inspired packaging that featured 12 different designs from different artists. Even a fun little Augmented Reality app let you join in on the futbol-trick-shot fun.

**Summing It Up**

Futbol is a difficult pitch – in every sense of the word. First, brands need to find a way to be relevant. For adidas, it's seamless. But give VW credit for connecting the language of the game, "Goooooal" with the name of their product, "Gooooolf." And give McDonald's a nod for connecting the joy of the game with the joy that's baked into their brand.

There's another challenge, too. The televised match has almost no commercial-breaks for advertisers to showcase their message with a spot. So it's incumbent upon marketers to think beyond TV to the pitch itself -- like adidas did. To the goals and replays like VW. And to social, web and your own real estate in the case of McDonald's.

Well, there you have it. Three winners. And more than enough time to think up how your brand will win four years from now at the 2018 World Cup in Russia.

**Rob Schwartz**
Follow

I am the chief executive officer at TBWACHIATDAY, New York. When I'm not blogging about award-winning advertising on my blog, "Metal Potential," I'm doing my best to... **Read More**

Print Site Feedback Tips Corrections Reprints & Permissions Terms Privacy
© 2020 Forbes Media LLC. All Rights Reserved. AdChoices

ADVERTISEMENT

**RELATED TOPICS**

01. TOP 5 MATTRESSES OF 2020
02. TOP 5 STOCKS TO BUY NOW
03. TOP 5 MEDICARE PLANS
04. TOP 3 BIPOLAR SYMPTOMS
05. BEST MOISTURIZERS FOR AGING SKIN
06. BEST RATED MEDICARE PLANS

**SEE ALSO**