

## Adidas Launches Campaign for Equal Media Representation in Sport

The new short-film series is part of the "She Breaks Barriers" campaign and features inspiring stories from female athletes.

 By **JORDAN SMITH**  MAR 12, 2019



- Adidas launched the second part of the "She Breaks Barriers" campaign with the release of a series of short films.
- The goal of the campaign is to promote visibility of women in sport and to inspire young female athletes.
- The film series features athletes Rahaf Khatib, Keni Harrison, Becky Sauerbrunn, and Layshia Clarendon, and ESPN host Maria Taylor.

International Women's Day was March 8, but Adidas wants push for women's equality and visibility in sports beyond one day with its recently launched "She Breaks Barriers" campaign.

Adidas began the campaign in December, and the brand released a new set of videos on Friday featuring four athletes—international marathon runner Rahaf Khatib, world-class hurdler Keni Harrison, soccer player and Olympic gold medalist Becky Sauerbrunn, and WNBA player Layshia Clarendon—along with ESPN host Maria Taylor. The goal of the series is to showcase how these individuals overcame challenges and setbacks and now hope to show young women they deserve as much of a platform as men get.





Becky Sauerbrunn, and WNBA player Layshia Clarendon—along with ESPN host Maria Taylor. The goal of the series is to showcase how these individuals overcame challenges and setbacks and now hope to show young women they deserve as much of a platform as men get.

**RELATED STORY**



Why Races Should Stock Tampons at Aid Stations

In the main video that showcases the series (shown below), female athletes of different sports and ages spread one clear message—give women in sport more visibility in the media so that young girls can see they are unstoppable.

"If girls don't see women in sport, they won't stay in sport," is the message heard in the clip. "They won't learn that we can call the shots, that we are stronger together."

**MORE FROM RUNNER'S WORLD**
2019 NXN Recap







Women only receive 4 percent of sports media coverage according to Twin Cities Public Television's documentary "Media Coverage and Female Athletes," and Adidas has set out to change that, according to a release detailing the campaign.

"No words can describe what an honor it is to be included in the Adidas campaign." Khatib told *Runner's World*. "It's something I'm proud of as a mom of three, wife, middle-of-the-pack runner, and advocate for healthy living and interfaith."

*[Let Runcoach unleash your full potential with personalized training, expert coaching, and proven results.]*

Khatib is open about her journey in the campaign, as well as on her Instagram account and her Run Like a Hijabi blog, which has helped her create a space where she and other Muslim women can share their stories. Khatib is also working with Adidas to create the Sports Hijab (to be released in 2020) and said that is a dream come true.







come true.

runlikeahijabi
Chicago, Illinois
View Profile

View More on Instagram

468 likes

runlikeahijabi

Throwback Thursday to that time I finally got to see my name on the #sixstarfinisher's wall at the @chimarathon expo😊 Set your mind on a goal, one that sets your soul on fire and brings a sparkle to your face. Here's to more sparkle for 2019 inshallah, all dedicated to my Baba.❤️#Run #abbottworldmarathonmajors #wherechampionsrun #fitmom #hijabi @adidaswomen #abottwmm #heretocreate #shemovesmountains

view all 8 comments

Add a comment...

"To be open about my story helped me create a platform for social change in the marathon/running field. Running changed my life for the better," Khatib said.

Beginning in April 2019, Adidas will partner with Twitter to feature women's high school volleyball and soccer teams from across the country. All games will be livestreamed on the new Adidas Twitter account, @3StripeLive.

"As part of our continued efforts to increase visibility for women and girls in sport, we have committed to ensuring that we will have equal gender representation across our owned social channels," Nicole Vollebregt, senior vice president of global purpose for Adidas said in a release. "This is the first step in changing how we will approach content creation in the future."

JORDAN SMITH Digital Editor
Her love of all things outdoors came from growing up in the Black Hills of South Dakota, and her passion for running was sparked by local elementary school cross-country meets.

Conversation (1)

Sort by Best Log In

Add a comment...





Sort by Best Log In

Add a comment...

**Guest981243** · 14 Mar

Khatib was bashing on Adidas a few months ago and complaining how they had Kylie as a *lifestyle* ambassador. I see she's removed those posts now ;)

Reply · Share · Report

Spot.IM's Privacy Policy Spot.IM's Terms · Powered by Spot.IM

CREATED BY RUNNERSWORLD FOR

asics

# 5 Times Every Runner Needs a Momentum Boost—And How to Generate One

In a sport of peaks and valleys, sometimes you need a little extra oomph. Here's how to get Uncle Mo' on your side.

BY EMILY ABBATE

"One foot in front of the other." "Mind over matter." "Keep showing up." Many a mantra has been coined to help remind runners focus on the basics. But whether you're a total newbie or a veteran, you've undoubtedly had days when the simple act of moving forward feels anything but.

click for more...

Document title: Adidas Women in Sport | She Breaks Barriers
Capture URL: https://www.runnersworld.com/news/a26786261/adidas-she-breaks-barriers/
Capture timestamp (UTC): Thu, 12 Dec 2019 18:43:02 GMT                                                Page 5 of 5

Exhibit 22
Page 5 of 5