NEWS 

Back | Home > Originals

# CHANGE IS A TEAM SPORT

26-JAN-2020



- Change Is a Team Sport celebrates Superstar's legacy at the forefront of culture
- Change Is a Team Sport is kicked off with a film directed by Jonah Hill
- The film features a cast of adidas' family of creators and change makers

Since its inception, adidas' iconic Superstar shoe has stood for those who aren't afraid to stand for something. Throughout its existence the instantly recognizable silhouette has graced the feet of teams and crews at the forefront of culture worldwide. Having changed the game on the court 50 years ago, today the sneaker is made for game-changers off of it. Celebrating five decades of culture makers, boundary pushers, and limit breakers, adidas Originals launches Change Is a Team Sport.

Staying true to Superstar's unmatched legacy at the forefront of culture and worn on the feet of teams and crews over time, throughout 2020 adidas Originals will use the power of teamwork to create and inspire positive change in local communities across the globe.

**DOWNLOAD MEDIA**
ADD ALL TO CART   DOWNLOAD ALL

 
 
 



Document title: Change Is a Team Sport
Capture URL: https://news.adidas.com/originals/change-is-a-team-sport/s/701e60ee-3141-421c-a7f5-a3b3477b3631#:~:text=Change%20Is%20a%20Team%20Sport…
Capture timestamp (UTC): Wed, 24 Apr 2024 21:45:38 GMT
Page 1 of 3

Exhibit 23
Page 1 of 3


NEWS






Bringing together game-changers from across the worlds of music, fashion, sport and art, adidas Originals shows that change doesn't happen alone. Change Is a Team Sport kicks off with a film directed by and starring Jonah Hill, featuring a cast of adidas' family of creators. The film follows skater Jenn Soto as she makes her way through a facility where creators from different crafts and generations come together to work for change. Meeting an array of different creators along the way, all decked out in black tracksuits and Superstars, Soto's trip through the facility underscores the fact that it's teamwork that drives meaningful change.

**PRESS RELEASE**

EN   adidas Originals Launches Change Is A Sport

**RELATED LINKS**

CAMPAIGN VIDEO

ADIDAS.COM/SUPERSTAR

**RELATED PRODUCT**

SUPERSTAR

**RELATED COLLABORATORS**

NINJA

PAUL POGBA



Speaking on the process behind directing the film, Hill explains his desire to shine a light on the full landscape of creative expression:

" THERE'S NO KNOWLEDGE WITHOUT THE OLDER GENERATION WHO DID IT FIRST. AND THERE'S NO CHANGE OR PROGRESSION WITHOUT THE NEW GENERATION. SO IF THOSE TWO GENERATIONS COME TOGETHER, I FEEL LIKE THAT CREATES THE ATOMIC CHARGE FOR GREAT ART AND GREAT CREATIVITY."

Jonah Hill



Speaking on the process behind directing the film, Hill explains his desire to shine a light on the full landscape of creative expression:

> "THERE'S NO KNOWLEDGE WITHOUT THE OLDER GENERATION WHO DID IT FIRST. AND THERE'S NO CHANGE OR PROGRESSION WITHOUT THE NEW GENERATION. SO IF THOSE TWO GENERATIONS COME TOGETHER, I FEEL LIKE THAT CREATES THE ATOMIC CHARGE FOR GREAT ART AND GREAT CREATIVITY."
>
> Jonah Hill

"Change Is a Team Sport celebrates the idea that when creators join together, we can drive and inspire change," says Torben Schumacher, General Manager adidas Originals & Style Global Brand. "Much like the way the adidas Superstar has been the shoe for game- changing creators and teams for 50 years and counting, we've looked to our adidas family to inspire the next generation and create a new legacy for one of the most iconic shoes of all time."

Starring Ninja, Kerwin Frost, Blackpink, Pharrell Williams, Yara Shahidi, Anitta, Jenn Soto, Mariah Duran, Mark Gonzales, Blondey, Tyshawn Jones, Liz Cambage, Pogba, Nigo, Jackson Wang, Chris Severn, Mette Towley, Tracy McGrady, Anna Isoniemi, and Jonah Hill, the film brings one undeniable message to life: Change Is a Team Sport.

adidas Originals: Change Is a Team Sport was produced by adidas Originals' global agency of record Johannes Leonardo.

#ChangeIsATeamSport



Document title: Change Is a Team Sport
Capture URL: https://news.adidas.com/originals/change-is-a-team-sport/s/701e60ee-3141-421c-a7f5-a3b3477b3631#:~:text=Change%20Is%20a%20Team%20Sport…
Capture timestamp (UTC): Wed, 24 Apr 2024 21:45:38 GMT
Page 3 of 3

Exhibit 23
Page 3 of 3