

NEWS

Back  |  Home  >  Originals

# IMPOSSIBLE IS NOTHING: INSPIRING THE WORLD TO SEE POSSIBILITIES

19-APR-2021



Today, we are introducing the evolution of our long-standing brand attitude Impossible Is Nothing. SEEING POSSIBILITIES - as told in bold, human films - is about rebellious optimism, rooted in the purpose from adidas in the power of sports to change lives.

Told in the documentary style of home footage, the series provides a previously unseen side to some of the most documented individuals in the world, enabled via a powerful narrative delivered by friends or fellow athletes, and animated via resurfaced footage from the archives.

To us, Impossible is Nothing is a way of seeing the world for what it can be, not as it is. It is an attitude shared by our community and partners. Lifting the curtain on how powerful it can be, we are launching our most ambitious content series to date.

Featuring previously unseen intimate moments, it follows stories in sport and culture, showing how optimism and action has shaped their lives. Exploring the future they imagined for themselves and making it a reality, the series celebrates the trailblazers that have made history on a global stage. More importantly, it aims to inspire others, empowering them by this collection of very human stories as a powerful demonstration of what optimism can achieve.

**DOWNLOAD MEDIA**
ADD ALL TO CART    DOWNLOAD ALL

 
 
 

Document title: IMPOSSIBLE IS NOTHING: INSPIRING THE WORLD TO SEE POSSIBILITIES
Capture URL: https://news.adidas.com/originals/impossible-is-nothing--inspiring-the-world-to-see-possibilities/s/5c0b61c7-d20e-4127-a721-2861a88031c3
Capture timestamp (UTC): Wed, 24 Apr 2024 22:00:05 GMT                          Page 1 of 4

Exhibit 24
Page 1 of 4



NEWS

empowering them by this collection of very human stories as a powerful demonstration of what optimism can achieve.

 



**RELATED PURPOSE**

PEOPLE

**RELATED COLLABORATORS**

NINJA

PAUL POGBA

DAMIAN LILLARD

**Beyoncé** saw the possibilities of inviting all of us to find our voice. To use her platform as a stage to celebrate our differences with all people. Siya Kolisi, the first Black captain of the South African Rugby team, saw the possibilities to lead his nation to victory at the 2019 World Cup, securing a win that stretched beyond the rugby pitch of Japan and touched the lives - and hearts - of all fellow South Africans. Tifanny Abreu, the first trans woman to play in the Brazilian Volleyball Superliga, saw possibilities to return to the court after five years away, and more importantly to inspire us all to embrace our own identities and live out who we are with courage and authenticity.



"Impossible is Nothing is more than a campaign – it's our attitude. Seeing possibilities with optimism is key to



NEWS

"Impossible is Nothing is more than a campaign – it's our attitude. Seeing possibilities with optimism is key to achieving our purpose of changing lives through the power of sport. This attitude is what inspires us every day and is pushing us to build the future. Seeing possibilities is for everyone who wants to create a better tomorrow for all people." Brian Grevy, Executive Board Member, Global Brands.

Demonstrating how this attitude lives within our own DNA, several of the films explore what this means for innovative design - reimagining what a world-record beating distance shoe could be with the adizero Adios Pro, or how to help end plastic waste in collaboration with Parley's CEO Cyrill Gutsch.



With our purpose and attitude at its heart, we recently unveiled plans against our three strategic focuses to creating a better future for sport through sustainability, credibility and inclusivity.

Building a more sustainable future, with a commitment that by 2024 we will have phased out virgin polyester and only use recycled polyester in all products across the business. Uniting and including all people in sport, which includes extending adidas' UEFA contract into Women's EUROs and Champions League. Pushing for innovations that have never been done before and then going further, including launching the potential of 3D printed midsoles with 4D4WD and the upcoming products in collaboration with Allbirds.

The episodic content series kicks off April 19th, with new stories dropping throughout Spring into Summer. See more possibilities @adidas and on adidas.com/ImpossibleIsNothing throughout 2021 and beyond

**SIGN UP & PERSONALIZE YOUR NEWS ALERTS**

EMAIL ADDRESS    SUBMIT

Document title: IMPOSSIBLE IS NOTHING: INSPIRING THE WORLD TO SEE POSSIBILITIES
Capture URL: https://news.adidas.com/originals/impossible-is-nothing--inspiring-the-world-to-see-possibilities/s/5c0b61c7-d20e-4127-a721-2861a88031c3
Capture timestamp (UTC): Wed, 24 Apr 2024 22:00:05 GMT                                   Page 3 of 4

Exhibit 24
Page 3 of 4

 NEWS  

day and is pushing us to build the future. Seeing possibilities is for everyone who wants to create a better tomorrow for all people." Brian Grevy, Executive Board Member, Global Brands.

Demonstrating how this attitude lives within our own DNA, several of the films explore what this means for innovative design - reimagining what a world-record beating distance shoe could be with the adizero Adios Pro, or how to help end plastic waste in collaboration with Parley's CEO Cyrill Gutsch.



With our purpose and attitude at its heart, we recently unveiled plans against our three strategic focuses to creating a better future for sport through sustainability, credibility and inclusivity.

Building a more sustainable future, with a commitment that by 2024 we will have phased out virgin polyester and only use recycled polyester in all products across the business. Uniting and including all people in sport, which includes extending adidas' UEFA contract into Women's EUROs and Champions League. Pushing for innovations that have never been done before and then going further, including launching the potential of 3D printed midsoles with 4D4WD and the upcoming products in collaboration with Allbirds.

The episodic content series kicks off April 19th, with new stories dropping throughout Spring into Summer. See more possibilities @adidas and on adidas.com/ImpossibleIsNothing throughout 2021 and beyond



Document title: IMPOSSIBLE IS NOTHING: INSPIRING THE WORLD TO SEE POSSIBILITIES
Capture URL: https://news.adidas.com/originals/impossible-is-nothing--inspiring-the-world-to-see-possibilities/s/5c0b61c7-d20e-4127-a721-2861a88031c3
Capture timestamp (UTC): Wed, 24 Apr 2024 22:00:05 GMT
Page 4 of 4

Exhibit 24
Page 4 of 4