

NEWS

Back | Home > Football

# WHEN FOOTBALL IS EVERYTHING, IMPOSSIBLE IS NOTHING: ADIDAS FIFA WORLD CUP 2022™ CAMPAIGN

14-NOV-2022  /  HERZOGENAURACH



With the FIFA World Cup Qatar 2022™ on the horizon, today adidas launches the latest chapter of its Impossible Is Nothing campaign, celebrating how the joy of football unifies players and fans across the world.

The month-long campaign kicks off with **The Family Reunion** film, which sees icons Lionel Messi, Karim Benzema, Achraf Hakimi, Son Heung-Min, Jude Bellingham, Pedro 'Pedri' González López, Serge Gnabry and Stormzy come together for a reunion like no other.

Rooted in football culture, World Cup nostalgia and tournament preparations, the world's best players alongside mega football fan Stormzy, showcase their individual rituals and remind fans why the essence of this tournament is so special. With each scene filled with memorable moments, players and places, the film builds anticipation for the endless possibilities of the month ahead and is inspired by the attitude that when football is everything, Impossible is Nothing.

**DOWNLOAD MEDIA**
ADD ALL TO CART    DOWNLOAD ALL

 
 
 



Document title: When Football is Everything, Impossible is Nothing: adidas FIFA World Cup 2022™ campaign
Capture URL: https://news.adidas.com/football/when-football-is-everything--impossible-is-nothing--adidas-fifa-world-cup-2022--campaign/s/8c0ae23c-8fd5-4b74-a0d2-…
Capture timestamp (UTC): Wed, 24 Apr 2024 22:19:06 GMT
Page 1 of 2

Exhibit 25
Page 1 of 2



NEWS

together for a reunion like no other.

Rooted in football culture, World Cup nostalgia and tournament preparations, the world's best players alongside mega football fan Stormzy, showcase their individual rituals and remind fans why the essence of this tournament is so special. With each scene filled with memorable moments, players and places, the film builds anticipation for the endless possibilities of the month ahead and is inspired by the attitude that when football is everything, Impossible is Nothing.








**PRESS RELEASE**

EN    adidas Icons Come Together in a One-of-a-Kind 'Family Reunion' to Show That When Football is Everything, Impossible is N

**RELATED LINK**

FIFA WORLD CUP™ 2022 | FAMILY REUNION



**Florian Alt, VP Global Brand Comms at adidas**, speaks on The Family Reunion: *"There is a rare moment, once every couple of years, at the beginning of the World Cup when it truly feels like impossible is nothing. A time when players and fans come together united by the belief that they will bring the trophy home."*

*"During the next month we'll see new players break on to the scene, an underdog beat the odds, unbelievable goals and widespread celebrations taking place across the globe. It's precisely that spirit that our campaign hopes to inspire in fans around the world."*

With a full month of unmissable moments undoubtedly ahead, adidas will continue to celebrate its global football family throughout the tournament with iconic player moments, global social media activations and the creation of the 'Al Rihla Arena' - an official adidas fan zone on-the-ground in Qatar. The immersive experience will give fans the opportunity to watch every game live, test their skills on the specially designed pitch, be in with a chance of meeting their favorite football legends and capture a range of content through augmented reality.





Document title: When Football is Everything, Impossible is Nothing: adidas FIFA World Cup 2022™ campaign
Capture URL: https://news.adidas.com/football/when-football-is-everything--impossible-is-nothing--adidas-fifa-world-cup-2022--campaign/s/8c0ae23c-8fd5-4b74-a0d2-…
Capture timestamp (UTC): Wed, 24 Apr 2024 22:19:06 GMT                                                                                Page 2 of 2

Exhibit 25
Page 2 of 2