Stephen M. Feldman, Bar No. 932674
SFeldman@perkinscoie.com
Sarah J. Crooks, OSB No. 971512
SCrooks@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

R. Charles Henn Jr. (*pro hac vice* to be filed)
chenn@ktslaw.com
Charles H. Hooker III (*pro hac vice* to be filed)
chooker@ktslaw.com
Bethany R. Nelson (*pro hac vice* to be filed)
brnelson@ktslaw.com
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309
Telephone: 404.815.6500
Facsimile: 404.815.6555

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **ADIDAS AMERICA, INC.**, an Oregon corporation; and **ADIDAS AG**, a foreign entity,<br><br>Plaintiffs,<br><br>v.<br><br>**AVIATOR NATION, INC.**, a California corporation; and **PAIGE MYCOSKIE**, a resident of Texas,<br><br>Defendants. | Case No. 3:24-cv-740<br><br>**PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT**<br><br>PURSUANT TO FED. R. CIV. P. 7.1 |

1-   PLAINTIFFS' CORPORATE
     DISCLOSURE STATEMENT

021184.0138\167195120.1

Perkins Coie LLP
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone:  +1.503.727.2000
Fax:  +1.503.727.2222

Pursuant to Fed. R. Civ. P. 7.1, counsel for plaintiffs provides the following statement:

Plaintiff adidas America, Inc. is wholly owned by adidas North America, Inc., which is a non-public Delaware corporation.

adidas North America, Inc. is wholly owned by plaintiff adidas AG.

Plaintiff adidas AG has no parent corporation. No publicly held corporation owns 10% or more of the stock of plaintiff adidas AG.

DATED: May 1, 2024  **PERKINS COIE LLP**

By: */s/ Stephen M. Feldman*
Stephen M. Feldman, Bar No. 932674
SFeldman@perkinscoie.com
Sarah J. Crooks, OSB No. 971512
SCrooks@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Telephone: 503.727.2000
Facsimile: 503.727.2222

R. Charles Henn Jr. (*pro hac vice* to be filed)
chenn@ktslaw.com
Charles H. Hooker III (*pro hac vice* to be filed)
chooker@ktslaw.com
Bethany R. Nelson (*pro hac vice* to be filed)
brnelson@ktslaw.com
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309
Telephone: 404.815.6500
Facsimile: 404.815.6555

Attorneys for Plaintiffs

2- PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT

021184.0138\167195120.1

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone: +1.503.727.2000
Fax: +1.503.727.2222