AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | |
|---|---|
| ADIDAS AMERICA, INC., an Oregon corporation; and ADIDAS AG, a foreign entity, <br><br> *Plaintiff(s)* <br><br> v. <br><br> AVIATOR NATION, INC., a California corporation; and PAIGE MYCOSKIE, a resident of Texas, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  3:24-cv-00740-AN |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Aviator Nation, Inc.
c/o Registered Agent
Dave Mason
6363 Regent St
Huntington Park, CA  90255

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephen M. Feldman
Perkins Coie LLP
1120 NW Couch, 10th Floor
Portland, OR  97209
503.727.2000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MELISSA AUBIN, Clerk of Court**

Date: 05/02/2024

By: s/G. Davis, Deputy Clerk

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | |
|---|---|
| ADIDAS AMERICA, INC., an Oregon corporation; and ADIDAS AG, a foreign entity, <br><br> *Plaintiff(s)* <br><br> v. <br><br> AVIATOR NATION, INC., a California corporation; and PAIGE MYCOSKIE, a resident of Texas, <br><br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) <br><br> Civil Action No.  3:24-cv-00740-AN |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Paige Mycoskie
3200 Stratford Hills Lane
Austin, TX  78746-4683
or
2930 Westlake Cove
Austin, TX 78746-1961

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephen M. Feldman
Perkins Coie LLP
1120 NW Couch, 10th Floor
Portland, OR  97209
503.727.2000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MELISSA AUBIN, Clerk of Court**

Date: 05/02/2024

By: s/G. Davis, Deputy Clerk