Attachment A
Bar Admissions of R. Charles Henn Jr. (347098)

| Court | Date of Admission |
|---|---|
| U.S. Dist. Court for the No. Dist. of Georgia, | 11/17/98 |
| U.S. Dist. Court for the Middle Dist. of Georgia | 3/30/00 |
| Georgia Court of Appeals, | 4/10/00 |
| Supreme Court of Georgia, | 8/1/00 |
| Supreme Court of the United States | 8/21/06 |
| U.S. Court of Appeals, Second Circuit | 2/15/23 |
| U.S. Court of Appeals, Fourth Circuit | 11/12/09 |
| U.S. Court of Appeals, Fifth Circuit | 1/11/05 |
| U.S. Court of Appeals, Seventh Circuit (Midwest) | 10/29/10 |
| U.S. Court of Appeals, Ninth Circuit | 7/23/04 |
| U.S. Court of Appeals, Tenth Circuit (Colorado) | 8/18/09 |
| U.S. Court of Appeals, Eleventh Circuit | 12/04; reinstated due to lapse on 4/22/15 |
| U.S. Dist. Court for the District of Colorado | 12/21/04 |
| U.S. Dist. Court for the Southern District of New York | 2/21/17 |
| U.S. Dist. Court for the Eastern District of New York | 2/27/18 |
| U.S. Dist. Court for the Northern District of New York | 1/4/23 |
| State of New York Supreme Court, Appellate Division Third Judicial Department | 8/10/16 |