Attachment A

**Charles H. Hooker, III**
**Georgia Bar No.: 375622 / Admitted 2006**

| Court | Date Admitted | Bar Number |
|---|---|---|
| Georgia Superior Courts | 11/11/2006 | 375622 |
| Georgia Court of Appeals | 11/08/2007 | 375622 |
| Georgia Supreme Court | 11/08/2007 | 375622 |
| U.S. District Court for the Northern District of Georgia | 11/08/2007 | 375622 |
| United States Court of Appeals for the Fourth Circuit | 03/30/2010 | N/A |
| United States Court of Appeals for the Fifth Circuit | 08/20/2007 | N/A |
| United States Court of Appeals for the Seventh Circuit | 10/29/2010 | N/A |
| United States Court of Appeals for the Ninth Circuit | 10/25/2013 | N/A |
| United States Court of Appeals for the Tenth Circuit | 01/28/2010 | N/A |
| United States Court of Appeals for the Eleventh Circuit | 11/27/2007 | N/A |