Stephen M. Feldman, Bar No. 932674
SFeldman@perkinscoie.com
Sarah J. Crooks, OSB No. 971512
SCrooks@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Telephone:  503.727.2000

R. Charles Henn Jr. (*pro hac vice*)
chenn@ktslaw.com
Charles H. Hooker III (*pro hac vice*)
chooker@ktslaw.com
Bethany R. Nelson (*pro hac vice*)
brnelson@ktslaw.com
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309
Telephone: 404.815.6500

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **ADIDAS AMERICA, INC.**, an Oregon corporation; and **ADIDAS AG**, a foreign entity,<br><br>        Plaintiffs,<br><br>   v.<br><br>**AVIATOR NATION, INC.**, a California corporation; and **PAIGE MYCOSKIE**, a resident of Texas,<br><br>        Defendants. | Case No. 3:24-cv-740 AN<br><br><br>**ACCEPTANCE OF SERVICE OF SUMMONSES ON BEHALF OF DEFENDANTS** |

1-   ACCEPTANCE OF SERVICE OF SUMMONSES
     ON BEHALF OF DEFENDANTS

021184.0138\167312050.1

I, Michael Lane, being fully authorized, hereby accept service of process on behalf of Defendants Aviator Nation, Inc. and Paige Mycoskie in the above-captioned action. Specifically, on behalf of Defendants, I hereby accept service of the following documents filed, entered, or otherwise issued in connection with the above-captioned case:

(1)    Complaint;

(2)    Summons (issued to Aviator Nation, Inc.);

(3)    Summons (issued to Paige Mycoskie);

(4)    Plaintiffs' Corporate Disclosure Statement;

(5)    Civil Case Assignment Order, together with Discovery and Pretrial Scheduling Order;

(6)    Pro Hac Vice Application by R. Charles Henn, Jr.;

(7)    Pro Hac Vice Application by Charles H. Hooker, III;

(8)    Pro Hac Vice Application by Bethany R Nelson; and

(9)    Order Granting all pro hac vice applications.

This acceptance of service on behalf of the Defendants shall be effective as of May 9, 2024.

**LEWIS KOHN & WALKER LLP**

By: _____

Michael Lane
mlane@lewiskohn.com
17085 Via Del Campo
San Diego, CA  92127
Telephone:  858.436.1335

Attorneys for Defendants

2-    ACCEPTANCE OF SERVICE OF SUMMONSES
      ON BEHALF OF DEFENDANTS

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone:  +1.503.727.2000
Fax:  +1.503.727.2222