Kenneth R. Davis II, OSB No. 971132
davisk@lanepowell.com
Mohammed N. Workicho, OSB No. 186140
workichom@lanepowell.com
**LANE POWELL PC**
601 S.W. Second Avenue, Suite 2100
Portland, Oregon 97204
Telephone:  503.778.2100
Facsimile:  503.778.2200

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| ADIDAS AMERICA, INC., an Oregon corporation; and ADIDAS AG, a foreign entity,<br><br>  Plaintiffs,<br><br>  v.<br><br>AVIATOR NATION, INC., a California corporation; and PAIGE MYCOSKIE, a resident of Texas,<br><br>  Defendants. | Case No. 3:24-cv-00740 AN<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |

## LR 7-1 CERTIFICATE OF CONFERRAL

Pursuant to LR 7-1(a), counsel for defendants Aviator Nation, Inc. and Paige Mycoskie ("Defendants") certifies that he conferred with counsel for Plaintiffs before filing this motion and that Plaintiffs have no objection to the motion.

## MOTION

Defendants respectfully move this Court for an order extending them time to answer or otherwise respond to Plaintiffs' Complaint from May 30, 2024 to June 13, 2024.  Counsel for

PAGE 1 –   UNOPPOSED MOTION FOR EXTENSION OF TIME TO
            ANSWER OR OTHERWISE RESPOND TO COMPLAINT

**LANE POWELL PC**
601 S.W. SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204
503.778.2100  FAX: 503.778.2200

719386.0001/9767725.2

Defendants has only recently been retained and needs additional time to analyze and respond to the allegations in Plaintiffs' Complaint.

This motion is not intended for the purpose of delay, and no party will be prejudiced by the granting of this motion.

DATED: May 30, 2024

                            LANE POWELL PC

                            By:   s/ Kenneth R. Davis II
                                   Kenneth R. Davis II, OSB No. 971132
                                   Mohammed N. Workicho, OSB No. 186140
                                   Telephone: 503.778.2100
Attorneys for Defendants

PAGE 2 – UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

LANE POWELL PC
601 S.W. SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204
503.778.2100  FAX: 503.778.2200

719386.0001/9767725.2