

Exhibit 2
Page 1 of 272



Exhibit 2
Page 2 of 272



## KIDS, JUNIORS & CHILDREN

### BASKETBALL/ORIGINALS

**Pro Model-J, C**
**Upper:** Full grain leather upper.
Latex sock liner and rubber toe cap.
**Midsole/Outsole:** Cushioned
EVA midsole. Rubber outsole with
herringbone profile. Sole bonded and
stitched to upper.

**Juniors**
| | | |
|---|---|---|
| 034857 | White/Black | 1–6 |
| 034858 | Black/White | 1–6 |
| 034856 | Black/Black | 1–6 |

**Children**
| | | |
|---|---|---|
| 034836 | White/Black | 10½–13½ |
| 034837 | Black/White | 10½–13½ |

**Campus-J, C**
**Upper:** Full suede upper.
Rubber toe cap.
**Midsole/Outsole:** Cushioned
EVA midsole. Rubber outsole with
herringbone profile. Sole bonded
and stitched to upper.

**Juniors**
| | | |
|---|---|---|
| 037955 | Ultra Blue/White | 1–6 |
| 034906 | Black/White | 1–6 |
| 034928 | Navy/White | 1–6 |

**Children**
| | | |
|---|---|---|
| 037957 | Ultra Blue/White | 10½–13½ |
| 034118 | Black/White | 10½–13½ |

**Superstar-J, C**
**Upper:** Full grain leather upper.
Latex sock liner and rubber toe cap.
**Midsole/Outsole:** Cushioned
EVA midsole. Rubber outsole with
herringbone profile. Sole bonded
and stitched to upper.

**Juniors**
| | | |
|---|---|---|
| 034875 | Black/White | 1–6 |
| 034911 | White/Black | 1–6 |
| 034953 | Black/Black | 1–6 |

**Children**
| | | |
|---|---|---|
| 034871 | Black/White | 10½–13½ |
| 034839 | White/Black | 10½–13½ |

Exhibit 2
Page 3 of 272



**Predator Liga–J**

**Firm Ground**

**Upper:** Full grain leather upper combined with a new Pulsion rubber compound. The patented jets, fins, and ridges offer better grip on the ball and improve player's accuracy, control, and ball spin—which determines the swerve of the ball in mid-air.

**Outsole:** Rubber molded stud sole with stitched forefoot provides excellent traction on hard ground.

015333   Black/White-Red                    1–6

**Samba–J, C**

**Indoor**

**Upper:** Soft, supple leather upper with reinforced midfoot area. HF tongue, vamp stitching.

**Outsole:** Molded rubber sole fully stitched to upper. Provides excellent traction on several indoor and street surfaces.

**Juniors**
036516   Black/White                        1–6
**Children**
039481   Black/White                        8½–13½

Exhibit 2
Page 4 of 272



**SOCCER**

### Kaiser Liga-J
**Firm Ground**
**Upper:** Soft, supple full grain leather upper with reinforced heel and arch area, stitched toe area.
**Outsole:** "Copa Mundial" sole. Two-color, two-density, direct injected polyurethane sole with molded studs.
015351  Black/White                    1–6

### Predator Liga-J
**Firm Ground**
**Upper:** Full grain leather upper combined with a new Pulsion rubber compound. The patented jets, fins, and ridges offer better grip on the ball and improve player's accuracy, control, and ball spin—which determines the swerve of the ball in mid-air.
**Outsole:** Rubber molded stud sole with stitched forefoot provides excellent traction on hard ground.
015333  Black/White-Red              1–6

### Samba-J, C
**Indoor**
**Upper:** Soft, supple leather upper with reinforced midfoot area. HF tongue, vamp stitching.
**Outsole:** Molded rubber sole fully stitched to upper. Provides excellent traction on several indoor and street surfaces.
**Juniors**
036516  Black/White                   1–6
**Children**
039481  Black/White                   8½–13½

Exhibit 2
Page 5 of 272



## KIDS/INFANTS

### BASKETBALL

**Backdoor Mid-I**
**Upper:** Full grain leather upper for softness
and comfort. Features adi-fit sizing system.
**Midsole/Outsole:** Soft, flexible full rubber cupsole.

| | | |
|---|---|---|
| 039153 | Black/White | 2, 3, 4–10 |
| 039154 | White/Black | 2, 3, 4–10 |

**Phat Boy Lo-I**
**Upper:** Trubuck upper with mesh tongue and
stripes for breathability. Padded ankle collar and
Nylex lining for comfort and durability. Features
adi-fit sizing system.
**Midsole/Outsole:** Soft, flexible full rubber cupsole.

| | | |
|---|---|---|
| 039149 | Black/White | 2, 3, 4–10 |
| 039150 | White/Black | 2, 3, 4–10 |

### BASKETBALL/ORIGINALS

**Pro Model-I**
**Upper:** Full grain leather upper for
softness and comfort. Latex sock
liner and rubber toe cap. Features
adi-fit sizing system.
**Midsole/Outsole:** Soft, full rubber
cupsole with flexible herringbone profile.

| | | |
|---|---|---|
| 039733 | Black/White | 2, 3, 4–10 |
| 039732 | White/Black | 2, 3, 4–10 |

Exhibit 2
Page 6 of 272



### KIDS/INFANTS

## BASKETBALL

**Backdoor Mid-I**
**Upper:** Full grain leather upper for softness and comfort. Features adi-fit sizing system.
**Midsole/Outsole:** Soft, flexible full rubber cupsole.

| | | |
|---|---|---|
| 039153 | Black/White | 2, 3, 4–10 |
| 039154 | White/Black | 2, 3, 4–10 |

**Phat Boy Lo-I**
**Upper:** Trubuck upper with mesh tongue and stripes for breathability. Padded ankle collar and Nylex lining for comfort and durability. Features adi-fit sizing system.
**Midsole/Outsole:** Soft, flexible full rubber cupsole.

| | | |
|---|---|---|
| 039149 | Black/White | 2, 3, 4–10 |
| 039150 | White/Black | 2, 3, 4–10 |

## BASKETBALL/ORIGINALS

**Pro Model-I**
**Upper:** Full grain leather upper for softness and comfort. Latex sock liner and rubber toe cap. Features adi-fit sizing system.
**Midsole/Outsole:** Soft, full rubber cupsole with flexible herringbone profile.

| | | |
|---|---|---|
| 039733 | Black/White | 2, 3, 4–10 |
| 039732 | White/Black | 2, 3, 4–10 |

80

Exhibit 2
Page 7 of 272



**Campus-I**
**Upper:** Full suede upper for softness and comfort. Rubber toe cap. Features adi-fit sizing system.
**Midsole/Outsole:** Soft, full rubber cupsole with flexible herringbone profile.

| | |
|---|---|
| 039115 Black/White | 2, 3, 4–10 |
| 039140 Ultra Blue/White | 2, 3, 4–10 |

**Superstar-I**
**Upper:** Full grain leather upper for softness and comfort. Latex sock liner and rubber toe cap. Features adi-fit sizing system.
**Midsole/Outsole:** Soft, full rubber cupsole with flexible herringbone profile.

| | |
|---|---|
| 039760 Black/White | 2, 3, 4–10 |
| 039750 White/Black | 2, 3, 4–10 |

Exhibit 2
Page 8 of 272



## BASKETBALL/ORIGINALS

**Campus-I**
**Upper:** Full suede upper for softness and comfort. Rubber toe cap. Features adi-fit sizing system.
**Midsole/Outsole:** Soft, full rubber cupsole with flexible herringbone profile.

| | | |
|---|---|---|
| 039115 | Black/White | 2, 3, 4–10 |
| 039140 | Ultra Blue/White | 2, 3, 4–10 |

**Superstar-I**
**Upper:** Full grain leather upper for softness and comfort. Latex sock liner and rubber toe cap. Features adi-fit sizing system.
**Midsole/Outsole:** Soft, full rubber cupsole with flexible herringbone profile.

| | | |
|---|---|---|
| 039760 | Black/White | 2, 3, 4–10 |
| 039750 | White/Black | 2, 3, 4–10 |

Exhibit 2
Page 9 of 272


---

---



## SOCCER

### Samba-I

**Upper:** Soft, supple leather upper with reinforced midfoot area. HF tongue, vamp stitching. Features adi-fit sizing system.
**Midsole/Outsole:** Molded rubber sole fully stitched to upper. Provides excellent traction on several indoor and street surfaces.

039269  Black/White          2, 3, 4, 5–8

### Samba Nubuck-I

**Upper:** Synthetic Nubuck upper. Brushed nylon quarter lining. Features adi-fit sizing system.
**Outsole:** Full rubber shell sole with functional indoor sole profile. Provides excellent grip and traction on several indoor and street surfaces.

039119  Black/White          2, 3, 4, 5–8

## CRIB

### adi-Crawl

**Upper:** Breathable, supple leather upper with gore closure system to ensure snug fit while providing optimal comfort and protection for newborn's feet. Features adi-fit sizing system.

039144  White/White          0, 1, 2, 3
039143  Black/White          0, 1, 2, 3

Exhibit 2
Page 10 of 272



Exhibit 2
Page 11 of 272



**RESPONSE WIDE**   F4125F **$74.99**
**Upper:** Nylon mesh and synthetic leather.
**Midsole|Outsole:** Compression-molded EVA
midsole. Carbon and blown rubber outsole.
**Profile:** Versatile, everyday training shoe.
**Available In:**
**Sizes:** 6.5-13,14,15,16,17,18,19,20

adiPRENE
adiPRENE ⊕
TORSION

670290                                    At Once
New Navy | Running White | Aluminum | Silver

**ALAMAK**   F3575F **$64.99**
**Upper:** Nylon mesh and synthetic leather.
**Midsole|Outsole:** Compression-molded EVA.
Carbon outsole with road lugs.
**Profile:** Neutral training shoe for runners
looking for exceptional value.
**Available In:** Kids'
**Sizes:**

adiPRENE
adiPRENE ⊕
TORSION

673285                          7 | 1 | 01
Running White | Sun Orange | Dark Indigo

673797                  7 | 1 | 01
Dust | Gold | Dark Indigo

672650                       7 | 1 | 01
Chrome | Lemon | Chrome | Kahn

**FALCON**   F3300F **$59.99**
**Upper:** Nylon mesh and synthetic leather.
**Midsole|Outsole:** Injected EVA.
Carbon outsole.
**Profile:** Entry level, lightweight training
shoe for runners seeking a good value.
**Available In:** Kids'
**Sizes:** 6.5-13,14,15

673040                       7 | 1 | 01
Running White | True Blue | Dark Marine

673795                       7 | 1 | 01
Running White | Phantom | Granite | Blast

Exhibit 2
Page 12 of 272



**TYRANNY**   F7225F **$130.00**
**Upper:** Synthetic mesh with ClimaLite® and leather. Reflective highlights.
**Midsole | Outsole:** Compression-molded EVA midsole. Carbon rubber outsole.
**Profile:** For runners seeking maximum protection against over pronation and impact forces.
**Available In:**
**Sizes:** 6.5-13,14,15

adiPRENE
adiPRENE ⊕
TORSION
PHWedge
ULTRASTRIKE
CLIMALITE

671521                           7 | 1 | 01
Running White | Phantom | Helix | Core

**CALIBRATE**   F4950F **$89.99**
**Upper:** Synthetic mesh and synthetic leather.
**Midsole | Outsole:** Rearfoot to midfoot PU. Carbon rubber outsole.
**Profile:** Total PU for the runner looking for total support.
**Available In:**
**Sizes:** 6.5-13,14,15

adiPRENE
adiPRENE ⊕
TORSION

672876                           7 | 1 | 01
Running White | Metallic Silver

**PIEDMONT**   F4950F **$89.99**
**Upper:** Mesh with synthetic overlays. External heel counter.
**Midsole | Outsole:** Compression-molded EVA midsole with full-length second density. Full carbon rubber outsole.
**Profile:** Flexible, cushioned shoe for maximum medial support.
**Available In:**
**Sizes:** 6.5-13,14,15

669418                           At Once
Running White | Black | Laguna | Daffodil

Exhibit 2
Page 13 of 272



M ‖ ‖ {RUNNING}

PAGE: 24

**BRAHMA** P4950F **$89.99**
**Upper:** Water-resistant mesh. Mud guard.
**Midsole | Outsole:** Midfoot moderator, a trail-specific technology, adapts to objects and debris preventing outward roll. Z-TRAXION® carbon outsole.
**Profile:** An all-terrain trail shoe with full-length medial posting combined new technology of Z-TRAXION® and Midfoot Moderator to adapt to most any trail surface.
**Available In:**
**Sizes:** 6.5-13,14,15

adiPRENE⊕
adiPRENE⊕
TRAXION™

669666                At Once
Navy | Daffodil | Lead | Zinc

669667                At Once
Aluminum | Raven | Pistons Yellow

**RESPONSE TRAIL** P4400F **$79.99**
**Upper:** Water-resistant mesh. Thin rubber overlays.
**Midsole | Outsole:** Compression-molded EVA midsole. Carbon rubber outsole with TRAXION™ lugs and Road Zone.
**Profile:** Versatile trail shoe for all types of terrain.
**Available In:** Kids'
**Sizes:** 6.5-13,14,15

673118            7 | 1 | 01
Aluminum | Bark | Lead

673782            7 | 1 | 01
Dust | Granite | Phantom | Red Earth

673119            7 | 1 | 01
Legion Blue | Curb | Chrome

**TIAGA** P3575F **$64.99**
**Upper:** Durable and breathable mesh.
**Midsole | Outsole:** EVA. TRAXION™.
**Profile:** Supportive entry-level trail shoe.
**Available In:** Kids'
**Sizes:** 6.5-13,14,15

adiPRENE⊕
TRAXION™

673803            7 | 1 | 01
Aluminum | Maritim Blue | Lead | Punjab

672206            7 | 1 | 01
Twine | Black | Olive

672205            7 | 1 | 01
Kahn | Silver | Curb | Red Earth

Exhibit 2
Page 14 of 272



**CLASSICS**

**OZWEEGO CLASSIC**   F3575F $64.99
**Upper:** Mesh and synthetic.
**Midsole|Outsole:** Compression-molded
LightStrike™ EVA midsole. Carbon
rubber outsole.
**Profile:** Lightweight neutral trainer.
**Available In:**
**Sizes:** 6.5-13,14,15

670317                        At Once
Black | Running White | Silver

**NEW YORK LEATHER**   F3575F $64.99
**Upper:** Full-grain leather.
**Midsole|Outsole:** Compression-molded EVA.
**Profile:** A cushioned shoe with a classic look.
**Available In:**
**Sizes:** 6.5-13,14,15

672537                        7|1|01
Running White | New Navy | Metallic Silver

**NEW YORK NYLON**   F3025F $54.99
**Upper:** Synthetic leather and nylon mesh.
**Midsole|Outsole:** Compression-molded EVA.
**Profile:** A cushioned shoe with a classic look.
**Available In:**
**Sizes:** 6.5-13,14,15

672239                        7|1|01
Steel Grey | Kahn | Metallic Silver

M |   {RUNNING}

Exhibit 2
Page 15 of 272



Exhibit 2
Page 16 of 272



PAGE: 42

673353    7|1|01
Running White | Dark Indigo | Silver

**CLASSIC TRAINER**    F3575F  $64.99

**Upper:** All leather. Lenticular stripes and heel underlay.

**Midsole | Outsole:** Compression-molded EVA. adiPRENE® in heel. TORSION® for midfoot support.

**Profile:** A versatile and supportive entry-level cross training product with classic looks.

**Available In:** Women's

**Sizes:** 6.5–14

adiPRENE®
TORSION®

673347    7|1|01
Running White | Marine | Collegiate Red

673348    7|1|01
Running White | Medium Lead | Blue Steel

673492    7|1|01
Running White | Black | Silver Team | Satellite

Exhibit 2
Page 17 of 272



**CORE**

**PROFI LIGA**    F6875F   **$125.00**

**Upper:** Soft, supple kangaroo leather. Pre-molded heel counter. Extended leather tongue with embroidered Trefoil logo. Hand-stiched in Germany.

**Midsole|Outsole:** Two-color, two-density, direct-injected PU outsole.

**Profile:** Firm outdoor surfaces.

**Available In:**

**Sizes:** 6.5-13.5

071140        At Once

Black|Running White

**COPA MUNDIAL**    F5500F   **$99.99**

**Upper:** Kangaroo leather.

**Midsole|Outsole:** Direct injected PU outsole.

**Profile:** Great for all players, from kids to professionals.

**Available In:**

**Sizes:** 4-15

015508        At Once

Black|Running White

**LIBERO FG**    F3025F   **$54.99**

**Upper:** League leather. Leather fold-over tongue.

**Midsole|Outsole:** Traditional TPU outsole.

**Profile:** For top-level and recreational play on firm outdoor surfaces.

**Available In:**

**Sizes:** 6.5-13.5

TRAXION

669453        At Once

Black|Running White

M  ||   {SOCCER}

PAGE: 63

Exhibit 2
Page 18 of 272



M | {SOCCER}

**ORIGINALS**

**SAMBA CLASSIC**    F3025F **$54.99**

**Upper:** Full-grain leather. Brushed nylon quarter lining. Half-molded tongue.

**Midsole | Outsole:** Full rubber shell sole with indoor sole tread.

**Profile:** Classic adidas soccer.

**Available In:** Juniors'

**Sizes:** 6.5-14

034563                          At Once
Black | Running White

**GAZELLE**    F2775F **$49.99**

**Upper:** Sueded pigskin leather. Reinforced toe, padded tongue and ankle collar. Pre-molded heel counter.

**Midsole | Outsole:** EVA wedge insert in rubber cupsole. Micro-cellular rubber sole tread.

**Profile:**

**Available In:**

**Sizes:** 3.5-13

034581                          At Once
New Navy | Running White

032622                          At Once
Black | Running White

**SAMBA NUBUCK**    F2775F **$49.99**

**Upper:** Synthetic nubuck. Brushed nylon quarter lining.

**Midsole | Outsole:** Full rubber shell sole with indoor sole tread.

**Profile:**

**Available In:**

**Sizes:** 6.5-12,13

019271                          At Once
Black | Running White

Exhibit 2
Page 19 of 272



**TIAGA W**  F3575F **$64.99**
**Upper:** Durable and breathable mesh.
**Midsole | Outsole:** EVA. TRAXION™.
**Profile:** Supportive, entry-level trail shoe.
**Available In:**
**Sizes:** 5-11,12

adiPRENE®
adiPRENE ⊕
TRAXION

673804  7|1|01
Blue Steel | Puce | Chrome | Void

672209  7|1|01
Spray | Pearl Green | Reef | Uniform Blue

672211  7|1|01
Kahn | Granite | Dust | Pumpkin

**CLASSIC**
**OZWEEGO CLASSIC W**  F3575F **$64.99**
**Upper:** Mesh and synthetic.
**Midsole | Outsole:** Compression-molded LightStrike™ EVA midsole. Carbon rubber outsole.
**Profile:** Lightweight neutral trainer.
**Available In:**
**Sizes:** 5-11,12

670314  At Once
Navy | Igloo | Running White

072174  7|1|01
Running White | Tornado

**NEW YORK LEATHER W**  F3575F **$64.99**
**Upper:** Full-grain leather.
**Midsole | Outsole:** Compression-molded EVA.
**Profile:** A cushioned heel in a classic look shoe.
**Available In:**
**Sizes:** 5-11,12

672257  7|1|01
Running White | Sky Blue | Aluminum

PAGE:
101

Exhibit 2
Page 20 of 272



K | {BASKETBALL}

PAGE: 144

670347          Black | Black          At Once

670348          Running White | Running White | Silver          At Once

668428          Running White | New Navy | Running White          At Once

**SUPERSTAR 2G J**   F2900F $49.99

**Upper:** Full-grain leather with 3-Stripes detailing.
**Midsole | Outsole:** Compression-molded EVA midsole. Non-marking rubber outsole.
**Profile:** For players who take the game seriously.
**Available In:**
**Sizes:** 3.5-6

672411          Toro | Running White | Running White          7 | 1 | 01

672410          Running White | Sky Blue | Running White          7 | 1 | 01

673658          Running White | Sun Orange | Running White          7 | 1 | 01

668470          Black | Black          At Once

668469          Running White | Running White | Silver          At Once

668468          Running White | New Navy | Running White          At Once

**SUPERSTAR 2G C**   F2250F $44.99

**Upper:** Full-grain leather with 3-Stripes detailing.
**Midsole | Outsole:** Compression-molded EVA midsole. Non-marking rubber outsole.
**Profile:** For players who take the game seriously.
**Available In:**
**Sizes:** 10.5-3

672413          Toro | Running White | Running White          7 | 1 | 01

672412          Running White | Sky Blue | Running White          7 | 1 | 01

673659          Running White | Sun Orange | Running White          7 | 1 | 01

Exhibit 2
Page 21 of 272



**FIRM GROUND**

**KARNIVOR II J**      F4125F  **$74.99**

**Upper:** Extremely thin CCL leather. Redesigned PREDATOR®, new asymmetrical lacing and ergonomically correct tongue.

**Midsole | Outsole:** Clear Pebax outsole with TRAXION™.

**Profile:** Traditional molded shoe comfort for use on firm ground.

**Available In:**

**Sizes:** 1-6

TRAXION

671238      **At Once**

Black | Running White | Red

---

**ANSERA TRAXION™ FG J** F3025F **$54.99**

**Upper:** Super League leather. Central lacing system, fold-over leather tongue.

**Midsole | Outsole:** TPU TRAXION™ outsole.

**Profile:** For competitive and recreational players on firm outdoor surfaces.

**Available In:**

**Sizes:** 1-6

TRAXION

671168      **At Once**

Black | Running White | True Blue

---

**KAISER 5 LIGA J**      F2475F  **$44.99**

**Upper:** Full-grain leather. Traditional 3-Stripes.

**Midsole | Outsole:** Two-color, two-density, PU outsole.

**Profile:** For recreational players on firm outdoor surfaces.

**Available In:**

**Sizes:** 1-6

039438      **At Once**

Black | Running White

Exhibit 2
Page 22 of 272



666833
New Navy | Running White | Toro

662575    At Once
Running White | Running White | Aluminum

**LILadi CRIB**    F1000F  $19.99
**Upper:** Leather. Seamless construction.
Hook-and-loop closure.
**Midsole | Outsole:** Non-skid bottom.
**Profile:** A comfortable crib shoe for
the little one.
**Available In:**
**Sizes:** 0-3

662576    At Once
Running White | Pink Powder

662574    At Once
Running White | New Navy | Bayberry

673329    7 | 1 | 01
Running White | Sun Orange | Pumpkin

**LILadi CRIB II EC CF**    F1000F  $19.99
**Upper:** Leather. Seamless construction.
**Midsole | Outsole:** Non-skid bottom.
**Profile:** A comfy crib shoe for the little one.
**Available In:**
**Sizes:** 0-3

670188    At Once
Running White | Laguna | Sapphire

673017    7 | 1 | 01
New Navy | Light Blue | Lemon Peel

K    {INFANTS}

PAGE:
177

Exhibit 2
Page 23 of 272



Exhibit 2
Page 24 of 272



{BASKETBALL}

PAGE:
6

669178
Aluminum | New Navy
5|1|01

**TRANSITION**

**MAGICIAN**    F4675U  $84.99

**Upper:** Full-grain leather and mesh.

**Midsole | Outsole:** Compression-molded EVA midsole, Non-marking rubber outsole.

**Profile:** A shoe that pushes the limits in backcourt performance.

**Available In:**

**Sizes:** 6.5-13,14,15,16

adiPRENE

TORSION

669174                    4|1|01
Running White | Black

669175                    4|1|01
Black | Black | Aluminum

669176                    5|1|01
Running White | New Navy

**TEAM**

**PROMODEL 2G**    F4125U  $74.99

**Upper:** Full-grain leather. Shell toe.

**Midsole | Outsole:** Injection-molded EVA midsole. Non-marking herringbone rubber outsole.

**Profile:** For players of all abilities.

**Available In:**

**Sizes:** 6.5-15,16,17,18,19,20

TORSION

669180                    5|1|01
New Navy | Running White | New Navy

669181                    4|1|01
Black | Running White | Black

669183                    4|1|01
Running White | New Navy

Exhibit 2
Page 25 of 272



**SUPERSTAR 2G**    F3850U  $69.99
**Upper:** Full-grain leather.
**Midsole|Outsole:** Molded EVA midsole. Lateral TORSION® support. Non-marking herringbone traction rubber outsole.
**Profile:** For the guard on-court, for everyone off-court.
**Available In:** Kids'
**Sizes:** 6.5–13,14,15,16,17,18,19,20

*adiPRENE*
*TORSION*

669166    6|1|01
Running White|Running White|Silver

669163    6|1|01
Running White|Black|Running White

669164    6|1|01
Blue|Running White|Blue

669165    6|1|01
Black|Black

**RELENTLESS LO**    F3025U  $54.99
**Upper:** Full-grain leather.
**Midsole|Outsole:** Injection-molded EVA midsole. Non-marking herringbone traction rubber outsole.
**Profile:** A classic adidas style.
**Available In:** Men's
**Sizes:** 6.5–13,14,15

669126    4|1|01
Black|Running White

669127    4|1|01
Running White|New Navy

669128    4|1|01
Running White|Running White|Aluminum

M  ||    {BASKETBALL}

Exhibit 2
Page 26 of 272



**PROTECTION CUSHION**
**EQUIPMENT RIDE**   F6600U   **$120.00**
**Upper:** Air mesh. Reflective overlays.
**Midsole | Outsole:** Compression-molded EVA with extended TORSION® SYSTEM. UltraStrike™ heel.
**Profile:** For the runner looking for full heel-to-toe protection.
**Available In:**
**Sizes:** 6.5-13,14,15

adiPRENE
adiPRENE ⊕
TORSION
ULTRASTRIKE
CLIMALITE
ENGINEERED EQUIPMENT RIDE

669237   At Once
Running White | Space | Spark

**RESPONSE**   F4125U   **$74.99**
**Upper:** Nylon mesh and synthetic leather.
**Midsole | Outsole:** Compression-molded EVA midsole. Carbon and blown rubber outsole.
**Profile:** Versatile, everyday training shoe.
**Available In:** Kids'
**Sizes:** 6.5-13,14,15,16,17,18,19,20

adiPRENE
adiPRENE ⊕
TORSION

669420   At Once
New Navy | Running White | Aluminum

670884   4 | 1 | 01
Running White | Pistons Yellow | Black | Lead

670883   4 | 1 | 01
Running White | New Navy | Toro

**RESPONSE WIDE**   F4125U   **$74.99**
**Upper:** Nylon mesh and synthetic leather.
**Midsole | Outsole:** Compression-molded EVA midsole. Carbon and blown rubber outsole.
**Profile:** Versatile, everyday training shoe.
**Available In:**
**Sizes:** 6.5-13,14,15,16,17,18,19,20

adiPRENE
adiPRENE ⊕
TORSION

670290   At Once
New Navy | Running White | Aluminum | Silver

Exhibit 2
Page 27 of 272



M || {RUNNING}    PAGE: 16

**RESPONSE TRAIL** F4400U $79.99
**Upper:** Water-resistant mesh. Thin rubber overlays.
**Midsole|Outsole:** Compression-molded EVA midsole. Carbon rubber outsole with TRAXION™ lugs and Road Zone.
**Profile:** Versatile trail shoe for all types of terrain.
**Available In:** Kids'
**Sizes:** 6.5-13,14,15

adiPRENE™
adiPRENE ⊕
TORSION™
TRAXION™

666570          At Once
New Navy | Aluminum | Iron

670746          4|1|01
Black | Royal | Silver

669673          At Once
Graphite | Black | Zinc | Terra Cotta

**RESPONSE TRAIL WIDE** F4400U $79.99
**Upper:** Water-resistant mesh. Thin rubber overlays.
**Midsole|Outsole:** Compression-molded EVA midsole. Carbon rubber outsole with TRAXION™ lugs and Road Zone.
**Profile:** Versatile trail shoe for all types of terrain.
**Available In:**
**Sizes:** 6.5-13,14,15

adiPRENE™
adiPRENE ⊕
TORSION™
TRAXION™

666662          At Once
New Navy | Aluminum | Iron

**SCAVENGER** F3575U $64.99
**Upper:** Durable and breathable mesh.
**Midsole|Outsole:** EVA midsole. TRAXION™ outsole.
**Profile:** Supportive entry-level trail shoe.
**Available In:** Kids'
**Sizes:** 6.5-13,14,15

adiPRENE ⊕
TRAXION™

671060          At Once
Aluminum | Black | Medium Lead

670856          4|1|01
Chalk | Grenadine | Maroc

Exhibit 2
Page 28 of 272



**CLASSIC RUNNING**

**NEO RESPONSE CLASSIC**  F3850U  $69.99

**Upper:** Synthetic leather and mesh.
Reflective trim. Loop lacing system.
**Midsole|Outsole:** Compression-molded
EVA midsole. 3D TORSION® in midfoot
and adiPRENE® in heel. Carbon and blown
rubber outsole.
**Profile:**
**Available In:**
**Sizes:** 6.5-13,14,15

adiPRENE
TORSION

072177                          At Once
Running White | Black | Silver

076554                          4|1|01
Running White | New Navy | Twilight Green

**OZWEEGO CLASSIC**  F3575U  $64.99
**Upper:** Mesh and synthetic.
**Midsole|Outsole:** Compression-molded
LightStrike® EVA midsole. Carbon
rubber outsole.
**Profile:** Lightweight neutral trainer.
**Available In:**
**Sizes:** 6.5-13,14,15

adiPRENE
adiPRENE ⊕
TORSION
LIGHTSTRIKE

670317                          At Once
Black | Running White | Silver

071181                          4|1|01
Running White | True Blue | Slime

**FALCON LEATHER**
**CLASSIC**  F3575U  $64.99
**Upper:** Full-grain leather.
**Midsole|Outsole:** Compression-molded
EVA midsole. Full carbon rubber outsole.
**Profile:** Cushioned running shoe.
**Available In:**
**Sizes:** 6.5-13,14,15

adiPRENE

030087                          At Once
Black | Running White | Silver

M ||   {RUNNING}

Exhibit 2
Page 29 of 272



669064  1|1|01
Black|Grenadine|Aluminum

669065  1|1|01
Parchment|Graphite|Python

**RESPONSE PINGORA III**  F4400U  $80.00

**Upper:** Synthetic and mesh. adidas speed lacing system.

**Midsole|Outsole:** Compression-molded EVA with adiPRENE® and adiPRENE®⊕ inserts. Compression-molded high-traction rubber with TRAXION™ at medial forefoot and propulsion zones.

