

All Purpose

Exhibit 1
Page 1 of 451



**All Purpose**  **Tops & Bottoms**

**Squire Shooting Shirt**

Short-sleeve, V-neck shooting shirt with adidas three-stripes detail under
arm and down side seam. Flat-knit rib collar with embroidered adidas logo
at V-neck insert. Rubber adidas logo patch at lower left front.

Shirt: 100% polyester mesh
Side panels: 100% polyester dazzle

Suggested Retail: $45.00          A2250S

Available: June 25, 1997

| | | S | M | L | XL | XXL |
|---|---|---|---|---|---|---|
| 239769 | White/New Navy-Blue Bird | | | | | |
| 239770 | Black/White-Sun | | | | | |
| 239771 | Green/White-Black | | | | | |
| 239772 | Virtual Purple/White-Black | | | | | |

**Cabochon T-Shirt**

Short-sleeve crew neck T-shirt with adidas graphic screen-printed
at center front.

100% cotton jersey

Suggested Retail: $18.00          T0500C

Available: June 25,1997

| | | S | M | L | XL | XXL |
|---|---|---|---|---|---|---|
| 238579 | Med. Grey Heather/Blue Bird-New Navy | | | | | |
| 238577 | White/Green-Black | | | | | |
| 238578 | Black/White-Iron | | | | | |
| 238580 | Virtual Purple/Black-White | | | | | |
| 238581 | Roby/White-Black | | | | | |

**Squire Short**

Pull-on short with elastic waistband and inside drawcord, side seam pockets,
adidas three-stripes detail at side seams, and 7" inseam. Rubber logo patch
at left leg.

100% polyester dazzle

Suggested Retail: $29.00          A1400S

Available: June 25, 1997

| | | S | M | L | XL | XXL |
|---|---|---|---|---|---|---|
| 239773 | New Navy/New Navy-White | | | | | |
| 239774 | Black/ Black-White | | | | | |
| 239775 | Virtual Purple/ Black-White | | | | | |
| 239776 | Green/Black-White | | | | | |

Exhibit 1
Page 2 of 451



**All Purpose**     Windwear

**Stockton Jacket**

Full-zip jacket with mesh back, adidas three-stripes detail at shoulder seams, and welt pockets. adidas logo screen-printed at back mesh.
Jacket body: 100% polyester ripstop
Mesh back: 100% polyester mini-mesh
Suggested Retail: $58.00        A2600S
Available: June 25, 1997

| | | S | M | L | XL |
|---|---|---|---|---|---|
| 240929 | Black/Sun-White | | | | |
| 240926 | Black/Ruby-White | | | | |
| 240927 | New Navy/Blue Bird-White | | | | |
| 240928 | Green/Black-White | | | | |

Exhibit 1
Page 3 of 451



**Warm-Ups**    **All Purpose**

**Auburn Warm-Up**

Full-zip, jersey-lined jacket with welt pockets, and adidas three-stripes detail applied across front chest. Embroidered adidas logo at upper left chest. Pull-on, jersey-lined pant with elastic waistband and cuffs, inside drawcord, side seam pockets, and leg zips. Embroidered adidas logo at left hip.

100% coated 210 nylon taffeta

Suggested Retail: $90.00        A4500A

Available: July 25, 1997

| | | S | M | L | XL | XXL |
|---|---|---|---|---|---|---|
| 239969 | New Navy/Blue Bird-White | | | | | |
| 239970 | Black/Sun-White | | | | | |
| 239971 | Black/Ruby-White | | | | | |
| 239972 | Green/Black-White | | | | | |
| 239973 | Black/Virtual Purple-White | | | | | |

30

Exhibit 1
Page 4 of 451



**Outerwear**     **All Purpose**

**Lincoln Polyfil Jacket**
Polyfill jacket with elastic waistband and cuffs, and detachable hood with drawcord. adidas three-stripes detail applied at body and sleeves. Brushed tricot lining at inside collar, and embroidered adidas logo at left chest.
100% nylon taffeta
Suggested Retail: $90.00     A4500L
Available: June 25, 1997

| | | S | M | L | XL | XXL |
|---|---|---|---|---|---|---|
| 240023 | Black/Sun-White | | | | | |
| 240022 | New Navy/Blue Bird-White | | | | | |
| 240024 | Ruby/Black-White | | | | | |
| 240025 | Green/White-Black | | | | | |

**Integral Polyfil Jacket**
Full-zip, quilted, polyfill jacket with detachable hood, welt pockets with concealed zips, and adidas three-stripes detail applied at sleeves. Rubber adidas logo patch at left chest.
100% nylon oxford
Suggested Retail: $99.00     A4500P
Available: July 25, 1997

| | | S | M | L | XL | XXL |
|---|---|---|---|---|---|---|
| 240021 | Black/Sun-White | | | | | |
| 240018 | New Navy/Blue Bird-White | | | | | |
| 240019 | Ruby/Black-White | | | | | |
| 240020 | Virtual Purple/Black-White | | | | | |

32

Exhibit 1
Page 5 of 451



**All Purpose**        **Outerwear**



**Braker Jacket**

Full-zip, hooded jacket with light polyfil and three-stripes detail at sleeves and shoulders; adidas logo embroidered at left chest, and oversized adidas logo embroidered at back.

100% coated nylon oxofrd crinkle

Suggested Retail: $60.00          A4000B

Available: June 25, 1997

|        |                     | S | M | L | XL |
|--------|---------------------|---|---|---|----|
| 241306 | New Navy/White      |   |   |   |    |
| 241307 | Black/White         |   |   |   |    |
| 241309 | Ruby/White          |   |   |   |    |
| 241308 | Green/White         |   |   |   |    |
| 241311 | Virtual Purple/Black |   |   |   |    |
| 241310 | White/Black         |   |   |   |    |

**Braker Jacket**

Full-zip, polyfil jacket with detachable hood, elastic waistband and cuffs, inset adidas three-stripes detail at side seams, and welt pockets with concealed zips. Embroidered adidas logo at left chest, and quilted logo at center back.

100% nylon taslan

Suggested Retail: $85.00          A4250B

Available: June 25, 1997

|        |          | S | M | L | XL |
|--------|----------|---|---|---|----|
| 240008 | New Navy |   |   |   |    |
| 240009 | Black    |   |   |   |    |
| 240010 | Green    |   |   |   |    |

33

Exhibit 1
Page 6 of 451



Youth

Exhibit 1
Page 7 of 451

**Windwear**    Youth

### Austin Windwear Jacket–Youth

Full-zip, colorblocked, lined jacket with elastic cuffs, concealed hood, open hem, and front welt pockets with zip closure. adidas three-stripes detail appliquéd at shoulders. Embroidered adidas logo at left front chest.

Shell: 100% nylon 210T taffeta, 190T taffeta
Lining: 65% polyester, 35% cotton jersey
Suggested Retail: $38.00       Y1500A
Available: June 25, 1997

| | | S | M | L | XL |
|---|---|---|---|---|---|
| 239430 | Black/White-Virtual Purple | | | | |
| 239426 | New Navy/White-Blue Bird | | | | |
| 239427 | Black/White-Sun | | | | |
| 239429 | Green/White-Black | | | | |
| 239428 | Ruby/White-Black | | | | |

### Austin Windwear Jacket–Kids

Same as above, but with attached hood.
Suggested Retail: $32.00       Y1600A
Available: June 25, 1997

| | | S | M | L | XL |
|---|---|---|---|---|---|
| 239609 | Black/White-Virtual Purple | | | | |
| 239605 | New Navy/White-Blue Bird | | | | |
| 239606 | Black/White-Sun | | | | |
| 239608 | Green/White-Black | | | | |
| 239607 | Ruby/White-Black | | | | |



### Three-Stripe Lined Windwear Pant–Youth

Pull-on, jersey-lined pant with elastic waistband and cuffs, three applied stripes at side seams, lower leg zips, and side seam pockets. Embroidered adidas logo at left hip.

100% nylon 210T taffeta, 65% polyester, 35% cotton jersey
Suggested Retail: $27.00       Y1350T
Available: June 25, 1997

| | | S | M | L | XL |
|---|---|---|---|---|---|
| 239452 | Black/White | | | | |
| 239453 | New Navy/White | | | | |
| 239454 | Green/White | | | | |
| 239455 | Virtual Purple/White | | | | |
| 239456 | Ruby/White | | | | |

### Three-Stripe Lined Windwear Pant–Kids

Suggested Retail: $24.00       Y1200T
Available: June 25, 1997

| | | S | M | L | XL |
|---|---|---|---|---|---|
| 239600 | Black/Cement-White | | | | |
| 239601 | New Navy/Black-White | | | | |
| 239602 | Green/Black-White | | | | |
| 239603 | Virtual Purple/Black-White | | | | |
| 239604 | Ruby/Black-White | | | | |

Exhibit 1
Page 8 of 451

| Soccer | Youth |
| --- | --- |

**Liga Cup Jersey–Youth**

Short-sleeve, crossover crew neck jersey with three contrasting braid stripes at shoulders and sleeves, and tone-on-tone, drop-stitch vertical stripe integrated into fabric. adidas logo at right chest.

80% polyester, 20% cotton

Suggested Retail: $22.00    L1100F

Available: At Once

| | | M | L |
| --- | --- | --- | --- |
| 221516 | Royal/White | | |
| 221513 | White/White | | |
| 221514 | White/Royal | | |
| 221515 | White/Red | | |
| 221517 | Red/White | | |
| 221518 | Kelly Green/White | | |
| 221519 | Navy/White | | |
| 221520 | Light Blue/White | | |
| 221521 | Maroon/White | | |
| 221524 | Purple/White | | |

**adi Spezial II Short–Youth**

Pull-on short with elastic waistband, inside drawcord, three contrasting stripes at side seams, sewn-on lower leg panel, and side vents. adidas logo at left leg.

Suggested Retail: $22.00    A1100I

Available: At Once

| | | M | L | XL |
| --- | --- | --- | --- | --- |
| 221552 | Royal/White | | | |
| 221557 | Black/White | | | |
| 221547 | White/Black | | | |
| 221553 | Red/White | | | |
| 221556 | Navy/White | | | |
| 221554 | Maroon/White | | | |
| 221555 | Purple/White | | | |



Exhibit 1
Page 9 of 451



**Team Jefferson Windwear Jacket–Youth**

Full-zip, vented, wind and water-resistant jacket with concealed hood, elastic
waistband and cuffs, and half back mesh lining. Welt pockets, three stripes
detail applied at sleeves, and embroidered adidas logo at left chest.

100% nylon 210T coated taffeta

Suggested Retail: $32.00        Y1600J

Available: At Once

|  |  | S | M | L | XL |
|---|---|---|---|---|---|
| 236247 | Royal/White |  |  |  |  |
| 236245 | Black/White |  |  |  |  |
| 236249 | Forest/White |  |  |  |  |
| 236246 | Navy/White |  |  |  |  |
| 236248 | Red/White |  |  |  |  |
| 236250 | Purple/White |  |  |  |  |

**Team Three-Stripe Windwear Pant–Youth**

Pull-on wind and water-resistant pant with elastic waistband,
inside drawcord, side seam pockets and elastic cuffs with leg zips. adidas
three-stripes detail applied at legs. Embroidered adidas logo at left hip.

100% nylon 210T coated taffeta

Suggested Retail: $24.00        Y1200T

Available: At Once

|  |  | S | M | L | XL |
|---|---|---|---|---|---|
| 237876 | Royal/White |  |  |  |  |
| 237875 | Black/White |  |  |  |  |
| 237878 | Forest/White |  |  |  |  |
| 237874 | Navy/White |  |  |  |  |
| 237877 | Red/White |  |  |  |  |
| 237879 | Purple/White |  |  |  |  |

Exhibit 1
Page 10 of 451



Running

Exhibit 1
Page 11 of 451

| Men's | Running |
|---|---|



**Twin Cities Half-Zip Top**
Half-zip pullover top with VISA™ finish, storm flap/zip closure combination,
flatlocked seams, self-fabric adidas three-stripes detail at sleeves, and
extended back hem. Reflective logo at left chest.
100% polyester honeycomb pique with VISA™ finish
Suggested Retail: $68.00          R2400T
Available: July 25, 1997

| | | | S | M | L | XL |
|---|---|---|---|---|---|---|
| 238307 | New Navy/White | | | | | |
| 238308 | Black/White | | | | | |
| 238762 | Sun/Black | | | | | |

**Twin Cities Singlet**
Running singlet with VISA™ finish, adidas three-stripes detail at side
seams, and self-fabric binding at neck and armholes. Reflective adidas
logo at center front.
100% polyester spun mesh jersey with VISA™ finish
Suggested Retail: $24.00          R1290T
Available: June 25, 1997

| | | | S | M | L | XL |
|---|---|---|---|---|---|---|
| 238311 | White/Black | | | | | |

**Peachtree Short II**
Pull-on Supplex™ short with mesh liner, inside drawcord, and key pocket.
Embroidered adidas logo at left leg.
100% Supplex™ nylon
Suggested Retail: $24.00          R1280P
Available: June 25, 1997

| | | | S | M | L | XL |
|---|---|---|---|---|---|---|
| 238326 | New Navy/Cement-White | | | | | |
| 238325 | Black/Cement-White | | | | | |
| 238328 | Collegiate Red/Black-White | | | | | |
| 238327 | Cobalt/Black-White | | | | | |

76



**Twin Cities Crew II**

Short sleeve T-shirt with VISA® finish and adidas three-stripes detail
at shoulders and sleeves. Reflective logo at left chest.
100% polyester spun mesh jersey with VISA® finish.
Suggested Retail: $28.00          R1400T
Available: June 25, 1997

|        |                 | S | M | L | XL |
|--------|-----------------|---|---|---|----|
| 238310 | New Navy/White  |   |   |   |    |
| 238308 | White/Black     |   |   |   |    |
| 238309 | Sun/Black       |   |   |   |    |

**Erickson Printed Short**

Microfiber short with crepe liner, elastic waistband, inside drawcord, and key
pocket. Reflective logo at left leg.
100% "Satin Flower" polyester poplin
Suggested Retail: $30.00          R1500E
Available: June 25, 1997

|        |                   | S | M | L | XL |
|--------|-------------------|---|---|---|----|
| 238319 | Iron/Black        |   |   |   |    |
| 238320 | Blue Bird/New Navy |   |   |   |    |

77

Exhibit 1
Page 13 of 451

## Men's    Running



**Midnight Sun Vest II**
Mesh-lined vest with Teflon™ coating, reflective adidas three-stripes detail, and reverse entry pockets. Reflective adidas logo patch at left chest.
100% polyester taffeta with Teflon™ coating
Suggested Retail: $65.00    R3250M
Available: June 25, 1997

| | | S | M | L | XL |
|---|---|---|---|---|---|
| 238338 | Black/Silver-Black | | | | |
| 238337 | New Navy/Silver-Black | | | | |

**Midnight Sun Jacket II**
Mesh-lined jacket with Teflon™ coating, reverse-entry pockets, and reflective adidas three-stripes detail. Reflective adidas logo patch at left chest.
100% polyester taffeta with Teflon™ coating
Suggested Retail: $80.00    R4030M
Available: June 25, 1997

| | | S | M | L | XL |
|---|---|---|---|---|---|
| 238340 | Sun/Black-Silver | | | | |
| 238339 | New Navy/Black-Silver | | | | |
| 238341 | Black/Black-Silver | | | | |

**Midnight Sun Pant II**
Running pant with Teflon™ coating, drawcord at waist, reverse-entry front pockets, leg zips, elastic cuffs, and reflective adidas three-stripes detail at lower right leg. Reflective adidas logo patch at left hip.
100% polyester taffeta with Teflon™ coating
Suggested Retail: $50.00    R2500M
Available: June 25, 1997

| | | S | M | L | XL |
|---|---|---|---|---|---|
| 238342 | Black/Silver | | | | |
| 238343 | New Navy/Silver | | | | |

80

Exhibit 1
Page 14 of 451





**Windy City Jacket**

Mesh-lined, windproof and waterproof seam-sealed jacket with drawcord at waist, zips at armpits, reverse-entry pockets, Delfi' coating, and adidas three-stripes detail. Reflective adidas logo patch at left chest.

100% polyester taffeta with Delfi' coating

Suggested Retail: $130.00        R6500W

Available: July 25, 1997

| | | S | M | L | XL |
|---|---|---|---|---|---|
| 238334 | New Navy/Silver-Black | | | | |
| 238333 | Black/Silver-Sun | | | | |



**Windy City Pant**

Pull-on, windproof and waterproof seam-sealed pant with Delfi' coating, back pocket with zip closure, leg zips, and heat-transfer three-stripes detail at right leg. Reflective adidas logo patch at left hip.

100% polyester taffeta with Delfi' coating

Suggested Retail: $90.00        R4500W

Available: July 25, 1997

| | | S | M | L | XL |
|---|---|---|---|---|---|
| 238336 | New Navy/Silver | | | | |
| 238335 | Black/Silver | | | | |

81

Exhibit 1
Page 15 of 451

## Men's          Running



**Elite Men's Singlet**
CoolMax® singlet with sublimated three-stripes detail, adidas logo
at left chest.
100% CoolMax® polyester
Suggested Retail: $32.00          R1800E
Available: June 25, 1997

| | | S | M | L | XL |
|---|---|---|---|---|---|
| 233974 | New Navy | | | | |
| 233973 | White | | | | |

**Elite Men's Short**
CoolMax® running short with crepe liner.
100% CoolMax® polyester
Suggested Retail: $38.00          R1900E
Available: June 25, 1997

| | | S | M | L | XL |
|---|---|---|---|---|---|
| 233975 | New Navy | | | | |

**Elite Running Warm-Up**
Full-zip warm-up with stripe detail at shoulder; adidas logo at left chest,
back, and left hip.
65% polyester, 35% peached poplin
Suggested Retail: $100.00          R5000E
Available: June 1, 1997

| | | S | M | L | XL |
|---|---|---|---|---|---|
| 233979 | New Navy/Collegiate Red-White | | | | |

Exhibit 1
Page 16 of 451



Soccer

Exhibit 1
Page 17 of 451



### Liga Cup Jersey

Short-sleeve, crossover crew neck jersey with three contrasting braid stripes overlaid at shoulders and sleeves, and tone-on-tone drop-stitch vertical stripe integrated into fabric. adidas logo at right chest.
80% polyester/20% cotton
Suggested Retail: $24.00    L1200F
Available: At Once

| | | S | M | L | XL |
|---|---|---|---|---|---|
| 220086 | Maroon/White | | | | |
| 650087 | Royal/White | | | | |
| 650088 | Light Blue/White | | | | |
| 650089 | Red/White | | | | |
| 650090 | Kelly Green/White | | | | |
| 650092 | White/Navy | | | | |
| 650095 | White/Red | | | | |
| 220090 | Purple/White | | | | |
| 220083 | White/Royal | | | | |
| 220081 | White/White | | | | |
| 222677 | Black/White | | | | |
| 220052 | Navy/White | | | | |

### Liga Cup Long-Sleeve Jersey

Long-sleeve, crossover crew neck jersey with three contrasting braid stripes overlaid at shoulders and sleeves and tone-on-tone, drop-stitch vertical stripe integrated into fabric. adidas logo at right chest.
80% polyester, 20% cotton
Suggested Retail: $26.00    L1300G
Available: At Once

| | | S | M | L | XL |
|---|---|---|---|---|---|
| 221509 | Maroon/White | | | | |
| 221504 | White/White | | | | |
| 221505 | Royal/White | | | | |
| 221506 | Red/White | | | | |
| 221508 | Navy/White | | | | |
| 221512 | Purple/White | | | | |
| 223319 | Black/White | | | | |

Exhibit 1
Page 18 of 451



**Cordoba Training Suit**

Functional training overall with zip-front, elastic waistband, inside drawcord
and ribbed lower leg with 10" zipper. Embroidered adidas logo at right front
chest and left front hip. Large spotprint adidas logo at center back.
87% polyester, 13% cotton interlock
Suggested Retail: $90.00          S45000
Available: May 25,1997

|        |             | S | M | L | XL | XXL |
|--------|-------------|---|---|---|----|-----|
| 237517 | Black/White |   |   |   |    |     |

**Practice Vest**

Pull-over, hip-length, box-cut practice vest. Large adidas logo screen-printed
at front and back.
100% nylon mesh
Suggested Retail: $12.00          S3600R
Available: May, 25 1997

|        |                    | 1 SIZE |
|--------|--------------------|--------|
| 240388 | Red/Black          |        |
| 240389 | Bright Blue/Black  |        |
| 240390 | Yellow/Black       |        |

105

Exhibit 1
Page 19 of 451



Team

Exhibit 1
Page 20 of 451



## Team Jefferson Windwear Jacket

Full-zip, wind-resistant and water-resistant jacket with elastic waistband and cuffs, back vent, concealed hood, half back mesh lining, zip-front pockets, and adidas three-stripes detail applied at sleeves. Embroidered adidas logo at left chest.

100% nylon 210T taffeta

Suggested Retail: $40.00    T2000J

Available: At Once

| | | S | M | L | XL | XXL |
|---|---|---|---|---|---|---|
| 235656 | Navy/White | | | | | |
| 235655 | Black/White | | | | | |
| 235657 | Royal/White | | | | | |
| 235658 | Red/White | | | | | |
| 235659 | Forest/White | | | | | |
| 235660 | Purple/White | | | | | |

* also available in youth sizes

## Team Three-Stripe Windwear Pant

Pull-on, wind-resistant and water-resistant pant with inside drawcord, side seam pockets, and elastic cuffs with leg zips. adidas three-stripes detail at legs and embroidered adidas logo at left hip.

100% nylon 210T taffeta

Suggested Retail: $27.00    T1350T

Available: At Once

| | | S | M | L | XL | XXL |
|---|---|---|---|---|---|---|
| 235532 | Navy/White | | | | | |
| 235531 | Black/White | | | | | |
| 235536 | Royal/White | | | | | |
| 235533 | Red/White | | | | | |
| 235535 | Forest/White | | | | | |
| 235534 | Purple/White | | | | | |

* also available in youth sizes

115

Exhibit 1
Page 21 of 451



Exhibit 1
Page 22 of 451



**DC United Replica Jersey**

Short-sleeve jersey with one-button placket, cut and sew stripes at chest, rib-knit collar and cuffs. DC logo at left chest, and adidas logo at center chest. MLS patch at right sleeve.

100% polyester honeycomb piqué

Suggested Retail: $60.00          M3800K

Available: February 25, 1997

| | S | M | L | XL | XXL |
|---|---|---|---|---|---|
| 233700 Black/White-DC Red | | | | | |
| 233800 White/Black-DC Red | | | | | |

**DC United Replica Short**

Pull-on short with elastic waistband, inside drawcord, cut and sew mesh stripes around legs, and 5½" inseam. adidas logo at left leg.

100% polyester dazzle,100% polyester mini-mesh

Suggested Retail: $40.00          M2000O

Available: February 25, 1997

| | S | M | L | XL |
|---|---|---|---|---|
| 233803 Black/White | | | | |
| 233804 DC Red/White | | | | |

**DC United Training Jersey**

V-neck training T-shirt with three-stripe detail at shoulders, and colorblocked raglan sleeves. adidas logos at right chest and center back, DC patch at left chest, and MLS patch at right sleeve.

100% cotton

Suggested Retail: $35.00          M1750D

Available: February 25, 1997

| | S | M | L | XL | XXL |
|---|---|---|---|---|---|
| 237344 New Navy/DC Red-White | | | | | |
| 237345 White/Black-DC Red | | | | | |

Exhibit 1
Page 23 of 451



Exhibit 1
Page 24 of 451



Exhibit 1
Page 25 of 451



Exhibit 1
Page 26 of 451



**Superstar Warm-Up-Kids'**
Full-zip, color-blocked, warm-up jacket with rib knit collar, waistband and cuffs with Lycra®, three contrasting stripes overlaid on shoulders and sleeves, single welt front pockets. Embroidered adidas logo on upper left chest. Pull-on pant with elastic waistband, inside draw cord, three contrasting stripes overlaid on side seams, zip welt pockets, open leg hem. Embroidered adidas logo on left hip.

100% polyester warp knit.

Suggested Retail: $50.00                    Y2500S

Available: 25 November 1996

| | | S | M | L |
|---|---|---|---|---|
| 235426 | Cobalt/Black/White | | | |
| 235424 | Astro Turf/New Navy/White | | | |
| 235425 | Collegiate Red/Black/White | | | |

87

Exhibit 1
Page 27 of 451

# Soccer

## TEAM

### Penarol Jersey

Short sleeve crew neck jersey with rib knit collar; three-stripe vertical jacquard design knitted in, and appliquéd three-stripes on shoulders. Embroidered adidas logo on center chest.

100% polyester jacquard knit.

Suggested Retail: $24.00          S1200P

Available: At once



| | | XS | S | M | L | XL |
|---|---|---|---|---|---|---|
| 229003 | White/Black | | | | | |
| 231411 | Black/White | | | | | |
| 233867 | White/White | | | | | |
| 229806 | Red/White | | | | | |
| 232086 | Maroon/White | | | | | |
| 232087 | Purple/White | | | | | |
| 229801 | Royal/White | | | | | |
| 229802 | New Navy/White | | | | | |
| 229004 | Forest/White | | | | | |

### Penarol Jersey-Youth

For youth sizes and article numbers, see the Youth section page 72.

### Rovato Short

Pull-on short with elastic waistband and inside drawcord. Three contrasting stripes vertically overlaid on left leg side seam, and horizontally on right leg inset. 5" inseam. Embroidered trefoil on left leg.

100% polyester dazzle.

Suggested Retail: $27.00          S1350R

Available: At once—Red/White, Royal/White, Navy/White, Black/White, Forest/White, White/Black, Maroon/White, Purple/White
Available: 15 January 1997—Forest/Black, Black/Red

| | | S | M | L | XL |
|---|---|---|---|---|---|
| 229668 | Black/White | | | | |
| 229670 | White/Black | | | | |
| 229805 | Red/White | | | | |
| 232096 | Maroon/White | | | | |
| 232097 | Purple/White | | | | |
| 229666 | Royal/White | | | | |
| 229667 | Navy/White | | | | |
| 229669 | Forest/White | | | | |
| 236888 | Black/Red *(N/S) | | | | |
| 236889 | Forest/Black *(N/S) | | | | |

### Rovato Short-Youth

For youth sizes and article numbers, see the Youth section page 72.

### Retro Short

Pull-on short with elastic waistband. Inside drawcord, contrasting leg insets, three contrasting stripes on left leg and inset on right leg. 6" inseam. Embroidered adidas logo on left leg.

100% nylon satin.

Suggested Retail: $24.00          S1200R

Available: At once—Red/White, Royal/White, Navy/White, Black/White, Forest/White, White/Black
Available: 15 January 1997—Black/Royal, Black/Forest, Forest/Navy

| | | S | M | L | XL |
|---|---|---|---|---|---|
| 231414 | White/Black | | | | |
| 229013 | Black/White | | | | |
| 229010 | Red/White | | | | |
| 229011 | Royal/White | | | | |
| 229012 | Navy/White | | | | |
| 229014 | Forest/White | | | | |
| 236867 | Black/Royal *(N/S) | | | | |
| 236865 | Black/Forest *(N/S) | | | | |
| 236866 | Forest/Navy *(N/S) | | | | |

### Retro Short-Youth

For youth sizes and article numbers, see the Youth section page 72.

*(N/S) = Not Shown

Exhibit 1
Page 28 of 451

# SOCCER

**TEAM**



## Liga Cup Short Sleeve Jersey

Short sleeve crossover crew neck jersey with three contrasting braid stripes overlaid on shoulders and sleeves, and tone-on-tone drop-stitch vertical stripe. adidas logo on right chest.

80% polyester/20% cotton.

Suggested Retail: $22.00          S1100L

Available: At once

| | | S | M | L | XL |
|---|---|---|---|---|---|
| 220086 | Maroon/White | | | | |
| 222677 | Black/White | | | | |
| 220081 | White/White | | | | |
| 050095 | White/Red | | | | |
| 220083 | White/Royal | | | | |
| 050092 | White/Navy | | | | |
| 220082 | White/Kelly Green | | | | |
| 050089 | Red/White | | | | |
| 220087 | Gold/White | | | | |
| 220088 | Orange/White | | | | |
| 270090 | Purple/White | | | | |
| 050088 | Light Blue/White | | | | |
| 050097 | Royal/White | | | | |
| 220052 | Navy/White | | | | |
| 050090 | Kelly Green/White | | | | |

## Liga Cup Long Sleeve Jersey

Long sleeve crossover crew neck jersey with three contrasting braid stripes overlaid on shoulders and sleeves, and tone-on-tone drop-stitch vertical stripe. adidas logo on right chest.

75% polyester/25% cotton.

Suggested Retail: $24.00          S1200L

Available: At once

| | | S | M | L | XL |
|---|---|---|---|---|---|
| 221509 | Maroon/White | | | | |
| 223319 | Black/White | | | | |
| 221504 | White/White | | | | |
| 221510 | Gold/White | | | | |
| 221511 | Orange/White | | | | |
| 221506 | Red/White | | | | |
| 221512 | Purple/White | | | | |
| 221505 | Royal/White | | | | |
| 221508 | Navy/White | | | | |
| 221507 | Kelly Green/White | | | | |

143

Exhibit 1
Page 29 of 451

# SOCCER

## TRAINING

### PF Polar Fleece
Half-zip fleece jacket with stand up collar, two-tone sleeves and body, three contrasting stripes on sleeves and body, and ribbed waistband and cuffs. Embroidered adidas logo on left chest.

100% cotton polyester fleece.

Suggested Retail: $75.00          S3750P

Available: At once

| | | S | M | L | XL |
|---|---|---|---|---|---|
| 232982 | Royal/Black/White | | | | |
| 232983 | Red/Black/White | | | | |
| 232984 | Forest/Black/White | | | | |

### PF Stadium Jacket
Full-zip color-blocked jacket with three-stripe appliquéd design. Fully lined concealed zip pockets, concealed hood, and inside drawcord system at waist. Embroidered adidas logo on upper left chest.

100% polyester Microfeel® poplin peach outer shell with 100% nylon inner shell.

Suggested Retail: $130.00          S6500P

Available: At once

| | | S | M | L | XL |
|---|---|---|---|---|---|
| 232979 | Black/Royal/White | | | | |
| 232981 | Black/Red/White | | | | |
| 232980 | Black/Forest/White | | | | |



148

Exhibit 1
Page 30 of 451

# YOUTH

## WARM-UPS



**Superstar Warm-Up-Kids'**
Full-zip, color-blocked, warm-up jacket with rib knit collar, waistband and cuffs with Lycra®, three contrasting stripes overlaid on shoulders and sleeves, single welt front pockets. Embroidered adidas logo on upper left chest. Pull-on pant with elastic waistband, inside draw cord, three contrasting stripes overlaid on side seams, zip welt pockets, open leg hem. Embroidered adidas logo on left hip.
100% polyester warp knit.

Suggested Retail: $50.00                    Y2500S
Available: 25 November 1996

|        |                          | S | M | L |
|--------|--------------------------|---|---|---|
| 235426 | Cobalt/Black/White       |   |   |   |
| 235424 | Astro Turf/New Navy/White|   |   |   |
| 235425 | Collegiate Red/Black/White |   |   |   |

67

Exhibit 1
Page 31 of 451



Exhibit 1
Page 32 of 451



**RUNNING**

## OUTERWEAR

### SANITAS JACKET

Jacket with brushed, mesh-lined collar,
Lycra® cuff binding, key pocket, loose-
fitting elastic waistband hem, dropped
tail, and reflective adidas logo at left
chest and upper center back.
100% Polyester Taffeta
100% Semi-Dull Polyester Tricot

A3000F $60.00    Available: •12/25/98

S   M   L   XL

255785  Ruby
255786  Satellite

### ASTRO PANT

Trackster with Quickcord waistband, center
leg crease seam, key pocket, lower leg zips,
gripper elastic bottom hem, reflective oval
logos at lower left hip and right calf, and
self-fabric side seam stripes.
90%/10% MF Polyester/Lycra® Jersey

A3000F $60.00    Available: •12/25/98

S   M   L   XL

255783  Satellite/Adi White
255784  New Navy/Adi White
255782  Black/Adi White

★ Promoted by athlete

Exhibit 1
Page 33 of 451



## MICROFIBER GROUP

### ERICKSON CREW

Knit microfiber crew with reflective adidas logo at center chest.
24 50%/50% MF Polyester/Polyester Mesh-Faced Double-Knit-Riel

**A1800F $36.00**   Available: •12/25/98

S   M   L   XL   XXL

255761  Adi White
255890  Ruby
255762  Black

### ERICKSON SPLIT SHORT

Lightweight, soft, quick-drying, split-leg short with crepe liner brief, key pocket, Quickcord waistband, reflection adidas logo at leg hem, and self-fabric side seam stripes.
100% Polyester Poplin-"Satin Flower"
100% Polyester Crepe

**A1400F $28.00**   Available: •12/25/98

S   M   L   XL

255846  Ruby
255847  Satellite
255450  New Navy
255848  Field
255849  Black

### ERICKSON BAGGY SHORT

Lightweight, soft, quick-drying, baggy short with 5" inseam, side seam self-fabric stripes, crepe liner brief, Quickcord waistband, key pocket, and reflective adidas logo at lower left leg.
100% Polyester Poplin-"Satin Flower"

**A1450F $29.00**   Available: •12/25/98

S   M   L   XL

255769  Ruby/Adi White
255770  Satellite/Adi White
255774  New Navy/Adi White
255771  Field/Adi White
255772  Black/Adi White
255773  Black/Field

★ Promoted by athlete

**RUNNING**

13

Exhibit 1
Page 34 of 451

## SOCCER



### UNITED SHORT

Pull-on short with elastic waistband, 5½" inseam, three vertical stripes applied on front left leg and back right leg, and embroidered adidas logo on lower right leg.
100% Polyester Satin-FX Hexagon Pattern

**A1600F $32.00**                    Available: At Once

| | S | M | L | XL | XXL |
|---|---|---|---|---|---|
| 249771 | Cobalt/Adi White | | | | |
| 249769 | New Navy/Adi White | | | | |
| 249767 | Black/Adi White | | | | |
| 249776 | Adi White/New Navy | | | | |
| 249768 | Adi White/Black | | | | |
| 249770 | Collegiate Red/Adi White | | | | |

### LISBON SHORT

Pull-on short with elastic waistband, inside drawcord, appliquéd stripes at side seam, bound side vents, 5" inseam, and embroidered adidas logo at left front leg.
100% Nylon Satin

**A1000F $20.00**                    Available: At Once

| | S | M | L | XL |
|---|---|---|---|---|
| 236872 | New Navy/Adi White | | | | |
| 249800 | Kelly Green/Adi White | | | | |
| 236871 | Forest/Adi White | | | | |
| 236870 | Black/Adi White | | | | |
| 236875 | Adi White/Black | | | | |
| 253046 | Team Gold/Adi White | | | | |
| 236874 | Collegiate Red/Adi White | | | | |
| 236873 | Cobalt/Adi White | | | | |

＊ Promoted by athlete

**SOCCER**

65

Exhibit 1
Page 35 of 451



SOCCER

SOCCER

**MILLENNIUM GOALKEEPER SHORT**
Pull-on short with elastic waistband, 5" inseam, contrast-color sublimated center panel, and sublimated adidas logo.
100% Polyester Mesh-Three-Stripe
100% Polyester Double-Knit
A2000F $40.00          Available: •12/25/98
S   M   L   XL
256776   Black/Collegiate Red
256777   Cobalt/Team Gold

**THREE-STRIPE GOALKEEPER PANT**
Pull-on pant with drawcord at center front waist, classic three stripes at side seam, and embroidered adidas logo at left hip.
87%/13% Polyester/Cotton Interlock
A3000F $60.00          Available: •12/25/98
S   M   L   XL
256778   Black/Adi White

**THREE-STRIPE GOALKEEPER SHORT**
Pull-on short with side vents, classic three stripes applied at side seam, and embroidered adidas logo at left leg.
87%/13% Polyester/Cotton Interlock
A2250F $45.00          Available: •12/25/98
S   M   L   XL
256779   Black/Adi White

★ Promoted by athlete

68

Exhibit 1
Page 36 of 451



# SOCCER

## COPA TRAINING SUIT

*Full-zip jacket with side pockets on both sides, shadow stitching stripes applied at center chest, embroidered adidas logo at left front, and cut and sew pieces with piping on both side seams and lower sleeve. Pant with elastic waist-band, leg zips and rib insets.*

*87%/13% Polyester/Cotton Interlock*

**A5000F $100.00**

*Available: At Once*

| | | S | M | L | XL |
|---|---|---|---|---|---|
| 244673 | Collegiate Red/Black-Adi White | | | | |
| 244677 | New Bordeaux/Black-Adi White | | | | |
| 244674 | Forest/Black-Adi White | | | | |
| 244675 | Cobalt/Black-Adi White | | | | |
| 244678 | New Navy/Black-Adi White | | | | |
| 244676 | Black/Adi White | | | | |

## COPA STADIUM JACKET

*Full-zip jacket with three-stripe shadow stitching on center chest, polyfil lining, front welt zip pockets, concealed hood, inside drawcord at waist, and embroidered adidas logo at neck tape.*

*100% Taslan Nylon Taffeta With Ramproof Coating*

*100% Polyester Polyfil*

*100% Nylon 190T*

**A6500F $130.00**

*Available: At Once*

| | | S | M | L | XL |
|---|---|---|---|---|---|
| 244685 | Collegiate Red/Black-Adi White | | | | |
| 244689 | New Bordeaux/Black-Adi White | | | | |
| 244687 | Cobalt/Black-Adi White | | | | |
| 244690 | New Navy/Black-Adi White | | | | |
| 244686 | Forest/Black-Adi White | | | | |
| 244688 | Black/Adi White | | | | |

## COPA POLAR FLEECE JACKET

*Full-zip polar fleece thermal jacket, side pockets, embroidered adidas logo at left front, neck tape, shadow stitching stripes applied on center chest, and cut and sew pieces with piping design on both side seams and lower sleeves.*

*100% Polyester Arctic Fleece*

**A4000F $80.00**

*Available: At Once*

| | | XS | S | M | L | XL |
|---|---|---|---|---|---|---|
| 244691 | Collegiate Red/Black-Adi White | | | | | |
| 244695 | New Bordeaux/Black-Adi White | | | | | |
| 244693 | Cobalt/Black-Adi White | | | | | |
| 244696 | New Navy/Black-Adi White | | | | | |
| 244692 | Forest/Black-Adi White | | | | | |
| 244694 | Black/Black-Adi White | | | | | |

* Promoted by athlete

adidas SOCCER



Exhibit 1
Page 38 of 451

## PREMIER TRAINING

**PREMIER PHENOM JACKET**
Pull-up, fitted, cropped jacket with sleeve zips, front zip pocket, yoke back, with contrast stripes on side inset panels and adidas logo embroidered on left shoulder.
87%/13% Polyester/Cotton Interlock
**A3500F  $70.00**    Available: •12/25/98
S   M   L   XL

257293  New Navy/Satellite
257292  Black/Adi White

**PREMIER PHENOM PANT**
Pull-on open leg pant with elastic waistband and inside drawcord, sideseam pockets, back leg zips that open with inset, contrast stripes on lower leg and adidas logo embroidered on front left hip.
87%/13% Polyester/Cotton Interlock
**A2750F  $55.00**    Available: •12/25/98
S   M   L   XL

257295  New Navy/Satellite
257294  Black/Adi White

**PREMIER ENERGY HALF-ZIP TANK**
Quick-drying, durable, colorfast, sleeveless top with invisible front half-zip, bound neckline and armholes, curved dropped tail back hem design, contrast three-stripe design at side seams, and reflective heat transfer adidas logo on upper left chest.
86%/14% Supplex® Nylon/Lycra® Jersey
**A2250F  $45.00**    Available: •12/25/98
S   M   L   XL

257156  Satellite/Adi White
257155  Black/Adi White

**THREE-STRIPE ENERGY SPINNING SHORT**
Quick drying, durable, colorfast, six-panel short with contoured waist, flatlocked seam construction, elastic waistband with inside drawcord, microscale anti-microbial chamois pad, three-stripe design on side panels, and reflective heat transfer adidas logo on back left leg.
86%/14% Supplex® Nylon/Lycra® Jersey
100% Polyester Fleece
100% Polyester "Chamois"
**A2500F  $50.00**    Available: •12/25/98
S   M   L   XL

253749  New Navy/Adi White
247974  Black/Adi White

ALL PURPOSE



73

Exhibit 1
Page 39 of 451



Exhibit 1
Page 40 of 451

## CORE TRAINING
## TOPS & SHORTS



### THREE-STRIPE
### ACTION SHORT
Pull-on short with 5" inseam, elastic waistband with inside drawcord, side seam mesh-lined pockets, contrast three-stripe design at side seams, and adidas logo embroidered on lower left leg.
100% Nylon 210T Crinkle
Available: 12/25/98

A1000F $20.00

|  | S | M | L | XL |
|---|---|---|---|---|
| 257469 | Ruby/Orange Fizz | | | |
| 257468 | Satellite/Chlorophyll | | | |
| 257466 | French Blue/Adi White | | | |
| 239074 | New Navy/Adi White | | | |
| 257471 | New Navy/Satellite | | | |
| 257467 | Field/Banana | | | |
| 257465 | Taupe/Adi White | | | |
| 239073 | Black/Adi White | | | |
| 257470 | Black/French Blue | | | |

### STANCE SHORT
Pull-on short with 3½" inseam, elastic waist-band with inside drawcord, mesh-lined side seam pockets, contrast three-stripe design at left front leg, and embroidered adidas logo on lower right leg.
100% Nylon 210T Crinkle
Available: 12/25/98

A1000F $20.00

|  | S | M | L | XL |
|---|---|---|---|---|
| 257257 | Banana/Adi White | | | |
| 257256 | Ruby/Adi White | | | |
| 257255 | French Blue/Adi White | | | |
| 257255 | New Navy/Adi White | | | |
| 257258 | Chlorophyll/Adi White | | | |
| 257254 | Black/Adi White | | | |

ALL PURPOSE

97

Exhibit 1
Page 41 of 451



Exhibit 1
Page 42 of 451

## SOCCER



### ROMA JERSEY-YOUTH

*Short-sleeve, V-neck jersey with mesh shoulder and sleeve stripes and flocked heat transfer logo at center front.*
100% Polyester Mini-Mesh
100% Textured Polyester Double-Knit-Pique Face

**A1250F $25.00**          Available: •12/25/98

| | | M | L | XL |
|---|---|---|---|---|
| 256602 | Adi White/Blue Ribbon | | | |
| 256596 | Adi White/Black | | | |
| 256600 | Orange Fizz/Adi White | | | |
| 256594 | Collegiate Red/Black | | | |
| 256595 | Satellite/Black-Adi White | | | |
| 256599 | New Navy/Collegiate Red-Adi White | | | |
| 256603 | Chlorophyll/Adi White | | | |
| 256592 | Black/Adi White | | | |
| 256598 | Black/Banana | | | |

### CHILE SHORT-YOUTH

*Pull-on short with elastic waistband, inside drawcord, back patch pocket, appliquéd stripes at side seam, bound side vents, 2 ½' inseam, and embroidered adidas logo at left front leg (no liner).*
100% Nylon Satin Stripe

**A0950F $19.00**          Available: At Once

| | | M | L | XL |
|---|---|---|---|---|
| 232971 | Adi White/Black | | | |
| 232967 | Collegiate Red/Adi White | | | |
| 232970 | Sky/Adi White | | | |
| 232966 | Cobalt/Adi White | | | |
| 232968 | New Navy/Adi White | | | |
| 232969 | Forest/Adi White | | | |
| 232972 | Black/Adi White | | | |

### LISBON SHORT-YOUTH

*Pull-on short with elastic waistband, inside drawcord, side vents, three appliquéd stripes down side body, 5' inseam, and adidas logo embroidered at lower left leg.*
100% Nylon Satin

**A0900F $18.00**          Available: At Once

| | | S | M | L | XL |
|---|---|---|---|---|---|
| 237397 | Adi White/Black | | | | |
| 237396 | Collegiate Red/Adi White | | | | |
| 237395 | Cobalt/Adi White | | | | |
| 237394 | New Navy/Adi White | | | | |
| 237393 | Forest/Adi White | | | | |
| 237393 | Black/Adi White | | | | |

★ Promoted by athlete

SOCCER

7

Exhibit 1
Page 43 of 451

## SOCCER

### UNITED SHORT–YOUTH

Pull-on short with elastic waistband, 4" inseam, three diag-
onal stripes applied on front left leg and back right leg,
and embroidered adidas logo on lower right leg.
100% Polyester Satin-FX Hexagon

**A1400F $28.00**                    Available: At Once

M    L    XL

249916  Adi White/Black
249918  Collegiate Red/Adi White
249919  Cobalt/Adi White
249917  New Navy/Adi White
249920  Forest/Adi White
249915  Black/Adi White



### MARSEILLE SHORT–YOUTH

Pull-on short with elastic waistband, 4" inseam,
three classic stripes applied on side seams,
embroidered adidas logo on lower right leg,
and woven patch at front center waistband.
100% Polyester Jacquard-Diamond Pattern

**A1300F $26.00**                    Available: At Once

M    L    XL

249923  Adi White/Black
249926  Collegiate Red/Adi White
249930  Light Blue/Adi White
249928  Cobalt/Adi White
249929  Egg Plant/Adi White
249925  New Navy/Adi White
249927  Forest/Adi White
249924  Black/Adi White

★ Promoted by athlete

**SOCCER**                                                    9

Exhibit 1
Page 44 of 451



## ALL PURPOSE

### THREE-STRIPE LONG-SLEEVE CREW III-YOUTH

Long-sleeve crewneck with drop shoulder, three stripes applied on sleeves, and embroidered logo on left chest.
100% Cotton Jersey (5.4 oz.)

**A1200F  $24.00**      Available: •12/25/98

| | S | M | L | XL |
|---|---|---|---|---|
| 243987  Adi White/Black-Cement | | | | |
| 257365  Orange Fizz/Adi White-Poppy | | | | |
| 257364  Pacific/Adi White-Chlorophyll | | | | |
| 243986  New Navy/Adi White-Cement | | | | |
| 243989  Black/Adi White-Cement | | | | |

### THREE-STRIPE SHORT-SLEEVE CREW III-YOUTH

Short-sleeve crewneck with drop shoulder, three stripes applied on sleeves, and large logo with outlined three bars and solid adidas embroidered on center front.
100% Cotton Jersey (5.4 oz.)

**A1100F  $22.00**      Available: •12/25/98

| | S | M | L | XL |
|---|---|---|---|---|
| 257366  Adi White/New Navy-Cement | | | | |
| 243995  Adi White/Black-Cement | | | | |
| 257369  Orange Fizz/Graphite-Poppy | | | | |
| 257367  Pacific/Adi White-Chlorophyll | | | | |
| 248509  New Navy/Adi White-Cement | | | | |
| 257370  New Navy/Banana-Banana | | | | |
| 257368  Chlorophyll/Pacific-Pacific | | | | |
| 257371  Gris Souris/Black-Black | | | | |
| 243994  Black/Adi White-Cement | | | | |

★ Promoted by athlete

ALL PURPOSE

33

Exhibit 1
Page 45 of 451



## ALL PURPOSE

### RACER WINDWEAR JACKET–YOUTH

Full-zip windwear jacket with mesh lining, elastic waistband and cuffs. Vertical applied three stripes on front and back body, welt pockets and embroidered left chest logo.

100% Nylon 210T
100% Polyester Mesh Liner
Available: •12/25/98

A1750F $35.00

| | S | M | L | XL |
|---|---|---|---|---|
| 257352 Orange Fizz/Graphite-Poppy | | | | |
| 257350 Satellite/Adi White-Black | | | | |
| 257349 Pacific/Adi White-Chlorophyll | | | | |
| 252282 New Navy/Adi White-Cement | | | | |
| 257283 New Navy/Banana-Banana | | | | |
| 257351 Chlorophyll/Pacific-Pacific | | | | |
| 252280 Black/Adi White-Cement | | | | |

### THREE-STRIPE WINDWEAR PANT II–YOUTH

Pull-on pant with elastic waistband and cuffs, side seam pockets, lower leg zips, three stripes applied on side seams, and embroidered logo on left hip.

100% Nylon 210T
Available: •12/25/98

A1250F $25.00

| | S | M | L | XL |
|---|---|---|---|---|
| 257359 Graphite/Orange Fizz-Poppy | | | | |
| 257357 Satellite/Adi White-Black | | | | |
| 257356 Pacific/Adi White-Chlorophyll | | | | |
| 248400 New Navy/Adi White-Cement | | | | |
| 257369 New Navy/Banana-Banana | | | | |
| 257358 Chlorophyll/Pacific-Pacific | | | | |
| 239451 Black/Adi White-Cement | | | | |

★ Promoted by athlete

**adidas**  ALL PURPOSE

29

Exhibit 1
Page 46 of 451



**ALL PURPOSE**

**ALL PURPOSE**

**ANDERSON WINDWEAR JACKET–YOUTH**

Pull-zip jacket with contrast shoulder insets, three stripes applied on center back collar and lower sleeves, welt cargo pockets with pocket bellows, elastic cuffs and waistband, embroidered logo on left chest, and large appliquéd logo on center back.

100% Nylon 210T
100% Nylon Twill
65%/35% Polyester/Cotton Jersey Liner

A2000F $40.00    Available: 12/25/98
S    M    L    XL

57101   Orange Fizz/Graphite-Poppy
157100  Pacific/Adi White-Chlorophyll
157099  New Navy/Adi White-Banana
157098  Black/Adi White-Satellite

**ANDERSON WINDWEAR PANT–YOUTH**

Pull-on pant with elastic waistband, mesh lining, slash pockets, lower leg design insets with three stripes, snap closure, and embroidered logo on left hip.

100% Nylon Twill
100% Polyester Mesh Liner

A1500F $30.00    Available: •12/25/98
S    M    L    XL

16142   Pacific/Adi White-Chlorophyll
16141   New Navy/Adi White-Banana
16143   Graphite/Orange Fizz-Poppy
16140   Black/Adi White-Satellite

& Promoted by athlete

26

Exhibit 1
Page 47 of 451



Exhibit 1
Page 48 of 451



**adi WAVE SNAP-FRONT COVER-UP**                    Available 11\20\99

*Relaxed-fit short with allover print, 3" inseam, fly front with external drawstring, side-seam pockets, and embroidered adidas wave logo at lower left leg. 100% Nylon Taffeta. 100% Nylon Mini-Mesh.*

| A15805 | $30.00 | S | M | L | XL |
|--------|--------|---|---|---|----|
| 277474 | Mahogany \ Buttermilk \ Print | | | | |
| 275605 | Bayberry \ Argentina Blue \ Print | | | | |
| 275472 | Blue Ribbon \ Aluminum \ Print | | | | |
| 275473 | New Navy \ Shade \ Print | | | | |



**adi WAVE TANK**                    Available 11\20\99

*Fitted color-blocked tank, rib at armhole and neck, to waist in length, mesh three-stripe design across front and back chest, embroidered adidas wave logo at upper center back. 100% Cotton Jersey.*

| A15485 | $25.00 | S | M | L | XL |
|--------|--------|---|---|---|----|
| 274927 | adi White \ adi White \ Black | | | | |
| 274925 | Buttermilk \ adi White \ Mahogany | | | | |
| 274923 | Argentina Blue \ adi White \ Bayberry | | | | |
| 274924 | Blue Ribbon \ adi White \ Neon Blue | | | | |
| 274926 | Shade \ adi White \ Black | | | | |



**SPLASH SHORT**                    Available 11\20\99

*Constructed 3.5" short, fly zip front with snap closure, exposed drawcord, back right pocket with grommets, three-stripe design down front of left leg, and embroidered adidas wave logo at lower right leg. 100% Nylon Taffeta.*

| A17585 | $35.00 | S | M | L | XL |
|--------|--------|---|---|---|----|
| 274938 | Buttermilk \ adi White \ Mahogany | | | | |
| 274937 | Argentina Blue \ adi White \ Bayberry | | | | |
| 274936 | Neon Blue \ adi White \ Blue Ribbon | | | | |
| 274939 | Shade \ adi White \ Black | | | | |



77

Exhibit 1
Page 49 of 451



**WORKOUT**

**EVOLUTION ENGINEERED STRIPE BRA TOP**  *Available 11/30/99*

*ClimaLite yarn-dye microfiber bra-top with front and back shelf bra, to mid-waist in length, engineered three-stripe design on upper chest and back, and reflective adidas performance logo at upper back. 90%\10% Microfiber Polyester\Lycra Jersey with Engineered Stripe.*

| A14085 | $32.00 | S | M | L | XL |
|---|---|---|---|---|---|
| 275056 | Buttermilk\Fango\Mahogany | | | | |
| 275055 | Argentina Blue\Graphite\Bayberry | | | | |
| 275057 | Neon Blue\Blue Ribbon\Aluminum | | | | |
| 275680 | Shade\Black\New Navy | | | | |

**CLIMA**LITE

**EVOLUTION ENGINEERED STRIPE TANK**  *Available 11/30/99*

*ClimaLite microfiber V-neck tank, to waist in length with front and back shelf bra, binding at neck opening becomes the straps at shoulders, engineered three-stripe design at waist front and back, and reflective adidas performance logo at upper back. 90%\10% Microfiber Polyester\Lycra Jersey with Engineered Stripe. 85%\15% Polyester\Spandex Jersey, CoolMax Lining.*

| A19135 | $38.00 | S | M | L | XL |
|---|---|---|---|---|---|
| 275068 | Buttermilk\Fango\Mahogany | | | | |
| 275067 | Argentina Blue\Graphite\Bayberry | | | | |
| 275069 | Neon Blue\Blue Ribbon\Aluminum | | | | |
| 275682 | Shade\Black\New Navy | | | | |

**CLIMA**LITE

Exhibit 1
Page 50 of 451



adidas **TRAINING FOR SPORT**

**THREE-STRIPE UNLINED PANT II**  Available 11\20\99

Unlined pant with elastic waistband and drawcord, side welt pockets, 12" leg zips, open leg, three-stripe design at side seams, adjustable velcro tabs at hem, and embroidered adidas performance logo at left hip. 100% Nylon 21\T. 100% Polyester Mini-Mesh.

| A15005 | $30.00 | XS | S | M | L | XL |
|---|---|---|---|---|---|---|
| 275033 | Rayberry\Argentine Blue\Argentine Blue | | | | | |
| 275031 | Blue Ribbon\Neon Blue\Neon Blue | | | | | |
| 275035 | New Navy\adi White\adi White | | | | | |
| 275036 | Black\adi White\adi White | | | | | |
| 275034 | Black\Shade\Shade | | | | | |

**THREE-STRIPE LINED PANT III**  Available 11\20\99

Lined pant with elastic waistband and drawstring, side-seam welt pockets, three-stripe design at sides, and embroidered adidas performance logo at left hip. 100% Nylon Plain Weave. 65%\35% Polyester\Cotton.

| A15525 | $35.00 | XS | S | M | L | XL |
|---|---|---|---|---|---|---|
| 275040 | Graphite\Rayberry\Rayberry | | | | | |
| 275705 | Neon Blue\Blue Ribbon\Blue Ribbon | | | | | |
| 275037 | New Navy\adi White\adi White | | | | | |
| 275704 | New Navy\Shade\Shade | | | | | |
| 275039 | Fango\Buttermilk\Buttermilk | | | | | |
| 275038 | Black\adi White\adi White | | | | | |

Exhibit 1
Page 51 of 451



APPAREL WORKBOOK    Q1    2003

Exhibit 1
Page 52 of 451



Exhibit 1
Page 53 of 451



**Men's Fremont Q-15 Jacket**
$60.00
A527685

ClimaProof™ Wind. Mesh-lined. Mesh vents at front splices and back. Zippered side pockets and left chest pocket. Applied 3-Stripes. Open hem with adjustable bungi waist closures inside pockets. Reflective adidas brandmark. 100% polyester woven.
Sizes: S I M I L I XL I XXL          Available: 11 I 25 I 02

| 172515 | New Navy I White I Reflective Silver | |
| 172516 | Dark Navy I Sand Storm I Reflective Silver | |
| 172518 | Ochre I Burgundy I Reflective Silver | |
| 901316 | Black I Aluminum 2 I Reflective Silver | • |

**Men's rEvolution Mesh-Lined Jacket**
$50.00
AE25065

ClimaShell™ Mesh-lined. Lycra binding cuffs and waist. Side-seam zip pockets. Applied 3-Stripes. Embroidered adidas brandmark. 100% polyester woven.
Sizes: S I M I L I XL I XXL          Available: 11 I 25 I 02

| 172512 | Sand Storm I Dark Navy I Dark Navy | |
| 172513 | Burgundy I Aluminum 2 I Aluminum 2 | |
| 172516 | Ochre I Tin I White | • • |
| 172514 | Ochre I Aluminum 2 I Aluminum 2 | |
| 173887 | Black I White I White | • • |

**Men's Ingersoll Windshirt**
$50.00
AE25065

ClimaProof™ Wind. Mesh-lined. Zippered pockets. Applied 3-Stripes. Mesh vent on back. 2 snap collar closure. Embroidered adidas brandmark and 3-Bars. 100% polyester woven.
Sizes: S I M I L I XL I XXL          Available: 11 I 25 I 02

| 902193 | Aluminum I Aluminum 2 I Aluminum 2 | • ✓ |
| 172497 | Collegiate Royal I White I White | |
| 902216 | New Navy I White I Aluminum 2 | • ✓ |
| 172174 | Dark Navy I Sand Storm I Sand Storm | |
| 902191 | Black I White I Aluminum 2 | • ✓ |

**TRAINING FOR SPORT**
response
95

MEN'S

Exhibit 1
Page 54 of 451



**Youth Response 3-Stripes Jacket** — $40.00 — AS1800S

ClimaProof™ Wind. Mesh-lined, zippered pockets, applied 3-Stripes. Reflective adidas brandmark.
100% polyester ClimaShell™ woven.
100% polyester mesh lining.

**Sizes:** S | M | L | XL — **Available:** 11 | 25 | 02

| | |
|---|---|
| 170630 | Azzana Blue I Light Onix |
| 172318 | New Navy I Sand Storm |
| 172319 | Black I White |

**Youth Response rEvolution Pant** — $32.00 — AS1600S

ClimaProof™ Wind. Mesh-lined, zippered side panel pockets and leg zips. Reflective adidas brandmark.
100% woven polyester.
100% polyester ClimaShell™ woven.
100% polyester mesh lining.

**Sizes:** S | M | L | XL — **Available:** 11 | 25 | 02

| | |
|---|---|
| 172316 | Light Onix I Azzana Blue I Reflective Silver |
| 172314 | New Navy I Sand Storm I Reflective Silver |
| 172315 | Black I White I Reflective Silver |

YOUTH

• Carryover ✓ Carry Forward to Summer '03 † Sample Not Available ★ Auto-replenish



running specialty
fall 2003

adidas

Exhibit 1
Page 56 of 451



## Men's Twin Cities Half-Zip Top

AC2250F / $45.00

Medium weight ClimaCool® half-zip top with stand-up fitted collar, flatlock seams, sculpted hemline, applied 3-Stripes, and reflective adidas brandmark.

100% mock eyelet polyester

sizes: S-2XL

| | | |
|---|---|---|
| 027589* | white \| black \| reflective silver | 05-25-03 |
| 027595 | university red \| black \| reflective silver | 05-25-03 |
| 027597 | medium uniform \| dark uniform \| reflective silver | 05-25-03 |
| 027596 | phantom \| mustard \| reflective silver | 05-25-03 |
| 027598* | dark indigo \| white \| reflective silver | 05-25-03 |
| 027600* | black \| white \| reflective silver | 05-25-03 |

## Men's Astro Pant II

AC3000F / $60.00

ClimaLite® trackster with elastic waist and drawcord, internal key pocket, back leg zips, applied 3-Stripes and reflective adidas brandmarks.

90% polyester jersey / 10% lycra

sizes: S-2XL

| | | |
|---|---|---|
| 255782* | black \| white \| reflective silver | 05-25-03 |
| 027498 | dark uniform \| medium uniform \| reflective silver | 05-25-03 |
| 027496* | dark indigo \| white \| reflective silver | 05-25-03 |
| 027499 | black \| university red \| reflective silver | 05-25-03 |
| 277213* | black \| black \| reflective silver | 05-25-03 |

48   * carry forward to Holiday '03
     † carry over

Exhibit 1
Page 57 of 451



adidas

women's
sport

## Women's Wildwood Baggy Short

AC1450F / $29.00

*ClimaLite® short with 2" inseam, elastic waist with drawcord, internal key pocket, crepe lining, applied 3-Stripes, and reflective adidas brandmark.*

50% microfiber polyester / 50% polyester poplin satin flower
100% polyester crepe lining

sizes: XS-XL

| | | |
|---|---|---|
| 027446 | dark indigo | signal red | reflective silver | 02-25-03 |
| 027445 | dark uniform | warm yellow | reflective silver | 02-25-03 |
| 913791* | dark indigo | white | reflective silver | 02-25-03 |
| 027447 | altitude | white | reflective silver | 02-25-03 |
| 255822*† | black | white | reflective silver | 02-25-03 |
| 027448 | black | altitude | reflective silver | 02-25-03 |
| 168318*† | black | black | reflective silver | 02-25-03 |

CLIMALITE

## Women's Falmouth Half-Zip Top

AC2250F / $45.00

*Medium weight ClimaCool® half-zip top with stand-up fitted collar, flatlock seams, sculpted hemline, applied 3-Stripes, and reflective adidas brandmark.*

100% mock eyelet polyester

sizes: XS-XL

| | | |
|---|---|---|
| 027586 | dark indigo | signal red | reflective silver | 05-25-03 |
| 027590 | white | black | reflective silver | 05-25-03 |
| 027588 | altitude | white | reflective silver | 05-25-03 |
| 027585 | dark uniform | warm yellow | reflective silver | 05-25-03 |
| 913787* | dark indigo | white | reflective silver | 05-25-03 |
| 027583* | black | white | reflective silver | 05-25-03 |

CLIMACOOL

Exhibit 1
Page 58 of 451



Exhibit 1
Page 59 of 451



Exhibit 1
Page 60 of 451



**$90.00**
AC4500N

**Men's Stripe-to-Vent Tracksuit**
H4APM971

Micro dobby tracksuit with engineered mesh lining. Drop tail with front
zipper pockets. Pant has drawcord waist and cell phone pocket with
embroidered 3-Bars at right leg. Applied 3-Stripes. Embroidered
brandmark at left chest and left knee.
100% polyester micro dobby shell.
100% polyester mesh lining.
**Sizes:** S | M | L | XL | 2XL | 3XL.          **Available:** 9 | 25 | 04

| 377333 | Black | White |
| 377332 | Athens Blue | Dark Indigo |
| 377334 | Burgundy | Black |
| 377330 | Mercury Grey | University Red |
| 377331 | Dark Indigo | White |

**TRAINING FOR SPORT**
brand coordinates          **57**

• Carryover    ✓ Carry Forward to Spring '05    † Sample Not Available    ★ Auto-replenish    ⚖ IMU Enhanced

Exhibit 1
Page 61 of 451



**$45.00**
AC22560K

**Brand Coordinates Boot Tight**
F4APW615

Pull-on boot-cut pant. Elastic waist. Contrast applied 3-Stripes on legs.
Embroidered adidas brandmark on left hip.
90% nylon | 10% spandex.
Sizes: XS | S | M | L | XL.          Available: 9 | 25 | 04

| | | |
|---|---|---|
| 375273 | Black | White | |
| 374887 | Black | Dash | Dash | |
| 374888 | Dark Indigo | Fire | Fire | |
| 374886 | Purple Night | Bloom | Bloom | |

**$50.00**
AC2900W

**Brand Coordinates 3-Stripes Skim Pant**
F4APW604

Pull-on pant. Modern-fit with wide waistband. Applied 3-Stripes on side
seams. Embroidered adidas brandmark on left hip.
90% polyester | 10% lycra jersey.
Sizes: XS | S | M | L | XL.          Available: 9 | 25 | 04

| | | |
|---|---|---|
| 353285 | Black | White | White | • ✓ 1 |
| 353286 | Black | Black | Black | • 1 |
| 379641 | Black | Dash | Dash | |
| 353283 | Dark Indigo | White | White | • 1 |
| 379640 | Dark Indigo | Fire | Fire | |
| 379639 | Purple Night | Bloom | Bloom | |

• Carryover   ✓ Carry Forward to Spring '05   † Sample Not Available   ✦ Auto-replenish   ⟳ IMU Enhanced

**WORKOUT**
brand coordinates          **109**

WOMEN'S

Exhibit 1
Page 62 of 451



**Brand Coordinates Brushed Brio Short**                          $24.00
F3APW911                                                          AC1200H

Pull-on short. 4" inseam. Loose elastic waist with internal drawcord.
Side-seam pockets. Applied 3-Stripes on side. Embroidered adidas
brandmark on front lower leg.
100% polyester sanded mesh.

Sizes: XS I S I M I L I XL                    Available: 9 I 25 I 04

| 159333 | Black I White I White |  |
| 379651 | Black I Bush I Dash |  |
| 159331 | Dark Indigo I White I White |  |
| 379650 | Dark indigo I Fire I Fire |  |
| 379652 | Purple Night I Bloom I Bloom |  |

**Stance Short**                                                  $22.00
S0APW914                                                          AC1100H

ClimaProof® pull-on short. 3" inseam. Drawcord with elastic waist.
Contrast applied 3-Stripes down left side. Side-seam pockets.
Embroidered adidas brandmark on right hem.
100% polyester soft hand woven.

Sizes: XS I S I M I L I XL                    Available: at once

| 766495 | Black I White I White |  |
| 766498 | Dark Indigo I White I White |  |

**Brand Coordinates Trilogy Short**                               $22.00
S3APW505                                                          AC1000H

Contrast applied 3-Stripes and embroidered adidas brandmark at
left hem.
100% nylon lightweight dry hand.

Sizes: XS I S I M I L I XL                    Available: at once

| 170585 | Black I Black I Black |  |
| 159357 | Dark Indigo I Dark Indigo I Dark Indigo |  |

• Carryover    ✓ Carry Forward to Spring '06    † Sample Not Available    ★ Auto-replenish    ⚖ IMU Enhanced

**TRAINING FOR SPORT**                                            121
brand coordinates

WOMEN'S

Exhibit 1
Page 63 of 451



**Brio Warm-Up**
H4APW641

$85.00
AC4250R

Relaxed-fit unlined warm-up. Full-zip jacket with ribbed cuffs and waistband. Concealed pocket zips. Self-fabric filled piping wrap from neck to front pocket seam with slight shaping at side seam. Applied 3-Stripes down sleeves. Relaxed straight-leg pant. Turn-and-stitch waistband and internal drawcord. Filled piping at side seams. Embroidered adidas brandmark at left chest and left hip. 100% polyester oval flatback mesh.

Sizes: XS | S | M | L | XL    Available: 9 | 25 | 04

| | | |
|---|---|---|
| 379741 | Black | White | White |
| 379742 | Dech | White | White |
| 379739 | Dark Indigo | White | White |
| 379740 | Dark Indigo | Fire | Fire |
| 379743 | Purple Night | Bloom | Bloom |

WOMEN'S

• Carryover    ✓ Carry Forward to Spring '05    † Sample Not Available    ★ Auto-replenish    ⬡ IMU Enhanced

**TRAINING FOR SPORT**
brand coordinates    129

Exhibit 1
Page 64 of 451



Exhibit 1
Page 65 of 451

3/24/2016                                    adidas Real Madrid Tee - White | adidas US



## REAL MADRID TEE

### A SPORTY TEE FOR REAL MADRID'S FIERCEST FANS.

Suit up to cheer for los Merengues in the Real Madrid Tee. This men's long sleeve t-shirt packs big pride with an official crest on the chest, plus a big "5" above as many stars on the back. It's built for durable comfort in a cotton-polyester blend.

- Ribbed crewneck and cuffs
- Raglan sleeves
- Real Madrid crest on left chest
- Screenprinted Real Madrid soccer-inspired graphics on back
- Regular fit
- 65% cotton / 35% polyester interlock
- Imported

## YOU MAY ALSO LIKE

http://www.adidas.com/us/real-madrid-tee/AX6886.html                                          1/2

Exhibit 1
Page 66 of 451



## RETRO LINEAR LOGO TEE

Inspired by bold graphics from 1989, this men's t-shirt has a vintage look with modern details. Made from comfortable cotton jersey, this slim-fit tee features a colorful archival adidas graphic on front with 3-Stripes across the back.

- Ribbed crewneck
- Printed adidas wordmark and graphic on front
- Small printed Trefoil logo on back underneath collar
- Slim fit
- 100% cotton single jersey
- Imported

## YOU MAY ALSO LIKE

Exhibit 1
Page 67 of 451

3/24/2016                                adidas Sport Essentials Hoodie - Black | adidas US



This model is 6' 2" and wears a size M

# SPORT ESSENTIALS HOODIE

## SOFT, SWEAT-WICKING MEN'S HOODIE WORKS AS HARD AS YOU DO.

A hoodie that's built for action. Made in sweat-wicking climalite® fabric, this hoodie will help you stay dry and comfortable before, during and after your workout. This super-soft men's sweatshirt features flatlock seams, a double-lined hood and kangaroo pockets.

- climalite® fabric sweeps sweat away from your skin
- Kangaroo pockets
- Full zip with drawcord-adjustable hood; Two-colored drawcord; Double hood lining
- Flatlock seams reduce chafing and skin irritation
- Ribbed cuffs and hem
- 75% polyester / 25% viscose French terry
- Imported

Exhibit 1
Page 68 of 451



NEWSLETTER SIGNUP LOGIN

SECURE CHECKOUT FREE SHIPPING, NO MINIMUM FREE RETURNS

★★★★ Read all 27 reviews

WOMEN'S SOCCER

# SQUADRA 13 SHORTS

$22

Color Black / White (Z21590)

Size Chart

Select size 1

Add to Wishlist Send to a Friend

SHOPRUNNER FREE 2-Day Shipping & Free Returns Learn More Sign In

**FREE SHIPPING, NO MINIMUM.** Learn More

## SQUADRA 13 SHORTS

Sweat doesn't score the points, and the women's adidas Squadra 13 Shorts are made to help you stay dry so you can put the ball past the post. The soccer shorts are made with sweat-wicking climalite® fabric and feature a women's-specific cut.

- 5" inseam (size Med)
- climalite® fabric sweeps sweat away from your skin
- Drawcord on elastic waist
- Contrast piping details
- Women's-specific cut for improved fit and comfort
- 100% polyester doubleknit
- Imported

## YOU MAY ALSO LIKE



3/24/2016                                    adidas Superstar Track Jacket - Black | adidas US

# SUPERSTAR TRACK JACKET

## A TIMELESS MEN'S TRACK JACKET WITH THE 3-STRIPES LOOK.

This men's track jacket keeps the adidas Superstar legacy alive with a timeless 3-Stripes look. It's made in interlock with all the authentic details, including the signature Superstar collar.

- Front welt pockets
- Full zip with ribbed collar
- Raglan sleeves; Ribbed cuffs and hem
- Embroidered Trefoil logo on left chest
- Regular fit
- 87% polyester / 13% cotton interlock
- Imported

http://www.adidas.com/us/superstar-track-jacket/AB9717.html                                      1/2

Exhibit 1
Page 70 of 451



3/24/2016                    adidas Superstar Track Jacket - Orange | adidas US

## SUPERSTAR TRACK JACKET

### A TIMELESS MEN'S TRACK JACKET WITH THE 3-STRIPES LOOK.

This men's track jacket keeps the adidas Superstar legacy alive with a timeless 3-Stripes look. It's made in interlock with all the authentic details, including the signature Superstar collar.

- Front welt pockets
- Full zip with ribbed collar
- Raglan sleeves; Ribbed cuffs and hem
- Embroidered Trefoil logo on left chest
- Regular fit
- 87% polyester / 13% cotton interlock
- Imported

http://www.adidas.com/us/superstar-track-jacket/AJ7002.html                    1/2

Exhibit 1

Page 71 of 451



3/24/2016                                 adidas Timbers Middle Stripes Tee - Black | adidas US

## TIMBERS MIDDLE STRIPES TEE

Show your love for the Timbers as they move through their opponents. This women's soccer t-shirt is made from sweat-wicking climalite® fabric and features a big team graphic on the front.

- climalite® fabric sweeps sweat away from your skin
- V-neck; Regular fit
- Lightweight, cotton-feel material
- 3-Stripes incorporated into graphic of team name; Portland Timbers logo
- Officially licensed by MLS
- 100% polyester single jersey
- Imported

YOU MAY ALSO LIKE

Exhibit 1
Page 72 of 451

3/24/2016                    adidas adigirl 3-Stripe Bralette - Black | adidas US



### ADIGIRL 3-STRIPE BRALETTE

**A BREATHABLE BRALETTE WITH MESH LINING FOR EXERCISE.**

Stay dry and comfortable while exercising in this sporty bralette. Mesh lining adds breathability while climalite® fabric wicks sweat away from your skin. With an inner light-support bra.

- climalite® fabric sweeps sweat away from your skin
- Scoop neck with V-shape stitching detail
- Mesh lining; Knit internal bra
- Inner strap support
- Light support
- Main: 89% polyester / 11% elastane interlock; Lining: 78% polyester / 22% elastane mesh; Strap stabilizer: 100% nylon mesh
- Imported

Exhibit 1
Page 73 of 451

3/24/2016                          adidas Firebird Track Pants - Black | adidas US



# FIREBIRD TRACK PANTS

## THESE WOMEN'S TRACK PANTS REDRAW THE ICONIC FIREBIRD LINES FOR A MODERN FIT.

An updated design brings fresh style to these women's track pants. Made in classic tricot, the iconic Firebird lines are redrawn for a modern silhouette. An embroidered Trefoil logo and 3-Stripes down the legs keep the look authentic.

- 30.5" inseam (size Med)
- Side pockets
- Drawcord on elastic waist
- Embroidered Trefoil logo on left hip; 3-Stripes down the legs
- Regular fit
- 100% polyester tricot
- Imported

# YOU MAY ALSO LIKE

http://www.adidas.com/us/firebird-track-pants/AJ8447.html                          1/2

Exhibit 1
Page 74 of 451

3/24/2016                    adidas Response Long Tights – Black | adidas US



## RESPONSE LONG TIGHTS

Clock the miles in these women's running tights. Designed to be a second skin for running, these tights are made of moisture-wicking climalite® fabric. Finished with reflective details and ankle zips for quick changes.

- 27" inseam (size Med)
- climalite® fabric sweeps sweat away from your skin
- Drawcord on stretch waist
- 3-Stripes around knees
- Reflective details; Fitted fit
- 83% polyester / 17% elastane doubleknit
- Imported

## I'M A MASTERWORK IN PROGRESS

I GOT THIS

Exhibit 1
Page 75 of 451

3/24/2016                    adidas Supergirl Track Jacket - Multicolor | adidas US



# SUPERGIRL TRACK JACKET

## AN ADIDAS CLASSIC WITH A SHINY UPDATED LOOK.

This women's track jacket is a timeless iconic style. Shiny tricot material is paired with authentic adidas details like a ribbed baseball-style collar, contrast 3-Stripes and a rubber-print Trefoil on the back. Raglan sleeves make for an extra-comfortable fit.

- Front pockets
- Full zip with ribbed collar
- Raglan sleeves; Ribbed cuffs and hem
- Large rubber-print Trefoil on back
- Regular fit
- 100% polyester tricot
- Imported

Exhibit 1
Page 76 of 451

3/24/2016                    adidas Basketball Superstar Track Jacket - Multicolor | adidas US



## BASKETBALL SUPERSTAR TRACK JACKET

**THE SUPERSTAR JACKET IN BOLD BLOCKS OF COLOR AND A BIG BASKETBALL GRAPHIC ON BACK.**

A modern basketball graphic on the back adds a fresh twist to this track jacket. Built for junior boys in bold blocks of color and iconic tricot, it features all the details of the original Superstar jacket.

- Side pockets
- Full zip with ribbed stand-up collar
- Ribbed cuffs and hem
- Printed Trefoil, "ADIDAS ORIGINALS" and basketball graphic on back; Printed Trefoil logo on left chest
- fit
- 100% polyester tricot
- Imported

## 4 MAJOR BENEFITS

Built for the most creative forms of play.

Exhibit 1
Page 77 of 451



adidas Estro 15 Jersey - Black | adidas US

# ESTRO 15 JERSEY

Outfit yourself for the pitch in this junior boys' soccer jersey, a slim-fitting crewneck made with climalite® fabric to sweep sweat away. The jersey features a matching contrast-color hem, logo and 3-Stripes on the sleeves.

- climalite® fabric sweeps sweat away from your skin
- Crewneck
- Contrast details
- Slim fit
- 100% polyester mock eyelet
- Imported

# 4 MAJOR BENEFITS

Built for the most creative forms of play.

Exhibit 1
Page 78 of 451



# FIREBIRD TRACK SUIT

## THE CLASSIC TRACK SUIT, SCALED DOWN FOR LITTLE ONES.

A pint-size version of the authentic look. This toddlers' track suit comes in tricot with 3-Stripes detailing.

- 10" inseam
- Jacket: Side zip pockets; Full zip with stand-up collar; Ribbed cuffs and hem
- Large rubber-print Trefoil logo on back; Rubber-print Trefoil logo on left chest
- Pants: Drawcord on elastic waist; Rubber-print Trefoil logo on left leg
- 100% polyester tricot
- Imported

# 4 MAJOR BENEFITS

Built for the most creative forms of play.

Exhibit 1
Page 79 of 451



3/24/2016                                                adidas Speed Shorts - Multicolor | adidas US

## SPEED SHORTS

These boys' shorts get him out the door and onto the field. They come in shiny fabric with 3-Stripes and have a color pop graphic at the hem that wraps to the back.

- 6" inseam (size 5)
- Elastic waist
- Color-pop hem piecing and piping
- Dazzle 3-Stripes down sides
- Regular fit
- 100% polyester dazzle
- Imported

## 4 MAJOR BENEFITS

Built for the most creative forms of play.

Exhibit 1
Page 80 of 451



3/24/2016                           adidas Squadra 13 Shorts - Blue | adidas US

**SQUADRA 13 SHORTS**

**SWEAT-WICKING SOCCER SHORTS THAT HANDLE SUSTAINED SOCCER ACTION.**

Soccer requires quick moves and sustained effort. These junior boys' shorts rise to the call with climalite® fabric that moves moisture away from your body. With 3-Stripes down the legs and an adidas logo for classic style.

- 7" inseam (size Med)
- climalite® fabric sweeps sweat away from your skin
- Drawcord on elastic waist
- Embroidered adidas logo at left hem; 3-Stripes down sides
- 100% polyester doubleknit
- Imported

**4 MAJOR BENEFITS**

Built for the most creative forms of play.

http://www.adidas.com/us/squadra-13-shorts/X57971.html                                    1/2

Exhibit 1
Page 81 of 451



# TIRO 15 TRAINING PANTS

Warm up without getting too hot in these junior boys' soccer pants. Made with breathable climacool® ventilation, they feature ankle zips and a tapered cut.

- 27" inseam (size Med)
- Ventilated climacool® keeps you cool and dry
- Zip pockets; Drawcord on elastic waist
- Ankle zips
- Tapered fit
- 100% polyester doubleknit
- Imported

# 4 MAJOR BENEFITS

Built for the most creative forms of play.

Exhibit 1
Page 82 of 451



Exhibit 1
Page 83 of 451

3/6/2017                adidas Boston Marathon® Supernova X Bra - Blue | adidas US

TRACK YOUR ORDER | **NEWSLETTER SIGNUP** | LOGIN

🔊 FREE EXPEDITED SHIPPING AND FREE RETURNS ⓘ



HIGH SUPPORT



☆☆☆☆☆  Write a Review

WOMEN'S RUNNING

# BOSTON MARATHON® SUPERNOVA X BRA

## $60

Color Blue (BK5343)

Size Chart

Select size ▾     1 ▾

**ADD TO BAG** 🛍      ♡

🔊 **FREE EXPEDITED SHIPPING, FREE RETURNS** Learn More

NEXT LOOK ›

COMPLETE THE LOOK



Boston Marathon® M10 Shorts
$40

Boston Marathon® Supernova Tank Top
$50



adizero boston 6 w
$120

# BOSTON MARATHON® SUPERNOVA X BRA

## A PULLOVER SPORTS BRA DESIGNED FOR RUNNERS.

Train with confidence in the comfort of this women's running bra, created for racers of the legendary road race in Boston. It has a sculpted shape with molded cups in smooth nylon with just the right amount of stretch. Mesh side panels target airflow, and crisscross straps match the shape of your back to ensure an adaptive, supportive fit.

- Ventilated climacool® keeps you cool and dry
- High-support; Molded cups
- Adaptable crossover back
- Power mesh side panels
- Flatlock seams reduce chafing and skin irritation
- "Boston Marathon®" print on front hem; Reflective 3-Stripes on back
- Compression fit
- 87% nylon / 13% elastane single jersey
- Imported

http://www.adidas.com/us/boston-marathon-supernova-x-bra/BK5343.html                1/3

Exhibit 1
Page 84 of 451



Exhibit 1
Page 85 of 451

3/6/2017        adidas Tiro 17 Training Pants - Black | adidas US



TRACK YOUR ORDER  |  **NEWSLETTER SIGNUP**  |  LOGIN ▲

🛒 FREE EXPEDITED SHIPPING AND FREE RETURNS ⓘ





★ ★ ★ ★ ★  Read all 3 reviews

WOMEN'S SOCCER

# TIRO 17 TRAINING PANTS

## $45

Color Black / White / White (BS3685)

Size Chart

Select size | 1

**ADD TO BAG** 🛒   ♡

🛒 **FREE EXPEDITED SHIPPING, FREE RETURNS** Learn More

NEXT LOOK ›

COMPLETE THE LOOK


Arauana Dance Shoes
$130


Techfit Crop Top
$31


Banner Backpack
$95


Techfit Bra
$12

# TIRO 17 TRAINING PANTS

## BREATHABLE PANTS FOR COMMITTED TRAINING.

Train hard. Stay cool. These women's soccer training pants help you warm up without overheating. Featuring ventilated climacool® and mesh inserts for maximum breathability, they keep the air moving while you stay on the pitch. A slim fit promotes easy footwork.

- Ventilated climacool® keeps you cool and dry
- Front zip pockets
- Drawcord on elastic waist
- Mesh insert below back waist
- Ribbing on lower legs
- Tonal 3-Stripes on sides
- 31" inseam (size Med)
- Slim fit
- 100% polyester doubleknit
- Imported

Exhibit 1

Page 86 of 451



Exhibit 1
Page 87 of 451

3/6/2017                    adidas Sporty Essentials Sweatshirt - Grey | adidas US

TRACK YOUR ORDER | **NEWSLETTER SIGNUP** | LOGIN ⬍

🔄 FREE EXPEDITED SHIPPING AND FREE RETURNS ⊕




☆☆☆☆☆ Write a Review

MEN'S ADIDAS NEO
# SPORTY ESSENTIALS SWEATSHIRT

## $45

Color Medium Grey Heather / Black (BK0540)

Size Chart

Select size ▾     1 ▾

**ADD TO BAG** 🛍     ♡

🔄 **FREE EXPEDITED SHIPPING, FREE RETURNS** Learn More

COMPLETE THE LOOK





Tee        Sportswear      Hawthorn Street
$18         Track Pants       Shoes
            $40              $60

# SPORTY ESSENTIALS SWEATSHIRT

A sporty essential with a focus on fresh style. Big, horizontal 3-Stripes around the cuffs add a streetwise attitude to this guys' sweatshirt. Made in comfy cotton with a slim shape.

- Ribbed crewneck
- Ribbed cuffs and hem
- adidas neo logo on left chest; Linear adidas neo logo on lower left arm
- Contrast 3-Stripes above cuffs wrap around from side seams to back
- Slim fit
- 72% cotton / 28% polyester French terry
- Imported

# SHARE HOW YOU WEAR IT

Exhibit 1
Page 88 of 451



Exhibit 1
Page 89 of 451

3/6/2017                               adidas Studio Hoodie - Grey | adidas US

TRACK YOUR ORDER  |  **NEWSLETTER SIGNUP**     LOGIN ⌂

🔊 FREE EXPEDITED SHIPPING AND FREE RETURNS ⊙




☆ ☆ ☆ ☆ ☆  Write a Review

WOMEN'S ADIDAS NEO

# STUDIO HOODIE

## $45

Color: Medium Grey Heather / Solid Grey [BP6373]

Size Chart

| Select size ▾ | 1 ▾ |

**ADD TO BAG** 🛍     ♡

⟲  **FREE EXPEDITED SHIPPING, FREE RETURNS** Learn More

NEXT LOOK ›

COMPLETE THE LOOK





Fairy Lights          Parka          Branded Tee
Leggings
                      $90            $20
$25

# STUDIO HOODIE

A half zip and three-quarter sleeves together add up to a totally new look. This girls' hoodie has a modern, relaxed fit. 3-Stripes race down the sleeves to finish the look in adidas neo style.

- Kangaroo pocket
- Half zip
- Drawcord-adjustable lined hood
- Three-quarter sleeves
- adidas neo logo on left chest
- 3-Stripes down sleeves
- Relaxed fit
- Body: 62% polyester / 33% viscose / 5% elastane French terry; Hood lining: 100% polyester mesh
- Imported

Exhibit 1
Page 90 of 451



Exhibit 1
Page 91 of 451

3/6/2017    adidas Elongated Sweatshirt - Grey | adidas US



TRACK YOUR ORDER | **NEWSLETTER SIGNUP**    LOGIN

🔄 FREE EXPEDITED SHIPPING AND FREE RETURNS ⊕



☆☆☆☆☆ Write a Review

MEN'S ADIDAS NEO

# ELONGATED SWEATSHIRT

## $30

Color Medium Grey Heather / Black (BK8017)

Size Chart

| Select size ▾ | 1 ▾ |

**ADD TO BAG** 🛍️    ♡

🔄 **FREE EXPEDITED SHIPPING, FREE RETURNS** Learn More

COMPLETE THE LOOK


Tee
$18


Sportswear
Track Pants
$40


Hawthorn Street
Shoes
$60

# ELONGATED SWEATSHIRT

A modern basic with a fresh vibe. This guys' comfy sweatshirt comes with side slits at the hem. Detailed with horizontal, contrast 3-Stripes that circle the left cuff.

- Ribbed crewneck with V-stitch
- Ribbed cuffs
- Rounded side slits on droptail hem
- adidas neo logo print on left chest
- Contrast horizontal 3-Stripes above left cuff
- Slim fit
- 60% cotton / 40% polyester French terry
- Imported

# SHARE HOW YOU WEAR IT

http://www.adidas.com/us/elongated-sweatshirt/BK8017.html    1/3

Exhibit 1
Page 92 of 451



Exhibit 1
Page 93 of 451

3/6/2017                    adidas Women's Varsity Jacket| DICK'S Sporting Goods



Check Store Availability    **ADD TO CART**

Get 3% back with ScoreCard! Earn up to 70 points when you purchase this item. 300 Points = $10 Reward.  Learn More

Available to ship.
Standard Ground Service Available

adidas Women's Originals

(6)

$60.00

adidas Women's Tiro 15 Training...

(384)

$34.99

**Product Information:**                                    Size Chart

Relive your best years with the adidas® Women's Varsity Jacket. Constructed out of soft fleece fabric, this coat locks in warmth and keeps you cozy. Ribbed hem and cuffs hold the top in place, while the varsity jacket design with snap closure provides old-school style. Angled pockets store your small items, and a large, retro adidas® logo finishes the look. Take a trip back in time in ultimate comfort with the adidas® Varsity Jacket.

**FEATURES:**

- Relaxed fit jacket
- Fleece material provides softness and warmth

http://www.dickssportinggoods.com/p/adidas-womens-varsity-jacket-16adiwvrstyjckbxoapo/16adiwvrstyjckbxoapo                    1/2

Exhibit 1
Page 94 of 451



g+

Feedback

| Commercials & Films | Only at DICK'S | Shipping Rates | 453 and a Half |
| Suppliers | Recalls | Product Availability & Price | Team Websites & Uniforms |
| Corporate Purchases | Top Brands | Promo Exclusions | Site Feedback |
| Index [ + ] | PRO TIPS | | |

Privacy Policy      Terms of Use      California Disclosures      Accessibility Policy

© 2017 DICK'S Sporting Goods *Reference prices are past offerings. No sales may have occurred at this price.

Exhibit 1
Page 95 of 451



Exhibit 1
Page 96 of 451

3/6/2017                            adidas 3-Stripes Shorts - White | adidas US



TRACK YOUR ORDER   |   **NEWSLETTER SIGNUP**   |   LOGIN ▲

🛍 FREE EXPEDITED SHIPPING AND FREE RETURNS ●



NEW

☆☆☆☆☆ Write a Review

MEN'S BASKETBALL

# 3-STRIPES SHORTS

## $30

Color Black (AZ2092)



Size Chart

| Select size ▼ | 1 ▼ |

| **ADD TO BAG** 🛍 | ♡ |

🛍 **FREE EXPEDITED SHIPPING, FREE RETURNS** Learn More

# 3-STRIPES SHORTS

## BREATHABLE AND ADJUSTABLE SHORTS WITH SIDE POCKETS.

Work the give-and-go in these men's basketball shorts. Done in lightweight and breathable mock eyelet, they include an adjustable waist and pockets on both sides. They flash an adidas brandmark on the left leg and 3-Stripes on the right.

- Side seam pockets
- Drawcord on elastic waist
- 3-Stripes above right hem
- adidas brandmark above left hem
- Slim fit
- 11" inseam (size Med)
- 100% polyester mock eyelet
- Imported

# SHARE HOW YOU WEAR IT

Share a photo of your adidas favourite and appear in our showcase. Make sure to tag your image with #3stripesstyle .

⓪

http://www.adidas.com/us/3-stripes-shorts/AZ2093.html                                    1/2

Exhibit 1
Page 97 of 451

2/22/2018                    adidas 3-Stripes Raglan Dress - Green | adidas US





## 3-STRIPES RAGLAN DRESS

### A '70S-INSPIRED DRESS WITH 3-STRIPES STYLE.

The instantly recognizable 3-Stripes have been synonymous with adidas since their inception. Celebrating its rich history, adidas reaches back into the archives to bring iconic designs to the modern streets. Taking inspiration from a coveted tee from the '70s, this dress has a sport-inspired look that showcases signature adidas details. The lightweight dress is made with a bit of stretch and has slits on the sides and 3-Stripes on the shoulders and sleeves.

- Ribbed crewneck
- Contrast raglan sleeves
- Side seam slits at hem
- Trefoil logo on chest
- Contrast 3-Stripes on shoulders and sleeves
- Regular fit is not tight and not loose, the perfect in-between fit
- 75% polyester / 23% viscose / 2% elastane interlock
- Imported

**WASHING INSTRUCTIONS**

Machine wash cold delicate cycle

**EXTRA CARE INFORMATION**

- Do not use fabric softener
- Use mild detergent only
- Wash dark colors inside out

- Product code: CE4963
- Product color: Collegiate Green

## YOU MAY ALSO LIKE



3-STRIPES DRESS           TREFOIL DRESS           DRESS                RANGE DRESS
Originals                 Originals               Originals            Performance
$40                       $60                     $100                 $90

Exhibit 1
Page 98 of 451

HELP ORDER TRACKER NEWSLETTER SIGNUP SIGN IN

MEN WOMEN KIDS | SPORTS BRANDS | CUSTOMIZE

★★★★★ 4.5

2 REVIEWS

**100%**

of customers recommend this product

FIT

TOO TIGHT PERFECT TOO LOOSE

LENGTH

RUNS SHORT PERFECT RUNS LONG

COMFORT

UNCOMFORTABLE COMFORTABLE

QUALITY

POOR PERFECT

★★★★★ January 30, 2018

**FABRIC FEELS LOVELY AND THE COLOUR IS BEAUTIFUL.**

A perfect piece from the adicolor collection. Can't wait to purchase more.

✓ I recommend this product

Dylan1966 - Verified Purchaser

Reply — Was this review helpful? Yes (2) no (0)

★★★★☆ February 16, 2018

Love this dress, love the colour, no complaint, good purchased

✓ I recommend this product

SJ09 - Verified Purchaser

Reply — Was this review helpful? Yes (0) no (0)

WRITE A REVIEW

## OTHERS ALSO BOUGHT

SST TRACK JACKET
Originals
$78 ★★★★★ 16

SUPERSTAR 80S NEW BOLD SHOES
Originals
$120

CROPPED HOODIE
Originals
$60 ★★★★★ 9

SST TRACK PANTS
Originals
$68 ★★★★★ 39

## RECENTLY VIEWED ITEMS

3-STRIPES TEE
Originals
$38

3-STRIPES TEE
Originals
$38

CROPPED HOODIE
Originals
$60

SST TRACK JACKET
Originals
$78

SIGN UP FOR NEWS & GET 15% OFF

your email

GIFT CARDS

CUSTOMER SUPPORT
- Customer Service
- Order Status
- Shipping
- Returns & Exchanges
- Sizing
- Students
- Bulk Orders

COMPANY INFO
- About Us
- Careers
- Press
- Sustainability
- Affiliates

PARTNER SITES
- adidas Outdoor
- miTeam
- adidas Archive

PRIVACY & TERMS
- Privacy & Security
- Terms and Conditions
- Policy on Human Trafficking

2/22/2018                                     adidas 3-Stripes Raglan Dress - Green | adidas US



Exhibit 1
Page 100 of 451

2/22/2018                              adidas 3-Stripes Sweat Pants - Red | adidas US





## 3-STRIPES SWEAT PANTS

### FRENCH TERRY SWEAT PANTS WITH A TAPERED LEG.

The 3-Stripes have been legend since adidas was founded in 1949. These men's sweat pants are timeless, with contrast 3-Stripes on the legs and an embroidered Trefoil logo on the leg. They're made of cotton French terry for an ultrasoft feel. A tapered leg and a slim fit create a sleek, long look.

WASHING INSTRUCTIONS

Machine wash cold delicate cycle

EXTRA CARE INFORMATION

- Use mild detergent only
- Wash dark colors separately
- Wash and iron inside out
- LINE DRY
- Do not iron motif
- Wash with fasteners closed

- Side zip pockets
- Ribbed waist
- Ribbed cuffs; Tapered leg
- Embroidered Trefoil logo on leg; Contrast 3-Stripes down sides
- We partner with the Better Cotton Initiative to improve cotton farming globally
- Slim tapered fit is snug on hips and thighs, with a close fit on the legs
- 100% cotton French terry
- Imported

- Product code: CW2428
- Product color: Rust Red

## YOU MAY ALSO LIKE



Exhibit 1
Page 101 of 451

HELP ORDER TRACKER NEWSLETTER SIGNUP SIGN IN

MEN WOMEN KIDS | SPORTS BRANDS | CUSTOMIZE

WRITE THE FIRST REVIEW

## OTHERS ALSO BOUGHT

EQT BOLD TEE
Originals
$45

EQT WINDBREAKER
Originals
$90 ★★★★★ 3

TREFOIL OVERSIZE CREW SWEATSHIRT
Originals
$80 ★★★★★ 2

ULTRABOOST LTD SHOES
Performance
$220 ★★★★★ 40

## RECENTLY VIEWED ITEMS

ADIBREAK TRACK PANTS
Originals
$80

TIERRO 13 GOALKEEPER THREE-QUARTER PANTS
Performance
$40

ULTIMATE 365 3-STRIPES PANTS
Performance
$80

TIRO THREE-QUARTER PANTS
Performance
$40

SIGN UP FOR NEWS & GET 15% OFF

your email

**GIFT CARDS**

**CUSTOMER SUPPORT**

- Customer Service
- Order Status
- Shipping
- Returns & Exchanges
- Sizing
- Students
- Bulk Orders
- miadidas Customized
- Personalized Gear
- Store Locator
- Mobile Apps
- Site Map

**COMPANY INFO**

- About Us
- Careers
- Press
- Sustainability
- Affiliates

**PARTNER SITES**

- adidas Outdoor
- miTeam
- adidas Archive

**PRIVACY & TERMS**

- Privacy & Security
- Terms and Conditions
- Policy on Human Trafficking

USA | Privacy Policy | Terms and Conditions | © 2018 adidas America Inc.

2/22/2018                              adidas 3-Stripes Sweatshirt - Grey | adidas US



### 3-STRIPES SWEATSHIRT

#### A MOISTURE-WICKING SWEATSHIRT DESIGNED FOR COVERAGE.

Dial in your driver as the temperature drops. This men's golf sweatshirt is made of lightweight, moisture-wicking fabric and features a stand-up collar with a quarter zip for regulating coverage. 3-Stripes finish the shoulders.

- Quarter zip with stand-up collar
- Raglan sleeves
- Cuffed sleeves and hem
- Soft, lightweight fabric for moisture-wicking comfort and breathability
- adidas Badge of Sport on back neck
- UPF 50+ UV protection
- Regular fit is wider at the body, with a straight silhouette
- 90% polyester / 10% elastane French terry
- Imported

- Product code: CF7615
- Product color: Grey

### YOU MAY ALSO LIKE



Exhibit 1
Page 103 of 451

HELP ORDER TRACKER NEWSLETTER SIGNUP SIGN IN

MEN WOMEN KIDS | SPORTS BRANDS | CUSTOMIZE

★★★★★ 5

1 REVIEWS

**100%**

**of customers recommend this product**

**FIT**

TOO TIGHT PERFECT TOO LOOSE

**LENGTH**

RUNS SHORT PERFECT RUNS LONG

**COMFORT**

UNCOMFORTABLE COMFORTABLE

**QUALITY**

POOR PERFECT

★★★★★ December 29, 2017

**LOVELY PRODUCT.**

Very comfortable; fits snug so if you are border on a size buy up/

✓ I recommend this product

**aehbe** - Verified Purchaser

Reply **Was this review helpful?** Yes (0) no (0)

WRITE A REVIEW

## OTHERS ALSO BOUGHT

**ULTIMATE 365 3-STRIPES PANTS**
Performance
**$80** ★★★★★ 1

**TEAM ISSUE LITE HOODIE**
Athletics
**$55** ★★★★★ 1

**ULTIMATE 365 SHORTS**
Performance
**$65**

**ULTIMATE TEE**
Performance
**$18** ~~$25~~ ★★★★★ 65

## RECENTLY VIEWED ITEMS

**ESSENTIALS 3-STRIPES HOODIE**
Athletics
**$65**

**ESSENTIALS 3-STRIPES HOODIE**
Athletics
**$65**

**FC BAYERN MUNICH TEE**
Performance
**$55**

**EQT PREMIUM TEE**
Originals
**$50**

**SIGN UP FOR NEWS & GET 15% OFF** your email

**GIFT CARDS**

**CUSTOMER SUPPORT**
- Customer Service
- Order Status
- Shipping
- Returns & Exchanges
- Sizing
- Students
- Bulk Orders

**COMPANY INFO**
- About Us
- Careers
- Press
- Sustainability
- Affiliates

**PARTNER SITES**
- adidas Outdoor
- miTeam
- adidas Archive

**PRIVACY & TERMS**
- Privacy & Security
- Terms and Conditions
- Policy on Human Trafficking

2/22/2018                                  adidas 3-Stripes Sweatshirt - Grey | adidas US



Exhibit 1
Page 105 of 451

2/22/2018       adidas 3-Stripes Tee - Blue | adidas US





### 3-STRIPES TEE

**A LONG SLEEVE TEE INSPIRED BY THE '70S-ERA ORIGINAL.**

adidas went deep into the archives to find the iconic build for this men's t-shirt. This slim-fitting tee features contrast 3-Stripes down sporty raglan sleeves with an embroidered contrast Trefoil logo on the chest. It's made of cotton pique fabric for a comfortable feel.

**WASHING INSTRUCTIONS**
Machine wash cold delicate cycle

**EXTRA CARE INFORMATION**
- Use mild detergent only
- Wash dark colors separately
- Wash and iron inside out
- Do not iron motif

- Crewneck
- Raglan sleeves
- Embroidered Trefoil logo on chest
- Contrast 3-Stripes on sleeves
- We partner with the Better Cotton Initiative to improve cotton farming globally
- Slim fit hugs the body for a sleek look
- 100% cotton piqué
- Imported
- Product code: CW1229
- Product color: Blue

**YOU MAY ALSO LIKE**



Exhibit 1
Page 106 of 451

4.5
8 REVIEWS
**100%**
**of customers recommend this product**

**FIT**
TOO TIGHT PERFECT TOO LOOSE

**LENGTH**
RUNS SHORT PERFECT RUNS LONG

**COMFORT**
UNCOMFORTABLE COMFORTABLE

**QUALITY**
POOR PERFECT

February 19, 2018
The shirt is comfortable & looks good. Look on the USA site to see more colors of this shirt that the AUS site doesn't have.
✓ I recommend this product
**Ry280** - Verified Purchaser
Reply **Was this review helpful?** Yes (1) no (0)

February 21, 2018
**GREAT PRODUCT**
I like the colour and the material of the the clothing
✓ I recommend this product
**Kylieoo** - Verified Purchaser
Reply **Was this review helpful?** Yes (0) no (0)

February 13, 2018
**A GREAT TOP**
A classic look that has a nice feel and fit. Highly recommend.
✓ I recommend this product
**Firstnamejames** - Verified Purchaser
Reply **Was this review helpful?** Yes (0) no (0)

February 2, 2018
**LOVED ALL ITEMS I PURCHASED.**
They all fit great and also look great. Shoes are comfortable
✓ I recommend this product
**Philly1234** - Verified Purchaser
Reply **Was this review helpful?** Yes (0) no (0)

January 28, 2018
**COMFORTABLE FIT AND MODERN.**
Ordered the product on day 1 when it drops! Great fit for gym use!
✓ I recommend this product
**mmFever1** - Verified Purchaser
Reply **Was this review helpful?** Yes (0) no (0)

January 30, 2018
**BLUE AND WHITE LONG SLEEVE TOP**
I love this top it's really stylish with a retro feel and is very comfortable looks great with jeans - highly recommended
✓ I recommend this product
**Jonnyboy80** - Verified Purchaser
Reply **Was this review helpful?** Yes (0) no (0)

February 2, 2018
The color and look of the shirt is what is appealing.
✓ I recommend this product
**derekjjjjj** - Verified Purchaser
Reply **Was this review helpful?** Yes (0) no (0)

January 29, 2018
**BRILLIANT**
Smart and comfortable, old school styling , top notch
✓ I recommend this product
**Oman180169** - Verified Purchaser
Reply **Was this review helpful?** Yes (0) no (0)

WRITE A REVIEW

## OTHERS ALSO BOUGHT

**SST TRACK JACKET**
Originals

**CAMPUS SHOES**
Originals

**PUREBOOST ALL TERRAIN SHOES**
Performance

**TREFOIL HOODIE**
Originals

HELP ORDER TRACKER NEWSLETTER SIGNUP SIGN IN

MEN WOMEN KIDS | SPORTS BRANDS | CUSTOMIZE

RECENTLY VIEWED ITEMS

**DRILL PULLOVER**
Originals
**$90**

**ADILETTE SLIDES**
Originals
**$40**

**ADIBREAK PANTS**
Originals
**$80**

**MATCHCOURT SHOES**
Originals
**$75**

**SIGN UP FOR NEWS & GET 15% OFF** your email

**GIFT CARDS**

**CUSTOMER SUPPORT**
- Customer Service
- Order Status
- Shipping
- Returns & Exchanges
- Sizing
- Students
- Bulk Orders
- miadidas Customized
- Personalized Gear
- Store Locator
- Mobile Apps
- Site Map

**COMPANY INFO**
- About Us
- Careers
- Press
- Sustainability
- Affiliates

**PARTNER SITES**
- adidas Outdoor
- miTeam
- adidas Archive

**PRIVACY & TERMS**
- Privacy & Security
- Terms and Conditions
- Policy on Human Trafficking

USA | Privacy Policy | Terms and Conditions | © 2018 adidas America Inc.

2/22/2018                    adidas 3-Stripes Tee - Red | adidas US





### 3-STRIPES TEE

#### A RELAXED-FITTING TEE WITH ICONIC, CONTRAST DETAILS.

Remastered for today, this women's t-shirt stays true to authentic sport-inspired looks. Simply classic, this roomy tee features contrast logo details with 3-Stripes on the sleeves and a small Trefoil logo on the chest. It's made of cotton jersey for a soft feel.

- Ribbed crewneck and cuffs
- Trefoil logo on chest
- Contrast 3-Stripes on sleeves
- We partner with the Better Cotton Initiative to improve cotton farming globally
- Relaxed fit drapes on the body for casual comfort
- 100% cotton single jersey
- Imported

- Product code: CY4752
- Product color: Collegiate Burgundy

#### YOU MAY ALSO LIKE



Exhibit 1
Page 109 of 451

HELP ORDER TRACKER NEWSLETTER SIGNUP SIGN IN
MEN WOMEN KIDS | SPORTS BRANDS | CUSTOMIZE

4.5
15 REVIEWS
**94%**
of customers recommend this product

FIT
TOO TIGHT PERFECT TOO LOOSE
LENGTH
RUNS SHORT PERFECT RUNS LONG
COMFORT
UNCOMFORTABLE COMFORTABLE
QUALITY
POOR PERFECT

February 7, 2018
**BETTER THAN EXPECTED!**
The product came quicker than expected which is a bonus. The top itself was better than expected, the material is comftable aswell as the style looks nice. Happy customer.
✓ I recommend this product
**Jamesy99** - Verified Purchaser

**Response from Adidas**
Ticking all the boxes, huh? Happy times! Great choice.

Reply — Was this review helpful? Yes (2) no (0)

February 20, 2018
**LOVE IT**
Fits perfectly, lovely quality and really nice t shirt to chill in! Highly recommend
✓ I recommend this product
**LMorris** - Verified Purchaser
Reply — Was this review helpful? Yes (0) no (0)

February 21, 2018
**GREAT T SHIRT & QUALITY AT AN EXCELLENT PRICE.**
Great T-shirt & quality at an excellent price. I would recommend this to anyone.
✓ I recommend this product
**Martinp3108** - Verified Purchaser
Reply — Was this review helpful? Yes (0) no (0)

January 31, 2018
**NICE T-SHIRT. ORDERED SMALL SIZE BUT WAS TOO LOOSE**
Really nice tshirt, very good quality and nice design. Although it is a bit baggy and loose even though I ordered small.
✓ I recommend this product
**kaymage18** - Verified Purchaser
Reply — Was this review helpful? Yes (1) no (1)

February 20, 2018
Good product just a little too big for me but I did order a size up
✓ I recommend this product
**R3th** - Verified Purchaser
Reply — Was this review helpful? Yes (0) no (0)

February 21, 2018
**INACCURATE SIZING**
nice but sizes run too large my 8 looks like a size 14
**angelica7** - Verified Purchaser
Reply — Was this review helpful? Yes (0) no (0)

February 21, 2018
**BEST PURCHASE EVER**
Comfortable and good for 163cm. Quality is excellent.
✓ I recommend this product
**Andrea1994xx** - Verified Purchaser
Reply — Was this review helpful? Yes (0) no (0)

February 15, 2018
**SIZE DOWN!**
Lovely top but I usually a size 12 (sometimes 10) and got an 8 and wouldn't want it any bigger, as it is long and loose.
✓ I recommend this product
**alrnull** - Verified Purchaser
Reply — Was this review helpful? Yes (0) no (1)

February 21, 2018
**GOOD**
it's a good products, well made and for me it's ok.
✓ I recommend this product
**didyaya** - Verified Purchaser
Reply — Was this review helpful? Yes (0) no (0)

January 18, 2018
**REALLY GOOD STAPLE**
Really handy t-shirt to have to go to gym or to wear over jeans.
✓ I recommend this product
**Ull1991U1991**
Reply — Was this review helpful? Yes (3) no (0)



HELP ORDER TRACKER NEWSLETTER SIGNUP SIGN IN

MEN WOMEN KIDS | SPORTS BRANDS | CUSTOMIZE

## OTHERS ALSO BOUGHT

**SUPERSTAR SHOES**
Originals
**$80** ★★★★★ 6118

**3-STRIPES DRESS**
Originals
**$60** ★★★★★ 8

**ULTRABOOST X PARLEY SHOES**
Performance
**$200** ★★★★★ 48

**ULTRABOOST X LTD SHOES**
Performance
**$200** ★★★★★ 1

## RECENTLY VIEWED ITEMS

**3-STRIPES TEE**
Originals
**$35**

**CROPPED HOODIE**
Originals
**$60**

**SST TRACK JACKET**
Originals
**$75**

**SST TRACK JACKET**
Originals
**$75**

**SIGN UP FOR NEWS & GET 15% OFF** your email

**GIFT CARDS**

**CUSTOMER SUPPORT**
Customer Service
Order Status
Shipping
Returns & Exchanges
Sizing
Students
Bulk Orders
miadidas Customized
Personalized Gear
Store Locator
Mobile Apps
Site Map

**COMPANY INFO**
About Us
Careers
Press
Sustainability
Affiliates

**PARTNER SITES**
adidas Outdoor
miTeam
adidas Archive

**PRIVACY & TERMS**
Privacy & Security
Terms and Conditions
Policy on Human Trafficking

USA | Privacy Policy | Terms and Conditions |
© 2018 adidas America Inc.

2/22/2018                          adidas Adibreak Track Pants - Blue | adidas US



ADIBREAK TRACK PANTS

**A '90S-BASKETBALL-INSPIRED REISSUE OF THE ADIBREAK BREAKAWAY TRACK PANTS.**

The '90s basketball legend returns. Reintroducing the Adibreak breakaway      • Side zip pockets
track pants. This faithful stitch-by-stitch reproduction proves that some things   • Elastic waist
never grow old. The original tricot material of these men's track pants has      • Full snap-button side closures
been modernized with recycled polyester. A contrast panel with tonal 3-Stripes    • 3-Stripes on legs
and metal snaps stretches from ankle to waist. Finished with woven Adibreak      • Woven Adibreak labels on legs
labels on the lower legs. adidas is dedicated to creating products in ways that    • Regular fit is not tight and not loose, the perfect in-between fit
minimize their environmental impact. These pants are made with recycled       • 100% recycled polyester tricot
polyester to save resources and decrease emissions.                 • Imported

                                  • Product code: CZ0678
                                  • Product color: Collegiate Navy

**YOU MAY ALSO LIKE**



ADIBREAK TRACK PANTS          SST TRACK PANTS          ADIBREAK SNAP PANTS          3-STRIPES SWEAT PANTS
Originals                Originals                Originals                Originals

$80                   $65                   $80                   $70

**RATINGS & REVIEWS**

Exhibit 1
Page 112 of 451

2/22/2018                    adidas Adibreak Track Pants - Blue | adidas US



## OTHERS ALSO BOUGHT



## RECENTLY VIEWED ITEMS





Exhibit 1
Page 113 of 451

2/22/2018                                  adidas Adibreak Track Pants - Blue | adidas US

HELP    ORDER TRACKER    **NEWSLETTER SIGNUP**    SIGN IN

**MEN WOMEN KIDS  SPORTS BRANDS  CUSTOMIZE**

Exhibit 1
Page 114 of 451

2/22/2018                          adidas Boston Marathon® Celebration Jacket - Not Defined | adidas US



BOSTON MARATHON® CELEBRATION JACKET

**A JACKET FOR BOSTON MARATHON® QUALIFIERS.**

The road to the Boston Marathon® is paved with sweat and determination.
Now that you've earned your place in the marathon field, celebrate that
accomplishment in this women's running jacket. The full-zip jacket features a
Boston Marathon® graphic on the back of the collar and a logo on the chest.

- Front zip pockets
- Full zip with stand-up collar
- Raglan sleeves with contrast shoulder striping and cuffed hems
- Boston Marathon® graphic embroidered on back of collar
- Boston Marathon® logo embroidered on chest
- Large Boston Marathon® logo embroidered on back
- Regular fit is close to the body offering a semi-fitted feel that follows the curves of the body
- Main: 100% polyester plain weave; Lining: 100% polyester mesh
- Imported

- Product code: DJ2105
- Product color: Coral

**YOU MAY ALSO LIKE**



Exhibit 1
Page 115 of 451

HELP ORDER TRACKER NEWSLETTER SIGNUP SIGN IN

MEN WOMEN KIDS | SPORTS BRANDS | CUSTOMIZE

FILTER ON Star Rating

SORT ON RELEVANT HELPFUL NEWEST

★★★★☆ 4.1

42 REVIEWS

**84%**

of customers recommend this product

**FIT**

TOO TIGHT PERFECT TOO LOOSE

**LENGTH**

RUNS SHORT PERFECT RUNS LONG

**COMFORT**

UNCOMFORTABLE COMFORTABLE

**QUALITY**

POOR PERFECT

★★★★★ January 15, 2018

**BETTER COLORS THAN EXPECTED**

Agree with other reviewers - the color was way more vivid than in the photos.

✓ I recommend this product

**hookeyatbqv** - Verified Purchaser

Reply Was this review helpful? Yes (1) no (0)

★★★☆☆ January 6, 2018

I'm not super crazy about the colors as I can't find any bottoms to match.

✓ I recommend this product

**missyb2017** - Verified Purchaser

Reply Was this review helpful? Yes (1) no (0)

★★★★★ December 20, 2017

**LOVE IT!**

It doesn't matter to me what color this jacket comes in. I am proud just to be able to have one!!!

✓ I recommend this product

**Jmathis**

Reply Was this review helpful? Yes (6) no (0)

★★★★☆ February 3, 2018

The fit is perfect and I like the soft material. I just wish it was blue/yellow!

✓ I recommend this product

**Ute2shine** - Verified Purchaser

Reply Was this review helpful? Yes (0) no (0)

★★★★★ January 20, 2018

**LOVE THIS YEAR'S JACKET**

Nice, bright colors with zip pockets make it a perfect training jacket for Boston 2018!

✓ I recommend this product

**MagDW** - Verified Purchaser

Reply Was this review helpful? Yes (0) no (0)

★★★★★ January 31, 2018

**FAB JACKET**

The jacket fits perfectly, is a lovely vibrant color, and is very comfortable. I would definitely recommend.

✓ I recommend this product

**Lisanic81** - Verified Purchaser

Reply Was this review helpful? Yes (0) no (0)

★★★★☆ February 11, 2018

**THE SLEEVES ARE A BIT TIGHT AROUND THE TOP OF THE SLEEVE I AM 125# AND 5'7" AND NEEDED A MEDIUM**

Wish there was more room in the sleeves and shoulder.

✓ I recommend this product

**Khendo** - Verified Purchaser

Reply Was this review helpful? Yes (0) no (0)

★★★★★ January 22, 2018

**LOVE THE JACKET AND THE LARGER EMBLEM ON THE BACK**

Excited to own another jacket and went down in size to a medium. My first was a women's L for comfort but felt it was boxy so tried the medium and at 5'9' and 145 it is a good fit. I like the larger emblem on the back. The colors in person are not as bright as on line. They are still bright but my teenagers really liked the combination.

✓ I recommend this product

**UTrunner** - Verified Purchaser

Reply Was this review helpful? Yes (1) no (0)

★★★★★ December 29, 2017

**EXCITED ABOUT WEARING IT RACE WEEKEND**

Boston jacket is always an anticipated arrival. Love the bright colors and look forward to wearing it

✓ I recommend this product

**deh1010** - Verified Purchaser

Reply Was this review helpful? Yes (0) no (0)

★★★★★ December 19, 2017

**LOVE IT!**

I wouldn't care what color this jacket was! What an amazing accomplishment to qualify for such an incredible race! I will wear it proudly!

✓ I recommend this product

**MotherRunner74**



## OTHERS ALSO BOUGHT



**BOSTON MARATHON QUALIFIER HOODIE**
Performance
$80

**ULTRABOOST SHOES**
Performance
$180

**3-STRIPES TEE**
Originals
$35

**EDGE LUX SHOES**
Performance
$90

## RECENTLY VIEWED ITEMS



**TANGO WINDBREAKER**
Performance
$46

**ULTIMATE365 SLEEVELESS POLO SHIRT**
Performance
$60

**TEE**
Originals
$40

**SKIRT**
Originals
$45



SIGN UP FOR NEWS & GET 15% OFF

your email

**GIFT CARDS**

**CUSTOMER SUPPORT**
Customer Service
Order Status
Shipping
Returns & Exchanges
Sizing
Students
Bulk Orders
miadidas Customized
Personalized Gear
Store Locator
Mobile Apps
Site Map

**COMPANY INFO**
About Us
Careers
Press
Sustainability
Affiliates

**PARTNER SITES**
adidas Outdoor
miTeam
adidas Archive

**PRIVACY & TERMS**
Privacy & Security
Terms and Conditions
Policy on Human
Trafficking

USA                              |    Privacy Policy    |    Terms and Conditions    |    © 2018 adidas America Inc.

Exhibit 1
Page 117 of 451

2/22/2018                              adidas Boston Marathon® Supernova Bra - Not Defined | adidas US



## BOSTON MARATHON® SUPERNOVA BRA

### A SPORTS BRA WITH REFLECTIVE DETAILS.

Build the training base you need for 26.2 miles in this women's running bra.
Lightweight and quick drying, it has a sculpted shape with straps that cross in
back for a comfortable and supportive fit. The mesh straps, sides and back
offer breathable comfort mile after mile.

- Shoulder straps cross in back with keyhole opening
- Bonded bindings for comfort and durability
- Stretch mesh straps, sides and back
- Pre-shaped pads
- Elastic bottom band with Boston Marathon® wording on front
- Reflective details
- Regular fit is close to the body offering a semi-fitted feel that follows the
  curves of the body
- Main: 87% nylon / 13% elastane single jersey; Back: 75% nylon / 25%
  elastane mesh
- Imported

- Product code: CW3618
- Product color: MULTI

### YOU MAY ALSO LIKE



https://www.adidas.com/us/boston-marathon-supernova-bra/CW3618.html                                      1/2

Exhibit 1
Page 118 of 451

HELP ORDER TRACKER **NEWSLETTER SIGNUP** SIGN IN

MEN WOMEN KIDS | SPORTS BRANDS | CUSTOMIZE

## BE THE FIRST TO REVIEW THIS PRODUCT

WRITE THE FIRST REVIEW

## OTHERS ALSO BOUGHT

**ID WINNERS TEE**
Athletics
**$30** ★★★★★ 42

**ID WINNERS TEE**
Athletics
**$30** ★★★★★ 42

**I-5923 SHOES**
Originals
**$120** ★★★★★ 13

**S2S SHORTS**
Athletics
**$35**

## RECENTLY VIEWED ITEMS

**CROSSBACK BRA**
Performance
**$24** ~~$35~~

**CROSS-BACK BRA**
Performance
**$18** ~~$25~~

**CROSS-BACK BRA**
Performance
**$25**

**3-STRIPES RAGLAN DRESS**
Originals
**$60**

**SIGN UP FOR NEWS & GET 15% OFF**

your email

**GIFT CARDS**

**CUSTOMER SUPPORT**
- Customer Service
- Order Status
- Shipping
- Returns & Exchanges
- Sizing
- Students
- Bulk Orders
- miadidas Customized
- Personalized Gear
- Store Locator
- Mobile Apps
- Site Map

**COMPANY INFO**
- About Us
- Careers
- Press
- Sustainability
- Affiliates

**PARTNER SITES**
- adidas Outdoor
- miTeam
- adidas Archive

**PRIVACY & TERMS**
- Privacy & Security
- Terms and Conditions
- Policy on Human Trafficking

USA | Privacy Policy | Terms and Conditions | © 2018 adidas America Inc.

2/22/2018                    adidas Boston Marathon® Supernova Fitted Tank - Red | adidas US



## BOSTON MARATHON® SUPERNOVA FITTED TANK

### A LIGHTWEIGHT AND BREATHABLE TANK FOR BOSTON MARATHON® COMPETITORS.

Dig deep on Heartbreak Hill in this women's Boston Marathon® running tank top. The ventilated tank helps you stay cool and dry when you're pushing toward the finish. The fitted design moves with your body as you run, and it's finished with a Boston Marathon® logo on the chest.

- Climacool keeps you cool and dry in warm weather
- Scoop neck
- Racer back
- Colorblocking and color-fade graphic
- Boston Marathon® logo raised heat transfer on chest
- Reflective details
- Fitted fit is one size down from regular sizing for a tight feel
- Front: 100% polyester jacquard; Back: 100% polyester piqué
- Imported

- Product code: CW3622
- Product color: Mystery Ruby

### YOU MAY ALSO LIKE



Exhibit 1
Page 120 of 451

2/22/2018                    adidas Boston Marathon® Supernova Fitted Tank - Red | adidas US

MEN WOMEN KIDS  SPORTS BRANDS  CUSTOMIZE                    HELP    ORDER TRACKER    NEWSLETTER SIGNUP    SIGN IN



**★★★★☆ 3.5**
**2 REVIEWS**
**100%**
of customers recommend this product

★★★☆☆                                                    January 20, 2018
**GOOD RUNNING TANK.**
Seemed to run large compared to tech shirt. Light weight fabric. Ordered a large since that's what I ordered in the tech shirt
but tank is really big. Will have to alter it to wear it.
✓ I recommend this product
degmon3 - Verified Purchaser
Reply                                        Was this review helpful?  Yes (0)  no (0)

★★★★☆                                                    January 31, 2018
**RUNS SMALL**
Totally disagree with other comment. I ordered my usual size of XS because only review was it runs big-- I always wear an XS
and it is too small so I will be returning and sizing up to a small.
✓ I recommend this product
Runnermom34
Reply                                        Was this review helpful?  Yes (0)  no (0)

**FIT**
TOO TIGHT        PERFECT        TOO LOOSE
**LENGTH**
RUNS SHORT       PERFECT        RUNS LONG
**COMFORT**
UNCOMFORTABLE              COMFORTABLE
**QUALITY**
POOR            PERFECT

**WRITE A REVIEW** ➜

## OTHERS ALSO BOUGHT



BOSTON MARATHON QUALIFIER    BOSTON MARATHON® HEATHER    BOSTON MARATHON QUALIFIER    BOSTON MARATHON®
TEE                         TECH BEANIE                 HOODIE                      SUPERLITE HAT
Performance                 Performance                 Performance                 Performance
$50              ★★★★★ 4    $35              ★★★★★ 3    $90              ★★★★★ 2    $34

• • • •

## RECENTLY VIEWED ITEMS



-50 %                       -50 %                       -40 %                       -30 %

WANDERFLOW WARP KNIT TANK    RESPONSE TEE                3-STRIPES HOODIE            RESPONSE TEE
TOP                         Performance                 Athletics                   Performance
Performance
$25 $50                     $24 $48                     $27 $45                     $18 $26

• • • •

SIGN UP FOR NEWS & GET 15% OFF          your email

GIFT CARDS      CUSTOMER        COMPANY INFO    PARTNER SITES   PRIVACY & TERMS
                SUPPORT
                                About Us        adidas Outdoor  Privacy & Security
                Customer Service Careers        miTeam          Terms and Conditions
                Order Status    Press           adidas Archive  Policy on Human
                Shipping        Sustainability                  Trafficking
                Returns & Exchanges  Affiliates
                Sizing

Exhibit 1
Page 121 of 451

2/22/2018                           adidas Boston Marathon® Supernova Fitted Tank - Red | adidas US



Exhibit 1
Page 122 of 451

2/22/2018                     adidas Cross-Back Bra - Not Defined | adidas US



**COMPLETE THE LOOK**



## CROSS-BACK BRA

### A CROSS-BACK WORKOUT BRA MADE WITH A COMPRESSION FIT.

The compression fit of this sports bra means you'll train in support and comfort during your daily workout sessions. The bra is made of fast-drying fabric that draws sweat from your skin and features a comfortable elastic hem with the 3-Stripes.

- climalite® fabric sweeps sweat away from your skin
- Low scoop neck
- Elastic cross-back straps
- 3-Stripes on elastic hem
- adidas Badge of Sport on left side
- Compression fit
- 88% polyester / 12% elastane single jersey
- Imported

- Product code: BQ9925
- Product color: MULTI

**YOU MAY ALSO LIKE**



Exhibit 1
Page 123 of 451

HELP ORDER TRACKER NEWSLETTER SIGNUP SIGN IN

MEN WOMEN KIDS | SPORTS BRANDS | CUSTOMIZE

★★★☆☆ 3
1 REVIEWS

**0%**

of customers recommend this product

**FIT**
TOO TIGHT PERFECT TOO LOOSE

**LENGTH**
RUNS SHORT PERFECT RUNS LONG

**COMFORT**
UNCOMFORTABLE COMFORTABLE

**QUALITY**
POOR PERFECT

★★★☆☆ October 23, 2017

**COMFY BUT NOT FOR HIGH ACTIVITY**

Not a great choice for moving in. It's a great lounge bra but not supportive if you're above an A cup. It's very cute and I will definitely utilize it as an errands/around the house bra.

**Sjrey** - Verified Purchaser

Reply Was this review helpful? Yes (1) no (0)

WRITE A REVIEW

## OTHERS ALSO BOUGHT

**ADIDAS Z.N.E. HOODIE**
Athletics
$100 ~~$200~~ ★★★★☆ 3

**SUPERSTAR SHOES**
Originals
$80 ★★★★★ 6118

**3-STRIPES TIGHTS**
Originals
$40 ★★★★☆ 1

**ATHLETICS 24/7 TRAINER SHOES**
Performance
$100 ★★★★☆ 26

## RECENTLY VIEWED ITEMS

**CROSS-BACK BRA**
Performance
$25

**3-STRIPES RAGLAN DRESS**
Originals
$60

**3-STRIPES TEE**
Originals
$35

**3-STRIPES TEE**
Originals
$35

SIGN UP FOR NEWS & GET 15% OFF

your email

**GIFT CARDS**

**CUSTOMER SUPPORT**
Customer Service
Order Status
Shipping
Returns & Exchanges
Sizing
Students
Bulk Orders

**COMPANY INFO**
About Us
Careers
Press
Sustainability
Affiliates

**PARTNER SITES**
adidas Outdoor
miTeam
adidas Archive

**PRIVACY & TERMS**
Privacy & Security
Terms and Conditions
Policy on Human Trafficking

2/22/2018                                    adidas Cross-Back Bra - Not Defined | adidas US



Exhibit 1
Page 125 of 451

2/22/2018        adidas Cross-Back Bra - White | adidas US





## CROSS-BACK BRA

### A CROSS-BACK WORKOUT BRA MADE WITH A COMPRESSION FIT.

The compression fit of this sports bra means you'll train in support and comfort during your daily workout sessions. The bra is made of fast-drying fabric that draws sweat from your skin and features a comfortable elastic hem with the 3-Stripes.

- climalite® fabric sweeps away from your skin
- Low scoop neck
- Elastic cross-back straps
- 3-Stripes on elastic hem
- adidas Badge of Sport on left side
- Compression fit
- 88% polyester / 12% elastane single jersey
- Imported

- Product code: CF8412
- Product color: White / Carbon

### YOU MAY ALSO LIKE



Exhibit 1
Page 126 of 451

2/22/2018                                    adidas Cross-Back Bra - White | adidas US



**OTHERS ALSO BOUGHT**



RECENTLY VIEWED ITEMS





Exhibit 1
Page 127 of 451

2/22/2018                     adidas Cross-Back Bra - White | adidas US

MEN WOMEN KIDS  SPORTS BRANDS  CUSTOMIZE        HELP    ORDER TRACKER    NEWSLETTER SIGNUP    SIGN IN

USA                              |    Privacy Policy  |    Terms and Conditions  |    © 2018 adidas America Inc.

Exhibit 1
Page 128 of 451





HELP | ORDER TRACKER | NEWSLETTER SIGNUP SIGN IN

adidas MEN WOMEN KIDS | SPORTS BRANDS | CUSTOMIZE search

FREE SHIPPING AND FREE RETURNS

Back | Home Men Apparel Essentials 3-Stripes Wind Jacket

This model is 6' 2" and wears a size M. Their chest measures 40" and the waist 31".

★★★★★ Read all 31 reviews

MEN'S ATHLETICS

**ESSENTIALS 3-STRIPES WIND JACKET**

**$65**

**AVAILABLE COLORS**

Size Chart

SELECT SIZE 1

ADD TO BAG

COMPLETE THE LOOK

$100 $160 $14

## ESSENTIALS 3-STRIPES WIND JACKET

**A LIGHTWEIGHT WINDBREAKER WITH A SLIM FIT.**

This men's jacket blocks out distractions so you can keep your focus. Made in nylon with a breathable mesh lining, the slim-fitting windbreaker has a drawcord-adjustable hood, front zip pockets and 3-Stripes down the sleeves.

- Front zip pockets
- Full zip with drawcord-adjustable hood
- Applied 3-Stripes on sleeves; adidas Badge of Sport on chest
- Elastic cuffs and hem
- This product is part of the adidas sustainable product program: Products are made in more sustainable ways to make the world a better place; Every fiber counts: Recycled polyester saves resources and decreases emissions
- Mesh lining
- Slim fit
- Main: 72% nylon / 28% polyester dobby; Lining: 100% recycled polyester mesh
- Imported

- Product code: BS2232
- Product color: Black / Black

**YOU MAY ALSO LIKE**

TIRO 17 TRAINING PANTS
Performance
$40 ~~$45~~ ★★★★★ 1775

TIRO 17 TRAINING PANTS
Performance
$40 ~~$45~~ ★★★★★ 1775

PONCHO WINDBREAKER
Originals
$70 ★★★★★ 3

ID PULSE REFLECTIVE WINDBREAKER
Athletics
$60 ~~$120~~ ★★★★★ 4

## RATINGS & REVIEWS

FILTER ON Star Rating

SORT ON RELEVANT HELPFUL NEWEST

4.5

31 REVIEWS

**91%**

**of customers recommend this product**

**FIT**

TOO TIGHT PERFECT TOO LOOSE

**LENGTH**

RUNS SHORT PERFECT RUNS LONG

**COMFORT**

UNCOMFORTABLE COMFORTABLE

**QUALITY**

POOR PERFECT

January 19, 2018

**LOVE ADIDAS SPORTS WEAR**

its adidas it has to be good, it is comfortable to wear , it looks great ,

✓ I recommend this product

**peter0601** - Verified Purchaser

Reply — **Was this review helpful?** Yes (1) no (0)

July 10, 2017

**NEW FAVORITE JACKET!**

I'm on the ahem, stocky side. The jacket fit great and the hood is perfect. Quite satisfied.

✓ I recommend this product

**Adhan7** - Verified Purchaser

Reply — **Was this review helpful?** Yes (3) no (0)

December 29, 2017

**WORST LIGHT JACKET PURCHASE.**

I wear xxl this is tight no way thia runs small you people should notify customers product runs small.

**Bigdawg762** - Verified Purchaser

Reply — **Was this review helpful?** Yes (2) no (2)

December 23, 2017

**BEAUTIFUL PRODUCT**

however, it does run short and fits tight. I'm usually a medium, however I must return my medium and order a large now. Otherwise love this jacket

✓ I recommend this product

**Chance772** - Verified Purchaser

Reply — **Was this review helpful?** Yes (1) no (0)

October 15, 2017

**BEST PURCHASE EVER**

I like this product because it so good looking and such a good style of jacket

✓ I recommend this product

**Mio02** - Verified Purchaser

Reply — **Was this review helpful?** Yes (1) no (0)

December 31, 2017

**MY GRANDSON LOVED IT**

Product is just right and arrived on time. This made me happy and I can always order again.

✓ I recommend this product

**Grandma102** - Verified Purchaser

Reply — **Was this review helpful?** Yes (0) no (1)

July 23, 2017

**MY NEW FAVORITE JACKET.**

Comfortable, lightweight, and great design. Quick shipping time and matches well with other adidas products.

✓ I recommend this product

**Jvap** - Verified Purchaser

Reply — **Was this review helpful?** Yes (2) no (0)

January 1, 2018

**GREAT PURCHASE**

Very good quality windbreaker at a price better than most. My boyfriend loved it; definitely recommend :]

✓ I recommend this product

**Shamara** - Verified Purchaser

Reply — **Was this review helpful?** Yes (0) no (0)

November 11, 2017

**KEEPS ME WARM, DRY AND COMFY.**

Good for active wear and keeps me warm and dry in the wind and rain. Would definitely recommend this product to anyone who wants to be stylish and comfy.

✓ I recommend this product

**Daity** - Verified Purchaser

Reply — **Was this review helpful?** Yes (1) no (0)

December 28, 2017

Will be great for spring! Love Adidas! Perfect for my trip abroad!

✓ I recommend this product

**AJ110** - Verified Purchaser

Reply — **Was this review helpful?** Yes (0) no (0)

2/22/2018                    adidas Essentials 3-Stripes Wind Jacket - Black | adidas US



## OTHERS ALSO BOUGHT



## RECENTLY VIEWED ITEMS



Exhibit 1
Page 131 of 451

2/22/2018                            adidas FC Bayern Munich Tee – White | adidas US



### COMPLETE THE LOOK



# FC BAYERN MUNICH TEE

## A T-SHIRT FOR LOYAL SUPPORTERS OF BAYERN MUNICH.

Quick counter attacks. Power defending. European trophies. This men's soccer
t-shirt features a design that is as bold as the German champions. The adidas
Badge of Sport and Bayern crest show your love for the game.

**WASHING INSTRUCTIONS**

Machine wash cold delicate cycle

**EXTRA CARE INFORMATION**

- Do not use fabric softener
- Use mild detergent only
- Wash with like colors
- Wash inside out

- Ventilated climacool® keeps you cool and dry
- Ribbed V-neck
- Back neck tape
- Mesh inserts in raglan sleeves
- FC Bayern Munich embroidered crest on left chest
- 3-Stripes on sleeve; adidas Badge of Sport screenprinted on collar
- Regular fit
- 100% polyester tricot
- Imported

- Product code: BS0067
- Product color: White / Fcb True Red

## YOU MAY ALSO LIKE



Exhibit 1
Page 132 of 451

2/22/2018                          adidas FC Bayern Munich Tee – White | adidas US



## OTHERS ALSO BOUGHT



PFO OSKA HOME REPLICA JERSEY  TERREX AXER SHOES  FC BAYERN MUNICH HOME SOCKS 1 PAIR  GERMANY HOME AUTHENTIC JERSEY
Performance                   Performance            Performance                      Performance
$90                           $80                    $25                              $130    ★★★★★ 9

## RECENTLY VIEWED ITEMS



EST PREMIUM TEE               SST TRACK PANTS        SST TRACK PANTS                  SST TRACK PANTS
Originals                     Originals              Originals                        Originals
$90                           $45                    $45                              $45



SIGN UP FOR NEWS & GET 15% OFF

GIFT CARDS    CUSTOMER          COMPANY INFO    PARTNER SITES    PRIVACY & TERMS
              SUPPORT
                               About Us         adidas Outdoor   Privacy & Security
              Customer Service  Careers          miTeam           Terms and Conditions
              Order Status      Press            adidas Archive   Policy on Human
              Shipping          Sustainability                    Trafficking
              Returns & Exchanges Affiliates
              Sizing
              Students
              Bulk Orders
              miadidas Customized
              Personalized Gear
              Store Locator
              Mobile Apps
              Site Map

USA                                    |   Privacy Policy   |   Terms and Conditions   |   © 2018 adidas America Inc.

Exhibit 1
Page 133 of 451

2/22/2018                                    adidas Poncho Windbreaker - Blue | adidas US



This model is 6' 3" and wears a size M. Their waist measures at 32".

COMPLETE THE LOOK



## PONCHO WINDBREAKER

### A HOODED, RELAXED-FITTING PONCHO WITH 3-STRIPES AND A LARGE TREFOIL LOGO.

Archival looks from the '80s and '90s have been reinterpreted for today. This sport-inspired essential fuses retro details with a modern-day aesthetic. Inspired by a '90s-era jacket, this men's poncho has a relaxed fit and streamlined look. This hooded pullover features an adjustable hem and hood, and the durable fabric helps keep wind and rain out. It's finished with 3-Stripes tape down the sleeves and an oversize, contrast Trefoil logo on the back.

WASHING INSTRUCTIONS

Machine wash cold

EXTRA CARE INFORMATION

- Do not use fabric softener
- Remove promptly after wash
- Wash with like colors
- Wash with fasteners closed

- Drawcord-adjustable hood
- 3-Stripes on sleeves
- Oversize screenprint Trefoil logo on back
- Drawcord-adjustable elastic hem
- Relaxed fit drapes on the body for casual comfort
- 100% nylon plain weave
- Imported

- Product code: CE2476
- Product color: Bold Blue / White

## YOU MAY ALSO LIKE



Exhibit 1
Page 134 of 451

## RATINGS & REVIEWS

FILTER ON Star Rating SORT ON RELEVANT HELPFUL NEWEST

4.3
3 REVIEWS
**100%**
of customers recommend this product

**FIT**
TOO TIGHT PERFECT TOO LOOSE
**LENGTH**
RUNS SHORT PERFECT RUNS LONG
**COMFORT**
UNCOMFORTABLE COMFORTABLE
**QUALITY**
POOR PERFECT

January 9, 2018
**NO REGRETS**
The Adidas poncho winderbreaker is a great purchase, and really happy with it. Plus I get alot of compliments on it, so that's a plus
✓ I recommend this product
**ChrisMB15** - Verified Purchaser
Reply Was this review helpful? Yes (2) no (0)

February 1, 2018
**HOOD A LITTLE TO BIG**
very stylish and looks good, also does the job when out running and walking
✓ I recommend this product
**shinnyrekon** - Verified Purchaser
Reply Was this review helpful? Yes (0) no (0)

February 2, 2018
**GOOD JACKET.**
Good sporty jacket, nice colour. Quite loose fitting.
✓ I recommend this product
**Themule** - Verified Purchaser
Reply Was this review helpful? Yes (0) no (0)

WRITE A REVIEW

## OTHERS ALSO BOUGHT

**TANGO FUTURE TRAINING PANTS**
Performance
$60 8

**NMD PULLOVER JACKET**
Originals
$180 3

**SWIFT RUN SHOES**
Originals
$85 21

**LIGHTWEIGHT TRACK JACKET**
Originals
$80 1

## RECENTLY VIEWED ITEMS

**TANGO WINDBREAKER**
Performance
$65

**ESSENTIALS 3-STRIPES WIND JACKET**
Athletics
$65

**BB TRACKTOP**
Originals
$75

**SST TRACK JACKET**
Originals
$75

2/22/2018                                  adidas Poncho Windbreaker - Blue | adidas US



Exhibit 1
Page 136 of 451

2/22/2018                                adidas S2S Track Jacket - Black | adidas US



## S2S TRACK JACKET

### A COZY, SPORT-INSPIRED JACKET WITH MODERN STYLE.

A sideline style that keeps you warmed up off the field, this women's jacket is made with the premium comfort of soft French terry. Infused with sporty details, the wrap construction gives the classic look a modern edge. Signature 3-Stripes peek out from the inner sleeves.

- Side slip-in pockets
- Full zip with stand-up collar
- Drop shoulders. Banded cuffs and hem
- Back body wraps to front for a contemporary look
- 3-Stripes on inner sleeves. Small adidas Badge of Sport above front hem
- We partner with the Better Cotton Initiative to improve cotton farming globally
- Regular fit strikes a comfortable balance between loose and snug
- 100% cotton French terry
- Imported

- Product code: CW2253
- Product color: Black Melange / White

## YOU MAY ALSO LIKE



Exhibit 1
Page 137 of 451

2/22/2018                                 adidas S2S Track Jacket - Black | adidas US



WRITE THE FIRST REVIEW

## OTHERS ALSO BOUGHT



RECENTLY VIEWED ITEMS





Exhibit 1
Page 138 of 451

2/22/2018                                    adidas Skirt - Black | adidas US



## SKIRT

### A SLEEK SKIRT WITH COURT-INSPIRED STYLE.

Evoking the minimalist style of an archival tennis collection, adidas elevates
timeless pieces with sophisticated design details for versatile, everyday wear.
This skirt takes the celebrated design of an iconic court track suit and
transforms it into an elegant silhouette that nods to its heritage. Crafted of
French terry with a bit of stretch, this skirt has a slit on the back and contrast
3-Stripes around the hem.

**WASHING INSTRUCTIONS**

Machine wash warm

**EXTRA CARE INFORMATION**

- Do not use fabric softener
- Use mild detergent only
- Do not iron motif
- Wash and dry inside out
- Wash with like colors

- Ribbed waist
- Back slit
- Embroidered Trefoil logo on hip
- Contrast 3-Stripes around hem
- We partner with the Better Cotton Initiative to improve cotton farming
  globally
- Regular fit is not tight and not loose, the perfect in-between fit
- 91% cotton / 9% elastane French terry
- Imported

- Product code: CD6913
- Product color: Black

## YOU MAY ALSO LIKE



| DRESS | TEE | SKIRT | BUT SKIRT |
|-------|-----|-------|-----------|
| Originals | Originals | Originals | Originals |
| $130 | $40 | $60 | $80 |

Exhibit 1
Page 139 of 451

HELP ORDER TRACKER NEWSLETTER SIGNUP SIGN IN

MEN WOMEN KIDS | SPORTS BRANDS | CUSTOMIZE

## RATINGS & REVIEWS

FILTER ON Star Rating

SORT ON RELEVANT HELPFUL NEWEST

★★★★★ 4.7

6 REVIEWS

**100%**

of customers recommend this product

**FIT**
TOO TIGHT PERFECT TOO LOOSE

**LENGTH**
RUNS SHORT PERFECT RUNS LONG

**COMFORT**
UNCOMFORTABLE COMFORTABLE

**QUALITY**
POOR PERFECT

---

★★★★☆ February 2, 2018

**GREAT MIDI , CASUAL AND ELEGANT**

Love the skirt ! Super elegant for weekend getaway

✓ I recommend this product

**Evangeline888** - Verified Purchaser

Reply — Was this review helpful? Yes (0) no (0)

---

★★★★★ January 16, 2018

**GREAT SKIRT**

I really love this skirt, as a more mature female, I love the longer length. The skirt is very stylish and comfortable to wear.

✓ I recommend this product

**SJ68** - Verified Purchaser

Reply — Was this review helpful? Yes (0) no (0)

---

★★★★★ February 13, 2018

**VERY NICE SKIRT**

This is a really nice true to size skirt,it did come up longer than I expected but the model in the pics is probably around 5'10 whereas I am 5'5ish, you can however turn over the waistband if you want to wear it a bit shorter so all good.

✓ I recommend this product

**Janju** - Verified Purchaser

Reply — Was this review helpful? Yes (0) no (0)

---

★★★★☆ February 4, 2018

It's not bad- just okay. I would like it better if it had a drawstring waist. It does run slightly small so Id suggest going up a size if you want a looser fit. Do be aware it is a ling skirt- even for me st five nine.

✓ I recommend this product

**PamAnn** - Verified Purchaser

Reply — Was this review helpful? Yes (0) no (0)

---

★★★★★ February 6, 2018

I really loved the fit and style of this skirt, perfect!

✓ I recommend this product

**FATTY06**

Reply — Was this review helpful? Yes (0) no (0)

---

★★★★★ January 17, 2018

**TRUE TO SIZE - I JUST BOUGHT THE WRONG SIZE! LOL**

Cute skirt. Comfortable. Worth the price. Can dress up with heels, booties, or dress down with a crisp pair of sneakers. I will definitely be doing both, once I exchange for my correct size!

✓ I recommend this product

**RxMama1**

Reply — Was this review helpful? Yes (0) no (0)

WRITE A REVIEW

## OTHERS ALSO BOUGHT

**SWEATSHIRT**
Originals
$60 ★★★★★ 2

**3-STRIPES TEE**
Originals
$35 ★★★★★ 8

**SUPERSTAR 80S NEW BOLD SHOES**
Originals
$120

**SUPERSTAR SLIP-ON SHOES**
Originals
$80 ★★★★★ 23

2/22/2018                                    adidas Skirt - Black | adidas US



Exhibit 1
Page 141 of 451

2/22/2018                                 adidas Sport ID Tights - Not Defined | adidas US



## SPORT ID TIGHTS

### STRETCHY LEGGINGS WITH A SPORTY LOOK.

These women's tights support your active lifestyle. Made to stretch with your
every movement, these body-hugging leggings show off contrast panels with
sporty 3-Stripes wrapped around the lower legs. An adidas Badge of Sport on
the leg finishes the look.

- Exposed elastic waist
- Colorblock pattern with contrast lower leg panels
- Contrast 3-Stripes wrap around lower leg panels
- We partner with the Better Cotton Initiative to improve cotton farming
  globally
- Fitted fit hugs the body from hip to ankle
- 58% cotton / 31% polyester / 11% elastane single jersey
- Imported

- Product code: CD7801
- Product color: MULTI

### YOU MAY ALSO LIKE



ALPHASKIN SPORT LONG          DESIGN 2 MOVE MID RISE        DESIGN 2 MOVE MID RISE        ALPHASKIN SPORT LONG
PRINTED TIGHTS                AIDHAIK LONG TIGHTS           AIDHAIK LONG TIGHTS           PRINTED TIGHTS
Performance                   Performance                   Performance                   Performance
$40                           $65                           $65                           $40

Exhibit 1
Page 142 of 451



4.3

12 REVIEWS

**92%**

**of customers recommend this product**

**FIT**

TOO TIGHT PERFECT TOO LOOSE

**LENGTH**

RUNS SHORT PERFECT RUNS LONG

**COMFORT**

UNCOMFORTABLE COMFORTABLE

**QUALITY**

POOR PERFECT

January 21, 2018

**PICTURES ARE MISLEADING.**

PROS: Fit and feel are great. CONS: Color is off. It looks black/ bright red in the photo but it is actually charcoal grey/ shrimp red (reddish orange) in real life. My biggest concern is the position of the stripes. In the photos it looks like the stripes fully wrap around the shins and cut off in the center of the calves, but the pair that I received does the opposite. The cutoff starts in the front which I think looks awkward. In order to achieve the same look you have to twist the stripes about 90 degrees which makes the fit feel rather uncomfortable. If the stripe placement doesn't bother you then I would recommend!

✓ I recommend this product

**owln** - Verified Purchaser

Reply **Was this review helpful?** Yes (5) no (0)

December 19, 2017

Just great product very good quality Adidas is the best

✓ I recommend this product

**Boane** - Verified Purchaser

Reply **Was this review helpful?** Yes (2) no (0)

December 28, 2017

**VERY HAPPY**

It fits right, love it. One happy customer, will definitely more

✓ I recommend this product

**Soolley** - Verified Purchaser

Reply **Was this review helpful?** Yes (1) no (0)

January 29, 2018

**GOOD PURCHASE BUT**

Overall perfect fit. Im a size 8 usually and ordered a S. Only thing is the crotch area tends to ride a little high up and causes a cameltoe i find that happens with most of the adidas leggings.

✓ I recommend this product

**Kriem** - Verified Purchaser

Reply **Was this review helpful?** Yes (1) no (0)

February 4, 2018

**GOOD QUALITY WITH EXCELLENT PRICE**

Fits perfectly, and is just like the pictures show. Colors are really good together. I would definitely recommend!

✓ I recommend this product

**Usedtolovenike** - Verified Purchaser

Reply **Was this review helpful?** Yes (0) no (0)

January 10, 2018

**LOVE THE LEGGINGS**

Great for the gym, I love to workout and they are amazing for that

✓ I recommend this product

**Jodieb1704** - Verified Purchaser

Reply **Was this review helpful?** Yes (0) no (0)

January 4, 2018

I love this tight, it feels nice, length is perfect great price too

✓ I recommend this product

**Chinele70** - Verified Purchaser

Reply **Was this review helpful?** Yes (0) no (0)

February 11, 2018

**SO COMFORTABLE AND FITS PERFECTLY**

Very good material and comfortable the best i have ever purchased. I was worried about spending over $75 for tights i thought they were all the same but they really not the better the quality the better the out come and experience it was worth it and i will purchase more

✓ I recommend this product

**Jamila2wld** - Verified Purchaser

Reply **Was this review helpful?** Yes (0) no (0)

February 21, 2018

These are really nice leggings, I'm 5'8, a size 8 and got an XS and they fit well, I like my leggings quite tight though so they don't fall down in the gym and the S were a little loose. The only thing I find weird is the stripes on the leg don't go the whole way around so it doesn't look completely like the pictures. Still recommend though :)

✓ I recommend this product

**EBlush** - Verified Purchaser

Reply **Was this review helpful?** Yes (0) no (0)

January 25, 2018

**MY FAVE WORK OUT PANTS!!!**



Reply

Was this review helpful? Yes (0) no (0)

LOAD MORE

WRITE A REVIEW

## OTHERS ALSO BOUGHT

**TEE**
Originals
**$80**

**CROSSBACK BRA**
Performance
**$35** ★★★★★ 35

**TRACK JACKET**
Originals
**$90** ★★★★★ 5

**BADGE OF SPORT BIG SHOT TEE**
Athletics
**$22**

## RECENTLY VIEWED ITEMS

**TIRO 17 TRAINING PANTS**
Performance
**$45**

**TIRO 17 THREE-QUARTER PANTS**
Performance
**$40**

**TIRO 17 TRAINING PANTS**
Performance
**$45**

**BELIEVE THIS 3-STRIPES TIGHTS**
Performance
**$65**

SIGN UP FOR NEWS & GET 15% OFF

your email

2/22/2018                                 adidas Squadra 13 Jersey - Red | adidas US



COMPLETE THE LOOK



## SQUADRA 13 JERSEY

### A JERSEY FOR COMMITTED TRAINING.

Dedication brings results. Create your chance and find the back of the net in this women's soccer jersey. Lightweight climalite® wicks away moisture to keep you dry as you sharpen your skills on the field. 3-Stripes on the shoulders finish the look.

- climalite® fabric sweeps sweat away from your skin
- Ribbed crewneck
- Back neck tape
- adidas brandmark embroidered on chest
- 3-Stripes on shoulders
- Regular fit
- 100% polyester pique
- Imported

- Product code: BJ9203
- Product color: Power Red / White

### YOU MAY ALSO LIKE



Exhibit 1
Page 145 of 451

★★★★☆ 4.5
2 REVIEWS
**100%**
of customers recommend this product

**FIT**
TOO TIGHT — PERFECT — TOO LOOSE

**LENGTH**
RUNS SHORT — PERFECT — RUNS LONG

**COMFORT**
UNCOMFORTABLE — COMFORTABLE

**QUALITY**
POOR — PERFECT

★★★★★ January 15, 2018
**GREAT QUALITY, FIT AND COLOUR!**
This is now my new favourite top! The fit is flattering for my body type and the quality of the fabric is great! Highly recommended.
✓ I recommend this product
**Caprice84** - Verified Purchaser
Reply — Was this review helpful? Yes (0) no (0)

★★★★☆ May 13, 2017
Very comfortable! Doesn't feel right or bother me when I wear it.
✓ I recommend this product
**softgreen**
Reply — Was this review helpful? Yes (0) no (0)

WRITE A REVIEW

## OTHERS ALSO BOUGHT

**ID WINNERS TEE**
Athletics
$30 ★★★★★ 42

**3-STRIPES DRESS**
Originals
$60 ★★★★★ 8

**I-5923 SHOES**
Originals
$130 ★★★★★ 15

**3-STRIPES TEE**
Originals
$35 ★★★★★ 8

## RECENTLY VIEWED ITEMS

**TANGO FUTURE HYBRID JACKET**
Performance
$60

**BOSTON MARATHON® CELEBRATION JACKET**
Performance
$110

**TANGO WINDBREAKER**
Performance
$65

**ULTIMATE365 SLEEVELESS POLO SHIRT**
Performance
$55

SIGN UP FOR NEWS & GET 15% OFF
your email

2/22/2018                         adidas Squadra 13 Jersey - Red | adidas US



Exhibit 1
Page 147 of 451

2/22/2018                    adidas SST Track Jacket - Red | adidas US





## SST TRACK JACKET

### A SPORTY TRACK JACKET WITH 3-STRIPES STYLE.

A sporty essential infused with a modern spirit. Made of sleek tricot, this women's track jacket maintains the authentic details that make the sport-inspired style instantly recognizable. Signature 3-Stripes flash down the sleeves, and a vintage-look SST collar completes the modern design.

WASHING INSTRUCTIONS

Machine wash cold

EXTRA CARE INFORMATION

- Do not use fabric softener
- Use mild detergent only
- Wash with fasteners closed
- Wash dark colors separately
- Wash inside out

- Front zip pockets
- Full zip, Ribbed SST collar
- Contrast piping on raglan sleeves
- Ribbed cuffs and hem
- Trefoil logo on chest
- Regular fit is not tight and not loose, the perfect in-between fit
- 70% polyester / 25% cotton / 5% elastane tricot
- Imported

- Product code: CE2393
- Product color: Radiant Red

### YOU MAY ALSO LIKE



Exhibit 1
Page 148 of 451

4.9

21 REVIEWS

**100%**

**of customers recommend this product**

**FIT**

TOO TIGHT PERFECT TOO LOOSE

**LENGTH**

RUNS SHORT PERFECT RUNS LONG

**COMFORT**

UNCOMFORTABLE COMFORTABLE

**QUALITY**

POOR PERFECT

February 4, 2018

**GREAT PRUCHASE**

I really like the product and the colour is so different. love it

✓ I recommend this product

**Mara85** - Verified Purchaser

**Response from Adidas**
Talk about standing out from the crowd, huh? GREAT choice going for this jacket. So stylish!

Reply **Was this review helpful?** Yes (1) no (0)

February 5, 2018

**THE GREATEST JACKET**

The jacket fits so good and the quality is good!!!

✓ I recommend this product

**selmina** - Verified Purchaser

Reply **Was this review helpful?** Yes (1) no (0)

January 27, 2018

Great jacket! Good quality & love the red. I thought it would run like my other adidas jackets. I always buy medium & it fits well. I think medium runs a little small in adidas but this was huge! It's bigger & longer then all my other jackets. I need to return for a smaller size.

✓ I recommend this product

**TanyaH** - Verified Purchaser

**Response from Adidas**
Thanks a lot for this very insightful comment! Sometimes size can vary depending on the model, but yes the red is awesome! Happy times!

Reply **Was this review helpful?** Yes (4) no (1)

February 1, 2018

**GORGEOUS COLOUR AND AMAZING FIT**

Love this track top. Been looking for a retro track top for a while and this is perfect, although retro, it doesnt look straight from the 80s. Normally am a size 6-8 and got the XS and was a perfect fit!

✓ I recommend this product

**YOKT** - Verified Purchaser

Reply **Was this review helpful?** Yes (1) no (0)

February 21, 2018

**A GIFT FOR THE WIFE THAT SHE ABSOLUTELY LOVES. HER NEW TRAVELLING TO THE GYM JACKET INSTEAD OF MINE NOW!!**

Looks great and built to last. Great sizing as she is very petite

✓ I recommend this product

**Pojaxs** - Verified Purchaser

Reply **Was this review helpful?** Yes (0) no (0)

January 24, 2018

**THE YELLOW ONE ROCKS!**

Wow, this color rocks! I love this bright yellow color and dimensionally cutting. Great quality. The only thing I don't like is the sleeves, which run so long.

✓ I recommend this product

**Jessica1107**

**Response from Adidas**
That color is 100% style. Couldn't agree more - this jacket is awesome!

Reply **Was this review helpful?** Yes (5) no (0)

February 17, 2018

**BOUGHT IT IN RED AND BLACK. LOVE IT**

Bought it in red because I loved it in black. Perfect track suite 👍

✓ I recommend this product

**marlelottevb** - Verified Purchaser

Reply **Was this review helpful?** Yes (0) no (0)

February 20, 2018

**THIS IS A CLASSIC FIT AND ALL AROUND GREAT PURCHASE.**

Great comfort and fit! I loved the color and length was perfect!

✓ I recommend this product

**LovemagnetZ** - Verified Purchaser

Reply **Was this review helpful?** Yes (0) no (0)

February 20, 2018

**PERFECT TROUSERS!**

I like them because are exactly what i wish. Perfect trousers

✓ I recommend this product

2/22/2018                                adidas SST Track Jacket - Red | adidas US



I love it !!!!!! It's very beautiful but I nees to take size 36 because 38 it's to big. I will change

✓ I recommend this product.
Jazmin2222 · Verified Purchaser

Reply                                                      Was this review helpful?  Yes   no

| LOAD MORE ❯ | WRITE A REVIEW ❯ |

## OTHERS ALSO BOUGHT



## RECENTLY VIEWED ITEMS





Exhibit 1
Page 150 of 451

2/22/2018                               adidas Stronger For It Cross-Back Bra - Red | adidas US





## STRONGER FOR IT CROSS-BACK BRA

### A HIGH-SUPPORT SPORTS BRA FOR COMFORT AND CONTROL.

Power through the intensity of your workout in this sports bra that works to keep you cool under pressure in ventilated climacool®. It has adjustable cross-back straps, a back closure, and molded padded cups to provide customized comfort with high support.

**WASHING INSTRUCTIONS**

⊠ ⊠ ⊠ ⊠ ⊠   Machine wash cold delicate cycle

**EXTRA CARE INFORMATION**

- Do not use fabric softener
- Use mild detergent only
- Wash separately

- Ventilated climacool® keeps you cool and dry
- Round V-neck
- Adjustable cross-back straps
- Padded molded cups
- Comfortable exposed brushed elastic
- Reflective adidas brandmark on center hem
- High support
- 87% nylon / 13% elastane single jersey
- Imported

- Product code: BR5217
- Product color: Red Night

## YOU MAY ALSO LIKE



Exhibit 1
Page 151 of 451

FILTER ON Star Rating

SORT ON RELEVANT HELPFUL NEWEST

★★★★★ 4.1
69 REVIEWS

**82%**

of customers recommend this product

FIT
TOO TIGHT PERFECT TOO LOOSE
LENGTH
RUNS SHORT PERFECT RUNS LONG
COMFORT
UNCOMFORTABLE COMFORTABLE
QUALITY
POOR PERFECT

★★★★★ November 13, 2017

**RECOMMEND TO EVERYONE**

this is the best sports bra I've ever worn! I'm a 34DD and it fits true to size and it's so comfortable, everything stays perfectly in place even when sprinting I want like 10 of these in every colour

✓ I recommend this product

**Sisterfloris** - Verified Purchaser

Reply Was this review helpful? Yes (3) no (0)

★★★★★ February 15, 2018

**SUPPORTING**

It makes all the difference needed in grappling! Completing my monochrome set

✓ I recommend this product

**Jennifurcoat85** - Verified Purchaser

Reply Was this review helpful? Yes (0) no (0)

★★☆☆☆ December 30, 2017

I couldn't figure out how to put it on without help. If you have large breasts I'd pass unless you have a partner who can fasten it for you.

**AprilAhoy** - Verified Purchaser

Reply Was this review helpful? Yes (1) no (0)

★★★★★ December 30, 2017

**TOO SMALL NEED TO CHANGE THE SIZE**

Confortable and support. I will recommend this product for those women who are big in the chest as I

✓ I recommend this product

**ToniGsnowflake** - Verified Purchaser

Reply Was this review helpful? Yes (1) no (1)

★★★★★ December 10, 2017

Best balance of support and comfort on the market.

✓ I recommend this product

**ShanaJB** - Verified Purchaser

Reply Was this review helpful? Yes (1) no (0)

★★★☆☆ February 2, 2018

Good quality product but very tight fitting. Comfortable for general gym use

✓ I recommend this product

**Seren1** - Verified Purchaser

Reply Was this review helpful? Yes (0) no (0)

★☆☆☆☆ December 24, 2017

**THIS BRA IS TOO LARGE**

The quality is OK but the size is not accurate at all, I will never buy bra online again.

**YTian** - Verified Purchaser

Reply Was this review helpful? Yes (0) no (0)

★☆☆☆☆ December 20, 2017

**VERY LARGE**

I found this bra has alot of material and was too big for me. however good meterial

**soccergal23** - Verified Purchaser

Reply Was this review helpful? Yes (0) no (0)

★★★★★ January 25, 2018

**BEST SPORTD BRA I OWN**

Brilliant sports bra. Have trouble with the fit of sports bras and getting the right support, but this held up will with star jumps!

✓ I recommend this product

**amila** - Verified Purchaser

Reply Was this review helpful? Yes (0) no (0)

★★☆☆☆ January 5, 2018

**NOT FOR ME**

I didn't feel it provided the high impact support promised.

**KAsha2** - Verified Purchaser

Reply Was this review helpful? Yes (0) no (0)

LOAD MORE WRITE A REVIEW

2/22/2018      adidas Stronger For It Cross-Back Bra - Red | adidas US





RECENTLY VIEWED ITEMS





Exhibit 1
Page 153 of 451

2/22/2018                    adidas Tango Future Hybrid Jacket - White | adidas US





## TANGO FUTURE HYBRID JACKET

### A JACKET FOR DEDICATED SOCCER PLAYERS.

Soccer culture. Street style. Set your limits in this women's jacket. 3-Stripes share your love of the beautiful game, while thumb loops, a three-piece hood and a full zip give you all-day versatility.

- Front zip pockets
- Full zip with three-piece hood
- Three-color ribbed collar
- Thumbholes for extra coverage
- Droptail hem
- Colorblocked
- Relaxed fit
- 100% polyester ripstop
- Imported

- Product code: BQ9210
- Product color: White / Black

## YOU MAY ALSO LIKE



Exhibit 1
Page 154 of 451

4.7

20 REVIEWS

**100%**

**of customers recommend this product**

**FIT**

TOO TIGHT — PERFECT — TOO LOOSE

**LENGTH**

RUNS SHORT — PERFECT — RUNS LONG

**COMFORT**

UNCOMFORTABLE — COMFORTABLE

**QUALITY**

POOR — PERFECT

---

August 1, 2017

**MONEY WELL SPENT**

I like it because it matches my style and the quality is great!

✓ I recommend this product

**smiley13** - Verified Purchaser

Reply — **Was this review helpful?** Yes (3) no (0)

---

October 15, 2017

**FRESHEST JACKET**

This jacket actually has fleece on the inside. Super high quality! I would love to see more with the old school style.

✓ I recommend this product

**meowmixtwentysix** - Verified Purchaser

Reply — **Was this review helpful?** Yes (1) no (0)

---

December 29, 2017

**LOVE IT**

We will be Buying another for my daughter we love so much!

✓ I recommend this product

**lxda** - Verified Purchaser

Reply — **Was this review helpful?** Yes (0) no (0)

---

August 22, 2017

**OVERALL GREAT!**

Unlike other windbreakers this had soft material on the inside which made the jacket a lot more comfortable

✓ I recommend this product

**Benz14** - Verified Purchaser

Reply — **Was this review helpful?** Yes (1) no (0)

---

December 12, 2017

**I REALLY LOVE THIS JACKET**

I really like this product because of the texture and comfort

✓ I recommend this product

**Karla1023** - Verified Purchaser

Reply — **Was this review helpful?** Yes (0) no (0)

---

September 18, 2017

**LOVE MY NEW JACKET!**

I'm usually a large, but purchased a medium. Sizing down might be your best option because it may look a little baggy/loose otherwise. No complaints, I love the jacket and it looks super sharp!

✓ I recommend this product

**Jillian333** - Verified Purchaser

Reply — **Was this review helpful?** Yes (1) no (0)

---

October 20, 2017

I love it!.... worth it for the price!!!... I got it with 20% discount

✓ I recommend this product

**Joseli25** - Verified Purchaser

Reply — **Was this review helpful?** Yes (0) no (0)

---

September 17, 2017

**GREAT LOOK, GREAT SOCCER JACKET**

The color way is perfect. Black and white. Can't wait to wear it more this winter

✓ I recommend this product

**Michh03** - Verified Purchaser

Reply — **Was this review helpful?** Yes (0) no (0)

---

September 22, 2017

**AWESOME PURCHASE AT AWESOME PRICE**

It has a good texture on the inside of the jacket and looks very official.

✓ I recommend this product

**arw136** - Verified Purchaser

Reply — **Was this review helpful?** Yes (0) no (0)

---

September 18, 2017

**THE PERFECT LIGHT LAYER**

I love the thumb holes, pockets and feel of the interior when I have it on.

✓ I recommend this product

**candicemb** - Verified Purchaser

Reply — **Was this review helpful?** Yes (0) no (0)

LOAD MORE | WRITE A REVIEW

HELP ORDER TRACKER NEWSLETTER SIGNUP SIGN IN

MEN WOMEN KIDS | SPORTS BRANDS | CUSTOMIZE

**WARP KNIT TIGHTS**
Performance
$100 ★★★★☆ 178

**CROSSBACK BRA**
Performance
$35 ★★★★★ 35

**SST TRACK PANTS**
Originals
$65 ★★★★★ 39

**TASTIGO 17 SHORTS**
Performance
$25 ★★★★☆ 15

## RECENTLY VIEWED ITEMS

**BOSTON MARATHON® CELEBRATION JACKET**
Performance
$110

**TANGO WINDBREAKER**
Performance
$65

**ULTIMATE365 SLEEVELESS POLO SHIRT**
Performance
$55

**TEE**
Originals
$40

**SIGN UP FOR NEWS & GET 15% OFF**

your email

**GIFT CARDS**

**CUSTOMER SUPPORT**

Customer Service
Order Status
Shipping
Returns & Exchanges
Sizing
Students
Bulk Orders
miadidas Customized
Personalized Gear
Store Locator
Mobile Apps
Site Map

**COMPANY INFO**

About Us
Careers
Press
Sustainability
Affiliates

**PARTNER SITES**

adidas Outdoor
miTeam
adidas Archive

**PRIVACY & TERMS**

Privacy & Security
Terms and Conditions
Policy on Human Trafficking

USA | Privacy Policy | Terms and Conditions | © 2018 adidas America Inc.

2/22/2018     adidas Tastigo 17 Shorts - Red | adidas US



## TASTIGO 17 SHORTS

### SHORTS FOR WARM DAYS ON THE PITCH.

Control the ball. Find the back of the net. These women's soccer shorts are ready to help you lead the charge. They feature a lightweight, ventilated design that keeps the air moving so you can focus on the ball.

- Ventilated climacool® keeps you cool and dry
- Drawcord on elastic waist
- This product is part of the adidas sustainable product program. Products are made in more sustainable ways to make the world a better place. Every fiber counts: Recycled polyester saves resources and decreases emissions
- Regular fit
- 5" (size Med)
- 100% recycled polyester interlock
- Imported

- Product code: S99145
- Product color: Power Red / White

## YOU MAY ALSO LIKE



| TASTIGO 17 SHORTS | TASTIGO 17 SHORTS | SQUADRA 13 SHORTS | SQUADRA 13 SHORTS |
| Performance | Performance | Performance | Performance |

$28    $28   $22   $22

## RATINGS & REVIEWS

FILTER ON   Star Rating       SORT ON   RELEVANT   HELPFUL   NEWEST

Exhibit 1
Page 157 of 451

67%

of customers recommend this product

FIT
TOO TIGHT PERFECT TOO LOOSE

LENGTH
RUNS SHORT PERFECT RUNS LONG

COMFORT
UNCOMFORTABLE COMFORTABLE

QUALITY
POOR PERFECT

Reply — Was this review helpful? Yes (0) no (1)

★★★★★ August 3, 2017
**GREAT PURCHASE !**
I love these shorts . Was looking for something comfy to wear around the house and these are it!
✓ I recommend this product
**JARIIIII** - Verified Purchaser

Reply — Was this review helpful? Yes (2) no (0)

★★★★★ July 18, 2017
**GREAT SOCCER OR B BALL SHORTS**
Quality looking and light. Very comfortable and you can move well in them.
✓ I recommend this product
**Johnmr0** - Verified Purchaser

Reply — Was this review helpful? Yes (2) no (0)

★★★★★ July 26, 2017
**YOU WON'T REGRET BUYING IT**
it's just like the picture , super cute!! I loved it soo much
✓ I recommend this product
**Karina18773** - Verified Purchaser

Reply — Was this review helpful? Yes (1) no (0)

★★★★★ June 17, 2017
**JUST THE RIGHT LENGTH AND MATERIAL FOR ALL**
The product is a go-to for soccer shorts, fantastic.
✓ I recommend this product
**Pookie101** - Verified Purchaser

Reply — Was this review helpful? Yes (1) no (0)

★☆☆☆☆ October 1, 2017
**NOT LIKE YOUR SHORTS USED TO BE**
too short, didn't fit right you don't make soccer short like you used to
**mgsh** - Verified Purchaser

Reply — Was this review helpful? Yes (0) no (0)

★★★★★ September 30, 2017
**IF YOU ARE THINKING ABOUT IT, GET THEM!**
I wasn't sure how they were going to fit since ordering online but they fit perfectly. They are super comfy and the perfect length. I would definitely recommend them!
✓ I recommend this product
**Naf7** - Verified Purchaser

Reply — Was this review helpful? Yes (1) no (1)

★★★★☆ June 17, 2017
**QUALITY SHORTS**
Everyone keeps asking if I'm wearing them backwards, because the logo is on the back when it's usually on the front. Other than that LOVE these shorts!
✓ I recommend this product
**Ohyaknow** - Verified Purchaser

Reply — Was this review helpful? Yes (1) no (0)

★★★★☆ June 29, 2017
These shorts are not sooo short and the waistband is very comfortable. Like the fabric, but wish there would be more fabric choices with the same style. I will probably order again.
✓ I recommend this product
**Susie2** - Verified Purchaser

Reply — Was this review helpful? Yes (1) no (0)

★★☆☆☆ February 3, 2018
**BUY 2 SIZES LARGER THEN YOUR NORMAL SIZE**
Material has went why down in quality since 2015. These are way to thin and cheap feeling to me.
**Ella1979**

Reply — Was this review helpful? Yes (0) no (0)

LOAD MORE — WRITE A REVIEW

## OTHERS ALSO BOUGHT

2/22/2018      adidas Tastigo 17 Shorts - Red | adidas US



ESSENTIALS LINEAR LOOSE TANK TOP
Athletics
$25

CROSSBACK BRA
Performance
$38

SUPERSTAR SHOES
Originals
$80

ULTIMATE TEE
Performance
$25

## RECENTLY VIEWED ITEMS



-30 %

STRONGER FOR IT CROSS-BACK BRA
Performance
$42 $45

BOSTON MARATHON® SUPERNOVA BRA
$40

-30 %

CROSSBACK BRA
Performance
$24 $35

-25 %

CROSS-BACK BRA
Performance
$18 $35

SIGN UP FOR NEWS & GET 15% OFF     your email

| GIFT CARDS | CUSTOMER SUPPORT | COMPANY INFO | PARTNER SITES | PRIVACY & TERMS |
|---|---|---|---|---|
| | Customer Service | About Us | adidas Outdoor | Privacy & Security |
| | Order Status | Careers | miTeam | Terms and Conditions |
| | Shipping | Press | adidas Archive | Policy on Human Trafficking |
| | Returns & Exchanges | Sustainability | | |
| | Sizing | Affiliates | | |
| | Students | | | |
| | Bulk Orders | | | |
| | miadidas Customized Personalized Gear | | | |
| | Store Locator | | | |
| | Mobile Apps | | | |
| | Site Map | | | |

🇺🇸 USA     |   Privacy Policy   |   Terms and Conditions   |   © 2018 adidas America Inc.

Exhibit 1
Page 159 of 451

2/22/2018                    adidas Tiro 17 Training Pants - Black | adidas US



This model is 5' 9" and wears a size S. Their chest measures 32" and the waist 26".

**COMPLETE THE LOOK**



### TIRO 17 TRAINING PANTS

**BREATHABLE PANTS FOR COMMITTED TRAINING.**

Train hard. Stay cool. These women's soccer training pants help you warm up without overheating. Featuring ventilated climacool® and mesh inserts for maximum breathability, they keep the air moving while you stay on the pitch. A slim fit promotes easy footwork.

- Ventilated climacool® keeps you cool and dry
- Front zip pockets
- Drawcord on elastic waist
- Mesh insert below back waist
- Ribbing on lower leg
- Tonal 3-Stripes on sides
- 31" inseam (size Med)
- Slim fit
- 100% polyester doubleknit
- Imported

- Product code: BS3685
- Product color: Black / White / White

**YOU MAY ALSO LIKE**



| TIRO 17 TRAINING PANTS | TIRO 17 TRAINING PANTS | TIRO 17 TRAINING PANTS | TIRO 17 TRAINING PANTS |
| Performance | Performance | Performance | Performance |

Exhibit 1
Page 160 of 451



FILTER ON Star Rating

SORT ON RELEVANT HELPFUL NEWEST

4.1
348 REVIEWS
**85%**
of customers recommend this product

**FIT**
TOO TIGHT PERFECT TOO LOOSE

**LENGTH**
RUNS SHORT PERFECT RUNS LONG

**COMFORT**
UNCOMFORTABLE COMFORTABLE

**QUALITY**
POOR PERFECT

November 19, 2017
**PLEASE MAKE DIFFERENT LENGTHS IN THE TRAINING PANTS, NOT EVERYONE HAS LONG LEGS.**
I like it because it has a tighter fit than the regular tiro pants but they should come in short, regular and long to accommodate all different leg lengths
✓ I recommend this product
**2long** - Verified Purchaser
Reply Was this review helpful? Yes (29) no (0)

January 7, 2018
**WASTE OF TIME AND MONEY.**
I am 5'9" with curves. These pants aren't very comfy nor are they long enough.
**DreeB** - Verified Purchaser
Reply Was this review helpful? Yes (6) no (0)

January 17, 2018
**GREAT PANTS**
I use them for playing soccer - they are comfortable and agile. I'd recommend sizing down. I am 5'3 130 lbs and the Small were too long, so I got an XS and they were perfect.
✓ I recommend this product
**Pepper13** - Verified Purchaser
Reply Was this review helpful? Yes (8) no (0)

November 7, 2017
**PRETTY GOOD**
Really good joggers, maybe have a choice, such as petite, for shorter girls as i have to roll the ends up.
✓ I recommend this product
**dnd64** - Verified Purchaser
Reply Was this review helpful? Yes (6) no (0)

January 19, 2018
**LOVE THESE PANTS!!**
I love these pants! The only reason I gave it 4 stars is because they are too long for me. I really wish they had an option for petite women. But over all I highly recommend them. Is there a way I can get these in different length?
✓ I recommend this product
**kiki1011** - Verified Purchaser
Reply Was this review helpful? Yes (6) no (0)

January 26, 2018
**GREAT PURCHASE!**
Love the product. Don't like that they appear one color and come back a totally different color.
✓ I recommend this product
**Rednug** - Verified Purchaser
Reply Was this review helpful? Yes (2) no (0)

January 10, 2018
**PERFECT FIT**
Lemme tell you something about these pants, for a fit woman under 5 foot, with thick thighs, these pants fit like a dream. They might be a little long on me, but my God do they feel good and fit perfect on my hips. So comfortable to workout in, with room for muscles to move around freely at the gym. 11/10
✓ I recommend this product
**nlett** - Verified Purchaser
Reply Was this review helpful? Yes (6) no (0)

February 4, 2018
**GREAT FIT AND DESIGN.**
The pants fit to the body in a comfortable way without clinging!
✓ I recommend this product
**Ayekai81** - Verified Purchaser
Reply Was this review helpful? Yes (2) no (0)

December 26, 2017
**AWESOME PANTS WILL RECOMMEND THEM TO ANYONE**
Great pants, but it's too complicated to review it keeps asking me to write longer sentence but I don't want to.
✓ I recommend this product
**Wlo02** - Verified Purchaser
Reply Was this review helpful? Yes (3) no (0)

January 26, 2018
**COME UN STITCHED, HAD TO SPEND $10 TO HAVE IT STITCHED SINCE THERE IS NO EXCHANGE, JUST RETURN AND RE PURCHASE.**
Come un stitched, had to spend $10 to have it stitched since there is no exchange, just return and re purchase
**Beata200000000** - Verified Purchaser

2/22/2018                    adidas Tiro 17 Training Pants - Black | adidas US



## OTHERS ALSO BOUGHT



| ADISSAGE SLIDES | SATURDAY HAT | 3-STRIPES HOODIE | SUPERSTAR SHOES |
| Performance | Performance | Athletics | Originals |

## RECENTLY VIEWED ITEMS



| TASTIGO 17 SHORTS | STRONGER FOR IT CROSS-BACK BRA | BOSTON MARATHON® SUPERNOVA BRA | CROSSBACK BRA |
| | | Performance | Performance |



Exhibit 1
Page 162 of 451

2/22/2018                    adidas Tiro Three-Quarter Pants - Black | adidas US





## TIRO THREE-QUARTER PANTS

### VENTILATED PANTS FOR COMMITTED TRAINING.

Stay cool, and focus on speed and footwork. These men's three-quarter soccer training pants let you warm up without overheating. Featuring climacool® and mesh inserts for ventilation, they keep the air moving while you keep playing until the whistle.

- Ventilated climacool® keeps you cool and dry
- Functional lightweight fabric
- Side seam pockets
- Drawcord on elastic waist
- Mesh insert below back waist
- Tonal 3-Stripes on sides
- 16" inseam (size Med)
- Slim fit
- 100% polyester doubleknit
- Imported

- Product code: BS3705
- Product color: Black / White

## YOU MAY ALSO LIKE



Exhibit 1
Page 163 of 451



FILTER ON Star Rating

SORT ON RELEVANT HELPFUL NEWEST

★★★★★ 5
12 REVIEWS
**100%**
of customers recommend this product

FIT
TOO TIGHT PERFECT TOO LOOSE
LENGTH
RUNS SHORT PERFECT RUNS LONG
COMFORT
UNCOMFORTABLE COMFORTABLE
QUALITY
POOR PERFECT

★★★★★ November 12, 2017
**I LOVE THE ADIDAS 3/4 SHORTS. I HAVE 4 PAIR AND THEY ARE AMAZING!**
I love the adidas 3/4 shorts. I have 4 pair and they are amazing!
✓ I recommend this product
**Jason123456789** - Verified Purchaser
Reply Was this review helpful? Yes (1) no (0)

★★★★★ January 20, 2018
**VERY COMFORTABLE**
This is perfect to play soccer in cold and hot weather as well
✓ I recommend this product
**Miguel8678** - Verified Purchaser
Reply Was this review helpful? Yes (0) no (0)

★★★★★ October 24, 2017
**AMAZING**
It's comfortable and durable. The pants is not too tight.
✓ I recommend this product
**jakewlneskowki** - Verified Purchaser
Reply Was this review helpful? Yes (1) no (0)

★★★★★ December 9, 2017
**VERY NICE PURCHASE**
Perfect to do sports. The bad thing is that is a little longer what i expected but still perfect
✓ I recommend this product
**Fsourlverp** - Verified Purchaser
Reply Was this review helpful? Yes (0) no (0)

★★★★★ December 6, 2017
**BEST PANTS**
Perfect length and they look great on. I definitely recommend pants
✓ I recommend this product
**EDDIEEDM** - Verified Purchaser
Reply Was this review helpful? Yes (0) no (0)

★★★★★ December 15, 2017
MY KID LOVES IT ! GREAT PRODUCT ! WILL BUY MORE FOR HIM
✓ I recommend this product
**EUROSOCCER** - Verified Purchaser
Reply Was this review helpful? Yes (0) no (0)

★★★★★ August 8, 2017
**A GOOD PRODUCT. IT'S MY STYLE.**
i like it because it was my kind of style but it was still a bit too long and the logo was made from cheap materials.
✓ I recommend this product
**Davidomio** - Verified Purchaser
Reply Was this review helpful? Yes (0) no (0)

★★★★★ January 20, 2018
**AWESOME**
i can use these for very sport, basketball, soccer you name it!
✓ I recommend this product
**Whaughty**
Reply Was this review helpful? Yes (0) no (0)

★★★★★ June 18, 2017
**VERY CONFORTABLE**
TOP Not only for soccer, i use it for running too.
✓ I recommend this product
**Alfred42** - Verified Purchaser
Reply Was this review helpful? Yes (0) no (0)

★★★★★ June 15, 2017
**LOOKING FORWARD TO SALES TO BUY MORE!**
Enjoying the 3/4 length comfort, and overall design
✓ I recommend this product
**manda3gthb** - Verified Purchaser
Reply Was this review helpful? Yes (0) no (0)

2/22/2018                    adidas Tiro Three-Quarter Pants - Black | adidas US



## OTHERS ALSO BOUGHT



FIFA WORLD CUP OFFICIAL GAME BALL
Performance

$165        ★★★★★ 12

LOGO TEE
Athletics

$25

ULTIMATE TEE
Performance

$18 $25        ★★★★★ 45

ADISSAGE SLIDES
Performance

$21 $30        ★★★★★ 301

## RECENTLY VIEWED ITEMS



PICKUP 3/4 PANTS
Performance

$55

TIRO 17 TRAINING PANTS
Performance

$45

V-STRIPE PANTS
Originals

$90

TIRO 17 TRAINING PANTS
Performance

$45



SIGN UP FOR NEWS & GET 15% OFF

| GIFT CARDS | CUSTOMER SUPPORT | COMPANY INFO | PARTNER SITES | PRIVACY & TERMS |
|---|---|---|---|---|
| | Customer Service | About Us | adidas Outdoor | Privacy & Security |
| | Order Status | Careers | miTeam | Terms and Conditions |
| | Shipping | Press | adidas Archive | Policy on Human |
| | Returns & Exchanges | Sustainability | | Trafficking |
| | Sizing | Affiliates | | |
| | Students | | | |
| | Bulk Orders | | | |
| | miadidas Customized | | | |
| | Personalized Gear | | | |
| | Store Locator | | | |
| | Mobile Apps | | | |
| | Site Map | | | |

USA        |    Privacy Policy    |    Terms and Conditions    |    © 2018 adidas America Inc.

Exhibit 1
Page 165 of 451

2/22/2018                          adidas V-Stripes Pants - Blue | adidas US





## V-STRIPES PANTS

### WIND PANTS WITH OMBRÉ CHEVRON 3-STRIPES INSPIRED BY ARCHIVAL PIECES.

Two pieces have been selectively pulled from the archives to create this adidas Originals look. The pieces were first deconstructed and then remastered into this totally new, completely authentic design. These men's wind pants feature chevron 3-Stripes on the legs that fade from light to dark. Zips at the ankles add a retro vibe and make them easy to slip on and off.

WASHING INSTRUCTIONS

Machine wash cold

EXTRA CARE INFORMATION

• Do not use fabric softener
• Remove promptly after wash
• Wash with like colors
• Wash with fasteners closed

• Front zip pockets
• Drawcord-adjustable elastic waist
• Elastic cuffs
• Ankle zips
• Linear Trefoil logo on leg
• Ombré angled 3-Stripes on lower legs
• Relaxed fit is loose through the legs for roomy comfort
• Main: 100% nylon plain weave, Lining: 100% polyester mesh
• Imported

• Product code: CE4814
• Product color: Noble Indigo / White

## YOU MAY ALSO LIKE



| NOVA WIND PANTS | ULTRABOOST LTD SHOES | NOVA WIND PANTS | EQT INDIGO TRACK PANTS |
|---|---|---|---|
| Originals | Performance | Originals | Originals |

Exhibit 1
Page 166 of 451

2/22/2018                                   adidas V-Stripes Pants - Blue | adidas US



## OTHERS ALSO BOUGHT



**BUSENITZ RX SHOES**
Originals
$$$            ★★★★★ 23

**JAPAN HOME REPLICA JERSEY**
Performance
$90            ★★★★★ 1

**EQT 18 PANTS**
Originals
$90            ★★★★★ 6

**ID JACKET**
Athletics
$95            ★★★★★ 1

• • • •

## RECENTLY VIEWED ITEMS



**TIRO 17 TRAINING PANTS**
Performance
$45

**BOSTON MARATHON® SUPERNOVA FITTED TANK**
$90

**WANDERFLOW WARP KNIT TANK TOP**
Performance
$35 $55

**RESPONSE TEE**
Performance
$24 $35

• • • •



**SIGN UP FOR NEWS & GET 15% OFF**

GIFT CARDS

**CUSTOMER SUPPORT**
Customer Service
Order Status
Shipping
Returns & Exchanges
Sizing
Students
Bulk Orders
miadidas Customized
Personalized Gear
Store Locator
Mobile Apps
Site Map

**COMPANY INFO**
About Us
Careers
Press
Sustainability
Affiliates

**PARTNER SITES**
adidas Outdoor
miTeam
adidas Archive

**PRIVACY & TERMS**
Privacy & Security
Terms and Conditions
Policy on Human
Trafficking

USA

| Privacy Policy | Terms and Conditions | © 2018 adidas America Inc.

Exhibit 1
Page 167 of 451

2/22/2018                    adidas Wanderflow warp knit Tank Top - Orange | adidas US



## WANDERFLOW WARP KNIT TANK TOP

### A RACER-BACK TANK TOP BUILT FOR EASY MOVEMENT.

A shirt as flexible as your practice, this women's tank top is made of stretchy fabric cut for a fitted fit. It has a smooth seamless construction that reduces chafing, and it features climacool® for airy-cool comfort. The tank is made in collaboration with Wanderlust.

- Ventilated climacool® keeps you cool and dry
- Round neckline
- Racer back allows full range of motion
- Seamless warp knit construction
- Laser cut adidas and Wanderlust branding below back neck
- Fitted fit
- 76% nylon / 24% elastane seamless
- Imported

- Product code: CE7628
- Product color: Easy Coral

## YOU MAY ALSO LIKE



Exhibit 1
Page 168 of 451

2/22/2018                               adidas Wanderflow warp knit Tank Top - Orange | adidas US

HELP   ORDER TRACKER   **NEWSLETTER SIGNUP**   SIGN IN

MEN WOMEN KIDS  **SPORTS BRANDS  CUSTOMIZE**

★★★★☆ 4
**5 REVIEWS**
## 60%
of customers recommend this product

**FIT**
TOO TIGHT        PERFECT         TOO LOOSE

**LENGTH**
RUNS SHORT       PERFECT         RUNS LONG

**COMFORT**
UNCOMFORTABLE            COMFORTABLE

**QUALITY**
POOR                    PERFECT

★★★★☆                                                          September 7, 2017
Love it! looks very nice on, you can use it for workout or casual wear.
✓ I recommend this product
**Dulce2** - Verified Purchaser

Reply                                         Was this review helpful?  Yes (1)  no (0)

★★★☆☆                                                              July 19, 2017
**WOULD BE GREAT IF IT WAS A DIFFERENT FABRIC**
Great fit, however, it rides up if you're running. Didn't expect to have to keep pulling it down during my workouts
**OpenB** - Verified Purchaser

Reply                                         Was this review helpful?  Yes (0)  no (0)

★★★☆☆                                                          September 29, 2017
It's not confortable For me I doesn't like the color at all.
**FurHa90** - Verified Purchaser

Reply                                         Was this review helpful?  Yes (0)  no (0)

★★★★★                                                             June 15, 2017
One of the favorite items I purchased. Great fit and I love the sort of worn out look of the grey. It looks great on and is stretchy
for some added support.
✓ I recommend this product
**That504** - Verified Purchaser

Reply                                         Was this review helpful?  Yes (0)  no (0)

★★★★★                                                            January 25, 2017
**BEST EVER**
Comfort and breathable , warp seamless better than weft seamless
✓ I recommend this product
**Oscars8**

Reply                                         Was this review helpful?  Yes (0)  no (0)

[ WRITE A REVIEW ● ]

## OTHERS ALSO BOUGHT

♡          ♡          ♡          ♡

SALE

**SUPERLITE NO-SHOW SOCKS 6          TANGO FUTURE HYBRID JACKET          WARP KNIT TIGHTS          ALL ME SEAMLESS BRA**
**PAIRS**                              Performance                          Performance               Performance
Performance

$12 $15      ★★★★★ 35      $40      ★★★★★ 13      $100      ★★★☆☆ 2      $45      ★★★★★ 16

● ● ● ● ●

## RECENTLY VIEWED ITEMS

♡          ♡          ♡          ♡

-30 %      -40 %      -35 %

**RESPONSE TEE          3-STRIPES HOODIE          RESPONSE TEE          SQUADRA 13 JERSEY**
Performance            Athletica                Performance            Performance

$24 $35      $27 $45      $35 $45      $20

Exhibit 1
Page 169 of 451



Exhibit 1
Page 170 of 451





This model is 6' 0" and wears a size M. Their chest measures 38" and the waist 30".

★★★★☆ Read all 64 reviews

MEN'S SOCCER

# TIRO 19 TRAINING JACKET

$65

or 3 interest-free payments of **$21.67** with Affirm. Learn more

FEEDBACK

**AVAILABLE COLORS**

BLACK / BLACK / WHITE

Size Guide

SELECT SIZE | 1

ADD TO BAG

FREE SHIPPING OVER $49 + FREE RETURNS & EXCHANGES

Buy now, pay over time with PayPal CREDIT

## COMPLETE THE LOOK

$40 $45 $150 $12

## PRODUCT DETAILS

HIGHLIGHTS | DESCRIPTION | SPECIFICATIONS | CARE

**STAY DRY**

Climalite wicks sweat to keep you dry in every condition

**MOVE FREELY**

This jacket is made with stretch panels to give you a full range of motion

## YOU MAY ALSO LIKE

Document title: adidas Tiro 19 Training Jacket - Black | adidas US
Capture URL: https://www.adidas.com/us/tiro-19-training-jacket/DJ2594.html
Capture timestamp (UTC): Mon, 06 Jan 2020 13:09:43 GMT



Essentials
ESSENTIALS 3-STRIPES TRICOT TRA...
$35 $50

Originals
SST TRACK JACKET
$75

Originals
SST TRACK PANTS
$65

Essentials
ESSENTIALS 3-STRIPES TRICOT TRA...
$35 $50

— — — —

FEEDBACK

## RATINGS & REVIEWS

**4.5** ★★★★★
44 Reviews

### RATING BREAKDOWN

5 STARS ———————— 44
4 STARS ———————— 12
3 STARS —————— 2
2 STARS —————— 2
1 STARS —————— 2

## 93%
of customers recommend this product

FIT
TOO TIGHT — PERFECT — TOO LOOSE

LENGTH
RUNS SHORT — PERFECT — RUNS LONG

COMFORT
UNCOMFORTABLE — COMFORTABLE

QUALITY
POOR — PERFECT

SORT ON

| RELEVANT | HELPFUL | NEWEST |

★★★★★                                    November 26, 2019
**VERY GOOD PURCHASE**
Really nice fitting tracksuit and very comfortable I will buy another one it's that good

✓ I recommend this product
**Monkeygeo** · Verified Purchaser

Was this review helpful?  Yes [1]  No [2]

★★★★★                                    December 10, 2019
**GREAT FOR SPORT OR CASUAL WEAR**
Never go for a size bigger than you are,if anything go a size smaller,if you like a loose fit go for your exact size.

✓ I recommend this product
**Jay1888** · Verified Purchaser

Was this review helpful?  Yes [0]  No [0]

| LOAD MORE → | **WRITE A REVIEW** → |

## OTHERS ALSO BOUGHT



Originals
ADIDAS SAMSTAG TRACK JACKET

Originals
3-STRIPES TEE

Originals
TREFOIL TEE

Originals
TREFOIL TEE

Document title: adidas Tiro 19 Training Jacket – Black | adidas US
Capture URL: https://www.adidas.com/us/tiro-19-training-jacket/DJ2594.html
Capture timestamp (UTC): Mon, 06 Jan 2020 13:09:43 GMT

Page 2 of 3

Exhibit 1
Page 172 of 451

LOAD MORE → | WRITE A REVIEW →

## OTHERS ALSO BOUGHT



Originals
ADIDAS SAMSTAG TRACK JACKET
$90

Originals
3-STRIPES TEE
$40

Originals
TREFOIL TEE
$30

Originals
TREFOIL TEE
$30

— — — —

## RECENTLY VIEWED ITEMS



Essentials
ESSENTIALS 3-STRIPES TAPERED TR...
$28 $40

Originals
3-STRIPES PANTS
$60

Performance
TIRO 19 TRAINING PANTS
$45

Athletics
TEAM ISSUE JOGGER PANTS
$39 $55

— — — —



JOIN CREATORS CLUB & GET 15% DISCOUNT

SIGN UP →

**TRENDING**
Casual Shoes
Slip On Shoes
Camo Clothing
Burgundy Shoes
Leather Sneakers

**CUSTOMER SUPPORT**
Get Help
Track Order
Returns & Refunds
Sizing
Promotions
How to Clean
Store Locator
Site Map

**COMPANY INFO**
About Us
Careers
Press
Affiliates
Military Discount
Student Discount
Mobile Apps
Creators Club
adidas Stories

**PARTNER SITES**
adidas Outdoor
miTeam

**PRIVACY & TERMS**
Privacy & Security
Terms and Conditions
Policy on Human Trafficking

**GIFT CARDS**
Check Balance

🇺🇸 USA          Data settings | Do not sell my personal information | Privacy PolicyTerms and Conditions | © 2020 adidas America Inc.

Document title: adidas Tiro 19 Training Jacket – Black | adidas US
Capture URL: https://www.adidas.com/us/tiro-19-training-jacket/DJ2594.html
Capture timestamp (UTC): Mon, 06 Jan 2020 13:09:43 GMT

Page 3 of 3

Exhibit 1
Page 173 of 451



This model is 6' 2" and wears a size M. Their chest measures 39" and the waist 31".

**COMPLETE THE LOOK**

$39 $55        $18 $25        $25 $35

# PRODUCT DETAILS

| DESCRIPTION | SPECIFICATIONS | CARE |



### ESSENTIALS 3-STRIPES TAPERED TRICOT PANTS

**RETRO-INSPIRED PANTS MADE FOR POST-WORKOUT COMFORT.**

Go from working out to winding down in sporty style. Contrast 3-Stripes down the legs give these tapered pants an athletic vibe. The recycled polyester tricot build flashes a signature sheen and a retro look.

Document title: adidas Essentials 3-Stripes Tapered Tricot Pants - Black | adidas US
Capture URL: https://www.adidas.com/us/essentials-3-stripes-tapered-tricot-pants/DQ3076.html
Capture timestamp (UTC): Mon, 06 Jan 2020 13:09:12 GMT

Page 1 of 3

Exhibit 1
Page 174 of 451

recycled polyester tricot build flashes a signature sheen and a retro look.



FEEDBACK

## YOU MAY ALSO LIKE



Essentials
ESSENTIALS 3-STRIPES TRICOT TRA...
$35 $50

Essentials
ESSENTIALS 3-STRIPES TRICOT TRA...
$35 $50

Essentials
ADILETTE CLOUDFOAM SLIDES
$25

Essentials
ADILETTE COMFORT SLIDES
$25 $35

## RATINGS & REVIEWS



### 4.5 ★★★★☆
131 Reviews

#### RATING BREAKDOWN
5 STARS — 98
4 STARS — 19
3 STARS — 5
2 STARS — 5
1 STARS — 4

### 94%
of customers recommend this product

FIT
TOO TIGHT — PERFECT — TOO LOOSE

LENGTH
RUNS SHORT — PERFECT — RUNS LONG

COMFORT
UNCOMFORTABLE — COMFORTABLE

QUALITY
POOR — PERFECT

SORT ON

RELEVANT | HELPFUL | NEWEST

★★★★★                                October 15, 2019
great product. loved it. I found the jacket at the store but not the pants so this was a great purchase to match it.
✓ I recommend this product
anasophia
Was this review helpful?  Yes (5)  No (1)

★★★★★                                September 18, 2019
Fit is great and insanely comfortable. I'm 6'1" and 280 lbs so a 2XL was perfect.
✓ I recommend this product
SooleBus
Was this review helpful?  Yes (10)  No (7)

LOAD MORE →  |  WRITE A REVIEW →

## OTHERS ALSO BOUGHT

Document title: adidas Essentials 3-Stripes Tapered Tricot Pants - Black | adidas US
Capture URL: https://www.adidas.com/us/essentials-3-stripes-tapered-tricot-pants/DQ3076.html
Capture timestamp (UTC): Mon, 06 Jan 2020 13:09:12 GMT

Page 2 of 3

Exhibit 1
Page 175 of 451

POOR                 PERFECT

## OTHERS ALSO BOUGHT



Essentials
DESIGNED 2 MOVE CLIMALITE PANTS
$35 $50

Essentials
ESSENTIALS LINEAR TRACK JACKET
$39 $65

Originals
3-STRIPES TEE
$40

Athletics
TEAM ISSUE HOODIE
$44 $65

## RECENTLY VIEWED ITEMS



Originals
3-STRIPES PANTS
$60

Performance
TIRO 19 TRAINING PANTS
$45

Athletics
TEAM ISSUE JOGGER PANTS
$39 $50

Essentials
3-STRIPES WOVEN JOGGERS
$45



### JOIN CREATORS CLUB & GET 15% DISCOUNT

SIGN UP →

**TRENDING**
Casual Shoes
Slip On Shoes
Camo Clothing
Burgundy Shoes
Leather Sneakers

**CUSTOMER SUPPORT**
Get Help
Track Order
Returns & Refunds
Sizing
Promotions
How to Clean
Store Locator
Site Map

**COMPANY INFO**
About Us
Careers
Press
Affiliates
Military Discount
Student Discount
Mobile Apps
Creators Club
adidas Stories

**PARTNER SITES**
adidas Outdoor
miTeam

**PRIVACY & TERMS**
Privacy & Security
Terms and Conditions
Policy on Human Trafficking

**GIFT CARDS**
Check Balance

🇺🇸 USA            Data settings  |   Do not sell my personal information  |   Privacy PolicyTerms and Conditions  |   © 2020 adidas America Inc.

Document title: adidas Essentials 3-Stripes Tapered Tricot Pants - Black | adidas US
Capture URL: https://www.adidas.com/us/essentials-3-stripes-tapered-tricot-pants/DQ3076.html
Capture timestamp (UTC): Mon, 06 Jan 2020 13:09:12 GMT

Page 3 of 3

Exhibit 1
Page 176 of 451





## COMPLETE THE LOOK

$80    $30    $100    $50

## PRODUCT DETAILS

| HIGHLIGHTS | DESCRIPTION | SPECIFICATIONS | CARE |
|---|---|---|---|

**THE ADICOLOR COLLECTION**

Inspired by adidas heritage, Adicolor is authentic but modern

**ICONIC DETAILS**

3-Stripes and a Trefoil logo give it a classic look

## YOU MAY ALSO LIKE



Document title: adidas 3-Stripes Pants - Black | adidas US
Capture URL: https://www.adidas.com/us/3-stripes-pants/DV1549.html
Capture timestamp (UTC): Mon, 06 Jan 2020 13:08:44 GMT

Page 1 of 4

Exhibit 1
Page 177 of 451



| Originals | Essentials | Originals | Athletics |
| SST TRACK PANTS | ESSENTIALS 3-STRIPES TRICOT TRA... | 3-STRIPES HOODIE | TEAM ISSUE JOGGER PANTS |
| $45 | $39 $60 | $75 | $39 $65 |

FEEDBACK

## SHARE HOW YOU WEAR IT

Share a photo of your adidas favorite and appear in our showcase. Make sure to tag your image with @adidas.



LOAD MORE IMAGES

## RATINGS & REVIEWS

**4.5** ★★★★★
143 Reviews

**RATING BREAKDOWN**

| 5 STARS | 90 |
| 4 STARS | 38 |
| 3 STARS | 8 |
| 2 STARS | 6 |
| 1 STARS | 1 |

**92%**
of customers recommend this product

FIT
TOO TIGHT — PERFECT — TOO LOOSE

SORT ON

| RELEVANT | HELPFUL | NEWEST |

★★★★★                                              September 30, 2019

**GREAT LOOKING PAIR!**

Product looks very sleek and incredibly comfortable! heavily recommend.

✓ I recommend this product

**Dolan18** · Verified Purchaser

Was this review helpful?  Yes (5)  No (0)

★★★★★                                              December 28, 2018

**LOVE IT! SO COMFY!!**

Love the design and very comfy. Would reccomed if looking for trackies

Document title: adidas 3-Stripes Pants - Black | adidas US
Capture URL: https://www.adidas.com/us/3-stripes-pants/DV1549.html
Capture timestamp (UTC): Mon, 06 Jan 2020 13:08:44 GMT

Page 2 of 4

Exhibit 1
Page 178 of 451



## 92%
of customers recommend this product

**FIT**

TOO TIGHT — PERFECT — TOO LOOSE

**LENGTH**

RUNS SHORT — PERFECT — RUNS LONG

**COMFORT**

UNCOMFORTABLE — COMFORTABLE

**QUALITY**

POOR — PERFECT

★★★★★                                    December 28, 2018

**LOVE IT! SO COMFY!!**

Love the design and very comfy. Would reccomed if looking for trackies

✓ I recommend this product

**Chappers2018** - Verified Purchaser

Was this review helpful?  Yes [11]  No [0]

| LOAD MORE → | WRITE A REVIEW → |

FEEDBACK

## OTHERS ALSO BOUGHT



Originals
TREFOIL TEE
$30

Essentials
ESSENTIALS 3-STRIPES PULLOVER H...
$55

Originals
TREFOIL HOODIE
$65

Athletics
ID STADIUM PANTS
$70

## RECENTLY VIEWED ITEMS



Performance
TIRO 19 TRAINING PANTS
$45

Athletics
TEAM ISSUE JOGGER PANTS
$39 $55

Essentials
3-STRIPES WOVEN JOGGERS
$45

Originals
3-STRIPES DRESS
$42 $60



**JOIN CREATORS CLUB & GET 15% DISCOUNT**

SIGN UP →

TRENDING        CUSTOMER SUPPORT    COMPANY INFO        PARTNER SITES        GIFT CARDS

Document title: adidas 3-Stripes Pants - Black | adidas US
Capture URL: https://www.adidas.com/us/3-stripes-pants/DV1549.html
Capture timestamp (UTC): Mon, 06 Jan 2020 13:08:44 GMT

Page 3 of 4

Exhibit 1
Page 179 of 451



## OTHERS ALSO BOUGHT



| Originals | Essentials | Originals | Athletics |
| TREFOIL TEE | ESSENTIALS 3-STRIPES PULLOVER H... | TREFOIL HOODIE | ID STADIUM PANTS |
| $30 | $55 | $45 | $70 |

## RECENTLY VIEWED ITEMS



| Performance | Athletics | Essentials | Originals |
| TIRO 19 TRAINING PANTS | TEAM ISSUE JOGGER PANTS | 3-STRIPES WOVEN JOGGERS | 3-STRIPES DRESS |
| $45 | $39 $55 | $45 | $42 $60 |

 



JOIN CREATORS CLUB & GET 15% DISCOUNT    SIGN UP →

**TRENDING**
Casual Shoes
Slip On Shoes
Camo Clothing
Burgundy Shoes
Leather Sneakers

**CUSTOMER SUPPORT**
Get Help
Track Order
Returns & Refunds
Sizing
Promotions
How to Clean
Store Locator
Site Map

**COMPANY INFO**
About Us
Careers
Press
Affiliates
Military Discount
Student Discount
Mobile Apps
Creators Club
adidas Stories

**PARTNER SITES**
adidas Outdoor
miTeam

**PRIVACY & TERMS**
Privacy & Security
Terms and Conditions
Policy on Human Trafficking

**GIFT CARDS**
Check Balance

USA          Data settings  |  Do not sell my personal information  |  Privacy Policy  Terms and Conditions  |  © 2020 adidas America Inc.

Document title: adidas 3-Stripes Pants - Black | adidas US
Capture URL: https://www.adidas.com/us/3-stripes-pants/DV1549.html
Capture timestamp (UTC): Mon, 06 Jan 2020 13:08:44 GMT

Page 4 of 4

Exhibit 1
Page 180 of 451





ALSO VISIT Reebok | HELP | ORDER TRACKER AND RETURNS | JOIN CREATORS CLUB | CREATORS CLUB | LOG IN

adidas MEN WOMEN KIDS | SPORTS BRANDS | HOLIDAY Search

FREE SHIPPING OVER $49 AND FREE RETURNS JOIN THE ADIDAS CREATORS CLUB

BACK Home / Men / Apparel

SEE PRICE IN BAG

This model is 6' 0" and wears a size M. Their chest measures 38" and the waist 30".

★★★★★ Read all 633 reviews

MEN'S SOCCER

# TIRO 19 TRAINING PANTS

$45

This product is excluded from all promotional discounts and offers.

AVAILABLE COLORS

BLACK / WHITE

Size Guide

SELECT SIZE | 1

ADD TO BAG

FREE SHIPPING OVER $49 + FREE RETURNS & EXCHANGES

Buy now, pay over time with PayPal CREDIT

COMPLETE THE LOOK

$65 $30 $95 $12

## PRODUCT DETAILS

| HIGHLIGHTS | DESCRIPTION | SPECIFICATIONS | CARE |
|---|---|---|---|

**STAY COOL**

Climacool keeps you cool and dry in warm weather

**MOVE FREELY**

Stretchy fabric on the lower legs helps promote clean footwork

## YOU MAY ALSO LIKE

Document title: adidas Tiro 19 Training Pants - Black | adidas US
Capture URL: https://www.adidas.com/us/tiro-19-training-pants/D95958.html
Capture timestamp (UTC): Mon, 06 Jan 2020 13:08:17 GMT



Essentials
ESSENTIALS 3-STRIPES TRICOT TRA...
$35 $50

Originals
SST TRACK PANTS
$65

Originals
TREFOIL HOODIE
$65

Originals
SST TRACK JACKET
$75

## SHARE HOW YOU WEAR IT

Share a photo of your adidas favorite and appear in our showcase. Make sure to tag your image with @adidas.



LOAD MORE IMAGES

## RATINGS & REVIEWS



**4.6** ★★★★★
633 Reviews

**RATING BREAKDOWN**

| | |
|---|---|
| 5 STARS | 470 |
| 4 STARS | 106 |
| 3 STARS | 29 |
| 2 STARS | 18 |
| 1 STARS | 10 |

**94%**
of customers recommend this product

FIT
TOO TIGHT — PERFECT — TOO LOOSE

SORT ON

| RELEVANT | HELPFUL | NEWEST |

★★★★★                                      November 2, 2019

**QUALITY TRACKIE BOTTOMS**

Quality product like all my Adidas kit. Doesn't shrink or fade in the wash. Nice.

✓ I recommend this product

Fattygoomba · Verified Purchaser

Was this review helpful?  Yes [15]  No [7]

★★☆☆☆                                      April 29, 2019

**SUPER COMFY BUT QUALITY OF BUT JOINS ARE AVERAGE**

I got it the other day in the mail and found a hole in it when I first put them on

Document title: adidas Tiro 19 Training Pants - Black | adidas US
Capture URL: https://www.adidas.com/us/tiro-19-training-pants/D95958.html
Capture timestamp (UTC): Mon, 06 Jan 2020 13:08:17 GMT

Page 2 of 4

Exhibit 1
Page 182 of 451



# 94%
of customers recommend this product

**FIT**

TOO TIGHT — PERFECT — TOO LOOSE

**LENGTH**

RUNS SHORT — PERFECT — RUNS LONG

**COMFORT**

UNCOMFORTABLE — COMFORTABLE

**QUALITY**

POOR — PERFECT

★★☆☆☆                                        April 29, 2019

**SUPER COMFY BUT QUALITY OF BUT JOINS ARE AVERAGE**

I got it the other day in the mail and found a hole in it when I first put them on

**Scotty27882** · Verified Purchaser

Was this review helpful?   Yes [97]   No [53]

| LOAD MORE → | WRITE A REVIEW → |

## OTHERS ALSO BOUGHT



Performance
RUNNING 3-STRIPES TIGHTS
$55

Originals
3-STRIPES TEE
$40

Athletics
ID STADIUM PANTS
$70

Originals
TREFOIL TEE
$30

## RECENTLY VIEWED ITEMS



Athletics
TEAM ISSUE JOGGER PANTS
$39 $55

Essentials
3-STRIPES WOVEN JOGGERS
$45

Originals
3-STRIPES DRESS
$42 $60

Originals
OFF-THE-SHOULDER DRESS
$50



**JOIN CREATORS CLUB & GET 15% DISCOUNT**

SIGN UP →

Document title: adidas Tiro 19 Training Pants - Black | adidas US
Capture URL: https://www.adidas.com/us/tiro-19-training-pants/D95958.html
Capture timestamp (UTC): Mon, 06 Jan 2020 13:08:17 GMT

Page 3 of 4

Exhibit 1
Page 183 of 451



## OTHERS ALSO BOUGHT



Performance | Originals | Athletics | Originals
RUNNING 3-STRIPES TIGHTS | 3-STRIPES TEE | ID STADIUM PANTS | TREFOIL TEE
$55 | $40 | $70 | $30

## RECENTLY VIEWED ITEMS



Athletics | Essentials | Originals | Originals
TEAM ISSUE JOGGER PANTS | 3-STRIPES WOVEN JOGGERS | 3-STRIPES DRESS | OFF-THE-SHOULDER DRESS
$39 $55 | $45 | $42 $60 | $50

**JOIN CREATORS CLUB & GET 15% DISCOUNT**

 



| TRENDING | CUSTOMER SUPPORT | COMPANY INFO | PARTNER SITES | GIFT CARDS |
|---|---|---|---|---|
| Casual Shoes | Get Help | About Us | adidas Outdoor | Check Balance |
| Slip On Shoes | Track Order | Careers | miTeam | |
| Camo Clothing | Returns & Refunds | Press | | |
| Burgundy Shoes | Sizing | Affiliates | **PRIVACY & TERMS** | |
| Leather Sneakers | Promotions | Military Discount | | |
| | How to Clean | Student Discount | Privacy & Security | |
| | Store Locator | Mobile Apps | Terms and Conditions | |
| | Site Map | Creators Club | Policy on Human Trafficking | |
| | | adidas Stories | | |

USA    Data settings  |  Do not sell my personal information  |  Privacy PolicyTerms and Conditions  |  © 2020 adidas America Inc.

Document title: adidas Tiro 19 Training Pants - Black | adidas US
Capture URL: https://www.adidas.com/us/tiro-19-training-pants/D95958.html
Capture timestamp (UTC): Mon, 06 Jan 2020 13:08:17 GMT

Page 4 of 4

Exhibit 1
Page 184 of 451



ALSO VISIT **Reebok**    HELP | ORDER TRACKER AND RETURNS | **JOIN CREATORS CLUB**    CREATORS CLUB    LOG IN

MEN WOMEN KIDS  SPORTS BRANDS  HOLIDAY

🔍 Search

FREE SHIPPING OVER $49 AND FREE RETURNS    JOIN THE ADIDAS CREATORS CLUB

← BACK   Home / Men / Apparel

★★★★★ Read all 30 reviews

MEN'S ATHLETICS
**TEAM ISSUE JOGGER PANTS**
$39 $55

**AVAILABLE COLORS**
MULTI SOLID GREY / HEATHER / BLACK



FEEDBACK

Size Guide

SELECT SIZE ▾     1 ▾

ADD TO BAG →    ♡

FREE SHIPPING OVER $49 + FREE RETURNS & EXCHANGES

Buy now, pay over time with PayPal CREDIT

This model is 6' 1" and wears a size M. Their chest measures 37" and the waist 31".

**COMPLETE THE LOOK**



$46 $65

# PRODUCT DETAILS

| DESCRIPTION | SPECIFICATIONS |
|---|---|

### TEAM ISSUE JOGGER PANTS

**COZY PANTS FOR EVERYDAY WEAR.**

Take on the hustle of the day in sporty comfort. These pants are made of soft doubleknit to help you transition through your routine. The tapered legs are finished with elastic cuffs for a snug feel. An adidas Badge of Sport signs off the casual look.



Document title: adidas Team Issue Jogger Pants – Grey | adidas US
Capture URL: https://www.adidas.com/us/team-issue-jogger-pants/DZ5766.html
Capture timestamp (UTC): Mon, 06 Jan 2020 13:07:35 GMT

Page 1 of 3

Exhibit 1
Page 185 of 451

adidas Badge of Sport signs off the casual look.



## YOU MAY ALSO LIKE



Athletics
TEAM ISSUE JOGGER PANTS
$39 $55

Athletics
TEAM ISSUE HOODIE
$46 $65

Athletics
MUST HAVES BADGE OF SPORT FLEE...
$35 $50

Essentials
ESSENTIALS 3-STRIPES PANTS
$32 $45

FEEDBACK

## RATINGS & REVIEWS



**4.7** ★★★★★
30 Reviews

**RATING BREAKDOWN**

| | |
|---|---|
| 5 STARS | 24 |
| 4 STARS | 5 |
| 3 STARS | 0 |
| 2 STARS | 1 |
| 1 STARS | 0 |

**97%**
of customers recommend this product

FIT
TOO TIGHT — PERFECT — TOO LOOSE

LENGTH
RUNS SHORT — PERFECT — RUNS LONG

COMFORT
UNCOMFORTABLE — COMFORTABLE

QUALITY
POOR — PERFECT

SORT ON

| RELEVANT | HELPFUL | NEWEST |
|---|---|---|

★★☆☆☆                                           December 16, 2019
**MADE WAY SHORT AND THE ANKLE CUFF LOOKS WEIRD**
The pant is cut fine if you're under 6 feet tall, otherwise you better like high waters.

Nandezc

Was this review helpful?  Yes (2)  No (0)

★★★★☆                                           December 23, 2019
Great fit and very comfortable. Got this for my dad's birthday. He loves it too.

✓ I recommend this product
Esco315

Was this review helpful?  Yes (1)  No (0)

| LOAD MORE → | WRITE A REVIEW → |
|---|---|

## OTHERS ALSO BOUGHT

Document title: adidas Team Issue Jogger Pants - Grey | adidas US
Capture URL: https://www.adidas.com/us/team-issue-jogger-pants/DZ5766.html
Capture timestamp (UTC): Mon, 06 Jan 2020 13:07:35 GMT

Page 2 of 3

Exhibit 1
Page 186 of 451

POOR                    PERFECT

## OTHERS ALSO BOUGHT



| Athletics | Essentials | Athletics | Performance |
|---|---|---|---|
| MUST HAVES 3-STRIPES TAPERED PA... | ESSENTIALS 3-STRIPES TRACK JACK... | MUST HAVES 3-STRIPES TEE | DAME PANTS |
| $35 $50 | $33 $55 | $18 $30 | $44 $65 |

## RECENTLY VIEWED ITEMS



| Essentials | Originals | Originals | Originals |
|---|---|---|---|
| 3-STRIPES WOVEN JOGGERS | 3-STRIPES DRESS | OFF-THE-SHOULDER DRESS | SPAGHETTI STRAP DRESS |
| $45 | $42 $40 | $50 | $50 |

 



**JOIN CREATORS CLUB & GET 15% DISCOUNT**    SIGN UP →

| TRENDING | CUSTOMER SUPPORT | COMPANY INFO | PARTNER SITES | GIFT CARDS |
|---|---|---|---|---|
| Casual Shoes | Get Help | About Us | adidas Outdoor | Check Balance |
| Slip On Shoes | Track Order | Careers | miTeam | |
| Camo Clothing | Returns & Refunds | Press | | |
| Burgundy Shoes | Sizing | Affiliates | **PRIVACY & TERMS** | |
| Leather Sneakers | Promotions | Military Discount | | |
| | How to Clean | Student Discount | Privacy & Security | |
| | Store Locator | Mobile Apps | Terms and Conditions | |
| | Site Map | Creators Club | Policy on Human Trafficking | |
| | | adidas Stories | | |

🇺🇸 USA          Data settings  |     Do not sell my personal information  |     Privacy Policy Terms and Conditions  |     © 2020 adidas America Inc.

Document title: adidas Team Issue Jogger Pants - Grey | adidas US
Capture URL: https://www.adidas.com/us/team-issue-jogger-pants/DZ5766.html
Capture timestamp (UTC): Mon, 06 Jan 2020 13:07:35 GMT

Exhibit 1
Page 187 of 451





ALSO VISIT Reebok | HELP | ORDER TRACKER AND RETURNS | JOIN CREATORS CLUB | CREATORS CLUB | LOG IN

adidas MEN WOMEN KIDS | SPORTS BRANDS | HOLIDAY | Search

FREE SHIPPING OVER $49 AND FREE RETURNS | JOIN THE ADIDAS CREATORS CLUB

BACK Home / Men / Apparel

★★★★☆ Read all 35 reviews

MEN'S ESSENTIALS

# 3-STRIPES WOVEN JOGGERS

$45

AVAILABLE COLORS

BLACK / WHITE

FEEDBACK

Size Guide

SELECT SIZE | 1

ADD TO BAG

FREE SHIPPING OVER $49 + FREE RETURNS & EXCHANGES

Buy now, pay over time with PayPal CREDIT

COMPLETE THE LOOK

$65 $30 $80 $20

## PRODUCT DETAILS

DESCRIPTION | SPECIFICATIONS

### 3-STRIPES WOVEN JOGGERS

TAPERED PANTS MADE FOR POST-WORKOUT LOUNGING.

Bring the look of sport to your everyday style. These cozy pants show off contrast 3-Stripes down the sides. They're made with soft fabric and cut in a tapered fit that narrows around the ankle for a modern sport-inspired look.

Document title: adidas 3-Stripes Woven Joggers - Black | adidas US
Capture URL: https://www.adidas.com/us/3-stripes-woven-joggers/DZ8488.html
Capture timestamp (UTC): Mon, 06 Jan 2020 13:02:32 GMT

sport-inspired look.



## YOU MAY ALSO LIKE



Essentials
ESSENTIALS 3-STRIPES TRICOT TRA...
$30 $30

Athletics
TEAM ISSUE JOGGER PANTS
$39 $65

Athletics
TEAM ISSUE JOGGER PANTS
$39 $65

Athletics
MUST HAVES BADGE OF SPORT FLEE...
$35 $60

## RATINGS & REVIEWS

### 4.4 ★★★★☆
35 Reviews

**RATING BREAKDOWN**

| | | |
|---|---|---|
| 5 STARS | | 24 |
| 4 STARS | | 7 |
| 3 STARS | | 1 |
| 2 STARS | | 1 |
| 1 STARS | | 2 |

### 89%
of customers recommend this product

FIT
TOO TIGHT — PERFECT — TOO LOOSE

LENGTH
RUNS SHORT — PERFECT — RUNS LONG

COMFORT
UNCOMFORTABLE — COMFORTABLE

QUALITY
POOR — PERFECT

SORT ON

| RELEVANT | HELPFUL | NEWEST |
|---|---|---|

★★★★☆                                November 30, 2019
**LOVE ALL MY ADIDAS PANTS**
Always in the lookout for new higher or track pants from adidas and these are great.
They just fit a little large. I'm 5'11" and got a medium, but a small may be too small.

✓ I recommend this product
AW0814

Was this review helpful?  Yes [2]  No [0]

★★★★★                                December 31, 2019
**GOOD WOVEN JOGGERS NEED MORE SALE ON THE ADIDAS APP**
Awesome joggers they need to release different colors good price caught them on sale

✓ I recommend this product
GUCCI773

Was this review helpful?  Yes [0]  No [0]

| LOAD MORE → | WRITE A REVIEW → |
|---|---|

## OTHERS ALSO BOUGHT

Document title: adidas 3-Stripes Woven Joggers - Black | adidas US
Capture URL: https://www.adidas.com/us/3-stripes-woven-joggers/DZ8488.html
Capture timestamp (UTC): Mon, 06 Jan 2020 13:02:32 GMT

LOAD MORE →    WRITE A REVIEW →

## OTHERS ALSO BOUGHT



Originals
SST TRACK PANTS
$65

Originals
TREFOIL HOODIE
$65

Performance
OWN THE RUN TIGHTS
$37 $55

Performance
RUNNING 3-STRIPES TIGHTS
$55

## RECENTLY VIEWED ITEMS



Originals
3-STRIPES DRESS
$42 $60

Originals
OFF-THE-SHOULDER DRESS
$50

Originals
SPAGHETTI STRAP DRESS
$50

Performance
RUNNING 3-STRIPES TIGHTS
$55

 



JOIN CREATORS CLUB & GET 15% DISCOUNT    SIGN UP →

**TRENDING**
Casual Shoes
Slip On Shoes
Camo Clothing
Burgundy Shoes
Leather Sneakers

**CUSTOMER SUPPORT**
Get Help
Track Order
Returns & Refunds
Sizing
Promotions
How to Clean
Store Locator
Site Map

**COMPANY INFO**
About Us
Careers
Press
Affiliates
Military Discount
Student Discount
Mobile Apps
Creators Club
adidas Stories

**PARTNER SITES**
adidas Outdoor
miTeam

**PRIVACY & TERMS**
Privacy & Security
Terms and Conditions
Policy on Human Trafficking

**GIFT CARDS**
Check Balance

USA    Data settings  |  Do not sell my personal information  |  Privacy Policy  Terms and Conditions  |  © 2020 adidas America Inc.

Document title: adidas 3-Stripes Woven Joggers - Black | adidas US
Capture URL: https://www.adidas.com/us/3-stripes-woven-joggers/DZ8488.html
Capture timestamp (UTC): Mon, 06 Jan 2020 13:02:32 GMT

Page 3 of 4

Exhibit 1
Page 190 of 451



| LOAD MORE → | WRITE A REVIEW → |

## OTHERS ALSO BOUGHT



| Originals | Originals | Performance | Performance |
| SST TRACK PANTS | TREFOIL HOODIE | OWN THE RUN TIGHTS | RUNNING 3-STRIPES TIGHTS |
| $45 | $65 | $39 $55 | $55 |

## RECENTLY VIEWED ITEMS



| Originals | Originals | Originals | Performance |
| 3-STRIPES DRESS | OFF-THE-SHOULDER DRESS | SPAGHETTI STRAP DRESS | RUNNING 3-STRIPES TIGHTS |
| $42 $60 | $50 | $50 | $55 |



### JOIN CREATORS CLUB & GET 15% DISCOUNT

SIGN UP →

| TRENDING | CUSTOMER SUPPORT | COMPANY INFO | PARTNER SITES | GIFT CARDS |
| --- | --- | --- | --- | --- |
| Casual Shoes | Get Help | About Us | adidas Outdoor | Check Balance |
| Slip On Shoes | Track Order | Careers | miTeam | |
| Camo Clothing | Returns & Refunds | Press | | |
| Burgundy Shoes | Sizing | Affiliates | **PRIVACY & TERMS** | |
| Leather Sneakers | Promotions | Military Discount | Privacy & Security | |
| | How to Clean | Student Discount | Terms and Conditions | |
| | Store Locator | Mobile Apps | Policy on Human Trafficking | |
| | Site Map | Creators Club | | |
| | | adidas Stories | | |

USA    Data settings | Do not sell my personal information | Privacy PolicyTerms and Conditions | © 2020 adidas America Inc.

Document title: adidas 3-Stripes Woven Joggers – Black | adidas US
Capture URL: https://www.adidas.com/us/3-stripes-woven-joggers/DZ8488.html
Capture timestamp (UTC): Mon, 06 Jan 2020 13:02:32 GMT

Page 4 of 4

Exhibit 1
Page 191 of 451







★★★★☆ Read all 177 reviews

WOMEN'S ORIGINALS

# 3-STRIPES DRESS

$42 ~~$60~~

COLOR: BLACK

Size Guide

SELECT SIZE | 1

ADD TO BAG →

FEEDBACK

FREE SHIPPING OVER $49 + FREE RETURNS & EXCHANGES

Buy now, pay over time with PayPal CREDIT

## COMPLETE THE LOOK

$75 $350 $33

## PRODUCT DETAILS

HIGHLIGHTS | DESCRIPTION | SPECIFICATIONS | CARE

### THE ADICOLOR COLLECTION

Inspired by adidas heritage, Adicolor is authentic but modern

### ICONIC DETAILS

Signature 3-Stripes and a small Trefoil logo showcase adidas pride

## YOU MAY ALSO LIKE

Document title: adidas 3-Stripes Dress - Black | adidas US
Capture URL: https://www.adidas.com/us/3-stripes-dress/CY4748.html
Capture timestamp (UTC): Mon, 06 Jan 2020 13:02:03 GMT



Originals
3-STRIPES LEGGINGS
$40

Originals
TREFOIL TEE
$30

Performance
BELIEVE THIS 3-STRIPES TIGHTS
$44 $44

Performance
RUNNING 3-STRIPES TIGHTS
$55

FEEDBACK

## SHARE HOW YOU WEAR IT

Share a photo of your adidas favorite and appear in our showcase. Make sure to tag your image with @adidas.

SHARE HOW YOU WEAR IT
@adidas

## RATINGS & REVIEWS



**4.5** ★★★★★
177 Reviews

### RATING BREAKDOWN

| 5 STARS | 119 |
| 4 STARS | 38 |
| 3 STARS | 14 |
| 2 STARS | 5 |
| 1 STARS | 4 |

**94%**
of customers recommend this product

FIT
TOO TIGHT    PERFECT    TOO LOOSE

SORT ON
RELEVANT | HELPFUL | NEWEST

★★★★☆                                      April 17, 2018
**NICE BUT NOT FOR ME**
Nice dress but an XL fits more like a L, if you like to look like a stuffed sausage then your good!

✓ I recommend this product

NiecyD · Verified Purchaser

Was this review helpful? Yes (56)  No (4)

★★★★★                                      November 1, 2018
**SPORTY AND CLASSY DRESS.**
I like the fabric it's very soft and stretchy, I'm a size 14 ordered the xlarge, fit perfect.

Document title: adidas 3-Stripes Dress - Black | adidas US
Capture URL: https://www.adidas.com/us/3-stripes-dress/CY4748.html
Capture timestamp (UTC): Mon, 06 Jan 2020 13:02:03 GMT

Page 2 of 4

Exhibit 1
Page 193 of 451

# 94%

of customers recommend this product

FIT

TOO TIGHT — PERFECT — TOO LOOSE

LENGTH

RUNS SHORT — PERFECT — RUNS LONG

COMFORT

UNCOMFORTABLE — COMFORTABLE

QUALITY

POOR — PERFECT

★★★★★                                    November 1, 2018

**SPORTY AND CLASSY DRESS.**

I like the fabric it's very soft and stretchy, I'm a size 14 ordered the xlarge, fit perfect.

✓ I recommend this product

**SassyRose** · Verified Purchaser

Was this review helpful?    Yes [10]    No [0]

| LOAD MORE → | WRITE A REVIEW → |
|---|---|

FEEDBACK

## OTHERS ALSO BOUGHT



Performance
SQUADRA 17 JERSEY
$30

Essentials
T10 PANTS
$32 $45

Performance
SQUADRA 17 JERSEY
$30

Performance
FOUR-INCH SHORT TIGHTS
$30

## RECENTLY VIEWED ITEMS



Originals
OFF-THE-SHOULDER DRESS
$50

Originals
SPAGHETTI STRAP DRESS
$50

Performance
RUNNING 3-STRIPES TIGHTS
$55

Performance
RUN IT 3-STRIPES 7/8 TIGHTS
$50



**JOIN CREATORS CLUB & GET 15% DISCOUNT**    SIGN UP →

TRENDING          CUSTOMER SUPPORT    COMPANY INFO          PARTNER SITES          GIFT CARDS

Document title: adidas 3-Stripes Dress - Black | adidas US
Capture URL: https://www.adidas.com/us/3-stripes-dress/CY4748.html
Capture timestamp (UTC): Mon, 06 Jan 2020 13:02:03 GMT

Page 3 of 4

Exhibit 1
Page 194 of 451



## OTHERS ALSO BOUGHT



Performance
SQUADRA 17 JERSEY
$30

Essentials
T10 PANTS
$32 $45

Performance
SQUADRA 17 JERSEY
$30

Performance
FOUR-INCH SHORT TIGHTS
$30

## RECENTLY VIEWED ITEMS



Originals
OFF-THE-SHOULDER DRESS
$50

Originals
SPAGHETTI STRAP DRESS
$50

Performance
RUNNING 3-STRIPES TIGHTS
$55

Performance
RUN IT 3-STRIPES 7/8 TIGHTS
$50



JOIN CREATORS CLUB & GET 15% DISCOUNT

SIGN UP →

**TRENDING**
Casual Shoes
Slip On Shoes
Camo Clothing
Burgundy Shoes
Leather Sneakers

**CUSTOMER SUPPORT**
Get Help
Track Order
Returns & Refunds
Sizing
Promotions
How to Clean
Store Locator
Site Map

**COMPANY INFO**
About Us
Careers
Press
Affiliates
Military Discount
Student Discount
Mobile Apps
Creators Club
adidas Stories

**PARTNER SITES**
adidas Outdoor
miTeam

**PRIVACY & TERMS**
Privacy & Security
Terms and Conditions
Policy on Human Trafficking

**GIFT CARDS**
Check Balance

USA     Data settings |    Do not sell my personal information |    Privacy PolicyTerms and Conditions |    © 2020 adidas America Inc.

Document title: adidas 3-Stripes Dress - Black | adidas US
Capture URL: https://www.adidas.com/us/3-stripes-dress/CY4748.html
Capture timestamp (UTC): Mon, 06 Jan 2020 13:02:03 GMT

Page 4 of 4

Exhibit 1
Page 195 of 451



BACK   Home / Women / Apparel

★★★★★ Read all 46 reviews

WOMEN'S ORIGINALS
**OFF-THE-SHOULDER DRESS**

$50

or 3 interest-free payments of **$16.67** with Affirm.
Learn more

**AVAILABLE COLORS**

BLACK

Size Guide

SELECT SIZE       1

ADD TO BAG

FREE SHIPPING OVER $49 + FREE RETURNS & EXCHANGES

Buy now, pay over time with PayPal CREDIT

This model is 5' 9" and wears a size S. Their chest measures 32" and the waist 24".

COMPLETE THE LOOK



$75        $350        $33

# PRODUCT DETAILS

| HIGHLIGHTS | DESCRIPTION | SPECIFICATIONS | CARE |

**THE ADICOLOR COLLECTION**
Inspired by adidas heritage, Adicolor is authentic but modern

**ICONIC DETAILS**
3-Stripes on the sleeves and a Trefoil logo add true adidas Originals style

**CONTEMPORARY UPDATES**
Three-quarter sleeves and a strapless design add a modern feel

# YOU MAY ALSO LIKE



Document title: adidas Off-the-Shoulder Dress - Black | adidas US
Capture URL: https://www.adidas.com/us/off-the-shoulder-dress/ED7521.html
Capture timestamp (UTC): Mon, 06 Jan 2020 13:01:29 GMT

Exhibit 1
Page 196 of 451



Originals
3-STRIPES LEGGINGS
$40

Originals
TREFOIL TIGHTS
$40

Originals
BODYSUIT
$50

Performance
RUNNING 3-STRIPES TIGHTS
$55

FEEDBACK

## RATINGS & REVIEWS

**4.7** ★★★★★
46 Reviews

### RATING BREAKDOWN

| 5 STARS | | 35 |
| 4 STARS | | 9 |
| 3 STARS | | 1 |
| 2 STARS | | 1 |
| 1 STARS | | 0 |

## 98%
of customers recommend this product

FIT
TOO TIGHT — PERFECT — TOO LOOSE

LENGTH
RUNS SHORT — PERFECT — RUNS LONG

COMFORT
UNCOMFORTABLE — COMFORTABLE

QUALITY
POOR — PERFECT

SORT ON

| RELEVANT | HELPFUL | NEWEST |

★★★★★                                        September 26, 2019

**PERFECT!!**

I love it so much perfect size I got a 10/M and fits perfect! Can't wait to get it in black

✓ I recommend this product

EllieLD21 - Verified Purchaser

Was this review helpful? Yes [12]   No [3]

★★★★☆                                         October 1, 2019

**AS MATERIAL AND LOOKS IS REALLY AMAZING, SHAME IS A BIT SMALL ON THE ARMS**

I will recomand this product, just need to be ordered in a bigger size then you need

✓ I recommend this product

Ramonici - Verified Purchaser

Was this review helpful? Yes [4]   No [0]

| LOAD MORE → | WRITE A REVIEW → |

## OTHERS ALSO BOUGHT



Document title: adidas Off-the-Shoulder Dress - Black | adidas US
Capture URL: https://www.adidas.com/us/off-the-shoulder-dress/ED7521.html
Capture timestamp (UTC): Mon, 06 Jan 2020 13:01:29 GMT

Page 2 of 3

Exhibit 1
Page 197 of 451

| LOAD MORE → | WRITE A REVIEW → |

## OTHERS ALSO BOUGHT



| Originals | Performance | Originals | Performance |
| RUCHED ALLOVER PRINT TEE | FOUR-INCH SHORT TIGHTS | VELOUR SWEATSHIRT DRESS | FOUR-INCH SHORT TIGHTS |
| $35 | $30 | $80 | $30 |

## RECENTLY VIEWED ITEMS



| Originals | Performance | Performance | Originals |
| SPAGHETTI STRAP DRESS | RUNNING 3-STRIPES TIGHTS | RUN IT 3-STRIPES 7/8 TIGHTS | BIKER SHORTS |
| $50 | $55 | $50 | $35 |

 



**JOIN CREATORS CLUB & GET 15% DISCOUNT**    SIGN UP →

| TRENDING | CUSTOMER SUPPORT | COMPANY INFO | PARTNER SITES | GIFT CARDS |
|---|---|---|---|---|
| Casual Shoes | Get Help | About Us | adidas Outdoor | Check Balance |
| Slip On Shoes | Track Order | Careers | miTeam | |
| Camo Clothing | Returns & Refunds | Press | | |
| Burgundy Shoes | Sizing | Affiliates | **PRIVACY & TERMS** | |
| Leather Sneakers | Promotions | Military Discount | | |
| | How to Clean | Student Discount | Privacy & Security | |
| | Store Locator | Mobile Apps | Terms and Conditions | |
| | Site Map | Creators Club | Policy on Human Trafficking | |
| | | adidas Stories | | |

| USA | Data settings | Do not sell my personal information | Privacy PolicyTerms and Conditions | © 2020 adidas America Inc. |

Document title: adidas Off-the-Shoulder Dress - Black | adidas US
Capture URL: https://www.adidas.com/us/off-the-shoulder-dress/ED7521.html
Capture timestamp (UTC): Mon, 06 Jan 2020 13:01:29 GMT

Page 3 of 3

Exhibit 1
Page 198 of 451





ALSO VISIT Reebok | HELP | ORDER TRACKER AND RETURNS | JOIN CREATORS CLUB | CREATORS CLUB | LOG IN

adidas MEN WOMEN KIDS | SPORTS BRANDS | HOLIDAY Search

FREE SHIPPING OVER $49 AND FREE RETURNS JOIN THE ADIDAS CREATORS CLUB

BACK Home / Women / Apparel

NEW

★★★★★ Read 1 review

WOMEN'S ORIGINALS

# SPAGHETTI STRAP DRESS

$50

or 3 interest-free payments of **$16.67** with Affirm.
Learn more

COLOR: LUSH RED / WHITE

Size Guide

SELECT SIZE 1

ADD TO BAG

FREE SHIPPING OVER $49 + FREE RETURNS & EXCHANGES

Buy now, pay over time with PayPal CREDIT

FEEDBACK

This model is 5' 9" and wears a size S. Their chest measures 31" and the waist 24".

COMPLETE THE LOOK

$80 $90 $22 $10

## PRODUCT DETAILS

DESCRIPTION | SPECIFICATIONS | CARE

### SPAGHETTI STRAP DRESS

**A 3-STRIPES DRESS THAT'S EASY TO SLIP ON AND KEEP ON.**

Take sporty style in stride. An easy go-to when the weather is balmy, this Spaghetti Strap Dress has contrast 3-Stripes down the sides. The Trefoil logo detail in the middle of the scoop neck highlights adidas heritage.

Document title: adidas Spaghetti Strap Dress - Red | adidas US
Capture URL: https://www.adidas.com/us/spaghetti-strap-dress/FM3280.html
Capture timestamp (UTC): Mon, 06 Jan 2020 13:00:44 GMT

Trefoil logo detail in the middle of the scoop neck highlights adidas heritage.



## YOU MAY ALSO LIKE



Originals
**CROPPED POLO SHIRT**
$35 $50

Originals
**STACKED FORUM NO-SHOW SOCKS 3...**
$8 $15

Essentials
**DESIGN 2 MOVE-3-STRIPES TEE**
$21 $30

Performance
**RUNNING 3-STRIPES TIGHTS**
$55

FEEDBACK

## RATINGS & REVIEWS

**5** ★★★★★
1 Reviews

**RATING BREAKDOWN**

5 STARS ▬▬▬▬▬▬▬ 1
4 STARS ▬▬▬▬▬▬▬ 0
3 STARS ▬▬▬▬▬▬▬ 0
2 STARS ▬▬▬▬▬▬▬ 0
1 STARS ▬▬▬▬▬▬▬ 0

**100%**
of customers recommend this product

FIT
TOO TIGHT — PERFECT — TOO LOOSE

LENGTH
RUNS SHORT — PERFECT — RUNS LONG

COMFORT
UNCOMFORTABLE — COMFORTABLE

QUALITY
POOR — PERFECT

SORT ON
| RELEVANT | HELPFUL | NEWEST |

★★★★★                                    December 17, 2019
**VERY CUTE DRESS BUT RUNS VERY SMALL!**
The dress is so cute and the fabric is very nice however the dress runs very small! I usually wear size 10 AU in dress, top and skirt but I purchased size 12 AU hoping it would fit me just right not too tight or loose but when I tried this on, it was tight especially around my bust area and hip. Fortunately, the fabric is stretchy so I can still walk properly while wearing this dress. Therefore, I recommend you ladies to buy one size bigger.

✓ I recommend this product

Jny2019

Was this review helpful? Yes [0]  No [0]

| WRITE A REVIEW → |

## OTHERS ALSO BOUGHT

Document title: adidas Spaghetti Strap Dress - Red | adidas US
Capture URL: https://www.adidas.com/us/spaghetti-strap-dress/FM3280.html
Capture timestamp (UTC): Mon, 06 Jan 2020 13:00:44 GMT

Page 2 of 3

Exhibit 1
Page 200 of 451

POOR                    ˮ PERFECT

## OTHERS ALSO BOUGHT



Performance                    Performance                    Originals                      Performance
BELIEVE THIS 2.0 3-STRIPES 7/8 TIG...    CORE 18 HOODIE              BODYSUIT                       CORE 18 HOODIE
$40                            $50                            $50                            $50

## RECENTLY VIEWED ITEMS



Performance                    Performance                    Originals                      Originals
RUNNING 3-STRIPES TIGHTS       RUN IT 3-STRIPES 7/8 TIGHTS    BIKER SHORTS                   3-STRIPES BRA TOP
$55                            $50                            $35                            $25

### JOIN CREATORS CLUB & GET 15% DISCOUNT

SIGN UP →

| TRENDING | CUSTOMER SUPPORT | COMPANY INFO | PARTNER SITES | GIFT CARDS |
|---|---|---|---|---|
| Casual Shoes | Get Help | About Us | adidas Outdoor | Check Balance |
| Slip On Shoes | Track Order | Careers | miTeam | |
| Camo Clothing | Returns & Refunds | Press | | |
| Burgundy Shoes | Sizing | Affiliates | **PRIVACY & TERMS** | |
| Leather Sneakers | Promotions | Military Discount | | |
| | How to Clean | Student Discount | Privacy & Security | |
| | Store Locator | Mobile Apps | Terms and Conditions | |
| | Site Map | Creators Club | Policy on Human Trafficking | |
| | | adidas Stories | | |

USA          Data settings |    Do not sell my personal information |    Privacy Policy Terms and Conditions |    © 2020 adidas America Inc.

Document title: adidas Spaghetti Strap Dress - Red | adidas US
Capture URL: https://www.adidas.com/us/spaghetti-strap-dress/FM3280.html
Capture timestamp (UTC): Mon, 06 Jan 2020 13:00:44 GMT

Page 3 of 3

Exhibit 1
Page 201 of 451





ALSO VISIT Reebok HELP | ORDER TRACKER AND RETURNS | JOIN CREATORS CLUB | CREATORS CLUB LOG IN

adidas MEN WOMEN KIDS | SPORTS BRANDS | HOLIDAY Search

FREE SHIPPING OVER $49 AND FREE RETURNS JOIN THE ADIDAS CREATORS CLUB

BACK Home / Men / Apparel

★★★★☆ Read all 44 reviews

MEN'S RUNNING

# RUNNING 3-STRIPES TIGHTS

$55

or 3 interest-free payments of **$18.34** with Affirm. Learn more

COLOR: BLACK / WHITE

Size Guide

SELECT SIZE 1

ADD TO BAG

FREE SHIPPING OVER $49 + FREE RETURNS & EXCHANGES

Buy now, pay over time with PayPal CREDIT

FEEDBACK

This model is 6' 1" and wears a size M. Their chest measures 40" and the waist 30".

COMPLETE THE LOOK

$30 $85 $65

## PRODUCT DETAILS

| DESCRIPTION | SPECIFICATIONS | CARE |
|---|---|---|

### RUNNING 3-STRIPES TIGHTS

**MOISTURE-WICKING RUNNING TIGHTS WITH ANKLE ZIPS.**

These running tights sweep sweat away from your skin for dry comfort on all your training runs. Moisture-wicking fabric has a tight fit against the body for a second-skin feel. A higher rise in the back keeps the tights from pulling down during movement.

fit against the body for a second-skin feel. A higher rise in the back keeps the tights from pulling down during movement.



## YOU MAY ALSO LIKE



Performance
OWN THE RUN TIGHTS
$37 $55

Performance
ALPHASKIN TIGHTS
$35

Performance
RESPONSE CLIMAWARM 1/2 ZIP TEE
$44 $65

Essentials
ESSENTIALS 3-STRIPES TRICOT TRA...
$35 $50

## RATINGS & REVIEWS

### 4.5 ★★★★☆
44 Reviews

**RATING BREAKDOWN**

| 5 STARS | 29 |
| 4 STARS | 10 |
| 3 STARS | 3 |
| 2 STARS | 0 |
| 1 STARS | 2 |

## 91%
of customers recommend this product

FIT
TOO TIGHT — PERFECT — TOO LOOSE

LENGTH
RUNS SHORT — PERFECT — RUNS LONG

COMFORT
UNCOMFORTABLE — COMFORTABLE

QUALITY
POOR — PERFECT

SORT ON

| RELEVANT | HELPFUL | NEWEST |

★★★★★                                    November 14, 2019
**EXCELLENT FOR MY RUNNING**
Bought theses as I've recently started park run they are great lightweight and very comfortable!!

✓ I recommend this product

Tich280969 · Verified Purchaser

Was this review helpful?  Yes (1)  No (0)

★★★★☆                                    January 2, 2020
**BIT TOO TIGHT ORDERED NEXT SIZE**
Good material and thick but not too heavy. Comfortable when running and didn't need to constantly Pull them up

✓ I recommend this product

Boris101 · Verified Purchaser

Was this review helpful?  Yes (0)  No (0)

| LOAD MORE → | WRITE A REVIEW → |

## OTHERS ALSO BOUGHT

Document title: adidas Running 3-Stripes Tights - Black | adidas US
Capture URL: https://www.adidas.com/us/running-3-stripes-tights/CZ8099.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:59:58 GMT

Page 2 of 4

Exhibit 1
Page 203 of 451

LOAD MORE →   WRITE A REVIEW →

## OTHERS ALSO BOUGHT



Performance
ALPHASKIN SPORT 3/4 TIGHTS
$30

Performance
SUPERNOVA BIB SHORTS
$120

Originals
3-STRIPES PANTS
$60

Performance
ALPHASKIN SPORT 3-STRIPES TIGHTS
$25

FEEDBACK

## RECENTLY VIEWED ITEMS



Performance
RUN IT 3-STRIPES 7/8 TIGHTS
$50

Originals
BIKER SHORTS
$35

Originals
3-STRIPES BRA TOP
$25

Originals
BRA TOP
$28



JOIN CREATORS CLUB & GET 15% DISCOUNT     SIGN UP →

| TRENDING | CUSTOMER SUPPORT | COMPANY INFO | PARTNER SITES | GIFT CARDS |
|---|---|---|---|---|
| Casual Shoes | Get Help | About Us | adidas Outdoor | Check Balance |
| Slip On Shoes | Track Order | Careers | miTeam | |
| Camo Clothing | Returns & Refunds | Press | | |
| Burgundy Shoes | Sizing | Affiliates | **PRIVACY & TERMS** | |
| Leather Sneakers | Promotions | Military Discount | Privacy & Security | |
| | How to Clean | Student Discount | Terms and Conditions | |
| | Store Locator | Mobile Apps | Policy on Human Trafficking | |
| | Site Map | Creators Club | | |
| | | adidas Stories | | |



USA     Data settings  |  Do not sell my personal information  |  Privacy Policy Terms and Conditions  |  © 2020 adidas America Inc.

Document title: adidas Running 3-Stripes Tights – Black | adidas US
Capture URL: https://www.adidas.com/us/running-3-stripes-tights/CZ8099.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:59:58 GMT

LOAD MORE →    WRITE A REVIEW →

## OTHERS ALSO BOUGHT



| Performance | Performance | Originals | Performance |
|---|---|---|---|
| ALPHASKIN SPORT 3/4 TIGHTS | SUPERNOVA BIB SHORTS | 3-STRIPES PANTS | ALPHASKIN SPORT 3-STRIPES TIGHTS |
| $30 | $120 | $60 | $25 |

## RECENTLY VIEWED ITEMS



| Performance | Originals | Originals | Originals |
|---|---|---|---|
| RUN IT 3-STRIPES 7/8 TIGHTS | BIKER SHORTS | 3-STRIPES BRA TOP | BRA TOP |
| $50 | $35 | $25 | $28 |



**JOIN CREATORS CLUB & GET 15% DISCOUNT**    SIGN UP →

**TRENDING**
Casual Shoes
Slip On Shoes
Camo Clothing
Burgundy Shoes
Leather Sneakers

**CUSTOMER SUPPORT**
Get Help
Track Order
Returns & Refunds
Sizing
Promotions
How to Clean
Store Locator
Site Map

**COMPANY INFO**
About Us
Careers
Press
Affiliates
Military Discount
Student Discount
Mobile Apps
Creators Club
adidas Stories

**PARTNER SITES**
adidas Outdoor
miTeam

**PRIVACY & TERMS**
Privacy & Security
Terms and Conditions
Policy on Human Trafficking

**GIFT CARDS**
Check Balance

USA    Data settings |    Do not sell my personal information |    Privacy PolicyTerms and Conditions |    © 2020 adidas America Inc.

Document title: adidas Running 3-Stripes Tights – Black | adidas US
Capture URL: https://www.adidas.com/us/running-3-stripes-tights/CZ8099.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:59:58 GMT

Exhibit 1
Page 205 of 451







## COMPLETE THE LOOK

$25    $100

# PRODUCT DETAILS

| DESCRIPTION | SPECIFICATIONS | CARE |
| --- | --- | --- |



### RUN IT 3-STRIPES 7/8 TIGHTS

**RUNNING TIGHTS WITH 3-STRIPES.**

Find warmth in crisp morning runs. Feel fresh at the end. These adidas running tights absorb moisture to keep you feeling dry and confident. A drawcord elastic waist keeps the tights in place while you sprint through that intersection.



Document title: adidas Run It 3-Stripes 7/8 Tights - Black | adidas US
Capture URL: https://www.adidas.com/us/run-it-3-stripes-7-8-tights/ED9305.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:59:28 GMT

Page 1 of 3

Exhibit 1
Page 206 of 451

you sprint through that intersection.



## YOU MAY ALSO LIKE



Originals
STACKED FORUM NO-SHOW SOCKS 3...
$8 $15

Performance
ALPHASKIN CAPRI TIGHTS
$40

Athletics
BADGE OF SPORT TEE
$25

Performance
HOW WE DO 7/8 TIGHTS
$53 $75

FEEDBACK

## RATINGS & REVIEWS

**5** ★★★★★
1 Reviews

**RATING BREAKDOWN**

5 STARS ━━━━━━━━━━━━━ 1
4 STARS ─────────────── 0
3 STARS ─────────────── 0
2 STARS ─────────────── 0
1 STARS ─────────────── 0

**100%**
of customers recommend this product

FIT
TOO TIGHT ── PERFECT ── TOO LOOSE

LENGTH
RUNS SHORT ── PERFECT ── RUNS LONG

COMFORT
UNCOMFORTABLE ── ── COMFORTABLE

QUALITY
POOR ── ── PERFECT

SORT ON

| RELEVANT | HELPFUL | NEWEST |
|----------|---------|--------|

★★★★★                                           December 26, 2019

These were a Christmas present for my daughter! They are great fit and she's very happy with the quality.

✓ I recommend this product

**Jasily** - Verified Purchaser

Was this review helpful?  Yes (0)  No (0)

**WRITE A REVIEW** →

## OTHERS ALSO BOUGHT

Document title: adidas Run It 3-Stripes 7/8 Tights - Black | adidas US
Capture URL: https://www.adidas.com/us/run-it-3-stripes-7-8-tights/ED9305.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:59:28 GMT

Page 2 of 3

Exhibit 1
Page 207 of 451

POOR                    PERFECT

## OTHERS ALSO BOUGHT



Performance                Performance                Originals                Performance
ADIDAS X UNIVERSAL STANDARD LO...   BELIEVE THIS 2.0 3-STRIPES 7/8 TIG...   TREFOIL NO-SHOW SOCKS 6 PAIRS   RESPONSE LONG SLEEVE SHIRT
$40                        $60                        $20                      $35 $60

## RECENTLY VIEWED ITEMS



Originals                  Originals                  Originals                Performance
BIKER SHORTS               3-STRIPES BRA TOP          BRA TOP                  ALL ME 3-STRIPES BRA
$35                        $25                        $28                      $25 $30



**JOIN CREATORS CLUB & GET 15% DISCOUNT**          SIGN UP →

| TRENDING | CUSTOMER SUPPORT | COMPANY INFO | PARTNER SITES | GIFT CARDS |
|---|---|---|---|---|
| Casual Shoes | Get Help | About Us | adidas Outdoor | Check Balance |
| Slip On Shoes | Track Order | Careers | miTeam | |
| Camo Clothing | Returns & Refunds | Press | | |
| Burgundy Shoes | Sizing | Affiliates | **PRIVACY & TERMS** | |
| Leather Sneakers | Promotions | Military Discount | | |
| | How to Clean | Student Discount | Privacy & Security | |
| | Store Locator | Mobile Apps | Terms and Conditions | |
| | Site Map | Creators Club | Policy on Human Trafficking | |
| | | adidas Stories | | |

USA          Data settings  |   Do not sell my personal information  |   Privacy Policy Terms and Conditions  |   © 2020 adidas America Inc.

Document title: adidas Run It 3-Stripes 7/8 Tights - Black | adidas US
Capture URL: https://www.adidas.com/us/run-it-3-stripes-7-8-tights/ED9305.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:59:28 GMT

Page 3 of 3

Exhibit 1
Page 208 of 451





NEW

Write a Review

WOMEN'S ORIGINALS

# BIKER SHORTS

$35

AVAILABLE COLORS

BLACK / WHITE

FEEDBACK

Size Guide

SELECT SIZE 1

ADD TO BAG

FREE SHIPPING OVER $49 + FREE RETURNS & EXCHANGES

Buy now, pay over time with PayPal CREDIT

This model is 5' 9" and wears a size S. Their chest measures 32" and the waist 26".

COMPLETE THE LOOK

$130 $30 $110 $10

## PRODUCT DETAILS

DESCRIPTION | SPECIFICATIONS | CARE

### BIKER SHORTS

#### CYCLING-STYLE ADIDAS SHORTS WITH CLASSIC DETAILS.

The gym is calling. So is the mall. Rooted in sport heritage, these high-waisted shorts tell a 3-Stripes story wherever you wear them. Stretchy material gives them a flattering shape. The classic look is sealed with a small Trefoil logo detail.

Document title: adidas Biker Shorts - Black | adidas US
Capture URL: https://www.adidas.com/us/biker-shorts/FM2574.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:58:28 GMT

Stretchy material gives them a flattering shape. The classic look is sealed with a small Trefoil logo detail.



## YOU MAY ALSO LIKE



Performance
ALPHASKIN CAPRI TIGHTS
$40

Performance
OWN THE RUN TEE
$25 $35

Performance
BELIEVE THIS 2.0 3-STRIPES 7/8 TIG...
$60

Performance
ALL ME 3-STRIPES BRA
$25 $35

## BE THE FIRST TO REVIEW THIS PRODUCT

WRITE THE FIRST REVIEW →

## OTHERS ALSO BOUGHT



Essentials
ESSENTIALS INCLUSIVE-SIZING TEE
$25

Essentials
ESSENTIALS INCLUSIVE-SIZING TEE
$25

Performance
ASTRARUN SHOES
$100

Performance
ADIDAS X UNIVERSAL STANDARD CR...
$50

## RECENTLY VIEWED ITEMS



Document title: adidas Biker Shorts - Black | adidas US
Capture URL: https://www.adidas.com/us/biker-shorts/FM2574.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:58:28 GMT

Page 2 of 3

Exhibit 1
Page 210 of 451

WRITE THE FIRST REVIEW ⟶

## OTHERS ALSO BOUGHT



Essentials
ESSENTIALS INCLUSIVE-SIZING TEE
$25

Essentials
ESSENTIALS INCLUSIVE-SIZING TEE
$25

Performance
ASTRARUN SHOES
$100

Performance
ADIDAS X UNIVERSAL STANDARD CR...
$50

## RECENTLY VIEWED ITEMS



Originals
3-STRIPES BRA TOP
$25

Originals
BRA TOP
$28

Performance
ALL ME 3-STRIPES BRA
$25 $35

Originals
CROPPED TEE
$17



**JOIN CREATORS CLUB & GET 15% DISCOUNT**

SIGN UP ⟶

### TRENDING
Casual Shoes
Slip On Shoes
Camo Clothing
Burgundy Shoes
Leather Sneakers

### CUSTOMER SUPPORT
Get Help
Track Order
Returns & Refunds
Sizing
Promotions
How to Clean
Store Locator
Site Map

### COMPANY INFO
About Us
Careers
Press
Affiliates
Military Discount
Student Discount
Mobile Apps
Creators Club
adidas Stories

### PARTNER SITES
adidas Outdoor
miTeam

### PRIVACY & TERMS
Privacy & Security
Terms and Conditions
Policy on Human Trafficking

### GIFT CARDS
Check Balance

USA          Data settings  |  Do not sell my personal information  |  Privacy Policy Terms and Conditions  |  © 2020 adidas America Inc.

Document title: adidas Biker Shorts - Black | adidas US
Capture URL: https://www.adidas.com/us/biker-shorts/FM2574.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:58:28 GMT

Page 3 of 3

Exhibit 1
Page 211 of 451





This model is 5' 11" and wears a size S. Their chest measures 33" and the waist 24".

## COMPLETE THE LOOK

$130    $65    $130    $40

# PRODUCT DETAILS

| DESCRIPTION | SPECIFICATIONS | CARE |
| --- | --- | --- |

### 3-STRIPES BRA TOP

**A STRAPLESS TOP WITH CLASSIC 3-STRIPES STYLE.**

A street-ready look packed with attitude. This bra top exudes confidence with a daring design. Made of velour for a soft feel, the strapless top reveals its adidas DNA with signature 3-Stripes and a Trefoil logo.



Document title: adidas 3-Stripes Bra Top - Black | adidas US
Capture URL: https://www.adidas.com/us/3-stripes-bra-top/DV2585.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:57:45 GMT

Page 1 of 4

Exhibit 1
Page 212 of 451

Trefoil logo



## YOU MAY ALSO LIKE



| Originals | Performance | Performance | Performance |
|---|---|---|---|
| 3-STRIPES LEGGINGS | DON'T REST ALPHASKIN SPORTS BRA | FOUR-INCH SHORT TIGHTS | ALL ME 3-STRIPES BRA |
| $40 | $18 $35 | $30 | $25 $35 |

— — — —

## SHARE HOW YOU WEAR IT

Share a photo of your adidas favorite and appear in our showcase. Make sure to tag your image with @adidas.



SHARE HOW YOU WEAR IT
@adidas

## RATINGS & REVIEWS



| 5 ★★★★★ | SORT ON | | |
|---|---|---|---|
| 2 Reviews | RELEVANT | HELPFUL | NEWEST |

**RATING BREAKDOWN**

★★★★★                                    June 21, 2019

5 STARS ——————— 2

Adorable. Perfect for under overalls or super low/Loose tops or solo. Happily

FEEDBACK

Exhibit 1
Page 213 of 451

**5** ★★★★★
2 Reviews

SORT ON

| RELEVANT | HELPFUL | NEWEST |

**RATING BREAKDOWN**

5 STARS — 2
4 STARS — 0
3 STARS — 0
2 STARS — 0
1 STARS — 0

★★★★★                                    June 21, 2019

Adorable. Perfect for under overalls or super low/Loose tops or solo. Happily surprised it was velvet! Dreamy.

✓ I recommend this product

PantherMamaJolene

Was this review helpful?   Yes [0]   No [0]

**100%**

of customers recommend this product

FIT

TOO TIGHT          PERFECT          TOO LOOSE

LENGTH

RUNS SHORT          PERFECT          RUNS LONG

COMFORT

UNCOMFORTABLE                    COMFORTABLE

QUALITY

POOR                                          PERFECT

★★★★★                                    March 14, 2019

**RULE NUMBER ONE QUICKLY BUY OR THEY'RE GONE**

Cannot wait to wear this with my white ankle boots & Adidas pants

✓ I recommend this product

Modelface1

Was this review helpful?   Yes [0]   No [6]

**WRITE A REVIEW** →

FEEDBACK

## OTHERS ALSO BOUGHT



| | | | |
| Originals | Originals | Originals | Originals |
| TREFOIL TEE | SST TRACK JACKET | SAMBAROSE SHOES | TREFOIL TIGHTS |
| $30 | $75 | $100 | $40 |

— — — —

## RECENTLY VIEWED ITEMS



| | | | |
| Originals | Performance | Originals | Originals |
| BRA TOP | ALL ME 3-STRIPES BRA | CROPPED TEE | CROP TOP |
| $16 | $16 $16 | $25 | $25 |

Document title: adidas 3-Stripes Bra Top - Black | adidas US
Capture URL: https://www.adidas.com/us/3-stripes-bra-top/DV2585.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:57:45 GMT

Page 3 of 4

Exhibit 1
Page 214 of 451

POOR                    PERFECT        **WRITE A REVIEW** →

## OTHERS ALSO BOUGHT



Originals            Originals            Originals            Originals
TREFOIL TEE          SST TRACK JACKET     SAMBAROSE SHOES      TREFOIL TIGHTS
$30                  $75                  $100                 $40

▬ _ _ _

## RECENTLY VIEWED ITEMS



Originals            Performance          Originals            Originals
BRA TOP              ALL ME 3-STRIPES BRA CROPPED TEE          CROP TOP
$28                  $25 $35              $32                  $32

▬ _ _ _

**JOIN CREATORS CLUB & GET 15% DISCOUNT**    **SIGN UP** →






**TRENDING**        **CUSTOMER SUPPORT**  **COMPANY INFO**    **PARTNER SITES**   **GIFT CARDS**
Casual Shoes        Get Help              About Us            adidas Outdoor      Check Balance
Slip On Shoes       Track Order           Careers             miTeam
Camo Clothing       Returns & Refunds     Press
Burgundy Shoes      Sizing                Affiliates          **PRIVACY & TERMS**
Leather Sneakers    Promotions            Military Discount
                    How to Clean          Student Discount    Privacy & Security
                    Store Locator         Mobile Apps         Terms and Conditions
                    Site Map              Creators Club       Policy on Human Trafficking
                                          adidas Stores

▬ USA            Data settings |    Do not sell my personal information |    Privacy Policy Terms and Conditions |    © 2020 adidas America Inc.

Exhibit 1
Page 215 of 451



COMPLETE THE LOOK

$130     $65     $130     $40

# PRODUCT DETAILS

| DESCRIPTION | SPECIFICATIONS | CARE |



### BRA TOP

**A VERSATILE BRA TOP WITH CONTRAST 3-STRIPES.**

Show off your adidas pride. This comfortable bra top features
contrast 3-Stripes down the sides and a Trefoil logo for an authentic
look. A flattering scoop neck and wide straps makes it easy to wear. It
has a soft, tight-fitting feel.

Exhibit 1
Page 216 of 451

has a soft, tight-fitting feel.



## YOU MAY ALSO LIKE



Performance

ALL ME 3-STRIPES BRA

$25 ~~$35~~

Originals

3-STRIPES LEGGINGS

$40

Originals

FASHION BRA

$40

Performance

DON'T REST ALPHASKIN SPORTS BRA

$18 ~~$25~~

— — — —

## SHARE HOW YOU WEAR IT

Share a photo of your adidas favorite and appear in our showcase. Make sure to tag your image with @adidas.



## RATINGS & REVIEWS



**4.3** ★★★★☆
12 Reviews

**RATING BREAKDOWN**

5 STARS ──────────  7

SORT ON

| RELEVANT | HELPFUL | NEWEST |

★★★★★                        December 13, 2019

**SUPER CUTE!**

Document title: adidas Bra Top - Black | adidas US
Capture URL: https://www.adidas.com/us/bra-top/ED7559.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:57:19 GMT

Exhibit 1
Page 217 of 451

FEEDBACK

## 4.3 ★★★★☆
12 Reviews

### RATING BREAKDOWN

| | | |
|---|---|---|
| 5 STARS | | 7 |
| 4 STARS | | 3 |
| 3 STARS | | 1 |
| 2 STARS | | 0 |
| 1 STARS | | 1 |

## 92%
of customers recommend this product

**FIT**
TOO TIGHT — PERFECT — TOO LOOSE

**LENGTH**
RUNS SHORT — PERFECT — RUNS LONG

**COMFORT**
UNCOMFORTABLE — COMFORTABLE

**QUALITY**
POOR — PERFECT

SORT ON

| RELEVANT | HELPFUL | NEWEST |
|---|---|---|

★★★★★                                      December 13, 2019
**SUPER CUTE!**
Really flattering crop top, bought in a couple colours because I liked it so much!

✓ I recommend this product

**AbzCobabz** - Verified Purchaser

Was this review helpful?  Yes [0]  No [0]

★★★★☆                                      December 19, 2019
Perfect for a sporty teen. Good price and delivered fast.

✓ I recommend this product

**Megs2497** - Verified Purchaser

Was this review helpful?  Yes [0]  No [0]

| LOAD MORE → | WRITE A REVIEW → |
|---|---|

FEEDBACK

## OTHERS ALSO BOUGHT



Performance
FOUR-INCH SHORT TIGHTS
$30

Performance
FOUR-INCH SHORT TIGHTS
$30

Originals
CROPPED HOODIE
$65

Performance
FOUR-INCH SHORT TIGHTS
$30

## RECENTLY VIEWED ITEMS



Performance
ALL ME 3-STRIPES BRA

Originals
CROPPED TEE

Originals
CROP TOP

Originals
BELLISTA CROPPED HOODIE

Document title: adidas Bra Top - Black | adidas US
Capture URL: https://www.adidas.com/us/bra-top/ED7559.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:57:19 GMT

Page 3 of 4

Exhibit 1
Page 218 of 451

POOR                    PERFECT

## OTHERS ALSO BOUGHT



Performance                Performance                Originals                  Performance
FOUR-INCH SHORT TIGHTS     FOUR-INCH SHORT TIGHTS     CROPPED HOODIE             FOUR-INCH SHORT TIGHTS
$30                        $30                        $45                        $30

## RECENTLY VIEWED ITEMS



Performance                Originals                  Originals                  Originals
ALL ME 3-STRIPES BRA       CROPPED TEE                CROP TOP                   BELLISTA CROPPED HOODIE
$25 $35                    $32                        $32                        $25 $70

 



**JOIN CREATORS CLUB & GET 15% DISCOUNT**    SIGN UP →

| TRENDING | CUSTOMER SUPPORT | COMPANY INFO | PARTNER SITES | GIFT CARDS |
|---|---|---|---|---|
| Casual Shoes | Get Help | About Us | adidas Outdoor | Check Balance |
| Slip On Shoes | Track Order | Careers | miTeam | |
| Camo Clothing | Returns & Refunds | Press | | |
| Burgundy Shoes | Sizing | Affiliates | **PRIVACY & TERMS** | |
| Leather Sneakers | Promotions | Military Discount | | |
| | How to Clean | Student Discount | Privacy & Security | |
| | Store Locator | Mobile Apps | Terms and Conditions | |
| | Site Map | Creators Club | Policy on Human Trafficking | |
| | | adidas Stories | | |

USA    Data settings | Do not sell my personal information | Privacy Policy Terms and Conditions | © 2020 adidas America Inc.

Document title: adidas Bra Top - Black | adidas US
Capture URL: https://www.adidas.com/us/bra-top/ED7559.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:57:19 GMT

Page 4 of 4

Exhibit 1
Page 219 of 451







ALSO VISIT Reebok | HELP | ORDER TRACKER AND RETURNS | JOIN CREATORS CLUB | CREATORS CLUB | LOG IN

adidas MEN WOMEN KIDS | SPORTS BRANDS | HOLIDAY  Search

FREE SHIPPING OVER $49 AND FREE RETURNS  JOIN THE ADIDAS CREATORS CLUB

BACK  Home / Women / Apparel

← →

This model is 5' 9" and wears a size S. Their chest measures 32" and the waist 26".

★★★★☆ Read all 51 reviews

WOMEN'S TRAINING

# ALL ME 3-STRIPES BRA

$25 ~~$35~~

AVAILABLE COLORS

BLACK

FEEDBACK

Size Guide

SELECT SIZE | 1

ADD TO BAG

FREE SHIPPING OVER $49 + FREE RETURNS & EXCHANGES

Buy now, pay over time with PayPal CREDIT

COMPLETE THE LOOK

$70 ~~$100~~ $21 ~~$30~~ $18 ~~$30~~ $98 ~~$140~~

## PRODUCT DETAILS

HIGHLIGHTS | DESCRIPTION | SPECIFICATIONS | CARE

**STAY DRY**

Climalite wicks sweat to keep you dry in every condition

**REMOVABLE PADS**

Quick-drying removable pads for optional coverage and shaping

## YOU MAY ALSO LIKE

Document title: adidas All Me 3-Stripes Bra - Black | adidas US
Capture URL: https://www.adidas.com/us/all-me-3-stripes-bra/DU1290.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:56:23 GMT

  

| Performance | Performance | Performance | Performance |
| DON'T REST ALPHASKIN SPORTS BRA | ALL ME BADGE OF SPORT BRA | FOUR-INCH SHORT TIGHTS | BELIEVE THIS SOLID TIGHTS |
| $18 $35 | $18 $25 | $30 | $39 $65 |

FEEDBACK

## SHARE HOW YOU WEAR IT

Share a photo of your adidas favorite and appear in our showcase. Make sure to tag your image with @adidas.



LOAD MORE IMAGES

## RATINGS & REVIEWS



**4** ★★★★☆
51 Reviews

**RATING BREAKDOWN**

5 STARS ━━━━━━━━━ 16
4 STARS ━━━━━━━━━ 26
3 STARS ━━━━━━━━━ 3
2 STARS ━━━━━━━━━ 3
1 STARS ━━━━━━━━━ 3

**81%**
of customers recommend this product

FIT

TOO TIGHT ━━━━━●━━━ TOO LOOSE
PERFECT

SORT ON

| RELEVANT | HELPFUL | NEWEST |

★★★☆☆                                    April 13, 2019

**REALLY NOT GREAT FOR BIG BOOBS!**

although fitted and nice quality just really didn't leave much to the imagination. Not for bigger chested people as doesn't provide the coverage on the photo. Maybe go up a size for more coverage.

**Tarwie** - Verified Purchaser

Was this review helpful?  Yes (31)   No (0)

★★★★☆                                    December 9, 2019

It fit's wonderfull! If you run or sports a lot, it is perfect for it.

Document title: adidas All Me 3-Stripes Bra - Black | adidas US
Capture URL: https://www.adidas.com/us/all-me-3-stripes-bra/DU1290.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:56:23 GMT

Page 2 of 4

Exhibit 1
Page 221 of 451



## 81%
of customers recommend this product

FIT
TOO TIGHT — PERFECT — TOO LOOSE

LENGTH
RUNS SHORT — PERFECT — RUNS LONG

COMFORT
UNCOMFORTABLE — COMFORTABLE

QUALITY
POOR — PERFECT

Was this review helpful? Yes (21) No (0)

★★★★☆                                    December 9, 2019

It fit's wonderfull! If you run or sports a lot, it is perfect for it.

✓ I recommend this product

**Lttt** · Verified Purchaser

Was this review helpful? Yes [1] No [0]

LOAD MORE →        WRITE A REVIEW →

FEEDBACK

## OTHERS ALSO BOUGHT



Performance
FOUR-INCH SHORT TIGHTS
$30

Performance
FOUR-INCH SHORT TIGHTS
$30

Performance
FOUR-INCH SHORT TIGHTS
$30

Performance
RISE UP N RUN TANK TOP
$20 $40

## RECENTLY VIEWED ITEMS



Originals
CROPPED TEE
$32

Originals
CROP TOP
$32

Originals
BELLISTA CROPPED HOODIE
$35 $70

Originals
CROPPED TEE
$40



**JOIN CREATORS CLUB & GET 15% DISCOUNT**        SIGN UP →

TRENDING        CUSTOMER SUPPORT   COMPANY INFO        PARTNER SITES        GIFT CARDS

Document title: adidas All Me 3-Stripes Bra - Black | adidas US
Capture URL: https://www.adidas.com/us/all-me-3-stripes-bra/DU1290.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:56:23 GMT

Page 3 of 4

Exhibit 1
Page 222 of 451

POOR                    PERFECT            LOAD MORE    →        WRITE A REVIEW    →

## OTHERS ALSO BOUGHT



Performance            Performance            Performance            Performance
FOUR-INCH SHORT TIGHTS  FOUR-INCH SHORT TIGHTS  FOUR-INCH SHORT TIGHTS  RISE UP N RUN TANK TOP
$30                    $30                    $30                    $20 $40

## RECENTLY VIEWED ITEMS



Originals              Originals              Originals              Originals
CROPPED TEE            CROP TOP              BELLISTA CROPPED HOODIE  CROPPED TEE
$32                    $32                    $35 $70               $40

 



### JOIN CREATORS CLUB & GET 15% DISCOUNT

SIGN UP →

| TRENDING | CUSTOMER SUPPORT | COMPANY INFO | PARTNER SITES | GIFT CARDS |
|---|---|---|---|---|
| Casual Shoes | Get Help | About Us | adidas Outdoor | Check Balance |
| Slip On Shoes | Track Order | Careers | miTeam | |
| Camo Clothing | Returns & Refunds | Press | | |
| Burgundy Shoes | Sizing | Affiliates | **PRIVACY & TERMS** | |
| Leather Sneakers | Promotions | Military Discount | | |
| | How to Clean | Student Discount | Privacy & Security | |
| | Store Locator | Mobile Apps | Terms and Conditions | |
| | Site Map | Creators Club | Policy on Human Trafficking | |
| | | adidas Stories | | |

Document title: adidas All Me 3-Stripes Bra – Black | adidas US
Capture URL: https://www.adidas.com/us/all-me-3-stripes-bra/DU1290.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:56:23 GMT

Page 4 of 4

Exhibit 1
Page 223 of 451



This model is 5' 11" and wears a size S. Their chest measures 35" and the waist 25".

## PRODUCT DETAILS

| DESCRIPTION | SPECIFICATIONS |
|---|---|



### CROPPED TEE

**A CROPPED TEE WITH 3-STRIPES ON THE SLEEVES.**

This sporty t-shirt has a relaxed style that's inspired by '70s-era skate park scenes. It has a cropped cut and shows off 3-Stripes on the sleeves and classic ribbed details. All-cotton jersey drapes on the body for casual comfort.

## YOU MAY ALSO LIKE

Exhibit 1
Page 224 of 451

## YOU MAY ALSO LIKE



Essentials
T10 PANTS
$32 $45

Performance
FOUR-INCH SHORT TIGHTS
$30

Athletics
ATTEETUDE TEE
$28 $40

Performance
ALL ME 3-STRIPES BRA
$25 $35

— — — —

## RATINGS & REVIEWS

**4.5** ★★★★★
13 Reviews

### RATING BREAKDOWN

5 STARS ——————— 8
4 STARS ——— 4
3 STARS 0
2 STARS — 1
1 STARS 0

**93%**
of customers recommend this product

FIT
TOO TIGHT ——— PERFECT ——— TOO LOOSE

LENGTH
RUNS SHORT ——— PERFECT ——— RUNS LONG

COMFORT
UNCOMFORTABLE ——— COMFORTABLE

QUALITY
POOR ——— PERFECT

SORT ON

| RELEVANT | HELPFUL | NEWEST |

★★★★★                                April 22, 2019
I love this, the T-shirt looks so cute and fit to me, I always wear it not only to the gym but also anytime

✓ I recommend this product

**Annieeee1** - Verified Purchaser

Was this review helpful?  Yes [0]  No [3]

★★★★★                                December 8, 2019
**BEST PURCHASE EVER FOR GYM AND OUTDOOR ACTIVITIES**
Best purchase ever for gym and outdoor activities.

✓ I recommend this product

**agilespidey1225**

Was this review helpful?  Yes [0]  No [0]

| LOAD MORE → | WRITE A REVIEW → |

## OTHERS ALSO BOUGHT

FEEDBACK

Document title: adidas Cropped Tee - Grey | adidas US
Capture URL: https://www.adidas.com/us/cropped-tee/DX1143.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:52:50 GMT

Page 2 of 3

Exhibit 1
Page 225 of 451

POOR                    PERFECT        LOAD MORE          →        WRITE A REVIEW          →

## OTHERS ALSO BOUGHT



Performance          Performance          Performance            Originals
HI LO JERSEY         FOUR-INCH SHORT TIGHTS   RESPONSE LONG SLEEVE SHIRT   CROPPED HOODIE
$35                  $30                  $35 $50                $65

FEEDBACK

## RECENTLY VIEWED ITEMS



Originals            Originals            Originals              Athletics
CROP TOP             BELLISTA CROPPED HOODIE   CROPPED TEE            CROPPED TANK TOP
$32                  $35 $70              $40                    $25

 



**JOIN CREATORS CLUB & GET 15% DISCOUNT**          SIGN UP →

| TRENDING | CUSTOMER SUPPORT | COMPANY INFO | PARTNER SITES | GIFT CARDS |
|---|---|---|---|---|
| Casual Shoes | Get Help | About Us | adidas Outdoor | Check Balance |
| Slip On Shoes | Track Order | Careers | miTeam | |
| Camo Clothing | Returns & Refunds | Press | | |
| Burgundy Shoes | Sizing | Affiliates | **PRIVACY & TERMS** | |
| Leather Sneakers | Promotions | Military Discount | | |
| | How to Clean | Student Discount | Privacy & Security | |
| | Store Locator | Mobile Apps | Terms and Conditions | |
| | Site Map | Creators Club | Policy on Human Trafficking | |
| | | adidas Stories | | |

🇺🇸 USA          Data settings  |     Do not sell my personal information  |     Privacy PolicyTerms and Conditions  |     © 2020 adidas America Inc.

Document title: adidas Cropped Tee - Grey | adidas US
Capture URL: https://www.adidas.com/us/cropped-tee/DX1143.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:52:50 GMT

Page 3 of 3

Exhibit 1
Page 226 of 451



## COMPLETE THE LOOK



$65          $100          $90

## PRODUCT DETAILS

| HIGHLIGHTS | DESCRIPTION | SPECIFICATIONS | CARE |

**THE ADICOLOR COLLECTION**
Inspired by adidas heritage, Adicolor is authentic but modern

**ICONIC DETAILS**
Signature 3-Stripes and a Trefoil logo show off adidas pride

## YOU MAY ALSO LIKE



Document title: adidas Crop Top - Black | adidas US
Capture URL: https://www.adidas.com/us/crop-top/CY4745.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:52:02 GMT

Page 1 of 4

Exhibit 1
Page 227 of 451



Originals
3-STRIPES LEGGINGS
$40

Originals
SST TRACK PANTS
$65

Originals
TREFOIL TEE
$30

Performance
ALL ME 3-STRIPES BRA
$25 $30

FEEDBACK

## SHARE HOW YOU WEAR IT

Share a photo of your adidas favorite and appear in our showcase. Make sure to tag your image with @adidas.



**LOAD MORE IMAGES**

## RATINGS & REVIEWS



**4.5** ★★★★☆
106 Reviews

SORT ON

| RELEVANT | HELPFUL | NEWEST |

### RATING BREAKDOWN

| 5 STARS | 75 |
| 4 STARS | 24 |
| 3 STARS | 1 |
| 2 STARS | 2 |
| 1 STARS | 4 |

★★★★★                                      March 4, 2019

I have this crop top in three different colours! Love wearing em with matching tights

✓ I recommend this product
**RRRubes** – Verified Purchaser

Was this review helpful?   Yes [3]   No [0]

**95%**

of customers recommend this product

FIT

TOO TIGHT      PERFECT      TOO LOOSE

★☆☆☆☆                                      February 15, 2019

**DON'T SIZE UP**

Sizing is bad. Way too big especially around the bust

✓ I recommend this product

Document title: adidas Crop Top - Black | adidas US
Capture URL: https://www.adidas.com/us/crop-top/CY4745.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:52:02 GMT

Page 2 of 4

Exhibit 1
Page 228 of 451

# 95%

of customers recommend this product

FIT

TOO TIGHT ——— PERFECT ——— TOO LOOSE

LENGTH

RUNS SHORT ——— PERFECT ——— RUNS LONG

COMFORT

UNCOMFORTABLE ——— COMFORTABLE

QUALITY

POOR ——— PERFECT

★☆☆☆☆                                February 15, 2019

**DON'T SIZE UP**

Sizing is bad. Way too big especially around the bust

✓ I recommend this product

**Gk1234** · Verified Purchaser

Was this review helpful?  Yes (6)  No (1)

| LOAD MORE → | WRITE A REVIEW → |



FEEDBACK

## OTHERS ALSO BOUGHT



Performance
ALPHASKIN SPORT SHORT TIGHTS
$25

Originals
3-STRIPES SHORTS
$35

Performance
PACER 3-STRIPES KNIT SHORTS
$35

Performance
FOUR-INCH SHORT TIGHTS
$30

— — — —

## RECENTLY VIEWED ITEMS



Originals
BELLISTA CROPPED HOODIE
$35 $70

Originals
CROPPED TEE
$40

Athletics
CROPPED TANK TOP
$25

Originals
CROP TOP
$65

— — — —



**JOIN CREATORS CLUB & GET 15% DISCOUNT**

| SIGN UP → |

TRENDING        CUSTOMER SUPPORT   COMPANY INFO        PARTNER SITES        GIFT CARDS

Document title: adidas Crop Top - Black | adidas US
Capture URL: https://www.adidas.com/us/crop-top/CY4745.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:52:02 GMT

Page 3 of 4

Exhibit 1
Page 229 of 451

POOR                    PERFECT

## OTHERS ALSO BOUGHT



Performance              Originals              Performance              Performance
ALPHASKIN SPORT SHORT TIGHTS    3-STRIPES SHORTS    PACER 3-STRIPES KNIT SHORTS    FOUR-INCH SHORT TIGHTS
$25                      $35                    $25                     $30

## RECENTLY VIEWED ITEMS



Originals                Originals              Athletics              Originals
BELLISTA CROPPED HOODIE    CROPPED TEE          CROPPED TANK TOP       CROP TOP
$35 $70                  $40                    $25                     $65






**JOIN CREATORS CLUB & GET 15% DISCOUNT**    SIGN UP →

| TRENDING | CUSTOMER SUPPORT | COMPANY INFO | PARTNER SITES | GIFT CARDS |
|---|---|---|---|---|
| Casual Shoes | Get Help | About Us | adidas Outdoor | Check Balance |
| Slip On Shoes | Track Order | Careers | miTeam | |
| Camo Clothing | Returns & Refunds | Press | | |
| Burgundy Shoes | Sizing | Affiliates | **PRIVACY & TERMS** | |
| Leather Sneakers | Promotions | Military Discount | | |
| | How to Clean | Student Discount | Privacy & Security | |
| | Store Locator | Mobile Apps | Terms and Conditions | |
| | Site Map | Creators Club | Policy on Human Trafficking | |
| | | adidas Stories | | |

USA          Data settings  |  Do not sell my personal information  |  Privacy Policy Terms and Conditions  |  © 2020 adidas America Inc.

Document title: adidas Crop Top - Black | adidas US
Capture URL: https://www.adidas.com/us/crop-top/CY4745.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:52:02 GMT

Page 4 of 4

Exhibit 1
Page 230 of 451







Document title: adidas Bellista Cropped Hoodie – Blue | adidas US
Capture URL: https://www.adidas.com/us/bellista-cropped-hoodie/EC1905.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:51:28 GMT

Page 1 of 3

Exhibit 1
Page 231 of 451

Stripes and an adidas Trefoil logo root the modern look in its heritage.



## YOU MAY ALSO LIKE



Essentials
T10 PANTS
$32 $45

Athletics
TEAM ISSUE BADGE OF SPORT HOODIE
$39 $65

Originals
CROPPED HOODIE
$45

Performance
ALL ME 3-STRIPES BRA
$25 $35

## RATINGS & REVIEWS

**5** ★★★★★
3 Reviews

**RATING BREAKDOWN**

| | | |
|---|---|---|
| 5 STARS | | 3 |
| 4 STARS | | 0 |
| 3 STARS | | 0 |
| 2 STARS | | 0 |
| 1 STARS | | 0 |

**100%**
of customers recommend this product

FIT
TOO TIGHT — PERFECT — TOO LOOSE

LENGTH
RUNS SHORT — PERFECT — RUNS LONG

COMFORT
UNCOMFORTABLE — COMFORTABLE

QUALITY
POOR — PERFECT

SORT ON

| RELEVANT | HELPFUL | NEWEST |
|---|---|---|

★★★★★                                    December 14, 2019
**GREAT STYLE AND COLOUR**
I bought it for my teenage daughter. It looks great and comfortable
✓ I recommend this product
**MonikaBN** - Verified Purchaser
Was this review helpful? Yes [1] No [0]

★★★★★                                    January 2, 2020
Good quality, very comfortable and love the colour!
✓ I recommend this product
**MJH1** - Verified Purchaser
Was this review helpful? Yes [0] No [0]

| LOAD MORE → | WRITE A REVIEW → |
|---|---|

## OTHERS ALSO BOUGHT

Document title: adidas Bellista Cropped Hoodie - Blue | adidas US
Capture URL: https://www.adidas.com/us/bellista-cropped-hoodie/EC1905.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:51:28 GMT

Page 2 of 3

Exhibit 1
Page 232 of 451

POOR          PERFECT



## OTHERS ALSO BOUGHT



Originals | Essentials | Athletics | Essentials

BELLISTA SKIRT | ESSENTIALS LINEAR HOODIE | SPORT ID PANTS | ESSENTIALS 3-STRIPES SWEATSHIRT

$32 | $39 $55 | $39 $55 | $32 $45

## RECENTLY VIEWED ITEMS



Originals | Athletics | Originals | Athletics

CROPPED TEE | CROPPED TANK TOP | CROP TOP | BOLD BLOCK CREW SWEATSHIRT

$40 | $25 | $65 | $45

 

**JOIN CREATORS CLUB & GET 15% DISCOUNT**    SIGN UP →



| TRENDING | CUSTOMER SUPPORT | COMPANY INFO | PARTNER SITES | GIFT CARDS |
|---|---|---|---|---|
| Casual Shoes | Get Help | About Us | adidas Outdoor | Check Balance |
| Slip On Shoes | Track Order | Careers | miTeam | |
| Camo Clothing | Returns & Refunds | Press | | |
| Burgundy Shoes | Sizing | Affiliates | **PRIVACY & TERMS** | |
| Leather Sneakers | Promotions | Military Discount | Privacy & Security | |
| | How to Clean | Student Discount | Terms and Conditions | |
| | Store Locator | Mobile Apps | Policy on Human Trafficking | |
| | Site Map | Creators Club | | |
| | | adidas Stories | | |

🇺🇸 USA          Data settings  |    Do not sell my personal information  |    Privacy Policy  Terms and Conditions  |    © 2020 adidas America Inc.

Document title: adidas Bellista Cropped Hoodie - Blue | adidas US
Capture URL: https://www.adidas.com/us/bellista-cropped-hoodie/EC1905.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:51:28 GMT

Page 3 of 3

Exhibit 1
Page 233 of 451





ALSO VISIT Reebok | HELP | ORDER TRACKER AND RETURNS | JOIN CREATORS CLUB | CREATORS CLUB | LOG IN

adidas MEN WOMEN KIDS | SPORTS BRANDS | HOLIDAY Search

FREE SHIPPING OVER $49 AND FREE RETURNS   JOIN THE ADIDAS CREATORS CLUB

BACK Home / Women / Apparel

This model is 5' 9" and wears a size S. Their chest measures 33" and the waist 24".

Write a Review

WOMEN'S ORIGINALS

# CROPPED TEE

$40

AVAILABLE COLORS

BLACK

FEEDBACK

Size Guide

SELECT SIZE | 1

ADD TO BAG

FREE SHIPPING OVER $49 + FREE RETURNS & EXCHANGES

Buy now, pay over time with PayPal CREDIT

COMPLETE THE LOOK

$50 $130 $40

## PRODUCT DETAILS

DESCRIPTION | SPECIFICATIONS | CARE

### CROPPED TEE

**A CROPPED TEE WITH '90S STYLE.**

Past meets future. Inspired by an adidas track suit from the archives, this cropped t-shirt modernizes the look with bold colored inserts on the sleeves. The soft build keeps the look casual and comfortable.

Document title: adidas Cropped Tee - Black | adidas US
Capture URL: https://www.adidas.com/us/cropped-tee/GC8761.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:50:44 GMT

the sleeves. The soft build keeps the look casual and comfortable.



## YOU MAY ALSO LIKE



| Originals | Originals | Originals | Performance |
| CROPPED POLO SHIRT | BELLISTA TRACK JACKET | CROPPED SWEATSHIRT | ALL ME 3-STRIPES BRA |
| $36 $50 | $40 $80 | $70 | $25 $35 |

— — — — —

## BE THE FIRST TO REVIEW THIS PRODUCT

**WRITE THE FIRST REVIEW →**

## OTHERS ALSO BOUGHT



| Performance | Athletics | Performance | Originals |
| ADIDAS X UNIVERSAL STANDARD CR... | MUST HAVES VERSATILITY CREW SW... | BELIEVE THIS 2.0 3-STRIPES 7/8 TIG... | FASHION BRA |
| $50 | $70 | $60 | $40 |

— — — — —

## RECENTLY VIEWED ITEMS



Document title: adidas Cropped Tee – Black | adidas US
Capture URL: https://www.adidas.com/us/cropped-tee/GC8761.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:50:44 GMT

Exhibit 1
Page 235 of 451

**WRITE THE FIRST REVIEW** →

## OTHERS ALSO BOUGHT



| Performance | Athletics | Performance | Originals |
| --- | --- | --- | --- |
| ADIDAS X UNIVERSAL STANDARD CR... | MUST HAVES VERSATILITY CREW SW... | BELIEVE THIS 2.0 3-STRIPES 7/8 TIG... | FASHION BRA |
| $50 | $70 | $40 | $40 |

FEEDBACK

## RECENTLY VIEWED ITEMS



| Athletics | Originals | Athletics | Athletics |
| --- | --- | --- | --- |
| CROPPED TANK TOP | CROP TOP | BOLD BLOCK CREW SWEATSHIRT | MUST HAVES 3-STRIPES FRENCH TE... |
| $25 | $45 | $45 | $33 $45 |



**JOIN CREATORS CLUB & GET 15% DISCOUNT**

  **SIGN UP** →

**TRENDING**
Casual Shoes
Slip On Shoes
Camo Clothing
Burgundy Shoes
Leather Sneakers

**CUSTOMER SUPPORT**
Get Help
Track Order
Returns & Refunds
Sizing
Promotions
How to Clean
Store Locator
Site Map

**COMPANY INFO**
About Us
Careers
Press
Affiliates
Military Discount
Student Discount
Mobile Apps
Creators Club
adidas Stories

**PARTNER SITES**
adidas Outdoor
miTeam

**PRIVACY & TERMS**
Privacy & Security
Terms and Conditions
Policy on Human Trafficking

**GIFT CARDS**
Check Balance

Document title: adidas Cropped Tee – Black | adidas US
Capture URL: https://www.adidas.com/us/cropped-tee/GC8761.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:50:44 GMT

Page 3 of 3

Exhibit 1
Page 236 of 451





ALSO VISIT Reebok | HELP | ORDER TRACKER AND RETURNS | JOIN CREATORS CLUB | CREATORS CLUB | LOG IN

MEN WOMEN KIDS | SPORTS BRANDS | HOLIDAY

Search

FREE SHIPPING OVER $49 AND FREE RETURNS   JOIN THE ADIDAS CREATORS CLUB

BACK Home / Women / Apparel

NEW

Write a Review

WOMEN'S ATHLETICS

## CROPPED TANK TOP

$25

COLOR: BLACK

Size Guide

SELECT SIZE | 1

ADD TO BAG

FEEDBACK

FREE SHIPPING OVER $49 + FREE RETURNS & EXCHANGES

Buy now, pay over time with PayPal CREDIT

COMPLETE THE LOOK

$60 $43 $20

# PRODUCT DETAILS

DESCRIPTION | SPECIFICATIONS

## CROPPED TANK TOP

### AN ULTRA-SOFT TANK TOP WITH FUN METALLIC DETAILS.

Flash forward. With metallic 3-Stripes down the front, this adidas cropped tank top ensures you can power through your workout and step out in style afterward. Pair it with high-waisted leggings and you're good to go.

Document title: adidas Cropped Tank Top - Black | adidas US
Capture URL: https://www.adidas.com/us/cropped-tank-top/FM1658.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:50:04 GMT

...step ... if it ... mid-rise ... leggings and you're good to go.



## YOU MAY ALSO LIKE



Performance
ALL ME BADGE OF SPORT BRA
$18 $35

Performance
ALL ME 3-STRIPES BRA
$25 $35

Performance
BELIEVE THIS 2.0 3-STRIPES 7/8 TIG...
$60

Performance
ALL ME JACQUARD BRA
$28 $40

▬ ▬ ▬ ▬

## BE THE FIRST TO REVIEW THIS PRODUCT

**WRITE THE FIRST REVIEW →**

## OTHERS ALSO BOUGHT



Originals
CROPPED SWEATSHIRT
$70

Performance
RESPONSE LONG SLEEVE SHIRT
$35 $50

Essentials
ESSENTIALS LINEAR HODDIE
$39 $55

Essentials
ESSENTIALS 3-STRIPES SWEATSHIRT
$32 $45

▬ ▬ ▬ ▬

## RECENTLY VIEWED ITEMS



FEEDBACK

Document title: adidas Cropped Tank Top - Black | adidas US
Capture URL: https://www.adidas.com/us/cropped-tank-top/FM1658.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:50:04 GMT

Page 2 of 3

Exhibit 1
Page 238 of 451

**WRITE THE FIRST REVIEW** ⟶

## OTHERS ALSO BOUGHT



| Originals | Performance | Essentials | Essentials |
|---|---|---|---|
| CROPPED SWEATSHIRT | RESPONSE LONG SLEEVE SHIRT | ESSENTIALS LINEAR HOODIE | ESSENTIALS 3-STRIPES SWEATSHIRT |
| $70 | $35 $50 | $39 $65 | $32 $45 |

FEEDBACK

## RECENTLY VIEWED ITEMS



| Originals | Athletics | Athletics | Performance |
|---|---|---|---|
| CROP TOP | BOLD BLOCK CREW SWEATSHIRT | MUST HAVES 3-STRIPES FRENCH TE... | RESPONSE LONG SLEEVE SHIRT |
| $45 | $45 | $33 $48 | $35 $50 |

 



### JOIN CREATORS CLUB & GET 15% DISCOUNT

**SIGN UP** ⟶

**TRENDING**
Casual Shoes
Slip On Shoes
Camo Clothing
Burgundy Shoes
Leather Sneakers

**CUSTOMER SUPPORT**
Get Help
Track Order
Returns & Refunds
Sizing
Promotions
How to Clean
Store Locator
Site Map

**COMPANY INFO**
About Us
Careers
Press
Affiliates
Military Discount
Student Discount
Mobile Apps
Creators Club
adidas Stories

**PARTNER SITES**
adidas Outdoor
miTeam

**PRIVACY & TERMS**
Privacy & Security
Terms and Conditions
Policy on Human Trafficking

**GIFT CARDS**
Check Balance

USA       Data settings | Do not sell my personal information | Privacy Policy Terms and Conditions | © 2020 adidas America Inc.

Document title: adidas Cropped Tank Top - Black | adidas US
Capture URL: https://www.adidas.com/us/cropped-tank-top/FM1658.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:50:04 GMT

Page 3 of 3

Exhibit 1
Page 239 of 451





This model is 5' 8" and wears a size S. Their chest measures 33" and the waist 24".

★★★★☆ Read all 8 reviews

WOMEN'S ORIGINALS

# CROP TOP

$65

or 3 interest-free payments of **$21.67** with Affirm. Learn more

**AVAILABLE COLORS**

BLACK

FEEDBACK

Size Guide

SELECT SIZE | 1

ADD TO BAG

FREE SHIPPING OVER $49 + FREE RETURNS & EXCHANGES

Buy now, pay over time with PayPal CREDIT

COMPLETE THE LOOK

$120 $90 $22 $10

# PRODUCT DETAILS

DESCRIPTION | SPECIFICATIONS | CARE

## CROP TOP

**A CROPPED PULLOVER WITH '90S STYLE.**

Past meets future. Inspired by an adidas track suit from the archives, this crop top modernizes the look with bold colored overlays on the sleeves. Reflective details add some flash to this cozy, French terry pullover.

Document title: adidas Crop Top - Black | adidas US
Capture URL: https://www.adidas.com/us/crop-top/GC8776.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:49:17 GMT

pullover.



## YOU MAY ALSO LIKE



Originals
3-STRIPES LEGGINGS
$40

Originals
SST TRACK PANTS
$65

Originals
TECH TRACK PANTS
$75

Performance
ALL ME 3-STRIPES BRA
$25 $35

## RATINGS & REVIEWS



**4.3** ★★★★☆
8 Reviews

**RATING BREAKDOWN**

5 STARS ────────── 5
4 STARS ────────── 2
3 STARS ────────── 0
2 STARS ────────── 0
1 STARS ────────── 1

**88%**
of customers recommend this product

FIT
TOO TIGHT — PERFECT — TOO LOOSE

LENGTH
RUNS SHORT — PERFECT — RUNS LONG

COMFORT
UNCOMFORTABLE — COMFORTABLE

QUALITY
POOR — PERFECT

SORT ON

| RELEVANT | HELPFUL | NEWEST |

★☆☆☆☆                                           December 18, 2019
**BAD FIT**
Adidas makes every girl top cropped and the fit is terrible. Makes u look boxy

**Blahblan** - Verified Purchaser

Was this review helpful?  Yes [0]  No [1]

★★★★★                                           December 3, 2019
**VERY FLATTERING**
Worth the risk to wear white, with a pop of color.

✓ I recommend this product

**Cheesy22**

Was this review helpful?  Yes [2]  No [0]

| LOAD MORE → | WRITE A REVIEW → |

## OTHERS ALSO BOUGHT

Document title: adidas Crop Top - Black | adidas US
Capture URL: https://www.adidas.com/us/crop-top/GC8776.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:49:17 GMT

Page 2 of 3

Exhibit 1
Page 241 of 451

POOR                    PERFECT

## OTHERS ALSO BOUGHT



Originals
BELLISTA TEE
$40

Performance
BELIEVE THIS 2.0 3-STRIPES 7/8 TIG...
$60

Performance
BELIEVE THIS 2.0 3-STRIPES 7/8 TIG...
$60

Originals
BELLISTA TRACK PANTS
$60

## RECENTLY VIEWED ITEMS



Athletics
BOLD BLOCK CREW SWEATSHIRT
$45

Athletics
MUST HAVES 3-STRIPES FRENCH TE...
$33 $45

Performance
RESPONSE LONG SLEEVE SHIRT
$35 $50

Performance
3-STRIPES PERFORMANCE SWEATSH...
$60

 

### JOIN CREATORS CLUB & GET 15% DISCOUNT

SIGN UP →

**TRENDING**
Casual Shoes
Slip On Shoes
Camo Clothing
Burgundy Shoes
Leather Sneakers

**CUSTOMER SUPPORT**
Get Help
Track Order
Returns & Refunds
Sizing
Promotions
How to Clean
Store Locator
Site Map

**COMPANY INFO**
About Us
Careers
Press
Affiliates
Military Discount
Student Discount
Mobile Apps
Creators Club
adidas Stories

**PARTNER SITES**
adidas Outdoor
miTeam

**PRIVACY & TERMS**
Privacy & Security
Terms and Conditions
Policy on Human Trafficking

**GIFT CARDS**
Check Balance

USA          Data settings  |   Do not sell my personal information   |   Privacy Policy  Terms and Conditions   |   © 2020 adidas America Inc.

Document title: adidas Crop Top - Black | adidas US
Capture URL: https://www.adidas.com/us/crop-top/GC8776.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:49:17 GMT

Page 3 of 3

Exhibit 1
Page 242 of 451



**SOLD OUT**

BACK   Home / Women / Apparel

Write a Review

WOMEN'S ATHLETICS
## BOLD BLOCK CREW SWEATSHIRT
$45

COLOR: BLACK

**DON'T MISS OUT**
Unfortunately, this item is sold out. Don't miss our next great release - sign up below:

EMAIL ADDRESS

☐ Yes, I am over 13 years old * ?

☐ Yes, I'd like to receive emails about exclusive sales and more. *

SIGN UP →

By clicking Sign Up, you have read and agreed to the adidas Privacy Notice

FEEDBACK

This model is 5' 11" and wears a size S. Their chest measures 33" and the waist 26".

# PRODUCT DETAILS

| DESCRIPTION | SPECIFICATIONS |
|---|---|



### BOLD BLOCK CREW SWEATSHIRT

**A FRENCH TERRY SWEATSHIRT WITH OVERSIZE ADIDAS BRANDING.**

Be understated and loud at the same time. It's as easy as pulling on this adidas sweatshirt. The clean, uncomplicated shape flashes bold adidas branding on the sleeves. It's a delightful paradox that's fun to show off.

# YOU MAY ALSO LIKE

Document title: adidas Bold Block Crew Sweatshirt - Black | adidas US
Capture URL: https://www.adidas.com/us/bold-block-crew-sweatshirt/FK3235.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:48:46 GMT

Exhibit 1
Page 243 of 451

## YOU MAY ALSO LIKE



Originals
CROPPED HOODIE
$65

Performance
ALL ME 3-STRIPES BRA
$25 $30

Performance
BELIEVE THIS 2.0 3-STRIPES 7/8 TIG...
$60

Essentials
ESSENTIALS LINEAR HOODIE
$39 $65

## BE THE FIRST TO REVIEW THIS PRODUCT

**WRITE THE FIRST REVIEW** →

## OTHERS ALSO BOUGHT



Originals
SHINY PANTS
$70

Essentials
ESSENTIALS INCLUSIVE-SIZING TIGH...
$35

Performance
ADIDAS X UNIVERSAL STANDARD 3-S...
$75

Performance
RESPONSE LONG SLEEVE SHIRT
$35 $50

## RECENTLY VIEWED ITEMS



Athletics
MUST HAVES 3-STRIPES FRENCH TE...
$33 $45

Performance
RESPONSE LONG SLEEVE SHIRT
$35 $50

Performance
3-STRIPES PERFORMANCE SWEATSH...
$60

Athletics
MUST HAVES BOLD BLOCK HOODIE
$55

FEEDBACK

Document title: adidas Bold Block Crew Sweatshirt - Black | adidas US
Capture URL: https://www.adidas.com/us/bold-block-crew-sweatshirt/FK3235.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:48:46 GMT

Page 2 of 3

Exhibit 1
Page 244 of 451

**WRITE THE FIRST REVIEW** →

## OTHERS ALSO BOUGHT



Originals
SHINY PANTS
$70

Essentials
ESSENTIALS INCLUSIVE-SIZING TIGH...
$35

Performance
ADIDAS X UNIVERSAL STANDARD 3-S...
$75

Performance
RESPONSE LONG SLEEVE SHIRT
$35 $50

## RECENTLY VIEWED ITEMS



Athletics
MUST HAVES 3-STRIPES FRENCH TE...
$33 $45

Performance
RESPONSE LONG SLEEVE SHIRT
$35 $50

Performance
3-STRIPES PERFORMANCE SWEATSH...
$60

Athletics
MUST HAVES BOLD BLOCK HOODIE
$55

 



JOIN CREATORS CLUB & GET 15% DISCOUNT    **SIGN UP** →

**TRENDING**
Casual Shoes
Slip On Shoes
Camo Clothing
Burgundy Shoes
Leather Sneakers

**CUSTOMER SUPPORT**
Get Help
Track Order
Returns & Refunds
Sizing
Promotions
How to Clean
Store Locator
Site Map

**COMPANY INFO**
About Us
Careers
Press
Affiliates
Military Discount
Student Discount
Mobile Apps
Creators Club
adidas Stories

**PARTNER SITES**
adidas Outdoor
miTeam

**PRIVACY & TERMS**
Privacy & Security
Terms and Conditions
Policy on Human Trafficking

**GIFT CARDS**
Check Balance

Document title: adidas Bold Block Crew Sweatshirt - Black | adidas US
Capture URL: https://www.adidas.com/us/bold-block-crew-sweatshirt/FK3235.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:48:46 GMT

Page 3 of 3

Exhibit 1
Page 245 of 451



This model is 5' 11" and wears a size S. Their chest measures 33" and the waist 25".

## COMPLETE THE LOOK

$39 $55    $42 $60    $56 $80

## PRODUCT DETAILS

| DESCRIPTION | SPECIFICATIONS | CARE |
| --- | --- | --- |



### MUST HAVES 3-STRIPES FRENCH TERRY HOODIE

**A COZY HOODED TRACK JACKET WITH A RELAXED FIT.**

Transition through your day in comfortable style. This hoodie has a loose shape that comfortably layers over your workout clothes. The sporty track jacket is made of soft French terry. Contrast 3-Stripes stand out on the sleeves.

Document title: adidas Must Haves 3-Stripes French Terry Hoodie - Grey | adidas US
Capture URL: https://www.adidas.com/us/must-haves-3-stripes-french-terry-hoodie/DW9694.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:47:55 GMT

Page 1 of 4

Exhibit 1
Page 246 of 451

sporty track jacket is made of soft French terry. Contrast 3-Stripes
stand out on the sleeves.



## YOU MAY ALSO LIKE



| Essentials | Originals | Essentials | Originals |
| T10 PANTS | 3-STRIPES LEGGINGS | ESSENTIALS 3-STRIPES SWEATSHIRT | SST TRACK PANTS |
| $32 $45 | $40 | $32 $45 | $65 |

FEEDBACK

## RATINGS & REVIEWS



**4.6** ★★★★★
41 Reviews

**RATING BREAKDOWN**

5 STARS ▬▬▬▬▬▬ 30
4 STARS ▬▬ 7
3 STARS ▬ 4
2 STARS 0
1 STARS 0

**98%**
of customers recommend this product

FIT
TOO TIGHT — PERFECT — TOO LOOSE

LENGTH
RUNS SHORT — PERFECT — RUNS LONG

COMFORT
UNCOMFORTABLE — COMFORTABLE

QUALITY
POOR — PERFECT

SORT ON

| RELEVANT | HELPFUL | NEWEST |

★★★★★                                   May 31, 2019
**MUST HAVE ITEM**
Easy match— Black and white suit for sneakers in all colored! It is Good for
everyday wearing!

✓ I recommend this product
Aneee · Verified Purchaser

Was this review helpful?  Yes (2)  No (0)

★★★★★                                   March 1, 2019
**COMFY AND STYLISH**
Fit was a bit weird, since i'm a UK14 in the Trefoil hoodie, but I sized up to UK16-18
for this hoodie. It's fab.

✓ I recommend this product
evepb13 · Verified Purchaser

Was this review helpful?  Yes (8)  No (3)

| LOAD MORE → | WRITE A REVIEW → |

## OTHERS ALSO BOUGHT

| LOAD MORE → | WRITE A REVIEW → |
|---|---|

## OTHERS ALSO BOUGHT



| Originals | Performance | Athletics | Originals |
|---|---|---|---|
| TREFOIL TEE | 25/7 TEE | TEAM ISSUE PULLOVER HOODIE | TREFOIL TEE |
| $30 | $60 | $55 | $30 |

## RECENTLY VIEWED ITEMS



| Performance | Performance | Athletics | Originals |
|---|---|---|---|
| RESPONSE LONG SLEEVE SHIRT | 3-STRIPES PERFORMANCE SWEATSH... | MUST HAVES BOLD BLOCK HOODIE | CROPPED HOODIE |
| $35 $50 | $60 | $55 | $30 $60 |



### JOIN CREATORS CLUB & GET 15% DISCOUNT

SIGN UP →

| TRENDING | CUSTOMER SUPPORT | COMPANY INFO | PARTNER SITES | GIFT CARDS |
|---|---|---|---|---|
| Casual Shoes | Get Help | About Us | adidas Outdoor | Check Balance |
| Slip On Shoes | Track Order | Careers | miTeam | |
| Camo Clothing | Returns & Refunds | Press | | |
| Burgundy Shoes | Sizing | Affiliates | **PRIVACY & TERMS** | |
| Leather Sneakers | Promotions | Military Discount | | |
| | How to Clean | Student Discount | Privacy & Security | |
| | Store Locator | Mobile Apps | Terms and Conditions | |
| | Site Map | Creators Club | Policy on Human Trafficking | |
| | | adidas Stories | | |

USA    Data settings  |  Do not sell my personal information  |  Privacy Policy Terms and Conditions  |  © 2020 adidas America Inc.

Document title: adidas Must Haves 3-Stripes French Terry Hoodie - Grey | adidas US
Capture URL: https://www.adidas.com/us/must-haves-3-stripes-french-terry-hoodie/DW9694.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:47:55 GMT

Page 3 of 4

Exhibit 1
Page 248 of 451

| LOAD MORE → | WRITE A REVIEW → |

## OTHERS ALSO BOUGHT



Originals
TREFOIL TEE
$30

Performance
25/7 TEE
$60

Athletics
TEAM ISSUE PULLOVER HOODIE
$55

Originals
TREFOIL TEE
$30

FEEDBACK

## RECENTLY VIEWED ITEMS



Performance
RESPONSE LONG SLEEVE SHIRT
$35 $50

Performance
3-STRIPES PERFORMANCE SWEATSH...
$60

Athletics
MUST HAVES BOLD BLOCK HOODIE
$55

Originals
CROPPED HOODIE
$20 $40






JOIN CREATORS CLUB & GET 15% DISCOUNT

SIGN UP →

| TRENDING | CUSTOMER SUPPORT | COMPANY INFO | PARTNER SITES | GIFT CARDS |
|---|---|---|---|---|
| Casual Shoes | Get Help | About Us | adidas Outdoor | Check Balance |
| Slip On Shoes | Track Order | Careers | miTeam | |
| Camo Clothing | Returns & Refunds | Press | | |
| Burgundy Shoes | Sizing | Affiliates | **PRIVACY & TERMS** | |
| Leather Sneakers | Promotions | Military Discount | | |
| | How to Clean | Student Discount | Privacy & Security | |
| | Store Locator | Mobile Apps | Terms and Conditions | |
| | Site Map | Creators Club | Policy on Human Trafficking | |
| | | adidas Stories | | |

USA                    Data settings  |  Do not sell my personal information  |  Privacy Policy Terms and Conditions  |  © 2020 adidas America Inc.

Document title: adidas Must Haves 3-Stripes French Terry Hoodie - Grey | adidas US
Capture URL: https://www.adidas.com/us/must-haves-3-stripes-french-terry-hoodie/DW9694.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:47:55 GMT

Page 4 of 4

Exhibit 1
Page 249 of 451





Document title: adidas Response Long Sleeve Shirt - Grey | adidas US
Capture URL: https://www.adidas.com/us/response-long-sleeve-shirt/DM3139.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:47:05 GMT

Page 1 of 3

Exhibit 1
Page 250 of 451

Pre-shaped elbows allow for free and unrestricted movement.



## YOU MAY ALSO LIKE



| Performance | Athletics | Essentials | Essentials |
|---|---|---|---|
| RESPONSE LONG SLEEVE SHIRT | TEAM ISSUE BADGE OF SPORT HOODIE | ESSENTIALS 3-STRIPES SWEATSHIRT | ESSENTIALS 3-STRIPES SWEATSHIRT |
| $25 $50 | $39 $65 | $32 $45 | $32 $45 |

FEEDBACK

## RATINGS & REVIEWS



**4.8** ★★★★★
13 Reviews

**RATING BREAKDOWN**

5 STARS ———————— 11
4 STARS —— 2
3 STARS — 0
2 STARS — 0
1 STARS — 0

**100%**
of customers recommend this product

FIT
TOO TIGHT — PERFECT — TOO LOOSE

LENGTH
RUNS SHORT — PERFECT — RUNS LONG

COMFORT
UNCOMFORTABLE — COMFORTABLE

QUALITY
POOR — PERFECT

SORT ON

| RELEVANT | HELPFUL | NEWEST |
|---|---|---|

★★★★★                                          March 2, 2019
great fit and very good quality the information before buying was very helpful

✓ I recommend this product

sloaney20 · Verified Purchaser

Was this review helpful?  Yes (1)  No (0)

★★★★★                                          September 29, 2019
I love This shirt, although it's a lot thicker than expected. I thought it was a long sleeve tee but it's more like a sweater.

✓ I recommend this product

Laane

Was this review helpful?  Yes (2)  No (0)

| LOAD MORE → | WRITE A REVIEW → |
|---|---|

## OTHERS ALSO BOUGHT

Document title: adidas Response Long Sleeve Shirt - Grey | adidas US
Capture URL: https://www.adidas.com/us/response-long-sleeve-shirt/DM3139.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:47:05 GMT

Page 2 of 3

Exhibit 1
Page 251 of 451

POOR                    PERFECT

## OTHERS ALSO BOUGHT






Performance                 Performance                 Performance                 Performance
CORE 18 TRAINING TOP        OWN THE RUN JACKET          CORE 18 TRAINING TOP        RISE UP N RUN JACKET
$40                        $42 $60                     $40                        $70 $100

— — — —

## RECENTLY VIEWED ITEMS



Performance                 Athletics                   Originals                   Athletics
3-STRIPES PERFORMANCE SWEATSH...  MUST HAVES BOLD BLOCK HOODIE  CROPPED HOODIE        MUST HAVES 3-STRIPES HOODIE
$60                        $55                         $30 $40                     $36 $65

— — — —

 **JOIN CREATORS CLUB & GET 15% DISCOUNT**  SIGN UP →

| TRENDING | CUSTOMER SUPPORT | COMPANY INFO | PARTNER SITES | GIFT CARDS |
|---|---|---|---|---|
| Casual Shoes | Get Help | About Us | adidas Outdoor | Check Balance |
| Slip On Shoes | Track Order | Careers | miTeam | |
| Camo Clothing | Returns & Refunds | Press | | |
| Burgundy Shoes | Sizing | Affiliates | **PRIVACY & TERMS** | |
| Leather Sneakers | Promotions | Military Discount | Privacy & Security | |
| | How to Clean | Student Discount | Terms and Conditions | |
| | Store Locator | Mobile Apps | Policy on Human Trafficking | |
| | Site Map | Creators Club | | |
| | | adidas Stories | | |

USA          Data settings | Do not sell my personal information | Privacy PolicyTerms and Conditions | © 2020 adidas America Inc.

Document title: adidas Response Long Sleeve Shirt - Grey | adidas US
Capture URL: https://www.adidas.com/us/response-long-sleeve-shirt/DM3139.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:47:05 GMT

Page 3 of 3

Exhibit 1
Page 252 of 451





## PRODUCT DETAILS

| DESCRIPTION | SPECIFICATIONS | CARE |
|---|---|---|

### 3-STRIPES PERFORMANCE SWEATSHIRT

**A COMFORTABLE SWEATSHIRT FOR COOL-WEATHER TRAINING.**

A keyhole cutout above the bust adds an unexpected twist to this adidas sweatshirt. Designed to hit at the waist, it's made of soft cotton-blend fabric for casual comfort.

Document title: adidas 3-Stripes Performance Sweatshirt - Black | adidas US
Capture URL: https://www.adidas.com/us/3-stripes-performance-sweatshirt/FL2059.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:46:18 GMT

Page 1 of 3

Exhibit 1
Page 253 of 451

adidas sweatshirt. Designed to hit at the waist, it's made of soft cotton-blend fabric for casual comfort.



## YOU MAY ALSO LIKE



Performance
ALL ME 3-STRIPES BRA
$25 $35

Performance
ALL ME JACQUARD BRA
$28 $40

Originals
STAN SMITH SHOES
$80

Originals
NIZZA SHOES
$60

## BE THE FIRST TO REVIEW THIS PRODUCT

WRITE THE FIRST REVIEW →

## OTHERS ALSO BOUGHT



Originals
SHINY PANTS
$70

Performance
ADIDAS X UNIVERSAL STANDARD 3-S...
$75

Originals
BELLISTA TEE
$40

Originals
TECH TRACK PANTS
$75

## RECENTLY VIEWED ITEMS



FEEDBACK

Document title: adidas 3-Stripes Performance Sweatshirt - Black | adidas US
Capture URL: https://www.adidas.com/us/3-stripes-performance-sweatshirt/FL2059.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:46:18 GMT

Page 2 of 3

Exhibit 1
Page 254 of 451

**WRITE THE FIRST REVIEW** →

## OTHERS ALSO BOUGHT



Originals
SHINY PANTS
$70

Performance
ADIDAS X UNIVERSAL STANDARD 3-S...
$75

Originals
BELLISTA TEE
$40

Originals
TECH TRACK PANTS
$75

## RECENTLY VIEWED ITEMS



Athletics
MUST HAVES BOLD BLOCK HOODIE
$55

Originals
CROPPED HOODIE
$30 $40

Athletics
MUST HAVES 3-STRIPES HOODIE
$26 $40

Originals
HALF-ZIP SWEATSHIRT
$70

 



### JOIN CREATORS CLUB & GET 15% DISCOUNT

**SIGN UP** →

| TRENDING | CUSTOMER SUPPORT | COMPANY INFO | PARTNER SITES | GIFT CARDS |
|---|---|---|---|---|
| Casual Shoes | Get Help | About Us | adidas Outdoor | Check Balance |
| Slip On Shoes | Track Order | Careers | miTeam | |
| Camo Clothing | Returns & Refunds | Press | | |
| Burgundy Shoes | Sizing | Affiliates | **PRIVACY & TERMS** | |
| Leather Sneakers | Promotions | Military Discount | | |
| | How to Clean | Student Discount | Privacy & Security | |
| | Store Locator | Mobile Apps | Terms and Conditions | |
| | Site Map | Creators Club | Policy on Human Trafficking | |
| | | adidas Stories | | |

🇺🇸 USA          Data settings  |   Do not sell my personal information  |  Privacy PolicyTerms and Conditions  |   © 2020 adidas America Inc.

Document title: adidas 3-Stripes Performance Sweatshirt – Black | adidas US
Capture URL: https://www.adidas.com/us/3-stripes-performance-sweatshirt/FL2059.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:46:18 GMT

Page 3 of 3

Exhibit 1
Page 255 of 451



MEN WOMEN KIDS   SPORTS BRANDS   HOLIDAY

FREE SHIPPING OVER $49 AND FREE RETURNS   JOIN THE ADIDAS CREATORS CLUB

BACK   Home / Women / Apparel

NEW

★★★★★ Read 1 review

WOMEN'S ATHLETICS
## MUST HAVES BOLD BLOCK HOODIE

$55
or 3 interest-free payments of $18.34 with Affirm.
Learn more

AVAILABLE COLORS
BLACK

Size Guide

SELECT SIZE     1

ADD TO BAG

FREE SHIPPING OVER $49 + FREE RETURNS & EXCHANGES

Buy now, pay over time with PayPal CREDIT

This model is 5' 9" and wears a size S. Their chest measures 32" and the waist 26".

## COMPLETE THE LOOK

$30     $119     $170

# PRODUCT DETAILS

DESCRIPTION          SPECIFICATIONS



### MUST HAVES BOLD BLOCK HOODIE

**A COZY FRENCH TERRY HOODIE WITH SPORTY GRAPHICS.**

If the walk over to the gym didn't warm you up enough, keep the adidas Must Haves hoodie on as you get your heart pumping and muscles loose. Feeling good? Bring that energy into the rest of the day. Ride the sporty look and your post-workout high without interruption.

Document title: adidas Must Haves Bold Block Hoodie – Black | adidas US
Capture URL: https://www.adidas.com/us/must-haves-bold-block-hoodie/FK3226.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:45:28 GMT

Page 1 of 3

Exhibit 1
Page 256 of 451

day. Ride the sporty look and your post-workout high without interruption.



## YOU MAY ALSO LIKE



Performance
BELIEVE THIS 3-STRIPES TIGHTS
$44 $65

Originals
SST TRACK PANTS
$65

Performance
BELIEVE THIS 2.0 3-STRIPES 7/8 TIG...
$60

Originals
SST TRACK JACKET
$75

FEEDBACK

## RATINGS & REVIEWS

**5** ★★★★★
1 Reviews

**RATING BREAKDOWN**

| 5 STARS | ▬▬▬▬▬▬▬ | 1 |
| 4 STARS | | 0 |
| 3 STARS | | 0 |
| 2 STARS | | 0 |
| 1 STARS | | 0 |

**100%**
of customers recommend this product

QUALITY
POOR ▬▬▬▬▬ PERFECT

SORT ON

| RELEVANT | HELPFUL | NEWEST |

★★★★★                                              December 30, 2019

**BEAUTIFUL AND COMFORTABLE!**
The color is so vibrant and the jacket is very comfortable!

✓ I recommend this product

Carolnease

Was this review helpful? Yes [0]  No [0]

**WRITE A REVIEW** →

## OTHERS ALSO BOUGHT



Document title: adidas Must Haves Bold Block Hoodie - Black | adidas US
Capture URL: https://www.adidas.com/us/must-haves-bold-block-hoodie/FK3226.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:45:28 GMT

Exhibit 1
Page 257 of 451

POOR                    PERFECT

## OTHERS ALSO BOUGHT



Performance                Performance                Athletics                Performance
BELIEVE THIS 2.0 3-STRIPES 7/8 TIG...    CORE 18 HOODIE    MUST HAVES VERSATILITY CREW SW...    ADIDAS X UNIVERSAL STANDARD CR...
$40                        $50                        $70                        $50

## RECENTLY VIEWED ITEMS



Originals                Athletics                Originals                Essentials
CROPPED HOODIE    MUST HAVES 3-STRIPES HOODIE    HALF-ZIP SWEATSHIRT    ESSENTIALS 3-STRIPES HOODIE
$30 $60                $46 $65                $70                        $39 $55

 



**JOIN CREATORS CLUB & GET 15% DISCOUNT**    SIGN UP →

| TRENDING | CUSTOMER SUPPORT | COMPANY INFO | PARTNER SITES | GIFT CARDS |
|---|---|---|---|---|
| Casual Shoes | Get Help | About Us | adidas Outdoor | Check Balance |
| Slip On Shoes | Track Order | Careers | miTeam | |
| Camo Clothing | Returns & Refunds | Press | | |
| Burgundy Shoes | Sizing | Affiliates | **PRIVACY & TERMS** | |
| Leather Sneakers | Promotions | Military Discount | Privacy & Security | |
| | How to Clean | Student Discount | Terms and Conditions | |
| | Store Locator | Mobile Apps | Policy on Human Trafficking | |
| | Site Map | Creators Club | | |
| | | adidas Stories | | |

USA                    Data settings |    Do not sell my personal information |    Privacy PolicyTerms and Conditions |    © 2020 adidas America Inc.

Document title: adidas Must Haves Bold Block Hoodie - Black | adidas US
Capture URL: https://www.adidas.com/us/must-haves-bold-block-hoodie/FK3226.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:45:28 GMT

Page 3 of 3

Exhibit 1
Page 258 of 451





This model is 5' 10" and wears a size S. Their chest measures 32" and the waist 26".

**COMPLETE THE LOOK**

$35   $70   $100   $40

## PRODUCT DETAILS

| DESCRIPTION | SPECIFICATIONS | CARE |
| --- | --- | --- |



### CROPPED HOODIE

**A CROPPED HOODIE WITH 3-STRIPES ON THE CUFFS.**

In the '90s, styles with bold branding ran the streets. This hoodie recalls that era with a double linear Trefoil logo on the chest. It's made of plush French terry and comes with a high neckline to create a cozy comfort zone.

Document title: adidas Cropped Hoodie – Black | adidas US
Capture URL: https://www.adidas.com/us/cropped-hoodie/EJ8537.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:44:37 GMT

Page 1 of 3

Exhibit 1
Page 259 of 451

a cozy comfort zone.

FEEDBACK

## YOU MAY ALSO LIKE



| Performance | Originals | Originals | Originals |
| ALL ME BADGE OF SPORT BRA | 3-STRIPES LEGGINGS | CROPPED HOODIE | SST TRACK PANTS |
| $10 $26 | $40 | $65 | $65 |

## RATINGS & REVIEWS



**4.8** ★★★★★
27 Reviews

**RATING BREAKDOWN**

| | | |
|---|---|---|
| 5 STARS | | 23 |
| 4 STARS | | 3 |
| 3 STARS | | 0 |
| 2 STARS | | 1 |
| 1 STARS | | 0 |

**97%**
of customers recommend this product

FIT
TOO TIGHT    PERFECT    TOO LOOSE

LENGTH
RUNS SHORT    PERFECT    RUNS LONG

COMFORT
UNCOMFORTABLE    COMFORTABLE

QUALITY
POOR    PERFECT

SORT ON

| RELEVANT | HELPFUL | NEWEST |

★★☆☆☆                                    September 8, 2019
**BOUGHT THIS ITEM 3 TIMES HOPING IT WOULDN'T DISCOLOUR HOWEVER IT DID EVERYT...**
Great look and fit BUT (which is a HUGE but) the colour fades within a day and gets blotchy.

**Viviana100**

Was this review helpful?   Yes (9)   No (2)

★★★★☆                                    July 10, 2019
**GREAT MATERIAL, SIZING IS OFF**
Sizing is off - waaaaay bigger than expected, ordered a M that feels like an XL. However the quality is great - soft, thick material. Feels amazing.

✓ I recommend this product
**JG92929292**

Was this review helpful?   Yes (4)   No (0)

| LOAD MORE → | **WRITE A REVIEW →** |

## OTHERS ALSO BOUGHT

Document title: adidas Cropped Hoodie - Black | adidas US
Capture URL: https://www.adidas.com/us/cropped-hoodie/EJ8537.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:44:37 GMT

Page 2 of 3

Exhibit 1
Page 260 of 451



## OTHERS ALSO BOUGHT



Originals
WINDBREAKER
$56 $80

Originals
TRACK JACKET
$40 $80

Performance
RESPONSE LONG SLEEVE SHIRT
$35 $50

Originals
3-STRIPES TEE
$26 $40

## RECENTLY VIEWED ITEMS



Athletics
MUST HAVES 3-STRIPES HOODIE
$44 $65

Originals
HALF-ZIP SWEATSHIRT
$70

Essentials
ESSENTIALS 3-STRIPES HOODIE
$39 $55

Originals
FIREBIRD TRACK JACKET
$56 $80



JOIN CREATORS CLUB & GET
15% DISCOUNT

SIGN UP →

**TRENDING**

Casual Shoes
Slip On Shoes
Camo Clothing
Burgundy Shoes
Leather Sneakers

**CUSTOMER SUPPORT**

Get Help
Track Order
Returns & Refunds
Sizing
Promotions
How to Clean
Store Locator
Site Map

**COMPANY INFO**

About Us
Careers
Press
Affiliates
Military Discount
Student Discount
Mobile Apps
Creators Club
adidas Stories

**PARTNER SITES**

adidas Outdoor
miTeam

**PRIVACY & TERMS**

Privacy & Security
Terms and Conditions
Policy on Human Trafficking

**GIFT CARDS**

Check Balance

USA          Data settings  |  Do not sell my personal information  |  Privacy PolicyTerms and Conditions  |  © 2020 adidas America Inc.

Document title: adidas Cropped Hoodie – Black | adidas US
Capture URL: https://www.adidas.com/us/cropped-hoodie/EJ8537.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:44:37 GMT

Page 3 of 3

Exhibit 1
Page 261 of 451





Document title: adidas Must Haves 3-Stripes Hoodie – Black | adidas US
Capture URL: https://www.adidas.com/us/must-haves-3-stripes-hoodie/DX7970.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:43:14 GMT

Page 1 of 3

Exhibit 1
Page 262 of 451

back and down the sleeves add a fresh take on heritage style.



## YOU MAY ALSO LIKE



Athletics
TEAM ISSUE BADGE OF SPORT HOODIE
$39 $65

Essentials
T10 PANTS
$32 $45

Originals
3-STRIPES LEGGINGS
$40

Essentials
ESSENTIALS 3-STRIPES SWEATSHIRT
$32 $45

## RATINGS & REVIEWS



**4.6** ★★★★★
21 Reviews

**RATING BREAKDOWN**

5 STARS ▬▬▬▬▬ 15
4 STARS ▬▬▬ 5
3 STARS 0
2 STARS 1
1 STARS 0

**96%**
of customers recommend this product

FIT
TOO TIGHT    PERFECT    TOO LOOSE

LENGTH
RUNS SHORT    PERFECT    RUNS LONG

COMFORT
UNCOMFORTABLE    COMFORTABLE

QUALITY
POOR    PERFECT

SORT ON

| RELEVANT | HELPFUL | NEWEST |

★★★★★                                        November 23, 2019
**LOVELY!!**
It's very comfortable and warm, perfect for the autumn season.
✓ I recommend this product
**Chas483939393929** - Verified Purchaser
Was this review helpful?  Yes (2)  No (0)

★★★★★                                        October 25, 2019
**PERFECT FIT**
Light weight. Soft and silky to the touch and perfect fit.
✓ I recommend this product
**She03** - Verified Purchaser
Was this review helpful?  Yes (2)  No (0)

| LOAD MORE → | **WRITE A REVIEW →** |

## OTHERS ALSO BOUGHT

Document title: adidas Must Haves 3-Stripes Hoodie - Black | adidas US
Capture URL: https://www.adidas.com/us/must-haves-3-stripes-hoodie/DX7970.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:43:14 GMT

Page 2 of 3

Exhibit 1
Page 263 of 451



POOR                    PERFECT          LOAD MORE    →       WRITE A REVIEW    →

## OTHERS ALSO BOUGHT



| Essentials | Performance | Performance | Performance |
| T10 PANTS | ESSENTIALS 3-STRIPES LAYERING J... | TERREX SKYCLIMB FLEECE JACKET | TIRO 19 TRAINING PANTS |
| $32 $45 | $70 | $42 $89 | $45 |

## RECENTLY VIEWED ITEMS



| Originals | Essentials | Originals | Originals |
| HALF-ZIP SWEATSHIRT | ESSENTIALS 3-STRIPES HOODIE | FIREBIRD TRACK JACKET | PANTS |
| $70 | $39 $65 | $56 $80 | $20 $40 |

 



**JOIN CREATORS CLUB & GET 15% DISCOUNT**    SIGN UP →

| TRENDING | CUSTOMER SUPPORT | COMPANY INFO | PARTNER SITES | GIFT CARDS |
| --- | --- | --- | --- | --- |
| Casual Shoes | Get Help | About Us | adidas Outdoor | Check Balance |
| Slip On Shoes | Track Order | Careers | miTeam | |
| Camo Clothing | Returns & Refunds | Press | | |
| Burgundy Shoes | Sizing | Affiliates | **PRIVACY & TERMS** | |
| Leather Sneakers | Promotions | Military Discount | Privacy & Security | |
| | How to Clean | Student Discount | Terms and Conditions | |
| | Store Locator | Mobile Apps | Policy on Human Trafficking | |
| | Site Map | Creators Club | | |
| | | adidas Stories | | |

USA          Data settings  |  Do not sell my personal information  |  Privacy Policy Terms and Conditions  |  © 2020 adidas America Inc.

Document title: adidas Must Haves 3-Stripes Hoodie – Black | adidas US
Capture URL: https://www.adidas.com/us/must-haves-3-stripes-hoodie/DX7970.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:43:14 GMT

Page 3 of 3

Exhibit 1
Page 264 of 451



This model is 5' 9" and wears a size S. Their chest measures 32" and the waist 26".

## COMPLETE THE LOOK



$30        $120        $40

## PRODUCT DETAILS

| HIGHLIGHTS | DESCRIPTION | SPECIFICATIONS | CARE |
|---|---|---|---|

**THE ADICOLOR COLLECTION**

Inspired by adidas heritage, Adicolor is authentic but modern

**ICONIC DETAILS**

Trefoil logos add true adidas Originals style

**CONTEMPORARY UPDATES**

Deconstructed 3-Stripes on one sleeve meet up with a Trefoil logo to add an unexpected detail

Document title: adidas Half-Zip Sweatshirt – Black | adidas US
Capture URL: https://www.adidas.com/us/half-zip-sweatshirt/ED7526.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:42:30 GMT

Page 1 of 3

Exhibit 1
Page 265 of 451



**THE ADICOLOR COLLECTION**

Inspired by adidas heritage, Adicolor is authentic but modern

**ICONIC DETAILS**

Trefoil logos add true adidas Originals style

**CONTEMPORARY UPDATES**

Deconstructed 3-Stripes on one sleeve meet up with a Trefoil logo to add an unexpected detail

## YOU MAY ALSO LIKE



Originals
3-STRIPES LEGGINGS
$40

Essentials
ESSENTIALS 3-STRIPES SWEATSHIRT
$32 $45

Originals
TRACK PANTS
$35 $70

Originals
SST TRACK PANTS
$65



FEEDBACK

## RATINGS & REVIEWS

### 4.7
★★★★★
47 Reviews

**RATING BREAKDOWN**

| 5 STARS | 37 |
| 4 STARS | 9 |
| 3 STARS | 0 |
| 2 STARS | 1 |
| 1 STARS | 0 |

### 98%
of customers recommend this product

FIT
TOO TIGHT — PERFECT — TOO LOOSE

LENGTH
RUNS SHORT — PERFECT — RUNS LONG

COMFORT
UNCOMFORTABLE — COMFORTABLE

QUALITY
POOR — PERFECT

SORT ON

| RELEVANT | HELPFUL | NEWEST |

★★★★★                                         November 22, 2019

**AMAZING COLOR AND FITS PERFECTLY**

Love the quality and get lots of compliments. Would definitely purchase other colors

✓ I recommend this product

**Lopes17** - Verified Purchaser

Was this review helpful?  Yes [3]  No [0]

★★★★☆                                         November 29, 2019

Size down as it is oversized, lovely colour and great quality. Just too big on me

✓ I recommend this product

**Emmahar** - Verified Purchaser

Was this review helpful?  Yes [1]  No [0]

| LOAD MORE → | WRITE A REVIEW → |

## OTHERS ALSO BOUGHT

Document title: adidas Half-Zip Sweatshirt - Black | adidas US
Capture URL: https://www.adidas.com/us/half-zip-sweatshirt/ED7526.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:42:30 GMT

Exhibit 1
Page 266 of 451

POOR                    PERFECT

## OTHERS ALSO BOUGHT



| Performance | Originals | Originals | Performance |
| CORE 18 HOODIE | CARGO PANTS | TREFOIL HOODIE | CORE 18 HOODIE |
| $50 | $80 | $45 | $50 |

## RECENTLY VIEWED ITEMS



| Essentials | Originals | Originals | Performance |
| ESSENTIALS 3-STRIPES HOODIE | FIREBIRD TRACK JACKET | PANTS | SERENO 19 PANTS |
| $39 $55 | $56 $80 | $30 $40 | $45 |

 



**JOIN CREATORS CLUB & GET 15% DISCOUNT**    SIGN UP →

**TRENDING**
Casual Shoes
Slip On Shoes
Camo Clothing
Burgundy Shoes
Leather Sneakers

**CUSTOMER SUPPORT**
Get Help
Track Order
Returns & Refunds
Sizing
Promotions
How to Clean
Store Locator
Site Map

**COMPANY INFO**
About Us
Careers
Press
Affiliates
Military Discount
Student Discount
Mobile Apps
Creators Club
adidas Stories

**PARTNER SITES**
adidas Outdoor
miTeam

**PRIVACY & TERMS**
Privacy & Security
Terms and Conditions
Policy on Human Trafficking

**GIFT CARDS**
Check Balance

USA        Data settings |        Do not sell my personal information |        Privacy Policy Terms and Conditions |        © 2020 adidas America Inc.

Document title: adidas Half-Zip Sweatshirt - Black | adidas US
Capture URL: https://www.adidas.com/us/half-zip-sweatshirt/ED7526.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:42:30 GMT

Page 3 of 3

Exhibit 1
Page 267 of 451







ALSO VISIT Reebok HELP | ORDER TRACKER AND RETURNS | JOIN CREATORS CLUB | CREATORS CLUB LOG IN

adidas MEN WOMEN KIDS | SPORTS BRANDS | HOLIDAY Search

FREE SHIPPING OVER $49 AND FREE RETURNS JOIN THE ADIDAS CREATORS CLUB

BACK Home / Women / Apparel

This model is 5' 9" and wears a size S. Their chest measures 31" and the waist 25".

★★★★☆ Read all 35 reviews

WOMEN'S ESSENTIALS

# ESSENTIALS 3-STRIPES HOODIE

$39 ~~$55~~

AVAILABLE COLORS

BLACK / WHITE

FEEDBACK

Size Guide

SELECT SIZE | 1

ADD TO BAG

FREE SHIPPING OVER $49 + FREE RETURNS & EXCHANGES

Buy now, pay over time with PayPal CREDIT

COMPLETE THE LOOK

$15 ~~$25~~ $13 ~~$25~~ $35 ~~$50~~ $39 ~~$65~~

## PRODUCT DETAILS

DESCRIPTION | SPECIFICATIONS

### ESSENTIALS 3-STRIPES HOODIE

**A COMFORTABLE JACKET CRAFTED FOR LOUNGING BETWEEN WORKOUTS.**

Simple streamlined style designed for going from sport to street. The iconic 3-Stripes run down the shoulders and sleeves of this straightforward hoodie. A concealed zip and slim fit give the track jacket a sleek profile. It's made of stretchy cotton single jersey for a soft, flexible feel.

Document title: adidas Essentials 3-Stripes Hoodie - Black | adidas US
Capture URL: https://www.adidas.com/us/essentials-3-stripes-hoodie/DP2416.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:41:54 GMT

jacket a sleek profile. It's made of stretchy cotton single jersey for a soft, flexible feel.



## YOU MAY ALSO LIKE



Athletics
TEAM ISSUE BADGE OF SPORT HOODIE
$39 $55

Essentials
T10 PANTS
$32 $45

Essentials
ESSENTIALS LINEAR HOODIE
$39 $55

Essentials
ADILETTE COMFORT SLIDES
$25 $30

## RATINGS & REVIEWS



**4.5** ★★★★⯪
35 Reviews

**RATING BREAKDOWN**

5 STARS — 24
4 STARS — 7
3 STARS — 3
2 STARS — 1
1 STARS — 0

**89%**
of customers recommend this product

FIT
TOO TIGHT — PERFECT — TOO LOOSE

LENGTH
RUNS SHORT — PERFECT — RUNS LONG

COMFORT
UNCOMFORTABLE — COMFORTABLE

QUALITY
POOR — PERFECT

SORT ON

| RELEVANT | HELPFUL | NEWEST |

★★★☆☆                                                April 8, 2019
**SIZING IS HIT OR MISS!**
I purchased this jacket as part of a 3 piece outfit. This jacket runs a little small, while the matching tights are huge! My biggest complaint is that the fabric feels super thin and cheap! Not what I was expecting from such a huge brand as Adidas. Needless to say, I had to return everything due to sizing issues.

sillsygirl · Verified Purchaser

Was this review helpful?   Yes (8)   No (1)

★★☆☆☆                                                October 16, 2019
**THE MATERIALS USED WAS SO THIN, IT DOESN'T FEEL LIKE THE ORIGINAL JACKET ON...**
I suggest to buy directly on Adidas store to make sure of its quality. The quality of the jacket that i received was not that good.

AhnAhn

Was this review helpful?   Yes (11)   No (5)

| LOAD MORE → | WRITE A REVIEW → |

## OTHERS ALSO BOUGHT

Document title: adidas Essentials 3-Stripes Hoodie - Black | adidas US
Capture URL: https://www.adidas.com/us/essentials-3-stripes-hoodie/DP2416.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:41:54 GMT

Page 2 of 4

Exhibit 1
Page 269 of 451



## OTHERS ALSO BOUGHT



| Performance | Essentials | Essentials | Originals |
| --- | --- | --- | --- |
| CORE 18 HOODIE | BRILLIANT BASICS TEE | ESSENTIALS INCLUSIVE-SIZING HOO... | SST TRACK PANTS |
| $50 | $15 $25 | $55 | $65 |

## RECENTLY VIEWED ITEMS



 

| Originals | Originals | Performance | Originals |
| --- | --- | --- | --- |
| FIREBIRD TRACK JACKET | PANTS | SERENO 19 PANTS | DANIELLE CATHARI FIREBIRD TRACK... |
| $56 $80 | $30 $40 | $45 | $63 $90 |



JOIN CREATORS CLUB & GET 15% DISCOUNT

SIGN UP →

**TRENDING**
Casual Shoes
Slip On Shoes
Camo Clothing
Burgundy Shoes
Leather Sneakers

**CUSTOMER SUPPORT**
Get Help
Track Order
Returns & Refunds
Sizing
Promotions
How to Clean
Store Locator
Site Map

**COMPANY INFO**
About Us
Careers
Press
Affiliates
Military Discount
Student Discount
Mobile Apps
Creators Club
adidas Stories

**PARTNER SITES**
adidas Outdoor
miTeam

**PRIVACY & TERMS**
Privacy & Security
Terms and Conditions
Policy on Human Trafficking

**GIFT CARDS**
Check Balance

USA    Data settings | Do not sell my personal information | Privacy PolicyTerms and Conditions | © 2020 adidas America Inc.

Document title: adidas Essentials 3-Stripes Hoodie - Black | adidas US
Capture URL: https://www.adidas.com/us/essentials-3-stripes-hoodie/DP2416.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:41:54 GMT

Page 3 of 4

Exhibit 1
Page 270 of 451

LOAD MORE → | WRITE A REVIEW →

## OTHERS ALSO BOUGHT



| | | | |
|---|---|---|---|
| Performance | Essentials | Essentials | Originals |
| CORE 18 HOODIE | BRILLIANT BASICS TEE | ESSENTIALS INCLUSIVE-SIZING HOO... | SST TRACK PANTS |
| $50 | $15 $35 | $55 | $65 |

FEEDBACK

## RECENTLY VIEWED ITEMS



| | | | |
|---|---|---|---|
| Originals | Originals | Performance | Originals |
| FIREBIRD TRACK JACKET | PANTS | SERENO 19 PANTS | DANIELLE CATHARI FIREBIRD TRACK... |
| $56 $80 | $30 $40 | $45 | $63 $90 |



**JOIN CREATORS CLUB & GET 15% DISCOUNT**    SIGN UP →

| TRENDING | CUSTOMER SUPPORT | COMPANY INFO | PARTNER SITES | GIFT CARDS |
|---|---|---|---|---|
| Casual Shoes | Get Help | About Us | adidas Outdoor | Check Balance |
| Slip On Shoes | Track Order | Careers | miTeam | |
| Camo Clothing | Returns & Refunds | Press | | |
| Burgundy Shoes | Sizing | Affiliates | **PRIVACY & TERMS** | |
| Leather Sneakers | Promotions | Military Discount | | |
| | How to Clean | Student Discount | Privacy & Security | |
| | Store Locator | Mobile Apps | Terms and Conditions | |
| | Site Map | Creators Club | Policy on Human Trafficking | |
| | | adidas Stories | | |

🇺🇸 USA    Data settings |    Do not sell my personal information |    Privacy PolicyTerms and Conditions |    © 2020 adidas America Inc.

Document title: adidas Essentials 3-Stripes Hoodie - Black | adidas US
Capture URL: https://www.adidas.com/us/essentials-3-stripes-hoodie/DP2416.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:41:54 GMT

Page 4 of 4

Exhibit 1
Page 271 of 451




This model is 5' 9" and wears a size S. Their chest measures 32" and the waist 24".

**COMPLETE THE LOOK**

$40     $40     $100     $25

# PRODUCT DETAILS

| DESCRIPTION | SPECIFICATIONS | CARE |
| --- | --- | --- |

### FIREBIRD TRACK JACKET

**A RETRO FIREBIRD TRACK JACKET INSPIRED BY RAINBOW COLORS.**

Modern-day style inspired by '90s Firebird design. This track jacket comes in a range of colors representing the full spectrum of the rainbow. A tall collar and the signature sheen of tricot give it a throwback look. Contrast 3-Stripes and a Trefoil logo add authenticity.



Document title: adidas Firebird Track Jacket – Black | adidas US
Capture URL: https://www.adidas.com/us/firebird-track-jacket/ED7515.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:40:57 GMT

Page 1 of 3

Exhibit 1
Page 272 of 451

throwback look. Contrast 3-Stripes and a Trefoil logo add
authenticity.



## YOU MAY ALSO LIKE



Originals
SST TRACK PANTS
$65

Originals
SST TRACK JACKET
$75

Performance
TIRO 19 TRAINING JACKET
$65

Performance
BELIEVE THIS 2.0 3-STRIPES 7/8 TIG...
$60

FEEDBACK

## RATINGS & REVIEWS



**4.5** ★★★★★
108 Reviews

**RATING BREAKDOWN**

5 STARS —————————— 74
4 STARS ———— 21
3 STARS —— 10
2 STARS — 2
1 STARS — 1

**96%**
of customers recommend this product

FIT
TOO TIGHT | PERFECT | TOO LOOSE

LENGTH
RUNS SHORT | PERFECT | RUNS LONG

COMFORT
UNCOMFORTABLE | COMFORTABLE

QUALITY
POOR | PERFECT

SORT ON
| RELEVANT | HELPFUL | NEWEST |

★★★★★                                    September 23, 2019

More beautiful than the photo. Lovely material, and size is perfect.

✓ I recommend this product

**Pere8** - Verified Purchaser

Was this review helpful?  Yes [7]  No [0]

★★☆☆☆                                    September 28, 2019

**COMES UP WAY TO SMALL**

Well my uk dress size is a 14 ordered XL (18) still very very tight poor fit

**LouLou47** - Verified Purchaser

Was this review helpful?  Yes [10]  No [3]

| LOAD MORE → | WRITE A REVIEW → |

## OTHERS ALSO BOUGHT

Document title: adidas Firebird Track Jacket - Black | adidas US
Capture URL: https://www.adidas.com/us/firebird-track-jacket/ED7515.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:40:57 GMT

Page 2 of 3

Exhibit 1
Page 273 of 451

POOR                    PERFECT

## OTHERS ALSO BOUGHT



Performance
CORE 18 HOODIE
$50

Originals
TRACK PANTS
$84 $120

Performance
ALL ME 3-STRIPES BRA
$25 $35

Originals
3-STRIPES SHORTS
$21 $35

## RECENTLY VIEWED ITEMS



Originals
PANTS
$30 $60

Performance
SERENO 19 PANTS
$45

Originals
DANIELLE CATHARI FIREBIRD TRACK...
$63 $90

Performance
TIRO 19 3/4 PANTS
$60






JOIN CREATORS CLUB & GET
15% DISCOUNT

SIGN UP →

**TRENDING**
Casual Shoes
Slip On Shoes
Camo Clothing
Burgundy Shoes
Leather Sneakers

**CUSTOMER SUPPORT**
Get Help
Track Order
Returns & Refunds
Sizing
Promotions
How to Clean
Store Locator
Site Map

**COMPANY INFO**
About Us
Careers
Press
Affiliates
Military Discount
Student Discount
Mobile Apps
Creators Club
adidas Stories

**PARTNER SITES**
adidas Outdoor
miTeam

**PRIVACY & TERMS**
Privacy & Security
Terms and Conditions
Policy on Human Trafficking

**GIFT CARDS**
Check Balance

USA                    Data settings | Do not sell my personal information | Privacy PolicyTerms and Conditions | © 2020 adidas America Inc.

Document title: adidas Firebird Track Jacket - Black | adidas US
Capture URL: https://www.adidas.com/us/firebird-track-jacket/ED7515.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:40:57 GMT

Page 3 of 3

Exhibit 1
Page 274 of 451



This model is 5' 10" and wears a size 5. Their chest measures 31" and the waist 24".

## COMPLETE THE LOOK



$75          $32          $100

## PRODUCT DETAILS

| HIGHLIGHTS | DESCRIPTION | SPECIFICATIONS | CARE |
|---|---|---|---|

**90S INSPIRATION**

This sports-meet-street collection is rooted in '90s sportswear

**ICONIC DETAILS REMASTERED FOR TODAY**

A double linear Trefoil logo and 3-Stripes on the cuffs add unexpected updates to classic details

## YOU MAY ALSO LIKE



Document title: adidas Pants - Black | adidas US
Capture URL: https://www.adidas.com/us/pants/ED5851.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:40:22 GMT

Page 1 of 4

Exhibit 1
Page 275 of 451



| Originals | Essentials | Originals | Performance |
| SST TRACK PANTS | ADILETTE COMFORT SLIDES | CARGO PANTS | BELIEVE THIS 2.0 3-STRIPES 7/8 TIG... |
| $45 | $25 $35 | $80 | $60 |

FEEDBACK

## SHARE HOW YOU WEAR IT

Share a photo of your adidas favorite and appear in our showcase. Make sure to tag your image with @adidas.



SHARE HOW YOU WEAR IT

@adidas

## RATINGS & REVIEWS

**3.8** ★★★★☆
60 Reviews

### RATING BREAKDOWN

| 5 STARS | | 26 |
| 4 STARS | | 11 |
| 3 STARS | | 12 |
| 2 STARS | | 8 |
| 1 STARS | | 3 |

**70%**
of customers recommend this product

FIT

SORT ON

| RELEVANT | HELPFUL | NEWEST |

★★★☆☆                                         October 17, 2019

**SIZES COME UP BIG**

Great tracksuit just comes up really big so order 1 size smaller then u would be

✓ I recommend this product

**Kel21** - Verified Purchaser

Was this review helpful? Yes [1]  No [0]

★★★☆☆                                          October 8, 2019

**LOVED THE FEEL, BUT NOT THE LOOK. TOO SHORT IN THE LEG,
FELT VERY MUCH LIKE...**

Document title: adidas Pants - Black | adidas US
Capture URL: https://www.adidas.com/us/pants/ED5851.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:40:22 GMT

Page 2 of 4

Exhibit 1
Page 276 of 451

## 70%
of customers recommend this product

**FIT**

TOO TIGHT — PERFECT — TOO LOOSE

**LENGTH**

RUNS SHORT — PERFECT — RUNS LONG

**COMFORT**

UNCOMFORTABLE — COMFORTABLE

**QUALITY**

POOR — PERFECT

Was this review helpful? Yes (1) No (0)

★★★☆☆                                           October 8, 2019

**LOVED THE FEEL, BUT NOT THE LOOK. TOO SHORT IN THE LEG, FELT VERY MUCH LIKE...**

I only wear Adidas when it comes to casual / sport etc and these pants were not my usual look, felt great looked weird too short.

**Naitty9** · Verified Purchaser

Was this review helpful? Yes (3) No (1)

| LOAD MORE → | WRITE A REVIEW → |

FEEDBACK

## OTHERS ALSO BOUGHT



Essentials
T10 PANTS
$32 $45

Originals
3-STRIPES TEE
$26 $40

Originals
CROPPED HOODIE
$45

Originals
TRACK JACKET
$40 $80

— — — — —

## RECENTLY VIEWED ITEMS



Performance
SERENO 19 PANTS
$45

Originals
DANIELLE CATHARI FIREBIRD TRACK...
$63 $90

Performance
TIRO 19 3/4 PANTS
$40

Originals
BELLISTA PANTS
$70

— — —

**JOIN CREATORS CLUB & GET 15% DISCOUNT**        SIGN UP →

Document title: adidas Pants – Black | adidas US
Capture URL: https://www.adidas.com/us/pants/ED5851.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:40:22 GMT

Page 3 of 4

Exhibit 1
Page 277 of 451



## OTHERS ALSO BOUGHT



| | | | |
|---|---|---|---|
| Essentials | Originals | Originals | Originals |
| T10 PANTS | 3-STRIPES TEE | CROPPED HOODIE | TRACK JACKET |
| $32 $45 | $24 $40 | $45 | $48 $80 |

## RECENTLY VIEWED ITEMS



| | | | |
|---|---|---|---|
| Performance | Originals | Performance | Originals |
| SERENO 19 PANTS | DANIELLE CATHARI FIREBIRD TRACK... | TIRO 19 3/4 PANTS | BELLISTA PANTS |
| $45 | $63 $90 | $40 | $70 |



**JOIN CREATORS CLUB & GET 15% DISCOUNT**     SIGN UP →

| TRENDING | CUSTOMER SUPPORT | COMPANY INFO | PARTNER SITES | GIFT CARDS |
|---|---|---|---|---|
| Casual Shoes | Get Help | About Us | adidas Outdoor | Check Balance |
| Slip On Shoes | Track Order | Careers | miTeam | |
| Camo Clothing | Returns & Refunds | Press | | |
| Burgundy Shoes | Sizing | Affiliates | **PRIVACY & TERMS** | |
| Leather Sneakers | Promotions | Military Discount | | |
| | How to Clean | Student Discount | Privacy & Security | |
| | Store Locator | Mobile Apps | Terms and Conditions | |
| | Site Map | Creators Club | Policy on Human Trafficking | |
| | | adidas Stories | | |

🖂 USA        Data settings |        Do not sell my personal information |        Privacy Policy Terms and Conditions |        © 2020 adidas America Inc.

Document title: adidas Pants - Black | adidas US
Capture URL: https://www.adidas.com/us/pants/ED5851.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:40:22 GMT

Page 4 of 4

Exhibit 1
Page 278 of 451



WOMEN'S SOCCER

# SERENO 19 PANTS

$45

★★★★★ Read 1 review

**AVAILABLE COLORS**

LEGEND INK / WHITE

This model is 5' 9" and wears a size S. Their chest measures 31" and the waist 24".

## COMPLETE THE LOOK

$65          $30          $150

# PRODUCT DETAILS

| DESCRIPTION | SPECIFICATIONS |
| --- | --- |



### SERENO 19 PANTS

**STREAMLINED PANTS FOR COOL-WEATHER FOOTBALL.**

Here's the pitch. These adidas football pants keep you warm and dry as you push the ball into enemy territory. Ankle zips mean they're off in a flash. The tapered fit provides a modern look.

Document title: adidas Sereno 19 Pants - Blue | adidas US
Capture URL: https://www.adidas.com/us/sereno-19-pants/FL0168.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:39:09 GMT

Page 1 of 3

Exhibit 1
Page 279 of 451

in a flash. The tapered fit provides a modern look.



## YOU MAY ALSO LIKE



Performance
ALL ME BADGE OF SPORT BRA
$18 $25

Essentials
T10 PANTS
$32 $45

Performance
TIRO 19 TRAINING PANTS
$50

Essentials
ESSENTIALS 3-STRIPES SWEATSHIRT
$32 $45

FEEDBACK

## RATINGS & REVIEWS

| 5 ★★★★★ | RATING BREAKDOWN | |
|---|---|---|
| 1 Reviews | | |

RATING BREAKDOWN

5 STARS ▬▬▬▬▬▬▬▬▬ 1
4 STARS ▬▬▬▬▬▬▬▬▬ 0
3 STARS ▬▬▬▬▬▬▬▬▬ 0
2 STARS ▬▬▬▬▬▬▬▬▬ 0
1 STARS ▬▬▬▬▬▬▬▬▬ 0

## 100%
of customers recommend this product

FIT
TOO TIGHT — PERFECT — TOO LOOSE

LENGTH
RUNS SHORT — PERFECT — RUNS LONG

COMFORT
UNCOMFORTABLE — COMFORTABLE

QUALITY
POOR — PERFECT

SORT ON

| RELEVANT | HELPFUL | NEWEST |
|---|---|---|

★★★★★                                    December 26, 2019

**HE LOVES THE TIE ON THE OUTSIDE OF THE PANTS!!!**

He loves the tie on the outside of the pants!!! It is a perfect fit and length!

✓ I recommend this product

Jillfull

Was this review helpful?  Yes (0)  No (1)

**WRITE A REVIEW** →

## OTHERS ALSO BOUGHT

Document title: adidas Sereno 19 Pants - Blue | adidas US
Capture URL: https://www.adidas.com/us/sereno-19-pants/FL0168.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:39:09 GMT

Page 2 of 3

Exhibit 1
Page 280 of 451

POOR                    PERFECT

## OTHERS ALSO BOUGHT



Originals
SST TRACK PANTS
$45

Performance
TIRO 17 TRAINING PANTS
$50

Performance
BELIEVE THIS 2.0 3-STRIPES 7/8 TIG...
$60

Performance
BELIEVE THIS 2.0 3-STRIPES 7/8 TIG...
$60

## RECENTLY VIEWED ITEMS



Originals
DANIËLLE CATHARI FIREBIRD TRACK...
$63 $70

Performance
TIRO 19 3/4 PANTS
$40

Originals
BELLISTA PANTS
$70

Originals
SST TRACK PANTS
$42 $60

FEEDBACK

### JOIN CREATORS CLUB & GET 15% DISCOUNT

  SIGN UP →

| TRENDING | CUSTOMER SUPPORT | COMPANY INFO | PARTNER SITES | GIFT CARDS |
|---|---|---|---|---|
| Casual Shoes | Get Help | About Us | adidas Outdoor | Check Balance |
| Slip On Shoes | Track Order | Careers | miTeam | |
| Camo Clothing | Returns & Refunds | Press | | |
| Burgundy Shoes | Sizing | Affiliates | **PRIVACY & TERMS** | |
| Leather Sneakers | Promotions | Military Discount | | |
| | How to Clean | Student Discount | Privacy & Security | |
| | Store Locator | Mobile Apps | Terms and Conditions | |
| | Site Map | Creators Club | Policy on Human Trafficking | |
| | | adidas Stories | | |

🏳 USA          Data settings  |      Do not sell my personal information  |    Privacy Policy Terms and Conditions  |      © 2020 adidas America Inc.

Document title: adidas Sereno 19 Pants - Blue | adidas US
Capture URL: https://www.adidas.com/us/sereno-19-pants/FL0168.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:39:09 GMT

Page 3 of 3

Exhibit 1
Page 281 of 451





This model is 5' 10" and wears a size S. Their chest measures 31" and the waist 26".

COMPLETE THE LOOK

$75    $35    $110    $10

# PRODUCT DETAILS

| DESCRIPTION | SPECIFICATIONS | CARE |
|---|---|---|



## DANIËLLE CATHARI FIREBIRD TRACK PANTS

**DANIËLLE CATHARI-DESIGNED TRACK PANTS WITH A PROGRESSIVE VIBE.**

In her collection for adidas, rising design star Daniëlle Cathari brings modern runway style to '90s-era track suits. These track pants feature blocks of deconstructed 3-Stripes for bold attitude. They're made of shiny tricot for a sleek feel.



Document title: adidas Daniëlle Cathari Firebird Track Pants - Black | adidas US
Capture URL: https://www.adidas.com/us/dani%C3%ABlle-cathari-firebird-track-pants/FN2780.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:38:31 GMT

Page 1 of 3

Exhibit 1
Page 282 of 451

feature blocks of deconstructed 3-Stripes for bold attitude. They're made of shiny tricot for a sleek feel.



## YOU MAY ALSO LIKE



Originals
SST TRACK PANTS
$65

Originals
SST TRACK JACKET
$75

Originals
TRACK PANTS
$70 $100

Originals
3-STRIPES LEGGINGS
$40

FEEDBACK

## RATINGS & REVIEWS



**4.2** ★★★★☆ 10 Reviews

**RATING BREAKDOWN**

| 5 STARS | | 6 |
| 4 STARS | | 2 |
| 3 STARS | | 1 |
| 2 STARS | | 0 |
| 1 STARS | | 1 |

**80%**
of customers recommend this product

FIT
TOO TIGHT — PERFECT — TOO LOOSE

LENGTH
RUNS SHORT — PERFECT — RUNS LONG

COMFORT
UNCOMFORTABLE — COMFORTABLE

QUALITY
POOR — PERFECT

SORT ON
| RELEVANT | HELPFUL | NEWEST |

★☆☆☆☆                                August 21, 2019
**OVERSIZED**
The material is so comfortable and the style nice but they are extremely long and loose, I am not sure if a smaller size would even work.
ldubl
Was this review helpful?  Yes (8)  No (0)

★★★★★                                November 17, 2019
I really like this, and want to buy a white one, but it's not have size that suitable for me, what a pity!
Irene1969 – Verified Purchaser
Was this review helpful?  Yes (0)  No (1)

| LOAD MORE → | | WRITE A REVIEW → |

## OTHERS ALSO BOUGHT

Document title: adidas Daniëlle Cathari Firebird Track Pants - Black | adidas US
Capture URL: https://www.adidas.com/us/dani%C3%ABlle-cathari-firebird-track-pants/FN2780.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:38:31 GMT
Page 2 of 3

Exhibit 1
Page 283 of 451

POOR                    PERFECT

## OTHERS ALSO BOUGHT



Essentials
T10 PANTS
$32 $45

Originals
BELLISTA TRACK JACKET
$40 $80

Originals
TECH TRACK PANTS
$75

Performance
TIRO 19 TRAINING PANTS
$50

## RECENTLY VIEWED ITEMS



Performance
TIRO 19 3/4 PANTS
$40

Originals
BELLISTA PANTS
$70

Originals
SST TRACK PANTS
$42 $60

Athletics
ADIDAS Z.N.E. PANTS
$80



### JOIN CREATORS CLUB & GET 15% DISCOUNT

 SIGN UP →

**TRENDING**
Casual Shoes
Slip On Shoes
Camo Clothing
Burgundy Shoes
Leather Sneakers

**CUSTOMER SUPPORT**
Get Help
Track Order
Returns & Refunds
Sizing
Promotions
How to Clean
Store Locator
Site Map

**COMPANY INFO**
About Us
Careers
Press
Affiliates
Military Discount
Student Discount
Mobile Apps
Creators Club
adidas Stories

**PARTNER SITES**
adidas Outdoor
miTeam

**PRIVACY & TERMS**
Privacy & Security
Terms and Conditions
Policy on Human Trafficking

**GIFT CARDS**
Check Balance

USA         Data settings  |  Do not sell my personal information  |  Privacy Policy  Terms and Conditions  |  © 2020 adidas America Inc.

Document title: adidas Daniëlle Cathari Firebird Track Pants - Black | adidas US
Capture URL: https://www.adidas.com/us/dani%C3%ABlle-cathari-firebird-track-pants/FN2780.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:38:31 GMT

Page 3 of 3

Exhibit 1
Page 284 of 451





ALSO VISIT Reebok | HELP | ORDER TRACKER AND RETURNS | JOIN CREATORS CLUB | CREATORS CLUB | LOG IN

MEN WOMEN KIDS | SPORTS BRANDS | HOLIDAY Search

FREE SHIPPING OVER $49 AND FREE RETURNS JOIN THE ADIDAS CREATORS CLUB

BACK Home / Women / Apparel

SEE PRICE IN BAG

This model is 5' 9" and wears a size S. Their chest measures 32" and the waist 25".

★★★★★ Read all 3 reviews

WOMEN'S SOCCER

# TIRO 19 3/4 PANTS

$40

This product is excluded from all promotional discoun and offers.

FEEDBACK

COLOR: BLACK / WHITE

Size Guide

SELECT SIZE | 1

ADD TO BAG

FREE SHIPPING OVER $49 + FREE RETURNS & EXCHANGES

Buy now, pay over time with PayPal CREDIT

COMPLETE THE LOOK

$65 $30 $150

# PRODUCT DETAILS

DESCRIPTION | SPECIFICATIONS

## TIRO 19 3/4 PANTS

### CROPPED PANTS THAT KEEP YOU COOL, DRY AND COMFORTABLE AS YOU TRAIN.

Train hard. Stay cool. These soccer pants battle the heat with breathable, quick-drying fabric. Cut for a slim fit and three-quarter length, they stay out of the way of your footwork. Stretchy ribbed details take the pants in at the upper calves.

Document title: adidas Tiro 19 3/4 Pants - Black | adidas US
Capture URL: https://www.adidas.com/us/tiro-19-3-4-pants/D95960.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:37:34 GMT

length, they stay out of the way of your footwork. Stretchy ribbed details take the pants in at the upper calves.



## YOU MAY ALSO LIKE



| | | | |
|---|---|---|---|
| Essentials | Originals | Originals | Originals |
| T10 PANTS | 3-STRIPES LEGGINGS | TREFOIL TEE | SST TRACK PANTS |
| $32 $45 | $40 | $30 | $65 |

FEEDBACK

## RATINGS & REVIEWS

**5** ★★★★★
3 Reviews

### RATING BREAKDOWN

| | | |
|---|---|---|
| 5 STARS | | 3 |
| 4 STARS | | 0 |
| 3 STARS | | 0 |
| 2 STARS | | 0 |
| 1 STARS | | 0 |

## 100%
of customers recommend this product

**FIT**
TOO TIGHT — PERFECT — TOO LOOSE

**LENGTH**
RUNS SHORT — PERFECT — RUNS LONG

**COMFORT**
UNCOMFORTABLE — COMFORTABLE

**QUALITY**
POOR — PERFECT

SORT ON

| RELEVANT | HELPFUL | NEWEST |
|---|---|---|

★★★★★                                                    March 3, 2019
**AMAZING!! I PLAN TO GET MORE**
Super comfortable and great for working out especially in the summer

✓ I recommend this product

**Alecia78** · Verified Purchaser

Was this review helpful? Yes [1]    No [0]

★★★★★                                                    December 19, 2018
**AWESOME FIT AND LOOK!!!**
I love the product because it is reasonable in price and the quality is Amazing!!!!!!! My Wife Loves it!!!

✓ I recommend this product

**DomoKicks**

TOP 50 CONTRIBUTOR

Was this review helpful? Yes [3]    No [0]

| LOAD MORE → | WRITE A REVIEW → |
|---|---|

## OTHERS ALSO BOUGHT

Document title: adidas Tiro 19 3/4 Pants - Black | adidas US
Capture URL: https://www.adidas.com/us/tiro-19-3-4-pants/D95960.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:37:34 GMT

Page 2 of 4

Exhibit 1
Page 286 of 451

| LOAD MORE → | WRITE A REVIEW → |
|---|---|

## OTHERS ALSO BOUGHT



| Performance | Performance | Performance | Performance |
|---|---|---|---|
| TIRO 17 TRAINING PANTS | SQUADRA 17 JERSEY | USA VOLLEYBALL ALPHASKIN 3/4 TI... | CONDIVO 18 SHORTS |
| $50 | $30 | $60 | $28 |

FEEDBACK

## RECENTLY VIEWED ITEMS



| Originals | Originals | Athletics | Essentials |
|---|---|---|---|
| BELLISTA PANTS | SST TRACK PANTS | ADIDAS Z.N.E. PANTS | ESSENTIALS 3-STRIPES 3/4 PANTS |
| $70 | $42 $40 | $80 | $26 $40 |






JOIN CREATORS CLUB & GET 15% DISCOUNT

SIGN UP →

| TRENDING | CUSTOMER SUPPORT | COMPANY INFO | PARTNER SITES | GIFT CARDS |
|---|---|---|---|---|
| Casual Shoes | Get Help | About Us | adidas Outdoor | Check Balance |
| Slip On Shoes | Track Order | Careers | miTeam | |
| Camo Clothing | Returns & Refunds | Press | | |
| Burgundy Shoes | Sizing | Affiliates | **PRIVACY & TERMS** | |
| Leather Sneakers | Promotions | Military Discount | | |
| | How to Clean | Student Discount | Privacy & Security | |
| | Store Locator | Mobile Apps | Terms and Conditions | |
| | Site Map | Creators Club | Policy on Human Trafficking | |
| | | adidas Stories | | |

USA          Data settings |   Do not sell my personal information |   Privacy Policy Terms and Conditions |   © 2020 adidas America Inc.

Document title: adidas Tiro 19 3/4 Pants - Black | adidas US
Capture URL: https://www.adidas.com/us/tiro-19-3-4-pants/D95960.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:37:34 GMT

Exhibit 1
Page 287 of 451

LOAD MORE →    WRITE A REVIEW →

## OTHERS ALSO BOUGHT



Performance
TIRO 17 TRAINING PANTS
$50

Performance
SQUADRA 17 JERSEY
$30

Performance
USA VOLLEYBALL ALPHASKIN 3/4 TI...
$60

Performance
CONDIVO 18 SHORTS
$28

## RECENTLY VIEWED ITEMS



Originals
BELLISTA PANTS
$70

Originals
SST TRACK PANTS
$42 $40

Athletics
ADIDAS Z.N.E. PANTS
$80

Essentials
ESSENTIALS 3-STRIPES 3/4 PANTS
$24 $40







**JOIN CREATORS CLUB & GET 15% DISCOUNT**    SIGN UP →

**TRENDING**
Casual Shoes
Slip On Shoes
Camo Clothing
Burgundy Shoes
Leather Sneakers

**CUSTOMER SUPPORT**
Get Help
Track Order
Returns & Refunds
Sizing
Promotions
How to Clean
Store Locator
Site Map

**COMPANY INFO**
About Us
Careers
Press
Affiliates
Military Discount
Student Discount
Mobile Apps
Creators Club
adidas Stories

**PARTNER SITES**
adidas Outdoor
miTeam

**PRIVACY & TERMS**
Privacy & Security
Terms and Conditions
Policy on Human Trafficking

**GIFT CARDS**
Check Balance

USA        Data settings  |  Do not sell my personal information  |  Privacy Policy Terms and Conditions  |  © 2020 adidas America Inc.

Document title: adidas Tiro 19 3/4 Pants - Black | adidas US
Capture URL: https://www.adidas.com/us/tiro-19-3-4-pants/D95960.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:37:34 GMT

Page 4 of 4

Exhibit 1
Page 288 of 451



This model is 5' 8" and wears a size S. Their chest measures 33" and the waist 24".

## COMPLETE THE LOOK

$80          $80          $25          $40

# PRODUCT DETAILS

| DESCRIPTION | SPECIFICATIONS | CARE |
| --- | --- | --- |

### BELLISTA PANTS

**RETRO PANTS WITH A PLAYFUL BELL-BOTTOM SHAPE.**

A throwback look for today's streets. These slim-fitting track pants feature a flared cut and pintucks on the legs for a retro effect. Contrast 3-Stripes and an embroidered Trefoil logo stay true to authentic sporty style. Ribbed cotton has a soft, stretchy feel.



Document title: adidas Bellista Pants - Black | adidas US
Capture URL: https://www.adidas.com/us/bellista-pants/EC1889.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:36:55 GMT

Exhibit 1
Page 289 of 451

Contrast 3-Stripes and an embroidered Trefoil logo stay true to authentic sporty style. Ribbed cotton has a soft, stretchy feel.



## YOU MAY ALSO LIKE



Originals
BELLISTA TEE
$40

Originals
BELLISTA TRACK JACKET
$40 $80

Originals
TRACK PANTS
$70 $100

Originals
3-STRIPES LEGGINGS
$40

FEEDBACK

## RATINGS & REVIEWS



**4.6** ★★★★★
7 Reviews

**RATING BREAKDOWN**

| 5 STARS | 5 |
| 4 STARS | 1 |
| 3 STARS | 1 |
| 2 STARS | 0 |
| 1 STARS | 0 |

**86%**
of customers recommend this product

FIT
TOO TIGHT — PERFECT — TOO LOOSE

LENGTH
RUNS SHORT — PERFECT — RUNS LONG

COMFORT
UNCOMFORTABLE — — COMFORTABLE

QUALITY
POOR — — PERFECT

SORT ON
RELEVANT | HELPFUL | NEWEST

★★★★★                                              November 27, 2019

Best purchase ever. I will be purchasing another pair. Fit perfectly 5'9 and weight 240 size xl.

✓ I recommend this product

**Mary30821**

Was this review helpful? Yes [5] No [0]

★★★★★                                              December 6, 2019

**I HAD NO IDEA I COULD LOOK SO HOT!!**

Wow are these some hotties!! Just amazing. Im 5'8/130lbs, I got a small, they are fitted but perfect. I had to buy the Falcon sneaker bc it has a higher sole to make it perfect. That way I didnt have to hem it.Wow are these HOT!!

✓ I recommend this product

**peapuffers**

Was this review helpful? Yes [4] No [0]

| LOAD MORE → | WRITE A REVIEW → |

## OTHERS ALSO BOUGHT

Document title: adidas Bellista Pants - Black | adidas US
Capture URL: https://www.adidas.com/us/bellista-pants/EC1889.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:36:55 GMT

LOAD MORE  →    WRITE A REVIEW  →

## OTHERS ALSO BOUGHT



| Originals | Performance | Performance | Performance |
| RUCHED ALLOVER PRINT TEE | BELIEVE THIS 2.0 3-STRIPES 7/8 TIG... | BELIEVE THIS 2.0 3-STRIPES 7/8 TIG... | CORE 18 TRAINING PANTS |
| $35 | $60 | $60 | $60 |

## RECENTLY VIEWED ITEMS



 

| Originals | Athletics | Essentials | Essentials |
| SST TRACK PANTS | ADIDAS Z.N.E. PANTS | ESSENTIALS 3-STRIPES 3/4 PANTS | DESIGN 2 MOVE 3-STRIPES HIGH-RIS... |
| $42 $60 | $80 | $24 $40 | $50 |

FEEDBACK



JOIN CREATORS CLUB & GET 15% DISCOUNT    SIGN UP →

| TRENDING | CUSTOMER SUPPORT | COMPANY INFO | PARTNER SITES | GIFT CARDS |
|---|---|---|---|---|
| Casual Shoes | Get Help | About Us | adidas Outdoor | Check Balance |
| Slip On Shoes | Track Order | Careers | miTeam | |
| Camo Clothing | Returns & Refunds | Press | | |
| Burgundy Shoes | Sizing | Affiliates | **PRIVACY & TERMS** | |
| Leather Sneakers | Promotions | Military Discount | | |
| | How to Clean | Student Discount | Privacy & Security | |
| | Store Locator | Mobile Apps | Terms and Conditions | |
| | Site Map | Creators Club | Policy on Human Trafficking | |
| | | adidas Stories | | |

USA    Data settings |    Do not sell my personal information |    Privacy Policy Terms and Conditions |    © 2020 adidas America Inc.

Document title: adidas Bellista Pants - Black | adidas US
Capture URL: https://www.adidas.com/us/bellista-pants/EC1889.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:36:55 GMT

Page 3 of 3

Exhibit 1
Page 291 of 451





## COMPLETE THE LOOK



## PRODUCT DETAILS

| HIGHLIGHTS | DESCRIPTION | SPECIFICATIONS |
|---|---|---|

**THE ADICOLOR COLLECTION**

Inspired by adidas heritage, Adicolor is authentic but modern

**ICONIC DETAILS**

3-Stripes on the sides and a Trefoil logo add true adidas Originals style

## YOU MAY ALSO LIKE



Document title: adidas SST Track Pants - Black | adidas US
Capture URL: https://www.adidas.com/us/sst-track-pants/ED7463.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:36:15 GMT

Page 1 of 3

Exhibit 1
Page 292 of 451

Originals
SST TRACK PANTS
$65

Originals
SST TRACK JACKET
$75

Performance
TIRO 19 TRAINING PANTS
$45

Originals
3-STRIPES LEGGINGS
$40

FEEDBACK

— — — —

## RATINGS & REVIEWS

**3.8** ★★★★☆
13 Reviews

**RATING BREAKDOWN**

5 STARS — 6
4 STARS — 2
3 STARS — 3
2 STARS — 0
1 STARS — 2

**77%**
of customers recommend this product

FIT
TOO TIGHT — PERFECT — TOO LOOSE

LENGTH
RUNS SHORT — PERFECT — RUNS LONG

COMFORT
UNCOMFORTABLE — COMFORTABLE

QUALITY
POOR — PERFECT

SORT ON

| RELEVANT | HELPFUL | NEWEST |

★★★★★                                          December 15, 2019
**GREAT FIT AND VALUE**
Great fit and wash and wear fabric which is perfect for my busy life . Buying another to give as a gift to my sports mad sister

✓ I recommend this product
**Salontii** · Verified Purchaser

Was this review helpful?   Yes [0]   No [0]

★☆☆☆☆                                          October 25, 2019
**FABULOUS TRACK BOTTOMS**
great style and colour, fits really well. love the zips

✓ I recommend this product
**brackers** · Verified Purchaser

Was this review helpful?   Yes [1]   No [11]

| LOAD MORE → | WRITE A REVIEW → |

## OTHERS ALSO BOUGHT



Performance
ASTRO PANTS

Originals
RUFFLE TRACK JACKET

Originals
CROPPED POLO SHIRT

Performance
CORE 18 SWEAT PANTS

Document title: adidas SST Track Pants – Black | adidas US
Capture URL: https://www.adidas.com/us/sst-track-pants/ED7463.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:36:15 GMT

LOAD MORE →    WRITE A REVIEW →

## OTHERS ALSO BOUGHT



| | | | |
|---|---|---|---|
| Performance | Originals | Originals | Performance |
| ASTRO PANTS | RUFFLE TRACK JACKET | CROPPED POLO SHIRT | CORE 18 SWEAT PANTS |
| $49 $70 | $40 $80 | $35 $50 | $45 |

## RECENTLY VIEWED ITEMS



| | | | |
|---|---|---|---|
| Athletics | Essentials | Essentials | Performance |
| ADIDAS Z.N.E. PANTS | ESSENTIALS 3-STRIPES 3/4 PANTS | DESIGN 2 MOVE 3-STRIPES HIGH-RIS... | BELIEVE THIS 2.0 3-STRIPES 7/8 TIG... |
| $80 | $24 $40 | $50 | $60 |

 



## JOIN CREATORS CLUB & GET 15% DISCOUNT

SIGN UP →

| TRENDING | CUSTOMER SUPPORT | COMPANY INFO | PARTNER SITES | GIFT CARDS |
|---|---|---|---|---|
| Casual Shoes | Get Help | About Us | adidas Outdoor | Check Balance |
| Slip On Shoes | Track Order | Careers | miTeam | |
| Camo Clothing | Returns & Refunds | Press | | |
| Burgundy Shoes | Sizing | Affiliates | **PRIVACY & TERMS** | |
| Leather Sneakers | Promotions | Military Discount | | |
| | How to Clean | Student Discount | Privacy & Security | |
| | Store Locator | Mobile Apps | Terms and Conditions | |
| | Site Map | Creators Club | Policy on Human Trafficking | |
| | | adidas Stories | | |

🌐 USA          Data settings |    Do not sell my personal information  |    Privacy Policy Terms and Conditions  |      © 2020 adidas America Inc.

Document title: adidas SST Track Pants – Black | adidas US
Capture URL: https://www.adidas.com/us/sst-track-pants/ED7463.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:36:15 GMT

Page 3 of 3

Exhibit 1
Page 294 of 451



ADIDAS MEN WOMEN KIDS SPORTS BRANDS HOLIDAY

ALSO VISIT  Reebok          HELP | ORDER TRACKER AND RETURNS | JOIN CREATORS CLUB | CREATORS CLUB | LOG IN

FREE SHIPPING OVER $49 AND FREE RETURNS     JOIN THE ADIDAS CREATORS CLUB

BACK    Home / Women / Apparel

NEW

★★★★☆ Read all 91 reviews

WOMEN'S ATHLETICS
**ADIDAS Z.N.E. PANTS**
$80
or 3 interest-free payments of **$26.67** with Affirm.
Learn more

COLOR: BLACK

Size Guide

SELECT SIZE ⌄          1 ⌄

ADD TO BAG →

FREE SHIPPING OVER $49 + FREE RETURNS & EXCHANGES

Buy now, pay over time with PayPal CREDIT

This model is 5' 10" and wears a size S. Their chest measures 33" and the waist 25".

## COMPLETE THE LOOK

$65          $30          $150

# PRODUCT DETAILS

| DESCRIPTION | SPECIFICATIONS | CARE |
|---|---|---|

### ADIDAS Z.N.E. PANTS

**SLIM-FITTING TRACK PANTS DESIGNED ESPECIALLY FOR ATHLETES.**

Keeping your discipline is easier when you remove every distraction, including the ones you wear. Built with an athletic fit and feel, the adidas Z.N.E. Track Pants let you focus on what's ahead, not what you're wearing. So you can bring your best self to every competition.



Document title: adidas Z.N.E. Pants - Black | adidas US
Capture URL: https://www.adidas.com/us/adidas-z.n.e-pants/FI6724.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:35:42 GMT

Page 1 of 3

Exhibit 1
Page 295 of 451

adidas Z.N.E. Track Pants let you focus on what's ahead, not what you're wearing. So you can bring your best self to every competition.



## YOU MAY ALSO LIKE



| | | | |
|---|---|---|---|
| Essentials | Performance | Performance | Performance |
| ESSENTIALS 3-STRIPES SWEATSHIRT | ALL ME JACQUARD BRA | OWN THE RUN TEE | ADIDAS X UNIVERSAL STANDARD PE... |
| $32 $45 | $28 $40 | $21 $30 | $40 |

## RATINGS & REVIEWS



**4.3** ★★★★☆
#1 Reviews

**RATING BREAKDOWN**

| | | |
|---|---|---|
| 5 STARS | | 42 |
| 4 STARS | | 15 |
| 3 STARS | | 4 |
| 2 STARS | | 3 |
| 1 STARS | | 7 |

**84%**
of customers recommend this product

FIT
TOO TIGHT — PERFECT — TOO LOOSE

LENGTH
RUNS SHORT — PERFECT — RUNS LONG

COMFORT
UNCOMFORTABLE — COMFORTABLE

QUALITY
POOR — PERFECT

SORT ON

| RELEVANT | HELPFUL | NEWEST |
|---|---|---|

★★★★★                                     January 1, 2020
**WONDERFUL**
They fitted well length wise Just was didn't fit on the waist

✓ I recommend this product

**Cookie360** - Verified Purchaser

Was this review helpful?  Yes [0]  No [0]

★★★★★                                     January 2, 2020
**SIMPLY AWESOME PRODUCT.**
Very comfy, fits as expected. Looking forward to wear them.

**oksanatt** - Verified Purchaser

Was this review helpful?  Yes [0]  No [0]

| LOAD MORE → | WRITE A REVIEW → |
|---|---|

## OTHERS ALSO BOUGHT

Document title: adidas Z.N.E. Pants - Black | adidas US
Capture URL: https://www.adidas.com/us/adidas-z.n.e.-pants/FI6724.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:35:42 GMT

Page 2 of 3

Exhibit 1
Page 296 of 451

POOR                    PERFECT

FEEDBACK

## OTHERS ALSO BOUGHT

   

Performance          Performance          Athletics          Performance
ADIDAS X UNIVERSAL STANDARD PE...    ADIDAS X UNIVERSAL STANDARD 3-S...    ID MELANGE SHORTS    CORE 18 SWEAT PANTS
$90                  $75                  $35                  $45

## RECENTLY VIEWED ITEMS

Essentials           Essentials           Performance          Essentials
ESSENTIALS 3-STRIPES 3/4 PANTS    DESIGN 2 MOVE 3-STRIPES HIGH-RIS...    BELIEVE THIS 2.0 3-STRIPES 7/8 TIG...    ESSENTIALS 3-STRIPES PANTS
$26 $40              $50                  $60                  $40



**JOIN CREATORS CLUB & GET 15% DISCOUNT**    SIGN UP →

| TRENDING | CUSTOMER SUPPORT | COMPANY INFO | PARTNER SITES | GIFT CARDS |
|---|---|---|---|---|
| Casual Shoes | Get Help | About Us | adidas Outdoor | Check Balance |
| Slip On Shoes | Track Order | Careers | miTeam | |
| Camo Clothing | Returns & Refunds | Press | | |
| Burgundy Shoes | Sizing | Affiliates | **PRIVACY & TERMS** | |
| Leather Sneakers | Promotions | Military Discount | Privacy & Security | |
| | How to Clean | Student Discount | Terms and Conditions | |
| | Store Locator | Mobile Apps | Policy on Human Trafficking | |
| | Site Map | Creators Club | | |
| | | adidas Stories | | |

🇺🇸 USA          Data settings |    Do not sell my personal information |    Privacy PolicyTerms and Conditions |    © 2020 adidas America Inc.

Document title: adidas Z.N.E. Pants - Black | adidas US
Capture URL: https://www.adidas.com/us/adidas-z.n.e.-pants/FI6724.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:35:42 GMT

Page 3 of 3

Exhibit 1
Page 297 of 451



This model is 5' 9" and wears a size S. Their chest measures 35" and the waist 24".

## COMPLETE THE LOOK

$35 $50        $21 $35        $9 $15

# PRODUCT DETAILS

| DESCRIPTION | SPECIFICATIONS | CARE |
|---|---|---|



### ESSENTIALS 3-STRIPES 3/4 PANTS

#### CROPPED PANTS CUT FOR COMFORT.

Relax and recover between training sessions in sporty style. These slim-fitting cropped pants fall just below the knee for a modern cut. They're made of a stretchy cotton single jersey for a soft feel.

Document title: adidas Essentials 3-Stripes 3/4 Pants - Black | adidas US
Capture URL: https://www.adidas.com/us/essentials-3-stripes-3-4-pants/DP2396.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:34:51 GMT

Exhibit 1
Page 298 of 451

They're made of a stretchy cotton single jersey for a soft feel.



## YOU MAY ALSO LIKE



Performance
ALL ME BADGE OF SPORT BRA
$18 $20

Athletics
BADGE OF SPORT COLOR BRUSH TEE
$18 $25

Originals
TRACK PANTS
$35 $70

Essentials
ADILETTE COMFORT SLIDES
$25 $30

## RATINGS & REVIEWS



**5** ★★★★★
2 Reviews

**RATING BREAKDOWN**

5 STARS ——————————— 2
4 STARS ——————————— 0
3 STARS ——————————— 0
2 STARS ——————————— 0
1 STARS ——————————— 0

**100%**
of customers recommend this product

FIT
TOO TIGHT · PERFECT · TOO LOOSE

LENGTH
RUNS SHORT · PERFECT · RUNS LONG

COMFORT
UNCOMFORTABLE · COMFORTABLE

QUALITY
POOR · PERFECT

SORT ON

| RELEVANT | HELPFUL | NEWEST |

★★★★★                                   September 20, 2019
**IT'S VERY COMFY AND CUTE**
I like it so much, the material is comfortable and it fit me very well

✓ I recommend this product

Anny5

Was this review helpful? Yes [1] No [0]

★★★★★                                   September 20, 2019
**LOVE THE PANTS SO COMFORTABLE. WOULD LIKE OTHER COLORS**
So comfortable for everyday wear. Would like more colors available

✓ I recommend this product

45Vann

Was this review helpful? Yes [1] No [0]

**WRITE A REVIEW  →**

## OTHERS ALSO BOUGHT

Document title: adidas Essentials 3-Stripes 3/4 Pants - Black | adidas US
Capture URL: https://www.adidas.com/us/essentials-3-stripes-3-4-pants/DP2396.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:34:51 GMT

Page 2 of 3

Exhibit 1
Page 299 of 451



## OTHERS ALSO BOUGHT



| Performance | Performance | Essentials | Performance |
|---|---|---|---|
| PRIME TEE | OWN THE RUN TEE | ESSENTIALS LINEAR TANK TOP | OWN THE RUN TEE |
| $15 $35 | $25 $35 | $13 $35 | $25 $35 |

## RECENTLY VIEWED ITEMS



| Essentials | Performance | Essentials | Originals |
|---|---|---|---|
| DESIGN 2 MOVE 3-STRIPES HIGH-RIS... | BELIEVE THIS 2.0 3-STRIPES 7/8 TIG... | ESSENTIALS 3-STRIPES PANTS | 3-STRIPES LEGGINGS |
| $50 | $60 | $40 | $40 |






**JOIN CREATORS CLUB & GET 15% DISCOUNT**    SIGN UP →

| TRENDING | CUSTOMER SUPPORT | COMPANY INFO | PARTNER SITES | GIFT CARDS |
|---|---|---|---|---|
| Casual Shoes | Get Help | About Us | adidas Outdoor | Check Balance |
| Slip On Shoes | Track Order | Careers | miTeam | |
| Camo Clothing | Returns & Refunds | Press | | |
| Burgundy Shoes | Sizing | Affiliates | **PRIVACY & TERMS** | |
| Leather Sneakers | Promotions | Military Discount | | |
| | How to Clean | Student Discount | Privacy & Security | |
| | Store Locator | Mobile Apps | Terms and Conditions | |
| | Site Map | Creators Club | Policy on Human Trafficking | |
| | | adidas Stories | | |

USA    Data settings |    Do not sell my personal information |    Privacy PolicyTerms and Conditions |    © 2020 adidas America Inc.

Document title: adidas Essentials 3-Stripes 3/4 Pants - Black | adidas US
Capture URL: https://www.adidas.com/us/essentials-3-stripes-3-4-pants/DP2396.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:34:51 GMT

Page 3 of 3

Exhibit 1
Page 300 of 451





## COMPLETE THE LOOK

$25   $100

# PRODUCT DETAILS

| DESCRIPTION | SPECIFICATIONS | CARE |
| --- | --- | --- |

### DESIGN 2 MOVE 3-STRIPES HIGH-RISE LONG TIGHTS

**BODY-HUGGING TIGHTS MADE TO MANAGE MOISTURE.**

Move through your toughest session with ease. These long tights are made of stretchy fabric that hugs your body and keeps you dry. The high-rise waistband includes an inner pocket for small essentials.



Document title: adidas Design 2 Move 3-Stripes High-Rise Long Tights - Black | adidas US
Capture URL: https://www.adidas.com/us/design-2-move-3-stripes-high-rise-long-tights/DU2040.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:30:59 GMT

Page 1 of 4

Exhibit 1
Page 301 of 451

made of stretchy fabric that hugs your body and keeps you dry. The
high-rise waistband includes an inner pocket for small essentials.



## YOU MAY ALSO LIKE



| | | | |
|---|---|---|---|
| Originals | Performance | Performance | Performance |
| 3-STRIPES LEGGINGS | BELIEVE THIS SOLID TIGHTS | ALL ME 3-STRIPES BRA | BELIEVE THIS 3-STRIPES TIGHTS |
| $40 | $39 $55 | $25 $35 | $41 $65 |

## SHARE HOW YOU WEAR IT

Share a photo of your adidas favorite and appear in our showcase. Make sure to tag your image with @adidas.



**LOAD MORE IMAGES**

## RATINGS & REVIEWS

**3.9** ★★★★☆
65 Reviews

**RATING BREAKDOWN**

SORT ON

| RELEVANT | HELPFUL | NEWEST |
|---|---|---|

★★☆☆☆                                                      May 4, 2019

FEEDBACK

Document title: adidas Design 2 Move 3-Stripes High-Rise Long Tights - Black | adidas US
Capture URL: https://www.adidas.com/us/design-2-move-3-stripes-high-rise-long-tights/DU2040.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:30:59 GMT

Exhibit 1
Page 302 of 451

| **3.9** ★★★★☆<br>65 Reviews | |
|---|---|

**RATING BREAKDOWN**

| | |
|---|---|
| 5 STARS | 30 |
| 4 STARS | 13 |
| 3 STARS | 12 |
| 2 STARS | 5 |
| 1 STARS | 5 |

# 77%

of customers recommend this product

**FIT**

TOO TIGHT        PERFECT        TOO LOOSE

**LENGTH**

RUNS SHORT        PERFECT        RUNS LONG

**COMFORT**

UNCOMFORTABLE                COMFORTABLE

**QUALITY**

POOR                            PERFECT

SORT ON

| RELEVANT | HELPFUL | NEWEST |
|---|---|---|

★★☆☆☆                                                    May 4, 2019

**COMPLETELY SEE THROUGH**

Didn't like these leggings due to the fact you could see my underwear! However the colour is very pretty

Kt36 - Verified Purchaser

Was this review helpful? Yes [14] No [0]

★★★★☆                                              February 9, 2019

**REALLY NICE AND WOULD HAVE BEEN PERFECT FOR THE GYM BUT I BOUGHT THE WRONG …**

After looking at the size guide I thought I would be a medium but should have bought the small

✓ I recommend this product

Kt45 - Verified Purchaser

Was this review helpful? Yes [14] No [0]

| LOAD MORE → | **WRITE A REVIEW** → |
|---|---|

FEEDBACK

## OTHERS ALSO BOUGHT



| Originals | Performance | Performance | Originals |
|---|---|---|---|
| TIGHTS | HOW WE DO LONG TIGHTS | CORE 18 SWEAT PANTS | FASHION BRA |
| $40 | $75 | $45 | $40 |

— — — —

## RECENTLY VIEWED ITEMS



Document title: adidas Design 2 Move 3-Stripes High-Rise Long Tights - Black | adidas US
Capture URL: https://www.adidas.com/us/design-2-move-3-stripes-high-rise-long-tights/DU2040.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:30:59 GMT
Page 3 of 4

Exhibit 1
Page 303 of 451

| LOAD MORE → | WRITE A REVIEW → |

## OTHERS ALSO BOUGHT



| Originals | Performance | Performance | Originals |
|---|---|---|---|
| TIGHTS | HOW WE DO LONG TIGHTS | CORE 18 SWEAT PANTS | FASHION BRA |
| $40 | $75 | $45 | $40 |

## RECENTLY VIEWED ITEMS



| Performance | Essentials | Originals | Originals |
|---|---|---|---|
| BELIEVE THIS 2.0 3-STRIPES 7/8 TIG... | ESSENTIALS 3-STRIPES PANTS | 3-STRIPES LEGGINGS | CROPPED HOODIE |
| $60 | $40 | $40 | $60 |



### JOIN CREATORS CLUB & GET 15% DISCOUNT

SIGN UP →

| TRENDING | CUSTOMER SUPPORT | COMPANY INFO | PARTNER SITES | GIFT CARDS |
|---|---|---|---|---|
| Casual Shoes | Get Help | About Us | adidas Outdoor | Check Balance |
| Slip On Shoes | Track Order | Careers | miTeam | |
| Camo Clothing | Returns & Refunds | Press | | |
| Burgundy Shoes | Sizing | Affiliates | **PRIVACY & TERMS** | |
| Leather Sneakers | Promotions | Military Discount | Privacy & Security | |
| | How to Clean | Student Discount | Terms and Conditions | |
| | Store Locator | Mobile Apps | Policy on Human Trafficking | |
| | Site Map | Creators Club | | |
| | | adidas Stories | | |

☰ USA    Data settings |    Do not sell my personal information |    Privacy PolicyTerms and Conditions |    © 2020 adidas America Inc.

Document title: adidas Design 2 Move 3-Stripes High-Rise Long Tights - Black | adidas US
Capture URL: https://www.adidas.com/us/design-2-move-3-stripes-high-rise-long-tights/DU2040.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:30:59 GMT

Page 4 of 4

Exhibit 1
Page 304 of 451







Document title: adidas Believe This 2.0 3-Stripes 7/8 Tights - Black | adidas US
Capture URL: https://www.adidas.com/us/believe-this-2.0-3-stripes-7-8-tights/FJ7181.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:30:09 GMT

Exhibit 1
Page 305 of 451



Performance
BELIEVE THIS 2.0 3-STRIPES 7/8 TIG...
$40

Originals
3-STRIPES LEGGINGS
$40

Performance
BELIEVE THIS 2.0 3-STRIPES 7/8 TIG...
$40

Performance
BELIEVE THIS 3-STRIPES TIGHTS
$45 $45

— — — —

FEEDBACK

## RATINGS & REVIEWS

**2.3** ★★☆☆☆
3 Reviews

**RATING BREAKDOWN**

| 5 STARS | 0 |
| 4 STARS | 1 |
| 3 STARS | 0 |
| 2 STARS | 1 |
| 1 STARS | 1 |

## 34%
of customers recommend this product

FIT
TOO TIGHT — PERFECT — TOO LOOSE

LENGTH
RUNS SHORT — PERFECT — RUNS LONG

COMFORT
UNCOMFORTABLE — COMFORTABLE

QUALITY
POOR — PERFECT

SORT ON

| RELEVANT | HELPFUL | NEWEST |

★★★★☆                                    December 8, 2019

Very slimming. A bit tight but still love it! Buying some as Christmas presents this year !

✓ I recommend this product

Uptildawn

Was this review helpful?   Yes [2]   No [0]

★☆☆☆☆                                    December 23, 2019

**NOT THE QUALITY I EXPECT FROM ADIDAS**

wore for the FIRST time, hadn't even taken them off yet, and stitching of one of the stripes came out so now one leg only has two stripes.. when the entire brand is based around 3 stripes i'd say this is kind of a big deal... not very happy at all which is sad because the actual legging itself feels so nice. but we here for the stripes >:(

sef797

Was this review helpful?   Yes [4]   No [0]

| LOAD MORE → | WRITE A REVIEW → |

## OTHERS ALSO BOUGHT



Document title: adidas Believe This 2.0 3-Stripes 7/8 Tights - Black | adidas US
Capture URL: https://www.adidas.com/us/believe-this-2.0-3-stripes-7-8-tights/FJ7181.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:30:09 GMT

Exhibit 1
Page 306 of 451

| LOAD MORE → | WRITE A REVIEW → |
|---|---|

## OTHERS ALSO BOUGHT



Athletics
MUST HAVES VERSATILITY CREW SW...
$70

Originals
HALF-ZIP SWEATER
$45

Essentials
ESSENTIALS INCLUSIVE-SIZING HOO...
$55

Essentials
ESSENTIALS INCLUSIVE-SIZING TIGH...
$35

FEEDBACK

## RECENTLY VIEWED ITEMS



Essentials
ESSENTIALS 3-STRIPES PANTS
$40

Originals
3-STRIPES LEGGINGS
$40

Originals
CROPPED HOODIE
$45

## JOIN CREATORS CLUB & GET 15% DISCOUNT

SIGN UP →

**TRENDING**
Casual Shoes
Slip On Shoes
Camo Clothing
Burgundy Shoes
Leather Sneakers

**CUSTOMER SUPPORT**
Get Help
Track Order
Returns & Refunds
Sizing
Promotions
How to Clean
Store Locator
Site Map

**COMPANY INFO**
About Us
Careers
Press
Affiliates
Military Discount
Student Discount
Mobile Apps
Creators Club
adidas Stories

**PARTNER SITES**
adidas Outdoor
miTeam

**PRIVACY & TERMS**
Privacy & Security
Terms and Conditions
Policy on Human Trafficking

**GIFT CARDS**
Check Balance

USA | Data settings | Do not sell my personal information | Privacy Policy  Terms and Conditions | © 2020 adidas America Inc.

Document title: adidas Believe This 2.0 3-Stripes 7/8 Tights - Black | adidas US
Capture URL: https://www.adidas.com/us/believe-this-2.0-3-stripes-7-8-tights/FJ7181.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:30:09 GMT

Page 3 of 3

Exhibit 1
Page 307 of 451





## COMPLETE THE LOOK



$65          $30          $150

## PRODUCT DETAILS

| DESCRIPTION | SPECIFICATIONS | CARE |
| --- | --- | --- |

### ESSENTIALS 3-STRIPES PANTS

**FRENCH TERRY SWEAT PANTS MADE FOR THE OFF-DUTY ATHLETE.**

Step off the field and carry on with your day in these sporty pants. Classic contrast 3-Stripes run down the legs for an authentic look. These slim-fitting pants are made of cotton and recycled polyester French terry for a soft feel.



Document title: adidas Essentials 3-Stripes Pants - Black | adidas US
Capture URL: https://www.adidas.com/us/essentials-3-stripes-pants/DP2380.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:29:30 GMT

Page 1 of 3

Exhibit 1
Page 308 of 451

These slim-fitting pants are made of cotton and recycled polyester French terry for a soft feel.



## YOU MAY ALSO LIKE



| Originals | Essentials | Originals | Originals |
| SST TRACK PANTS | 710 PANTS | 3-STRIPES LEGGINGS | SST TRACK JACKET |
| $65 | $32 $45 | $40 | $75 |

FEEDBACK

## RATINGS & REVIEWS

### 4.8
★★★★★
44 Reviews

**RATING BREAKDOWN**

| 5 STARS | 36 |
| 4 STARS | 7 |
| 3 STARS | 0 |
| 2 STARS | 1 |
| 1 STARS | 0 |

### 98%
of customers recommend this product

FIT
TOO TIGHT — PERFECT — TOO LOOSE

LENGTH
RUNS SHORT — PERFECT — RUNS LONG

COMFORT
UNCOMFORTABLE — COMFORTABLE

QUALITY
POOR — PERFECT

SORT ON

| RELEVANT | HELPFUL | NEWEST |

★★★★☆                                                    November 22, 2019

**LOVE THEM!!**

Fits perfectly! Would recommend. There should not be a minimum in this section though

✓ I recommend this product

**Bc1239** - Verified Purchaser

Was this review helpful?  Yes (2)  No (0)

★★★★☆                                                    December 14, 2019

**GREAT TRACKIE BOTTOMS**

Good quality product. Very comfortable to wear around the house. Pleased with the purchase.

✓ I recommend this product

**Addickted** - Verified Purchaser

Was this review helpful?  Yes (1)  No (0)

| LOAD MORE → | WRITE A REVIEW → |

## OTHERS ALSO BOUGHT

Document title: adidas Essentials 3-Stripes Pants - Black | adidas US
Capture URL: https://www.adidas.com/us/essentials-3-stripes-pants/DP2380.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:29:30 GMT

Exhibit 1
Page 309 of 451



| LOAD MORE → | WRITE A REVIEW → |

## OTHERS ALSO BOUGHT

Originals
HALF-ZIP SWEATER
$65

Performance
BELIEVE THIS 2.0 3-STRIPES 7/8 TIG...
$60

Performance
TIRO 19 TRAINING PANTS
$50

Originals
SHINY PANTS
$70

FEEDBACK

## RECENTLY VIEWED ITEMS



Originals
3-STRIPES LEGGINGS
$40

Originals
CROPPED HOODIE
$50



JOIN CREATORS CLUB & GET 15% DISCOUNT

SIGN UP →

**TRENDING**
Casual Shoes
Slip On Shoes
Camo Clothing
Burgundy Shoes
Leather Sneakers

**CUSTOMER SUPPORT**
Get Help
Track Order
Returns & Refunds
Sizing
Promotions
How to Clean
Store Locator
Site Map

**COMPANY INFO**
About Us
Careers
Press
Affiliates
Military Discount
Student Discount
Mobile Apps
Creators Club
adidas Stories

**PARTNER SITES**
adidas Outdoor
miTeam

**PRIVACY & TERMS**
Privacy & Security
Terms and Conditions
Policy on Human Trafficking

**GIFT CARDS**
Check Balance

USA    Data settings |    Do not sell my personal information |    Privacy Policy Terms and Conditions |    © 2020 adidas America Inc.

Document title: adidas Essentials 3-Stripes Pants - Black | adidas US
Capture URL: https://www.adidas.com/us/essentials-3-stripes-pants/DP2380.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:29:30 GMT

Page 3 of 3

Exhibit 1
Page 310 of 451





Document title: adidas 3-Stripes Leggings - Black | adidas US
Capture URL: https://www.adidas.com/us/3-stripes-leggings/CE2441.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:28:59 GMT

showcase signature adidas style on a long, lean silhouette. The
stretchy tights have 3-Stripes down the sides and are signed off with
a small Trefoil logo on the leg.



## YOU MAY ALSO LIKE



Originals
TREFOIL TEE
$30

Originals
TREFOIL HOODIE
$65

Originals
TREFOIL TIGHTS
$40

Originals
SST TRACK PANTS
$65

## SHARE HOW YOU WEAR IT

Share a photo of your adidas favorite and appear in our showcase. Make sure to tag your image with @adidas.



LOAD MORE IMAGES

## RATINGS & REVIEWS

**4.5** ★★★★★
2895 Reviews

**RATING BREAKDOWN**

SORT ON
| RELEVANT | HELPFUL | NEWEST |

★★★★☆                                    September 21, 2019

FEEDBACK

Document title: adidas 3-Stripes Leggings - Black | adidas US
Capture URL: https://www.adidas.com/us/3-stripes-leggings/CE2441.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:28:59 GMT

Page 2 of 4

Exhibit 1
Page 312 of 451

**4.5** ★★★★½
2895 Reviews

### RATING BREAKDOWN

| | |
|---|---|
| 5 STARS | 2077 |
| 4 STARS | 531 |
| 3 STARS | 149 |
| 2 STARS | 73 |
| 1 STARS | 65 |

# 94%
of customers recommend this product

FIT
TOO TIGHT — PERFECT — TOO LOOSE

LENGTH
RUNS SHORT — PERFECT — RUNS LONG

COMFORT
UNCOMFORTABLE — COMFORTABLE

QUALITY
POOR — PERFECT

SORT ON

| RELEVANT | HELPFUL | NEWEST |
|---|---|---|

★★★★☆                                        September 21, 2019

**FADES AND RIPS TOO QUICKLY**

Leggings are easily ripped and fade quickly too. They fit well. But overly priced

✓ I recommend this product

Abbydjdbejdnd - Verified Purchaser

Was this review helpful?  Yes (6)  No (1)

★★★☆☆                                        October 14, 2018

The material is thinner than I thought it would be. A little see-through when I bend over :(

rachelbeth - Verified Purchaser

Was this review helpful?  Yes (208)  No (15)

| LOAD MORE → | WRITE A REVIEW → |
|---|---|

FEEDBACK

## OTHERS ALSO BOUGHT



Performance
HOW WE DO LONG TIGHTS
$75

Essentials
CLOUDFOAM PURE SHOES
$70

Essentials
CLOUDFOAM QT RACER SHOES
$65

Originals
SAMBAROSE SHOES
$100

## RECENTLY VIEWED ITEMS



Originals
CROPPED HOODIE

Document title: adidas 3-Stripes Leggings - Black | adidas US
Capture URL: https://www.adidas.com/us/3-stripes-leggings/CE2441.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:28:59 GMT

Page 3 of 4

Exhibit 1
Page 313 of 451



POOR                    PERFECT

## OTHERS ALSO BOUGHT



Performance
HOW WE DO LONG TIGHTS
$75

Essentials
CLOUDFOAM PURE SHOES
$70

Essentials
CLOUDFOAM QT RACER SHOES
$65

Originals
SAMBAROSE SHOES
$100

FEEDBACK

## RECENTLY VIEWED ITEMS



Originals
CROPPED HOODIE
$60

JOIN CREATORS CLUB & GET
15% DISCOUNT            SIGN UP →



**TRENDING**
Casual Shoes
Slip On Shoes
Camo Clothing
Burgundy Shoes
Leather Sneakers

**CUSTOMER SUPPORT**
Get Help
Track Order
Returns & Refunds
Sizing
Promotions
How to Clean
Store Locator
Site Map

**COMPANY INFO**
About Us
Careers
Press
Affiliates
Military Discount
Student Discount
Mobile Apps
Creators Club
adidas Stories

**PARTNER SITES**
adidas Outdoor
miTeam

**PRIVACY & TERMS**
Privacy & Security
Terms and Conditions
Policy on Human Trafficking

**GIFT CARDS**
Check Balance

USA        Data settings |    Do not sell my personal information |    Privacy Policy Terms and Conditions |    © 2020 adidas America Inc.

Document title: adidas 3-Stripes Leggings - Black | adidas US
Capture URL: https://www.adidas.com/us/3-stripes-leggings/CE2441.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:28:59 GMT

Page 4 of 4

Exhibit 1
Page 314 of 451







ALSO VISIT Reebok | HELP | ORDER TRACKER AND RETURNS | JOIN CREATORS CLUB | CREATORS CLUB | LOG IN

adidas MEN WOMEN KIDS | SPORTS BRANDS | HOLIDAY Search

FREE SHIPPING OVER $49 AND FREE RETURNS JOIN THE ADIDAS CREATORS CLUB

BACK Home / Women / Apparel

★★★★★ Read all 77 reviews

WOMEN'S ORIGINALS

# CROPPED HOODIE

$60

or 3 interest-free payments of **$20.00** with Affirm.
Learn more

FEEDBACK

**AVAILABLE COLORS**

BLACK

Size Guide

SELECT SIZE | 1

ADD TO BAG

FREE SHIPPING OVER $49 + FREE RETURNS & EXCHANGES

Buy now, pay over time with PayPal CREDIT

This model is 5' 10" and wears a size S. Their chest measures 32" and the waist 24".

COMPLETE THE LOOK

$35 $70 $100 $40

## PRODUCT DETAILS

| HIGHLIGHTS | DESCRIPTION | SPECIFICATIONS | CARE |
|---|---|---|---|

**SHOW SOME SKIN**

Cropped just right.

**THE ADICOLOR COLLECTION**

Inspired by adidas heritage, Adicolor is authentic but modern.

**LAZY DAYS**

Cotton French terry always feels casual and laid back.

## YOU MAY ALSO LIKE

Document title: adidas Cropped Hoodie - Black | adidas US
Capture URL: https://www.adidas.com/us/cropped-hoodie/ED7554.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:26:45 GMT



Essentials
ADILETTE COMFORT SLIDES
$25 $35

Performance
ALL ME BADGE OF SPORT BRA
$18 $25

Originals
HALF-ZIP SWEATER
$65

Originals
3-STRIPES LEGGINGS
$40

FEEDBACK

## SHARE HOW YOU WEAR IT

Share a photo of your adidas favorite and appear in our showcase. Make sure to tag your image with @adidas.



WAKE ME UP WHEN I'M FAMOUS

LOAD MORE IMAGES

## RATINGS & REVIEWS

**4.5** ★★★★★
77 Reviews

### RATING BREAKDOWN

| | |
|---|---|
| 5 STARS | 56 |
| 4 STARS | 12 |
| 3 STARS | 5 |
| 2 STARS | 3 |
| 1 STARS | 1 |

## 90%
of customers recommend this product

FIT
TOO TIGHT — PERFECT — TOO LOOSE

SORT ON

| RELEVANT | HELPFUL | NEWEST |
|---|---|---|

★★★★★                                    November 9, 2019
**GOOD PURCHASE, I SHOULD HAVE TAKEN A SMALLER SIZE**
Great brand, love the quality. Should have taken a smaller size, it's a bit loose

✓ I recommend this product
**Dbezci** - Verified Purchaser

Was this review helpful?  Yes (0)  No (0)

★★★★★                                    October 22, 2019
**FAVOURITE CROPPED HOODIE!**
I'm a big fan of hoodies and this is perfect, adding a bit of colour and style to my

Exhibit 1
Page 316 of 451

2 STARS ———————— 4

1 STARS ———————— 1

# 90%

of customers recommend this product

FIT

TOO TIGHT — PERFECT — TOO LOOSE

LENGTH

RUNS SHORT — PERFECT — RUNS LONG

COMFORT

UNCOMFORTABLE — COMFORTABLE

QUALITY

POOR — PERFECT

LBezci - Verified Purchaser

Was this review helpful? Yes [3] No [0]

★★★★★                                          October 22, 2019

**FAVOURITE CROPPED HOODIE!**

I'm a big fan of hoodies and this is perfect, adding a bit of colour and style to my wardrobe. It's cropped, but not too short. Comfy material and wears like an oversized look. Would 100% recommend

✓ I recommend this product

**TashEmily** - Verified Purchaser

Was this review helpful? Yes [5] No [0]

| LOAD MORE → | WRITE A REVIEW → |
| --- | --- |

FEEDBACK

# OTHERS ALSO BOUGHT



Originals
BELLISTA SKIRT
$32

Essentials
ADILETTE COMFORT SLIDES
$35

Originals
RUFFLE TRACK JACKET
$48 $80

Essentials
ESSENTIALS 3-STRIPES SWEATSHIRT
$32 $45

## JOIN CREATORS CLUB & GET 15% DISCOUNT

SIGN UP →

**TRENDING**
Casual Shoes
Slip On Shoes
Camo Clothing
Burgundy Shoes
Leather Sneakers

**CUSTOMER SUPPORT**
Get Help
Track Order
Returns & Refunds
Sizing
Promotions
How to Clean
Store Locator
Site Map

**COMPANY INFO**
About Us
Careers
Press
Affiliates
Military Discount
Student Discount
Mobile Apps
Creators Club
adidas Stories

**PARTNER SITES**
adidas Outdoor
miTeam

**PRIVACY & TERMS**
Privacy & Security
Terms and Conditions
Policy on Human Trafficking

**GIFT CARDS**
Check Balance

■ USA          Data settings  |  Do not sell my personal information  |  Privacy Policy Terms and Conditions  |  © 2020 adidas America Inc.

Document title: adidas Cropped Hoodie – Black | adidas US
Capture URL: https://www.adidas.com/us/cropped-hoodie/ED7554.html
Capture timestamp (UTC): Mon, 06 Jan 2020 12:26:45 GMT

Page 3 of 3

Exhibit 1
Page 317 of 451



Exhibit 1
Page 318 of 451



TENNIS
t-shirts

≡tennis

**Girls' Fitted Love Rules T-Shirt**
Feminine faux sequin design with airbrushed look.
100% cotton jersey.
Sizes: S | M | L | XL

$16.00
AC0800U

Available: 2 | 25 | 03

| | | |
|---|---|---|
| 170903 | White | Gecko | Multi-Color | † |
| 170902 | Soft Pink | Black | Multi-Color | † |
| 170901 | New Navy | Columbia Blue | Multi-Color | |

**Girls' Fitted Sun Serve T-Shirt**
Screen-printed graphic incorporating flock.
100% cotton jersey.
Sizes: S | M | L | XL

$16.00
AC0800U

Available: 2 | 25 | 03

| | | |
|---|---|---|
| 170900 | White | Gecko | Multi-Color | † |
| 170898 | Soft Pink | Cosmo | Multi-Color | |
| 170899 | New Navy | Calvi | Multi-Color | |

GIRLS'

• Carryover    ✓ Carry Forward to Fall '03    † Sample Not Available    ★ Auto-replenish

TENNIS
t-shirts    227

Exhibit 1
Page 319 of 451



SPORT PERFORMANCE
MEN'S AND YOUTH

Q3    2005

Exhibit 1
Page 320 of 451



**Coaches Short**
$30.00
AE1500F
F5APM103
10" inseam. Drawcord waist with faux fly front. Side-seam pockets.
3-Stripes knit taping at sides with embroidered brandmark left side leg.
100% polyester twill.
Sizes: S | M | L | XL | 2XL | 3XL          Available: 5 | 25 | 05

| 106795 | Black I White |
| 106796 | Black I University Red |
| 106794 | Mercury Grey I White |
| 106797 | Dark Indigo I White |
| 106798 | Dark Indigo I Sun |

**Coaches Pant**
$35.00
AC1750F
F5APM203
Flat front pant with side-seam pockets. Internal drawcord waist. 3-Stripes
knit taping at sides with embroidered brandmark left side leg.
100% polyester twill.
Sizes: S | M | L | XL | 2XL | 3XL          Available: 5 | 25 | 05

| 106777 | Black I White I University Red |
| 106776 | Black I Ice Grey I White |
| 106775 | Mercury Grey I White I White |
| 106779 | Dark Indigo I White I Sun |
| 106778 | Dark Indigo I Ice Grey I White |

Exhibit 1
Page 321 of 451



Q4 2005 Sport

Exhibit 1
Page 322 of 451



metro

**Team Trefoil Track Top**
565930 black : poppy : white : silver
$75.00 : s3750h

**Team adidas Track Top**
566150 poppy : black : white : black
$85.00 : s4250h

**Corbin Beanie**
255741 poppy : frost : burnt orange
255745 black : aluminum 2 : white
$18.00 : s0900h

**Street Papery Jacket**
566152 white : black : sunshine : poppy
$90.00 : s4500h

**Corbin Scarf**
256189 poppy : frost
$18.00 : s0900h

**Team adidas Pant**
566131 black : white
$55.00 : s2750h

Exhibit 1
Page 323 of 451



Q1 | 2010
**INLINE**
adidas Originals Men's Catalog

Exhibit 1
Page 324 of 451



## Firebird Track Top – Grün

history: The ever-popular Firebird design makes a welcome reappearance, and nothing screams style more this season than this exciting piece! Presented in a variety of colors for SS10 including this fresh option made with environmentally friendly recycled fabrics.

**P04314     black : fairway : sunshine : collegiate royal**

price: $65.00 : s3250h
size: S-4XL
fabrication: 100% recycled polyester tricot.



## Firebird Track Pant – Grün

history: Reintroduced for the new collection, the Firebird Track Pant is an ideal way to round off any outfit. A classic ingredient to any clothing combination, you can't go wrong with this well-loved design. Presented in a variety of colors for SS10 including this fresh option made with environmentally friendly recycled fabrics.

**P04309     black : fairway : sunshine : collegiate royal**

price: $55.00 : s2750h
size: S-4XL
fabrication: 100% recycled polyester tricot.

5

Exhibit 1
Page 325 of 451



Q4 2011 - Field Inline Apparel

Exhibit 1
Page 326 of 451



**BTBC Graphic Tee W**      **$30.00**
SMUF1080343      H1500H
CLIMALITE® soft, lightweight fabric for superior moisture management.
FORMOTION™ engineered to perform for linear running motions.
100% polyester single jersey.
**Sizes:** XS | S | M | L | XL      **Available:** 09 | 01 | 11

| O55188 | White | Intense Pink |
|---|---|

CLIMALITE
FORMOTION



**BTBC Skort Tight W**      **$50.00**
SMUF1080349      H2500H
Running skort with three-quarter fitted tight, fully attached underneath.
CLIMALITE® fabric and FORMOTION™ cut lines for ultimate
performance.
92% polyester | 8% spandex single jersey.
**Sizes:** XS | S | M | L | XL      **Available:** 09 | 01 | 11

| O55177 | Black |
|---|---|

CLIMALITE
FORMOTION



**BTBC M10 Grete Short W**      **$30.00**
SMUF1080347      H1500H
CLIMALITE® soft, lightweight fabric for superior moisture management.
Pockets. Mesh ventilation inserts.
100% polyester plain weave.
**Sizes:** XS | S | M | L | XL      **Available:** 09 | 01 | 11

| O55179 | Black | Intense Pink |
|---|---|
| O55180 | Intense Pink | Black |

CLIMALITE

WOMEN'S RUNNING | breast cancer m10 collection

224

Exhibit 1
Page 327 of 451

# Women's Training

## key items



### Go-To Tricot Jacket — $55.00
**F11APW303**　　　　　　　　　　　　　**H2750H**

Regular fit tricot jacket with iconic 3-Stripes. adidas brandmark at left hem. Longer-length silhouette with side pockets. Hood with drawcords. Soft ribbing around hem and cuffs.
100% polyester fleece.

**Sizes:** XS | S | M | L | XL

| | | Available |
|---|---|---|
| O24458 | White | Sharp Red | 10 | 01 | 11 |
| O24465 | Black | Intense Pink | C/O |
| O24464 | Intense Pink | Black | C/O |
| O24461 | Satellite | Aero Red | C/O |
| O24460 | Aero Red | White | C/O |
| O24459 | Sharp Purple | Shift Purple | 10 | 01 | 11 |

### Seasonal Favorites Iconic 3S Track Top — $50.00
**F1153307**　　　　　　　　　　　　　**H2500H**

CLIMALITE® soft, lightweight fabric for superior moisture management. Iconic silhouette and 3-Stripes placement. Ribbed cuffs and hem. Regular fit and length.
100% polyester tricot.

**Sizes:** XS | S | M | L | XL | 2XL

| | | Available |
|---|---|---|
| O03855 | Black | White | C/O |
| O03854 | Intense Pink | White | C/O |
| O03853 | Black | Neo Gold Metallic | C/O |
| O03852 | White | Matte Silver | C/O |
| O03850 | Sharp Red | Phantom | 10 | 01 | 11 |
| O03849 | Sharp Purple | White | 10 | 01 | 11 |

**CLIMALITE**

WOMEN'S TRAINING | key items

**289**

Exhibit 1
Page 328 of 451



### Diamond Logo Tee — $22.00
**F11APWX19**                                                          **H1100H**
Slim fit short-sleeve crew neck T-shirt. Flat ink screen-printed graphic.
50% cotton | 50% polyester single jersey.

**Sizes:** S | M | L | XL | 2XL

| | | Available |
|---|---|---|
| 022996 | White | C/O |
| 022995 | Black | C/O |
| 022993 | Wonder Glow Heather | 10 | 01 | 11 |
| 022994 | Lead | C/O |
| 022992 | Sharp Red Heather | 10 | 01 | 11 |
| 022991 | Clear Blue Heather | 10 | 01 | 11 |
| 022990 | Intense Pink | C/O |



### Sliced Tee — $22.00
**F11APWX10**                                                          **H1100H**
Slim fit short-sleeve scoop neck T-shirt. Flat ink screen-printed graphic.
100% polyester single jersey.

**Sizes:** S | M | L | XL | 2XL

| | | Available |
|---|---|---|
| 024836 | White | Intense Pink | C/O |
| 024835 | Shift Grey | Turbo | 10 | 01 | 11 |
| 024833 | Satellite | Intense Pink | C/O |
| 024832 | Intense Green | Satellite | C/O |
| 024837 | Black | Slime | C/O |



### Uber Stripe Tee — $22.00
**F11APWX11**                                                          **H1100H**
Slim fit short-sleeve scoop neck T-shirt. Flat ink screen-printed graphic.
100% polyester single jersey.

**Sizes:** S | M | L | XL | 2XL

| | | Available |
|---|---|---|
| 024830 | Black | White | Shift Grey | C/O |
| 024828 | Intense Pink | White | Shift Grey | C/O |
| 024825 | Sharp Purple | White | Wonder Glow | 10 | 01 | 11 |
| 024824 | Sharp Red | White | Turbo | 10 | 01 | 11 |

WOMEN'S TRAINING | t-shirts

310

Exhibit 1
Page 329 of 451





**Girls' 2-in-1 3-Stripes**
**Long-Sleeve Tee**                     $24.00
**F11APGX07**                            **H1200H**
Graphic 2-in-1 tee.
100% cotton single jersey.
**Sizes:** S | M | L | XL          Available:      C/O

| 022660 | Shift Purple | White | Sharp Purple |
| 022662 | Slime | White | Intense Blue |
| 022661 | Medium Grey Heather | Intense Pink |



**Girls' 2-in-1 Team Long-Sleeve**
**Tee**                                 $24.00
**F11APGX08**                           **H1200H**
Graphic 2-in-1 tee.
100% cotton single jersey.
**Sizes:** S | M | L | XL          Available:      C/O

| 022657 | White | Shift Purple |
| 022659 | Intense Blue | White | Slime |
| 022658 | Medium Grey Heather | White | Intense Pink |

GIRLS' TRAINING | t-shirts

367

Exhibit 1
Page 330 of 451



**inline apparel**

Catalog—Quarter Three—2012

adidas.com





Exhibit 1
Page 331 of 451

## KEY ITEMS | COTTON FLEECE

**COZY FLEECE:** SOFT COTTON FLEECE FOR LAYERING AND WEARING EVERY DAY.
**KEY STYLES:** CLASSIC HOODIES AND FLEECE PANTS ARE WARDROBE ESSENTIALS.
**UPDATED CLASSICS:** GREAT BASICS ARE UPDATED WITH COLORFUL GRAPHICS AND NEW TRIMS.

**FW12 WOMEN'S TRAINING**





Exhibit 1
Page 332 of 451



**Oh So Warm Graphic Crew**      $50.00
F12APW508      H2500H

Crew neck sweatshirt with contrast 3-Stripes on sleeves. adidas brandmark at left chest.

85% cotton | 12% polyester | 3% spandex fleece.

**Sizes:** XS | S | M | L | XL | 2XL      Available

| | | |
|---|---|---|
| W65532 | Lab Blue | Core Energy | 07 | 01 | 12 |
| W65534 | Dark Violet | Ultra Purple | 07 | 01 | 12 |
| W65533 | Bright Pink | Lab Lime | 07 | 01 | 12 |





**Oh So Warm Capri**      $40.00
F12APW509      H2000H

Slim fit, banded hem capri with internal drawcord for optimum adjustability. Flattering hand pockets for added comfort. Screen-printed adidas brandmark at back right hip.

85% cotton | 12% polyester | 3% spandex fleece.

**Sizes:** XS | S | M | L | XL | 2XL      Available

| | | |
|---|---|---|
| W65538 | Black | 07 | 01 | 12 |
| Z01256 | Dark Violet | 07 | 01 | 12 |
| W65539 | Bright Pink | 07 | 01 | 12 |
| W65541 | Urban Sky | 07 | 01 | 12 |
| W65540 | Medium Grey Heather | 07 | 01 | 12 |
| Z01243 | White | 07 | 01 | 12 |

310

WOMEN'S

TRAINING fleece

Exhibit 1
Page 333 of 451



**312 WOMEN'S TRAINING** fleece

### Tech Fleece Full-Zip Hoodie
**F12APW521**

**$55.00**
**H2750H**

CLIMAWARM™ Tech Fleece Full-Zip Hoodie. Open hand pockets. Iconic 3-Stripes on right forearm. Lined, adjustable hood. 100% polyester piqué.

**Sizes:** XS | S | M | L | XL | 2XL

| | | Available |
|---|---|---|
| W65572 | Super Cyan | Collegiate Navy | Still Gold | 07 | 01 | 12 |
| W65569 | Prime Ink Blue | Lab Blue | Core Energy | 07 | 01 | 12 |
| W65570 | Bright Pink | Dark Burgundy | Turbo | 07 | 01 | 12 |
| W65571 | Black | Bright Pink | Turbo | 07 | 01 | 12 |
| W65573 | Dark Violet | Ultra Purple | 07 | 01 | 12 |

CLIMAWARM™



### Tech Fleece Celebrate Hoodie
**F12APW523**

**$60.00**
**H3000H**

CLIMAWARM™ tech fleece full-zip hoodie. Open hand pockets. Iconic 3-Stripes on arms. Lined, adjustable hood. Ribbed hem and cuffs. 100% polyester piqué.

**Sizes:** XS | S | M | L | XL | 2XL

| | | Available |
|---|---|---|
| X57251 | Lab Blue | Super Cyan | Core Energy | 07 | 01 | 12 |
| X57253 | Collegiate Navy | Still Gold | Super Cyan | 07 | 01 | 12 |
| X57254 | Dark Violet | Lab Lime | Ultra Purple | 07 | 01 | 12 |
| X57252 | Black | Turbo | Bright Pink | 07 | 01 | 12 |

CLIMAWARM™

Exhibit 1
Page 334 of 451



**315  WOMEN'S  TRAINING  separates**



**CLIMALITE®**

**REGULAR FIT**

### So Fresh Jacket
**F12APW434**  **$50.00**  **H2500H**

CLIMALITE® regular fit tricot jacket with iconic 3-Stripes on arms. Contrast raglan sleeves. Open hand pockets. Soft ribbing around cuffs and hems. adidas brandmark at left chest.
100% polyester tricot.

**Sizes:** XS | S | M | L | XL | 2XL

| | | Available |
|---|---|---|
| X57191 | Sharp Grey | Still Green | Prime Green | 07 | 01 | 12 |
| X57195 | Hyper Green | Lab Lime | White | 07 | 01 | 12 |
| X57189 | Collegiate Navy | Prime Blue | Super Cyan | 07 | 01 | 12 |
| X57193 | Ultra Purple | Power Purple | 07 | 01 | 12 |
| X57190 | Black | Ultra Pink | Ultra Pop | 07 | 01 | 12 |
| X57192 | Black | White | 07 | 01 | 12 |
| X57194 | Ultra Pop | White | 07 | 01 | 12 |



**CLIMALITE®**



**REGULAR FIT**

### So Fresh Pant
**F12APW431**  **$50.00**  **H2500H**

CLIMALITE® regular fit tricot pant with iconic 3-Stripes on legs. Drawstring elastic waistband. Open hand pockets. 33" inseam. adidas brandmark at left hip.
100% polyester tricot.

**Sizes:** XS | S | M | L | XL | 2XL

| | | Available |
|---|---|---|
| W62968 | Black | Core Energy | 07 | 01 | 12 |
| W62972 | Collegiate Navy | Super Cyan | 07 | 01 | 12 |
| W62969 | Black | Ultra Purple | 07 | 01 | 12 |
| W62974 | Collegiate Navy | White | 07 | 01 | 12 |
| W62961 | Black | Bright Pink | 07 | 01 | 12 |
| W62970 | Black | White | 07 | 01 | 12 |

Exhibit 1
Page 335 of 451



**Girls' response® Skort**                    **$30.00**
F2040120G                                      **H1500H**

CLIMACOOL® provides heat and moisture management through
ventilation. Printed 3-Stripes. Built in short tight. Front length: 12½".
Back length: 13½".
100% polyester interlock.

**Sizes:** XS | S | M | L | XL                    **Available**

| W62716 | Black | White | 07 | 01 | 12 |
| W62715 | White | Craft Emerald | 07 | 01 | 12 |
| W62714 | Still Gold | Power Purple | 07 | 01 | 12 |

CLIMACOOL®



**Girls' response® Warm-Up Jacket**          **$50.00**
F2040123G                                      **H2500H**

CLIMACOOL® provides heat and moisture management through
ventilation. Back mesh chimney. Artwork stripes direct print. Zipper
pockets. Applied 3-Stripes in the front.
100% polyester french terry.

**Sizes:** XS | S | M | L | XL                    **Available**

| W63193 | Bright Pink | Lab Lime | 07 | 01 | 12 |

CLIMACOOL®

Exhibit 1
Page 336 of 451



Exhibit 1
Page 337 of 451





## women's running

16

Exhibit 1
Page 338 of 451



END OF YEAR SALE: UP TO 40% OFF SELECT STYLES FREE STANDARD SHIPPING & RETURNS | JOIN NOW

also visit Reebok help exchanges & returns order tracker join creators club creators club log in

adidas MEN WOMEN KIDS SALE HOLIDAY 3 STRIPE LIFE Search

BACK Home / Kids / Clothing

NEW

2 colors available
Red / Bright Blue

GALLERY DESCRIPTION DETAILS COMPLETE THE LOOK REVIEWS

Kids Unisex • Training

# ADIDAS X CLASSIC LEGO® HOODIE

$62

This product is excluded from all promotional discounts and offers.

Select size

| XS | S | M | L | XL |
| --- | --- | --- | --- | --- |

Size guide

ADD TO BAG

PAY OVER TIME IN INTEREST-FREE INSTALLMENTS WITH AFFIRM, KLARNA OR AFTERPAY

JOIN CREATORS CLUB TO GET UNLIMITED FREE STANDARD SHIPPING, RETURNS, & EXCHANGES

FEEDBACK

Document title: adidas x Classic LEGO® Hoodie - Red | adidas US
Capture URL: https://www.adidas.com/us/adidas-x-classic-lego-hoodie/H65335.html
Capture timestamp (UTC): Wed, 15 Dec 2021 23:43:08 GMT

2 colors available
Red / Bright Blue



GALLERY    **DESCRIPTION**    DETAILS    COMPLETE THE LOOK    REVIEWS

Kids Unisex • Training

## *ADIDAS X CLASSIC LEGO® HOODIE*

$62

This product is excluded from all promotional discounts and offers.

## ADIDAS X CLASSIC LEGO® HOODIE

### *A LEGO® HOODIE MADE IN PART WITH RECYCLED CONTENT.*

Master your workout on your local fitness trail in this juniors' hoodie. Classic LEGO®-inspired colors combine with iconic adidas DNA for a unique twist on a go-to staple. A front zip pocket keeps your essentials secure as you conquer each station.

Made in part with recycled content generated from production waste, e.g. cutting scraps, and post-consumer household waste to avoid the larger environmental impact of producing virgin content.



**Select size**

| XS | S | M | L | XL |
|----|---|---|---|----|

FEEDBACK

📏 Size guide

**ADD TO BAG**  →     ♡

✓  PAY OVER TIME IN INTEREST-FREE INSTALLMENTS WITH AFFIRM, KLARNA OR AFTERPAY

👕  JOIN CREATORS CLUB TO GET UNLIMITED FREE STANDARD SHIPPING, RETURNS, & EXCHANGES



## SPECIFICATIONS

- Loose fit
- Lined hood
- 67% recycled polyester, 33% cotton doubleknit
- Drop shoulders
- Kangaroo pocket

- Front zip pocket
- Supports the Better Cotton Initiative
- Imported
- Product color: Red / Bright Blue
- Product code: H65335

## COMPLETE THE LOOK



$40
adidas x Classic LEGO® Tee

$45
adidas x Classic LEGO® Tights

$160
adidas Ultraboost DNA x LEGO® Colors Shoes

## YOU MAY ALSO LIKE



$62
adidas x Classic LEGO® Hoodie
Performance

$50
Adicolor Essentials Fleece Sweatshirt

$60
Tiro Winterized Track Pants
Sportswear

$58
adidas x Classic LEGO® Sweatshirt

Document title: adidas x Classic LEGO® Hoodie - Red | adidas US
Capture URL: https://www.adidas.com/us/adidas-x-classic-lego-hoodie/H65335.html
Capture timestamp (UTC): Wed, 15 Dec 2021 23:43:08 GMT



## BE THE FIRST TO REVIEW THIS PRODUCT

WRITE THE FIRST REVIEW →

## OTHERS ALSO BOUGHT



## RECENTLY VIEWED ITEMS



JOIN OUR CREATORS CLUB &
GET 15% OFF          SIGN UP FOR FREE →

**PRODUCTS**
Shoes
Clothing
Accessories
Gift Cards

**SPORTS**
Soccer
Running
Basketball
Football

**COLLECTIONS**
adicolor
Ultraboost
NMD
Forum

**SUPPORT**
Help
Returns & Exchanges
Shipping
Order Tracker

**COMPANY INFO**
About Us
Students
adidas Stories
adidas Apps

Document title: adidas x Classic LEGO® Hoodie - Red | adidas US
Capture URL: https://www.adidas.com/us/adidas-x-classic-lego-hoodie/H65335.html
Capture timestamp (UTC): Wed, 15 Dec 2021 23:43:08 GMT

Page 3 of 4

Exhibit 1
Page 341 of 451

GALLERY    DESCRIPTION    DETAILS    COMPLETE THE LOOK    **REVIEWS**



WRITE THE FIRST REVIEW →

## OTHERS ALSO BOUGHT



$40
adidas x Classic LEGO® Shorts
Performance

$30 $26
adidas x LEGO® Tee Donovan Mitchell
Performance

$55
Adicolor Essentials Fleece Hoodie
Originals

$40
3-Stripes Pants
Originals

## RECENTLY VIEWED ITEMS



$58
adidas x Classic LEGO® Pants
Performance
new

$58
adidas x Classic LEGO® Pants
Performance
new

$58
adidas x Classic LEGO® Pants
Performance
new

$30
adidas Designed Primeblue Shor
Performance
new

FEEDBACK

## JOIN OUR CREATORS CLUB & GET 15% OFF

SIGN UP FOR FREE →

| PRODUCTS | SPORTS | COLLECTIONS | SUPPORT | COMPANY INFO |
|---|---|---|---|---|
| Shoes | Soccer | adicolor | Help | About Us |
| Clothing | Running | Ultraboost | Returns & Exchanges | Students |
| Accessories | Basketball | NMD | Shipping | adidas Stories |
| Gift Cards | Football | Forum | Order Tracker | adidas Apps |
| | Outdoor | Superstar | Store Locator | Sustainability |
| New Arrivals | Golf | Running Shoes | Size Charts | Creators Club |
| Best Sellers | Baseball | adilette | Gift Card Balance | Affiliates |
| Release Dates | Tennis | Stan Smith | Bra Fit Guide | Press |
| Sale | Skateboarding | adizero | Running Shoe Finder | Careers |
| | Training | Tiro | Promotions | California Transparency in |
| | | EQT | | Supply Chains Act |

🇺🇸 USA

2021 adidas America Inc.

Data settings | Do not sell my personal information | Privacy Policy | Terms and Conditions

Document title: adidas x Classic LEGO® Hoodie - Red | adidas US
Capture URL: https://www.adidas.com/us/adidas-x-classic-lego-hoodie/H65335.html
Capture timestamp (UTC): Wed, 15 Dec 2021 23:43:08 GMT



END OF YEAR SALE: UP TO 40% OFF SELECT STYLES FREE STANDARD SHIPPING & RETURNS | JOIN NOW

also visit Reebok help exchanges & returns order tracker join creators club creators club log in

adidas MEN WOMEN KIDS SALE HOLIDAY 3 STRIPE LIFE Search

BACK Home / Kids / Clothing

NEW

Kids Unisex • Training

# ADIDAS X CLASSIC LEGO® HOODIE

$62

This product is excluded from all promotional discounts and offers.

Select size

| XS | S | M | L | XL |
|---|---|---|---|---|

Size guide

ADD TO BAG

PAY OVER TIME IN INTEREST-FREE INSTALLMENTS WITH AFFIRM, KLARNA OR AFTERPAY

JOIN CREATORS CLUB TO GET UNLIMITED FREE STANDARD SHIPPING, RETURNS, & EXCHANGES

FEEDBACK

2 colors available
White / Yellow / Red

GALLERY DESCRIPTION DETAILS COMPLETE THE LOOK REVIEWS

Document title: adidas x Classic LEGO® Hoodie - White | adidas US
Capture URL: https://www.adidas.com/us/adidas-x-classic-lego-hoodie/H65334.html
Capture timestamp (UTC): Wed, 15 Dec 2021 23:44:03 GMT

2 colors available
White / Yellow / Red




GALLERY    DESCRIPTION    DETAILS    COMPLETE THE LOOK    REVIEWS

Kids Unisex • Training

# ADIDAS X CLASSIC LEGO® HOODIE

$62

This product is excluded from all promotional discounts and offers.

**Select size**

| XS | S | M | L | XL |

Size guide

ADD TO BAG →    ♡

FEEDBACK

✓ PAY OVER TIME IN INTEREST-FREE INSTALLMENTS WITH AFFIRM, KLARNA OR AFTERPAY

⟲ JOIN CREATORS CLUB TO GET UNLIMITED FREE STANDARD SHIPPING, RETURNS, & EXCHANGES

## ADIDAS X CLASSIC LEGO® HOODIE

### A LEGO® HOODIE MADE IN PART WITH RECYCLED CONTENT.

Master your workout on your local fitness trail in this juniors' hoodie. Classic LEGO®-inspired colors combine with iconic adidas DNA for a unique twist on a go-to staple. A front zip pocket keeps your essentials secure as you conquer each station.

Made in part with recycled content generated from production waste, e.g. cutting scraps, and post-consumer household waste to avoid the larger environmental impact of producing virgin content.




## SPECIFICATIONS

- Loose fit
- Lined hood
- 67% recycled polyester, 33% cotton doubleknit
- Drop shoulders
- Kangaroo pocket
- Front zip pocket
- Supports the Better Cotton Initiative
- Imported
- Product color: White / Yellow / Red
- Product code: H65334

## COMPLETE THE LOOK


$40
adidas x Classic LEGO® Tee


$45
adidas x Classic LEGO® Shorts


$160
adidas Ultraboost DNA x LEGO® Colors Shoes

## YOU MAY ALSO LIKE


$62
adidas x Classic LEGO® Hoodie
Performance


$50
Adicolor Essentials Fleece Sweatshirt


$60
Tiro Winterized Track Pants
Sportswear


$58
adidas x Classic LEGO® Sweatshirt

→

Document title: adidas x Classic LEGO® Hoodie - White | adidas US
Capture URL: https://www.adidas.com/us/adidas-x-classic-lego-hoodie/H65334.html
Capture timestamp (UTC): Wed, 15 Dec 2021 23:44:03 GMT

Page 2 of 4

Exhibit 1
Page 344 of 451



# BE THE FIRST TO REVIEW THIS PRODUCT

**WRITE THE FIRST REVIEW** →

## OTHERS ALSO BOUGHT



| $45 | $65 | $55 | $40 |
|---|---|---|---|
| Trefoil Hoodie | Superstar Shoes | Adicolor Essentials Fleece Hoodie | 3-Stripes Pants |
| Originals | Originals | Originals | Originals |

## RECENTLY VIEWED ITEMS

$62
adidas x Classic LEGO® Hoodie
Performance
new

$58
adidas x Classic LEGO® Pants
Performance
new

$58
adidas x Classic LEGO® Pants
Performance
new

$58
adidas x Classic
Performance
new



## JOIN OUR CREATORS CLUB & GET 15% OFF

**SIGN UP FOR FREE** →

| PRODUCTS | SPORTS | COLLECTIONS | SUPPORT | COMPANY INFO |
|---|---|---|---|---|
| Shoes | Soccer | adicolor | Help | About Us |
| Clothing | Running | Ultraboost | Returns & Exchanges | Students |
| Accessories | Basketball | NMD | Shipping | adidas Stories |
| Gift Cards | Football | Forum | Order Tracker | adidas Apps |

Document title: adidas x Classic LEGO® Hoodie - White | adidas US
Capture URL: https://www.adidas.com/us/adidas-x-classic-lego-hoodie/H65334.html
Capture timestamp (UTC): Wed, 15 Dec 2021 23:44:03 GMT

GALLERY    DESCRIPTION    DETAILS    COMPLETE THE LOOK    **REVIEWS**

**WRITE THE FIRST REVIEW** →

## OTHERS ALSO BOUGHT



$45
Trefoil Hoodie
Originals

$65
Superstar Shoes
Originals

$55
Adicolor Essentials Fleece
Hoodie
Originals

$40
3-Stripes Pants
Originals

## RECENTLY VIEWED ITEMS



$62
adidas x Classic LEGO® Hoodie
Performance
new

$58
adidas x Classic LEGO® Pants
Performance
new

$58
adidas x Classic LEGO® Pants
Performance
new

$58
adidas x Classic
Performance
new


FEEDBACK

## JOIN OUR CREATORS CLUB & GET 15% OFF

**SIGN UP FOR FREE** →

| PRODUCTS | SPORTS | COLLECTIONS | SUPPORT | COMPANY INFO |
|---|---|---|---|---|
| Shoes | Soccer | adicolor | Help | About Us |
| Clothing | Running | Ultraboost | Returns & Exchanges | Students |
| Accessories | Basketball | NMD | Shipping | adidas Stories |
| Gift Cards | Football | Forum | Order Tracker | adidas Apps |
| | Outdoor | Superstar | Store Locator | Sustainability |
| New Arrivals | Golf | Running Shoes | Size Charts | Creators Club |
| Best Sellers | Baseball | adilette | Gift Card Balance | Affiliates |
| Release Dates | Tennis | Stan Smith | Bra Fit Guide | Careers |
| Sale | Skateboarding | adizero | Running Shoe Finder | Press |
| | Training | Tiro | Promotions | California Transparency in |
| | | EQT | | Supply Chains Act |

🇺🇸 USA

2021 adidas America Inc.

Data settings | Do not sell my personal information | Privacy Policy | Terms and Conditions

Document title: adidas x Classic LEGO® Hoodie - White | adidas US
Capture URL: https://www.adidas.com/us/adidas-x-classic-lego-hoodie/H65334.html
Capture timestamp (UTC): Wed, 15 Dec 2021 23:44:03 GMT

Page 4 of 4

Exhibit 1
Page 346 of 451