Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,284,308
Registered Oct. 12, 1999

## TRADEMARK
### PRINCIPAL REGISTER



ADIDAS-SALOMON AG (FED REP GERMANY JOINT STOCK COMPANY)
P.O. BOX 1120
HERZOGENAURACH, FED REP GERMANY

FOR: SPORTS AND LEISURE WEAR, NAMELY PANTS, IN CLASS 25 (U.S. CLS. 22 AND 39).
    FIRST USE 0-0-1967; IN COMMERCE 0-0-1967.
    OWNER OF U.S. REG. NOS. 870,136, 1,815,956, AND 1,833,868.
    THE MARK CONSISTS THREE PARALLEL BANDS EXTENDING ALONG THE LENGTH OF EACH LEG OF THE PANTS, THE BANDS BEING OF CONTRASTING COLOR TO THAT OF THE REMAINDER OF THE PANTS. THE DOTTED LINES ARE NOT A PART OF THE MARK AND ONLY USED TO INDICATE POSITION.

   SEC. 2(F).

   SER. NO. 74-653,302, FILED 3-28-1995.

RUDY R. SINGLETON, EXAMINING ATTORNEY

Exhibit 4
Page 1 of 1