Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 3,029,127
Registered Dec. 13, 2005

## TRADEMARK
### PRINCIPAL REGISTER



ADIDAS-SALOMON AG (FED REP GERMANY AKTIENGESELLSCHAFT (AG))
ADI-DASSLER STRASSE 1-2
D-91074 HERZOGENAURACH, FED REP GERMANY

FOR: CLOTHING, NAMELY, T-SHIRTS, SWEATSHIRTS, JACKETS AND COATS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 2-3-1967; IN COMMERCE 8-3-1967.

OWNER OF U.S. REG. NOS. 870,136, 2,016,963, AND 2,058,619.

THE MARK CONSISTS OF THREE PARALLEL STRIPES RUNNING ALONG THE SLEEVE OF A SHIRT, T-SHIRT, SWEATSHIRT, JACKET OR COAT. THE DOTTED OUTLINE OF THE GARMENT IS NOT CLAIMED AS PART OF THE MARK AND IS INTENDED ONLY TO SHOW THE POSITION OF THE MARK.

SEC. 2(F).

SER. NO. 78-539,470, FILED 12-29-2004.

BARNEY CHARLON, EXAMINING ATTORNEY

Exhibit 6
Page 1 of 1