# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,910,643**
**Registered Mar. 8, 2016**
**Int. Cls.: 18, 25 and 28**

**TRADEMARK**

**PRINCIPAL REGISTER**



Director of the United States
Patent and Trademark Office

ADIDAS AG (FED REP GERMANY AG)
ADI-DASSLER-STRASSE 1-2
91074 HERZOGENAURACH
FED REP GERMANY

FOR: ARTICLES MADE OF LEATHER AND IMITATION LEATHER, NAMELY BACKPACKS, BAGS FOR GENERAL AND SPORTS USE, CARRY-ALL BAGS, ATHLETIC BAGS, DUFFLE BAGS, SHOULDER BAGS, SLING BAGS, HANDBAGS, PURSES, TOTE BAGS, WAIST PACKS, OVERNIGHT BAGS, KNAPSACKS, SHOE BAGS AND BEACH BAGS, WALLETS AND KEY CASES, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: CLOTHING, NAMELY, SHIRTS, T-SHIRTS, SWEATSHIRTS, JERSEYS, PULLOVERS, TOPS, VESTS, SWEATERS, PANTS, SHORTS, BOTTOMS, JACKETS, COATS, DRESSES, SKIRTS, SKORTS, UNDERWEAR, BRAS, SOCKS, TIGHTS, SCARVES, GLOVES, BELTS, WRISTBANDS, TRACKSUITS, TRAINING SUITS, WARM-UP SUITS, ATHLETIC UNIFORMS, SWIMWEAR, FOOTWEAR, ATHLETIC FOOTWEAR, BOOTS, SANDALS, SLIDES, CAPS, HATS, VISORS, HEADBANDS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FOR: ATHLETIC SPORTING GOODS, NAMELY, SHINGUARDS, SOCCER GLOVES, GOALKEEPERS' GLOVES, KNEE PADS AND KNEE GUARDS FOR ATHLETIC USE, LEG GUARDS; BALLS FOR SPORTS, SOCCER BALLS, BASKETBALLS, PLAYGROUND BALLS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

OWNER OF U.S. REG. NOS. 1,833,868, 2,179,796, AND 2,999,646.

OWNER OF INTERNATIONAL REGISTRATION 0300804 DATED 8-2-1965, EXPIRES 8-2-2025.

THE MARK CONSISTS OF THREE DIAGONAL QUADRILATERALS POSITIONED PARALLEL TO EACH OTHER UPON A CONTRASTING BACKGROUND. THE SHADED RECTANGLE IS NOT A FEATURE OF THE MARK.

SER. NO. 79-148,498, FILED 2-4-2014.

TAMARA HUDSON, EXAMINING ATTORNEY

Exhibit 7
Page 1 of 2

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

   *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

   *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
   *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

   You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at  http://www.uspto.gov.

Page: 2 / RN # 4,910,643

Exhibit 7
Page 2 of 2