Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**  Reg. No. 2,016,963
Registered Nov. 19, 1996

## TRADEMARK
PRINCIPAL REGISTER



ADIDAS AG (FED REP GERMANY CORPORATION)
P.O. BOX 1120
HERZOGENAURACH D-91072, FED REP GERMANY

FOR: SPORTS AND LEISURE WEAR, NAMELY JACKETS, IN CLASS 25 (U.S. CLS. 22 AND 39).
FIRST USE 0-0-1967; IN COMMERCE 0-0-1967.
OWNER OF U.S. REG. NO. 870,136.

THE MARK CONSISTS OF THREE PARALLEL BANDS POSITIONED ALONG THE LENGTH OF EACH SLEEVE OF A JACKET. THE DOTTED OUTLINE OF A JACKET IS NOT PART OF THE MARK BUT IS MERELY INTENDED TO SHOW THE POSITION OF THE MARK.
SEC. 2(F).

SER. NO. 74-653,296, FILED 3-28-1995.

ANIL V. GEORGE, EXAMINING ATTORNEY

Exhibit 8
Page 1 of 9

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,058,619
Registered May 6, 1997

## TRADEMARK
### PRINCIPAL REGISTER



ADIDAS AG (FED REP GERMANY CORPORATION)
P.O. BOX 1120
HERZOGENAURACH D-91072, FED REP GERMANY

   FOR: SPORTS AND LEISURE WEAR, NAMELY SHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).
   FIRST USE 0-0-1967; IN COMMERCE 0-0-1967.
   OWNER OF U.S. REG. NO. 870,136.

   THE MARK CONSISTS OF THREE PARALLEL BANDS POSITIONED ALONG THE LENGTH OF EACH SLEEVE OF A SHIRT. THE DOTTED OUTLINE OF A SHIRT IS NOT PART OF THE MARK BUT IS MERELY INTENDED TO SHOW THE POSITION OF THE MARK.
   SEC. 2(F).

   SER. NO. 74-653,301, FILED 3-28-1995.

ANIL V. GEORGE, EXAMINING ATTORNEY

Exhibit 8
Page 2 of 9

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 3,087,329
Registered May 2, 2006

## TRADEMARK
### PRINCIPAL REGISTER



ADIDAS-SALOMON AG (FED REP GERMANY AKTIENGESELLSCHAFT (AG))
ADI-DASSLER STRASSE 1-2
D-91074 HERZOGENAURACH, FED REP GERMANY

FOR: CLOTHING, NAMELY, SHIRTS, T-SHIRTS, SWEATSHIRTS, VESTS, JACKETS AND COATS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 2-3-1967; IN COMMERCE 8-3-1967.

THE MARK CONSISTS OF THREE PARALLEL STRIPES RUNNING ALONG THE SIDE OF A SHIRT, T-SHIRT, SWEATSHIRT, VEST, JACKET OR COAT. THE DOTTED OUTLINE OF THE GARMENT IS NOT CLAIMED AS PART OF THE MARK AND IS INTENDED ONLY TO SHOW THE POSITION OF THE MARK.

SEC. 2(F).

SER. NO. 78-539,504, FILED 12-29-2004.

HOWARD SMIGA, EXAMINING ATTORNEY

Exhibit 8
Page 3 of 9



2022665

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

January 16, 2018

THE ATTACHED U.S. TRADEMARK REGISTRATION 3,183,656 IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM   *December 12, 2006*
*1st* RENEWAL FOR A TERM OF *10* YEARS FROM   *December 12, 2016*
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:
  *ADIDAS AG*
  *A JOINT STOCK COMPANY OF GERMANY*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

W. MONTGOMERY
Certifying Officer

Exhibit 8
Page 4 of 9

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 3,183,656
Registered Dec. 12, 2006

## TRADEMARK
### PRINCIPAL REGISTER



ADIDAS AG (FED REP GERMANY JOINT STOCK COMPANY)
ADI-DASSLER-STRASSE 1
HERZOGENAURACH, FED REP GERMANY 91074

FOR: HEADWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 5-0-1993; IN COMMERCE 1-0-1994.

