

# Looking Back at 20 Years of Y-3

The collaborative label has redefined contemporary fashion and footwear for two decades with minimal branding, elevated silhouettes, and more.

**Footwear**
Feb 25, 2022
12,892 Hypes
14 Comments

TEXT BY
Elliot Santiago

SHARE THIS ARTICLE

In the last two decades, adidas (XETRA:ADS.DE +0.24%) has teamed up with high-profile industry names and brands including Kanye West, Pharrell, South Park, Prada and more, but few of these have the history and heritage that its collaborative Y-3 sub-label possesses. Japanese designer Yohji Yamamoto has been helming this imprint since 2002, and he's been pushing the boundaries in contemporary fashion and footwear ever since. Y-3 was one of the first to

Document title: Y-3 20th Anniversary Campaign | HYPEBEAST
Capture URL: https://hypebeast.com/2022/2/adidas-y-3-20-year-anniversary-moments
Capture timestamp (UTC): Tue, 16 Aug 2022 22:04:06 GMT
Page 1 of 19

Exhibit 12
Page 1 of 19

Footwear
Feb 25, 2022

12,892 Hypes

14 Comments

TEXT BY
Elliot Santiago

SHARE THIS ARTICLE

- Link
- Share
- Email
- Send
- More

IN THIS ARTICLE


adidas
German Sportswear Company
Rank 2


Yohji Yamamoto
Rank 55


Y-3
Rank 280

*South Park*, Prada and more, but few of these have the history and heritage that its collaborative Y-3 sub-label possesses. Japanese designer Yohji Yamamoto has been helming this imprint since 2002, and he's been pushing the boundaries in contemporary fashion and footwear ever since. Y-3 was one of the first to blend the worlds of high-fashion with sportswear — something we know all too well today — and it continues to dominate in this space.

Some of the most innovative product designs have spawned from this partnership. A footwear silhouette as iconic as the Y-3 Qasa will forever be remembered for its unique design and how it influenced a whole generation of contemporary and lifestyle sneaker models. And athletic apparel such as hoodies, tracksuits, jumpsuits and tech wear now have room in streetwear as Yamamoto reinterpreted this category through minimal branding, tasteful patterns and neutral tones.

The hype over the label has more or less simmered down in recent years, but the brand is still making strides to remain relevant with a slew of lifestyle footwear offerings and athleisure capsules. It's safe to say that Yamamoto's brand still has plenty left in the tank, and as it gears up for its 20th anniversary HYPEBEAST has taken a look back into some of its most pivotal moments.

## Debut, 2003



Document title: Y-3 20th Anniversary Campaign | HYPEBEAST
Capture URL: https://hypebeast.com/2022/2/adidas-y-3-20-year-anniversary-moments
Capture timestamp (UTC): Tue, 16 Aug 2022 22:04:06 GMT
Page 2 of 19

Exhibit 12
Page 2 of 19

Footwear
Feb 25, 2022

12,892 Hypes

14 Comments

TEXT BY
Elliot Santiago

SHARE THIS ARTICLE

Link
Share
Email
Send
More

IN THIS ARTICLE


adidas
German Sportswear Company
Rank 2

Yohji Yamamoto
Rank 55


Y-3
Rank 280


Xavier Rossi/Getty Images

Having already run his own label for 30 years, Yohji Yamamoto was thirsty for a new venture, one that he would be able to amalgamate all of his knowledge from working in the luxury space with street and sportswear. After getting rejected by Nike, he ran with this collaborative idea and pitched it to adidas in 2002. The German sportswear brand was much more open to the idea of doing something that had never been done before in the fashion space, and the partnership was forged.

