

WWD   FOOTWEAR NEWS   SOURCING JOURNAL   FAIRCHILD MEDIA   WWD WEEKEND   BEAUTY INC   RIVET   GOT A TIP?


TODAY'S DIGITAL DAILY
April 24, 2024

LOG IN   SUBSCRIBE

FASHION   BUSINESS   BEAUTY   MEN'S   RUNWAY   DENIM   HOME/DESIGN   EYE   EVENTS   WWD WEEKEND   SHOP

WWD — WHAT'S NEW IN FASHION? — SUBSCRIBE NOW

**BUSINESS**
Prada Group Reports Continued Growth in Q1

**FASHION**
Celine Eyes Polo Ralph Lauren Designer: Sources

**FASHION**
Why Futuristic, Sci-fi Fashions Are Back Again

**2024 WATCHES & WO ULYSSE NARDIN**
In Partnership With - Nardin
Virginie Franceries, c marketing and comm

FASHION / FASHION SCOOPS

# Everything to Know About the Adidas x Gucci Collection

The highly anticipated collection drops online and via Gucci pop-up shops on Tuesday.

By LAYLA ILCHI     JUNE 7, 2022, 1:50PM


A look from the Adidas x Gucci collection.   COURTESY OF GUCCI

The highly anticipated Adidas x Gucci collaboration is finally here.

After debuting at Gucci's fall 2022 ready-to-wear runway show in February, the design house has released its Adidas x Gucci collection for purchase.



Document title: Adidas x Gucci: Details, Photos, Prices, What to Know
Capture URL: https://wwd.com/fashion-news/fashion-scoops/adidas-gucci-collection-details-photos-prices-1235197979/
Capture timestamp (UTC): Wed, 24 Apr 2024 18:28:12 GMT                                                                                Page 1 of 6

Exhibit 16
Page 1 of 6

 MENU   READ NEXT: Celine Eyes Polo Ralph Lauren Designer: …   LOG IN   SUBSCRIBE

The collaboration merges the Adidas and Gucci logos and popular motifs, namely Adidas' three-strip design and its signature tracksuits.

The Adidas x Gucci collaboration is available on the design house's website, stores and at a series of pop-up shops in cities like Los Angeles, New York, Miami, Chicago, Houston and others.

ADVERTISEMENT

Here, WWD rounds up everything to know about the Adidas x Gucci collaboration. Read on for more.

## When was the Adidas x Gucci collection revealed?

Gucci unveiled the Adidas x Gucci collection during its "Exquisite Gucci" runway show in February, which was its fall 2022 ready-to-wear collection. The fashion show included a star-studded front row with the likes of Rihanna, A$AP Rocky, Jared Leto, Serena Williams, Daisy Edgar-Jones and many others.

### Related Articles


**BUSINESS FEATURES**
Kendall Jenner and Emma Chamberlain Team Up to Release a Limited-edition Espresso Martini Kit


**FINANCIAL**
Kering Forecasts 40-45% Drop in H1 Operating Profit as Gucci Sales Tumble

## What does the Adidas x Gucci collection look like?

The Adidas x Gucci collection offers women's and men's pieces, including apparel, shoes, accessories, jewelry and lifestyle pieces. The collection fuses both brands' design ethos, merging the Gucci and Adidas logos and incorporating many of the sports brand's signature elements, such as its three stripes and well-known tracksuits. Gucci also incorporated its own well-known red and green design.

The collection evokes a '70s flair, with retro pieces like flared pants, bowling shirts, knitted vests and other pieces designed with geometric prints. Shoes include new versions of the Adidas Gazelle sneaker and Gucci's Horsebit loafers in suede and leather.

For handbags, the collection offers the Gucci Horesebit 1955 cross-body bag and duffel bags in varying sizes.




A Look Back at Grace Kelly's Wedding Dress: The Princess of Monaco's…


Eva Longoria Celebrates Victoria Beckham's 50th Birthday Party in…



ADVERTISEMENT



Get all the top news stories and alerts straight to your inbox.

Email   SIGN UP

By providing your information, you agree to our Terms of Use and our Privacy Policy. We use vendors that may also process your information to help provide our services. // This site is protected by reCAPTCHA Enterprise and the Google Privacy Policy and Terms of Service apply.

  MENU    READ NEXT: Celine Eyes Polo Ralph Lauren Designer: ...    LOG IN    SUBSCRIBE

sneaker and Gucci's Horesebit loafers in suede and leather.

For handbags, the collection offers the Gucci Horesebit 1955 cross-body bag and duffel bags in varying sizes.

## What does the collection's campaign look like?



A look from the Adidas x Gucci collection.   COURTESY OF GUCCI

Creative director Alessandro Michele took a '70s-inspired approach to the campaign, which was photographed by Carlijn Jacobs.

"Alessandro Michele has envisioned a campaign that takes inspiration directly from an archival 1979 Adidas catalogue," reads the collection's press release. "To animate the concept, a gridded template showcases a variety of moving imagery captured by Carlijn Jacobs. Against a brightly colored backdrop, models stretch, run or dance in place to a soundtrack of pensive phrases such as, 'When your thoughts become reality, you understand what magic is.'"

## When will the collection be available?

The Adidas x Gucci collection is available starting June 7.



