



## Clot Founder Edison Chen, Adidas Originals Announce Global Partnership

Luis Torres | Oct 13, 2023

**Chen and Adidas rekindle their partnership years later.**

[Edison Chen](#) is joining [Adidas Originals](#) as the [Clot](#) founder and streetwear figure returns to the Three Stripes.

Chen, who worked with the brand in the 2010s, will join Adidas Originals and bring new energy to the brand, months after the 17-year-long [Clot x Nike partnership](#) came to an end. The Adidas Originals by Edison Chen partnership was announced during the Shanghai Fashion Week SS24 show.





Document title: Edison Chen, Adidas Announce Global Partnership | Nice Kicks
Capture URL: https://www.nicekicks.com/edison-chen-clot-adidas-originals-partnership/
Capture timestamp (UTC): Wed, 24 Apr 2024 20:42:58 GMT
Page 1 of 8

Exhibit 18
Page 1 of 8



"With Adidas, we're creating to inspire," Chen said via a statement. "I think the ability to freely create something is one of the reasons why I do this. My whole aesthetic, especially in the past few years, has fully transformed."

The show previewed the Clot x Neighborhood x Adidas Superstar, a three-part collaboration that features longtime Adidas partner Neighborhood alongside Chen's Clot brand. The shoe is built with a thin layer of black mesh instead of its traditional leather construction.







Clot x Neighborhood x Adidas Superstar

Additionally, its signature three stripes are stitched into the material in a zig-zag pattern. Black suede on the heel adds a premium touch to the shoe. The Clot x Neighborhood x Adidas Superstar releases on October 14 at Juice locations, the Clot20 Retrospective Exhibition Pop-up and [Juicestore.com](Juicestore.com).



Clot x Neighborhood x Adidas Superstar

"I haven't had the chance to create through that lens yet, which is why this collaboration is exciting and nerve-wracking for me because we're heading in that direction through this partnership," Chen said.

Other footwear and apparel were previewed during the show and are expected to release in the upcoming months.



Document title: Edison Chen, Adidas Announce Global Partnership | Nice Kicks
Capture URL: https://www.nicekicks.com/edison-chen-clot-adidas-originals-partnership/
Capture timestamp (UTC): Wed, 24 Apr 2024 20:42:58 GMT
Page 3 of 8

Exhibit 18
Page 3 of 8

"I haven't had the chance to create through that lens yet, which is why this collaboration is exciting and nerve-wracking for me because we're heading in that direction through this partnership," Chen said.

Other footwear and apparel were previewed during the show and are expected to release in the upcoming months.

"I'm coming in with a new inspiration. I spent the summer in Europe immersing myself in the adidas brand, which gave me a new point of view. The new EDC vibe is more chic than street," he said. "After the 20th year, I'm more excited than ever."

Keep it locked on Nice Kicks on Instagram and the Adidas release dates page to stay on top of the latest news and drops.



NICE Favorites available now at Nike



Document title: Edison Chen, Adidas Announce Global Partnership | Nice Kicks
Capture URL: https://www.nicekicks.com/edison-chen-clot-adidas-originals-partnership/
Capture timestamp (UTC): Wed, 24 Apr 2024 20:42:58 GMT
Page 4 of 8

Exhibit 18
Page 4 of 8





Just In

Nike Zoom Vomero 5

$160.00 ›

AVAILABLE SIZES

| | | |
|---|---|---|
| 5 | 5.5 | 6 |
| 6.5 | 7 | 7.5 |
| 8 | 8.5 | 9 |
| 9.5 | | 10.5 |

Buy at Nike

Just In

Nike Air VaporMax 2023 Flyknit

$210.00 ›

AVAILABLE SIZES

| | | |
|---|---|---|
| 6 | 6.5 | 7 |
| 7.5 | 8 | 8.5 |
| 9 | 9.5 | 10 |
| 10.5 | | 11.5 |

Buy at Nike

Just In

Nike Air Max Pulse

$150.00 ›

AVAILABLE SIZES

| | | |
|---|---|---|
| 6 | 6.5 | 7 |
| 7.5 | 8 | 8.5 |
| 9 | 9.5 | 10 |
| 10.5 | | 11.5 |

Just In

Nike Dunk Low

$135.00 ›

AVAILABLE SIZES

| | |
|---|---|
| W 5 / M 3.5 | W 5.5 / M 4 |
| W 6 / M 4.5 | W 6.5 / M 5 |
| W 7 / M 5.5 | W 7.5 / M 6 |
| W 8 / M 6.5 | W 8.5 / M 7 |

ENTER GIVEAWAY ×











Member Access
Nike Dunk Low Premium Next Nature

Just In
Nike Air Max 270





Clot   CLOT x Adidas   Edison Chen

# Related Posts:

The adidas Harden Vol. 8 Receives a Sleek "After Hours" Makeover



Everything You Need to Know About The adidas AE 1 Low

Document title: Edison Chen, Adidas Announce Global Partnership | Nice Kicks
Capture URL: https://www.nicekicks.com/edison-chen-clot-adidas-originals-partnership/
Capture timestamp (UTC): Wed, 24 Apr 2024 20:42:58 GMT
Page 6 of 8

Exhibit 18
Page 6 of 8



Everything You Need to Know About The adidas AE 1 Low



Certified Nice: The 10 Best Sneakers Under $150



James Harden, adidas Basketball Launch "UNO" Film

## Trending:



Air Jordan 11 "Cool Grey"



The Nike Dunk Low "Michigan State" Returns This Summer



Air Jordan 11 "Cherry"



Document title: Edison Chen, Adidas Announce Global Partnership | Nice Kicks
Capture URL: https://www.nicekicks.com/edison-chen-clot-adidas-originals-partnership/
Capture timestamp (UTC): Wed, 24 Apr 2024 20:42:58 GMT
Page 7 of 8

Exhibit 18
Page 7 of 8



The Nike Dunk Low "Michigan State" Returns This Summer



Dec 10

Air Jordan 11 "Cherry"



The Nike Dunk Low "Medium Curry" Returns This Summer



Mar 18

Where To Buy The adidas Yeezy Boost 350 V2 "MX Rock"



Feb 13

Where to Buy Nike Dunk Low "Dusty Olive"

