SBD NEWS BRANDS JORDAN RELEASE DATES SNEAKER RELEASE DATES YEEZY RELEASE DATES

Home › Adidas › adidas x Fear of God Athletics Delivery 1 Releases December 2023

# ADIDAS X FEAR OF GOD ATHLETICS DELIVERY 1 RELEASES DECEMBER 2023

*ADIDAS*

PUBLISHED ON **NOV 29, 2023** | BY **MARIO BRIGUGLIO**

Sponsored
**Surgeon Reveals: Breakthrough in Peripheral Neuropathy Relief (Watch Now)**
neuropathy.pro

Sponsored
**Do You Know What Crohn's Disease Is? You Might Be Surprised**
Chrons Disease Symptoms | Search Ads
Recommended by Outbrain

The much-anticipated first adidas x Fear of God Collection is finally hitting the shelves. After nearly three years since the collaboration's announcement in late 2020, Jerry Lorenzo and the Three Stripes are officially introducing Fear of God Athletics. This marks the third pillar of Fear of God, standing alongside FOG mainline and ESSENTIALS, completing the brand's architecture established by Lorenzo in 2013.

- Advertisement -

Sponsored
**Surgeon Reveals: Breakthrough in Peripheral Neuropathy Relief (Watch Now)**
neuropathy.pro
Recommended by Outbrain

Document title: adidas x Fear of God Athletics Delivery 1 Collection 2023-2024
Capture URL: https://sneakerbardetroit.com/adidas-fear-of-god-athletics-delivery-1/
Capture timestamp (UTC): Wed, 24 Apr 2024 20:50:04 GMT
Page 1 of 40

Exhibit 19
Page 1 of 40



Sponsored
Surgeon Reveals: Breakthrough in Peripheral Neuropathy Relief (Watch Now)
neuropathy.pro

Sponsored
Do You Know What Crohn's Disease Is? You Might Be Surprised
Chrons Disease Symptoms | Search Ads
Recommended by Outbrain

According to Lorenzo, Fear of God is a reflection of the unity and diversity found in the highest being's nature and design. It's fitting that the Brand with the Three Stripes partners with Lorenzo to finalize this trinity.

Fear of God Athletics' inaugural lineup translates Lorenzo's signature design cues into sportswear silhouettes. The designs prioritize relaxed proportions and premium materials, adhering to a color palette dominated by black and beige hues. Notable pieces include the suede fleece poncho, the French tricot fabric goalie jersey, and the heavy polar fleece hoodie.

## adidas Fear of God Athletics Delivery 1 Release Date

The **adidas x Fear of God Athletics Delivery 1 Collection** is set to release on Sunday, December 3, 2023, available on fearofgod.com and the CONFIRMED app. Prices range from $200 for the performance jersey tee to $700 for the car coat.

In summary, the long-awaited collaboration between adidas and Fear of God brings forth a carefully curated collection that seamlessly merges style and sport. With its official launch just around the corner, enthusiasts can anticipate a blend of Jerry Lorenzo's distinctive aesthetics and the

SBD NEWS BRANDS JORDAN RELEASE DATES SNEAKER RELEASE DATES YEEZY RELEASE DATES

style and sport. With its official launch just around the corner, enthusiasts can anticipate a blend of Jerry Lorenzo's distinctive aesthetics and the iconic Three Stripes, creating a trinity that embodies both unity and diversity. Don't miss the chance to grab these exclusive pieces on December 3rd and elevate your wardrobe with Fear of God Athletics.

Stay up to date with all upcoming sneaker releases from our Sneaker Release Dates page. Be sure to follow us on Twitter and Instagram.

**Fear of God Athletics Delivery 1**
Release Date: December 3, 2023
Price: $200 – $700

adidas
FEAR OF GOD

Sponsored
**Surgeon Reveals: Breakthrough in Peripheral Neuropathy Relief (Watch Now)**
neuropathy.pro

Sponsored
**Do You Know What Crohn's Disease Is? You Might Be Surprised**
Chrons Disease Symptoms | Search Ads

Recommended by Outbrain

Document title: adidas x Fear of God Athletics Delivery 1 Collection 2023-2024
Capture URL: https://sneakerbardetroit.com/adidas-fear-of-god-athletics-delivery-1/
Capture timestamp (UTC): Wed, 24 Apr 2024 20:50:04 GMT

