

**MARKETINGDIVE**    Deep Dive    Library    Events    Press Releases    Subscribe

Brand Strategy    Mobile    Creative    Social Media    Video    Agencies    Data/Analytics    Influencer Marketing    Ad Tech    CMO Corner

DIVE BRIEF

# Adidas tells athletes of all types: 'You got this'

A content series features professional athletes like Patrick Mahomes and Trinity Rodman revealing how they overcome pressure to perform at their highest levels.

Published Feb. 12, 2024

By Aaron Baar



NFL player Patrick Mahomes is one of the athletes appearing in the new Adidas campaign. *Courtesy of Adidas*



### Get the free newsletter

Subscribe to Marketing Dive for top news, trends & analysis

[Work email address]

Sign up

---

**MOST POPULAR**

 Estée Lauder boosts generative AI ambitions with expanded Microsoft deal

 Influencers sway consumers but authenticity loses some clout, study says

 Amazon introduces shoppable, ad-supported channel to Prime Video, Freevee

## Dive Brief:

- On Feb. 9, Adidas launched a new global brand campaign featuring professional and amateur athletes that addresses how pressure detracts from their enjoyment of playing a sport, according to materials provided to Marketing Dive.

- A 90-second campaign video features Adidas endorsers Patrick Mahomes, Trinity Rodman, Lionel Messi, Linda Caicedo, Rohit Sharma, Anthony Edwards, Jude Bellingham and the New Zealand All Blacks rugby team. The campaign will include other multi-platform executions.

Document title: Adidas tells athletes of all types: 'You got this' | Marketing Dive
Capture URL: https://www.marketingdive.com/news/adidas-pressure-athletes-you-got-this/707216/
Capture timestamp (UTC): Tue, 30 Apr 2024 19:54:46 GMT                                                                            Page 1 of 5

Exhibit 27
Page 1 of 5

- A 90-second campaign video features Adidas endorsers Patrick Mahomes, Trinity Rodman, Lionel Messi, Linda Caicedo, Rohit Sharma, Anthony Edwards, Jude Bellingham and the New Zealand All Blacks rugby team. The campaign will include other multi-platform executions.

- The brand worked with neuro11, a group of sport neuroscientists, to better understand how elite athletes manage pressure so that the company can provide tangible guidance to athletes at all levels.

**DIVE**WIRE

Guaranteed visibility for your company news. Instantly reach 14M decision makers with your latest announcement.

Post a Press Release

## Dive Insight:

Adidas, coming off better-than-expected preliminary results for fiscal 2023, is staking its claim as a brand supporting athletes of all levels. The new campaigns arrived ahead of one of the biggest sporting events in the United States, the Super Bowl, and well in advance of the biggest sporting event in the world, the 2024 Summer Olympics.

The ongoing content series features athletes across a wide range of sports talking about the pressures they face and the tools they use to overcome those feelings to perform at their highest levels. The brand will also hold events and activations for consumers throughout the year and will further support the effort through an out-of-home campaign in major cities.

"In a year of unmissable sport, where our Adidas family will undoubtedly inspire a new wave of athletes across the globe, we have created a campaign to help young players confront a universal barrier – pressure," said Florian Alt, vice president of global brand communications, in a release. "Our new campaign is designed to help bring the joy back to sport and equip all athletes with a simple message: You got this."

The new commercial begins with several amateur athletes shot in black and white as they train and face off against competition. As the Queen and David Bowie hit "Under Pressure" plays, the commercial turns to color and the voice-over notes it's "only rivalry" and "noise." The spot shifts to professional athletes training, as the voice-over continues to break down sports into smaller components that the athletes have trained for, asserting that, "It's only a jump."



Amazon introduces shoppable, ad-supported channel to Prime Video, Freevee



Coke creates AI-powered instrument that only plays 'uplifting sounds'

**COMPANY ANNOUNCEMENTS**



AC&M Group Acquires Axlot, Uniting Authentic Cultural Insight and Digital Innovation

From AC&M Group



Social Shelf®: A Solution for In-Store Audience Engagement

From Social Shelf



Lemma Welcomes Matt Mitchell as Associate Vice President for North America

From Lemma Media Inc



New Report Series Reveals How Media Choice is Impacting Social Media Ad Effectiveness

From Digital Turbine

View all | Post a press release

**EVENTS**

08
MAY

WEBINAR | 2 P.M. ET
How Omnichannel Marketing Drives In-Store Results
Presented by studioID and Criteo

21

TRADESHOW

Document title: Adidas tells athletes of all types: 'You got this' | Marketing Dive
Capture URL: https://www.marketingdive.com/news/adidas-pressure-athletes-you-got-this/707216/
Capture timestamp (UTC): Tue, 30 Apr 2024 19:54:46 GMT
Page 2 of 5

Exhibit 27
Page 2 of 5

MARKETING DIVE    Deep Dive   Library   Events   Press Releases   Topics ⌄         Subscribe

Bowie hit "Under Pressure" plays, the commercial turns to color and the voice-over notes it's "only rivalry" and "noise." The spot shifts to professional athletes training, as the voice-over continues to break down sports into smaller components that the athletes have trained for, asserting that, "It's only a jump." The spot ends with the message, "You got this."

