UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

ADIDAS AMERICA, INC. and ADIDAS AG,

                Plaintiff(s),

v.

AVIATOR NATION, INC. and PAIGE MYCOSKIE,

                Defendant(s).

Case No.:  3:24-cv-00740 AN

MOTION FOR LEAVE TO APPEAR
*PRO HAC VICE*

Attorney __Michael T. Lane_____ requests special admission *pro hac vice* to the Bar of the United States District Court for the District of Oregon in the above-captioned case for the purposes of representing the following party (or parties):

Defendants Aviator Nation, Inc. and Paige Mycoskie

In support of this application, I certify that:  1) I am an active member in good standing with the __California_____ State Bar; and 2) that I have read and am familiar with the Federal Rules of Evidence, the Federal Rules of Civil and Criminal Procedure, the Local Rules of this Court, and this Court's Statement of Professionalism.

I understand that my admission to the Bar of the United States District Court for the District of Oregon is solely for the purpose of litigating in the above matter and will be terminated upon the conclusion of the matter.

**(1)**    **PERSONAL DATA:**

Name: __Lane, Michael T._____
            *(Last Name)*        *(First Name)*       *(MI)*      *(Suffix)*

Agency/firm affiliation: __LEWIS KOHN & WALKER LLP_____

Mailing address: __17085 Via Del Campo_____

City: San Diego _____ State: CA _____ Zip: 92127 _____

Phone number: (858) 436-1330 _____ Fax number: (858) 436-1349 _____

Business e-mail address: __mlane@lewiskohn.com_____

**(2)    BAR ADMISSION INFORMATION**:

    **(a)**    State bar admission(s), date(s) of admission, and bar number(s):
        California, April 2007, SBN 248624

    **(b)**    Other federal court admission(s) and date(s) of admission:
        SDCA, November 2007; CDCA, May 2009; NDCA, March 2023; EDCA,
        November 2023; 9th Cir.: May 2015; U.S. Supreme Ct., January 2018

**(3)    CERTIFICATION OF DISCIPLINARY ACTIONS**:

    ☑    I am not now, nor have I ever been, subject to any disciplinary action by any state or federal bar association or subject to judicial sanctions.

    ☐    I am now or have been subject to disciplinary action by a state or federal bar association or subject to judicial sanctions.  (Attach letter of explanation.)

**(4)    CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**
Pursuant to LR 83-3, I have professional liability insurance, or financial responsibility equivalent to liability insurance, that meets the insurance requirements of the Oregon State Bar for attorneys practicing in this District, and that will apply and remain in force for the duration of the case, including any appeal proceedings.

**(5)    CM/ECF REGISTRATION:**
I acknowledge that I will become a registered user of the Court's case management and electronic case filing system (CM/ECF) upon approval of this application, and I consent to electronic service pursuant to Fed. R. Civ. P. 5(b)(2)(E) and the Local Rules of the District of Oregon.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:**  I have read and understand the requirements of LR 83-3, and I certify that the above information is true and correct.

DATED: 06/19/2024

_____
(*Signature*)

**REQUIREMENT TO ASSOCIATE WITH LOCAL COUNSEL:**

LR 83-3(a)(1) requires applicants for *pro hac vice* admission to associate with local counsel, unless requesting a waiver of the requirement under LR 45-1.

To request a waiver of the requirement to associate with local counsel under LR 45-1, check the following box:

☐    I seek admission for the limited purpose of filing a motion related to a subpoena that this Court did not issue.  Pursuant to LR 45-1(b), I request a waiver of the LR 83-3(a)(1) requirement to associate with local counsel and therefore do not include a certification from local counsel with this application.

To associate with local counsel, provide the following information about local counsel, and obtain the signature of local counsel.

Name:   Davis, Kenneth R. II

                   *(Last Name)*          *(First Name)*          *(MI)*        *(Suffix)*

OSB number: 971132

Agency/firm affiliation:   Lane Powell PC

Mailing address:   601 SW Second Avenue, Suite 2100

City:   Portland      State:   OR     Zip:   97204

Phone number: (503) 778-2100      Fax number:   (503) 778-2200

Business e-mail address: davisk@lanepowell.com

**CERTIFICATION OF ASSOCIATE LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in case number 3:24-cv-00740 AN .

DATED: 05/29/2024 .

                          s/ Kenneth R. Davis II

                          *(Signature of Local Counsel)*