# EXHIBIT A

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

United States Patent and Trademark Office

Reg. No. 3,662,517
Registered Aug. 4, 2009

## TRADEMARK
### PRINCIPAL REGISTER

# AVIATOR NATION

MYCOSKIE, PAIGE (UNITED STATES INDIVIDUAL)
#C
670 SAN JUAN AVENUE
VENICE, CA 90291

FOR: HATS; JACKETS; JEANS; POLO SHIRTS; SANDALS; SHIRTS; SHOES; SHORTS; SWEAT PANTS; SWEAT SHIRTS; T-SHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 4-1-2006; IN COMMERCE 11-1-2006.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-419,351, FILED 3-11-2008.

CIMMERIAN COLEMAN, EXAMINING ATTORNEY