# EXHIBIT B

# United States of America
## United States Patent and Trademark Office



| | |
|---|---|
| **Reg. No. 5,466,926** | Aviator Nation, Inc. (CALIFORNIA CORPORATION) |
| **Registered May 15, 2018** | 1224 Abbot Kinney Blvd. |
| | Venice, CALIFORNIA 90291 |
| **Int. Cl.: 25** | CLASS 25: Head wear; Pants; Shirts; Shorts; Sweat jackets; Sweat shirts; Sweat suits; T-shirts; Sweat shirts; T-shirts |
| **Trademark** | |
| | FIRST USE 6-29-2016; IN COMMERCE 6-29-2016 |
| **Principal Register** | |
| | The color(s) dark red-orange, light red-orange, orange and yellow is/are claimed as a feature of the mark. |
| | The mark consists of a rectangle consisting of horizontal stripes arranged from top to bottom in the colors dark red-orange, light red-orange, orange and yellow. |
| | SER. NO. 87-097,430, FILED 07-08-2016 |



Director of the United States
Patent and Trademark Office

Exhibit B - Page 1