# EXHIBIT C

# United States of America
### United States Patent and Trademark Office



| | |
|---|---|
| **Reg. No. 4,623,495** | AVIATOR NATION, INC. (CALIFORNIA CORPORATION) |
| **Registered Oct. 21, 2014** | 1224 ABBOT KINNEY BLVD. |
| | VENICE, CA 90291 |
| **Int. Cls.: 18 and 25** | FOR: DUFFLE BAGS; TEXTILE SHOPPING BAGS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41). |
| **TRADEMARK** | FIRST USE 12-31-2009; IN COMMERCE 12-31-2009. |
| **PRINCIPAL REGISTER** | FOR: HATS; JACKETS; JEANS; SANDALS; SHIRTS; SHOES; SHORTS; SWEAT JACKETS; SWEAT SHIRTS; SWEAT SUITS; T-SHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39). |

FIRST USE 5-1-2006; IN COMMERCE 12-1-2006.

OWNER OF U.S. REG. NO. 3,434,989.

THE COLOR(S) DARK RED, RED, ORANGE, YELLOW AND BLUE IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF A SYMBOL CREATED BY COMBINING THE LETTERS "A" AND "N" TOGETHER IN BLUE WITH BLUE STRIPES WITHIN THE "A" AND FOUR STRIPES EXTENDING HORIZONTAL FROM THE "A" IN THE COLORS DARK RED, RED, ORANGE AND YELLOW.

SER. NO. 86-057,053, FILED 9-5-2013.

PATRICIA EVANKO, EXAMINING ATTORNEY

**Deputy Director of the United States
Patent and Trademark Office**

Exhibit C - Page 1