# EXHIBIT D

# United States of America
## United States Patent and Trademark Office



| | |
|---|---|
| **Reg. No. 5,076,084** | Aviator Nation, Inc. (CALIFORNIA CORPORATION)<br>1224 Abbot Kinney Blvd. |
| **Registered Nov. 08, 2016** | Venice, CA 90291 |
| **Int. Cl.: 25** | CLASS 25: Hats; sweat jackets; sweat shirts; sweat suits; T-shirts; jackets; pants; shirts; shoes; shorts |
| **Trademark** | FIRST USE 5-1-2006; IN COMMERCE 12-31-2007 |
| **Principal Register** | The color(s) blue, red, dark yellow, medium yellow and light yellow are claimed as a feature of the mark.<br><br>The mark consists of an incomplete rounded rectangle, with the lower right portion of the rectangle missing. Inside the rectangle shape are five bands of color, beginning with blue at the top, followed by red, dark yellow, medium yellow and light yellow.<br><br>SER. NO. 86-527,597, FILED 02-06-2015<br>LAURA DAWN GOLDEN, EXAMINING ATTORNEY |



Director of the United States
Patent and Trademark Office

Exhibit D - Page 1