# EXHIBIT E

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,550,367**
**Registered June 17, 2014**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**



*Michelle K. Lee*
**Deputy Director of the United States Patent and Trademark Office**

AVIATOR NATION, INC. (CALIFORNIA CORPORATION)
1224 ABBOT KINNEY BLVD.
VENICE, CA 90291

FOR: JACKETS; JEANS; PANTS; SHIRTS; SHOES; SHORTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 5-1-2006; IN COMMERCE 12-31-2007.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "VENICE, CA", APART FROM THE MARK AS SHOWN.

THE COLOR(S) BLACK, WHITE, YELLOW, RED, GREEN, BLUE, DARK BLUE, ORANGE, AND DARK YELLOW IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF A BLACK AND WHITE IMAGE OF A MAN ON A SURFBOARD SURFING ON BLUE WATER WITH FIVE LINES IN DARK BLUE, RED, ORANGE, DARK YELLOW AND YELLOW EXTENDING HORIZONTALLY TO THE LEFT FROM THE SURFER'S BODY, THE WATER SURROUNDED BY A GREEN CIRCLE, THE WORDS "AVIATOR NATION" IN RED LETTERS ABOVE THE GREEN CIRCLE AND THE WORDS "VENICE, CA" IN RED LETTERS BELOW THE GREEN CIRCLE COMPLETELY SURROUNDED BY A DARK YELLOW CIRCLE. THE WHITE CIRCLE IN WHICH THE WORDS "AVIATOR NATION VENICE, CA" APPEAR REPRESENTS A TRANSPARENT AREA AND IS NOT A PART OF THE MARK.

SER. NO. 85-936,788, FILED 5-20-2013.

SAIMA MAKHDOOM, EXAMINING ATTORNEY

Exhibit E - Page 1