# EXHIBIT F



*Profile view of the former garment showing head-on Aviator Nation's incontestable, federally-registered design mark, U.S. Reg. No. 4,623,495, positioned at the hip*



*Posterior view of the former garment showing Aviator Nation's signature green, single-stitched, rectangular border used to affix Aviator Nation's oversized label to the inside of the garment*



*Interior view of the former garment showing Aviator Nation's oversized label affixed near the collar and featuring prominently Aviator Nation's incontestable, federally-registered word mark, U.S. Reg. No. 3,662,517*





*Profile view of the former garment showing head-on Aviator Nation's incontestable, federally-registered design mark, U.S. Reg. No. 4,623,495, positioned at the hip*



*Posterior view of the former garment showing Aviator Nation's signature green, single-stitched, rectangular border used to affix Aviator Nation's oversized label to the inside of the garment*





*Opposing profile of the former garment showing Aviator Nation's incontestable, federally-registered design mark, U.S. Reg. No. 4,623,495, positioned at the hip*



*Front view of the former garment showing Aviator Nation's incontestable, federally-registered design mark, U.S. Reg. No. 4,623,495, positioned at the hip*



*Posterior view of the former garment showing Aviator Nation's signature green, single-stitched, rectangular border used to affix Aviator Nation's oversized label to the inside of the garment*





*Posterior view of the former garment showing Aviator Nation's signature green, single-stitched rectangular border used to affix Aviator Nation's oversized label to the inside of the garment*





*Opposing profile of the former garment showing Aviator Nation's incontestable, federally-registered design mark, U.S. Reg. No. 4,623,495, positioned at the hip*



*Posterior view of the former garment showing Aviator Nation's signature green, single-stitched rectangular border used to affix Aviator Nation's oversized label to the inside of the garment*





*Posterior view of the former garment showing Aviator Nation's signature green, single-stitched rectangular border used to affix Aviator Nation's oversized label to the inside of the garment*





*Opposing profile of the former garment showing Aviator Nation's incontestable, federally-registered design mark, U.S. Reg. No. 4,623,495, positioned at the hip*







*Interior view of the former garment showing Aviator Nation's label affixed to the waistband and featuring prominently Aviator Nation's incontestable, federally-registered design mark, U.S. Reg. No. 4,623,495, on the label and floatable keychain inculded with the garment's purchase*









*Opposing profile of the former garment showing Aviator Nation's incontestable, federally-registered design mark, U.S. Reg. No. 4,623,495, positioned at the hip*





*Opposing profile of the former garment showing Aviator Nation's incontestable, federally-registered design mark, U.S. Reg. No. 4,623,495, positioned at the hip*

