Kenneth R. Davis II, OSB No. 971132
davisk@lanepowell.com
Mohammed N. Workicho, OSB No. 186140
workichom@lanepowell.com
**LANE POWELL PC**
601 S.W. Second Avenue, Suite 2100
Portland, Oregon 97204
Telephone: 503.778.2100
Facsimile: 503.778.2200

Brett M. Weaver (*pro hac vice* to be filed)
bweaver@lewiskohn.com
Michael T. Lane (*pro hac vice* pending)
mlane@lewiskohn.com
Zachary S. Tedford (*pro hac vice* pending)
ztedford@lewiskohn.com
**LEWIS KOHN & WALKER LLP**
17085 Via Del Campo
San Diego, California 92127
Telephone: 858.436.1330
Facsimile: 858.436.1349

Attorneys for Defendants and Counterclaimant,
Aviator Nation, Inc. and Paige Mycoskie

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| ADIDAS AMERICA, INC., an Oregon corporation; and ADIDAS AG, a foreign entity,<br><br>                                        Plaintiffs,<br><br>     v.<br><br>AVIATOR NATION, INC., a California corporation; and PAIGE MYCOSKIE, a resident of Texas,<br><br>                                        Defendants.<br>_____<br><br>AND RELATED COUNTERCLAIMS<br>_____ | Case No. 3:24-cv-00740-AN<br><br>Defendant and Counterclaimant Aviator Nation, Inc.'s<br>**CORPORATE DISCLOSURE STATEMENT** |

PAGE 1 –  AVIATOR NATION, INC.'S CORPORATE
           DISCLOSURE STATEMENT

**LANE POWELL PC**
601 S.W. SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204
503.778.2100  FAX: 503.778.2200

719386.0002/9775933.2

Defendant and Counterclaimant Aviator Nation, Inc. has no parent corporation. No publicly held corporation owns 10% or more of Aviator Nation, Inc.'s stock.

DATED: June 21, 2024

        LANE POWELL PC

        By:   s/ Kenneth R. Davis II
             Kenneth R. Davis II, OSB No. 971132
             Mohammed N. Workicho, OSB No. 186140
             Telephone: 503.778.2100

        LEWIS KOHN & WALKER LLP
        Brett M. Weaver (pro hac vice to be filed)
        Michael T. Lane (pro hac vice pending)
        Zachary S. Tedford (pro hac vice pending)
        Telephone: 858.436.1330

        Attorneys for Defendant and Counterclaimant,
        Aviator Nation, Inc. and Paige Mycoskie

PAGE 2 – AVIATOR NATION, INC.'S CORPORATE DISCLOSURE STATEMENT

LANE POWELL PC
601 S.W. SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204
503.778.2100  FAX: 503.778.2200

719386.0002/9775933.2