**Profile:** Fast-paced outdoor pursuits.

**Available In:**

**Sizes:** 4-14,15,16,17

adiPRENE®
adiPRENE®⊕
TORSION®
TRAXION®

669066  1|1|01
Python|Maroc|Pistons Yellow

668977  1|1|01
Carob|Legion Blue|Parchment

668976  1|1|01
Legion Blue|Gold|Bone

**SAHALE X MID**  F4125U  $75.00

**Upper:** Split-suede and mesh.

**Midsole|Outsole:** Compression-molded EVA with adiPRENE® inserts. Compression-molded high-traction rubber with edging zones at medial forefoot.

**Profile:** Fast-packing and approach.

**Available In:**

**Sizes:** 4-14

adiPRENE®
TORSION®

668984  1|1|01
Curb|Chrome|Graphite

M ‖ｌ  {ADVENTURE}

Exhibit 2
Page 30 of 272



FOOTWEAR WORKBOOK    Q1    2002

Exhibit 2
Page 31 of 272



Exhibit 2
Page 32 of 272



**BASKETBALL** team | 8

MEN'S

| 676911 | At Once | 676912 | At Once | 672428 | At Once |
| 669163 | At Once | 669162 | At Once | 672429 | At Once |
| 669166 | At Once | 676877 | 02 | 01 | 02 | 676878 | 02 | 01 | 02 |

TORSION

**Superstar 2G**                          **$ 69.99**
                                          F36505
**Upper:** Full-grain leather. Shell toe.
**Midsole / Outsole:** Molded EVA midsole. Non-marking
herringbone rubber outsole.
**Sizes:** 6.5–15, 16, 17, 18, 19, 20

| 676911 | Running White I Forest |
| 676912 | Running White I Steel Grey |
| 672428 | Running White I University Red |
| 669163 | Running White I Black I Running White |
| 672429 | Black I Running White |
| 669162 | Running White I New Navy |
| 669166 | Running White I Running White I Silver |
| 676877 | Running White I Royal Techno |
| 676878 | Running White I Gold Techno |

Exhibit 2
Page 33 of 272



Exhibit 2
Page 34 of 272



675640    01 I 01 I 02    675636    01 I 01 I 02

**adiPRENE**    $ 94.99
**adiPRENE ⊕**    Pingora WP    FS22SS
**TORSION**    Upper: Waterproof synthetic and waterproof mesh.
Midsole / Outsole: Compression-molded EVA
**TRAXION**    Midsole. High-traction rubber outsole.
Sizes: 6-15, 16
675640 Aluminum 2 I Core I Fusion
675636 Flint I Beta I Spy

675619    01 I 01 I 02

**adiPRENE**    $ 89.99
**adiPRENE ⊕**    Riak    F49505
**TORSION**    Upper: Full-grain nubuck and synthetic mesh.
Midsole / Outsole: Compression-molded EVA
**TRAXION**    midsole. High-traction rubber outsole.
Sizes: 6-14
675619 Myrtle I Chrome I Maroc

Not shown    677711    01 I 01 I 02

**adiPRENE**    $ 84.99
**adiPRENE ⊕**    Pingora II LC    F46788
**TORSION**    Upper: Synthetic mesh upper with lace cover.
Midsole / Outsole: Compression-molded EVA
**TRAXION**    midsole. High-traction rubber outsole.
Sizes: 6-14
677711 Flint I Gamma I Chrome    Not shown

**ADVENTURE**    39
edge

MEN'S

Exhibit 2
Page 35 of 272



**Copa Mundial** $99.99
F5500S
**Upper:** Kangaroo leather.
**Midsole / Outsole:** Direct-injected traditional PU outsole.
**Sizes:** 4-15

015508    At Once
015508 Black / White

**Libero FG** $54.99
F30255
**Upper:** League leather with fold-over tongue.
**Midsole / Outsole:** Traditional TPU outsole.
**Sizes:** 6.5-13.5

669453    At Once
669453 Black / White

**SOCCER**
turf contemporary

adiPRENE
TORSION
TRAXION
PREDATOR

**Predator Precision 2 TF** $150.00
F82586
**Upper:** Kangaroo leather with PREDATOR(R) rubber Islandi. Asymmetrical loop lacing. Contoured fold-over tongue with hook-and-loop closure system.
**Midsole / Outsole:** Two-color two-density rubber TRAXION™ outsole.
**Sizes:** 6.5-13.5

671412    At Once
671412 Black / White-Red

MEN'S

**SOCCER**
turf contemporary    73

Exhibit 2
Page 36 of 272



SOCCER 72
firm ground contemporary

MEN'S

**Terranova HG**                                                                          $ 34.99
                                                                                          F19255
**Upper:** Synthetic with fold-over tongue.
**Midsole / Outsole:** Traditional molded rubber outsole.
**Sizes:** 6.5-13.5

| 676780 | Black / Silver |
| 676778 | Black / White-Forest |
| 676779 | Black / White-True Blue |

**X-1 HG**                                                                                $ 34.99
                                                                                          F19255
**Upper:** Synthetic with fold-over tongue. Special treat-
ment on side panels.
**Midsole / Outsole:** Traditional molded rubber outsole.
**Sizes:** 6.5-13.5

| 676803 | Black / White-Met. New Navy |
| 676802 | Black / Metallic Champagne |

SOCCER
firm ground core

**Profi Liga**                                                                            $ 125.00
                                                                                          F68758
**Upper:** Kangaroo leather.
**Midsole / Outsole:** Direct-injected traditional
PU outsole.
**Sizes:** 6.5-13.5

| 071140 | Black / White |

Exhibit 2
Page 37 of 272



SOCCER
indoor core    78

SOCCER
indoor core

MEN'S

Copa Indoor    $ 94.99
F52505
**Upper:** Kangaroo leather with reinforced suede toe.
**Midsole / Outsole:** Gum rubber outsole.
**Sizes:** 4-13.5
019474    At Once
019474 Black / White

Samba K    $ 74.99
F41255
**Upper:** Kangaroo leather with reinforced suede toe.
**Midsole / Outsole:** Rubber outsole with indoor profile.
**Sizes:** 6.5-13.5
019161    At Once
019161 Black / White

Libero IN    $ 54.99
F30255
**Upper:** League leather with fold-over tongue.
**Midsole / Outsole:** EVA midsole with gum rubber outsole.
**Sizes:** 6.5-13.5
669455    At Once
669455 Black / White

Exhibit 2
Page 38 of 272



SOCCER
firm ground

160

KIDS'

676853    01 | 01 | 02       676852    01 | 01 | 02

**X-1 HG J**    $ 29.99
F16505
**Upper:** Synthetic. Fold-over tongue. Special treatment on side panels.
**Midsole / Outsole:** Two-color molded rubber outsole.
**Sizes:** 10.5-13.5, 1-8
676853 Black | White-Met. Nice Navy
676852 Black | Metallic Champagne

676859    02 | 01 | 02       676858    02 | 01 | 02

**Fanatic HG J**    $ 24.99
F13756
**Upper:** Soft synthetic. Brushed nylon collar lining with extra padding. Fold-over tongue.
**Midsole / Outsole:** Two-color molded rubber outsole.
**Sizes:** 10.5-13.5, 1-6
676859 Black | White-Satellite
676858 Black | White-Poppy

676866    01 | 01 | 02

**Astranova HG J**    $ 19.99
F11505
**Upper:** Soft synthetic. Brushed nylon collar lining with extra padding. Fold-over tongue.
**Midsole / Outsole:** Molded rubber outsole.
**Sizes:** 10.5-13.5, 1-6
676866 Black | Silver

Exhibit 2
Page 39 of 272



FOOTWEAR WORKBOOK    Q1    2004

Exhibit 2
Page 40 of 272



# MEN'S

### ADVENTURE
trail

**CC ATS** F5560S
$ 100.00
**Upper:** Synthetic leather and air mesh.
**Midsole / Outsole:** Compression-molded
LightStrike™ III EVA midsole.
High traction rubber outsole.
**Sizes:** 4-14

| 679486 | Aluminum 2 l Master Blue l Black l Banana |
| 679487 | Iron l Carrot l Black l Aluminum |

679486      02 l 01 l 04
679487      04 l 01 l 04

**CC Cardrona** F4400S
$ 79.99
**Upper:** Nubuck leather and mesh.
**Midsole / Outsole:** Compression-molded
LightStrike™ III EVA midsole.
High traction rubber outsole.
**Sizes:** 4-14,15,16,17

| 679385 | Chrome l Curb l Victory Red l Black l Graphite |
| 679387 | Thunder Grey l Light Titanium l Deep Orange l Black |
| 679386 | Iron l Graphite l Light Balik l Black |

679385      03 l 01 l 04
679387      02 l 01 l 04
679386      04 l 01 l 04

MEN'S

Exhibit 2
Page 41 of 272



**LM 3.5**   $ 64.99   F32505
**Upper:** Synthetic leather.
**Midsole / Outsole:** Compression-molded, coated EVA midsole. Decoupled, abrasion resistant outsole.
**Sizes:** 4-14

| 036108 | Mercury Gray | Victory Red |
| 036109 | Black | Black |

**Samba Skate**   $ 64.99   F32505
**Upper:** Leather and scratch suede.
**Midsole / Outsole:** Compression-molded EVA midsole. High traction rubber outsole.
**Sizes:** 4-13.5

| 036167 | Black | Scarlet |
| 036168 | Running White | Black | Gum |
| 036165 | Black | Running White | Gum |
| 036169 | Coffee | Alabaster |

MEN'S

SKATE    15

Exhibit 2
Page 42 of 272



036085                          03 | 01 | 04

036086        03 | 01 | 04    036173        05 | 01 | 04    036174        05 | 01 | 04

**Spok II**                                    $ 44.99
                                               F22905
**Upper:** Suede and suede/canvas.
**Midsole / Outsole:** Drop in EVA midsole,
Vulcanized rubber outsole.
**Sizes:** 4-14

| 036085 | Thunder Grey | Running White | Gum |
| 036086 | Coffee | Twine | Gum |
| 036173 | Sesame | Military | Gum (Suede/canvas) |
| 036174 | Black | Aluminum | Gum (Suede/canvas) |

**SKATE**    **19**

MEN'S

Exhibit 2
Page 43 of 272



**Superstar 2G Perf** $69.99
F38505

Upper: Leather.
Midsole / Outsole: Injection-molded,
sculpted EVA midsole, high traction/herringbone.
Sizes: 6.5-15,16-20

| 016433 | White | Black |
| 016434 | White | Silver |
| 021012 | White | Dark Indigo / Silver |
| 678660 | White | University Red |
| 678661 | White | Coffee |

**Superstar 2G** $69.99
F38505

Upper: Leather.
Midsole / Outsole: Injection-molded,
sculpted EVA midsole, high traction/herringbone.
Sizes: 6.5-15,16-20

| 669162 | White | New Navy |
| 669163 | White | Black |
| 674357 | White | Silver / Techno |

MEN'S

BASKETBALL    27

Exhibit 2
Page 44 of 272



BASKETBALL | 28

MEN'S

**Superstar 2G Steel**                                    $ 69.99
Upper: Leather.                                           F38505
Midsole / Outsole: Injection-molded,
sculpted EVA midsole, high traction/herringbone.
Sizes: 6.5–15,16-20
147677 White | Silver
147678 White | Black | Silver
147679 White | Royal | Silver

**Superstar 2G (4E)**                                     $ 69.99
Upper: Leather.                                           F38595
Midsole / Outsole: Injection-molded,
sculpted EVA midsole, high traction/herringbone.
Sizes: 6.5–15,16
019039 White | Black
019038 White | New Navy

**Superstar 2G Steel (4E)**                               $ 69.99
Upper: Leather.                                           F38505
Midsole / Outsole: Injection-molded,
sculpted EVA midsole, high traction/herringbone.
Sizes: 6.5–15,16
019257 White | Black

Exhibit 2
Page 45 of 272



RUNNING
performance classics

010111                 At Once

010112      At Once        010110      At Once        679081      01 | 01 | 04    adiPRENE

**Response Trail 96 Classic**                                      $ 69.99
Upper: Synthetic leather and mesh.                                 F3850S
Midsole / Outsole: Compression-molded EVA
and carbon rubber outsole.
Sizes: 6.5-13,14,15

| 010111 | Light Onix | New Navy | Black |
| 010112 | Medium Lead | Ivy | Black |
| 010110 | Sliver | Uniform Blue | Black | Silver |
| 679081 | Aluminum 2 | Black | Victory Red |

679141      01 | 01 | 04    679143      01 | 01 | 04    679144      01 | 01 | 04

**Response 99**                                                    $ 69.99
Upper: Synthetic leather and mesh.                                 F3850S
Midsole / Outsole: Compression-molded EVA
and carbon rubber outsole.
Sizes: 6.5-13,14,15

adiPRENE
TORSION

| 679141 | Dark Navy | White | Ivy |
| 679143 | White | Black | Metallic Silver |
| 679144 | White | Mercury Grey | Red |

MEN'S

RUNNING                                                            47
performance classics

Exhibit 2
Page 46 of 272



**Manado II FG**
Upper: Soft, durable free-kick leather.
Fold-over tongue with elastic tongue trainer.
Midsole / Outsole: Traditional TPU outsole.
Sizes: 6.5-13.5
$ 39.99
F22005
385510      At Once
385510 Black | White | Poppy

**SOCCER**
firm ground-classic

**Copa Mundial**
Upper: Kangaroo leather.
Midsole / Outsole: Direct-injected PU outsole
with molded studs.
Sizes: 4-14
$ 99.99
F55005
015508      At Once
015508 Black | White

**Libero III FG**
Upper: Free-kick leather with fold-over tongue.
Midsole / Outsole: TPU outsole.
Sizes: 6.5-13.5
$ 54.99
F30258
039772      01 | 01 | 04
039772 Black | White | True Blue

MEN'S

**SOCCER**
firm ground-classic

71

Exhibit 2
Page 47 of 272



WOMEN'S
ADVENTURE trail

**CC Cardrona W**                                    $ 79.99
                                                     F44006
**Upper:** Nubuck leather and mesh.
**Midsole / Outsole:** Compression-molded
LightStrike™ III EVA midsole. High traction
rubber outsole.
**Sizes:** 5-12

| | |
|---|---|
| 679390 | Chrome | Cloud | Clear Sky | Black | Lead |
| 679389 | Collegiate Red | Alabaster | Graphite | Black |
| 679391 | Sesame | Lime Green | Loam | Black | Graphite |

**Kumasi W**                                         $ 64.99
                                                     F36766
**Upper:** Nubuck leather, split suede, and mesh.
**Midsole / Outsole:** Compression-molded
LightStrike™ III EVA midsole. High traction
rubber outsole.
**Sizes:** 4-11

| | |
|---|---|
| 679205 | Aluminum 2 | Black | Thunder Grey | Carrot |
| 679203 | Light Titanium | Aluminum | Aspen | Black |

97

Exhibit 2
Page 48 of 272



Exhibit 2
Page 49 of 272



041281          01 | 01 | 04          041280          01 | 01 | 04

$ 49.99
**Superstar 2G Perf J**                                                         F2500F
**Upper:** Full-grain perforated leather upper.
Patent stripes. Shell toe.
**Midsole / Outsole:** Compression-molded EVA,
non-marking outsole.
**Sizes:** 3.5-7

| 041281 | White | Coffee |
| 041280 | White | Cobalt |
| 016440 | White | Black |
| 016443 | White | University Red |
| 020224 | White | Light Purple |

016440          At Once          016443          At Once          020224          At Once

041278          01 | 01 | 04          041279          01 | 01 | 04

$ 44.99
**Superstar 2G Perf C**                                                         F2250F
**Upper:** Full-grain perforated leather upper.
Patent stripes. Shell toe.
**Midsole / Outsole:** Compression-molded EVA,
non-marking outsole.
**Sizes:** 10.5-3

| 041278 | White | Coffee |
| 041279 | White | Cobalt |
| 016446 | White | Black |
| 016449 | White | University Red |
| 020226 | White | Light Purple |

016446          At Once          016449          At Once          020226          At Once

BASKETBALL      157

KIDS

Exhibit 2
Page 50 of 272



Exhibit 2
Page 51 of 272



**Superstar 2G** $69.99

F38560F

Putting points on the board and tough defense never go out of style, and that's what every generation of this classic players' shoe has always been designed to do. **Upper:** Synthetic material mix for interesting looks. **Lining:** Textile **Inlay:** EVA insole for comfort. **Midsole:** TORSION® SYSTEM for midfoot integrity. Compression-molded EVA for lightweight cushioning. **Outsole:** Herringbone pattern outsole for optimum traction. Non-marking rubber outsole.

**Sizes:** 6.5-13 | 14 | 15 | 16-20

| | | |
|---|---|---|
| 669162 | Running White \| New Navy | |
| 019038 | Running White \| New Navy (4E) | WIHE |
| 669163 | Running White \| Black | |
| 019039 | Running White \| Black (4E) | WIBE |
| 674357 | Running White \| Silver Techno | |

674357    at once    669163, 019039    at once    669162, 019038    at once    TORSION® SYSTEM

**Superstar 2G Perf** $69.99

F88506F

Contemporary Millennium Superstar using today's technology, reinterpreting yesterday's retro style and feel. **Upper:** Full-grain leather for comfort and soft feel. **Lining:** Textile. **Inlay:** EVA insole for comfort. **Midsole:** Compression-molded EVA for lightweight cushioning. TORSION® SYSTEM for midfoot integrity. **Outsole:** Non-marking rubber outsole.

**Sizes:** 6.5-13 | 14 | 15 | 16-20

| | |
|---|---|
| 016433 | Running White \| Black |

016433    at once    TORSION® SYSTEM

19

MEN'S BASKETBALL fundamentals

Exhibit 2
Page 52 of 272



**Wildtrail Mid CP** $74.99
F4125F

A great all-purpose mid-cut trail and approach shoe. With excellent traction and support, this shoe is both lightweight and versatile. Ideal for day hikes, light bouldering and scrambling. Due to the construction and material's this shoe will keep the foot dry when the weather turns bad. **Upper:** ClimaProof® for breathable protection in wet conditions. PU-coated leather for durability and easy care. Suede upper for stylish look and soft feel. **Lining:** Textile. **Inlay:** Ortholite antimicrobial moisture-wicking sockliner. **Midsole:** Compression-molded EVA for lightweight cushioning. **Outsole:** High-traction rubber. Ultimate in grip. **Sizes:** 6-14

809543  Medium Lead | Light Grey | Lead | Dark Shale
352265  Sesame | Black | Iron

**Rhyolite Mid M** $64.99
F3575F

Light but surprisingly stable. Waterproof leather and mesh upper and heel wrap for improved stability. Minimalist outsole is perfect for light, fast hiking. **Upper:** Nylon mesh upper for light weight and breathability. Scratch suede leather for durability. Suede upper for stylish look and soft feel. **Lining:** Textile. **Inlay:** EVA insole for comfort. **Midsole:** Injected EVA for long-term lightweight cushioning. **Outsole:** High-traction rubber. Ultimate in grip. Mountain grip – the perfect combination of stability and grip. **Sizes:** 6-14

809099  Fango | Black | Titan Grey | Collegiate Silver | Orange County
352398  Leather | Titan Grey | Putty | Black | Dark Slate

**Rhyolite Low M** $59.99
F3000F

Light but surprisingly stable. Waterproof leather and mesh upper and heel wrap for improved stability. Minimalist outsole is perfect for light, fast hiking. **Upper:** Nylon mesh upper for light weight and breathability. Scratch suede leather for durability. **Lining:** Textile. **Inlay:** EVA insole for comfort. **Midsole:** Injected EVA for long-term lightweight cushioning. **Outsole:** High-traction rubber. Ultimate in grip. Rubber cupsole with EVA inserts for cushioning and light weight. **Sizes:** 6-14

809102  Silver | Medium Lead | Fierce Red | Metallic Silver
352266  Titan Grey | Putty | Light Clay | Fierce Red

26  MEN'S  OUTDOOR classic

Exhibit 2
Page 53 of 272



**a³™ Transfer**      $84.99
F4675F

Everyday training shoe for runners looking for a fast ride. It features a light, supportive upper with 360-degree reflectivity and a³™ in the heel to cushion, guide and drive your foot. **Upper:** Reflective materials for safety in low light conditions. **Lining:** Textile. **Inlay:** Molded EVA insole for anatomical comfort. **Midsole:** a³ TPU plate insert for dynamic cushioning. **Outsole:** Blown rubber outsole for lightweight grip and cushion. **Sizes:** 6.5-13 | 14 | 15

451742   Met. Silver | Collegiate Red | Dark Silver Met. | Met. Silver
451743   White | Black | Energy | White
132672   White | Dark Navy | Metallic Silver

**Supernova® Cushion**      $84.99
F4675F

A perennial favorite, updated with increased adiPRENE®® in the forefoot and adiPRENE® in the heel. Its new seam-free design gives the upper the highest level of fit and comfort. **Upper:** GeoFit™ construction for anatomical fit and comfort. Seam-free fit technology. **Inlay:** Molded ortholite antimicrobial moisture-wicking sockliner. **Midsole:** adiPRENE provides protection from harmful impact forces. adiPRENE®® maintains forefoot propulsion and efficiency. TORSION® SYSTEM for midfoot integrity. **Outsole:** adiWEAR™ outsole for best durability in high-wear areas. Blown rubber outsole for lightweight grip and cushion. QuickStrike™ for best lightweight durability and flexibility. **Sizes:** 6.5-13 | 14 | 15

807462   Metallic Silver | Medium Lead | White | Yellow Cab
451550   White | Black | Energy

**a³™ Prowl**      $74.99
F4125F

a³™ in the heel, adiPRENE®® in the forefoot and full-length flex grooves in the midsole provide runners with a smooth, cushioned transition in this versatile running shoe. **Upper:** Mesh nylon combines light weight and durability. **Inlay:** Molded EVA insole for anatomical comfort. **Midsole:** a³ cushion unit for a supple ride. **Outsole:** Blown-rubber outsole for lightweight grip and cushion. **Sizes:** 6.5-13 | 14 | 15

463508   White | Collegiate Royal | Metallic Silver
463569   Black | Metallic Silver | Black

Exhibit 2
Page 54 of 272



**73**

**MEN'S**

**SOCCER** classic

**World CUP**                                          $125.00
                                                       F7000F
Highest-quality classic football shoe with screw-in studs.
The choice of professional players for more than 20 years.
**Upper:** K-leather for durability, lightness, glove-like fit.
**Lining:** Synthetic. **Inlay:** EVA insole for comfort. **Outsole:**
Screw-in studs for grip on very soft natural grounds.
**Sizes:** 6.5–13.5

011040    Black | White

011040                 12 | 15 | 05

**Copa Mundial**                                        $99.99
                                                        F5500F
The most popular football shoe of the past 20 years. Perfect fit
and comfort. The choice of football players on all levels. **Upper:**
K-leather for excellent ball feel and fit. **Lining:** Synthetic. **Inlay:**
Foam insole for comfort. **Outsole:** Direct-injected outsole for
optimized fit and comfort. Durable firm ground outsole for firm
natural grounds.
**Sizes:** 4–15

D15508    Black | White

015508                 12 | 15 | 05

**Mundial Team**                                        $89.99
                                                        F5100F
Professional multi-stud shoe with the finest materials and the
classic adidas football look. **Upper:** K-leather for excellent ball
feel and fit. **Lining:** Synthetic. **Midsole:** PU for additional
stability and durability. **Outsole:** TF rubber outsole for turf and
hard ground use.
**Sizes:** 4–13.5

019228    Black | White

019228                 12 | 15 | 05

Exhibit 2
Page 55 of 272



**Hyena Runner W**                                    $64.99
                                                     F3575F

Excellent cushioning benefits with adiPRENE® heel to protect
from impact. Comfortable enough to wear every day. **Upper:**
Synthetic leather upper for light weight and durability. **Inlay:** Mesh
nylon combines light weight and breathability. **Inlay:** EVA
insole for comfort. **Midsole:** Injected EVA for long-term
lightweight cushioning. adiPRENE® insert for comfort and
shock absorption. **Outsole:** Carbon rubber for durability.
**Lining:** Textile.
**Sizes:** 5-12

| 534596 | Powder Blue / Calvi / Light Carbon |
| 113159 | White / New Navy / Aura |
| 534595 | Metallic Silver / Neon Blue / Metal Grey |

TORSION®
adiPRENE®

**Stanton W**                                        $59.99
                                                     F3300F

This well-cushioned, supportive shoe has now been given
a new, technical upper with welds for improved fit, comfort
and fewer stitch lines. **Upper:** Two-layer upper for flexible
snug fit and comfort. Built on a runners specific last to
provide a superior fit. Mesh nylon combines light weight
and breathability. **Lining:** Non-slip lining for comfort and
performance. **Inlay:** EVA insole for comfort. **Midsole:** 3-D
TORSION® for best midfoot integrity. adiPRENE® insert for
comfort and shock absorption. Injected EVA for long-term
lightweight cushioning. **Outsole:** Carbon rubber for durability.
**Sizes:** 5-12

adiPRENE®
TORSION®

| 748641 | Medium Lead / Diva / Matte Silver / Running White / Dark Silver |
| 748640 | White / Neon Blue / Metallic Silver / Black |

**Uraha W**                                          $59.99
                                                     F3300F

Technical running shoe at the entry-level price point level
that features adiPRENE® and TORSION® for a supportive,
well-cushioned ride. **Upper:** Two-layer upper for flexible
snug fit and comfort. Mesh nylon combines light weight
and breathability. Synthetic material mix. **Lining:** Non-slip
lining for comfort and performance. **Inlay:** EVA insole for
comfort. **Midsole:** 3-D TORSION® for best midfoot integrity.
adiPRENE® provides protection from harmful impact forces.
Injected EVA for long-term lightweight cushioning. **Outsole:**
Carbon rubber for durability.
**Sizes:** 5-12

adiPRENE®
TORSION®

| 749986 | Dark Shale / Zenith / Metallic Silver / White |
| 749988 | White / Cyber Metallic / Pale Sienna |
| 749985 | New Navy / Light Purple / Metallic Armour / White |

113

WOMEN'S

RUNNING cushion

Exhibit 2
Page 56 of 272



**157**

**KIDS'**

**BASKETBALL**

**Garnett 3 I** $44.99
F2250F
Designed and engineered exclusively for Kevin Garnett, its revolutionary a³™ power technology provides the ultimate in lightweight cushioning and ultra-durable support. **Upper:** Synthetic leather upper for light weight and durability. Suede upper for stylish look and soft feel. External molded heel counter for maximum support. **Inlay:** PU insole for durable comfort. **Midsole:** Structure midsole for optimal stability and platform. Internal EVA midsole for cushion, fit and comfort. **Outsole:** Herringbone pattern outsole for optimum traction. Non-marking rubber outsole. **Lining:** Textile.
**Sizes:** 2 | 3 | 4 | 5-10
352589  Running White | Lone Blue | Metallic Silver
352597  Black | Lone Blue | Metallic Silver

**a³™ Decade J** $59.99
F3000F
Old-school flavor taken to the next level with exoskeletal overlays in the upper and heel with the lightest, smallest execution of an a³™ Structure ever seen in a basketball shoe. **Upper:** Full-grain leather for comfort and soft feel. Synthetic leather trims improve upper durability. **Lining:** Textile. **Inlay:** PU insole for durable comfort. **Midsole:** adiPRENE®© insert for forefoot propulsion and efficiency. Molded EVA for lightweight cushioning. Structured a³ elements for weight reduction and durability. **Outsole:** Herringbone pattern outsole for optimum traction. Multi-directional pattern outsole for maximum traction.
**Sizes:** 3.5-7
772311  Running White | University Red | Black
772308  Running White | Metallic Silver
772309  Black | Running White | Metallic Silver

**Superstar 2G Ultra J** $49.99
F2500F
Putting points on the board and tough defense never go out of style, and that's what every generation of this classic player's shoe has always been designed to do. **Upper:** Leather for foot climate and comfort. **Lining:** Textile. **Inlay:** EVA insole for comfort. **Midsole:** Compression-molded EVA for cushioning. **Outsole:** Non-marking rubber outsole.
**Sizes:** 3.5-7
772731  White | Dark Indigo
772730  White | Diva
772104  White | Silver

Exhibit 2
Page 57 of 272



Exhibit 2
Page 58 of 272

FOOTWEAR | ADISTAR®

### adiSTAR® Salvation 2 M

h7700h | $140.00

Supreme comfort comes standard in the adiSTAR® Salvation. With the active FORMOTION™ midfoot stretch panel for an adaptive fit, the Salvation lives up to its name.