OWNER OF U.S. REG. NOS. 870,136, 2,999,646 AND OTHERS.

THE MARK CONSISTS OF THREE PARALLEL STRIPES EXTENDING AROUND THE HEADWEAR.

SEC. 2(F).

SER. NO. 78-802,316, FILED 1-30-2006.

ANDREA K. NADELMAN, EXAMINING ATTORNEY

Exhibit 8
Page 5 of 9



2022665

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

January 16, 2018

THE ATTACHED U.S. TRADEMARK REGISTRATION 3,183,663 IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM   *December 12, 2006*
*1st* RENEWAL FOR A TERM OF *10* YEARS FROM   *December 12, 2016*
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:
  *ADIDAS AG*
  *A JOINT STOCK COMPANY OF GERMANY*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office



W. MONTGOMERY
Certifying Officer

Exhibit 8
Page 6 of 9

Int. Cl.: **25**

Prior U.S. Cls.: **22 and 39**

**United States Patent and Trademark Office**

Reg. No. **3,183,663**
Registered **Dec. 12, 2006**

## TRADEMARK
### PRINCIPAL REGISTER



ADIDAS AG (FED REP GERMANY JOINT STOCK COMPANY)
ADI-DASSLER-STRASSE 1
HERZOGENAURACH, FED REP GERMANY 91074

FOR: HEADWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 8-0-1998; IN COMMERCE 3-0-1999.

OWNER OF U.S. REG. NOS. 2,284,308, 2,999,646 AND OTHERS.

THE MARK CONSISTS OF THREE PARALLEL STRIPES ON A SIZE ADJUSTING BAR AT THE REAR OF THE HEADWEAR. THE DOTTED OUTLINE OF THE VISOR IS NOT CLAIMED AS PART OF THE MARK AND IS INTENDED ONLY TO SHOW THE POSITION OF THE MARK

SEC. 2(F).

SER. NO. 78-802,551, FILED 1-30-2006.

JEAN IM, EXAMINING ATTORNEY

Exhibit 8
Page 7 of 9



2022660

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

January 12, 2018

THE ATTACHED U.S. TRADEMARK REGISTRATION 3,236,505 IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM   May 01, 2007
*1st* RENEWAL FOR A TERM OF *10* YEARS FROM   May 01, 2017
SECTION 8
SAID RECORDS SHOW TITLE TO BE IN:
  *ADIDAS AG*
  *A JOINT STOCK COMPANY OF GERMANY*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

W. MONTGOMERY
Certifying Officer



Exhibit 8
Page 8 of 9

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

United States Patent and Trademark Office

Reg. No. 3,236,505
Registered May 1, 2007

## TRADEMARK
### PRINCIPAL REGISTER



ADIDAS AG (FED REP GERMANY JOINT STOCK COMPANY)
ADI-DASSLER-STRASSE 1
HERZOGENAURACH, FED REP GERMANY 91074

FOR: HEADWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 5-0-1993; IN COMMERCE 1-0-1994.

OWNER OF U.S. REG. NOS. 2,284,308, 2,999,646 AND OTHERS.

THE MARK CONSISTS OF THREE PARALLEL STRIPES EXTENDING FROM THE REAR OF THE HEADWEAR TO THE TOP OF THE HEADWEAR. THE DOTTED OUTLINE OF THE HAT, BRIM AND STRAP ARE NOT CLAIMED AS PART OF THE MARK AND IS INTENDED ONLY TO SHOW THE POSITION OF THE MARK.

SEC. 2(F).

SER. NO. 78-802,476, FILED 1-30-2006.

KELLY MCCOY, EXAMINING ATTORNEY

Exhibit 8
Page 9 of 9