## Y-3 Platform Sandal, 2004


Aro Archive

Clogs, mules, sandals and everything in between are the new norm in today's footwear space. However, Y-3 was one of the first labels to engineer an unorthodox model slip-on model that was both contemporary and sporty, and that was the adidas Y-3 Platform Sandal. Up top, the kicks feature a high-cut mesh bootie that bears a Tabi toe-esque design, exposed heels and Three Stripes branding on the rear end. A thick platform serves as the foundation of the model, and

Document title: Y-3 20th Anniversary Campaign | HYPEBEAST
Capture URL: https://hypebeast.com/2022/2/adidas-y-3-20-year-anniversary-moments
Capture timestamp (UTC): Tue, 16 Aug 2022 22:04:06 GMT
Page 3 of 19

Exhibit 12
Page 3 of 19

Footwear

Feb 25, 2022

12,892 Hypes

14 Comments

TEXT BY
Elliot Santiago

SHARE THIS ARTICLE

Link
Share
Email
Send
More

IN THIS ARTICLE


adidas
German Sportswear Company
Rank 2


Yohji Yamamoto
Rank 55


Y-3
Rank 280

model slip-on model that was both contemporary and sporty, and that was the adidas Y-3 Platform Sandal. Up top, the kicks feature a high-cut mesh bootie that bears a Tabi toe-esque design, exposed heels and Three Stripes branding on the rear end. A thick platform serves as the foundation of the model, and which curves up towards the front and bears a Yohji Yamamoto spell out on the lateral rear. It was a unique proposition to the footwear market as you would very seldom see an offering that was this fashion-forward but still possessed a sportswear feel to it.



Dave M. Benett/Getty Images (london Store Pictured)

## First Flagship Store Opening, 2008

Once the partnership had reached its five-year mark, Yamamoto recognized that the collaboration had gained a substantial enough fan base that it was time to go the brick-and-mortar route. In 2008, Y-3 opened its doors to the label's inaugural standalone retail space in New York City's West Village neighborhood.

## Y-3 Qasa, 2013



Document title: Y-3 20th Anniversary Campaign | HYPEBEAST
Capture URL: https://hypebeast.com/2022/2/adidas-y-3-20-year-anniversary-moments
Capture timestamp (UTC): Tue, 16 Aug 2022 22:04:06 GMT
Page 4 of 19

Exhibit 12
Page 4 of 19

Footwear
Feb 25, 2022

12,892 Hypes

14 Comments

TEXT BY
Elliot Santiago

SHARE THIS ARTICLE

Link
Share
Email
Send
More

IN THIS ARTICLE


adidas
German Sportswear Company
Rank 2


Yohji Yamamoto
Rank 55


Y-3
Rank 280



Y-3

Of all of the adidas Y-3 silhouettes under the sun, the Qasa is undoubtedly the most iconic. At the time, Yamamoto felt a need to shake the sneaker landscape up with a silhouette that pushed contemporary footwear design forward, and he certainly achieved that with this offering. The model debuted in 2013 and instantly garnered mass appeal for its futuristic shape and premium comfort. Yamamoto harked back into Three Stripes' early 90s archives to bring back the brand's Tubular technology, and he merged this with own Japanese design sensibilities to create the offering. The response to this shoe was so well-received it even spawned the avant-garde designer to create more variations of the model in the years that followed.

## Y-3 PureBOOST, 2014



Flight Club

Prior to Kanye West creating a cult following for adidas

Spotlights



7-Eleven Taps Overtime and Easy Otabor for a Limited-Edition Apparel Collection
Presented by 7-Eleven


A Decade Later, Swedish House Mafia Has Returned for Its Second Act


Scrapbook: Recording 'The Summer Sessions' With Ray-Ban Stories at All Points East
Presented by Ray-Ban


Meet Jamps, The Studio Making One-Offs From Its Own Scrap Metal

Document title: Y-3 20th Anniversary Campaign | HYPEBEAST
Capture URL: https://hypebeast.com/2022/2/adidas-y-3-20-year-anniversary-moments
Capture timestamp (UTC): Tue, 16 Aug 2022 22:04:06 GMT
Page 5 of 19