**Top Acne Spot Treatments to Clear Blemishes in a Flash**



**This Rare Luxury Sale Is Full of Industry Insider-Loved...**

ADVERTISEMENT



Edema Is Not from Salty Food! Meet the Main Enemy Of Edema
WellnessGuide

**WWD**
Get all the top news stories and alerts straight to your inbox.

Email                    SIGN UP

By providing your information, you agree to our Terms of Use and our Privacy Policy. We use vendors that may also process your information to help provide our services. // This site is protected by reCAPTCHA Enterprise and the Google Privacy Policy and Terms of Service apply.

Document title: Adidas x Gucci: Details, Photos, Prices, What to Know
Capture URL: https://wwd.com/fashion-news/fashion-scoops/adidas-gucci-collection-details-photos-prices-1235197979/
Capture timestamp (UTC): Wed, 24 Apr 2024 18:28:12 GMT
Page 3 of 6

Exhibit 16
Page 3 of 6



MENU

READ NEXT: Celine Eyes Polo Ralph Lauren Designer: ...

LOG IN    SUBSCRIBE

### When will the collection be available?

The Adidas x Gucci collection is available starting June 7.

### How can I purchase pieces from the Adidas x Gucci collection?

The collaboration is available to purchase at Gucci stores, on its website and on the Adidas Confirmed app.



Additionally, Gucci is hosting several pop-up shops dedicated to the collection starting Tuesday. The pop-ups are located on Melrose Place in Los Angeles and at South Coast Plaza in Costa Mesa, Calif. More pop-up stores will later open on Fifth Avenue, Wooster Street and East Hampton in New York; on Chicago's Michigan Avenue; at Houston's Galleria; at Atlanta's Lennox mall; at Miami's Aventura mall; and at Toronto's Holt Renfrew Yorkdale store.

### What is the price range of the Adidas x Gucci collection?

The collection ranges in price from $235 for a pair of gym socks to $4,200 for a large monogram duffle bag.



READ MORE HERE:

Everything to Know About Fendi and Versace's Fendace Collaboration

Cher and Versace Team on Pride Month Collection

Gucci Is Still Italy's Most Valuable Brand





Document title: Adidas x Gucci: Details, Photos, Prices, What to Know
Capture URL: https://wwd.com/fashion-news/fashion-scoops/adidas-gucci-collection-details-photos-prices-1235197979/
Capture timestamp (UTC): Wed, 24 Apr 2024 18:28:12 GMT

Page 4 of 6

Exhibit 16
Page 4 of 6



MENU         READ NEXT: Celine Eyes Polo Ralph Lauren Designer: ...          LOG IN    SUBSCRIBE

Cher and Versace Team on Pride Month Collection

Gucci Is Still Italy's Most Valuable Brand

**TAGS**

ADIDAS  /  COLLABORATION  /  EVERGREEN  /  GUCCI

 NEWSLETTERS

Sign up for WWD news straight to your inbox every day

SIGN UP

**WWD RECOMMENDS**


FASHION SCOOPS
Sacai's New Collaboration Taps Into Tulip Mania
By MARIA PAPAKLEANTHOUS


FASHION SCOOPS
Carrera Eyewear's Very Masculine Frames Are Entering the Women's Space
By MARTINO CARRERA


FASHION SCOOPS
Kate Middleton Favorite, Strathberry, Collaborates With Collagerie
By VIOLET GOLDSTONE


Edema Is Not from Salty Food! Meet the Main Enemy Of Edema
WellnessGuide


Get all the top news stories and alerts straight to your inbox.
Email                         SIGN UP
By providing your information, you agree to our Terms of Use and our Privacy Policy. We use vendors that may also process your information to help provide our services. // This site is protected by reCAPTCHA Enterprise and the Google Privacy Policy and Terms of Service apply.


Ethan Hawke, Maya Hawke & Laura Linney Talk 'Wildcat'





## MOST POPULAR

1. **Anne Hathaway Says 'Gross' Chemistry Test in the 2000s Required Her to Make Out With 10 Guys: That's the 'Worst Way to Do It' and 'Now We Know Better'**

2. **How I Did It: Judith Regan Remembers the Day O.J. Simpson (Almost) Confessed**

3. **Prince William's Bond With His In-Laws Sheds a Light on His 'Chilly' Relationship With These Royals**

4. **Saweetie Exposes DM From Quavo Following Latest Chris Brown Diss That Shades Her**

## YOU MAY ALSO LIKE


**FAIRCHILD STUDIO**
**WWD LA Beauty Forum**
1 YEAR AGO


**SOURCING JOURNAL**
**How TENCEL and Regenerative Cotton Blends Cater to Denim's Current Trends**
4 HRS AGO


**Sportico**
**Andy Reid Lands Blockbuster $100M Contract With Chiefs**
19 HRS AGO


**ARTnews**
**For Paris Olympics the Louvre will Host Yoga Classes**
4 HRS AGO



Document title: Adidas x Gucci: Details, Photos, Prices, What to Know
Capture URL: https://wwd.com/fashion-news/fashion-scoops/adidas-gucci-collection-details-photos-prices-1235197979/
Capture timestamp (UTC): Wed, 24 Apr 2024 18:28:12 GMT
Page 6 of 6

Exhibit 16
Page 6 of 6