Page 3 of 40

Exhibit 19
Page 3 of 40



SBD
NEWS
BRANDS
JORDAN RELEASE DATES
SNEAKER RELEASE DATES
YEEZY RELEASE DATES
adidas
FEAR OF GOD
Sponsored
Surgeon Reveals: Breakthrough in Peripheral Neuropathy Relief (Watch Now)
neuropathy.pro
Sponsored
Do You Know What Crohn's Disease Is? You Might Be Surprised
Chrons Disease Symptoms | Search Ads
Recommended by Outbrain

Document title: adidas x Fear of God Athletics Delivery 1 Collection 2023-2024
Capture URL: https://sneakerbardetroit.com/adidas-fear-of-god-athletics-delivery-1/
Capture timestamp (UTC): Wed, 24 Apr 2024 20:50:04 GMT

Page 4 of 40

Exhibit 19
Page 4 of 40



NEWS BRANDS JORDAN RELEASE DATES SNEAKER RELEASE DATES YEEZY RELEASE DATES

adidas
FEAR OF GOD

Sponsored
**Surgeon Reveals: Breakthrough in Peripheral Neuropathy Relief (Watch Now)**
neuropathy.pro

Sponsored
**Do You Know What Crohn's Disease Is? You Might Be Surprised**
Chrons Disease Symptoms | Search Ads
Recommended by Outbrain

Document title: adidas x Fear of God Athletics Delivery 1 Collection 2023-2024
Capture URL: https://sneakerbardetroit.com/adidas-fear-of-god-athletics-delivery-1/
Capture timestamp (UTC): Wed, 24 Apr 2024 20:50:04 GMT
Page 5 of 40

Exhibit 19
Page 5 of 40



SBD NEWS BRANDS JORDAN RELEASE DATES SNEAKER RELEASE DATES YEEZY RELEASE DATES

Surgeon Reveals: Breakthrough in Peripheral Neuropathy Relief (Watch Now)
neuropathy.pro

Do You Know What Crohn's Disease Is? You Might Be Surprised
Chrons Disease Symptoms | Search Ads
Recommended by Outbrain

PROMO CODES AVAILABLE
SEE CODES
The Coupon-Finding Browser Extension

Document title: adidas x Fear of God Athletics Delivery 1 Collection 2023-2024
Capture URL: https://sneakerbardetroit.com/adidas-fear-of-god-athletics-delivery-1/
Capture timestamp (UTC): Wed, 24 Apr 2024 20:50:04 GMT
Page 6 of 40

Exhibit 19
Page 6 of 40



SBD

NEWS BRANDS JORDAN RELEASE DATES SNEAKER RELEASE DATES YEEZY RELEASE DATES

Sponsored

**Surgeon Reveals: Breakthrough in Peripheral Neuropathy Relief (Watch Now)**
neuropathy.pro

Sponsored

**Do You Know What Crohn's Disease Is? You Might Be Surprised**
Chrons Disease Symptoms | Search Ads

Recommended by Outbrain

Document title: adidas x Fear of God Athletics Delivery 1 Collection 2023-2024
Capture URL: https://sneakerbardetroit.com/adidas-fear-of-god-athletics-delivery-1/
Capture timestamp (UTC): Wed, 24 Apr 2024 20:50:04 GMT

Page 7 of 40

Exhibit 19
Page 7 of 40



SBD NEWS BRANDS JORDAN RELEASE DATES SNEAKER RELEASE DATES YEEZY RELEASE DATES

Sponsored

Surgeon Reveals: Breakthrough in Peripheral Neuropathy Relief (Watch Now)
neuropathy.pro

Sponsored

Do You Know What Crohn's Disease Is? You Might Be Surprised
Chrons Disease Symptoms | Search Ads

Recommended by Outbrain

adidas
FEAR OF GOD

Document title: adidas x Fear of God Athletics Delivery 1 Collection 2023-2024
Capture URL: https://sneakerbardetroit.com/adidas-fear-of-god-athletics-delivery-1/
Capture timestamp (UTC): Wed, 24 Apr 2024 20:50:04 GMT

Page 8 of 40

Exhibit 19
Page 8 of 40





SBD NEWS BRANDS JORDAN RELEASE DATES SNEAKER RELEASE DATES YEEZY RELEASE DATES

adidas
FEAR OF GOD

Sponsored
Surgeon Reveals: Breakthrough in Peripheral Neuropathy Relief (Watch Now)
neuropathy.pro