*Correction: This article has been updated with the correct launch date for the campaign, which is Feb. 9. Also, financial results for Adidas for last year are only preliminary at this stage, which is also now reflected.*

Store Results
*Presented by studioID and Criteo*

| 21 MAY | TRADESHOW |
|---|---|
| | **Licensing Expo** |
| | Mandalay Bay Convention Center, Las Vegas, NV |
| | *Presented by Informa Markets* |

### RECOMMENDED READING

**Sporting goods still challenged by inflation, inventory levels, report finds**
↗ Retail Dive



PLAYBOOK FOR PITNEY BOWES
The New Returns Reality: Developing Winning Strategies for 2024
Download now — studio/ID BY INDUSTRY DIVE

| in POST | f SHARE | X POST | 🖨 PRINT | ✉ EMAIL | 🛒 LICENSE |

Filed Under: **Creative**, **Video**

### Marketing Dive news delivered to your inbox

Get the free daily newsletter read by industry experts

[ Work email address ]

**Sign up**



### COMPANY ANNOUNCEMENTS

View all | Post a press release

| **AC&M Group Acquires Axlot, Uniting Authentic Cultural Insight and Digital Innovation** | **Social Shelf®: A Solution for In-Store Audience Engagement** | **Lemma Welcomes Matt Mitchell as Associate Vice President for North America** | **New Report Series Reveals How Media Choice is Impacting Social Media Ad Effectiveness** |

Document title: Adidas tells athletes of all types: 'You got this' | Marketing Dive
Capture URL: https://www.marketingdive.com/news/adidas-pressure-athletes-you-got-this/707216/
Capture timestamp (UTC): Tue, 30 Apr 2024 19:54:46 GMT
Page 3 of 5

Exhibit 27
Page 3 of 5

MARKETINGDIVE  Deep Dive   Library   Events   Press Releases   Topics ⌄                    Subscribe

AC&M Group Acquires Axlot, Uniting Authentic Cultural Insight and Digital Innovation

From AC&M Group
April 30, 2024 

Social Shelf®: A Solution for In-Store Audience Engagement

From Social Shelf
April 30, 2024 

Lemma Welcomes Matt Mitchell as Associate Vice President for North America

From Lemma Media Inc
April 17, 2024 

New Report Series Reveals How Media Choice is Impacting Social Media Ad Effectiveness

From Digital Turbine
April 24, 2024 

---

EDITORS' PICKS



### Brands lose by ignoring Gen X — here's what the numbers say

Gen X is expected to be the wealthiest generation in history, however, they are largely ignored by brands.

By Sara Karlovitch • Oct. 20, 2023



DEEP DIVE

### Brand backlash: Are 2023's epic marketing fails part of a bigger problem?

High-profile controversies have sent a chilling effect across an industry facing down another contentious election year and crusades against "wokeness."

By Peter Adams • Nov. 28, 2023

LATEST IN CREATIVE


### Fanta reimagines nostalgic 'Wanta Fanta' platform to reach Gen Z
By Jessica Deyo


### Gopuff strategizes 'next chapter' with largest-ever national campaign
By Sara Karlovitch


### Corona Premier names director of lifestyle for new fitness-focused push
By Sara Karlovitch


### Campaign Trail: Sheetz encourages fans to unleash their inner Freakz
By Chris Kelly

---

INDUSTRY DIVE

EXPLORE
About
Editorial Team
Contact Us
Newsletter
Article Licensing
Press Releases
What We're Reading

REACH OUR AUDIENCE
Advertising
Post a press release

RELATED PUBLICATIONS
Retail Dive
Social Media Today



### Brands lose by ignoring Gen X — here's what the numbers say

Gen X is expected to be the wealthiest generation in history, however, they are largely ignored by brands.

By Sara Karlovitch • Oct. 20, 2023



DEEP DIVE

### Brand backlash: Are 2023's epic marketing fails part of a bigger problem?

High-profile controversies have sent a chilling effect across an industry facing down another contentious election year and crusades against "wokeness."

By Peter Adams • Nov. 28, 2023



### Fanta reimagines nostalgic 'Wanta Fanta' platform to reach Gen Z

By Jessica Deyo



### Gopuff strategizes 'next chapter' with largest-ever national campaign

By Sara Karlovitch



### Corona Premier names director of lifestyle for new fitness-focused push

By Sara Karlovitch



### Campaign Trail: Sheetz encourages fans to unleash their inner Freakz

By Chris Kelly

---

## INDUSTRY DIVE

**EXPLORE**
- About
- Editorial Team
- Contact Us
- Newsletter
- Article Licensing
- Press Releases
- What We're Reading
- CPM Calculator

**REACH OUR AUDIENCE**
- Advertising
- Post a press release

**RELATED PUBLICATIONS**
- Retail Dive
- Social Media Today

Industry Dive is an Informa business

© 2024 Industry Dive. All rights reserved. | View our other publications | Privacy policy | Terms of use | Take down policy.

Cookie Preferences / Do Not Sell

Document title: Adidas tells athletes of all types: 'You got this' | Marketing Dive
Capture URL: https://www.marketingdive.com/news/adidas-pressure-athletes-you-got-this/707216/
Capture timestamp (UTC): Tue, 30 Apr 2024 19:54:46 GMT
Page 5 of 5

Exhibit 27
Page 5 of 5