**UPPER:** Perforated EVA tongue for lightweight comfort and breathability. The active FORMOTION™ midfoot stretch panel provides an adaptive fit working in conjunction with your foot's natural movement.
**LINING:** GEOFIT™+ for the ultimate in anatomical adaptation and comfort through FitFOAM™ construction.
**INLAY:** adiLITE™ lasting for superb comfort and light weight.
**MIDSOLE:** adiPRENE® maintains forefoot propulsion and efficiency. Extended TORSION® SYSTEM for midfoot and forefoot integrity. FORMOTION™ for motion control and ground adaptability.
**OUTSOLE:** Blown rubber outsole for lightweight grip and cushion. adiWEAR® outsole for best durability in high wear areas.

SIZES   6 5-13 | 14 | 15
Q1/Q2
644717    Running White | Phantom | Radiant Gold                    01 | 01 | 11


micoach
adiPRENE®
adiPRENE®⊕
FORMOTION™
adiLITE™
adiWEAR®
FitFOAM™
GEOFIT™
TORSION® SYSTEM
pro-moderator
OrthoLite


644717

### adiSTAR® Salvation 2 W

h7700h | $140.00

Supreme comfort comes standard in the adiSTAR® Salvation. With the active FORMOTION™ midfoot stretch panel for an adaptive fit, the Salvation lives up to its name.

**UPPER:** The active FORMOTION™ midfoot stretch panel provides an adaptive fit working in conjunction with your foot's natural movement. Women's specific upper with more space and no overlays in the bunion area to ensure maximum comfort.
**LINING:** GEOFIT™+ for the ultimate anatomical adaptation and comfort through FitFOAM™ construction.
**INLAY:** adiLITE™ lasting for superb comfort and light weight.
**MIDSOLE:** Extended TORSION® SYSTEM for midfoot and forefoot integrity. Women's specific midsole with higher TORSION™ ability and adjusted heel bevel to match women's needs. FORMOTION™ for motion control and ground adaptability. adiPRENE®⊕ maintains forefoot propulsion and efficiency.
**OUTSOLE:** Blown rubber outsole for lightweight grip and cushion. adiWEAR® outsole for best durability in high wear areas.

SIZES   5-12
Q1/Q2
U44131    Running White | Black Red Metallic | Metallic Silver | Fresh Pink        01 | 01 | 11


micoach
adiPRENE®⊕
FORMOTION™
FitFOAM™
GEOFIT™+
adiLITE™
adiWEAR®
TORSION® SYSTEM
pro-moderator
OrthoLite


U44131

6

Exhibit 2
Page 59 of 272



G43290

micoach
adiPRENE°
adiPRENE°⊕
FORMOTION°
adiLITE°
adiWEAR°
FitFOAM°
GEOFIT°
TORSION° SYSTEM
OrthoLite°

### adiSTAR® Ride 3 M

h7425h | $135.00

The gold standard in luxury and performance takes it up a step. Extra adiPRENE® in heel, forefoot flexible seamless mesh upper and active FORMOTION™ for even smoother rides.

**UPPER:** Stitched on microsuede for smooth forefoot fit and support for the natural flex zones of the foot. The active FORMOTION™ midfoot stretch panel provides an adaptive fit working in conjunction with your foot's natural movement.
**LINING:** GEOFIT™+ for the ultimate anatomical adaptation and comfort through FitFOAM™ construction.
**INLAY:** adiLITE™ lasting for superb comfort and light weight.
**MIDSOLE:** adiPRENE®⊕ offers full length forefoot cushioning. FORMOTION™ for motion control and ground adaptability.
**OUTSOLE:** Blown rubber outsole for lightweight grip and cushion. adiWEAR® outsole for best durability in high wear areas.

SIZES   7-13 | 14 | 15
Q1/Q2
G43290    Metallic Silver | Lead | Radiant Gold              01 | 01 | 11

FOOTWEAR | ADISTAR®



G43293

micoach
adiPRENE°
adiPRENE°⊕
FORMOTION°
adiLITE°
adiWEAR°
FitFOAM°
GEOFIT°+
TORSION° SYSTEM
OrthoLite°

### adiSTAR® Ride 3 W

h7425h | $135.00

The gold standard in luxury and performance takes it up a step. Extra adiPRENE® in heel, forefoot flexible seamless mesh upper and active FORMOTION™ for even smoother rides.

**UPPER:** Stitched on microsuede for smooth forefoot fit and support for the natural flex zones of the foot. The active FORMOTION™ midfoot stretch panel provides an adaptive fit working in conjunction with your foot's natural movement.
**LINING:** GEOFIT™+ for the ultimate anatomical adaptation and comfort through FitFOAM™ construction.
**INLAY:** adiLITE™ lasting for superb comfort and light weight.
**MIDSOLE:** adiPRENE®⊕ offers full length forefoot cushioning. FORMOTION™ for motion control and ground adaptability.
**OUTSOLE:** Blown rubber outsole for lightweight grip and cushion. adiWEAR® outsole for best durability in high wear areas.

SIZES   5-12
Q1/Q2
G43293    Metallic Silver | Black Silver Metallic | Blue Spirit      01 | 01 | 11

Exhibit 2
Page 60 of 272

FOOTWEAR | ADISTAR®

## adiSTAR® Raven

h6600h | $120.00

Hit the trails with expert traction, adiWEAR® durability and the hard hitting support of FORMOTION™ 360, protecting your stride with adaptive, low to the ground cushioning.

**UPPER:** Lightweight ripstop nylon for durability. Perforated EVA tongue.
**LINING:** GEOFIT™+ for the ultimate anatomical adaptation and comfort through FitFOAM™ construction.
**INLAY:** Anatomically molded EVA for insole comfort.
**MIDSOLE:** FORMOTION™ 360 extending into the forefoot for closer to the ground adaptability and protection. adiPRENE®⊕ offers full length forefoot cushioning.
**OUTSOLE:** TRAXION™ outsole for maximum grip in all directions.

SIZES   6 5-13 | 14
Q1/Q2
G43077    Phantom | Black | Radiant Gold                    01 | 01 | 11

adiPRENE®
adiPRENE®⊕
FORMOTION™
adiWEAR®
GEOFIT™+
TORSION® SYSTEM
TRAXION®
OrthoLite®



G43077

## adiSTAR® Raven W

h6600h | $120.00

Hit the trails with expert traction, adiWEAR® durability and the hard hitting support of FORMOTION™ 360, protecting your stride with adaptive, low to the ground cushioning.

**UPPER:** Lightweight ripstop nylon for durability. Perforated EVA tongue.
**LINING:** GEOFIT™+ for the ultimate anatomical adaptation and comfort through FitFOAM™ construction.
**INLAY:** Anatomically molded EVA for insole comfort.
**MIDSOLE:** FORMOTION™ 360 extending into the forefoot for closer to the ground adaptability and protection. adiPRENE®⊕ offers full length forefoot cushioning.
**OUTSOLE:** TRAXION™ outsole for maximum grip in all directions.

SIZES   5 5-12
Q1/Q2
G43079    Silver | Phantom | Fresh Pink                    01 | 01 | 11

adiPRENE®
adiPRENE®⊕
FORMOTION™
adiWEAR®
GEOFIT™+
TORSION® SYSTEM
TRAXION®
OrthoLite®



G43079

8

Exhibit 2
Page 61 of 272



U44117

adiPRENE°
adiPRENE°⊕
*FORMOTION*
GEOFIT™
TORSION° SYSTEM
pro-moderator

### Supernova™ Riot 3 M

h6050h | $110.00

A comfortable new Riot with forefoot flex grooves for smoother transitions. Continental rubber outsole for added durability and traction. Rubberized mesh on upper for protection.

**UPPER:** Stitched on microsuede for smooth forefoot fit and support for the natural flex zones of the foot.
**LINING:** GEOFIT™ construction for anatomical fit and comfort.
**INLAY:** Molded respoEVA sockliner for anatomical fit and great step in comfort.
**MIDSOLE:** Pro moderator medial support prevents overpronation. adiPRENE®⊕ offers full length forefoot cushioning. FORMOTION™ for motion control and ground adaptability.
**OUTSOLE:** Continental rubber outsole supplies superior grip in all underfoot conditions.

SIZES  6 5-13 | 14 | 15
Q1/Q2
U44117    Phantom | Metallic Silver | Radiant Gold                    01 | 01 | 11

FOOTWEAR | SUPERNOVA™



U44116

adiPRENE°
adiPRENE°⊕
*FORMOTION*
GEOFIT™
TORSION° SYSTEM
pro-moderator

### Supernova™ Riot 3 W

h6050h | $110.00

A comfortable new Riot with forefoot flex grooves for smoother transitions. Continental rubber outsole for added durability and traction. Rubberized mesh on upper for protection.

**UPPER:** Stitched on microsuede for smooth forefoot fit and support for the natural flex zones of the foot.
**LINING:** GEOFIT™ construction for anatomical fit and comfort.
**INLAY:** Molded respoEVA sockliner for anatomical fit and great step in comfort.
**MIDSOLE:** Pro moderator medial support prevents overpronation. adiPRENE®⊕ offers full length forefoot cushioning. FORMOTION™ for motion control and ground adaptability.
**OUTSOLE:** Continental rubber supplies superior grip in all underfoot conditions.

SIZES  5-14
Q1/Q2
U44116    Phantom | Metallic Silver | Fresh Pink                    01 | 01 | 11

9

Exhibit 2
Page 62 of 272

FOOTWEAR | SUPERNOVA™

## Supernova™ Glide 3 M

h6050h | $110.00

Clean, modern and ultracomfortable, this shoe is ready to hit the ground running. Men's specific fit, with a seamless upper, FORMOTION™ cushioning and a more stable heel.

**UPPER:** Stitched on microsuede for smooth forefoot fit and support for the natural flex zones of the foot.
**INLAY:** Molded respoEVA sockliner for anatomical fit and great step in comfort. GEOFIT™ construction for anatomical fit and comfort.
**MIDSOLE:** FORMOTION™ for motion control and ground adaptability. adiPRENE®⊕ offers full length forefoot cushioning.
**OUTSOLE:** adiWEAR® outsole for best durability in high wear areas.

miCoach
adiPRENE®
adiPRENE®⊕
FORMOTION™
adiWEAR®
GEOFIT™
TORSION® SYSTEM


G42901


G42896

SIZES  7–15 | 16 | 17 | 18 | 19 | 20
Q1/Q2
G42901    Metallic Silver | Black Blue Metallic | Satellite    01 | 01 | 11
Q2
G42896    Deepest Space | Black | Electricity    04 | 01 | 11

## Supernova™ Glide 3 W

h6050h | $110.00

Clean, modern and ultracomfortable, this shoe is ready to hit the ground running. Women's specific fit, with a seamless upper, FORMOTION™ cushioning and a more stable heel.

**UPPER:** Stitched on microsuede for smooth forefoot fit and support for the natural flex zones of the foot.
**INLAY:** Molded respoEVA sockliner for anatomical fit and great step in comfort. GEOFIT™ construction for anatomical fit and comfort.
**MIDSOLE:** FORMOTION™ for motion control and ground adaptability. adiPRENE®⊕ offers full length forefoot cushioning.
**OUTSOLE:** adiWEAR® outsole for best durability in high wear areas.

miCoach
adiPRENE®
adiPRENE®⊕
FORMOTION™
adiWEAR®
GEOFIT™
TORSION® SYSTEM


U44122

SIZES  5–14
Q1/Q2
U44122    Running White | Black Red Metallic | Fresh Pink    01 | 01 | 11

10

Exhibit 2
Page 63 of 272



G16990, U43203 (wide)



U41734

adiPRENE™

adiPRENE™⊕

FORMOTION™

adiLITE™

adiWEAR™

GEOFIT™

TORSION® SYSTEM

pro-moderator

### Supernova™ Sequence 3 M

h5500h | $100.00

Evolution, not revolution, takes this favorite a step forward. A redesigned forefoot with adiPRENE® and new flex zones improve transitions. Microsuede overlays add comfort and support.

**UPPER:** Stitched on microsuede for smooth forefoot fit and support for the natural flex zones of the foot.
**LINING:** Nonslip lining for comfort and performance.
**INLAY:** Dual layer adiLITE™/respoEVA sockliner for great step in and motion comfort (antimicrobial).
**MIDSOLE:** FORMOTION™ for motion control and ground adaptability. adiPRENE® provides protection from harmful impact forces. Full forefoot adiPRENE®⊕ for forefoot propulsion and efficiency. TORSION® SYSTEM for midfoot integrity. Pro moderator medial support device prevents overpronation.
**OUTSOLE:** adiWEAR® outsole for best durability in high wear areas.

SIZES  6 5-15 | 16 | 17 | 18 | 19 | 20
Q1/Q2

| | | |
|---|---|---|
| G16990 | Running White | Black | University Red | 01 | 01 | 11 |
| U43203 | Running White | Black | University Red (wide) | 01 | 01 | 11 |
| U41734 | Metallic Silver | Black Green Metallic | Intense Green | 01 | 01 | 11 |



G44742



G12972 (wide)



G12968, G12971 (narrow)

adiPRENE™

adiPRENE™⊕

FORMOTION™

adiLITE™

adiWEAR™

GEOFIT™

TORSION® SYSTEM

pro-moderator

### Supernova™ Sequence 3 W

h5500h | $100.00

This is evolution, not revolution. Enjoy the same women's specific heel bevel, TORSION® SYSTEM shaft and centered heelstrike, now with a more flexible midfoot and flex support near the laces.

**UPPER:** Stitched on microsuede for smooth forefoot fit and support for the natural flex zones of the foot.
**LINING:** Nonslip lining for comfort and performance.
**INLAY:** Dual layer adiLITE™/respoEVA sockliner for great step in and motion comfort (antimicrobial).
**MIDSOLE:** FORMOTION™ for motion control and ground adaptability. adiPRENE® provides protection from harmful impact forces. Full forefoot adiPRENE®⊕ for forefoot propulsion and efficiency. TORSION® SYSTEM for midfoot integrity. Pro moderator medial support device prevents overpronation.
**OUTSOLE:** adiWEAR® outsole for best durability in high wear areas.

SIZES  5-12
Q1/Q2

| | | |
|---|---|---|
| G44742 | Metallic Silver | Black Red Metallic | Glory | 01 | 01 | 11 |
| G12972 | Running White | Black Silver Metallic | Radiant Red (wide) | 01 | 01 | 11 |
| G12968 | Running White | Pool | Metallic Silver | 01 | 01 | 11 |
| G12971 | Running White | Pool | Metallic Silver (narrow) | 01 | 01 | 11 |

11

Exhibit 2
Page 64 of 272

**FOOTWEAR | SUPERNOVA™**

### Supernova™ Adapt M

h5250h | $95.00

An all new Supernova™ for runners seeking a unique performance fit. FORMOTION™, adiPRENE®, adiPRENE®⊕ and a blown rubber forefoot deliver the same excellent ride with a narrower fit.

**UPPER:** Perforated upper materials for superior breathability.
**LINING:** Air mesh lining for comfort and breathability.
**INLAY:** Molded EVA insole for anatomical comfort.
**MIDSOLE:** FORMOTION™ for motion control and ground adaptability. Dual density midsole for pronation control. adiPRENE®⊕ in the forefoot and TORSION® SYSTEM for midfoot arch protection. adiPRENE® insert in heel for comfort and shock absorption.
**OUTSOLE:** Blown rubber outsole for lightweight grip and cushion. adiWEAR® outsole for best durability in high wear areas.

SIZES   6 5-13 | 14 | 15
Q1/Q2
G42836    Running White | Black Green Metallic | Intense Green               01 | 01 | 11

adiPRENE®
adiPRENE®⊕
FORMOTION®
adiWEAR®
TORSION® SYSTEM



G42836

---

### Supernova™ Adapt W

h5250h | $95.00

An all new Supernova™ for runners seeking a unique performance fit. FORMOTION™, adiPRENE®, adiPRENE®⊕ and a blown rubber forefoot deliver the same excellent ride with a narrower fit.

**UPPER:** Perforated upper materials for superior breathability.
**LINING:** Air mesh lining for comfort and breathability.
**INLAY:** Molded EVA insole for anatomical comfort.
**MIDSOLE:** FORMOTION™ for motion control and ground adaptability. Dual density midsole for pronation control. adiPRENE®⊕ in the forefoot and TORSION® SYSTEM for midfoot arch protection. adiPRENE® insert in heel for comfort and shock absorption.
**OUTSOLE:** Blown rubber outsole for lightweight grip and cushion. adiWEAR® outsole for best durability in high wear areas.

SIZES   5-12
Q1/Q2
G42837    Running White | Black Red Metallic | Fresh Pink               01 | 01 | 11

adiPRENE®
adiPRENE®⊕
FORMOTION®
adiWEAR®
TORSION® SYSTEM



G42837

12

Exhibit 2
Page 65 of 272



G43234

**micoach**
**adiPRENE'®**
**FORMOTION'**
**adiWEAR'**
**TORSION' SYSTEM**

**FOOTWEAR | ADIZERO™**

### adiZero™ Aegis 2 M

h6600h | $120.00

Fast, stable, sleek. This neutral stability trainer has a bonded upper for lightweight support. 3D FORMOTION ensures smooth, natural touchdowns at high speeds. miCoach compatible.

**UPPER:** Coolaver mesh has a clover shaped yarn to manage heat and sweat, reducing discomfort and increasing performance. Air mesh upper for maximum ventilation.
**LINING:** Nonslip lining for comfort and performance.
**INLAY:** Molded respoEVA sockliner for anatomical fit and great step in comfort.
**MIDSOLE:** Lightweight, high rebound midsole compound for a fast and efficient transition. Extended TORSION® SYSTEM for heel and midfoot stability. Full forefoot adiPRENE®⊕ for forefoot propulsion.
**OUTSOLE:** Forefoot lugs for traction on road surfaces. adiWEAR® outsole for best durability in high wear areas.

SIZES  6 5-13 | 14 | 15
Q1/Q2
G43234    Black | Metallic Silver | Acid Buzz                    02 | 01 | 11



U41846

**micoach**
**adiPRENE'®**
**FORMOTION'**
**adiWEAR'**
**TORSION' SYSTEM**

### adiZero™ Aegis 2 W

h6600h | $120.00

Fast, stable, sleek. This neutral stability trainer has a bonded upper for lightweight support. 3D FORMOTION ensures smooth, natural touchdowns at high speeds. miCoach compatible.

**UPPER:** Air mesh upper for maximum ventilation.
**LINING:** Nonslip lining for comfort and performance.
**INLAY:** Molded respoEVA sockliner for anatomical fit and great step in comfort.
**MIDSOLE:** Lightweight, high rebound midsole compound for a fast and efficient transition. Extended TORSION® SYSTEM for heel and midfoot stability. Full forefoot adiPRENE®⊕ for forefoot propulsion.
**OUTSOLE:** Forefoot lugs for traction on road surfaces. adiWEAR® outsole for best durability in high wear areas.

SIZES  5-12
Q1/Q2
U41846    Black | Metallic Silver | Fresh Pink                    02 | 01 | 11

13

Exhibit 2
Page 66 of 272

FOOTWEAR | ADIZERO™

### adiZero™ adios

h6050h | $110.00

Train in the fastest shoe in the world. Worn by Haile Gebrselassie when he ran a world record 2:03:58. The adios will have you saying goodbye to your previous PBs.

**UPPER:** Environmentally responsible, solvent free synthetic Tirennina suede.
**LINING:** Nonslip lining for comfort and performance.
**INLAY:** Molded respoEVA sockliner for anatomical fit and great step in comfort.
**MIDSOLE:** adiPRENE® insert in heel for comfort and shock absorption. Extended TORSION® SYSTEM for midfoot and forefoot integrity.
**OUTSOLE:** Dual compound rubber outsole, which integrates sticky and blown rubber for a perfect blend of grip and cushioning. Quickstrike for best lightweight durability and flexibility.

SIZES   4–13 | 14 | 15
Q1/Q2
U44151    Intense Green | Black | Metallic Silver                01 | 01 | 11

adiPRENE'
adiPRENE'®
TORSION' SYSTEM
quickstrike



U44151

---

### adiZero™ adios W

h6050h | $110.00

Train in the fastest shoe in the world. The adios will have you saying goodbye to your previous PBs.

**UPPER:** Environmentally responsible, solvent free synthetic Tirennina suede.
**LINING:** Nonslip lining for comfort and performance.
**INLAY:** Molded respoEVA sockliner for anatomical fit and great step in comfort.
**MIDSOLE:** adiPRENE® insert in heel for comfort and shock absorption. Extended TORSION® SYSTEM for midfoot and forefoot integrity.
**OUTSOLE:** Dual compound rubber outsole, which integrates sticky and blown rubber for a perfect blend of grip and cushioning. Quickstrike for best lightweight durability and flexibility.

SIZES   5–12
Q1/Q2
G44723    Intense Green | Black | Fresh Pink                01 | 01 | 11

adiPRENE'
adiPRENE'®
TORSION' SYSTEM
quickstrike



G44723

14

Exhibit 2
Page 67 of 272



U41848

adiPRENE®
adiPRENE®⊕
FORMOTION®
adiWEAR®
TORSION® SYSTEM
pro-moderator

### adiZero™ Tempo 4 M

h5500h | $100.00

The lightest shoe in its class, it gives you everything you need, nothing you don't. Pure and simple in appearance and function, this is the ultimate lightweight stability running shoe.

**UPPER:** Air mesh upper for maximum ventilation.
**LINING:** Nonslip lining for maximum performance.
**INLAY:** Lightweight molded foam insole for comfort and cushioning.
**MIDSOLE:** TORSION® SYSTEM for midfoot integrity. Full forefoot adiPRENE®⊕ for forefoot propulsion. Pro moderator medial support device prevents overpronation.
**OUTSOLE:** Blown rubber outsole for lightweight grip and cushion. adiWEAR® outsole for best durability in high wear areas.

SIZES  6 5-13 I 14 I 15
Q1/Q2
U41848    Running White | Black Green Metallic | Intense Green                    01 | 01 | 11

FOOTWEAR | ADIZERO™



G43523

adiPRENE®
adiPRENE®⊕
FORMOTION®
adiWEAR®
TORSION® SYSTEM
pro-moderator

### adiZero™ Tempo 4 W

h5500h | $100.00

The lightest shoe in its class, it gives you everything you need, nothing you don't. Pure and simple in appearance and function, this is the ultimate lightweight stability running shoe.

**UPPER:** Air mesh upper for maximum ventilation.
**LINING:** Nonslip lining for maximum performance.
**INLAY:** Lightweight molded foam insole for comfort and cushioning.
**MIDSOLE:** Full forefoot adiPRENE®⊕ for forefoot propulsion. TORSION® SYSTEM for midfoot integrity. Pro moderator medial support device prevents overpronation.
**OUTSOLE:** Blown rubber outsole for lightweight grip and cushion. adiWEAR® outsole for best durability in high wear areas.

SIZES  5-12
Q1/Q2
G43523    Running White | Black Blue Metallic | Fresh Splash                    01 | 01 | 11

15

Exhibit 2
Page 68 of 272

FOOTWEAR | ADIZERO™

## adiZero™ Boston M

h5500h | $100.00

A serious lightweight neutral trainer that is built for speed. Made to stay responsive and fast through the hard training. Your feet will be flying.

**UPPER:** Air mesh upper for maximum ventilation.
**LINING:** Nonslip lining for maximum performance.
**INLAY:** Lightweight molded foam insole for comfort and cushioning. adiPRENE® 45 lasting for added comfort and cushioning.
**MIDSOLE:** TORSION® SYSTEM for midfoot integrity. Full forefoot adiPRENE®⊕ for forefoot propulsion.
**OUTSOLE:** Blown rubber outsole for lightweight grip and cushion. adiWEAR® outsole for best durability in high wear areas.

SIZES   6 5-13 | 14 | 15
Q1/Q2
G43511    Collegiate Royal | Metallic Silver | Acid Buzz                      01 | 01 | 11

adiPRENE°
adiPRENE°⊕
FORMOTION°
adiWEAR°
TORSION° SYSTEM



G43511

## adiZero™ Boston W

h5500h | $100.00

A serious lightweight neutral trainer that is built for speed. Made to stay responsive and fast through the hard training. Your feet will be flying.

**UPPER:** Air mesh upper for maximum ventilation.
**LINING:** Nonslip lining for maximum performance.
**INLAY:** Lightweight molded foam insole for comfort and cushioning. adiPRENE® 45 lasting for added comfort and cushioning.
**MIDSOLE:** Full forefoot adiPRENE®⊕ for forefoot propulsion. TORSION® SYSTEM for midfoot integrity.
**OUTSOLE:** Blown rubber outsole for lightweight grip and cushion. adiWEAR® outsole for best durability in high wear areas.

SIZES   5-12
Q1/Q2
G44746    Fresh Lemon | Black | Fresh Splash                      01 | 01 | 11

adiPRENE°
adiPRENE°⊕
FORMOTION°
adiWEAR°
TORSION° SYSTEM



G44746

16

Exhibit 2
Page 69 of 272



G43524

adiPRENE'⊕

adiWEAR'

TORSION' SYSTEM

TRAXION'

### adiZero™ XT

h4950h | $90.00

This low profile shoe takes speedy looks to a new level. Style, comfort and cool all come together in this great all around shoe.

**UPPER:** EVA tongue construction for maximum comfort.
**LINING:** Nonslip lining for comfort and performance.
**INLAY:** Molded respoEVA sockliner for anatomical fit and great step in comfort.
**MIDSOLE:** TORSION® SYSTEM for midfoot integrity. Full forefoot adiPRENE®⊕ for forefoot propulsion.
**OUTSOLE:** High traction rubber. Ultimate in grip. Sticky rubber. Superior water traction. TRAXION™ outsole for maximum grip in all directions. adiWEAR® outsole for best durability in high wear areas.

SIZES   4-13 | 14 | 15
Q1/Q2
G43524    Black | Metallic Silver | Intense Green                                    01 | 01 | 11

FOOTWEAR | ADIZERO™



G43520

adiPRENE'⊕

adiWEAR'

TORSION' SYSTEM

### adiZero™ Rocket

h4400h | $80.00

This new racing flat is lightning fast and just as deadly. With a sleek, asymmetrical design, the adiZero™ Rocket is focused on winning performance, from 5Ks to marathons.

**UPPER:** Asymmetrical upper design. Air mesh upper for maximum ventilation.
**LINING:** Nonslip lining for maximum performance.
**INLAY:** Molded respoEVA sockliner for anatomical fit and great step in comfort.
**MIDSOLE:** Full forefoot adiPRENE®⊕ for forefoot propulsion and efficiency. TORSION® SYSTEM for midfoot integrity.
**OUTSOLE:** adiWEAR® outsole for best durability in high wear areas. Blown rubber outsole for lightweight grip and cushion. Flex grooves for optimum forefoot flexibility. Forefoot lugs for traction on road surfaces.

SIZES   4-13
Q1/Q2
G43520    Running White | Black | Intense Green                                    01 | 01 | 11

Exhibit 2
Page 70 of 272

FOOTWEAR | ADIZERO™

### adiZero™ Mana 5 M

h4400h | $80.00

Train hard, race hard in this performance trainer for distance runners. Added medial support and responsive forefoot enhances toe push off, so your speedwork stays speedy.

**UPPER:** Air mesh upper for maximum ventilation.
**LINING:** Nonslip lining for comfort and performance.
**INLAY:** Molded respoEVA sockliner for anatomical fit and great step in comfort.
**MIDSOLE:** Dual density midsole for pronation control. adiPRENE® insert for comfort and shock absorption. TORSION® SYSTEM for midfoot integrity.
**OUTSOLE:** Blown rubber outsole for lightweight grip and cushion. adiWEAR® outsole for best durability in high wear areas.

SIZES   4–13 I 14 I 15
Q1/Q2
G43515    Acid Buzz | Black | Metallic Silver                    01 | 01 | 11

adiPRENE'
adiPRENE'⊕
adiWEAR'
TORSION' SYSTEM



G43515

---

### adiZero™ Mana 5 W

h4400h | $80.00

Train hard, race hard in this performance trainer for distance runners. Added medial support and responsive forefoot enhances toe push off, so your speedwork stays speedy.

**UPPER:** Air mesh upper for maximum ventilation.
**LINING:** Nonslip lining for comfort and performance.
**INLAY:** Molded respoEVA sockliner for anatomical fit and great step in comfort.
**MIDSOLE:** Dual density midsole for pronation control. adiPRENE® insert for comfort and shock absorption. TORSION® SYSTEM for midfoot integrity.
**OUTSOLE:** Blown rubber outsole for lightweight grip and cushion. adiWEAR® outsole for best durability in high wear areas.