Exhibit 12
Page 5 of 19

Footwear

Feb 25, 2022

12,892 Hypes

14 Comments

TEXT BY
Elliot Santiago

SHARE THIS ARTICLE

Link
Share
Email
Send
More

IN THIS ARTICLE


**adidas**
German Sportswear Company
Rank 2


**Yohji Yamamoto**
Rank 55


**Y-3**
Rank 280



Flight Club

Prior to Kanye West creating a cult following for adidas running sneakers such as the UltraBOOST as well as his ever-expanding line of adidas YEEZYs, Yohji Yamamoto helped to introduce the cushioning system to the fashion crowd with the Y-3 PureBOOST. The silhouette debuted in a handful of grayscale renditions and instantly became a hit after Fear of God founder and now one of adidas' newest collaborators Jerry Lorenzo was often seen wearing the black and white and all-white colorways.

## Y-3 Run Boost, 2016



Sns

During this time period, nearly every adidas BOOST model would capture the attention of the sneaker community, and Yohji Yamamoto couldn't help but chime in on the action so he fashioned the adidas Y-3 Run Boost. This silhouette is essentially a elevated version of the adidas Pure Boost that debuted in 2014 that bears the Japanese designer's full moniker across the middle stripe and oversized Y-3 branding on the heels. If Kanye West stepped out in public and he wasn't rocking his YEEZYs, you'd often catch him lacing up various colorways of this model, and this of course jacked up the resell prices and created more

Spotlights



**7-Eleven Taps Overtime and Easy Otabor for a Limited-Edition Apparel Collection**
Presented by 7-Eleven


A Decade Later, Swedish House Mafia Has Returned for Its Second Act


Scrapbook: Recording 'The Summer Sessions' With Ray-Ban Stories at All Points East
Presented by Ray-Ban


Meet Jamps, The Studio Making One-Offs From Its Own Scrap Metal

Document title: Y-3 20th Anniversary Campaign | HYPEBEAST
Capture URL: https://hypebeast.com/2022/2/adidas-y-3-20-year-anniversary-moments
Capture timestamp (UTC): Tue, 16 Aug 2022 22:04:06 GMT
Page 6 of 19

Exhibit 12
Page 6 of 19

Footwear
Feb 25, 2022
12,892 Hypes
14 Comments

TEXT BY
Elliot Santiago

SHARE THIS ARTICLE
Link
Share
Email
Send
More

IN THIS ARTICLE
adidas — German Sportswear Company — Rank 2
Yohji Yamamoto — Rank 55
Y-3 — Rank 280

that bears the Japanese designer's full moniker across the middle stripe and oversized Y-3 branding on the heels. If Kanye West stepped out in public and he wasn't rocking his YEEZYs, you'd often catch him lacing up various colorways of this model, and this of course jacked up the resell prices and created more demand for them.

## Y-3 Creates Flight Suits for Virgin Galactic, 2016


Y-3

After already proving himself time and time again on the runways, Yamamoto was presented with a unique opportunity to work with Virgil Galactic — an American spaceflight company founded by Richard Branson. The company admired the designer's unique perspective in fashion and tapped him to create special flight suits for the world's first commercial space flights. The suits were devised with Nomex Meta Aramid — a woven, heat-resistant synthetic material — and were designed to support a pilot's natural seating position. Y-3-made limited-edition jackets were also made for the pilots, crew and passengers.

## Y-3 4D Runner, 2018



Spotlights


7-Eleven Taps Overtime and Easy Otabor for a Limited-Edition Apparel Collection
Presented by 7-Eleven


A Decade Later, Swedish House Mafia Has Returned for Its Second Act


Scrapbook: Recording 'The Summer Sessions' With Ray-Ban Stories at All Points East
Presented by Ray-Ban


Meet Jamps, The Studio Making One-Offs From Its Own Scrap Metal

Document title: Y-3 20th Anniversary Campaign | HYPEBEAST
Capture URL: https://hypebeast.com/2022/2/adidas-y-3-20-year-anniversary-moments
Capture timestamp (UTC): Tue, 16 Aug 2022 22:04:06 GMT
Page 7 of 19