Sponsored
Do You Know What Crohn's Disease Is? You Might Be Surprised
Chrons Disease Symptoms | Search Ads
Recommended by Outbrain

adidas

Document title: adidas x Fear of God Athletics Delivery 1 Collection 2023-2024
Capture URL: https://sneakerbardetroit.com/adidas-fear-of-god-athletics-delivery-1/
Capture timestamp (UTC): Wed, 24 Apr 2024 20:50:04 GMT
Page 9 of 40

Exhibit 19
Page 9 of 40





SBD
NEWS BRANDS JORDAN RELEASE DATES SNEAKER RELEASE DATES YEEZY RELEASE DATES

adidas

Sponsored
Surgeon Reveals: Breakthrough in Peripheral Neuropathy Relief (Watch Now)
neuropathy.pro

Sponsored
Do You Know What Crohn's Disease Is? You Might Be Surprised
Chrons Disease Symptoms | Search Ads
Recommended by Outbrain

Document title: adidas x Fear of God Athletics Delivery 1 Collection 2023-2024
Capture URL: https://sneakerbardetroit.com/adidas-fear-of-god-athletics-delivery-1/
Capture timestamp (UTC): Wed, 24 Apr 2024 20:50:04 GMT
Page 10 of 40
Exhibit 19
Page 10 of 40



SBD

NEWS BRANDS JORDAN RELEASE DATES SNEAKER RELEASE DATES YEEZY RELEASE DATES

Sponsored
**Surgeon Reveals: Breakthrough in Peripheral Neuropathy Relief (Watch Now)**
neuropathy.pro

Sponsored
**Do You Know What Crohn's Disease Is? You Might Be Surprised**
Chrons Disease Symptoms | Search Ads
Recommended by Outbrain

Document title: adidas x Fear of God Athletics Delivery 1 Collection 2023-2024
Capture URL: https://sneakerbardetroit.com/adidas-fear-of-god-athletics-delivery-1/
Capture timestamp (UTC): Wed, 24 Apr 2024 20:50:04 GMT
Page 11 of 40
Exhibit 19
Page 11 of 40



NEWS BRANDS JORDAN RELEASE DATES SNEAKER RELEASE DATES YEEZY RELEASE DATES

Sponsored
Surgeon Reveals: Breakthrough in Peripheral Neuropathy Relief (Watch Now)
neuropathy.pro

Sponsored
Do You Know What Crohn's Disease Is? You Might Be Surprised
Chrons Disease Symptoms | Search Ads
Recommended by Outbrain

Document title: adidas x Fear of God Athletics Delivery 1 Collection 2023-2024
Capture URL: https://sneakerbardetroit.com/adidas-fear-of-god-athletics-delivery-1/
Capture timestamp (UTC): Wed, 24 Apr 2024 20:50:04 GMT

Page 12 of 40

Exhibit 19
Page 12 of 40







SBD
NEWS
BRANDS
JORDAN RELEASE DATES
SNEAKER RELEASE DATES
YEEZY RELEASE DATES

Sponsored
Surgeon Reveals: Breakthrough in Peripheral Neuropathy Relief (Watch Now)
neuropathy.pro

Sponsored
Do You Know What Crohn's Disease Is? You Might Be Surprised
Chrons Disease Symptoms | Search Ads
Recommended by Outbrain

Document title: adidas x Fear of God Athletics Delivery 1 Collection 2023-2024
Capture URL: https://sneakerbardetroit.com/adidas-fear-of-god-athletics-delivery-1/
Capture timestamp (UTC): Wed, 24 Apr 2024 20:50:04 GMT

Page 13 of 40

Exhibit 19
Page 13 of 40

SBD NEWS BRANDS JORDAN RELEASE DATES SNEAKER RELEASE DATES YEEZY RELEASE DATES

Sponsored
Surgeon Reveals: Breakthrough in Peripheral Neuropathy Relief (Watch Now)
neuropathy.pro

Sponsored
Do You Know What Crohn's Disease Is? You Might Be Surprised
Chrons Disease Symptoms | Search Ads
Recommended by Outbrain