SIZES   5–12
Q1/Q2
G43517    Running White | Black Red Metallic | Fresh Pink           01 | 01 | 11

adiPRENE'
adiPRENE'⊕
adiWEAR'
TORSION' SYSTEM



G43517

18

Exhibit 2
Page 71 of 272



Exhibit 2
Page 72 of 272







## Superstar 2 – Suede

**history:** The adidas Originals Superstar has proven itself on the basketball court and in the streets since 1970. These newest Superstar shoes feature soft suede in fresh new colors for summer.

| | | |
|---|---|---|
| V22966 | tan blend : dark indigo : white | 1/1/12 |
| V22967 | dark indigo : half orange : white | 1/1/12 |

**price:** $75.00
**sizes:** 4-12,13,14

17

Exhibit 2
Page 73 of 272



**men's | footwear | everyday iconics**









## Superstar 2

history: The adidas Originals Superstar 2 has proven itself on the basketball court and in the streets since 1970. This classic leather version comes in colors to match all of your favorite tracksuits.

| | | |
|---|---|---|
| V24477 | black : black : core energy | 2/1/12 |
| V24475 | white : white : prime blue | 3/1/12 |
| G17067 | black : white : black | C.O. |
| G17068 | white : black : white | C.O. |
| G17071 | white : white : white | C.O. |
| G17070 | white : new navy : white | C.O. |
| G17069 | white : fairway : white | C.O. |
| G43681 | white : light scarlet : white | C.O. |
| G14748 | black : black : black | C.O. |
| G17205 | white : satellite : white | C.O. |
| G15564 | white : cardinal : white | C.O. |

price: $70.00
sizes: 4-15,16,17,18,19,20,21



18

Exhibit 2
Page 74 of 272









## Samoa

history: This easygoing sneaker with a signature suede toe box has been a fan favorite for decades.

| | | |
|---|---|---|
| 019351 | black : white | C.O. |
| 675033 | white : black | C.O. |
| 133759 | white : white | C.O. |
| G22597 | white : fairway : fairway | C.O. |
| G22596 | black : black : metallic silver | C.O. |
| G22593 | cardinal : white | C.O. |
| G24861 | new navy : white | C.O. |

price: $60.00

sizes: 4-12,13,14

Exhibit 2
Page 75 of 272



**men's | footwear | everyday iconics**







### Samba®

history: When introduced in 1962, the Samba® was the first football training shoe developed for frozen pitches. Since then the Samba® has evolved from its original purpose as a training shoe to a terrace staple and has gone on to become a modern day street classic in its own right.

| | | |
|---|---|---|
| G19472 | white : new navy : gum | C.O. |
| G21947 | white : light scarlet : gum | C.O. |
| G42701 | white : fairway : gum | C.O. |
| G17100 | black : white : black | C.O. |
| G17102 | white : black : white | C.O. |

price: $65.00
sizes: 4-12,13,14

20

Exhibit 2
Page 76 of 272







### Campus 2 – Leather

**history:** Arguably the most iconic adidas sneaker ever produced, the Campus simply never goes out of style. Outfitted in leather, the adidas Originals Campus 2 – Leather lives up to the legacy, with contrast 3-Stripes, gold logo details and a durable Superstar rubber outsole.

| | | |
|---|---|---|
| G49417 | white : white : white | 1/1/12 |
| G49418 | black : black : black | 1/1/12 |
| G49421 | white : new navy : new navy | 1/1/12 |
| G49419 | white : core energy : core energy | 2/1/12 |
| G49420 | white : grey blend : grey blend | 3/1/12 |

**price:** $65.00
**sizes:** 4-12,13,14



### Campus 2 – Suede

**history:** Arguably the most iconic adidas sneaker ever produced, the Campus simply never goes out of style. Outfitted in soft suede, the adidas Originals Campus 2 – Suede lives up to the legacy, with contrast 3-Stripes, gold logo details and a durable Superstar rubber outsole.

| | | |
|---|---|---|
| 034894 | black : white | C.O. |
| 034895 | navy : white | C.O. |
| V22888 | light grey : white : light grey | C.O. |
| G06027 | mid cinder : white | C.O. |
| G22960 | black : black : black | C.O. |
| G22970 | cardinal : white : cardinal | C.O. |

**price:** $65.00
**sizes:** 4-12,13,14

21

Exhibit 2
Page 77 of 272



**men's | footwear | everyday iconics**





### Rod Laver

**history:** Worn by the legendary tennis superhero, the adidas Originals Rod Laver shoe brings center court to the street. This season updates the original's all-white body with classic seasonal colors in a textural mix of mesh and leather.

| | | |
|---|---|---|
| G47881 | black : black : white | 2/1/12 |
| G47882 | collegiate navy : collegiate navy : prime yellow | 2/1/12 |
| G47880 | medium lead : medium lead : core energy | 2/1/12 |
| 668701 | white : green | C.O. |
| 668702 | white : navy | C.O. |

**price:** $60.00
**sizes:** 4-15,16,17,18



### Gazelle 2

**history:** Originally released in 1968 as an all-around trainer, the Gazelle soon became an international sneaker icon. Today's adidas Originals Gazelle 2 continues the legacy, with a soft suede upper and contrast 3-Stripes at the side.

| | | |
|---|---|---|
| 032622 | black : white | C.O. |
| 034581 | marine : white | C.O. |

**price:** $65.00
**sizes:** 4-12,13,14

Exhibit 2
Page 78 of 272



**men's | footwear | everyday iconics**









### adistar™ Racer

history: Sleek, lightweight and lo-profile, the adidas Originals adistar™ Racer brings a speedy, retro running-shoe look to your everyday style. Features a breezy double-layer mesh build and classic suede overlays.

| | | |
|---|---|---|
| V22767 | pool : white : slate | 1/1/12 |
| V22768 | light maroon : white : cardinal | 1/1/12 |
| V22769 | black : white : black | 1/1/12 |
| V22770 | white : black : white | 1/1/12 |

price: $65.00
sizes: 4-12,13,14

23


Exhibit 2
Page 79 of 272



**men's | footwear | everyday iconics**







### adilette

**history:** First introduced in 1972 and going strong ever since, the adidas Originals adilette is the sport slide that started it all.

| | | |
|---|---|---|
| V24312 | white : dark indigo : light scarlet | 3/1/12 |
| 280648 | white : black : white | C.O. |
| 280647 | black : white : black | C.O. |
| 288022 | new navy : white : new navy | C.O. |

**price:** $30.00
**sizes:** 4-16 FS

24

Exhibit 2
Page 80 of 272



Exhibit 2
Page 81 of 272



**women's | footwear | everyday iconics**





### Superstar 2 W

**history:** First hitting the courts in 1970, the adidas Originals Superstar was the first basketball shoe to feature an all-leather upper and the now-famous shell toe. This version for the ladies sports feminine colorways to hook to your favorite track top.

| | | |
|---|---|---|
| V22849 | black : bloom : white | 1/1/12 |
| V22846 | white : dark indigo : white | 1/1/12 |
| G47753 | white : power pink : power pink | 2/1/12 |
| 901019 | white : white : white | C.O. |
| G47967 | black : black : black | C.O. |

**price:** $70.00
**sizes:** 5-11





### Samoa W

**history:** This easygoing leather sneaker with a signature suede toe box has been a fan favorite for decades. This edition of the adidas Originals Samoa stays true to the original with bold 3-Stripes in seasonal pop colors.

| | | |
|---|---|---|
| G47676 | white : ultra pop : ultra pop | 2/1/12 |
| G47677 | white : collegiate aqua : collegiate aqua | 3/1/12 |
| G20682 | white : white : silver | C.O. |
| G23426 | white : black : white | C.O. |

**price:** $60.00
**sizes:** 5-11

34

Exhibit 2
Page 82 of 272



**women's | footwear | everyday iconics**





### Honey Stripes Mid W

**history:** The mid-cut adidas Originals Honey Stripes Mid shoe brings back classic 80s leisure style.

| | | |
|---|---|---|
| V24727 | white : bloom : white | 1/1/12 |
| V24730 | marine : marine : white | 2/1/12 |
| V24726 | black : white : black | C.O. |
| G43682 | white : metallic silver : white | C.O. |

**price:** $55.00
**sizes:** 5-11



### Honey Stripes Lo W

**history:** The lo-cut adidas Originals Honey Stripes Lo shoe brings back classic 80s leisure style.

| | | |
|---|---|---|
| V24724 | dark indigo : dark indigo : white | 2/1/12 |
| G43668 | white : metallic silver : white | C.O. |
| G43669 | black : white : black | C.O. |

**price:** $52.00
**sizes:** 5-11



### Honey Hook W

**history:** The adidas Originals Honey Hook is the latest evolution of the classic 80s sneaker. Featuring vulcanized rubber outsoles just like the original shoe, this casual version has a simple suede upper, cotton twill tongue and outdoor-inspired hook lacing.

| | | |
|---|---|---|
| V24255 | marine : marine : light bone | 1/1/12 |
| V24256 | core energy : core energy : light bone | 1/1/12 |
| V24257 | light bone : light bone : marine | 1/1/12 |

**price:** $70.00
**sizes:** 5-11

36

Exhibit 2
Page 83 of 272



Exhibit 2
Page 84 of 272



Exhibit 2
Page 85 of 272

# footwear /// everyday iconics





G59967

## superstar 2

history: Originally appearing in 1969 as a lo-top basketball shoe, the adidas Originals Superstar 2 continues the legacy without losing any of its original charm.

| | | |
|---|---|---|
| G59967 | white : black : light scarlet | 1/1/13 |
| G59924 | black : tech grey : vivid yellow | 2/1/13 |
| G59927 | white : black : turquoise | 3/1/13 |
| G14748 | black : black : black | C.O. |
| G17067 | black : white : black | C.O. |
| G17068 | white : black : white | C.O. |
| G17071 | white : white : white | C.O. |
| G17070 | white : new navy : white | C.O. |
| wG43681 | white : light scarlet : white | C.O. |

price: $70.00 : s3850s
sizes: 4-15,16,17,18,19,20,21







G59924






G59927






G14748

G17067

G17068

G17071

G17070

G43681

**19**

Exhibit 2
Page 86 of 272

**men's**



G49852



G49851

## pro model – leather

**history:** Styled just like the original late-70s basketball shoe, this adidas Pro Model reissue has a classic all-leather build, the iconic shell-toes, and gold metallic logos on the tongue, heel tab and lateral wordmark.

| | | |
|---|---|---|
| G59930 | white : new navy : metallic gold | 1/1/13 |
| G49852 | white : black : metallic gold | C.O. |
| G49851 | white : white : metallic gold | C.O. |

**price:** $78.00 : s4290s
**sizes:** 4-14



G59930







G65620

G65619

## pro model – nubuck

**history:** Styled just like the original late-70s basketball shoe, this adidas Pro Model reissue is made from synthetic nubuck and features the iconic shell-toes with snakeskin-embossed leather 3-Stripes.

| | | |
|---|---|---|
| G65620 | black : turquoise : metallic gold | 2/1/13 |
| G65619 | tech grey : white : metallic gold | 3/1/13 |

**price:** $78.00 : s4290s
**sizes:** 4-14

**20**

Exhibit 2
Page 87 of 272

# footwear /// everyday iconics





Q23101



Q23103



Q23102



032622



034581

## gazelle 2

history: Originally released in 1968 as an all-around trainer, the Gazelle soon became an international sneaker icon. Today's adidas Originals Gazelle 2 shoes continue the legacy, with soft suede uppers and an ultra-comfy mesh lining.

| | | |
|---|---|---|
| Q23101 | dark petrol : white : met. gold | 1/1/13 |
| Q23103 | stone : white : metallic gold | 1/1/13 |
| Q23102 | wheat : white : metallic gold | 2/1/13 |
| 032622 | black : white | C.O. |
| 034581 | marine : white | C.O. |

price: $65.00 : s3575s
sizes: 4-14





Q20601



Q20602



G17100



G17102

## samba®

history: The adidas Samba® seems to have been born on the street, but this favorite adidas shoe first debuted as a football trainer designed to negotiate frozen pitches. This latest adidas Samba® features eco-friendly materials inside and out.

| | | |
|---|---|---|
| Q20601 | cardinal : bliss : metallic gold | 1/1/13 |
| Q20602 | mustard brn. : bliss : met. gold | 1/1/13 |
| G17100 | black : white : gum5 | C.O. |
| G17102 | white : black : gum5 | C.O. |

price: $65.00 : s3575s
sizes: 4-14

men's

**21**

Exhibit 2
Page 88 of 272



Exhibit 2
Page 89 of 272

# footwear /// everyday iconics

**women's**





G65818



G65817





G65819

## vanity vulc mid 2

**history:** The best thing about wearing the women's adidas Originals Vanity Vulc Mid 2 is the sassy zip front that can be worn opened or closed. Features a seasonal all-canvas build, classic leather 3-Stripes and a vulcanized rubber outsole.

| | | |
|---|---|---|
| G65819 | legend ink : vivid pink : white | 1/1/13 |
| G65818 | black : white : blaze pink | 2/1/13 |
| G65817 | true blue : white : red zest | 3/1/13 |

**price:** $65.00 : s3575s

**sizes:** 5-11



G65650




G65649




G59863




Q23588



901019

## superstar 2 w

**history:** Originally appearing in 1969 as a lo-top basketball shoe, the adidas Originals Superstar 2 W continues the legacy without losing any of its original charm.

| | | |
|---|---|---|
| G65650 | white : vivid pink : white | 1/1/13 |
| G65649 | white : black : vivid red | 2/1/13 |
| Q23588 | black : white : blaze pink | 2/1/13 |
| G59863 | white : red zest : true blue | 3/1/13 |
| 901019 | white : white : white | C.O. |

**price:** $70.00 : s3850s

**sizes:** 5-11

**40**

Exhibit 2
Page 90 of 272

# footwear /// everyday iconics





G23426



G20682



G67108

**samoa w**

history: This easygoing leather sneaker has been a fan favorite for decades.

| G20682 | white : white : silver | C.O. |
| G23426 | white : black : white | C.O. |

price: $65.00 : s3575s
sizes: 5-11

**samoa w – valentine**

history: This easygoing leather sneaker has been a fan favorite for decades. Updated for the season in a fun Valentine's Day execution.

| G67108 | white : white : vivid red | 2/1/13 |

price: $65.00 : s3575s
sizes: 5-11

**women's**

**41**

Exhibit 2
Page 91 of 272



Exhibit 2
Page 92 of 272

FOOTWEAR | BOOST™



G97561

G96599

Q34010

micoach
**boost**
ADIWEAR™
FORMOTION™
GEOFIT™
techfit
TORSION® SYSTEM

## Energy Boost M
$150.00 | h8250h

### BENEFITS

- revolutionary new midsole developed by adidas Innovative Technology (AIT) team

- midsole designed to stay the same density from 1 mile to 600 miles and on

- seamless upper designed to maximize comfort while reducing potential irritation on top of the foot

- GEOFIT™ collar allows for a more secure yet softer feel around the ankle and Achilles during the running gait cycle

- dual TORSION® SYSTEM allows for a smoother transition during heelstrike to midfoot stance transition

- ZONEMOTION outsole ensures a smooth transition

- upper adapts to your individual foot shape

- midsole will not lose cushioning due to warm or cold weather

### GOOD TO KNOWS

- concept spent 5 years in development and testing before being brought to market

- techfit™ upper has TPU welded onto the top to hold the foot securely in place during the run cycle

- designed for the runner within the 7-12 minute-per-mile pace

### TECHNICAL SPECIFICATIONS

- 22/12mm midsole heights
- 10mm drop
- 276g/9.74oz. (men's size 9)
- 55c durometer
- 87/111mm bottom nets (men's size 9)

SIZES : 6.5  13 | 14 | 15
Q3/Q4

| | | |
|---|---|---|
| **Q34010** | Electricity | Running White | Blue Beauty | 08 | 01 | 13 |
| **G97561** | Night Shade | Night Metallic | Hi Res Red | 08 | 01 | 13 |
| **G96599** | Prime Blue | Neo Iron Metallic | Infrared | 06 | 01 | 13 |

Exhibit 2
Page 93 of 272



G97559

Q21115

G97558

micoach

boost

ADIWEAR™

FORMOTION®

GEOFIT™

techfit

TORSION® SYSTEM

## Energy Boost W

$150.00 I h8250h

### BENEFITS

- revolutionary new midsole developed by adidas Innovative Technology (AIT) team
- midsole designed to stay the same density from 1 mile to 600 miles and on
- seamless upper designed to maximize comfort while reducing potential irritation on top of the foot
- GEOFIT™ collar allows for a more secure yet softer feel around the ankle and Achilles during the running gait cycle
- dual TORSION® SYSTEM allows for a smoother transition during heelstrike to midfoot stance transition
- ZONEMOTION outsole ensures a smooth transition
- upper adapts to your individual foot shape
- midsole will not lose cushioning due to warm or cold weather

### GOOD TO KNOWS

- concept spent 5 years in development and testing before being brought to market
- techfit™ upper has TPU welded onto the top to hold the foot securely in place during the run cycle
- designed for the runner within the 7-12 minute-per-mile pace

### TECHNICAL SPECIFICATIONS

- 22/12mm midsole heights
- 10mm drop
- 233g/8.2oz. (women's size 7)
- 55c durometer
- 87/111mm bottom nets (men's size 9)

SIZES : 5 12

Q3/Q4

| | | |
|---|---|---|
| **G97558** | Electricity \| Metallic Silver \| Black | 08 \| 01 \| 13 |
| **G97559** | Dark Onix \| Tech Silver Metallic \| Blast Emerald | 08 \| 01 \| 13 |
| **Q21115** | Vivid Pink \| Neo Iron Metallic \| Red Zest | 06 \| 01 \| 13 |



G95112

micoach
boost
FORMOTION
GEOFIT
TORSION SYSTEM

## Adios Boost M
$140.00 | h7700h

### BENEFITS

- revolutionary new midsole developed by adidas Innovative Technology (AIT) team
- midsole designed to stay the same density from 1 mile to 600 miles and on
- clover-shaped Coolever mesh designed to reduce moisture around the foot
- GEOFIT™ collar allows for a more secure yet softer feel around the ankle and Achilles during the running gait cycle
- full-length TORSION® SYSTEM designed for maximum propulsion off of the toe when moving at efficient rates

### GOOD TO KNOWS

- concept spent 5 years in development and testing before being brought to market
- designed for athletes, from elites to mere mortals, looking to set their PRs
- designed for the runner within the 4-9 minute-per-mile pace

### TECHNICAL SPECIFICATIONS

- 19.5/9mm midsole heights
- 10.5mm drop
- 226g/8oz. (men's size 9)
- 55c durometer
- 80/107mm bottom nets (men's size 9)

SIZES : 7  13 | 14 | 15
Q4
**G95112**  Hero Ink | Metallic Silver | Infrared        10 | 01 | 13

12

Exhibit 2
Page 95 of 272





Q21501

micoach
boost
FORMOTION'
GEOFIT'
TORSION' SYSTEM

### Adios Boost W
$140.00 | h7700h

**BENEFITS**

- revolutionary new midsole developed by adidas Innovative Technology (AIT) team
- midsole designed to stay the same density from 1 mile to 600 miles and on
- clover-shaped Coolever mesh designed to reduce moisture around the foot
- GEOFIT™ collar allows for a more secure yet softer feel around the ankle and Achilles during the running gait cycle
- full-length TORSION® SYSTEM designed for maximum propulsion off of the toe when moving at efficient rates

**GOOD TO KNOWS**

- concept spent 5 years in development and testing before being brought to market
- designed for athletes, from elites to mere mortals, looking to set their PRs
- designed for the runner within the 4-9 minute-per-mile pace

**TECHNICAL SPECIFICATIONS**

- 19.5/9mm midsole heights
- 10.5mm drop
- 187g/6.6oz. (women's size 7)
- 55c durometer
- 80/107mm bottom nets (men's size 9)

SIZES : 5 12
Q4

| | | | |
|---|---|---|---|
| **Q21501** | Blast Purple | Tech Silver | Red Zest | 10 | 01 | 13 |

13

Exhibit 2
Page 96 of 272



G97675

miCoach
boost
FORMOTION™
GEOFIT™
PRO-MODERATOR™
techfit
TORSION™ SYSTEM

### Adistar Boost M
$170.00 | h9350h

**BENEFITS**

• revolutionary new midsole developed by adidas Innovative Technology (AIT) team

• midsole designed to stay the same density from 1 mile to 600 miles and on

• seamless techfit™ upper designed to maximize comfort while reducing potential irritation on top of the foot

• GEOFIT™ collar allows for a more secure yet softer feel around the ankle and Achilles during the running gait cycle

• dual TORSION® SYSTEM allows for a smoother transition during heel strike to midfoot stance transition

• FORMOTION® heel allows for a guided transition into the midfoot area

• foot-activated stability for better midfoot transition into the toe-off

• PRO-MODERATOR™ skin on the medial side allows for additional guidance throughout the gait cycle

**GOOD TO KNOWS**

• concept spent 5 years in development and testing before being brought to market

• techfit™ upper has TPU welded onto the top to hold the foot securely in place through the run cycle

• designed for the runner within the 7-12 minute-per-mile pace

**TECHNICAL SPECIFICATIONS**

• 22/11mm midsole heights

• 11mm drop

• 315g/11.1oz. (men's size 9)

• 55c durometer

• 87/111mm bottom nets (men's size 9)

SIZES : 6.5  15
Q3/Q4
**G97675**   Tech Grey | Black | Hi  Res Red                08 | 01 | 13

14

Exhibit 2
Page 97 of 272





G97677

micoach
boost
FORMOTION™
GEOFIT™
PRO-MODERATOR™
techfit
TORSION™ SYSTEM

## Adistar Boost W

$170.00 | h9350h

### BENEFITS

- revolutionary new midsole developed by adidas Innovative Technology (AIT) team

- midsole designed to stay the same density from 1 mile to 600 miles and on

- seamless techfit™ upper designed to maximize comfort while reducing potential irritation on top of the foot

- GEOFIT™ collar allows for a more secure yet softer feel around the ankle and Achilles during the running gait cycle

- dual TORSION® SYSTEM allows for a smoother transition during heel strike to midfoot stance transition

- FORMOTION® heel allows for a guided transition into the midfoot area

- foot-activated stability for better midfoot transition into the toe-off

- PRO-MODERATOR™ skin on the medial side allows for additional guidance throughout the gait cycle

### GOOD TO KNOWS

- concept spent 5 years in development and testing before being brought to market

- techfit™ upper has TPU welded onto the top to hold the foot securely in place through the run cycle

- designed for the runner within the 7-12 minute-per-mile pace

### TECHNICAL SPECIFICATIONS

- 22/11mm midsole heights

- 11mm drop

- 269g/9.5oz. (women's size 7)

- 55c durometer

- 87/111mm bottom nets (men's size 9)

SIZES : 5  12
Q3/Q4
**G97677**   Blast Pink | Tech Silver Metallic | Pride Pink       08 | 01 | 13

15

Exhibit 2
Page 98 of 272



G97321

G97322

G97323

Q33795

micoach
ADIPRENE°
ADIPRENE+
ADIWEAR°
FITFOAM°
FORMOTION°
GEOFIT°
TORSION° SYSTEM

## Supernova Glide 5 M
$115.00 | h6325h

### BENEFITS

• seamless upper designed to maximize comfort while reducing irritation on top of the foot

• GEOFIT™ collar allows for a more secure yet softer feel around the ankle and Achilles during the running gait cycle

• dual TORSION® SYSTEM allows for a smoother transition from heelstrike to midfoot stance

• ZONEMOTION outsole ensures a smooth transition

• 21% more traction in dry conditions and 23% more traction in wet conditions, delivered via Continental Rubber in the toe and heel regions

### GOOD TO KNOWS

• lower volume toe box region to maximize fit while maintaining faster feel

• active FORMOTION® upper moves with the foot more naturally during the gait cycle

• designed for the runner within the 7-12 minute-per-mile pace

### TECHNICAL SPECIFICATIONS

• 23.5/11.5mm midsole heights

• 12mm drop

• 318g/11.2oz. (men's size 9)

• 55c durometer

• 87/111mm bottom nets (men's size 9)

SIZES : 6.5 13 | 14 | 15
Q3/Q4

| | | |
|---|---|---|
| Q33795 | Light Onix | Metallic Silver | Electricity | 06 | 01 | 13 |
| G97321 | Blue Beauty | Metallic Silver | Electricity | 06 | 01 | 13 |
| G97322 | Electricity | Metallic Silver | Night Metallic | 06 | 01 | 13 |
| G97323 | Black | Neo Iron Metallic | Infrared | 06 | 01 | 13 |

16

Exhibit 2
Page 99 of 272



G97326

Q33796

Q33797

G97324

**mi**coach
ADIPRENE™
ADIPRENE™+
ADIWEAR™
FITFOAM™
FORMOTION™
GEOFIT™
TORSION™ SYSTEM

## Supernova Glide 5 W

$115.00 | h6325h

### BENEFITS

- seamless upper designed to maximize comfort while reducing irritation on top of the foot
- GEOFIT™ collar allows for a more secure yet softer feel around the ankle and Achilles during the running gait cycle
- dual TORSION® SYSTEM allows for a smoother transition from heelstrike to midfoot stance transition
- ZONEMOTION outsole ensures a smooth transition
- 21% more traction in dry conditions and 23% more traction in wet conditions, delivered via Continental Rubber in the toe and heel regions

### GOOD TO KNOWS

- lower volume toe box region to maximize fit while maintaining faster feel
- active FORMOTION® upper moves with the foot more naturally during the gait cycle
- designed for the runner within the 7-12 minute-per-mile pace

### TECHNICAL SPECIFICATIONS

- 23.5/11.5mm midsole heights
- 12mm drop
- 262g/9.3oz. (women's size 7)
- 55c durometer
- 87/111mm bottom nets (men's size 9)

SIZES : 5 12
Q3/Q4

| | | |
|---|---|---|
| **G97324** | Black | Neo Iron Metallic | Blast Purple | 06 | 01 | 13 |
| **G97326** | Blast Pink | Tech Silver Metallic | Red Zest | 06 | 01 | 13 |
| **Q33796** | Prism Blue | Metallic Silver | Blast Pink | 06 | 01 | 13 |
| **Q33797** | Light Onix | Tech Silver Metallic | Prism Mint | 06 | 01 | 13 |

Exhibit 2
Page 100 of 272



Q33798

miCoach
ADIPRENE®
ADIPRENE®+
ADIWEAR®
FITFOAM®
FORMOTION®
GEOFIT™
TORSION® SYSTEM

### Supernova Glide ATR M

$115.00 | h6325h

**BENEFITS**

- weather-resistant upper allows for protection against the elements on and off the trail

- toe cap designed to protect the foot against the terrain while providing added weather protection

- GEOFIT™ collar allows for a more secure yet softer feel around the ankle and Achilles during the running gait cycle

- dual TORSION® SYSTEM allows for a smoother transition from heelstrike to midfoot stance

- mud-release outsole ensures that mud and dirt are left on the trail and outdoors

- aggressive outsole lugs are biomechanically designed to grip the surface where traction is needed

- 21% more traction in dry conditions and 23% more traction in wet conditions, delivered via Continental Rubber in the toe and heel regions

**GOOD TO KNOWS**

- design language incorporates all of the benefits of the Supernova Glide with added trail and weather protection

- active FORMOTION® upper moves with the foot more naturally during the gait cycle

- designed for the runner within the 7-12 minute-per-mile pace

**TECHNICAL SPECIFICATIONS**

- 23.5/11.5mm midsole heights

- 12mm drop

- 340g/12oz. (men's size 9)

- 55c durometer

- 87/111mm bottom nets (men's size 9)

SIZES : 6.5  13 | 14 | 15
Q3/Q4

| | | | |
|---|---|---|---|
| Q33798 | Black | Metallic Silver | Hi Res Red | 06 | 01 | 13 |

18

Exhibit 2
Page 101 of 272





Q33799

micoach
ADIPRENE
ADIPRENE+
ADIWEAR
FITFOAM
FORMOTION
GEOFIT
TORSION SYSTEM

## Supernova Glide ATR W
$115.00 | h6325h

### BENEFITS
- weather-resistant upper allows for protection against the elements on and off the trail
- toe cap designed to protect the foot against the terrain while providing added weather protection
- GEOFIT™ collar allows for a more secure yet softer feel around the ankle and Achilles during the running gait cycle
- dual TORSION® SYSTEM allows for a smoother transition from heelstrike to midfoot stance
- mud-release outsole ensures that mud and dirt are left on the trail and outdoors
- aggressive outsole lugs are biomechanically designed to grip the surface where traction is needed
- 21% more traction in dry conditions and 23% more traction in wet conditions, delivered via Continental Rubber in the toe and heel regions

### GOOD TO KNOWS
- design language incorporates all of the benefits of the Supernova Glide with added trail and weather protection
- active FORMOTION® upper moves with the foot more naturally during the gait cycle
- designed for the runner within the 7-12 minute-per-mile pace

### TECHNICAL SPECIFICATIONS
- 23.5/11.5mm midsole heights
- 12mm drop
- 287g/10.1oz. (women's size 7)
- 55c durometer
- 87/111mm bottom nets (men's size 9)