Exhibit 12
Page 7 of 19

Footwear
Feb 25, 2022

12,892 Hypes

14 Comments

TEXT BY
Elliot Santiago

SHARE THIS ARTICLE

 Link
 Share
 Email
Send
... More

IN THIS ARTICLE

 adidas
German Sportswear Company
Rank 2

 Yohji Yamamoto
Rank 55

 Y-3
Rank 280

## Y-3 4D Runner, 2018



Y-3

As adidas continued to expand upon his footwear cushioning technology with the introduction of of FUTURECRAFT 4D, it was only fitting that a silhouette be engineered under the Y-3 label. To kick things off on this front, Yamamoto implemented the brand's unique and latticed sole unit and designed the Y-3 4D Runner. The silhouette first walked the runway during Paris Fashion Week that year and only a mere 200 pairs were released.

## Y-3 "20 Years: Re-Coded" Campaign, 2022



1 of 3

Y-3

Y-3 launches its newest "20 Years: Re-Coded"campaign that features football icon and

Spotlights



7-Eleven Taps Overtime and Easy Otabor for a Limited-Edition Apparel Collection
Presented by 7-Eleven

 A Decade Later, Swedish House Mafia Has Returned for Its Second Act

 Scrapbook: Recording 'The Summer Sessions' With Ray-Ban Stories at All Points East
Presented by Ray-Ban

 Meet Jamps, The Studio Making One-Offs From Its Own Scrap Metal

HypeIndex BETA   Data provided by Yahoo Finance

6001.13
6.25 (+0.10%)


Document title: Y-3 20th Anniversary Campaign | HYPEBEAST
Capture URL: https://hypebeast.com/2022/2/adidas-y-3-20-year-anniversary-moments
Capture timestamp (UTC): Tue, 16 Aug 2022 22:04:06 GMT
Page 8 of 19

Exhibit 12
Page 8 of 19



**Footwear**
Feb 25, 2022

12,892 Hypes

14 Comments

TEXT BY
**Elliot Santiago**

SHARE THIS ARTICLE

- Link
- Share
- Email
- Send
- More

IN THIS ARTICLE

**adidas**
German Sportswear Company
Rank 2

**Yohji Yamamoto**
Rank 55

**Y-3**
Rank 280

Y-3 launches its newest "20 Years: Re-Coded" campaign that features football icon and longtime friend of the brand Zinedine Zidane. It's designed to celebrate the brand's two decades-long history while shining a light on Zidane and his impeccable ball control. Campaign imagery shows Zidane adorned head-to-toe in Y-3 and is seen sporting the brand's sweatsuits, a trench coat, a puffy vest and the recently-dropped Y-3 UltraBOOST 22.

No matter where the brand goes from here, it will always be remembered for being a pioneer in fusing the worlds of luxury with street. As long as it continues to hone in on its craft and continue to push out wearable, functional and elevated products, it has great potential to stay relevant, but the brand still has room to grow. Having another pivotal moment like introducing another footwear model that transcends sneaker culture like its Qasa did can definitely bring fresh energy and attract new fans to the brand, but we'll see how it moves in the coming years.

| Y-3 | ADIDAS | YOHJI YAMAMOTO | ZINEDINE ZIDANE | Y-3 QASA |
| ADIDAS Y-3 | ADIDAS Y-3 QASA | Y-3 PUREBOOST | Y-3 RUNNER 4D |

**HypeIndex** BETA — Data provided by Yahoo Finance

**6001.13**
6.25 (+0.10%)

Latest Active

| 1 | Tapestry NYSE:TPR | 1.21 (+3.37%) |
| 2 | Gap NYSE:GPS | 0.78 (+7.29%) |
| 3 | Ralph Lauren NYSE: | 2.39 (+2.43%) |
| 4 | Under Armour NYSE | 0.07 (+0.69%) |
| 5 | Columbia NasdaqGS: | 1.75 (+2.30%) |

Have you heard of PopTarts before?
○ Yes
○ No

Next (1/5)

Submitted data will be used in accordance with our Privacy Policy. If you do not want us to sell your personal data, do not participate on the poll.