Document title: adidas x Fear of God Athletics Delivery 1 Collection 2023-2024
Capture URL: https://sneakerbardetroit.com/adidas-fear-of-god-athletics-delivery-1/
Capture timestamp (UTC): Wed, 24 Apr 2024 20:50:04 GMT

Page 14 of 40

Exhibit 19
Page 14 of 40

SBD
NEWS
BRANDS
JORDAN RELEASE DATES
SNEAKER RELEASE DATES
YEEZY RELEASE DATES
Sponsored
Surgeon Reveals: Breakthrough in Peripheral Neuropathy Relief (Watch Now)
neuropathy.pro
Sponsored
Do You Know What Crohn's Disease Is? You Might Be Surprised
Chrons Disease Symptoms | Search Ads
Recommended by Outbrain

Document title: adidas x Fear of God Athletics Delivery 1 Collection 2023-2024
Capture URL: https://sneakerbardetroit.com/adidas-fear-of-god-athletics-delivery-1/
Capture timestamp (UTC): Wed, 24 Apr 2024 20:50:04 GMT

NEWS BRANDS JORDAN RELEASE DATES SNEAKER RELEASE DATES YEEZY RELEASE DATES

Sponsored
**Surgeon Reveals: Breakthrough in Peripheral Neuropathy Relief (Watch Now)**
neuropathy.pro

Sponsored
**Do You Know What Crohn's Disease Is? You Might Be Surprised**
Chrons Disease Symptoms | Search Ads
Recommended by Outbrain

Document title: adidas x Fear of God Athletics Delivery 1 Collection 2023-2024
Capture URL: https://sneakerbardetroit.com/adidas-fear-of-god-athletics-delivery-1/
Capture timestamp (UTC): Wed, 24 Apr 2024 20:50:04 GMT

Page 16 of 40

Exhibit 19
Page 16 of 40



SBD NEWS BRANDS JORDAN RELEASE DATES SNEAKER RELEASE DATES YEEZY RELEASE DATES

Sponsored

**Surgeon Reveals: Breakthrough in Peripheral Neuropathy Relief (Watch Now)**

neuropathy.pro

Sponsored

**Do You Know What Crohn's Disease Is? You Might Be Surprised**

Chrons Disease Symptoms | Search Ads

Recommended by Outbrain

Document title: adidas x Fear of God Athletics Delivery 1 Collection 2023-2024
Capture URL: https://sneakerbardetroit.com/adidas-fear-of-god-athletics-delivery-1/
Capture timestamp (UTC): Wed, 24 Apr 2024 20:50:04 GMT

Page 17 of 40

Exhibit 19
Page 17 of 40







NEWS BRANDS JORDAN RELEASE DATES SNEAKER RELEASE DATES YEEZY RELEASE DATES

Sponsored
Surgeon Reveals: Breakthrough in Peripheral Neuropathy Relief (Watch Now)
neuropathy.pro

Sponsored
Do You Know What Crohn's Disease Is? You Might Be Surprised
Chrons Disease Symptoms | Search Ads
Recommended by Outbrain

Document title: adidas x Fear of God Athletics Delivery 1 Collection 2023-2024
Capture URL: https://sneakerbardetroit.com/adidas-fear-of-god-athletics-delivery-1/
Capture timestamp (UTC): Wed, 24 Apr 2024 20:50:04 GMT
Page 18 of 40
Exhibit 19
Page 18 of 40



SBD
NEWS BRANDS JORDAN RELEASE DATES SNEAKER RELEASE DATES YEEZY RELEASE DATES

adidas
FEAR OF GOD

Sponsored
Surgeon Reveals: Breakthrough in Peripheral Neuropathy Relief (Watch Now)
neuropathy.pro

Sponsored
Do You Know What Crohn's Disease Is? You Might Be Surprised
Chrons Disease Symptoms | Search Ads
Recommended by Outbrain

Search for
1. 75% OFF ADIDAS SHOES
2. 50% OFF ADIDAS COUPON CODE
3. ADIDAS NEW SHOES RELEASE
4. GET ADIDAS SHOES AT BEST PRICES
5. ADIDAS SNEAKER RELEASE DATES

Document title: adidas x Fear of God Athletics Delivery 1 Collection 2023-2024
Capture URL: https://sneakerbardetroit.com/adidas-fear-of-god-athletics-delivery-1/
Capture timestamp (UTC): Wed, 24 Apr 2024 20:50:04 GMT
Page 19 of 40