SIZES : 5 12
Q3/Q4
**Q33799**   Night Shade | Metallic Silver | Electricity       06 | 01 | 13

19

Exhibit 2
Page 102 of 272



Q21562

micoach
ADIPRENE®
ADIPRENE®+
ADIWEAR®
FORMOTION®
SPRINTWEB
TORSION® SYSTEM

## Adizero Boston 4 M

$110.00 | h6050h

### BENEFITS

- improved last allows for better fit through the midfoot and forefoot region
- dual TORSION® SYSTEM bars provide stability through the midfoot phase of the gait cycle
- molded heel provides a better fit and hold through the entire running gait
- 21% more traction in dry conditions and 23% more traction in wet conditions, delivered via Continental Rubber
- microsuede midfoot allows for a better fit and hold

### GOOD TO KNOWS

- forefoot SPRINTWEB guarantees a better, faster fit for the neutral foot type
- complete redesign of the Boston allows for it to be an everyday training shoe
- designed for the runner within the 6-9 minute-per-mile pace

### TECHNICAL SPECIFICATIONS

- 23/11mm midsole heights
- 12mm drop
- 270g/9.25oz. (men's size 9)
- 55c durometer
- 83/108mm bottom nets (men's size 9)

SIZES : 6.5  13 | 14 | 15
Q3/Q4

| Q21562 | Black | Metallic Silver | Infrared | 06 | 01 | 13 |

20

Exhibit 2
Page 103 of 272





Q21563

mi**coach**

ADIPRENE®

ADIPRENE®+

ADIWEAR®

FORMOTION®

SPRINTWEB

TORSION® SYSTEM

### Adizero Boston 4 W

$110.00 | h6050h

**BENEFITS**

- improved last allows for better fit through the midfoot and forefoot region

- dual TORSION® SYSTEM bars provide stability through the midfoot phase of the gait cycle

- molded heel provides a better fit and hold through the entire running gait

- 21% more traction in dry conditions and 23% more traction in wet conditions, delivered via Continental Rubber

- microsuede midfoot allows for a better fit and hold

**GOOD TO KNOWS**

- forefoot SPRINTWEB guarantees a better, faster fit for the neutral foot type

- complete redesign of the Boston allows for it to be an everyday training shoe

- designed for the runner within the 6-9 minute-per-mile pace

**TECHNICAL SPECIFICATIONS**

- 23/11mm midsole heights

- 12mm drop

- 228g/7.3oz. (women's size 7)

- 55c durometer

- 83/108mm bottom nets (men's size 9)

SIZES : 5 12
Q3/Q4

**Q21563**   Blast Purple | Blast Purple Metallic | Red Zest       06 | 01 | 13

21

Exhibit 2
Page 104 of 272





G95119

ADIPRENE®
ADIPRENE®+
TORSION® SYSTEM

## Adizero Adios M

$115.00 | h6325h

### BENEFITS

• Coolever mesh on the upper allows for maximum heat exchange between the foot and the outside air because of the larger weave, to keep the foot cool from start to finish

• 3D external heel counter allows for a more comfortable heel fit and security during faster foot transitions

• three-tiered TORSION® SYSTEM allows for greater forefoot propulsion

• quickstrike configuration in the forefoot provides better grip in the forefoot while reducing weight

• 21% more traction in dry conditions and 23% more traction in wet conditions, delivered via Continental Rubber

### GOOD TO KNOWS

• world's fastest marathon shoe, worn by Patrick Makau when he set the 2:03:38 world record at the Berlin Marathon

• designed for the runner within the 4-7:30 minute-per-mile pace

### TECHNICAL SPECIFICATIONS

• 22/11mm midsole heights

• 11mm drop

• 210g/7.4oz. (men's size 9)

• 53c durometer

• 78/108mm bottom nets (men's size 9)

SIZES : 6.5  13 | 14 | 15
Q3/Q4

**G95119**  Blast Purple | Black | Infrared          06 | 01 | 13

22

Exhibit 2
Page 105 of 272





G95137

ADIPRENE°
ADIPRENE°+
TORSION° SYSTEM

## Adizero Adios W

$115.00 | h6325h

### BENEFITS

• Coolever mesh on the upper allows for maximum heat exchange between the foot and the outside air because of the larger weave, to keep the foot cool from start to finish

• 3D external heel counter allows for a more comfortable heel fit and security during faster foot transitions

• three-tiered TORSION® SYSTEM allows for greater forefoot propulsion

• quickstrike configuration in the forefoot provides better grip in the forefoot while reducing weight

• 21% more traction in dry conditions and 23% more traction in wet conditions, delivered via Continental Rubber

### GOOD TO KNOWS

• world's fastest marathon shoe, worn by Patrick Makau when he set the 2:03:38 world record at the Berlin Marathon

• designed for the runner within the 4-7:30 minute-per-mile pace

### TECHNICAL SPECIFICATIONS

• 22/11mm midsole heights

• 11mm drop

• 184g/6.5oz. (women's size 7)

• 53c durometer

• 78/108mm bottom nets (men's size 9)

SIZES : 5 12
Q3/Q4

| G95137 | Blast Purple | Black | Infrared | 06 | 01 | 13 |

23

Exhibit 2
Page 106 of 272



G97413

G97412

micoach
ADILITE™
ADIPRENE™
ADIPRENE™+
ADIWEAR™
FORMOTION™
GEOFIT™+
TORSION® SYSTEM

## Supernova Solution M
$125.00 | h6875h

### BENEFITS

• ADIPRENE® + frame encapsulates the entire foot

• larger FORMOTION® unit stabilizes the foot during longer transitions with the running surface

• midfoot TORSION® SYSTEM combined with ZONEMOTION outsole in the forefoot produces a much smoother transition during the heel-to-toe gait cycle

• 21% more traction in dry conditions and 23% more traction in wet conditions, delivered via Continental Rubber

### GOOD TO KNOWS

• shoe is intended for both neutral and slight pronators

• provides support using "stability through geometry" engineering

• active FORMOTION® upper results in superior midfoot integrity and support

• designed for runners within the 8-13 minute-per-mile pace

### TECHNICAL SPECIFICATIONS

• 24/12mm midsole heights

• 12mm drop

• 350g/12.3oz. (men's size 9)

• 57c durometer

• 90/110mm bottom nets (men's size 9)

SIZES : 6.5  13 | 14 | 15
Q3/Q4

| | | |
|---|---|---|
| **G97413** | Hi Res Red | Metallic Silver | Night Shade | 06 | 01 | 13 |
| **G97412** | Blue Beauty | Metallic Silver | Electricity | 06 | 01 | 13 |

Exhibit 2
Page 107 of 272







G97415



G97414

micoach
ADILITE™
ADIPRENE®
ADIPRENE®+
ADIWEAR™
FORMOTION™
GEOFIT®+
TORSION® SYSTEM

## Supernova Solution W

$125.00 | h6875h

### BENEFITS

- ADIPRENE® + frame encapsulates the entire foot

- larger FORMOTION® unit stabilizes the foot during longer transitions with the running surface

- midfoot TORSION® SYSTEM combined with ZONEMOTION outsole in the forefoot produces a much smoother transition during the heel-to-toe gait cycle

- 21% more traction in dry conditions and 23% more traction in wet conditions, delivered via Continental Rubber

### GOOD TO KNOWS

- shoe is intended for both neutral and slight pronators

- provides support using "stability through geometry" engineering

- active FORMOTION® upper results in superior midfoot integrity and support

- designed for runners within the 8-13 minute-per-mile pace

### TECHNICAL SPECIFICATIONS

- 24/12mm midsole heights

- 12mm drop

- 320g/11.3oz. (women's size 7)

- 57c durometer

- 90/110mm bottom nets (men's size 9)

SIZES : 5  12
Q3/Q4

| | | |
|---|---|---|
| **G97414** Blast Pink | Metallic Silver | Red Zest | 06 | 01 | 13 |
| **G97415** Shade Grey | Tech Silver | Prism Mint | 06 | 01 | 13 |

25

Exhibit 2
Page 108 of 272





G95101

micoach
ADILITE
ADIPRENE+
ADIWEAR
FORMOTION
SPRINTWEB
TORSION SYSTEM

## Adizero Aegis M
$125.00 | h6875h

### BENEFITS

• split-density midsole allows for light impact on lateral side while providing stability on the medial side during the transition phase of the running motion

• ADIPRENE® + medial midsole provides guidance for the foot during the entire running gait cycle while maintaining superior cushioning through toe-off phase

• Continental Rubber outsole on toe-off region along with ADIWEAR™ outsole provides excellent traction on both wet and dry surfaces

• heat-welded SPRINTWEB upper in toe region maintains completely frictionless surface on the top of the foot for faster running

• last modifications allow for snugger heel fit at the Achilles and wider toe box with reduced volume overall for a true performance fit

### GOOD TO KNOWS

• ideal shoe for both the neutral runner and the slight pronator due to the superior "stability through geometry" engineering

• shoe is a great complement for the neutral runner seeking more support on longer training runs

• dual TORSION® SYSTEM for midfoot integrity during middle transition phase of the running gait

• designed for the runner within the 6-9 minute-per-mile pace

### TECHNICAL SPECIFICATIONS

• 23/12mm midsole heights

• 11mm drop

• 255g/9oz. (men's size 9)

• 55c durometer

• 82/107mm bottom nets (men's size 9)

SIZES : 6.5  15
Q3/Q4
**G95101**   Hi Res Red | Night Metallic | Infrared          06 | 01 | 13

Exhibit 2
Page 109 of 272





G95125

micoach
ADILITE™
ADIPRENE®+
ADIWEAR™
FORMOTION®
SPRINTWEB
TORSION® SYSTEM

## Adizero Aegis W
$125.00 | h6875h

### BENEFITS

- split-density midsole allows for light impact on lateral side while providing stability on the medial side during the transition phase of the running motion

- ADIPRENE® + medial midsole provides guidance for the foot during the entire running gait cycle while maintaining superior cushioning through toe-off phase

- Continental Rubber outsole on toe-off region along with ADIWEAR™ outsole provides excellent traction on both wet and dry surfaces

- heat-welded SPRINTWEB upper in toe region maintains completely frictionless surface on the top of the foot for faster running

- last modifications allow for snugger heel fit at the Achilles and wider toe box with reduced volume overall for a true performance fit

### GOOD TO KNOWS

- ideal shoe for both the neutral runner and the slight pronator, due to the superior "stability through geometry" engineering

- shoe is a great complement for the neutral runner seeking more support on longer training runs

- dual TORSION® SYSTEM for midfoot integrity during middle transition phase of the running gait

- designed for the runner within the 6-9 minute-per-mile pace

### TECHNICAL SPECIFICATIONS

- 23/12mm midsole heights

- 11mm drop

- 206g/7.3oz. (women's size 7)

- 55c durometer

- 82/107mm bottom nets (men's size 9)

SIZES : 5  12
Q3/Q4
**G95125**   Shade Grey | Tech Silver | Hi  Res Red          06 | 01 | 13

Exhibit 2
Page 110 of 272



Q21470

Q21472

G97328

G97479

miCoach

ADIPRENE®

ADIPRENE®+

ADIWEAR™

FORMOTION™

GEOFIT™

PRO-MODERATOR™

SPRINTWEB

TORSION® SYSTEM



## Supernova Sequence 6 M

$120.00 | h6600h

### BENEFITS

- new seamless SPRINTWEB upper provides maximum comfort while promoting better heel-to-toe feel

- new gender-specific PRO-MODERATOR™ + stability piece significantly reduced for lighter weight and better transition through the running gait cycle

- midfoot tongue wraps around the foot to provide dynamic support and fit

- gender-specific ZONEMOTION outsole delivers more forefoot flexibility

- 360° reflectivity

- GEOFIT™ collar for softer step-in feel around the ankle and Achilles region

- clover-shaped Coolever mesh for 360° moisture management while running

- Continental Rubber outsole for 21% more traction in dry conditions and 23% more traction in wet conditions

### GOOD TO KNOWS

- dual TORSION® SYSTEM designed to aid smooth transition from midfoot stance to forefoot push-off phase

- engineering allows for stable ride with reduced materials and weight

- full-length ADIPRENE® + cradle designed to cushion and support the foot

- designed for the runner within the 7-12 minute-per-mile pace

### TECHNICAL SPECIFICATIONS

- 22/11mm midsole heights

- 11mm drop

- 326g/11.5oz. (men's size 9)

- 55c durometer

- 86/106mm bottom nets (men's size 9)

SIZES : 6.5  13 | 14 | 15 | 16 | 17 | 18 | 19 | 20  Q3/Q4

| | | |
|---|---|---|
| Q21470 | Tech Grey | Metallic Silver | Infrared | 06 | 01 | 13 |
| Q21472 | Hi Res Red | Metallic Silver | Electricity | 06 | 01 | 13 |
| G97328 | Blue Beauty | Metallic Silver | Electricity | 06 | 01 | 13 |
| G97479 | Black | Metallic Silver | Electricity | 06 | 01 | 13 |

FOOTWEAR | STABILITY

28

Exhibit 2
Page 111 of 272



Exhibit 2
Page 112 of 272



Exhibit 2
Page 113 of 272



Exhibit 2
Page 114 of 272



B26157

B26156

B26154

## campus 2

| B26154 | black : white : black | 1/1/15 |
| B26157 | olive cargo : white : olive cargo | 2/1/15 |
| B26156 | night flash : white : night flash | 2/1/15 |

price: $70.00 : s3850s
sizes: 4-14

17

Exhibit 2
Page 115 of 272

men's



C77387

C77386

C77124

### superstar 2

**history:** The Superstar debuted in 1969 as a pro basketball shoe, but it soon became a streetwear staple. Today's Superstar shoes are faithful reproductions of the iconic style, with a smooth leather upper, synthetic 3-Stripes and the iconic shell toe.

| | | | |
|---|---|---|---|
| C77124 | white : black : white | | 2/1/15 |
| C77387 | coll. navy : scarlet : white | | 2/1/15 |
| C77386 | ch solid grey : black : white | | 2/1/15 |

**price:** $80.00 : s4400s
**sizes:** 4-14,15,16,17,18,19

18

Exhibit 2
Page 116 of 272



Exhibit 2
Page 117 of 272

# footwear /// originals running



C77017

C77018

C77020

C77857

## adidas sl loop runner

| | | |
|---|---|---|
| C77020 | bluebird : white : red | 1/1/15 |
| C77017 | white : bluebird : red | 1/1/15 |
| C77018 | dgh solid grey : white : | |
| | night flash | 2/1/15 |
| C77857 | red : white : bluebird | 2/1/15 |

price: $75.00 : s4125s
sizes: 4-14



C77024

C77025

C77023

## adidas sl loop runner tr

history: A comfortable style with trail-running details, the adidas SL Loop Runner TR has a ripstop upper with suede overlays, a speed lacing system, speckled EVA midsole and a rugged trail-style rubber outsole for a comfortable ride off-road or on. Finished with a set of cutout synthetic 3-Stripes that improve breathability.

| | | |
|---|---|---|
| C77023 | granite : coll. gold : off white | 2/1/15 |
| C77024 | night flash : black : off white | 2/1/15 |
| C77025 | olive cargo : gold : off white | 2/1/15 |

price: $75.00 : s4125s
sizes: 4-14

**21**

Exhibit 2
Page 118 of 272



Exhibit 2
Page 119 of 272

# footwear /// originals running



M19389

M19390

M19391

M19392

| zx 700 | | |
|---|---|---|
| M19389 | black : mgh solid grey : granite | 1/1/15 |
| M19390 | cardinal : mgh solid grey : scarlet | 1/1/15 |
| M19391 | carbon : mgh solid grey : | |
| | dgh solid grey | 1/1/15 |
| M19392 | collegiate navy : mgh solid grey : | |
| | collegiate royal | 1/1/15 |

price: $75.00 : s4125s
sizes: 4-14

## 23

Exhibit 2
Page 120 of 272

# footwear /// originals samoa

**men's**



C77039

C77040

C77038

## samoa

**history:** This easygoing sneaker has been a fan favorite for decades. This edition of the Samoa features a synthetic leather upper with a light-grain finish, an EVA wedge and a gum-rubber toe guard and outsole for a smooth ride. Contrast 3-Stripes say "Originals" loud and proud.

| | | |
|---|---|---|
| C77038 | black : white : gold metallic | 1/1/15 |
| C77039 | cardinal : white : gold metallic | 1/1/15 |
| C77040 | coll. navy : white : gold met. | 1/1/15 |

**price:** $65.00 : s3575s
**sizes:** 4-14

## samoa energy

**history:** This easygoing sneaker has been a fan favorite for decades. This Samoa turns up the volume on the classic with a reptile-embossed synthetic-leather upper. Features the authentic EVA wedge, now with a colored rubber outsole and toe kick. Finished with double-layer matte and glossy synthetic-leather 3-Stripes with a matching color pop.

| | | |
|---|---|---|
| C77044 | black : night flash : white | 2/1/15 |
| C77045 | granite : red : white | 2/1/15 |

**price:** $65.00 : s3575s
**sizes:** 4-14

C77045

C77044

**24**

Exhibit 2
Page 121 of 272

# footwear /// originals samoa



C77049

C77050

C77051

## samoa vulc

**history:** This easygoing sneaker has been a fan favorite for decades. The new Samoa Vulc brings a new laid-back profile to this icon. Features a nubuck upper and synthetic leather 3-Stripes, plus a vulcanized rubber outsole with fox taping to replace the classic EVA wedge.

| | | |
|---|---|---|
| C77049 | solid grey : red : white | 1/1/15 |
| C77050 | black : night flash : white | 2/1/15 |
| C77051 | olive cargo : black : white | 3/1/15 |

**price:** $60.00 : s3300s
**sizes:** 4-14

25

Exhibit 2
Page 122 of 272

**men's**





G17100



G17102

history: The adidas Originals Samba was originally made to perform on frozen pitches. This version of these classic football shoes is styled in leather with authentic colors from the archive.

| | | | |
|---|---|---|---|
| G17100 | black : white : gum | | 1/1/15 |
| G17102 | white : black : gum | | 1/1/15 |

price: $70.00 : s3850s
sizes: 4-14

**26**

Exhibit 2
Page 123 of 272

# footwear /// originals sandals



288022

280647

## adilette

**history:** First introduced in 1972 and going strong ever since, the adidas Originals Adilette is the sport slide that started it all. It has a quick-dry lining that feels soft on the skin and a PU-covered band.

| 288022 | adiblue : white : adiblue | 1/1/15 |
| 280647 | black : white : black | 1/1/15 |

**price:** $30.00 : s1650s
**sizes:** 4-14 FS

**27**

Exhibit 2
Page 124 of 272



Exhibit 2
Page 125 of 272



C77056

C77060

C77057

C77059

## samoa w

history: This easygoing sneaker has been a fan favorite for decades. The Samoa W features a synthetic leather upper with a light-grain finish, an EVA wedge and a rubber toe guard and outsole for a smooth ride. With contrast 3-Stripes that say "Originals" loud and proud.

| | | |
|---|---|---|
| C77056 | black : off white : white | 1/1/15 |
| C77060 | off white : bright red : black | 2/1/15 |
| C77057 | wht. : mgh solid grey : bold blue | 3/1/15 |
| C77059 | clear green : dk. slate : st brick | 3/1/15 |

price: $65.00 : s3575s
sizes: 5-11

**49**

Exhibit 2
Page 126 of 272



Exhibit 2
Page 127 of 272



M19482

M19481

B26278

### adria lo w – polka dot

| M19481 | dark marine : white | 3/1/15 |
| M19482 | dust pearl : off white : white | 3/1/15 |
| B26278 | off white : off white : black | 3/1/15 |

price: $55.00 : s3025s
sizes: 5-11

M20813

M19484

M20818

### adria lo w

history: The easy-to-wear Adria Lo W does justice to classic adidas vulcanized design. With a suede upper and printed 3-Stripes, a synthetic leather heel strap and Trefoil tongue logo, plus a vulcanized rubber outsole, this sneaker gives old-school styling an updated look and feel.

| M20818 | black : white : cardboard | 1/1/15 |
| M20813 | white : white : black | 1/1/15 |
| M19484 | dk. marine : dk. marine : white | 2/1/15 |

price: $50.00 : s2750s
sizes: 5-11

women's

**51**

Exhibit 2
Page 128 of 272



Exhibit 2
Page 129 of 272



B26591

B26592

B26590

| stan smith w | | |
|---|---|---|
| B26590 | white : white : black | 1/1/15 |
| B26591 | black : black : white | 1/1/15 |
| B26592 | coll. navy : coll. navy : white | 1/1/15 |
| price: $75.00 : s4125s | | |
| sizes: 5-11 | | |

women's

**53**

Exhibit 2
Page 130 of 272



Exhibit 2
Page 131 of 272

# footwear /// originals basketball





M19512



M19513



M19507



M19508



B32732

## superstar up w

| | | |
|---|---|---|
| M19512 | black : white : gold metallic | 12/1/14 |
| M19513 | white : black : gold metallic | 12/1/14 |
| M19507 | gold metallic : black : white | 1/1/15 |
| M19508 | coll. navy : lt. flash red : white | 2/1/15 |
| B32732 | white : scarlet : gold metallic | 2/1/15 |

price: $90.00 : s4950s
sizes: 5-11







B35832



C77153



S85139

## superstar w

history: From basketball all-star to streetwear queen, the Superstar has been going strong since 1969. These Superstar W shoes are faithful reproductions of the iconic style with a smooth leather upper, synthetic 3-Stripes, rubber cupsole and the signature shell toe. As part of the Brazilian Sneaker Boutique Pack, article B35832 updates the court classic with a baseball satin upper in a fun all-over Brazilian-inspired print.

| | | |
|---|---|---|
| B35832 | dust pink print : white : dust pink | 3/15/15 |

price: $85.00 : s4675s
sizes: 5-11

| | | |
|---|---|---|
| C77153 | white : black : white | 12/1/14 |
| S85139 | white : white : white | 12/1/14 |

price: $80.00 : s4400s
sizes: 5-11

women's

**55**

Exhibit 2
Page 132 of 272



## adidas sl loop runner w

**history:** Inspired by groundbreaking adidas styles worn at the 1972 Munich Olympics, the adidas SL Loop Runner W has a modern colorblocked textile and mesh upper for breathability, with a stretchy textile collar and lining for a snug fit. Features a supersoft EVA midsole and rubber outsole, plus cutout synthetic 3-Stripes and loop lacing construction.

C77026     black : white : coll. purple print    1/1/15
C77027     mgh solid grey : mgh : red    3/1/15

**price:** $75.00 : s4125s
**sizes:** 5-11

C77027

C77026

## zx flux w – print

**history:** Simple and modern, the ZX Flux W – Print is a descendent of the iconic ZX 8000 running shoe. Part of the Tokyo Tech Sneaker Boutique Pack, it has a snakeskin-embossed leather upper with an all-over city lights photo print and TPU 3-Stripes. The TPU heel counter echoes the iconic ZX Thousands series.

B25834     black print : white : black    1/1/15

**price:** $90.00 : s4950s
**sizes:** 5-11





B25834

56

Exhibit 2
Page 133 of 272

# footwear /// originals running



B34029

## zx flux decon w

**history:** Inspired by the retro style of the original, the ZX Flux Decon W takes the next step in the evolution of a classic runner with a fully deconstructed upper. Features a two-layer mesh upper with an all-over print inspired by the coral reefs of the Caribbean. Includes a compression-molded EVA outsole.

| | | |
|---|---|---|
| B34029 | black : surf green : white | 3/1/15 |
| B34030 | ash pink : bold aqua : white | 3/1/15 |
| B34032 | white : black : white | 3/1/15 |

**price:** $90.00 : s4950s
**sizes:** 5-11

B34030

B34032

**women's**

57

Exhibit 2
Page 134 of 272



Exhibit 2
Page 135 of 272

# footwear /// originals basketball





C77154

**superstar j/c/inf**

**history:** The Superstar debuted in 1969 as a pro basketball shoe, but it soon became a streetwear staple. These Superstar shoes are a faithful reproduction of the iconic style, sized down for kids. With a smooth leather upper, synthetic 3-Stripes and the signature shell toe. The comfort versions have an easy on/off comfort closure.

| C77154 | white : black : white | 2/1/15 |
| C77417 | coll. navy : scarlet : white | 2/1/15 |
| C77418 | solid grey : black : white | 2/1/15 |
| B23644 | white : bold pink : white | 2/1/15 |

**price:** $70.00 : s3850s (j)
**sizes:** 3.5-7

| C77394 | white : black : white | 2/1/15 |
| C77398 | coll. navy : scarlet : white | 2/1/15 |
| C77399 | solid grey : black : white | 2/1/15 |
| B23665 | white : bold pink : white (cmf) | 2/1/15 |

**price:** $55.00 : s3025s (c)
**sizes:** 10.5K-3

| C77913 | white : black : white | 2/1/15 |
| C77910 | coll. navy : scarlet : white | 2/1/15 |
| C77911 | solid grey : black : white | 2/1/15 |
| B23639 | white : bold pink : white (cmf) | 2/1/15 |

**price:** $45.00 : s2475s (inf)
**sizes:** 4K-10K



C77394



C77913



C77417


C77398



C77910



C77418



C77399



C77911



B23644



B23665


B23639




kids'

**73**

Exhibit 2
Page 136 of 272





### campus 2 j/c/inf

**history:** The Campus earned its legendary street cred from B-boys, rappers and break-dancers alike. Sized down for the up and coming, the Campus 2 returns with an all-suede construction featuring signature 3-Stripes and a herringbone rubber outsole. Always easy to wear, with a textile lining for added comfort.

| | | |
|---|---|---|
| C77174 | black : white : black | 1/1/15 |
| C77176 | night flash : white : night flash | 2/1/15 |

**price:** $60.00 : s3300s (j)
**sizes:** 3.5-7

| | | |
|---|---|---|
| C77166 | black : white : black | 1/1/15 |
| C77168 | night flash : white : night flash | 2/1/15 |

**price:** $50.00 : s2750s (c)
**sizes:** 10.5K-3

| | | |
|---|---|---|
| C77170 | black : white : black | 1/1/15 |
| C77172 | night flash : white : night flash | 2/1/15 |

**price:** $40.00 : s2200s (inf)
**sizes:** 4K-10K

C77174



C77166



C77170


C77176


C77168


C77172

**kids'**

**74**

Exhibit 2
Page 137 of 272

# footwear /// originals basketball





C77607




C77605




C77606




S85314



S85313

S85315

## c-10 j/c/inf

**history:** The C-10 takes its design cues as much from the runway as its bball roots, and sizes it just right for kids. Pushing style boundaries with its distinctive design, it features a leather upper, cool pops of color, a soft EVA midsole, a rubber outsole and flashy textile strap 3-Stripes.

| C77607 | night flash : black : granite | 2/1/15 |
| S85314 | surf green : dk. petrol : nt. flash | 2/1/15 |

**price:** $70.00 : s3850s (j)
**sizes:** 3.5-7

| C77605 | night flash : black : granite | 2/1/15 |
| S85313 | surf green : dk. petrol : nt. flash | 2/1/15 |

**price:** $60.00 : s3300s (c)
**sizes:** 10.5K-3

| C77606 | night flash : black : granite | 2/1/15 |
| S85315 | surf green : dk. petrol : nt. flash | 2/1/15 |

**price:** $50.00 : s2750s (inf)
**sizes:** 4K-10K

kids'

**75**

Exhibit 2
Page 138 of 272



C77258


C77265


C77262







## adidas loop runner j/c/inf

**history:** The Loop Runner keeps kids comfy and up to date. Breathable and durable, this modern running style is made with ripstop and two-layer mesh with suede overlays, and a stretchy textile collar and lining for a snug fit. With supersoft EVA in the midsole and a rubber outsole, it features cutout 3-Stripes and loop lacing construction for kids on the go.

| | | |
|---|---|---|
| C77258 | red : white : black | 1/1/15 |
| C77260 | dgh solid grey : white : nt. flash | 1/1/15 |
| C77257 | white : bluebird : red | 2/1/15 |

**price:** $60.00 : s3300s (j)
**sizes:** 3.5-7

| | | |
|---|---|---|
| C77265 | red : white : black | 1/1/15 |
| C77263 | dgh solid grey : white : nt. flash | 1/1/15 |
| C77264 | white : bluebird : red | 2/1/15 |

**price:** $50.00 : s2750s (c)
**sizes:** 10.5K-3

| | | |
|---|---|---|
| C77262 | red : white : black | 1/1/15 |
| C77259 | dgh solid grey : white : nt. flash | 1/1/15 |
| C77261 | white : bluebird : red | 2/1/15 |

**price:** $40.00 : s2200s (inf)
**sizes:** 3K,4K,5K-10K

C77260

C77263

C77259


C77257


C77264

C77261

kids'

76

Exhibit 2
Page 139 of 272

# footwear /// originals running





M19386




M19399



M19387




M19400



M19388



M19402

## zx flux k/el inf

history: Simple and modern, the ZX Flux K/EL Inf is a descendant of the iconic ZX 8000 running shoe sized down especially for little feet. The ZX Flux features a one-piece mesh upper and an OrthoLite sockliner. Finished with an injection EVA midsole and welded 3-Stripes. The infant's shoe has elastic laces for easy on and off.