Advertisement

Shop on HBX

Document title: Y-3 20th Anniversary Campaign | HYPEBEAST
Capture URL: https://hypebeast.com/2022/2/adidas-y-3-20-year-anniversary-moments
Capture timestamp (UTC): Tue, 16 Aug 2022 22:04:06 GMT
Page 9 of 19

Exhibit 12
Page 9 of 19



Rank 280

Advertisement

HypeIndex[BETA] Data provided by Yahoo Finance

6001.13

6.25 (+0.10%)

Latest Active

| | | | |
|---|---|---|---|
| 1 | Tapestry | NYSE:TPR | 1.21 (+3.37%) |
| 2 | Gap | NYSE:GPS | 0.78 (+7.29%) |
| 3 | Ralph Lauren | NYSE:... | 2.39 (+2.43%) |
| 4 | Under Armour | NYSE... | 0.07 (+0.69%) |
| 5 | Columbia | NasdaqGS:... | 1.75 (+2.30%) |

## Shop on HBX

Y-3
Ultraboost 22 Shoes
US$265

Y-3
Classic Tote Bag
US$200

Y-3
Runner Adidas 4D Halo Shoes
US$405

Y-3
Classic Bucket Hat
US$80

**14 Comments** HYPEBEAST Disqus' Privacy Policy 1 Login

Favorite 1 Tweet Share Sort by Best

Join the discussion…

LOG IN WITH

**HYPEBEAST**

OR SIGN UP WITH DISQUS ?

Name

Email

Password

Please access our Privacy Policy to learn what personal data Disqus collects and your choices about how it is used. All users of our service are also subject to our Terms of Service.

**drlab** · 6 months ago

Always has good pieces year in year out. Doesn't pretend to be something it's not. Yohji one of the GOATs

15 ^ | v · Reply · Share ›

**Syndicate The Hypebeast Critic** · 6 months ago

I would honestly say y3 is the most wearable long term sophisticated streetwear hybrid brand of all time. It's tech, ninja, goth, streetwear, minimalist, timeless, functional, sporty, luxurious. Everything a streetwear brand should be. I legit think out of every brand on this website if I was forced to wear only one brand for the rest of my life for all occasions y3 could probably supply my wardrobe needs even until i was like 80 years old, they have that much versatility and their designs are that well thought out. I obviously wear other brands too but y3 has to be one of the greatest streetwear foundation brands a hypebeast can get into early on. Some of it is kinda expensive too but what isn't.

11 ^ | v · Reply · Share ›

**justinbieber_sixtynine** · 6 months ago

website if I was forced to wear only one brand for the rest of my life for all occasions y3 could probably supply my wardrobe needs even until i was like 80 years old, they have that much versatility and their designs are that well thought out. I obviously wear other brands too but y3 has to be one of the greatest streetwear foundation brands a hypebeast can get into early on. Some of it is kinda expensive too but what isn't.

11 ^ | v · Reply · Share ›


**justinbieber_sixtynine** · 6 months ago
Still one of my favourite brands. Many pieces I have that 10 years are older, i can still wear now.

1 ^ | v · Reply · Share ›


**hyfeast** · 6 months ago · edited
Nike messed up. when Y-3 came out, i remember them saying they don't do fashion. and while there hasn't been a runway show (i think), they've had collabs for days with tons of capsule collections. would've loved to see a Yohji and Nike collab. YamaNike? NikeY? lol

^ | v · Reply · Share ›


**StraightForward** · 6 months ago
Never bought one pair of Y3's. Price always seemed outrageous

^ | v · Reply · Share ›


**Vinyl Scratch** → StraightForward · 6 months ago
The shoes always go on sale. Feels like one of the "cheat codes" of being into footwear to find a pair of Y-3's you like and get them for half price a couple months later.

4 ^ | v · Reply · Share ›


**StraightForward** → Vinyl Scratch · 6 months ago
I'm listening!

^ | v · Reply · Share ›


**Vinyl Scratch** → StraightForward · 6 months ago
Not sure if serious but this might help someone regardless.

Check out some boutique store's website—places like END, Bodega, Ssense, Mr. Porter. Hell even Saks and Neiman can sometimes work.