Exhibit 19
Page 19 of 40



SBD
NEWS BRANDS JORDAN RELEASE DATES SNEAKER RELEASE DATES YEEZY RELEASE DATES

Sponsored
**Surgeon Reveals: Breakthrough in Peripheral Neuropathy Relief (Watch Now)**
neuropathy.pro

Sponsored
**Do You Know What Crohn's Disease Is? You Might Be Surprised**
Chrons Disease Symptoms | Search Ads
Recommended by Outbrain

Document title: adidas x Fear of God Athletics Delivery 1 Collection 2023-2024
Capture URL: https://sneakerbardetroit.com/adidas-fear-of-god-athletics-delivery-1/
Capture timestamp (UTC): Wed, 24 Apr 2024 20:50:04 GMT
Page 20 of 40

Exhibit 19
Page 20 of 40



SBD
NEWS
BRANDS
JORDAN RELEASE DATES
SNEAKER RELEASE DATES
YEEZY RELEASE DATES

Sponsored
Surgeon Reveals: Breakthrough in Peripheral Neuropathy Relief (Watch Now)
neuropathy.pro

Sponsored
Do You Know What Crohn's Disease Is? You Might Be Surprised
Chrons Disease Symptoms | Search Ads

Recommended by Outbrain

Document title: adidas x Fear of God Athletics Delivery 1 Collection 2023-2024
Capture URL: https://sneakerbardetroit.com/adidas-fear-of-god-athletics-delivery-1/
Capture timestamp (UTC): Wed, 24 Apr 2024 20:50:04 GMT

Page 21 of 40

Exhibit 19
Page 21 of 40



SBD NEWS BRANDS JORDAN RELEASE DATES SNEAKER RELEASE DATES YEEZY RELEASE DATES

Sponsored
**Surgeon Reveals: Breakthrough in Peripheral Neuropathy Relief (Watch Now)**
neuropathy.pro

Sponsored
**Do You Know What Crohn's Disease Is? You Might Be Surprised**
Chrons Disease Symptoms | Search Ads
Recommended by Outbrain

Document title: adidas x Fear of God Athletics Delivery 1 Collection 2023-2024
Capture URL: https://sneakerbardetroit.com/adidas-fear-of-god-athletics-delivery-1/
Capture timestamp (UTC): Wed, 24 Apr 2024 20:50:04 GMT
Page 22 of 40

Exhibit 19
Page 22 of 40



SBD
NEWS
BRANDS
JORDAN RELEASE DATES
SNEAKER RELEASE DATES
YEEZY RELEASE DATES
Sponsored
Surgeon Reveals: Breakthrough in Peripheral Neuropathy Relief (Watch Now)
neuropathy.pro
Sponsored
Do You Know What Crohn's Disease Is? You Might Be Surprised
Chrons Disease Symptoms | Search Ads
Recommended by Outbrain

Document title: adidas x Fear of God Athletics Delivery 1 Collection 2023-2024
Capture URL: https://sneakerbardetroit.com/adidas-fear-of-god-athletics-delivery-1/
Capture timestamp (UTC): Wed, 24 Apr 2024 20:50:04 GMT

Page 23 of 40

Exhibit 19
Page 23 of 40



NEWS BRANDS JORDAN RELEASE DATES SNEAKER RELEASE DATES YEEZY RELEASE DATES

Sponsored
Surgeon Reveals: Breakthrough in Peripheral Neuropathy Relief (Watch Now)
neuropathy.pro

Sponsored
Do You Know What Crohn's Disease Is? You Might Be Surprised
Chrons Disease Symptoms | Search Ads
Recommended by Outbrain

Document title: adidas x Fear of God Athletics Delivery 1 Collection 2023-2024
Capture URL: https://sneakerbardetroit.com/adidas-fear-of-god-athletics-delivery-1/
Capture timestamp (UTC): Wed, 24 Apr 2024 20:50:04 GMT

Page 24 of 40

Exhibit 19
Page 24 of 40



SBD
NEWS BRANDS JORDAN RELEASE DATES SNEAKER RELEASE DATES YEEZY RELEASE DATES

Search for
1. 75% Off Adidas Shoes
2. 50% Off Adidas Coupon Code
3. Adidas Sneaker Release Dates
4. Adidas New Shoes Release
5. Adidas Shoes Clearance Sale