M19386    rich blue : black : white       1/1/15
M19387    bold pink : black : white       1/1/15
M19388    flash orange : black : white    1/1/15

price: $65.00 : s3575s (k)
sizes: 10.5K-7

M19399    rich blue : black : white       1/1/15
M19400    bold pink : black : white       1/1/15
M19402    flash orange : black : white    1/1/15

price: $50.00 : s2750s (el inf)
sizes: 3.5K-10K

kids'

**77**

Exhibit 2
Page 140 of 272



C77210

**samoa j/c/inf**

**history:** This easygoing sneaker has been a fan favorite for decades. The junior-size Samoa features a synthetic leather upper with a light-grain finish, and a contrast rubber toe guard and outsole. An EVA wedge keeps the ride smooth while contrast 3-Stripes say "Originals" loud and proud.

| C77210 | coll. navy : white : met. gold | 1/1/15 |
| C77209 | cardinal : white : metallic gold | 1/1/15 |
| C77208 | black : white : metallic gold | 1/1/15 |

**price:** $57.00 : s3135s (j)
**sizes:** 3.5-7

| C77216 | coll. navy : white : met. gold | 1/1/15 |
| C77215 | cardinal : white : metallic gold | 1/1/15 |
| C77214 | black : white : metallic gold | 1/1/15 |

**price:** $48.00 : s2640s (c)
**sizes:** 10.5K-3

| C77222 | coll. navy : white : met. gold | 1/1/15 |
| C77221 | cardinal : white : metallic gold | 1/1/15 |
| C77220 | black : white : metallic gold | 1/1/15 |

**price:** $36.00 : s1980s (inf)
**sizes:** 2K,3K,4K,5K-10K



C77216



C77222



C77209



C77215

C77221





C77208



C77214

C77220



**kids'**

**78**

Exhibit 2
Page 141 of 272

# footwear /// originals samoa



C77190

C77196

C77204

C77191

C77197

C77203

C77192

C77198

C77202

## samoa vulc j/c/inf

**history:** This easygoing sneaker has been a fan favorite for decades. The new Samoa Vulc brings a new laid-back profile to this icon. Features a nubuck upper and synthetic leather 3-Stripes, plus a vulcanized rubber outsole to replace the classic EVA wedge.

| | | |
|---|---|---|
| C77190 | solid grey : red : white | 1/1/15 |
| C77191 | black : night flash : white | 2/1/15 |
| C77192 | olive cargo : black : white | 3/1/15 |

**price:** $50.00 : s2750s (j)
**sizes:** 3.5-7

| | | |
|---|---|---|
| C77196 | solid grey : red : white | 1/1/15 |
| C77197 | black : night flash : white | 2/1/15 |
| C77198 | olive cargo : black : white | 3/1/15 |

**price:** $45.00 : s2475s (c)
**sizes:** 10.5K-3

| | | |
|---|---|---|
| C77204 | solid grey : red : white | 1/1/15 |
| C77203 | black : night flash : white | 2/1/15 |
| C77202 | olive cargo : black : white | 3/1/15 |

**price:** $35.00 : s1925s (inf)
**sizes:** 2K,3K,4K,5K-10K

kids'

79

Exhibit 2
Page 142 of 272



Document title: adidas Superstar Shoes With Classic Shell Toe | adidas US
Capture URL: https://www.adidas.com/us/superstar
Capture timestamp (UTC): Thu, 16 Jan 2020 21:02:57 GMT

Page 1 of 5

Exhibit 2
Page 143 of 272

GENDER ⌄    CATEGORY ⌄    ACTIVITY ⌄    COLOR ⌄    PRICE ⌄    COLLABORATION ⌄    MATERIAL ⌄    SORT BY ⌄



Originals
SUPERSTAR SHOES
$80
4 colors

Women's Originals
SUPERSTAR SHOES
$80
3 colors

Youth Originals
SUPERSTAR SHOES
$70
4 colors

Children Originals
SUPERSTAR SHOES
$55
4 colors

Infant & Toddler Originals
SUPERSTAR SHOES
$45
4 colors

Originals
SUPERSTAR SHOES
$80
4 colors

Youth Originals
SUPERSTAR SHOES
$70
4 colors

Children Originals
SUPERSTAR SHOES
$55
4 colors



The distinctive shell toe and smooth cowhide leather upper set Superstar apart from traditional canvas basketball shoes. The sneaker made its mark on athletes and artists alike.



Children Originals
SUPERSTAR SHOES
$55
2 colors

Infant & Toddler Originals
SUPERSTAR SHOES
$45

Infant & Toddler Originals
SUPERSTAR SHOES
$45
2 colors

Infant & Toddler Originals
SUPERSTAR SHOES
$45
4 colors

Document title: adidas Superstar Shoes With Classic Shell Toe | adidas US
Capture URL: https://www.adidas.com/us/superstar
Capture timestamp (UTC): Thu, 16 Jan 2020 21:02:57 GMT

Page 2 of 5

Exhibit 2
Page 144 of 272



GENDER⌄    CATEGORY⌄    ACTIVITY⌄    COLOR⌄    PRICE⌄    COLLABORATION⌄    MATERIAL⌄    SORT BY⌄

| | | | |
|---|---|---|---|
| Originals | Youth Originals | Children Originals | Infant & Toddler Originals |
| SUPERSTAR SHOES | SUPERSTAR SHOES | SUPERSTAR SHOES | SUPERSTAR SHOES |
| $80 | $70 | $55 | $50 |
| 6 colors | 6 colors | 6 colors | 3 colors |



It started on the court and spread to the streets, the stage, the skatepark —and everywhere in between. By the '90s, Superstar was the go-to sneaker for Creators in every field.



| | | | |
|---|---|---|---|
| Men's Originals | Men's Originals | Men's Originals | Women's Originals |
| SUPERSTAR SHOES | SUPERSTAR SHOES | SUPERSTAR SHOES | SUPERSTAR SHOES |
| $100 | $80 | $80 | $80 |
| 3 colors | 3 colors | 3 colors | 3 colors |

| | | | |
|---|---|---|---|
| Originals | Originals | Youth Originals | Youth Originals |
| SUPERSTAR SHOES | SUPERSTAR SHOES | SUPERSTAR SHOES | SUPERSTAR SHOES |
| $80 | $120 | $70 | $70 |
| 3 colors | | 2 colors | 2 colors |

Document title: adidas Superstar Shoes With Classic Shell Toe | adidas US
Capture URL: https://www.adidas.com/us/superstar
Capture timestamp (UTC): Thu, 16 Jan 2020 21:02:57 GMT

Page 3 of 5

Exhibit 2
Page 145 of 272

GENDER ˅    CATEGORY ˅    ACTIVITY ˅    COLOR ˅    PRICE ˅    COLLABORATION ˅    MATERIAL ˅    SORT BY ˅

3 colors                                        2 colors                                        2 colors



Shaped by culture into a bonafide icon, Superstar has earned its place at the top by changing the game for 50 years. It's the uniform of Creators who are ahead of their time.



Youth Originals
SUPERSTAR SHOES
$70

Youth Originals
SUPERSTAR SHOES
$70

Youth Originals
SUPERSTAR SHOES
$70

Youth Originals
SUPERSTAR SHOES
$70

8 colors

8 colors

8 colors

8 colors

Kids Originals
SUPERSTAR SHOES
$55

Children Originals
SUPERSTAR SHOES
$55

Children Originals
SUPERSTAR 360 SHOES
$60

Children Originals
SUPERSTAR SHOES
$55

2 colors

2 colors

Children Originals
SUPERSTAR 360 SHOES

Infant & Toddler Originals
SUPERSTAR 360 SHOES

Infant & Toddler Originals
SUPERSTAR SHOES

Infant & Toddler Originals
SUPERSTAR 360 SHOES

Document title: adidas Superstar Shoes With Classic Shell Toe | adidas US
Capture URL: https://www.adidas.com/us/superstar
Capture timestamp (UTC): Thu, 16 Jan 2020 21:02:57 GMT

Page 4 of 5

Exhibit 2
Page 146 of 272

GENDER ⌄   CATEGORY ⌄   ACTIVITY ⌄   COLOR ⌄   PRICE ⌄   COLLABORATION ⌄   MATERIAL ⌄   SORT BY ⌄



Children Originals
SUPERSTAR 360 SHOES
$40

Infant & Toddler Originals
SUPERSTAR 360 SHOES
$50
8 colors

Infant & Toddler Originals
SUPERSTAR SHOES
$45
3 colors

Infant & Toddler Originals
SUPERSTAR 360 SHOES
$50
8 colors

Infant & Toddler Originals
SUPERSTAR SHOES
$45
3 colors

Infant & Toddler Originals
SUPERSTAR 360 SHOES
$50
8 colors

Infant & Toddler Originals
SUPERSTAR SHOES
$38

Infant & Toddler Originals
SUPERSTAR 360 X SHOES
$50
2 colors

Page: 1 ⌄ of 2                                                NEXT

### ADIDAS ORIGINALS SUPERSTAR

With its roots in both hoops and hip-hop, the adidas Superstar can't help but live up to its name. Designed for ball above all else, the icon retains its game-ready details like a protective shell toe and coated leather upper. Known as the Superstar II, the modern adidas Superstar rocks true-to-the-original details like a herringbone cupsole, zigzag 3-Stripes edging and that signature shell-toe while beefing up the padding for a more cushioned ride.

### ADIDAS ARCHIVE: SUPERSTAR

The history of the adidas Superstar starts as much on the court as on the streets of New York. First adopted after the 1969 NBA championships, the name Superstar felt fitting, and it stuck. Years later, the adidas Originals Superstar found its off-court home in the underground hip-hop scene, winning over rap legends Run D.M.C. and sparking creative collaborations. Today, athletes, artists and everyday stars continue to make the shoe their own.

### MORE SUPERSTAR DETAILS

Timeless as ever, the adidas Superstar II maintains its original vibe in coated leather and classic rounded shell-toe. While the silhouette lends itself well to new collaborations, colorways and technologies, the simple Superstar will always be the fan favorite.

You may also like: Spezial Shoes • White Deerupt Shoes • Red NMD R1 • Yung Sneakers • adicolor Collection • Originals New Arrivals



STAY IN THE KNOW WITH ADIDAS!                    SIGN UP →

**TRENDING**
Casual Shoes
Slip On Shoes
Camo Clothing
Burgundy Shoes
Leather Sneakers

**CUSTOMER SUPPORT**
Get Help
Track Order
Returns & Refunds
Sizing
Promotions
How to Clean
Store Locator
Site Map

**COMPANY INFO**
About Us
Careers
Press
Affiliates
Military Discount
Student Discount
Mobile Apps
Creators Club
adidas Stories

**PARTNER SITES**
adidas Outdoor
miTeam

**PRIVACY & TERMS**
Privacy & Security
Terms and Conditions
Policy on Human Trafficking

**GIFT CARDS**
Check Balance

⌂ USA          Data settings |   Do not sell my personal information |   Privacy Policy  Terms and Conditions |   © 2020 adidas America Inc.

Document title: adidas Superstar Shoes With Classic Shell Toe | adidas US
Capture URL: https://www.adidas.com/us/superstar
Capture timestamp (UTC): Thu, 16 Jan 2020 21:02:57 GMT

Page 5 of 5

Exhibit 2
Page 147 of 272



Document title: adidas Stan Smith Shoes - White | adidas US
Capture URL: https://www.adidas.com/us/stan-smith-shoes/M20324.html
Capture timestamp (UTC): Thu, 30 Jan 2020 14:58:40 GMT

Page 1 of 5

Exhibit 2
Page 148 of 272

✓ FREE SHIPPING OVER $47 / FREE RETURNS & EXCHANGES

✓ Buy now, pay over time with PayPal CREDIT

## PRODUCT DETAILS

| **Highlights** | Description | Specifications | Product Story |







FEEDBACK

**TIMELESS DESIGN**

True to its original design, the Stan Smith's classic silhouette has endured sneaker style for over four decades.

**VERSATILE STYLING**

This classic shoe embodies a universal style and minimalist design that doesn't need attention to do its job.

**CLASSIC DETAILS**

Stan Smith logos on the tongue and heel tab are paired with three perforated stripes.

## YOU MAY ALSO LIKE









Originals
STAN SMITH SHOES
$80

Originals
STAN SMITH SHOES
$80

Originals
STAN SMITH SHOES
$90

Essentials
ADILETTE CLOUDFOAM SLIDES
$13 $25

## SHARE HOW YOU WEAR IT

Share a photo of your adidas favorite and appear in our showcase. Make sure to tag your image with @adidas.



Document title: adidas Stan Smith Shoes - White | adidas US
Capture URL: https://www.adidas.com/us/stan-smith-shoes/M20324.html
Capture timestamp (UTC): Thu, 30 Jan 2020 14:58:40 GMT

## SHARE HOW YOU WEAR IT

Share a photo of your adidas favorite and appear in our showcase. Make sure to tag your image with @adidas.



FEEDBACK

**LOAD MORE IMAGES**

## RATINGS & REVIEWS



**4.7** ★★★★★
**5829** Reviews

**RATING BREAKDOWN**

5 STARS ████████ 4434
4 STARS ███ 1087
3 STARS 162
2 STARS 68
1 STARS 78

**97%**
of customers recommend this product

SIZE
TOO SMALL —— PERFECT ▼ —— TOO LARGE

WIDTH
TOO NARROW —— PERFECT ▼ —— TOO WIDE

SORT ON
[ newest ] [ helpful ] [ relevant ]

★★★★★                                    January 29, 2020
**BEST SHOE EVER**
love this shoes in every model and color,recommended

✓ I recommend this product

radurosler

Was this review helpful?  Yes [0]  No [0]

---

★★★☆☆                                    January 29, 2020
**MIXED FEELINGS**
Been a fan of Stans. This color especially caught my eye but compared to the '71 line of Stans the leather creases and wrinkles very easily

✓ I recommend this product

xoxoBilliam

Document title: adidas Stan Smith Shoes - White | adidas US
Capture URL: https://www.adidas.com/us/stan-smith-shoes/M20324.html
Capture timestamp (UTC): Thu, 30 Jan 2020 14:58:40 GMT

SIZE

| TOO SMALL | PERFECT | TOO LARGE |

WIDTH

| TOO NARROW | PERFECT | TOO WIDE |

COMFORT

| UNCOMFORTABLE | | COMFORTABLE |

QUALITY

| POOR | | PERFECT |

★★★☆☆                                                    January 29, 2020

**MIXED FEELINGS**

Been a fan of Stans. This color especially caught my eye but compared to the '71 line of Stans the leather creases and wrinkles very easily

✓ I recommend this product

**xoxoBilliam**

Was this review helpful?    Yes [0]    No [0]

_____

**LOAD MORE**                    **WRITE A REVIEW** →

FEEDBACK

## OTHERS ALSO BOUGHT



Originals
TREFOIL HOODIE
$65



Originals
SST TRACK PANTS
$65



Originals
SST TRACK JACKET
$75



Performance
ALPHASKIN TIGHTS
$35

—  —  —  —

## STAY IN THE KNOW WITH ADIDAS!        SIGN UP →

**TRENDING**

Casual Shoes
Slip On Shoes
Camo Clothing
Burgundy Shoes
Leather Sneakers

**CUSTOMER SUPPORT**

Get Help
Track Order
Returns & Refunds
Sizing
Promotions
How to Clean
Bra Fit Guide
Store Locator
Site Map

**COMPANY INFO**

About Us
Careers
Press
Affiliates
Military Discount
Student Discount
Mobile Apps
Creators Club
adidas Stories

**PARTNER SITES**

adidas Outdoor
miTeam

**PRIVACY & TERMS**

Privacy & Security
Terms and Conditions
Policy on Human Trafficking

**GIFT CARDS**

Check Balance



Document title: adidas Stan Smith Shoes - White | adidas US
Capture URL: https://www.adidas.com/us/stan-smith-shoes/M20324.html
Capture timestamp (UTC): Thu, 30 Jan 2020 14:58:40 GMT

Page 4 of 5

Exhibit 2
Page 151 of 272



✓ I recommend this product

**xoxoBilliam**

Was this review helpful?  Yes [0]  No [0]

LOAD MORE

WRITE A REVIEW →

## OTHERS ALSO BOUGHT



Originals
TREFOIL HOODIE
$65

Originals
SST TRACK PANTS
$65

Originals
SST TRACK JACKET
$75

Performance
ALPHASKIN TIGHTS
$35

FEEDBACK

## STAY IN THE KNOW WITH ADIDAS!

SIGN UP →

**TRENDING**
Casual Shoes
Slip On Shoes
Camo Clothing
Burgundy Shoes
Leather Sneakers

**CUSTOMER SUPPORT**
Get Help
Track Order
Returns & Refunds
Sizing
Promotions
How to Clean
Bra Fit Guide
Store Locator
Site Map

**COMPANY INFO**
About Us
Careers
Press
Affiliates
Military Discount
Student Discount
Mobile Apps
Creators Club
adidas Stories

**PARTNER SITES**
adidas Outdoor
miTeam

**PRIVACY & TERMS**
Privacy & Security
Terms and Conditions
Policy on Human Trafficking

**GIFT CARDS**
Check Balance

USA    Data settings |    Do not sell my personal information |    Privacy PolicyTerms and Conditions |    © 2020 adidas America Inc.

Document title: adidas Stan Smith Shoes - White | adidas US
Capture URL: https://www.adidas.com/us/stan-smith-shoes/M20324.html
Capture timestamp (UTC): Thu, 30 Jan 2020 14:58:40 GMT

Page 5 of 5

Exhibit 2
Page 152 of 272



Document title: Soccer | adidas US
Capture URL: https://www.adidas.com/us/search?q=samba&amp;sport_en_us=soccer
Capture timestamp (UTC): Thu, 30 Jan 2020 14:57:06 GMT

Page 1 of 1

Exhibit 2
Page 153 of 272



Document title: Gazelle | adidas US
Capture URL: https://www.adidas.com/us/search?q=gazelle&amp;sportsub_en_us=gazelle
Capture timestamp (UTC): Thu, 30 Jan 2020 14:55:53 GMT

Page 1 of 4

Exhibit 2
Page 154 of 272



Document title: Gazelle | adidas US
Capture URL: https://www.adidas.com/us/search?q=gazelle&amp;sportsub_en_us=gazelle
Capture timestamp (UTC): Thu, 30 Jan 2020 14:55:53 GMT

Page 2 of 4

Exhibit 2
Page 155 of 272



Document title: Gazelle | adidas US
Capture URL: https://www.adidas.com/us/search?q=gazelle&amp;sportsub_en_us=gazelle
Capture timestamp (UTC): Thu, 30 Jan 2020 14:55:53 GMT

Page 3 of 4

Exhibit 2
Page 156 of 272

GENDER ˅    ACTIVITY ˅    COLOR ˅    PRICE ˅    SPORT ˅    COLLABORATION ˅    MATERIAL ˅    SORT BY ˅



Men's Originals
GAZELLE SHOES
$40 $80
4 colors

Women's Originals
GAZELLE SHOES
$50 $100
12 colors

Women's Originals
GAZELLE SHOES
$45 $90
6 colors

Women's Originals
GAZELLE SHOES
$45 $90
6 colors

Men's Originals
GAZELLE SHOES
$50 $100
4 colors

Kids Originals
GAZELLE SHOES
$55

Women's Originals
GAZELLE SHOES
$50 $100
12 colors

Women's Originals
GAZELLE SHOES
$50
12 colors

## STAY IN THE KNOW WITH ADIDAS!

SIGN UP →

### TRENDING
Casual Shoes
Slip On Shoes
Camo Clothing
Burgundy Sneakers
Leather Sneakers

### CUSTOMER SUPPORT
Get Help
Track Order
Returns & Refunds
Sizing
Promotions
How to Clean
Bra Fit Guide
Store Locator
Site Map

### COMPANY INFO
About Us
Careers
Press
Affiliates
Military Discount
Student Discount
Mobile Apps
Creators Club
adidas Stories

### PARTNER SITES
adidas Outdoor
miTeam

### PRIVACY & TERMS
Privacy & Security
Terms and Conditions
Policy on Human Trafficking

### GIFT CARDS
Check Balance

Document title: Gazelle | adidas US
Capture URL: https://www.adidas.com/us/search?q=gazelle&amp;sportsub_en_us=gazelle
Capture timestamp (UTC): Thu, 30 Jan 2020 14:55:53 GMT



Document title: adidas Online Shop | adidas US
Capture URL: https://www.adidas.com/us/search?q=adilette
Capture timestamp (UTC): Thu, 30 Jan 2020 16:32:47 GMT

Page 1 of 5

Exhibit 2
Page 158 of 272



Document title: adidas Online Shop | adidas US
Capture URL: https://www.adidas.com/us/search?q=adilette
Capture timestamp (UTC): Thu, 30 Jan 2020 16:32:47 GMT

Page 2 of 5

Exhibit 2
Page 159 of 272



Document title: adidas Online Shop | adidas US
Capture URL: https://www.adidas.com/us/search?q=adilette
Capture timestamp (UTC): Thu, 30 Jan 2020 16:32:47 GMT

Page 3 of 5

Exhibit 2
Page 160 of 272



GENDER ⌄    CATEGORY ⌄    ACTIVITY ⌄    COLOR ⌄    PRICE ⌄    SPORT ⌄    COLLABORATION ⌄    MATERIAL ⌄    BRAND ⌄    SORT BY ⌄

Men's Essentials
ADILETTE SHOWER SLIDES
$13 $25
7 colors

Men's Essentials
ADILETTE SHOWER SLIDES
$13 $25
7 colors

Men's Essentials
ADILETTE SHOWER SLIDES
$13 $25
7 colors

Men's Swim
ADILETTE COMFORT SLIDES
$18 $35
2 colors

Men's Originals
ADILETTE SLIDES
$45
9 colors

Women's Swim
ADILETTE COMFORT SLIDES
$18 $35
12 colors

Women's Originals
ADILETTE SLIDES
$29 $58
7 colors

Swim
ADILETTE BOOST SLIDES
$60
2 colors

Men's Originals
ADILETTE LITE SLIDES
$30
4 colors

Women's Swim
ADILETTE COMFORT SLIDES
$18 $35
13 colors

Women's Essentials
ADILETTE COMFORT SLIDES
$18 $35
12 colors

Men's Originals
ADILETTE COMFORT SLIDES
$18 $35
2 colors

Women's Originals
ADILETTE SLIDES
$23 $45

Women's Swim
ADILETTE COMFORT SLIDES
$18 $35

Women's Swim
ADILETTE AQUA SLIDES
$18 $25

Women's Swim
FARM RIO ADILETTE COMFORT SLIDES
$35

Document title: adidas Online Shop | adidas US
Capture URL: https://www.adidas.com/us/search?q=adilette
Capture timestamp (UTC): Thu, 30 Jan 2020 16:32:47 GMT



GENDER ⌄   CATEGORY ⌄   ACTIVITY ⌄   COLOR ⌄   PRICE ⌄   SPORT ⌄   COLLABORATION ⌄   MATERIAL ⌄   BRAND ⌄   SORT BY ⌄

Men's Originals
ADILETTE LITE SLIDES
$30
4 colors

Women's Swim
ADILETTE COMFORT SLIDES
$18 $35
13 colors

Women's Essentials
ADILETTE COMFORT SLIDES
$18 $35
12 colors

Men's Swim
ADILETTE COMFORT SLIDES
$18 $35
2 colors

Women's Originals
ADILETTE SLIDES
$23 $45
7 colors

Women's Swim
ADILETTE COMFORT SLIDES
$18 $35
6 colors

Women's Swim
ADILETTE AQUA SLIDES
$18 $35
10 colors

Women's Swim
FARM RIO ADILETTE COMFORT SLIDES
$35
3 colors

Page: [ 1 ⌄ ] of 3                                              NEXT

## STAY IN THE KNOW WITH ADIDAS!     SIGN UP →

**TRENDING**
Casual Shoes
Slip On Shoes
Camo Clothing
Burgundy Shoes
Leather Sneakers

**CUSTOMER SUPPORT**
Get Help
Track Order
Returns & Refunds
Sizing
Promotions
How to Clean
Bra Fit Guide
Store Locator
Site Map

**COMPANY INFO**
About Us
Careers
Press
Affiliates
Military Discount
Student Discount
Mobile Apps
Creators Club
adidas Stories

**PARTNER SITES**
adidas Outdoor
miTeam

**PRIVACY & TERMS**
Privacy & Security
Terms and Conditions
Policy on Human Trafficking

**GIFT CARDS**
Check Balance

Document title: adidas Online Shop | adidas US
Capture URL: https://www.adidas.com/us/search?q=adilette
Capture timestamp (UTC): Thu, 30 Jan 2020 16:32:47 GMT





Document title: adidas Online Shop | adidas US
Capture URL: https://www.adidas.com/us/search?q=adilette&amp;start=48
Capture timestamp (UTC): Thu, 30 Jan 2020 16:34:46 GMT

Page 1 of 5

Exhibit 2
Page 163 of 272



GENDER ⌄   CATEGORY ⌄   ACTIVITY ⌄   COLOR ⌄   PRICE ⌄   SPORT ⌄   COLLABORATION ⌄   MATERIAL ⌄   BRAND ⌄   SORT BY ⌄

Men's Originals
ADILETTE LITE SLIDES
$30
4 colors

Men's Swim
ADILETTE CLOUDFOAM SLIDES
$13 $35
5 colors

Youth Originals
ADILETTE LITE SLIDES
$25
4 colors

Men's Essentials
ADILETTE COMFORT ADJUSTABLE SLIDES
$35
3 colors

Children Swim
ADILETTE SHOWER SLIDES
$10 $20
10 colors

Men's Swim
ADILETTE COMFORT SLIDES
$18 $35
6 colors

Women's Swim
ADILETTE AQUA SLIDES
$13 $35
10 colors

Men's Swim
ADILETTE SHOWER SLIDES
$13 $25
7 colors

Women's Swim
ADILETTE AQUA SLIDES
$25
10 colors

Women's Essentials
ADILETTE COMFORT SLIDES
$18 $35
12 colors

Children Swim
ADILETTE COMFORT SLIDES
$30
4 colors

Women's Essentials
ADILETTE COMFORT SLIDES
$18 $35
12 colors

FEEDBACK

NEW

Document title: adidas Online Shop | adidas US
Capture URL: https://www.adidas.com/us/search?q=adilette&amp;start=48
Capture timestamp (UTC): Thu, 30 Jan 2020 16:34:46 GMT

Page 2 of 5

Exhibit 2
Page 164 of 272

GENDER ˅    CATEGORY ˅    ACTIVITY ˅    COLOR ˅    PRICE ˅    SPORT ˅    COLLABORATION ˅    MATERIAL ˅    BRAND ˅    SORT BY ˅

Children Swim
ADILETTE COMFORT SLIDES
$15 $30

5 colors

Women's Essentials
ADILETTE AQUA SLIDES
$18 $25

10 colors

Women's Swim
ADILETTE AQUA SLIDES
$13 $25

13 colors

Swim
ADILETTE BOOST SLIDES
$60

FEEDBACK

Men's Swim
ADILETTE COMFORT SLIDES
$18 $35

6 colors

Youth Originals
ADILETTE LITE SLIDES
$25

4 colors

Women's Swim
ADILETTE COMFORT SLIDES
$18 $35

2 colors

Women's Swim
ADILETTE AQUA SLIDES
$25

13 colors

Youth Originals
ADILETTE LITE SLIDES
$25

4 colors

Men's Originals
ADILETTE SLIDES
$23 $45

9 colors

Children Swim
ADILETTE AQUA SLIDES
$20

5 colors

SOLD OUT

Women's Swim
ADILETTE COMFORT SLIDES
$25

6 colors

Women's Swim
ADILETTE AQUA SLIDES

Children Essentials
ADILETTE SHOWER SLIDES

Women's Originals
ADILETTE SLIDES

Children Swim
ADILETTE COMFORT ADJUSTABLE SLIDES

Document title: adidas Online Shop | adidas US
Capture URL: https://www.adidas.com/us/search?q=adilette&amp;start=48
Capture timestamp (UTC): Thu, 30 Jan 2020 16:34:46 GMT

Page 3 of 5

Exhibit 2
Page 165 of 272

GENDER ⌄   CATEGORY ⌄   ACTIVITY ⌄   COLOR ⌄   PRICE ⌄   SPORT ⌄   COLLABORATION ⌄   MATERIAL ⌄   BRAND ⌄   SORT BY ⌄



Women's Swim
ADILETTE AQUA SLIDES
$15 $25

13 colors

Children Essentials
ADILETTE SHOWER SLIDES
$20

8 colors

Women's Originals
ADILETTE SLIDES
$25 $50

7 colors

Children Swim
ADILETTE COMFORT ADJUSTABLE SLIDES
$30

3 colors

Men's Swim
ADILETTE SHOWER SLIDES
$25

7 colors

Men's Originals
ADILETTE 3.0 SANDALS
$60

2 colors

Women's Originals
ADILETTE LITE SLIDES
$30

2 colors

Men's Originals
ADILETTE SLIDES
$23 $45

9 colors

Children Essentials
ADILETTE SHOWER SLIDES
$20

8 colors

Men's Originals
ADILETTE SLIDES
$32 $45

9 colors

Children Swim
ADILETTE COMFORT ADJUSTABLE SLIDES
$30

3 colors

Women's Essentials
ADILETTE COMFORT SLIDES
$18 $35

2 colors

Youth Originals
ADILETTE SLIDES
$20 $40

Children Essentials
ADILETTE SHOWER SLIDES
$20

Women's Essentials
ADILETTE COMFORT SLIDES
$18 $35

Men's Originals
ADILETTE SLIDES
$45

Document title: adidas Online Shop | adidas US
Capture URL: https://www.adidas.com/us/search?q=adilette&amp;start=48
Capture timestamp (UTC): Thu, 30 Jan 2020 16:34:46 GMT