Find something you like, usually around the time a new collection drops. Keep the tab open (or run a page monitor) for a while and either check on it periodically or come back near a well-known sales holiday (e.g. Memorial Day).

Focus on things you can see yourself wearing, but silos like the Shiku Run, Kaiwa, & Ajatu Court come to mind as recent good picks. Personally I've been wearing the Y-3 UB 21 as my go-to everyday shoe; picked them up for $140.

1 ^ | v · Reply · Share ›


**Meow** · 6 months ago
I'm glad the Shiku run got slept on. Can get that shit on sale or msrp.

^ | v · Reply · Share ›


**Lbsammills51** · 6 months ago
Black/white pairs can kinda bore me, but Yohji usually cranks out a pair sooner or later that catches my eye.

^ | v · Reply · Share ›


**Churlish Insubordinate** · 6 months ago

HypeIndex^BETA  Data provided by Yahoo Finance

**6001.13**  1D
6.25 (+0.10%)
10 AM  11 AM  01 PM

Latest Active

| 1 | Tapestry NYSE:TPR | 1.21 (+3.37%) |
| 2 | Gap NYSE:GPS | 0.78 (+7.29%) |
| 3 | Ralph Lauren NYSE:... | 2.39 (+2.43%) |
| 4 | Under Armour NYSE... | 0.07 (+0.69%) |
| 5 | Columbia NasdaqGS:... | 1.75 (+2.30%) |

Document title: Y-3 20th Anniversary Campaign | HYPEBEAST
Capture URL: https://hypebeast.com/2022/2/adidas-y-3-20-year-anniversary-moments
Capture timestamp (UTC): Tue, 16 Aug 2022 22:04:06 GMT
Page 11 of 19

Exhibit 12
Page 11 of 19


**Lbsammills51** · 6 months ago
Black/white pairs can kinda bore me, but Yohji usually cranks out a pair sooner or later that catches my eye.
· Reply · Share ›


**Churlish Insubordinate** · 6 months ago
Dude messed up with the Qasas because everything that was released after just pales in comparison.
· Reply · Share ›


**waztonz** → Churlish Insubordinate · 6 months ago
naw there are some major slept on pairs
9 · Reply · Share ›


**Meow** → waztonz · 6 months ago
100. Some cats just can't make up their own minds and are only influenced by outside factors.
1 · Reply · Share ›


**hyfeast** → waztonz · 6 months ago
Yup. there are always new pairs coming out that surprise and interest me. ppl would be surprised at how many different models have come out since their debut. their production is versatile
· Reply · Share ›


Subscribe    ⚠ Do Not Sell My Data

**HypeIndex**ᴮᴱᵀᴬ    Data provided by Yahoo Finance
**6001.13**    1D
6.25 (+0.10%)
10 AM  11 AM  01 PM

Latest Active

| | | | |
|---|---|---|---|
| 1 | Tapestry NYSE:TPR | 1.21 (+3.37%) |
| 2 | Gap NYSE:GPS | 0.78 (+7.29%) |
| 3 | Ralph Lauren NYSE:... | 2.39 (+2.43%) |
| 4 | Under Armour NYSE... | 0.07 (+0.69%) |
| 5 | Columbia NasdaqGS:... | 1.75 (+2.30%) |

## What To Read Next



Fashion
### Zinedine Zidane Fronts Y-3's 20th-Anniversary Campaign
Through a series of stills and short film shot by filmmaker Gabriel Moses.
By Aaron Chow / Mar 4, 2022
🔥 8,173 Hypes    💬 6 Comments



Through a series of stills and short film shot by filmmaker Gabriel Moses.

By Aaron Chow / Mar 4, 2022

8,173 Hypes   6 Comments



Footwear

### adidas and Yohji Yamamoto Bring Back the Y-3 Qasa High

Honoring the Three Stripes' and Yamamoto's ongoing 20-year collaboration.