Sponsored

Surgeon Reveals: Breakthrough in Peripheral Neuropathy Relief (Watch Now)
neuropathy.pro

Sponsored

Do You Know What Crohn's Disease Is? You Might Be Surprised
Chrons Disease Symptoms | Search Ads

Recommended by Outbrain

Document title: adidas x Fear of God Athletics Delivery 1 Collection 2023-2024
Capture URL: https://sneakerbardetroit.com/adidas-fear-of-god-athletics-delivery-1/
Capture timestamp (UTC): Wed, 24 Apr 2024 20:50:04 GMT

Page 25 of 40

Exhibit 19
Page 25 of 40

SBD
NEWS BRANDS JORDAN RELEASE DATES SNEAKER RELEASE DATES YEEZY RELEASE DATES

4. Adidas New Shoes Release ❯
5. Adidas Shoes Clearance Sale ❯

Sponsored
Surgeon Reveals: Breakthrough in Peripheral Neuropathy Relief (Watch Now)
neuropathy.pro

Sponsored
Do You Know What Crohn's Disease Is? You Might Be Surprised
Chrons Disease Symptoms | Search Ads
Recommended by Outbrain

Document title: adidas x Fear of God Athletics Delivery 1 Collection 2023-2024
Capture URL: https://sneakerbardetroit.com/adidas-fear-of-god-athletics-delivery-1/
Capture timestamp (UTC): Wed, 24 Apr 2024 20:50:04 GMT
Page 26 of 40
Exhibit 19
Page 26 of 40



NEWS BRANDS JORDAN RELEASE DATES SNEAKER RELEASE DATES YEEZY RELEASE DATES

Sponsored

Surgeon Reveals: Breakthrough in Peripheral Neuropathy Relief (Watch Now)

neuropathy.pro

Sponsored

Do You Know What Crohn's Disease Is? You Might Be Surprised

Chrons Disease Symptoms | Search Ads

Recommended by Outbrain

Document title: adidas x Fear of God Athletics Delivery 1 Collection 2023-2024
Capture URL: https://sneakerbardetroit.com/adidas-fear-of-god-athletics-delivery-1/
Capture timestamp (UTC): Wed, 24 Apr 2024 20:50:04 GMT

Page 27 of 40

Exhibit 19
Page 27 of 40

NEWS BRANDS JORDAN RELEASE DATES SNEAKER RELEASE DATES YEEZY RELEASE DATES











**Surgeon Reveals: Breakthrough in Peripheral Neuropathy Relief (Watch Now)**
neuropathy.pro




**Do You Know What Crohn's Disease Is? You Might Be Surprised**
Chrons Disease Symptoms | Search Ads

Recommended by Outbrain



SBD NEWS BRANDS JORDAN RELEASE DATES SNEAKER RELEASE DATES YEEZY RELEASE DATES

Sponsored

Surgeon Reveals: Breakthrough in Peripheral Neuropathy Relief (Watch Now)

neuropathy.pro

Sponsored

Do You Know What Crohn's Disease Is? You Might Be Surprised

Chrons Disease Symptoms | Search Ads

Recommended by Outbrain

Document title: adidas x Fear of God Athletics Delivery 1 Collection 2023-2024
Capture URL: https://sneakerbardetroit.com/adidas-fear-of-god-athletics-delivery-1/
Capture timestamp (UTC): Wed, 24 Apr 2024 20:50:04 GMT

Page 29 of 40

Exhibit 19
Page 29 of 40

SBD
NEWS
BRANDS
JORDAN RELEASE DATES
SNEAKER RELEASE DATES
YEEZY RELEASE DATES
Sponsored
Surgeon Reveals: Breakthrough in Peripheral Neuropathy Relief (Watch Now)
neuropathy.pro
Sponsored
Do You Know What Crohn's Disease Is? You Might Be Surprised
Chrons Disease Symptoms | Search Ads
Recommended by Outbrain

SBD
NEWS
BRANDS
JORDAN RELEASE DATES
SNEAKER RELEASE DATES
YEEZY RELEASE DATES
Sponsored
Surgeon Reveals: Breakthrough in Peripheral Neuropathy Relief (Watch Now)
neuropathy.pro
Sponsored
Do You Know What Crohn's Disease Is? You Might Be Surprised
Chrons Disease Symptoms | Search Ads
Recommended by Outbrain