Page 4 of 5

Exhibit 2
Page 166 of 272



GENDER ⌄   CATEGORY ⌄   ACTIVITY ⌄   COLOR ⌄   PRICE ⌄   SPORT ⌄   COLLABORATION ⌄   MATERIAL ⌄   BRAND ⌄   SORT BY ⌄

Children Essentials
ADILETTE SHOWER SLIDES
$20
8 colors

Men's Originals
ADILETTE SLIDES
$32 $45
9 colors

Children Swim
ADILETTE COMFORT ADJUSTABLE SLIDES
$30
3 colors

Women's Essentials
ADILETTE COMFORT SLIDES
$18 $35
2 colors

Youth Originals
ADILETTE SLIDES
$20 $40
2 colors

Children Essentials
ADILETTE SHOWER SLIDES
$20
8 colors

Women's Essentials
ADILETTE COMFORT SLIDES
$18 $35
2 colors

Men's Originals
ADILETTE SLIDES
$45
9 colors

FEEDBACK

**PREVIOUS**          Page: [ 2 ⌄ ] of 3          **NEXT**

## STAY IN THE KNOW WITH ADIDAS!      SIGN UP →

### TRENDING
Casual Shoes
Slip On Shoes
Camo Clothing
Burgundy Shoes
Leather Sneakers

### CUSTOMER SUPPORT
Get Help
Track Order
Returns & Refunds
Sizing
Promotions
How to Clean
Bra Fit Guide
Store Locator
Site Map

### COMPANY INFO
About Us
Careers
Press
Affiliates
Military Discount
Student Discount
Mobile Apps
Creators Club
adidas Stories

### PARTNER SITES
adidas Outdoor
miTeam

### PRIVACY & TERMS
Privacy & Security
Terms and Conditions
Policy on Human Trafficking

### GIFT CARDS
Check Balance

Document title: adidas Online Shop | adidas US
Capture URL: https://www.adidas.com/us/search?q=adilette&amp;start=48
Capture timestamp (UTC): Thu, 30 Jan 2020 16:34:46 GMT



Document title: adidas Online Shop | adidas US
Capture URL: https://www.adidas.com/us/search?q=adilette&amp;start=96
Capture timestamp (UTC): Thu, 30 Jan 2020 16:35:14 GMT

Page 1 of 3

Exhibit 2
Page 168 of 272

GENDER ⌄   CATEGORY ⌄   ACTIVITY ⌄   COLOR ⌄   PRICE ⌄   SPORT ⌄   COLLABORATION ⌄   MATERIAL ⌄   BRAND ⌄   SORT BY ⌄

Children Essentials
ADILETTE COMFORT SLIDES
$21 $30
3 colors

Women's Originals
ADILETTE ZIP SLIDES
$23 $45
3 colors

Men's Originals
ADILETTE SLIDES
$45
9 colors

Children Swim
ADILETTE SHOWER SLIDES
$14 $20
10 colors

SOLD OUT

Women's Originals
ADILETTE SLIDES
$23
7 colors

Children Essentials
ADILETTE AQUA SLIDES
$14 $20
3 colors

Children Essentials
ADILETTE SHOWER SLIDES
$20
8 colors

Children Swim
ADILETTE COMFORT SLIDES
$15 $30
4 colors

FEEDBACK

SOLD OUT

Women's Originals
ADILETTE SLIDES
$30
7 colors

Originals
ADILETTE SLIDES
$23 $45
9 colors

Men's Swim
ADILETTE COMFORT SLIDES
$18 $35

Women's Originals
ADILETTE SLIDES
$25 $50
7 colors

SOLD OUT

Document title: adidas Online Shop | adidas US
Capture URL: https://www.adidas.com/us/search?q=adilette&amp;start=96
Capture timestamp (UTC): Thu, 30 Jan 2020 16:35:14 GMT



GENDER ⌄   CATEGORY ⌄   ACTIVITY ⌄   COLOR ⌄   PRICE ⌄   SPORT ⌄   COLLABORATION ⌄   MATERIAL ⌄   BRAND ⌄   SORT BY ⌄

Women's Originals
ADILETTE SLIDES
$30

7 colors

Originals
ADILETTE SLIDES
$23 $45

9 colors

Men's Swim
ADILETTE COMFORT SLIDES
$18 $35

Women's Originals
ADILETTE SLIDES
$25 $50

7 colors

FEEDBACK



SOLD OUT

Men's Essentials
ADILETTE COMFORT SLIDES
$24

6 colors

**PREVIOUS**

Page: 3 ⌄ of 3

### STAY IN THE KNOW WITH ADIDAS!

SIGN UP →

**TRENDING**
Casual Shoes
Slip On Shoes
Camo Clothing
Burgundy Shoes
Leather Sneakers

**CUSTOMER SUPPORT**
Get Help
Track Order
Returns & Refunds
Sizing
Promotions
How to Clean
Bra Fit Guide
Store Locator
Site Map

**COMPANY INFO**
About Us
Careers
Press
Affiliates
Military Discount
Student Discount
Mobile Apps
Creators Club
adidas Stories

**PARTNER SITES**
adidas Outdoor
miTeam

**PRIVACY & TERMS**
Privacy & Security
Terms and Conditions
Policy on Human Trafficking

**GIFT CARDS**
Check Balance

🇺🇸 USA        Data settings  |  Do not sell my personal information  |  Privacy PolicyTerms and Conditions  |  © 2020 adidas America Inc.

Document title: adidas Online Shop | adidas US
Capture URL: https://www.adidas.com/us/search?q=adilette&amp;start=96
Capture timestamp (UTC): Thu, 30 Jan 2020 16:35:14 GMT







Document title: adidas Adilette Aqua Slides - Pink | adidas US
Capture URL: https://www.adidas.com/us/adilette-aqua-slides/G28714.html
Capture timestamp (UTC): Tue, 07 Jan 2020 14:59:10 GMT



## RATINGS & REVIEWS

### 4.5 ★★★★★
109 Reviews

**RATING BREAKDOWN**

5 STARS ──────────── 81
4 STARS ────── 11
3 STARS ──── 13
2 STARS ── 4
1 STARS ─ 1

### 90%
of customers recommend this product

SIZE
TOO SMALL ──── PERFECT ──── TOO LARGE

WIDTH
TOO NARROW ──── PERFECT ──── TOO WIDE

COMFORT
UNCOMFORTABLE ──────── COMFORTABLE

QUALITY
POOR ──────── PERFECT

SORT ON

| RELEVANT | HELPFUL | NEWEST |

★★★★★                                          November 6, 2019
**GREAT. GET A SIZE BIGGER**
Very comfortable. Great value. Great colour. Must get a size bigger.
✓ I recommend this product
**Luckybozz** - Verified Purchaser
Was this review helpful?   Yes (8)   No (1)

★★★★★                                          December 20, 2019
**GREAT VALUE AND I LOVE THE COLOUR**
Comfortable, durable but still look smart. The colour in the advert doesnt do it justice
✓ I recommend this product
**Chessels13** - Verified Purchaser
Was this review helpful?   Yes (1)   No (0)

| LOAD MORE → | WRITE A REVIEW → |

## OTHERS ALSO BOUGHT



Originals
3-STRIPES LEGGINGS
$40

Performance
SUPERLITE NO-SHOW SOCKS 6 PAIRS
$20

Essentials
CLOUDFOAM PURE SHOES
$70

Originals
TREFOIL NO-SHOW SOCKS 6 PAIRS
$20

## RECENTLY VIEWED ITEMS



Essentials
ADILETTE CLOUDFOAM SLIDES
$25

Document title: adidas Adilette Aqua Slides - Pink | adidas US
Capture URL: https://www.adidas.com/us/adilette-aqua-slides/G28714.html
Capture timestamp (UTC): Tue, 07 Jan 2020 14:59:10 GMT

Page 2 of 3

Exhibit 2
Page 172 of 272



## 90%

of customers recommend this product

**SIZE**
TOO SMALL — PERFECT — TOO LARGE

**WIDTH**
TOO NARROW — PERFECT — TOO WIDE

**COMFORT**
UNCOMFORTABLE — COMFORTABLE

**QUALITY**
POOR — PERFECT

Was this review helpful?   Yes (8)   No (1)

★★★★★
**GREAT VALUE AND I LOVE THE COLOUR**                    December 20, 2019
Comfortable, durable but still look smart. The colour in the advert doesnt do it justice

✓ I recommend this product
**Chessels13** · Verified Purchaser

Was this review helpful?   Yes (1)   No (0)

| LOAD MORE → | WRITE A REVIEW → |
|---|---|

FEEDBACK

## OTHERS ALSO BOUGHT

Originals
3-STRIPES LEGGINGS
$40

Performance
SUPERLITE NO-SHOW SOCKS 6 PAIRS
$20

Essentials
CLOUDFOAM PURE SHOES
$70

Originals
TREFOIL NO-SHOW SOCKS 6 PAIRS
$20

## RECENTLY VIEWED ITEMS



Essentials
ADILETTE CLOUDFOAM SLIDES
$25



**JOIN CREATORS CLUB & GET 15% DISCOUNT**     SIGN UP →

**TRENDING**
Casual Shoes
Slip On Shoes
Camo Clothing
Burgundy Shoes
Leather Sneakers

**CUSTOMER SUPPORT**
Get Help
Track Order
Returns & Refunds
Sizing
Promotions
How to Clean
Store Locator
Site Map

**COMPANY INFO**
About Us
Careers
Press
Affiliates
Military Discount
Student Discount
Mobile Apps
Creators Club
adidas Stories

**PARTNER SITES**
adidas Outdoor
miTeam

**PRIVACY & TERMS**
Privacy & Security
Terms and Conditions
Policy on Human Trafficking

**GIFT CARDS**
Check Balance

🖳 USA          Data settings    Do not sell my personal information    Privacy PolicyTerms and Conditions    |    © 2020 adidas America Inc.

Document title: adidas Adilette Aqua Slides - Pink | adidas US
Capture URL: https://www.adidas.com/us/adilette-aqua-slides/G28714.html
Capture timestamp (UTC): Tue, 07 Jan 2020 14:59:10 GMT

Page 3 of 3

Exhibit 2
Page 173 of 272



COMPLETE THE LOOK

$40    $40

## PRODUCT DETAILS

| DESCRIPTION | SPECIFICATIONS |
|---|---|



### ADILETTE CLOUDFOAM SLIDES

**SHOWER-READY SLIDES WITH A SOFT, CONTOURED FOOTBED.**

Ideal for the pool deck or shower, these men's slides feature a quick-drying Cloudfoam footbed that cradles your feet with soft cushioning. The bandage-style upper shows off contrast 3-Stripes for a classic athletic look. The EVA outsole provides lightweight comfort.

## YOU MAY ALSO LIKE



Document title: adidas Adilette Cloudfoam Slides - Black | adidas US
Capture URL: https://www.adidas.com/us/adilette-cloudfoam-slides/AQ1701.html
Capture timestamp (UTC): Tue, 07 Jan 2020 14:58:19 GMT

Page 1 of 3

Exhibit 2
Page 174 of 272



Essentials
ADILETTE CLOUDFOAM SLIDES
$18 $25

Essentials
ADILETTE CLOUDFOAM SLIDES
$18 $25

Essentials
ADILETTE COMFORT SLIDES
$25 $35

Essentials
ADILETTE CLOUDFOAM SLIDES
$18 $25

## SHARE HOW YOU WEAR IT

Share a photo of your adidas favorite and appear in our showcase. Make sure to tag your image with @adidas.



LOAD MORE IMAGES

## RATINGS & REVIEWS



## OTHERS ALSO BOUGHT

Document title: adidas Adilette Cloudfoam Slides - Black | adidas US
Capture URL: https://www.adidas.com/us/adilette-cloudfoam-slides/AQ1701.html
Capture timestamp (UTC): Tue, 07 Jan 2020 14:58:19 GMT

Page 2 of 3

Exhibit 2
Page 175 of 272

## RATINGS & REVIEWS



## OTHERS ALSO BOUGHT





Document title: adidas Adilette Cloudfoam Slides - Black | adidas US
Capture URL: https://www.adidas.com/us/adilette-cloudfoam-slides/AQ1701.html
Capture timestamp (UTC): Tue, 07 Jan 2020 14:58:19 GMT







Document title: adidas Adilette Slides - Blue | adidas US
Capture URL: https://www.adidas.com/us/adilette-slides/288022.html
Capture timestamp (UTC): Tue, 07 Jan 2020 15:00:39 GMT

Page 1 of 3

Exhibit 2
Page 177 of 272



Originals
ADILETTE SLIDES
$45

Originals
ADILETTE SLIDES
$45

Essentials
ADILETTE COMFORT SLIDES
$27 $35

Originals
STAN SMITH SHOES
$80

## SHARE HOW YOU WEAR IT

Share a photo of your adidas favorite and appear in our showcase. Make sure to tag your image with @adidas.



LOAD MORE IMAGES

## RATINGS & REVIEWS

**4.5** ★★★★★
2433 Reviews

**RATING BREAKDOWN**

5 STARS ———————————— 1668
4 STARS ———————————— 491
3 STARS ———————————— 131
2 STARS ———————————— 55
1 STARS ———————————— 88

**93%**
of customers recommend this product

SIZE
TOO SMALL    PERFECT    TOO LARGE

WIDTH
TOO NARROW    PERFECT    TOO WIDE

COMFORT
UNCOMFORTABLE    COMFORTABLE

QUALITY
POOR    PERFECT

SORT ON

| RELEVANT | HELPFUL | NEWEST |
|----------|---------|--------|

★★★★★                                          December 18, 2019
**ADILETTE WEARER SINCE 99**
Once you wear an adilette slider I promise you won't wear another slider again.

✓ I recommend this product
lmywestmids - Verified Purchaser

Was this review helpful?   Yes (1)   No (0)

★★★★★                                          September 29, 2019
**NOT BAD**
Looks nice but size comes up too small. I'd still recommend because of how nice it looks

✓ I recommend this product
J2455555 - Verified Purchaser

Was this review helpful?   Yes (0)   No (2)

| LOAD MORE → | WRITE A REVIEW → |
|-------------|------------------|

## OTHERS ALSO BOUGHT



Document title: adidas Adilette Slides - Blue | adidas US
Capture URL: https://www.adidas.com/us/adilette-slides/288022.html
Capture timestamp (UTC): Tue, 07 Jan 2020 15:00:39 GMT

Page 2 of 3

Exhibit 2
Page 178 of 272



**93%**

of customers recommend this product

SIZE
TOO SMALL — PERFECT — TOO LARGE

WIDTH
TOO NARROW — PERFECT — TOO WIDE

COMFORT
UNCOMFORTABLE — COMFORTABLE

QUALITY
POOR — PERFECT

Was this review helpful?    Yes [1]    No [0]

★★★★★                                    September 29, 2019

**NOT BAD**

Looks nice but size comes up too small. I'd still recommend because of how nice it looks

✓ I recommend this product

J2455555 · Verified Purchaser

Was this review helpful?    Yes [5]    No [2]

| LOAD MORE → | WRITE A REVIEW → |

FEEDBACK

## OTHERS ALSO BOUGHT



Essentials
ESSENTIALS 3-STRIPES PULLOVER HOODIE
$55

Originals
SST TRACK PANTS
$65

Originals
TREFOIL HOODIE
$65

Originals
NMD_R1 SHOES
$130

## RECENTLY VIEWED ITEMS



Essentials
ADILETTE AQUA SLIDES
$25

Essentials
ADILETTE CLOUDFOAM SLIDES
$25



**JOIN CREATORS CLUB & GET 15% DISCOUNT**    SIGN UP →

| TRENDING | CUSTOMER SUPPORT | COMPANY INFO | PARTNER SITES | GIFT CARDS |
|---|---|---|---|---|
| Casual Shoes | Get Help | About Us | adidas Outdoor | Check Balance |
| Slip On Shoes | Track Order | Careers | miTeam | |
| Camo Clothing | Returns & Refunds | Press | | |
| Burgundy Shoes | Sizing | Affiliates | **PRIVACY & TERMS** | |
| Leather Sneakers | Promotions | Military Discount | | |
| | How to Clean | Student Discount | Privacy & Security | |
| | Store Locator | Mobile Apps | Terms and Conditions | |
| | Site Map | Creators Club | Policy on Human Trafficking | |
| | | adidas Stories | | |

🇺🇸 USA    Data settings    Do not sell my personal information    Privacy Policy Terms and Conditions    © 2020 adidas America Inc.

Document title: adidas Adilette Slides - Blue | adidas US
Capture URL: https://www.adidas.com/us/adilette-slides/288022.html
Capture timestamp (UTC): Tue, 07 Jan 2020 15:00:39 GMT



Document title: adidas Online Shop | adidas US
Capture URL: https://www.adidas.com/us/search?q=nmd
Capture timestamp (UTC): Thu, 30 Jan 2020 16:21:33 GMT

Page 1 of 5

Exhibit 2
Page 180 of 272



GENDER ˅    ACTIVITY ˅    COLOR ˅    PRICE ˅    SPORT ˅    COLLECTION ˅    COLLABORATION ˅    MATERIAL ˅    BRAND ˅    SORT BY ˅

Originals
NMD_R1 SHOES
$130

23 colors

Men's Originals
NMD_R1 SHOES
$130

23 colors

Men's Originals
NMD_R1 V2 SHOES
$130

6 colors

Women's Originals
NMD_R1 SHOES
$130

20 colors

Youth Originals
NMD_R1 SHOES
$110

16 colors

Women's Originals
NMD_R1 SHOES
$130

20 colors

Originals
NMD_R1 SHOES
$130

2 colors

Men's Originals
NMD_R1 V2 SHOES
$130

6 colors

Originals
NMD_R1 SHOES
$130

10 colors

Youth Originals
NMD_R1 SHOES
$110

16 colors

Originals
NMD_R1 SHOES
$130

23 colors

Youth Originals
NMD_R1 SHOES
$110

16 colors

FEEDBACK

Document title: adidas Online Shop | adidas US
Capture URL: https://www.adidas.com/us/search?q=nmd
Capture timestamp (UTC): Thu, 30 Jan 2020 16:21:33 GMT

Page 2 of 5

Exhibit 2
Page 181 of 272

GENDER ⌄    ACTIVITY ⌄    COLOR ⌄    PRICE ⌄    SPORT ⌄    COLLECTION ⌄    COLLABORATION ⌄    MATERIAL ⌄    BRAND ⌄    SORT BY ⌄



Originals
NMD_R1 SHOES
$130
10 colors

Originals
NMD_R1 V2 SHOES
$130
6 colors

Youth Originals
NMD_R1 SHOES
$110
16 colors

Women's Originals
NMD_R1 SHOES
$130
20 colors

Youth Originals
NMD_R1 SHOES
$110
16 colors

Originals
NMD_R1 SHOES
$130
10 colors

Originals
NMD_R1 V2 SHOES
$130
6 colors

Women's Originals
NMD_R1 STAR WARS SHOES
$130

Originals
NMD_R1 SHOES
$130
23 colors

Youth Originals
NMD_R1 SHOES
$110
16 colors

Women's Originals
NMD_R1 SHOES
$78  $130
20 colors

Youth Originals
NMD_R1 SHOES
$110
16 colors

Women's Originals
NMD_R1 SHOES

Youth Originals
NMD_R1 SHOES

Youth Originals
NMD_R1 SHOES

Originals
NMD_R1 SHOES

Document title: adidas Online Shop | adidas US
Capture URL: https://www.adidas.com/us/search?q=nmd
Capture timestamp (UTC): Thu, 30 Jan 2020 16:21:33 GMT

GENDER ⌄   ACTIVITY ⌄   COLOR ⌄   PRICE ⌄   SPORT ⌄   COLLECTION ⌄   COLLABORATION ⌄   MATERIAL ⌄   BRAND ⌄   SORT BY ⌄



Women's Originals
NMD_R1 SHOES
$130
20 colors

Youth Originals
NMD_R1 SHOES
$66 $110
16 colors

Youth Originals
NMD_R1 SHOES
$110

Originals
NMD_R1 SHOES
$78 $130
23 colors

Youth Originals
NMD_R1 STAR WARS SHOES
$110

Women's Originals
NMD_R1 SHOES
$130
20 colors

Women's Originals
NMD_R1 V2 SHOES
$130
2 colors

Women's Originals
NMD_R1 SHOES
$130
20 colors

Youth Originals
NMD_R1 SHOES
$110
16 colors

Men's Originals
NMD_R1 SHOES
$140
2 colors

Women's Originals
NMD_R1 V2 SHOES
$130
2 colors

Women's Originals
NMD_R1 SHOES
$91 $130
20 colors

Youth Originals
NMD_R1 STAR WARS SHOES
$110

Men's Originals
NMD_R1 SHOES
$78 $130

Men's Originals
NMD_R1 SHOES
$130

Women's Originals
NMD_R1 STAR WARS SHOES
$130

FEEDBACK

Document title: adidas Online Shop | adidas US
Capture URL: https://www.adidas.com/us/search?q=nmd
Capture timestamp (UTC): Thu, 30 Jan 2020 16:21:33 GMT

Page 4 of 5

Exhibit 2
Page 183 of 272

GENDER ⌄   ACTIVITY ⌄   COLOR ⌄   PRICE ⌄   SPORT ⌄   COLLECTION ⌄   COLLABORATION ⌄   MATERIAL ⌄   BRAND ⌄   SORT BY ⌄



Youth Originals
NMD_R1 SHOES
$110
16 colors

Men's Originals
NMD_R1 SHOES
$140
2 colors

Women's Originals
NMD_R1 V2 SHOES
$130
2 colors

Women's Originals
NMD_R1 SHOES
$91 $130
20 colors

Youth Originals
NMD_R1 STAR WARS SHOES
$110

Men's Originals
NMD_R1 SHOES
$78 $130
23 colors

Men's Originals
NMD_R1 SHOES
$130
23 colors

Women's Originals
NMD_R1 STAR WARS SHOES
$130

FEEDBACK

Page: [ 1 ⌄ ] of 3                    NEXT

## STAY IN THE KNOW WITH ADIDAS!

SIGN UP →

**TRENDING**

Casual Shoes
Slip On Shoes
Camo Clothing
Burgundy Shoes
Leather Sneakers

**CUSTOMER SUPPORT**

Get Help
Track Order
Returns & Refunds
Sizing
Promotions
How to Clean
Bra Fit Guide
Store Locator
Site Map

**COMPANY INFO**

About Us
Careers
Press
Affiliates
Military Discount
Student Discount
Mobile Apps
Creators Club
adidas Stories

**PARTNER SITES**

adidas Outdoor
miTeam

**PRIVACY & TERMS**

Privacy & Security
Terms and Conditions
Policy on Human Trafficking

**GIFT CARDS**

Check Balance

🇺🇸 USA          Data settings  |          Do not sell my personal information  |          Privacy PolicyTerms and Conditions  |          © 2020 adidas America Inc.

Document title: adidas Online Shop | adidas US
Capture URL: https://www.adidas.com/us/search?q=nmd
Capture timestamp (UTC): Thu, 30 Jan 2020 16:21:33 GMT



Document title: adidas Online Shop | adidas US
Capture URL: https://www.adidas.com/us/search?q=nmd&amp;start=48
Capture timestamp (UTC): Thu, 30 Jan 2020 16:22:16 GMT

Page 1 of 5

Exhibit 2
Page 185 of 272

GENDER ⌄   ACTIVITY ⌄   COLOR ⌄   PRICE ⌄   SPORT ⌄   COLLECTION ⌄   COLLABORATION ⌄   MATERIAL ⌄   BRAND ⌄   SORT BY ⌄



Youth Originals
NMD_R1 V2 SHOES
$110
2 colors

Youth Originals
NMD_R1 SHOES
$66 $110
16 colors

Infant & Toddler Originals
NMD 360 SHOES
$55

Youth Originals
NMD_R1 V2 SHOES
$110
2 colors

Men's Originals
NMD_R1 PRIMEKNIT SHOES
$102 $170
5 colors

Originals
NMD_R1 SHOES
$78
23 colors

Originals
NMD_R1 GTX SHOES
$180

Men's Originals
NMD_R1 SHOES
$130
23 colors

Youth Originals
NMD_R1 SHOES
$110
16 colors

Originals
NMD_R1 STAR WARS SHOES
$130

Youth Originals
NMD R1 X TOY STORY 4: BO PEEP
$66 $110

Men's Originals
NMD_R1 SHOES
$130
23 colors

Document title: adidas Online Shop | adidas US
Capture URL: https://www.adidas.com/us/search?q=nmd&amp;start=48
Capture timestamp (UTC): Thu, 30 Jan 2020 16:22:16 GMT

Page 2 of 5

Exhibit 2
Page 186 of 272

GENDER ⌄    ACTIVITY ⌄    COLOR ⌄    PRICE ⌄    SPORT ⌄    COLLECTION ⌄    COLLABORATION ⌄    MATERIAL ⌄    BRAND ⌄    SORT BY ⌄

FEEDBACK

Originals
NMD_R1 PRIMEKNIT SHOES
$102 $170
4 colors

Women's Originals
NMD_R1 STLT PRIMEKNIT SHOES
$102 $170
2 colors

Originals
NMD_R1 PRIMEKNIT SHOES
$102 $170
4 colors

Men's Originals
NMD_TS1 PRIMEKNIT GTX SHOES
$220

NEW

Children Baseball
AFTERBURNER 6 GRAIL MD CLEATS
$30
5 colors

Youth Originals
NMD_R1 SHOES
$110
17 colors

Children Baseball
AFTERBURNER 6 GRAIL MD CLEATS
$30
5 colors

Originals
NMD_R1 STAR WARS SHOES
$130

NEW

NEW

Children Baseball
AFTERBURNER 6 GRAIL MD CLEATS
$30
5 colors

Children Baseball
AFTERBURNER 6 GRAIL MD CLEATS
$30
5 colors

Children Baseball
ICON V MD CLEATS
$30
5 colors

Women's Originals
NMD_R1 STLT PRIMEKNIT SHOES
$119 $170
2 colors

Men's Baseball
AFTERBURNER 6 GRAIL MD CLEATS

Men's Originals
NMD_R1 SHOES

Women's Originals
NMD_R1 SHOES

Men's Originals
NMD_R1 SHOES

Document title: adidas Online Shop | adidas US
Capture URL: https://www.adidas.com/us/search?q=nmd&amp;start=48
Capture timestamp (UTC): Thu, 30 Jan 2020 16:22:16 GMT

Page 3 of 5

Exhibit 2
Page 187 of 272

GENDER ⌄  ACTIVITY ⌄  COLOR ⌄  PRICE ⌄  SPORT ⌄  COLLECTION ⌄  COLLABORATION ⌄  MATERIAL ⌄  BRAND ⌄    SORT BY ⌄



Men's Baseball
AFTERBURNER 6 GRAIL MD CLEATS
$40
2 colors

Men's Originals
NMD_R1 SHOES
$130
23 colors

Women's Originals
NMD_R1 SHOES
$130
20 colors

Men's Originals
NMD_R1 SHOES
$78 $130
23 colors

Youth Originals
NMD_R1 SHOES
$72 $120

Men's Baseball
AFTERBURNER 6 GRAIL MD CLEATS
$40
2 colors

Children Baseball
ICON 4 MD CLEATS
$15 $30

Men's Originals
NMD_R1 SHOES
$78 $130
23 colors

Children Baseball
AFTERBURNER 6 GRAIL MD CLEATS
$30
5 colors

Men's Originals
NMD_R1 SHOES
$130
23 colors

Men's Originals
NMD_R1 PRIMEKNIT SHOES
$170
4 colors

Men's Originals
NMD_R1 SHOES
$65
23 colors

Men's Originals
PHARRELL WILLIAMS HU NMD HUMAN MADE...
$250

Children Baseball
ADIZERO AFTERBURNER V MD CLEATS
$30

Men's Originals
NMD_CS1 PARLEY PRIMEKNIT SHOES
$110 $220

Women's Originals
NMD_R1 STLT PRIMEKNIT SHOES
$70 $140

Document title: adidas Online Shop | adidas US
Capture URL: https://www.adidas.com/us/search?q=nmd&amp;start=48
Capture timestamp (UTC): Thu, 30 Jan 2020 16:22:16 GMT

GENDER ⌄   ACTIVITY ⌄   COLOR ⌄   PRICE ⌄   SPORT ⌄   COLLECTION ⌄   COLLABORATION ⌄   MATERIAL ⌄   BRAND ⌄   SORT BY ⌄



Children Baseball
AFTERBURNER 6 GRAIL MD CLEATS
$30
5 colors

Men's Originals
NMD_R1 SHOES
$130
23 colors

Men's Originals
NMD_R1 PRIMEKNIT SHOES
$170
4 colors

Men's Originals
NMD_R1 SHOES
$65
23 colors

Men's Originals
PHARRELL WILLIAMS HU NMD HUMAN MADE...
$250

Children Baseball
ADIZERO AFTERBURNER V MD CLEATS
$30

Men's Originals
NMD_CS1 PARLEY PRIMEKNIT SHOES
$110 $220

Women's Originals
NMD_R1 STLT PRIMEKNIT SHOES
$70 $140

FEEDBACK

PREVIOUS                    Page: 2 ⌄ of 3                    NEXT

## STAY IN THE KNOW WITH ADIDAS!

SIGN UP →

### TRENDING
Casual Shoes
Slip On Shoes
Camo Clothing
Burgundy Shoes
Leather Sneakers

### CUSTOMER SUPPORT
Get Help
Track Order
Returns & Refunds
Sizing
Promotions
How to Clean
Bra Fit Guide
Store Locator
Site Map

### COMPANY INFO
About Us
Careers
Press
Affiliates
Military Discount
Student Discount
Mobile Apps
Creators Club
adidas Stories

### PARTNER SITES
adidas Outdoor
miTeam

### PRIVACY & TERMS
Privacy & Security
Terms and Conditions
Policy on Human Trafficking

### GIFT CARDS
Check Balance

🇺🇸 USA                    Data settings  |  Do not sell my personal information  |  Privacy PolicyTerms and Conditions  |  © 2020 adidas America Inc.