By Felson Sajonas / May 19, 2022

22,817 Hypes   20 Comments



Footwear

### Y-3 Goes Back to Form With Its Runner adidas 4D Halo "Core Black/White/Red"

Yours for $528 USD.

By Eric Brain / Mar 9, 2022

4,645 Hypes   4 Comments



Footwear

### Y-3's Runner adidas 4D Halo Blends New Tech With Old Styling Cues

Coming for the 20th birthday of Y-3.

By Eric Brain / Mar 1, 2022

9,075 Hypes   5 Comments



Entertainment

### Robert Pattinson and Zoë Kravitz on Character Complexity in 'The Batman'

"There's an element of narcissism [in

Document title: Y-3 20th Anniversary Campaign | HYPEBEAST
Capture URL: https://hypebeast.com/2022/2/adidas-y-3-20-year-anniversary-moments
Capture timestamp (UTC): Tue, 16 Aug 2022 22:04:06 GMT

Page 13 of 19

Exhibit 12
Page 13 of 19



Entertainment

### Robert Pattinson and Zoë Kravitz on Character Complexity in 'The Batman'

"There's an element of narcissism [in Batman], which was really interesting to work out," Pattinson told HYPEBEAST.

By Dylan Kelly / Feb 25, 2022

3,624 Hypes    2 Comments



Fashion

### Holzweiler's SS22 "In-Transit" Collection Was Inspired by Travel and Movement

Featuring graphic prints and technical fabrics.

By Avon Dorsey / Feb 25, 2022

2,522 Hypes    1 Comments



Fashion

### AC Milan, PUMA and KOCHÉ Unite for Upcycled Capsule Collection

Made from unused soccer jerseys.

By Brycen Saunders / Feb 25, 2022

2,207 Hypes    1 Comments



Art

### Basquiat's 'Portrait of the Artist as a Young Derelict' To Lead Christie's New York Evening Sale

Along with a 1982 sculpture that once belonged to Keith Haring.

By Dylan Kelly / Feb 25, 2022

14,426 Hypes    0 Comments

Document title: Y-3 20th Anniversary Campaign | HYPEBEAST
Capture URL: https://hypebeast.com/2022/2/adidas-y-3-20-year-anniversary-moments
Capture timestamp (UTC): Tue, 16 Aug 2022 22:04:06 GMT
Page 14 of 19

Exhibit 12
Page 14 of 19



Lead Christie's New York Evening Sale

Along with a 1982 sculpture that once belonged to Keith Haring.

By Dylan Kelly / Feb 25, 2022

14,426 Hypes    0 Comments



Art

"Imagine Picasso" Makes U.S. Debut in San Francisco

The latest immersive art exhibition.

By Shawn Ghassemitari / Feb 25, 2022

16,797 Hypes    0 Comments



Music

Tyga and Doja Cat Reunite on "Freaky Deaky"

With a futuristic music video.

By Dylan Kelly / Feb 25, 2022

4,285 Hypes    0 Comments



Fashion

Norse Projects Overcomes the Elements With Latest GORE-TEX Range

Featuring classic outdoor styles in goldenrod, pine green and black.

By Brycen Saunders / Feb 25, 2022

4,451 Hypes    0 Comments



Automotive

New "Hemi Hellcat" 6x6 Monster Truck Reaches $220K USD Bid on eBay

Dubbed the Gladiator Oculus Tron.

Document title: Y-3 20th Anniversary Campaign | HYPEBEAST
Capture URL: https://hypebeast.com/2022/2/adidas-y-3-20-year-anniversary-moments
Capture timestamp (UTC): Tue, 16 Aug 2022 22:04:06 GMT
Page 15 of 19

Exhibit 12
Page 15 of 19



**Automotive**

### New "Hemi Hellcat" 6x6 Monster Truck Reaches $220K USD Bid on eBay

Dubbed the Gladiator Oculus Tron.