Document title: adidas x Fear of God Athletics Delivery 1 Collection 2023-2024
Capture URL: https://sneakerbardetroit.com/adidas-fear-of-god-athletics-delivery-1/
Capture timestamp (UTC): Wed, 24 Apr 2024 20:50:04 GMT

Page 31 of 40

Exhibit 19
Page 31 of 40



SBD NEWS BRANDS JORDAN RELEASE DATES SNEAKER RELEASE DATES YEEZY RELEASE DATES

Sponsored
Surgeon Reveals: Breakthrough in Peripheral Neuropathy Relief (Watch Now)
neuropathy.pro

Sponsored
Do You Know What Crohn's Disease Is? You Might Be Surprised
Chrons Disease Symptoms | Search Ads
Recommended by Outbrain

ATHLETICS

Document title: adidas x Fear of God Athletics Delivery 1 Collection 2023-2024
Capture URL: https://sneakerbardetroit.com/adidas-fear-of-god-athletics-delivery-1/
Capture timestamp (UTC): Wed, 24 Apr 2024 20:50:04 GMT
Page 32 of 40

Exhibit 19
Page 32 of 40



NEWS BRANDS JORDAN RELEASE DATES SNEAKER RELEASE DATES YEEZY RELEASE DATES

ATHLETICS

Sponsored
Surgeon Reveals: Breakthrough in Peripheral Neuropathy Relief (Watch Now)
neuropathy.pro

Sponsored
Do You Know What Crohn's Disease Is? You Might Be Surprised
Chrons Disease Symptoms | Search Ads
Recommended by Outbrain

Document title: adidas x Fear of God Athletics Delivery 1 Collection 2023-2024
Capture URL: https://sneakerbardetroit.com/adidas-fear-of-god-athletics-delivery-1/
Capture timestamp (UTC): Wed, 24 Apr 2024 20:50:04 GMT
Page 33 of 40

Exhibit 19
Page 33 of 40



NEWS BRANDS JORDAN RELEASE DATES SNEAKER RELEASE DATES YEEZY RELEASE DATES

Sponsored

**Surgeon Reveals: Breakthrough in Peripheral Neuropathy Relief (Watch Now)**

neuropathy.pro

Sponsored

**Do You Know What Crohn's Disease Is? You Might Be Surprised**

Chrons Disease Symptoms | Search Ads

Recommended by Outbrain

Document title: adidas x Fear of God Athletics Delivery 1 Collection 2023-2024
Capture URL: https://sneakerbardetroit.com/adidas-fear-of-god-athletics-delivery-1/
Capture timestamp (UTC): Wed, 24 Apr 2024 20:50:04 GMT

Page 34 of 40

Exhibit 19
Page 34 of 40



NEWS BRANDS JORDAN RELEASE DATES SNEAKER RELEASE DATES YEEZY RELEASE DATES

Sponsored
Surgeon Reveals: Breakthrough in Peripheral Neuropathy Relief (Watch Now)
neuropathy.pro

Sponsored
Do You Know What Crohn's Disease Is? You Might Be Surprised
Chrons Disease Symptoms | Search Ads
Recommended by Outbrain

Document title: adidas x Fear of God Athletics Delivery 1 Collection 2023-2024
Capture URL: https://sneakerbardetroit.com/adidas-fear-of-god-athletics-delivery-1/
Capture timestamp (UTC): Wed, 24 Apr 2024 20:50:04 GMT
Page 35 of 40
Exhibit 19
Page 35 of 40



NEWS BRANDS JORDAN RELEASE DATES SNEAKER RELEASE DATES YEEZY RELEASE DATES

Sponsored

**Surgeon Reveals: Breakthrough in Peripheral Neuropathy Relief (Watch Now)**
neuropathy.pro

Sponsored

**Do You Know What Crohn's Disease Is? You Might Be Surprised**
Chrons Disease Symptoms | Search Ads

Recommended by Outbrain

Document title: adidas x Fear of God Athletics Delivery 1 Collection 2023-2024
Capture URL: https://sneakerbardetroit.com/adidas-fear-of-god-athletics-delivery-1/
Capture timestamp (UTC): Wed, 24 Apr 2024 20:50:04 GMT