Document title: adidas Online Shop | adidas US
Capture URL: https://www.adidas.com/us/search?q=nmd&amp;start=48
Capture timestamp (UTC): Thu, 30 Jan 2020 16:22:16 GMT



Document title: adidas Online Shop | adidas US
Capture URL: https://www.adidas.com/us/search?q=nmd&amp;start=96
Capture timestamp (UTC): Thu, 30 Jan 2020 16:22:45 GMT

Page 1 of 2

Exhibit 2
Page 190 of 272



PREVIOUS

Page: 3 ▾ of 3

**STAY IN THE KNOW WITH ADIDAS!**    SIGN UP →

### TRENDING
Casual Shoes
Slip On Shoes
Camo Clothing
Burgundy Shoes
Leather Sneakers

### CUSTOMER SUPPORT
Get Help
Track Order
Returns & Refunds
Sizing
Promotions
How to Clean
Bra Fit Guide
Store Locator
Site Map

### COMPANY INFO
About Us
Careers
Press
Affiliates
Military Discount
Student Discount
Mobile Apps
Creators Club
adidas Stories

### PARTNER SITES
adidas Outdoor
miTeam

### PRIVACY & TERMS
Privacy & Security
Terms and Conditions
Policy on Human Trafficking

### GIFT CARDS
Check Balance

🇺🇸 USA          Data settings | Do not sell my personal information | Privacy PolicyTerms and Conditions | © 2020 adidas America Inc.

Document title: adidas Online Shop | adidas US
Capture URL: https://www.adidas.com/us/search?q=nmd&amp;start=96
Capture timestamp (UTC): Thu, 30 Jan 2020 16:22:45 GMT

Page 2 of 2

Exhibit 2
Page 191 of 272





Document title: Buy adidas Ultraboost | adidas US
Capture URL: https://www.adidas.com/us/ultraboost
Capture timestamp (UTC): Thu, 30 Jan 2020 15:44:41 GMT

Page 1 of 6

Exhibit 2
Page 192 of 272

GENDER ⌄     ACTIVITY ⌄     COLOR ⌄     PRICE ⌄     SPORT ⌄     MODEL ⌄     COLLABORATION ⌄     BEST FOR ⌄     TECHNOLOGY ⌄     MATERIAL ⌄     BRAND ⌄

SORT BY ⌄



Youth Running
ULTRABOOST 20 SHOES
$160

7 colors

Youth Running
ULTRABOOST 20 SHOES
$160

7 colors

Children Running
ULTRABOOST 20 SHOES
$90

4 colors

Youth Running
ULTRABOOST 20 SHOES
$160

7 colors

Youth Running
ULTRABOOST 20 SHOES
$160

7 colors

Children Running
ULTRABOOST 20 SHOES
$90

3 colors

Youth Running
ULTRABOOST 20 SHOES
$160

8 colors

Infant & Toddler Running
ULTRABOOST 20 SHOES
$75

2 colors

Children Running
ULTRABOOST 20 SHOES
$90

3 colors

Infant & Toddler Running
ULTRABOOST 20 SHOES
$75

2 colors

Youth Running
ULTRABOOST 20 SHOES
$160

8 colors

Men's Running
ULTRABOOST 20 SB SHOES
$180

Document title: Buy adidas Ultraboost | adidas US
Capture URL: https://www.adidas.com/us/ultraboost
Capture timestamp (UTC): Thu, 30 Jan 2020 15:44:41 GMT

Page 2 of 6

Exhibit 2
Page 193 of 272

GENDER ˅   ACTIVITY ˅   COLOR ˅   PRICE ˅   SPORT ˅   MODEL ˅   COLLABORATION ˅   BEST FOR ˅   TECHNOLOGY ˅   MATERIAL ˅   BRAND ˅

SORT BY ˅



Women's Running
ULTRABOOST 20 SB SHOES
$180

Running
ULTRABOOST DNA SHOES
$180

Running
ULTRABOOST 20 SHOES
$180

Running
ULTRABOOST DNA SHOES
$180

Men's Running
ULTRABOOST 20 SHOES
$180

Women's Running
ULTRABOOST 20 SHOES
$180

10 colors

Women's adidas by Stella McCartney
ULTRABOOST 20 S SHOES
$230

4 colors

Women's adidas by Stella McCartney
ULTRABOOST 20 S SHOES
$230

4 colors

Women's Running
ULTRABOOST 20 SHOES
$180

11 colors

Men's Running
ULTRABOOST 20 SHOES
$180

17 colors

Men's Running
ULTRABOOST 20 SHOES
$180

17 colors

Men's Running
ULTRABOOST 20 SHOES
$180

17 colors

Document title: Buy adidas Ultraboost | adidas US
Capture URL: https://www.adidas.com/us/ultraboost
Capture timestamp (UTC): Thu, 30 Jan 2020 15:44:41 GMT

Page 3 of 6

Exhibit 2
Page 194 of 272



Women's adidas by Stella McCartney
ULTRABOOST 20 S SHOES
$230

4 colors

Men's Running
ULTRABOOST 20 SHOES
$180

17 colors

Men's Running
ULTRABOOST 20 SHOES
$180

17 colors

Women's Running
ULTRABOOST 20 SHOES
$180

10 colors

Women's Running
ULTRABOOST 20 SHOES
$180

11 colors

Men's Running
ULTRABOOST 20 SHOES
$180

17 colors

Running
ULTRABOOST 20 SHOES
$180

17 colors

Men's Running
ULTRABOOST S&L SHOES
$180

7 colors

NEW

Women's adidas by Stella McCartney
ULTRABOOST X 3D KNIT SHOES
$230

Women's Running
ULTRABOOST 19 SHOES
$180

18 colors

Men's Running
ULTRABOOST S&L SHOES
$180

7 colors

Women's Running
ULTRABOOST 19 SHOES
$180

21 colors

Women's Running
ULTRABOOST 19 SHOES

Men's Running
ULTRABOOST S&L SHOES

Men's Running
ULTRABOOST 19 SHOES

Men's Running
ULTRABOOST 19 SHOES

FEEDBACK

Document title: Buy adidas Ultraboost | adidas US
Capture URL: https://www.adidas.com/us/ultraboost
Capture timestamp (UTC): Thu, 30 Jan 2020 15:44:41 GMT

Page 4 of 6

Exhibit 2
Page 195 of 272



GENDER ⌄   ACTIVITY ⌄   COLOR ⌄   PRICE ⌄   SPORT ⌄   MODEL ⌄   COLLABORATION ⌄   BEST FOR ⌄   TECHNOLOGY ⌄   MATERIAL ⌄   BRAND ⌄

SORT BY ⌄

| Women's Running | Men's Running | Men's Running | Men's Running |
|---|---|---|---|
| ULTRABOOST 19 SHOES | ULTRABOOST S&L SHOES | ULTRABOOST 19 SHOES | ULTRABOOST 19 SHOES |
| $180 | $180 | $180 | $180 |
| 20 colors | 7 colors | 34 colors | 34 colors |

Page: [ 1 ⌄ ]  of 3

NEXT

FEEDBACK

## ULTRABOOST 20 HAS LANDED. LITERALLY.

Ultraboost 20 is a symbol of adidas' partnership with the International Space Station (ISS) National Laboratory—two organizations brought together by shared a passion for innovation. In the spirit of innovation, Ultraboost 20 is about to embark on a groundbreaking mission to the ISS's orbiting laboratory, 408 kilometers above the surface of Earth. That's right: Ultraboost 20 is going to space. Together, adidas and the ISS National Laboratory will push the limits of possibility to empower the athletes of Earth. The sky isn't the limit—it's just the beginning.

### ULTRABOOST 20: INNOVATION IN ACTION

Ultraboost 20 isn't just a symbol of innovation. It's innovation in action. The Boost midsole offers 20% more energy return compared to the original Ultraboost with every step. Feel the precision, thanks to Tailored Fiber Placement stitching, a textile process that calculates yarn density to the millimeter. The motion weave midfoot gives Ultraboost 20 both flexibility and control for a comfortable ride. And finally, the iconic heel frame offers support at launch and landing, making Ultraboost 20 too responsive for this world.

### BOOST IN THE ADIDAS ARCHIVES

Decades of research and development has fueled the quest to create the perfect midsole material. Boost is comprised of thousands of pellets bonded together using steam. This midsole technology has set a new standard in the industry and is now featured on more than 20 silhouettes from baseball cleats to lifestyle sneakers to the unprecedented Ultraboost—the first running shoe to deliver energy return with every step.

### THE FUTURE OF BOOST

It's been just over six years since the world was introduced to Boost and today, the future of Boost is more exciting than ever. In the ISS National Laboratory, NASA astronauts will perform an experiment of Boost's molding process without the distraction of Earth's gravity. These experiments will help unlock the future of Boost to empower the athletes of Earth. Imagine what can be achieved in the next five years, with the support of organizations who prove daily that impossible is nothing.

**You may also like:** Men's Running Shoes • Adizero Running • Running Tights • Women's Running Shoes • Solarboost • Women's Shoes Sale

---

### STAY IN THE KNOW WITH ADIDAS!

SIGN UP →

| TRENDING | CUSTOMER SUPPORT | COMPANY INFO | PARTNER SITES | GIFT CARDS |
|---|---|---|---|---|
| Casual Shoes | Get Help | About Us | adidas Outdoor | Check Balance |
| Slip On Shoes | Track Order | Careers | miTeam | |
| Camo Clothing | Returns & Refunds | Press | | |
| Burgundy Shoes | Sizing | Affiliates | PRIVACY & TERMS | |
| | Promotions | | | |

Document title: Buy adidas Ultraboost | adidas US
Capture URL: https://www.adidas.com/us/ultraboost
Capture timestamp (UTC): Thu, 30 Jan 2020 15:44:41 GMT

GENDER ⌄    ACTIVITY ⌄    COLOR ⌄    PRICE ⌄    SPORT ⌄    MODEL ⌄    COLLABORATION ⌄    BEST FOR ⌄    TECHNOLOGY ⌄    MATERIAL ⌄    BRAND ⌄

SORT BY ⌄

## ULTRABOOST 20 HAS LANDED. LITERALLY.

Ultraboost 20 is a symbol of adidas' partnership with the International Space Station (ISS) National Laboratory—two organizations brought together by shared a passion for innovation. In the spirit of innovation, Ultraboost 20 is about to embark on a groundbreaking mission to the ISS's orbiting laboratory, 408 kilometers above the surface of Earth. That's right: Ultraboost 20 is going to space. Together, adidas and the ISS National Laboratory will push the limits of possibility to empower the athletes of Earth. The sky isn't the limit—it's just the beginning.

### ULTRABOOST 20: INNOVATION IN ACTION

Ultraboost 20 isn't just a symbol of innovation. It's innovation in action. The Boost midsole offers 20% more energy return compared to the original Ultraboost with every step. Feel the precision, thanks to Tailored Fiber Placement stitching, a textile process that calculates yarn density to the millimeter. The motion weave midfoot gives Ultraboost 20 both flexibility and control for a comfortable ride. And finally, the iconic heel frame offers support at launch and landing, making Ultraboost 20 too responsive for this world.

### BOOST IN THE ADIDAS ARCHIVES

Decades of research and development has fueled the quest to create the perfect midsole material. Boost is comprised of thousands of pellets bonded together using steam. This midsole technology has set a new standard in the industry and is now featured on more than 20 silhouettes from baseball cleats to lifestyle sneakers to the unprecedented Ultraboost—the first running shoe to deliver energy return with every step.

### THE FUTURE OF BOOST

It's been just over six years since the world was introduced to Boost and today, the future of Boost is more exciting than ever. In the ISS National Laboratory, NASA astronauts will perform an experiment of Boost's molding process without the distraction of Earth's gravity. These experiments will help unlock the future of Boost to empower the athletes of Earth. Imagine what can be achieved in the next five years, with the support of organizations who prove daily that impossible is nothing.

**You may also like:** Men's Running Shoes • Adizero Running • Running Tights • Women's Running Shoes • Solarboost • Women's Shoes Sale

FEEDBACK

## STAY IN THE KNOW WITH ADIDAS!

SIGN UP →

| TRENDING | CUSTOMER SUPPORT | COMPANY INFO | PARTNER SITES | GIFT CARDS |
|---|---|---|---|---|
| Casual Shoes | Get Help | About Us | adidas Outdoor | Check Balance |
| Slip On Shoes | Track Order | Careers | miTeam | |
| Camo Clothing | Returns & Refunds | Press | | |
| Burgundy Shoes | Sizing | Affiliates | **PRIVACY & TERMS** | |
| Leather Sneakers | Promotions | Military Discount | | |
| | How to Clean | Student Discount | Privacy & Security | |
| | Bra Fit Guide | Mobile Apps | Terms and Conditions | |
| | Store Locator | Creators Club | Policy on Human Trafficking | |
| | Site Map | adidas Stories | | |

Document title: Buy adidas Ultraboost | adidas US
Capture URL: https://www.adidas.com/us/ultraboost
Capture timestamp (UTC): Thu, 30 Jan 2020 15:44:41 GMT

Page 6 of 6

Exhibit 2
Page 197 of 272



Document title: Buy adidas Ultraboost | adidas US
Capture URL: https://www.adidas.com/us/ultraboost?start=48
Capture timestamp (UTC): Thu, 30 Jan 2020 15:45:34 GMT

Page 1 of 6

Exhibit 2
Page 198 of 272



GENDER ⌄   ACTIVITY ⌄   COLOR ⌄   PRICE ⌄   SPORT ⌄   MODEL ⌄   COLLABORATION ⌄   BEST FOR ⌄   TECHNOLOGY ⌄   MATERIAL ⌄   BRAND ⌄

SORT BY ⌄

Men's Running
ULTRABOOST 19 SHOES
$180

34 colors

Running
ULTRABOOST LEATHER SHOES
$200

2 colors

Men's Running
ULTRABOOST SHOES
$180

8 colors

Running
ULTRABOOST S&L STAR WARS
$180

Men's Running
ULTRABOOST 19 SHOES
$180

34 colors

Men's Running
ULTRABOOST S&L SHOES
$180

7 colors

Men's Running
ULTRABOOST S&L SHOES
$180

7 colors

Women's adidas by Stella McCartney
ULTRABOOST T SHOES
$230

2 colors

Youth Running
ULTRABOOST 19 STAR WARS SHOES
$160

Men's Running
ULTRABOOST SHOES
$180

7 colors

Running
ULTRABOOST 19 STAR WARS SHOES
$180

Men's Running
ULTRABOOST REFLECTIVE SHOES
$180

2 colors

FEEDBACK

Document title: Buy adidas Ultraboost | adidas US
Capture URL: https://www.adidas.com/us/ultraboost?start=48
Capture timestamp (UTC): Thu, 30 Jan 2020 15:45:34 GMT

Page 2 of 6

Exhibit 2
Page 199 of 272

GENDER ⌄    ACTIVITY ⌄    COLOR ⌄    PRICE ⌄    SPORT ⌄    MODEL ⌄    COLLABORATION ⌄    BEST FOR ⌄    TECHNOLOGY ⌄    MATERIAL ⌄    BRAND ⌄

SORT BY ⌄



Women's Running
ULTRABOOST 19 SHOES
$180

5 colors

Men's Running
ULTRABOOST MULTICOLOR SHOES
$180

2 colors

Women's Running
ULTRABOOST GUARD SHOES
$180

Men's Running
ULTRABOOST SHOES
$180

7 colors

Men's Running
ULTRABOOST BAPE SHOES
$250

2 colors

Men's Running
ULTRABOOST MULTICOLOR SHOES
$180

2 colors

Men's Running
ULTRABOOST ALL-TERRAIN SHOES
$220

Men's Running
ULTRABOOST SHOES
$180

7 colors

Men's Running
ULTRABOOST ALL TERRAIN SHOES
$180

2 colors

Men's Running
ULTRABOOST 19 SHOES
$126 $180

34 colors

Women's Running
ULTRABOOST 19 SHOES
$126 $180

21 colors

Men's Running
ULTRABOOST 19 SHOES
$126 $180

34 colors

Document title: Buy adidas Ultraboost | adidas US
Capture URL: https://www.adidas.com/us/ultraboost?start=48
Capture timestamp (UTC): Thu, 30 Jan 2020 15:45:34 GMT

Page 3 of 6

Exhibit 2
Page 200 of 272

GENDER ⌄    ACTIVITY ⌄    COLOR ⌄    PRICE ⌄    SPORT ⌄    MODEL ⌄    COLLABORATION ⌄    BEST FOR ⌄    TECHNOLOGY ⌄    MATERIAL ⌄    BRAND ⌄

SORT BY ⌄



Women's Running
ULTRABOOST 19 SHOES
$108 $180

4 colors

Men's Running
ULTRABOOST 19 SHOES
$90 $180

34 colors

Men's Running
ULTRABOOST 19 SHOES
$90 $180

34 colors

Men's Running
ULTRABOOST 19 SHOES
$126 $180

34 colors

Women's Running
ULTRABOOST 19 SHOES
$126 $180

21 colors

Men's Running
ULTRABOOST 19 SHOES
$126 $180

38 colors

Women's Running
ULTRABOOST 19 SHOES
$126 $180

20 colors

Men's Running
ULTRABOOST 19 SHOES
$126 $180

34 colors

Men's Running
ULTRABOOST 19 SHOES
$126 $180

37 colors

Youth Running
ULTRABOOST 19 SHOES
$112 $160

7 colors

Men's Running
ULTRABOOST 19 SHOES
$126 $180

34 colors

Men's Running
ULTRABOOST 19 SHOES
$126 $180

34 colors

Men's Running
ULTRABOOST 19 SHOES

Women's Running
ULTRABOOST 19 SHOES

Men's Running
ULTRABOOST 19 SHOES

Youth Running
ULTRABOOST 19 SHOES

FEEDBACK

Document title: Buy adidas Ultraboost | adidas US
Capture URL: https://www.adidas.com/us/ultraboost?start=48
Capture timestamp (UTC): Thu, 30 Jan 2020 15:45:34 GMT

Page 4 of 6

Exhibit 2
Page 201 of 272



Men's Running
ULTRABOOST 19 SHOES
$126 $180
34 colors

Women's Running
ULTRABOOST 19 SHOES
$126 $180
20 colors

Men's Running
ULTRABOOST 19 SHOES
$126 $180
37 colors

Youth Running
ULTRABOOST 19 SHOES
$112 $140
8 colors

PREVIOUS                    Page: 2 ⌄ of 3                    NEXT

FEEDBACK

### ULTRABOOST 20 HAS LANDED. LITERALLY.

Ultraboost 20 is a symbol of adidas' partnership with the International Space Station (ISS) National Laboratory—two organizations brought together by shared a passion for innovation. In the spirit of innovation, Ultraboost 20 is about to embark on a groundbreaking mission to the ISS's orbiting laboratory, 408 kilometers above the surface of Earth. That's right: Ultraboost 20 is going to space. Together, adidas and the ISS National Laboratory will push the limits of possibility to empower the athletes of Earth. The sky isn't the limit—it's just the beginning.

#### ULTRABOOST 20: INNOVATION IN ACTION

Ultraboost 20 isn't just a symbol of innovation. It's innovation in action. The Boost midsole offers 20% more energy return compared to the original Ultraboost with every step. Feel the precision, thanks to Tailored Fiber Placement stitching, a textile process that calculates yarn density to the millimeter. The motion weave midfoot gives Ultraboost 20 both flexibility and control for a comfortable ride. And finally, the iconic heel frame offers support at launch and landing, making Ultraboost 20 too responsive for this world.

#### BOOST IN THE ADIDAS ARCHIVES

Decades of research and development has fueled the quest to create the perfect midsole material. Boost is comprised of thousands of pellets bonded together using steam. This midsole technology has set a new standard in the industry and is now featured on more than 20 silhouettes from baseball cleats to lifestyle sneakers to the unprecedented Ultraboost—the first running shoe to deliver energy return with every step.

#### THE FUTURE OF BOOST

It's been just over six years since the world was introduced to Boost and today, the future of Boost is more exciting than ever. In the ISS National Laboratory, NASA astronauts will perform an experiment of Boost's molding process without the distraction of Earth's gravity. These experiments will help unlock the future of Boost to empower the athletes of Earth. Imagine what can be achieved in the next five years, with the support of organizations who prove daily that impossible is nothing.

**You may also like:** Men's Running Shoes • Adizero Running • Running Tights • Women's Running Shoes • Solarboost • Women's Shoes Sale

## STAY IN THE KNOW WITH ADIDAS!

SIGN UP →

**TRENDING**
Casual Shoes
Slip On Shoes
Camo Clothing
Burgundy Shoes

**CUSTOMER SUPPORT**
Get Help
Track Order
Returns & Refunds
Sizing
Promotions

**COMPANY INFO**
About Us
Careers
Press
Affiliates

**PARTNER SITES**
adidas Outdoor
miTeam

**PRIVACY & TERMS**

**GIFT CARDS**
Check Balance

Document title: Buy adidas Ultraboost | adidas US
Capture URL: https://www.adidas.com/us/ultraboost?start=48
Capture timestamp (UTC): Thu, 30 Jan 2020 15:45:34 GMT

Page 5 of 6

Exhibit 2
Page 202 of 272

GENDER ⌄    ACTIVITY ⌄    COLOR ⌄    PRICE ⌄    SPORT ⌄    MODEL ⌄    COLLABORATION ⌄    BEST FOR ⌄    TECHNOLOGY ⌄    MATERIAL ⌄    BRAND ⌄

SORT BY ⌄

FEEDBACK

## ULTRABOOST 20 HAS LANDED. LITERALLY.

Ultraboost 20 is a symbol of adidas' partnership with the International Space Station (ISS) National Laboratory—two organizations brought together by shared a passion for innovation. In the spirit of innovation, Ultraboost 20 is about to embark on a groundbreaking mission to the ISS's orbiting laboratory, 408 kilometers above the surface of Earth. That's right: Ultraboost 20 is going to space. Together, adidas and the ISS National Laboratory will push the limits of possibility to empower the athletes of Earth. The sky isn't the limit—it's just the beginning.

### ULTRABOOST 20: INNOVATION IN ACTION

Ultraboost 20 isn't just a symbol of innovation. It's innovation in action. The Boost midsole offers 20% more energy return compared to the original Ultraboost with every step. Feel the precision, thanks to Tailored Fiber Placement stitching, a textile process that calculates yarn density to the millimeter. The motion weave midfoot gives Ultraboost 20 both flexibility and control for a comfortable ride. And finally, the iconic heel frame offers support at launch and landing, making Ultraboost 20 too responsive for this world.

### BOOST IN THE ADIDAS ARCHIVES

Decades of research and development has fueled the quest to create the perfect midsole material. Boost is comprised of thousands of pellets bonded together using steam. This midsole technology has set a new standard in the industry and is now featured on more than 20 silhouettes from baseball cleats to lifestyle sneakers to the unprecedented Ultraboost—the first running shoe to deliver energy return with every step.

### THE FUTURE OF BOOST

It's been just over six years since the world was introduced to Boost and today, the future of Boost is more exciting than ever. In the ISS National Laboratory, NASA astronauts will perform an experiment of Boost's molding process without the distraction of Earth's gravity. These experiments will help unlock the future of Boost to empower the athletes of Earth. Imagine what can be achieved in the next five years, with the support of organizations who prove daily that impossible is nothing.

**You may also like:** Men's Running Shoes • Adizero Running • Running Tights • Women's Running Shoes • Solarboost • Women's Shoes Sale

## STAY IN THE KNOW WITH ADIDAS!

SIGN UP →

| TRENDING | CUSTOMER SUPPORT | COMPANY INFO | PARTNER SITES | GIFT CARDS |
|---|---|---|---|---|
| Casual Shoes | Get Help | About Us | adidas Outdoor | Check Balance |
| Slip On Shoes | Track Order | Careers | miTeam | |
| Camo Clothing | Returns & Refunds | Press | | |
| Burgundy Shoes | Sizing | Affiliates | **PRIVACY & TERMS** | |
| Leather Sneakers | Promotions | Military Discount | | |
| | How to Clean | Student Discount | Privacy & Security | |
| | Bra Fit Guide | Mobile Apps | Terms and Conditions | |
| | Store Locator | Creators Club | Policy on Human Trafficking | |
| | Site Map | adidas Stories | | |

🇺🇸 USA          Data settings  |  Do not sell my personal information  |  Privacy PolicyTerms and Conditions  |  © 2020 adidas America Inc.

Document title: Buy adidas Ultraboost | adidas US
Capture URL: https://www.adidas.com/us/ultraboost?start=48
Capture timestamp (UTC): Thu, 30 Jan 2020 15:45:34 GMT



Document title: Buy adidas Ultraboost | adidas US
Capture URL: https://www.adidas.com/us/ultraboost?start=96
Capture timestamp (UTC): Thu, 30 Jan 2020 16:19:32 GMT

Page 1 of 4

Exhibit 2
Page 204 of 272



Document title: Buy adidas Ultraboost | adidas US
Capture URL: https://www.adidas.com/us/ultraboost?start=96
Capture timestamp (UTC): Thu, 30 Jan 2020 16:19:32 GMT

Page 2 of 4

Exhibit 2
Page 205 of 272

GENDER ⌄    ACTIVITY ⌄    COLOR ⌄    PRICE ⌄    SPORT ⌄    MODEL ⌄    COLLABORATION ⌄    BEST FOR ⌄    TECHNOLOGY ⌄    MATERIAL ⌄    BRAND ⌄

SORT BY ⌄



Men's Running
ULTRABOOST 19 PRIDE SHOES
$126 $180

Women's Running
ULTRABOOST 19 SHOES
$126
6 colors

Infant & Toddler Running
ULTRABOOST 19 SHOES
$53 $75

Men's Running
ULTRABOOST BAPE SHOES
$175
2 colors

Men's Running
ULTRABOOST S&L SHOES
$126 $180
7 colors

Women's Running
ULTRABOOST X ALL TERRAIN SHOES
$110 $220

IVY PARK
IVY PARK ULTRABOOST SHOES
$200

SOLD OUT

FEEDBACK

**PREVIOUS**      Page: 3 ⌄ of 3

## ULTRABOOST 20 HAS LANDED. LITERALLY.

Ultraboost 20 is a symbol of adidas' partnership with the International Space Station (ISS) National Laboratory—two organizations brought together by shared a passion for innovation. In the spirit of innovation, Ultraboost 20 is about to embark on a groundbreaking mission to the ISS's orbiting laboratory, 408 kilometers above the surface of Earth. That's right: Ultraboost 20 is going to space. Together, adidas and the ISS National Laboratory will push the limits of possibility to empower the athletes of Earth. The sky isn't the limit—it's just the beginning.

### ULTRABOOST 20: INNOVATION IN ACTION

Ultraboost 20 isn't just a symbol of innovation. It's innovation in action. The Boost midsole offers 20% more energy return compared to the original Ultraboost with every step. Feel the precision, thanks to Tailored Fiber Placement stitching, a textile process that calculates yarn density to the millimeter. The motion weave midfoot gives Ultraboost 20 both flexibility and control for a comfortable ride. And finally, the iconic heel frame offers support at launch and landing, making Ultraboost 20 too responsive for this world.

### BOOST IN THE ADIDAS ARCHIVES

Decades of research and development has fueled the quest to create the perfect midsole material. Boost is comprised of thousands of pellets bonded together using steam. This midsole technology has set a new standard in the industry and is now featured on more than 20 silhouettes from baseball cleats to lifestyle sneakers to the unprecedented Ultraboost—the first running shoe to deliver energy return with every step.

### THE FUTURE OF BOOST

It's been just over six years since the world was introduced to Boost and today, the future of Boost is more exciting than ever. In the ISS

Document title: Buy adidas Ultraboost | adidas US
Capture URL: https://www.adidas.com/us/ultraboost?start=96
Capture timestamp (UTC): Thu, 30 Jan 2020 16:19:32 GMT

Page 3 of 4

Exhibit 2
Page 206 of 272