By Avon Dorsey / Feb 25, 2022

16,584 Hypes · 4 Comments



**Footwear**

### Pass~Port and Nike Set Release Date for Its "Workboot" SB Dunk Sneaker Collab

Releasing on March 5.

By Avon Dorsey / Feb 25, 2022

10,790 Hypes · 2 Comments



**NFT**

### Sotheby's "Punk It!" Sale Withdrawn at the Last Minute

The auction was initially estimated to bring in roughly $20-30m USD.

By Shawn Ghassemitari / Feb 25, 2022

5,463 Hypes · 6 Comments



**Watches**

### Reservoir Joins Blake & Mortimer On An Adventure With 'By Jove'

The heroic duo originally appeared in Hergé's Tintin.

By James Buttery / Feb 25, 2022

3,232 Hypes · 2 Comments

Document title: Y-3 20th Anniversary Campaign | HYPEBEAST
Capture URL: https://hypebeast.com/2022/2/adidas-y-3-20-year-anniversary-moments
Capture timestamp (UTC): Tue, 16 Aug 2022 22:04:06 GMT
Page 16 of 19

Exhibit 12
Page 16 of 19



The heroic duo originally appeared in Hergé's Tintin.

By James Buttery / Feb 25, 2022

3,232 Hypes    2 Comments



Fashion

### An adidas Collaboration Dominated Gucci's Fall 2022 Season

The luxury brand's ready-to-wear collection deploys colorful silhouettes with mixed textures and patterns.

By Shaun Harris / Feb 25, 2022

43,139 Hypes    25 Comments



Music

### Watch Polo G's 'Fast & Furious' Inspired "Don't Play" Visual

Appearing alongside guest star Lil Baby.

By Sarah Kearns / Feb 25, 2022

673 Hypes    0 Comments



Fashion

### Billionaire Boys Club Unveils First Drop From SS22 Collection

Inspired by the abstract expressionist movement and the Japanese Bonsai tradition.

By Brycen Saunders / Feb 25, 2022

5,030 Hypes    2 Comments



Music

### Kodak Black Drops New Album 'Back For Everything'

With a guest appearance from Lil Durk.



Billionaire Boys Club Unveils First Drop From SS22 Collection

Inspired by the abstract expressionist movement and the Japanese Bonsai tradition.

By Brycen Saunders / Feb 25, 2022

5,030 Hypes    2 Comments



Music

Kodak Black Drops New Album 'Back For Everything'

With a guest appearance from Lil Durk.

By Sarah Kearns / Feb 25, 2022

3,471 Hypes    0 Comments



Footwear

How Clarks Originals Became Hip-Hop's Footwear of Choice

A look into the Somerset-based label's influence on the New York rap scene.

By Tayler Willson / Feb 25, 2022

54,411 Hypes    12 Comments



Fashion

66°North SS22 Is Designed To Be Worn All Year Round

Engineered to cope in all conditions.

By Tayler Willson / Feb 25, 2022

5,889 Hypes    0 Comments



Automotive

Open Road: McLaren 720S Spider

Document title: Y-3 20th Anniversary Campaign | HYPEBEAST
Capture URL: https://hypebeast.com/2022/2/adidas-y-3-20-year-anniversary-moments
Capture timestamp (UTC): Tue, 16 Aug 2022 22:04:06 GMT
Page 18 of 19

Exhibit 12
Page 18 of 19

5,889 Hypes   0 Comments



Automotive

## Open Road: McLaren 720S Spider

Drop the roof for an addictive blood-pumping thrill ride.

By Eric Brain / Feb 25, 2022

3,442 Hypes   1 Comments



Fashion

## Rhythmic Tones Introduces DeMarcoLab for SS22

Showcasing the label's technical details.

By Jack Stanley / Feb 25, 2022

8,020 Hypes   2 Comments



NFT

## Sneakmart Enters the Metaverse With Sneaker-Inspired 'Metakicks'

Releasing limited-edition NFT mystery boxes.

Presented by Sneakmart / Feb 25, 2022

6,114 Hypes   7 Comments

More ▾