Page 36 of 40

Exhibit 19
Page 36 of 40



NEWS BRANDS JORDAN RELEASE DATES SNEAKER RELEASE DATES YEEZY RELEASE DATES

Sponsored
Surgeon Reveals: Breakthrough in Peripheral Neuropathy Relief (Watch Now)
neuropathy.pro

Sponsored
Do You Know What Crohn's Disease Is? You Might Be Surprised
Chrons Disease Symptoms | Search Ads
Recommended by Outbrain

das

Document title: adidas x Fear of God Athletics Delivery 1 Collection 2023-2024
Capture URL: https://sneakerbardetroit.com/adidas-fear-of-god-athletics-delivery-1/
Capture timestamp (UTC): Wed, 24 Apr 2024 20:50:04 GMT

Page 37 of 40

Exhibit 19
Page 37 of 40







NEWS BRANDS JORDAN RELEASE DATES SNEAKER RELEASE DATES YEEZY RELEASE DATES

Sponsored
Surgeon Reveals: Breakthrough in Peripheral Neuropathy Relief (Watch Now)
neuropathy.pro

Sponsored
Do You Know What Crohn's Disease Is? You Might Be Surprised
Chrons Disease Symptoms | Search Ads
Recommended by Outbrain

Capital One Shopping
Coupon codes found!
Capital One Shopping applies codes in seconds.
Apply Codes

Document title: adidas x Fear of God Athletics Delivery 1 Collection 2023-2024
Capture URL: https://sneakerbardetroit.com/adidas-fear-of-god-athletics-delivery-1/
Capture timestamp (UTC): Wed, 24 Apr 2024 20:50:04 GMT
Page 38 of 40
Exhibit 19
Page 38 of 40



Sponsored
**Surgeon Reveals: Breakthrough in Peripheral Neuropathy Relief (Watch Now)**
neuropathy.pro

Sponsored
**Do You Know What Crohn's Disease Is? You Might Be Surprised**
Chrons Disease Symptoms | Search Ads
Recommended by Outbrain

TAGS ADIDAS FEAR OF GOD JERRY LORENZO

**Mario Briguglio**

Founder and Editor in Chief. My passion for sneakers started at age 6 and now I've turned my passion into a profession.
*Favorite Kicks - Air Jordan 3 "Black Cement"*

 Share  Facebook  Twitter  Pinterest  ReddIt

## RELATED NEWS

Adidas
adidas AE 1 "MX Fuchsia" Releases August 2024

Adidas
adidas AE 1 Low "MX Grey" Releases Summer 2024

Adidas
adidas Harden Vol. 8 "After Hours" Releases in 2024

Adidas
adidas AE 1 "Georgia Bulldogs" Releases in 2024

LOAD MORE ›

Document title: adidas x Fear of God Athletics Delivery 1 Collection 2023-2024
Capture URL: https://sneakerbardetroit.com/adidas-fear-of-god-athletics-delivery-1/
Capture timestamp (UTC): Wed, 24 Apr 2024 20:50:04 GMT



SBD
NEWS
BRANDS
JORDAN RELEASE DATES
SNEAKER RELEASE DATES
YEEZY RELEASE DATES
Share
Facebook
Twitter
Pinterest
ReddIt

## RELATED NEWS

Adidas
adidas AE 1 "MX Fuchsia" Releases August 2024

Adidas
adidas AE 1 Low "MX Grey" Releases Summer 2024

Adidas
adidas Harden Vol. 8 "After Hours" Releases in 2024

Adidas
adidas AE 1 "Georgia Bulldogs" Releases in 2024

LOAD MORE ›

Advertisment
About Us
SBD provides millions of monthly visitors with sneaker updates on Jordan, Nike, Adidas, plus much more. Sneaker Bar Detroit has quickly become one of the top sneaker sources on the web.
Advertise With Us || Email: info[at]sneakerbardetroit.com

Privacy Manager

Document title: adidas x Fear of God Athletics Delivery 1 Collection 2023-2024
Capture URL: https://sneakerbardetroit.com/adidas-fear-of-god-athletics-delivery-1/
Capture timestamp (UTC): Wed, 24 Apr 2024 20:50:04 GMT

Page 40 of 40

Exhibit 19
Page 40 of 40